Timothy J. Casey (#013492)
Casson N. Mathis (#025618)
SCHMITT, SCHNECK, SMYTH & HERROD, P.C.
1221 East Osborn Road, Suite 105
Phoenix, AZ 85014-5540
Telephone: (602) 277-7000
Facsimile:  (602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Arpaio and Maricopa
County

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MANUEL de JESUS ORTEGA MELENDRES, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOSEPH M. ARPAIO, in his individual and official capacity as Sheriff of Maricopa County, Arizona; JOHN DOES 1-10 in their individual and official capacities as sheriff's deputies for the County of Maricopa; and MARICOPA COUNTY, ARIZONA,<br><br>                    Defendants. | No. 2:07-cv-02513-MHM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ARPAIO AND MARICOPA COUNTY'S RULE 12(b)(6) MOTION TO DISMISS** |

The Court having received Defendant's Motion to Dismiss for Plaintiff's failure to state a claim against defendants upon which relief can be granted and good cause appearing, HEREBY GRANTS DEFENDANT'S MOTION TO DISMISS.

DONE IN COURT this _____ day of _____, 2008.

SCHMITT, SCHNECK, SMYTH &
HERROD, P.C.
Professional
Corporation