AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Arizona

Manuel de Jesus Ortega Melendres, Jessica Quitugua Rodriguez, David Rodriguez, et al.      Plaintiffs,

v.

Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona, Maricopa County Sheriff's Office, and Maricopa County, Arizona

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE   CV 07-02513-PHX-MHM

TO: (Name and address of Defendant)

Maricopa County Sheriff's Office
c/o Timothy J. Casey
Schmitt, Schneck, Smyth & Herrod, P.C.
1221 E. Osborn Road, Suite 105, Phoenix, Arizona 85014

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Bodney
Peter S. Kozinets
Steptoe & Johnson
201 E. Washington Street, Suite 1600
Phoenix, Arizona 85004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

4:39 pm, Sep 09, 2008
s/Richard H. Weare, Clerk

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____
_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____
_____
_____

    G  Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date               *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.