| Attorney or Party without Attorney: <br> DAVID J. BODNEY <br> STEPTOE & JOHNSON LLP <br> 201 EAST WASHINGTON STREET <br> PHOENIX, AZ 85004 <br> Telephone No: 602.257.5200 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> 89137.0001 | |

| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA |
|---|
| Plaintiff: MANUEL de JESUS ORTEGA MELENDRES, JESSICAL QUITUGUA RODRIGRUE |
| Defendant: JOSEPH M. ARPAIO, et. al., |

| **PROOF OF SERVICE** <br> **SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV07-02513-PHX-MHM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT

3. a. Party served:     MARICOPA COUNTY SHERIFF'S OFFICE, C/O TIMOTHY J. CASEY
   b. Person served:     TIMOTHY CASEY, APPROX 45 YRS OF AGE, WHITE MALE, 6'3", 220 LBS, BROWN HAIR

4. Address where the party was served:     1221 E. OSBORN ROAD
   105
   PHOENIX, AZ 85014

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Sep. 10, 2008 (2) at: 9:59AM

7. **Person Who Served Papers:**     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TERENCE STEINLE
   b. FIRST LEGAL SUPPORT SERVICES
   2601 N. 3RD STREET
   SUITE 108
   PHOENIX, AZ 85004
   c.

   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Sep. 10, 2008

(TERENCE STEINLE)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

306842.26131.160379