STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street
Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile:  (602) 257-5299

David J. Bodney (06065)
dbodney@steptoe.com
Peter S. Kozinets (019856)
pkozinets@steptoe.com
Karen J. Hartman-Tellez (021121)
khartman@steptoe.com
Isaac P. Hernandez (025537)
ihernandez@steptoe.com

Attorneys for Plaintiffs
(Additional attorneys for
Plaintiffs listed on next page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Manuel de Jesus Ortega Melendres, et al., | ) ) | No. CV 07-2513-PHX-MHM |
|---|---|---|
| Plaintiffs, | ) ) ) | **NOTICE OF SERVICE OF DISCOVERY ON DEFENDANTS MARICOPA COUNTY SHERIFF'S OFFICE AND MARICOPA COUNTY** |
| vs. | ) ) ) | |
| Joseph M. Arpaio, et al., | ) ) | |
| Defendants. | ) ) | |

Additional Attorneys:

ACLU FOUNDATION OF ARIZONA
P.O. Box 17148
Phoenix, Arizona 85011-0148
Telephone:  (602) 650-1854
Facsimile:  (602) 650-1376

Daniel Pochoda (021979)
dpochoda@acluaz.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Telephone:  (415) 343-0770
Facsimile:  (415) 395-0950

Mónica M. Ramírez (*Pro Hac Vice*)
mramirez@aclu.org

MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone:  (213) 629-2512 x136
Facsimile:  (213) 629-0266

Kristina M. Campbell (023139)
kcampbell@maldef.org
Nancy Ramirez (*Pro Hac Vice*)
nramirez@maldef.org

Plaintiffs give notice that they served the following discovery requests by hand-delivering them to Defendants' attorney Timothy J. Casey on February 25, 2009:

1. First Set of Requests for Production of Documents and Things to Defendant Maricopa County Sheriff's Office;

2. First Set of Interrogatories to Defendant Maricopa County Sheriff's Office;

3. First Set of Requests for Admission to Defendant Maricopa County Sheriff's Office;

4. First Set of Requests for Production of Documents and Things to Defendant Maricopa County; and

5. First Set of Interrogatories to Defendant Maricopa County.

RESPECTFULLY SUBMITTED this 25th day of February, 2009.

STEPTOE & JOHNSON LLP

By /s/ Peter S. Kozinets
David J. Bodney
Peter S. Kozinets
Karen J. Hartman-Tellez
Isaac P. Hernandez
Collier Center
201 East Washington Street
Suite 1600
Phoenix, Arizona 85004-2382

ACLU FOUNDATION OF ARIZONA
Daniel Pochoda
P.O. Box 17148
Phoenix, Arizona 85011-0148
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
Mónica M. Ramírez
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950

MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
Kristina M. Campbell
Nancy Ramirez
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512 x136
Facsimile: (213) 629-0266

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned hereby certify that on the 25th day of February, 2009, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrant:

Timothy J. Casey
timcasey@azbarristers.com


 /s/ Monica Medlin
Legal Secretary

575551