INDEX OF EXHIBITS TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Attachment 1    Order Granting Class Certification, *Rodriguez et al. v. California Highway Patrol et al.*, C 99 20895 (N.D. Cal. May 10, 2001)

Attachment 2    Declaration of Aaron J. Lockwood

Exhibit A    12/11/08 letter from Timothy Casey

Exhibit B    07/21/07 *The Mesa Tribune*, "Arpaio Launches Crackdown on Illegals: About 200 Deputies, Posse on Patrol"

Exhibit C    05/03/06 *The Mesa Tribune*, "Arpaio Rallies Border Patrol Posse: 100 Volunteers Comb County Desert for Illegal Migrants"

Exhibit D    05/10/06 *The New York Times*, "Arizona County Uses New Law to Look for Illegal Immigrants"

Exhibit E    05/21/06 *Seattle Times* article "Sheriff's Illegal-Immigrant Offer: Up to 2 Years on a Chain Gang"

Exhibit F    10/04/07 MCSO Press Release, "Sheriff Arpaio Goes After Day Laborers"

Exhibit G    03/02/07 *The Arizona Republic*, "Arpaio Stays Silent on Real ICE Plan"

Exhibit H    11/18/07 *The Arizona Republic*, "Silence of (Elected) Lambs"

Exhibit I    11/16/07 *The Mesa Tribune*, "Arpaio Clarified KKK Remarks: Sheriff: It's an Honor Critics Have Stooped to Name-Calling"

Exhibit J    10/05/08 *The Arizona Republic*, "Crime-Suppression Records Raise Suspicions of Racial Profiling"

Exhibit K    03/27/08 MCSO Press Release, "Arpaio's Crime Suppression Operation Migrates North to Bell Road"

Exhibit L    01/19/08 *The Arizona Republic*, "Arpaio Slates E. Phoenix Crime Crackdown"

| | |
|---|---|
| Exhibit M | 03/21-22/08, 03/27-28/08, 04/03-04/08, 06/26-27/08, 07/14/08, 08/13-14/08, 09/04/08 MCSO Arrest Logs for various crime suppression operations |
| Exhibit N | Jeffrey S. Passel and David L. Word "Constructing the List of Spanish Surnames for the 1980 Census: An Application of Bayes' Theorem" (1980). |
| Exhibit O | 04/15/08 *The Mesa Tribune*, "Hispanics in Chandler Fear Another 'Roundup': Some Worry that Arpaio's Sweeps Will Be Repeat of 1997" |
| Exhibit P | 01/13/09 *The Arizona Republic*, "52 Arrested in 2-Day Sheriff's Crime Sweep in Southwest Valley" |
| Exhibit Q | 11/06/07 *ABC Nightline* transcript |
| Exhibit R | 07/11/08 *East Valley Tribune*, "Reasonable Doubt Part III: Sweeps and Saturation Patrols Violate Federal Civil Rights Regulations" |
| Exhibit S | 05/26/08 *Chicago Tribune*, "Does Crackdown Cross Line? Arizona's Efforts Stir Racial Profiling Claims" |
| Exhibit T | 02/12/09 letter from U.S. House of Representatives Committee on the Judiciary to the U.S. Attorney General and Secretary of Homeland Security |
| Exhibit U | 04/04/08 letter from Phoenix Mayor Phil Gordon to former U.S. Attorney General Michael B. Mukasey (attached as Exhibit D to the First Amended Complaint, filed on 07/05/08) |
| Exhibit V | 12/23/08 letters from the Arizona Civil Rights Advisory Board to the U.S. Department of Homeland Security, the U.S. Department of Justice and the Maricopa County Board of Supervisors |
| Exhibit W | 12/02/08 Goldwater Institute's Policy Report No. 229, "Mission Unaccomplished: The Misplaced Priorities of the Maricopa County Sheriff's Office" |
| Exhibit X | 02/23/09 letter from the Mexican Consulate in Phoenix to the Maricopa County Board of Supervisors |

| | |
|---|---|
| Exhibit Y | 04/25/08 *The Arizona Republic*, "Arpaio's Sweeps: Are They Allowed?" |
| Exhibit Z | 02/03/09 MCSO Press Release, "Arpaio Orders Move of Hundreds of Illegal Aliens to Their Own Tent City" |
| Exhibit AA | 02/24/09 *Phoenix New Times*, "Mexican Government Denounces Arpaio's Tent City March: Protest Filed with Supervisors" |
| Exhibit BB | 02/07/09 *The Arizona Republic*, "County to Probe Segregation in Jails" |
| Exhibit CC | 02/06/09 *The Arizona Republic*, "Thomas Opposes Arpaio's Inmate Segregation" |
| Exhibit DD | 04/20/09 *East Valley Tribune*, "Tribune Celebrates Winning Pulitzer Prize" |
| Exhibit EE | 02/09 excerpts of Justice Strategies Report by Aarti Shahani & Judith Greene "Local Democracy on ICE: Why State and Local Governments Have No Business in Federal Immigration Law Enforcement" |
| Exhibit FF | 03/12/09 *The Arizona Republic*, "Sheriff Faces a Second Inquiry" |
| Attachment 3 | Declaration of Pedro Marquina Manzanarez |
| Attachment 4 | Declaration of Julio Mora |
| Attachment 5 | Declaration of Andrew Sanchez |