Timothy J. Casey (#013492)
Drew Metcalf (#016993)
SCHMITT, SCHNECK, SMYTH & HERROD, P.C.
1221 East Osborn Road, Suite 105
Phoenix, AZ 85014-5540
Telephone: (602) 277-7000
Facsimile:  (602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MANUEL de JESUS ORTEGA MELENDRES, JESSICA QUITUGUA RODRIQUEZ, DAVID RODRIQUEZ, VELIA MERAZ, MAUAL NIETO, JR. on behalf of themselves and all others similarly situated, and SOMOS AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH M. ARPAIO, in his individual and official capacity as Sheriff of Maricopa County, Arizona; MARICOPA COUNTY, ARIZONA SHERIFF'S OFFICE, and MARICOPA COUNTY, ARIZONA<br><br>Defendants. | No. CV 07-02513-PHX-MHM<br><br>**DEFENDANTS ARPAIO AND THE MCSO'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR RESPONSE IN OPPOSITION TO DEFENDANT MARICOPA COUNTY'S MOTION TO STAY PROCEEDINGS** |

Defendants Joseph M. Arpaio ("Arpaio") and the Maricopa County Sheriff's Office ("MCSO") respectfully move the Court for leave to file a short supplemental brief in further response in opposition to defendant Maricopa County's Motion to Stay Proceedings.

Arpaio and the MCSO make this Motion for the sole purpose of providing the Court with information from an article from *National Review Online* entitled "<u>A Pattern and Practice, The DOJ's Civil Rights Division has a history of ideologically charged investigations</u>," H. von Spakosky, dated July 9, 2009 and specifically addressing for the Court how the information in the article, if true and accurate as to the DOJ attorney

1  "investigators," supports Arpaio and the MCSO's opposition to the Motion for Stay.
2  Because the resolution of the pending Motion to Stay will materially impact the substantive
3  and procedural rights of Arpaio and the MCSO, these defendants respectfully submit that
4  good cause exists to allow a short supplemental brief.

     The proposed supplemental brief is attached as Exhibit "A."

     A proposed form of Order is attached.

     DATED this 10th of July, 2009.

     SCHMITT, SCHNECK, SMYTH & HERROD, P.C.

     *s/Timothy J. Casey*_____
Timothy J. Casey
Drew Metcalf
Schmitt, Schneck, Smyth & Herrod, P.C.
1221 E. Osborn Rd., Suite 105
Phoenix, Arizona 85014
Telephone: (602) 277-7000
Facsimile:(602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office

**ORIGINAL** of this document electronically
filed with the Clerk's Office using the
CM/ECF System this 10th day of July, 2009.

**COPY** of this document electronically and regular mailed
This 10th day of July, 2009, to the following:

The Honorable Mary H. Murguia
United States District Court
401 West Washington Street,
Phoenix, Arizona 85003-2158

**COPY** of this document electronically and regular mailed
this 10th day July, 2009, to the following counsel:

David J. Bodney, Esq.
Peter Kozinets, Esq.
STEPTOE & JOHNSON LLP
Collier Center
201 East Washington St., Suite 1600
Phoenix, Arizona 85004-2382
Counsel for Plaintiffs

1  Daniel Pochoda, Esq.
   ACLU FOUNDATION OF ARIZONA
2  P.O. Box 17148
   Phoenix, Arizona 85011-0148
3
   Monica M. Ramirez, Esq.
4  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
5  39 Drumm Street
   San Francisco, California 94111
6
   Kristina Campbell, Esq.
7  Nancy Ramirez, Esq.
   MEXICAN AMERICAN LEGAL DEFENSE
8  AND EDUCATION FUND
   634 S. Spring Street, 11th Floor
9  Los Angeles, California 90014

10 Michael D. Moberly
   RYLEY, CARLOCK, & APPLEWHITE
11 One North Central Ave., Suite 1200
   Phoenix, Arizona 85004-4417
12 Counsel for Defendant Maricopa County

13 *s/Eileen Henry*
   Eileen Henry, Paralegal
14 SCHMITT, SCHNECK, SMYTH & HERROD, P.C.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHMITT, SCHNECK, SMYTH & HERROD, P.C.
Professional Corporation

3