IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., ) | No. CV-07-2513-PHX-LOA |
| ) Plaintiffs, ) | **ORDER AND NOTICE OF ERRATA** |
| vs. ) | |
| Joseph M. Arpaio, et al., ) | |
| ) Defendants. ) | |

      Pending before the Court are seven motions for rulings, three of which are clearly dispositive in nature. (docket ## 90, 93, 105)

      The Court will defer any rulings on the non-disposive motions until after the parties have either consented to magistrate-judge jurisdiction or elected to proceed before a district judge.

      On the Court's own motion due to clerical error,

      **IT IS ORDERED** vacating the last order in docket # 140, page 3, lines 14-15.

      **IT IS FURTHER ORDERED** that Defendants' counsel shall use proper capitalization in all future captions as mandated by LRCiv 7.1(a)(3). See, e.g., docket # 134.

      DATED this 20th day of July, 2009.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge