STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street
Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (06065)
dbodney@steptoe.com
Peter S. Kozinets (019856)
pkozinets@steptoe.com
Aaron J. Lockwood (025599)
alockwood@steptoe.com

Attorneys for Plaintiffs
(Additional attorneys for
Plaintiffs listed on next page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Manuel de Jesus Ortega Melendres, et al.,

Plaintiffs,

vs.

Joseph M. Arpaio, et al.,

Defendants.

No. CV 07-2513-PHX-GMS

**NOTICE OF VIDEOTAPED DEPOSITION OF DEPUTY CHIEF BRIAN SANDS**

Additional attorneys:

ACLU FOUNDATION OF ARIZONA
P.O. Box 17148
Phoenix, Arizona 85011-0148
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

Daniel Pochoda (021979)
dpochoda@acluaz.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Cecillia Wang (*Pro Hac Vice*)
cwang@aclu.org

MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512 x136
Facsimile: (213) 629-0266

Nancy Ramirez (*Pro Hac Vice*)
nramirez@maldef.org
Gladys Limon (*Pro Hac Vice*)
glimon@maldef.org

YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 26 and 30, the deposition of the person named below will be taken upon oral examination at the time and place stated below before an officer authorized by law to administer oaths. The deposition will be recorded by stenographic means and will be videotaped.

**PERSON TO BE EXAMINED:** Deputy Chief Brian Sands
c/o Timothy J. Casey
Schmitt, Schneck, Smyth & Herrod, P.C.
1221 East Osborn Road, Suite 105
Phoenix, Arizona 85014

**DATE AND TIME OF DEPOSITION**: October 28, 2009 at 9:00 a.m.

**PLACE OF DEPOSITION:** Steptoe & Johnson LLP
Collier Center
201 East Washington St., Suite 1600
Phoenix, Arizona 85004

DATED this 16th day of September, 2009.

STEPTOE & JOHNSON LLP

By /s/ Peter S. Kozinets
David J. Bodney
Peter S. Kozinets
Aaron J. Lockwood
Collier Center
201 East Washington Street
Suite 1600
Phoenix, Arizona 85004-2382

ACLU FOUNDATION OF ARIZONA
Daniel Pochoda
P.O. Box 17148
Phoenix, Arizona 85011-0148
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
Cecillia Wang
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950

MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
Nancy Ramirez
Gladys Limon
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512 x136
Facsimile: (213) 629-0266

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2009, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrant:

Timothy James Casey
timcasey@azbarristers.com
Drew Metcalf
drewmetcalf@azbarristers.com

Michael D. Moberly
MMoberly@rcalaw.com
John M. Fry
JFry@rcalaw.com

/s/ Monica Medlin
Legal Secretary