# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Joseph M. Arpaio, et al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **ORDER** |

Pending before the Court is Plaintiffs' Motion for Sanctions (Dkt. # 227). The Court finds that it would be beneficial to hold oral argument and will have questions for both parties, therefore,

**IT IS HEREBY ORDERED** setting oral argument for Friday, **February 4, 2010 at 11:00 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151. Each side will be given a maximum of twenty minutes to present their arguments and answer the Court's questions.

DATED this 29th day of January, 2010.

_____
G. Murray Snow
United States District Judge