IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Joseph M. Arpaio, et al., ) <br> ) <br> Defendants. ) <br> ) | No. CV-07-2513-PHX-GMS <br><br> **AMENDED ORDER** |

Pending before the Court is Plaintiffs' Motion for Sanctions (Dkt. # 227). The Court finds that it would be beneficial to hold oral argument and will have questions for both parties, therefore,

**IT IS HEREBY ORDERED** setting oral argument for Thursday, **February 4, 2010 at 11:00 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.  Each side will be given a maximum of twenty minutes to present their arguments and answer the Court's questions.

DATED this 29th day of January, 2010.

_G. Murray Snow_
United States District Judge