# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio, et al.<br><br>　　　　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

   Pursuant to Rules 83.2(3) and 83.3(b) (2), the Motion to Withdraw as Counsel of Record for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office (Doc. 336) filed by the law firm of Schmitt, Schneck, Smyth & Herrod, P.C. and its attorneys Timothy J. Casey and Drew Metcalf, and good cause appearing,

   **IT IS HEREBY OPDERED** that Schmitt, Schneck, Smyth & Herrod, P.C. and its attorneys are withdrawn as counsel of record for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office in this action.

   **IT IS FURTHER ORDERD** that the firm of Ogletree Deakins Nash Smoak & Stewart PC and its attorneys Alec R. Hillbo, Kerry Scott Martin and Leigh Eric Dowell shall

SCHMITT, SCHNECK, SMYTH &
HERROD, P.C.
Professional
Corporation

1  continue to be counsel of record for Joseph M. Arpaio and the Maricopa County Sheriff's
2  Office.
3      Dated this 23rd day of August, 2010.

*G. Murray Snow*
G. Murray Snow
United States District Judge

SCHMITT, SCHNECK, SMYTH & HERROD, P.C.
Professional Corporation

2