# EXHIBIT 10

May 8, 2008

Sheriff Joe Arpaio
Maricopa County Sheriff's Office
100 W. Washington, Ste 1900
Phoenix, AZ 85003

Dear Sheriff Arpaio,

I have seen enough of this travesty concerning immigration policy and the resulting issues arising (or more accurately being created) as a result of it.

For the record:
My parents and I emigrated from Europe in 1951. They came here to seek citizenship as did many other people from many other countries. Upon receiving sponsorship, they began taking extensive and exhaustive classes which were necessary in order to pass citizenship testing. At that time, citizenship was something that you had to prove you wanted. In 1957, they became U.S. citizens. As I was in the early years of grade school, I was exempt from the classes because I would learn about history and functionality of this country in school. Subsequently, I became a citizen in 1959.

It is irritating, appalling and angering to watch some of these illegals demand and expect citizenship as a result of their illegal residency. It appears that they know little to nothing about this country other than the fact that welfare is better here than in Mexico. And to escalate their protest, they wave around the Mexican flag while demanding US citizenship.

For the millions of immigrants who entered this country legally, completed the required process in order to become citizens of this country, and in many cases, served their country in both peace and war, this is at the very least, a very hard slap in the face.

I, for one, applaud your efforts and continued vigilance in attempting to enforce what little is left of our immigration laws.

Living in Mesa, I can drive down any of the streets where day laborers (most of whom, I would believe to be here illegally) gather and wait for work. This is in full view of the Mesa Police who continually 'patrol' these streets, but I have yet to see the police stop in order to determine whether these laborers are here under legitimate circumstances. Your men come in to do Mesa's job and are criticized for excessive and overzealous enforcement. I agree with Mesa's Police Chief in requesting prior notification of any intervention, but I would be very suspicious of the ulterior motive in getting this notification.

Melendres
MCSO 075403

I could continue on my soap box but I believe that you understand my position in this matter. Although I am one person and probably in the minority of this stance on immigration enforcement, I wanted you to know that there are some of us who applaud, agree and support your efforts.

Thanks for listening.

REDACTED

Mike S REDACTED
Mesa, AZ

# EXHIBIT 11

FROM THE DESK OF
JACK S REDACTED

*[handwritten annotations across top: "LC Brian", "Helen", "Chavir Jerrys", "Thank for support/immigration will going all over", "into Mesa"]*

Saturday, May 24, 2008

Dear Sherrif Joe:

I have been an...admirer and fan..for many years!!!

Many years ago...I wrote to you...when you were "getting some flack"...from both...the "New Times" and Arizona Republic" regarding the MCSO chain gangs...both men and women.
* I wrote to..."applaud"...both you and your officers for these efforts.
  -Criminals...man or woman...put 'em to work cleaning/keeping up our highways, sidewalks, streets and trash.
  -GREAT WORK ON YOUR PART!!! Some of the local media had a much different view...as you know...at that time.

Question:  I do not see the chain gangs of late(some years now)on the streets like I used to...what happened?

You kindly responed to my letter...with one of you own(some-where in my files I still have it), your letterhead...thanking me for my compliments, comments and thoughts.

I do deliver work(automobiles, flowers, trucks)all over the Valley(N. E. W. S.)and..."SEE"...alot!!!

The illegals have returned...8-10...I observed...May 5-12 to Guadalupe.

DO THE MESA, AZ SWEEP!!! IT NEEDS IT TERRIBLY!!!
* Yes...the Mesa, AZ. police chief drags his feet and stalls inforcing..."THAT WHICH THE MAJORITY VOTE and some of the POLITICIANS...PUT INTO STATE and FEDERAL LAW"!!!
  -Add the fact...that the head of Mesa's police union is a Hispanic..."This is what you get from Mesa"!!!

I spoke with one of your MCSO officers(daytime...working hours) in the area(s) of; Nortor's Corner as to why he did not nor was not arresting...the 30± illegals that were on all four corners...He said(quote)..."I can't just because they are standing there". I told him(quote)...I was going to write to you and complain about his action(s)...actually...lack of!!!

