STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (06065)
dbodney@steptoe.com
Peter S. Kozinets (019856)
pkozinets@steptoe.com
Aaron J. Lockwood (025599)
alockwood@steptoe.com
Attorneys for Plaintiffs

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | No. CV 07-2513-PHX-GMS |
| Plaintiffs, | **DECLARATION OF DANIEL MAGOS** |
| vs. | |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

I, Daniel Magos, declare:

1. I have personal knowledge of the facts stated in this Declaration and, if called upon, I could and would testify competently thereto.

2. I am a 65 year old Hispanic male. I have been a U.S. citizen for over 40 years. I currently live in Phoenix, Arizona with my wife, Eva Magos, who is also a U.S. citizen. Eva is 70 years old and Hispanic.

3. At approximately 10:00 a.m. on December 4, 2009, I was driving north on 27th Avenue with my wife Eva in the car. We had just stopped at the corner of 27th Avenue and Durango Street when I noticed Maricopa County Sheriff's Office ("MCSO") patrol car driving eastbound on Durango Street.

4. The deputy inside the MCSO vehicle looked into the cab of our truck and made eye contact with me as he turned south on 27th Avenue. His stare was so apparent and disturbing that I asked myself, "Why is he staring at us like that?" He then made a sudden U-turn and started to follow me as I turned left onto Durango Street, headed west.

5. When we were on Durango Street, the deputy activated his emergency lights and I pulled over to the right.

6. After we pulled over, the deputy did not immediately approach, and my wife and I started to exit the truck to find out what was going on. The deputy suddenly yelled at us to get back in. I later learned that this Deputy's name was Russell and his badge number is S1886.

7. Deputy Russell approached the driver's side window of the truck with his hand on his gun and asked my wife and I for identification, saying "I want both of your IDs." He then specified that he wanted "driver's licenses." We both provided him with our Arizona driver's licenses. Deputy Russell also asked me to provide him with registration and insurance information for the vehicle. I provided him with the insurance information, but had trouble locating the registration. He then told me to forget the registration, saying it "wasn't important."

8. Only after we provided him with ID did Deputy Russell explain why he had pulled us over. He told us that he stopped us because the license plate on the back of our truck was not visible.

9. Deputy Russell would not have been able to see the back of our truck when he made the U-turn on 27th Avenue.

10. Deputy Russell then asked me if I had any drugs, weapons, or bazookas in the truck. I do not know why he asked me about bazookas; perhaps he was trying to make a joke. I told him that there were no drugs or weapons in the car, except that I had a handgun, as allowed by Arizona law. He took the handgun, and then asked me to step out of the vehicle so that he could search me.

11. I did not agree to being searched. Deputy Russell insisted that he was going to search me. Finally, he ordered had me to stand against the car with my legs spread apart, frisked me, and looked inside my pockets.

12. The deputy then took our information back to his patrol car. While he was still at his patrol car, my phone rang. Since it was my business client calling, and I was already late to meet him, I answered the phone. Deputy Russell returned from his patrol car and yelled at me to hang up the phone. He then said we were free to go.

13. I felt that we had been treated rudely and unfairly. I asked Deputy Russell for his name and badge number. He was not wearing a badge. When he saw that I had a pen and pad to write this information down, he said, "Don't go thinking this is racial profiling."

14. After this, the deputy let us go without a citation.

15. After the incident, my daughter's boyfriend called the Sheriff's Office twice to try to speak to a supervisor about Deputy Russell. He told MCSO personnel that he was calling with a complaint about an officer on a traffic stop and left his name and telephone number. He never received a call back.

16. I have lived in Arizona for a long time. I have also been stopped by other police departments. Never have I encountered the type of treatment my wife and I received when we were stopped on December 4th by the MCSO.

17. I believe that we were stopped and harassed because of the color of our skin.

I declare under penalty of perjury under the laws of the United States and the State of Arizona that the foregoing is true and correct.

EXECUTED this 21st day of January, 2010 in Phoenix, Arizona.

Daniel Magos