He was of Hispanic origin(I was close enough to see his "name badge).
* As you may well know...Chandler(female police chief...yes?) follows Mesa's "lead"...on the lack of effort "fighting the illegal immigrant" issues...that are LAW!!!"
  -S.E. Chandler...is RIFE...with illegals(I see them EVERY DAY EVERYWHERE; Ag and New Construction areas of..Nortons Corner
  -Gilbert Road -South; Gilbert/Pecos, Gilbert/Queen Creek, Gilbert/Ocotillo, Gilbert/Chandler Heights.
  -Val Vista-South...SAME CROSS ROADS.
  -Higley-South......  -     -        -   .
  -Power Road-South..  -    -       -  .

The "LOW/LACK" of MCSO presense...has allowed the illegals to "settle in"..."Drop houses, apartments, shacks, hidden camps".
* The "LOW/LACK" of Chandler law enforcement...has allowed the illegals to "survive" in the S.E. Valley!
* Small...Mid-size building contractors(brick layers, cement workers, general labor, landscapers and some "ag" businesses HAVE NO FEAR OF HIRING ILLEGALS!!!...because...NO enforcemen from Chandler/Mesa PD and the "LOW/LACK" of MCSO officers... (budget cuts, State cutbacks, federal cutbacks, etc.)...IS VERY, VERY LOW...TO ALMOST NON-EXISTANT!!! I see it everyday

Sherrif Joe...SWEEP MESA, SWEEP CHANDLER, SWEEP S.E. CHANDLER, SWEEP GUADALUPE(again), SWEEP CAVE CREEK(and the church HIDEING THEM), SWEEP EVERYWHERE!!!

You have my support...and...VOTE...come election day!!!!!!!!!!

Sincerely,


REDACTED

John E. "Jack" S REDACTED

PS: YOU WILL "WIN"...the absurd "New Times" lawsuit.
  -Tell Mayor Phil Gordon..."Enforce the law...or...take a hike"!!! Isn't there a re-call, in process, on him? If not ...should be...Phoenix voters said..."No illegals"!

*** I was going to give this to you...Book Signing...05/24 and your presence...was absent...due to cancellation.
  -See you....06/21...

Melendres
MCSO 076195

# EXHIBIT 12



Friday, July 25, 2008

Sheriff Arpaio,

    I am writing you in concern of the illegal immigrants that call Arizona home. I believe that what you have done thus far in regards of deporting them rightfully back to mexico, has been tremendous. Right now there is a huge illegal occupant problem in the City of Mesa. I cannot tell you how frustrating it is to drive thru the intersection of Gilbert and Broadway and see day-laborers loiter the streets all morning long. In fact, if one drives west on Broadway past Lindsey, it becomes the norm to find mexican day-laborers all along the sidewalks. Because of their demeanor, it is obvious to pick out the illegals from the American citizens. I strongly request that you return to Mesa and help rid the city of this irritating problem.

    Just today at the grocery store, I was checking out when I noticed a mexican lady standing mindlessly at the end of the belt. She expectantly asked me, "Hablo espanol?". This is becoming a most annoying occurrence and it is not ceasing to stop. I strongly believe if a person decides to come to this country, than that person should take the initiative and pride in learning English. In doing so, this also enables that individual to take the citizen's test. There is no excuse not to. Again, I humbly beseech you to return to Mesa and help liberate this city of the illegals that swarm the streets. Please help American streets roam with Americans. Thank you explicitly for all you have done previously in regards to this predicament.

From an American citizen,

*Varia S* REDACTED

Varia S REDACTED

REDACTED

callisto@cox.net

Melendres
MCSO 076123

# EXHIBIT 13

# Maricopa County Sheriff's Office
# Joe Arpaio, Sheriff

**News Release**

Date: June 26, 2008

## SHERIFF'S CRIME SUPPRESSION/ILLEGAL IMMIGRATION OPERATION MOVES INTO MESA

## ALL VIOLATIONS OF THE LAW TO BE ENFORCED

(Phoenix, AZ) In keeping with his promise to the public and to east valley state legislators, Maricopa County Sheriff Joe Arpaio today directed his deputies and posse volunteers into the city of Mesa, the valley's second largest city, to begin the fifth crime suppression/illegal immigration operation recently undertaken since March.

Today's operation brings to Mesa nearly 200 deputies and posse volunteers, to perform high visibility patrols for all violations of the law. The Sheriff's Illegal Immigration Interdiction Unit (Triple I) will also be participating to oversee any arrests involving illegal aliens.

Previous operations of a similar nature have taken place in Phoenix, Fountain Hills, and Guadalupe. In those combined operations within a short period of time, Sheriff's deputies arrested 174 people, of whom 91 were illegal aliens, with 41 of that number charged with other crimes in addition to immigration violations.

"This is a crime deterrence program to enforce all laws," says the Sheriff. "In conducting these crime deterrence operations and attacking all levels crime, we attack the culture of crime."

These operations, while successful, have caused open borders activists to protest against Arpaio and the Sheriff's Office. Arpaio refuses to back down saying, "I am doing what I was elected to do, which is to enforce all the laws enacted by the state legislature and the US Constitution."

The crime suppression operations have drawn so much controversy that the Governor of Arizona deemed it politically expedient to go against her own state legislature and block the $1.8 million that the legislature had given to the Sheriff in 2008 to fight illegal immigration. Her move prompted citizens from all over Maricopa County to donate nearly $35,000 in less than one month. "I know there are critics and politicians who disagree with my illegal immigration stance, including these crime suppression programs," says Arpaio. "Nonetheless, we have a job to do, and we will do our job."

<end>

100 West Washington, Suite 1900, Phoenix, Arizona 85003
Phone: (602) 876-1801  Fax: (602) 258-2081
Media Contact: SheriffsMediaRequests@MCSO.Maricopa.Gov

1

ORT 000116

# EXHIBIT 14

**From:** Joseph Sousa - SHERIFFX
**Sent:** Friday, September 19, 2008 10:03 AM
**To:** Brett Palmer - SHERIFFX
**Cc:** Perla Plata - SHERIFFX
**Subject:** RE: Citizen Request for Crime Suppression Patrol

Brett,

Print out the email you sent me and attach a clearance form to it. Have Perla start a file for Saturation patrol requests. We are getting a lot of these.

Thanks,

Joe

---

**From:** Brett Palmer - SHERIFFX
**Sent:** Tuesday, September 16, 2008 11:41 AM
**To:** Joseph Sousa - SHERIFFX
**Subject:** Citizen Request for Crime Suppression Patrol

Hey Lt—

Yesterday on 09-15-2008 I spoke with Mrs. Pila W.$^{REDACTED}$ Mrs. W$^{REDACTED}$ lives in the area of 17th Avenue & North Lane in the city of Phoenix. This is basically the area between Peoria Avenue & Dunlap Avenue, 19th to 7th Avenues. Mrs. W$^{REDACTED}$ expressed to me that she would like to invite & request the presence of the Sheriff's Office in the area that surrounds her neighborhood. She expressed deep concerns for the high level of criminal activity taking place in and around her neighborhood & further expressed her deep concerns for the lack of enforcement on the part of her local police agency. Mrs. W$^{REDACTED}$ stated she has called the Phoenix Police Department on numerous occasions to report everything from loud parties where alleged gang members are congregating to more severe acts of drive by shootings. In every instance she stated the police response was delayed and many times never resulted in any action being taken. She stated many of the law abiding citizens in the area are more mature in age and while they feel the same way she does, they are afraid to reach out for help.

Mrs. W$^{REDACTED}$ would like to ask that the Sheriff's Office coordinate a Crime Suppression Patrol for her area. She is exceptionally supportive of the Sheriff's use of CSP's in other areas & feels the Office would make a significant impact on the crime in her area if an operation were conducted. I advised her I would take the information and forward through my chain of command for review. If needed she can be contacted at the below number.

Pila W. REDACTED
REDACTED

*Sgt. Brett Palmer*
*Maricopa County Sheriff's Office*
*Human Smuggling Unit*

Melendres
MCSO 080707

Mailing Address
102 W. Madison Street – Phoenix, AZ 85003
602-876-4487 Office
602-526-4433 Cell
b_palmer@mcso.maricopa.gov

Melendres
MCSO 080708