1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COVINGTON & BURLING LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile:  (650) 632-4800

Stanley Young (Pro Hac Vice)
syoung@cov.com
Andrew C. Byrnes (Pro Hac Vice)
abyrnes@cov.com

*Attorneys for Plaintiffs (Additional attorneys
for Plaintiffs listed on next page)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>Joseph M. Arpaio, et al.,<br><br>        Defendants | No.: CV 07-2513-PHX-GMS<br><br>**DECLARATION OF KEVIN HICKEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

DECLARATION OF KEVIN HICKEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT
No.: CV 07-2513-PHX-GMS

1   *Additional Attorneys for Plaintiffs:*

2   COVINGTON & BURLING LLP
    1 Front Street
3   San Francisco, CA 94111-5356
    Telephone: (415) 591-6000
4   Facsimile:  (415) 591-6091
    Tammy Albarran (*Pro Hac Vice*)
5   talbarran@cov.com
    Kevin Hickey (Pro Hac Vice)
6   khickey@cov.com
    Matthew Steilen (Pro Hac Vice)
7   msteilen@cov.com
    Lesli Gallagher (Pro Hac Vice)
8   lgallagher@cov.com

9   ACLU FOUNDATION OF ARIZONA
    3707 N. 7th St., Ste. 235
10  Phoenix, AZ 85014
    Telephone:  (602) 650-1854
11  Facsimile:  (602) 650-1376
    Daniel Pochoda (021979)
12  dpochoda@acluaz.org
    Anne Lai (330036*)
13  alai@acluaz.org
    *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
14
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
15  IMMIGRANTS' RIGHTS PROJECT
    39 Drumm Street
16  San Francisco, California 94111
    Telephone:  (415) 343-0775
17  Facsimile:  (415) 395-0950
    Cecillia Wang (Pro Hac Vice)
18  cwang@aclu.org

19  MEXICAN AMERICAN LEGAL DEFENSE
    AND EDUCATIONAL FUND
20  634 South Spring Street, 11th Floor
    Los Angeles, California 90014
21  Telephone:  (213) 629-2512
    Facsimile:  (213) 629-0266
22  Nancy Ramirez (Pro Hac Vice)
    nramirez@maldef.org
23

24

25

26

27

28

1

2

        I, Kevin J. Hickey, declare:

3

            1.  I am attorney with Covington & Burling LLP, counsel for Plaintiffs

4

Manuel de Jesus Ortega Melendres, Jessika Quitugua Rodriguez, David Rodriguez,

5

Velia Meraz, Manuel Nieto, Jr. and Somos America.  I make this Declaration in support

6

of Plaintiffs' Motion for Partial Summary Judgment.  My statements about various

7

litigation documents in the case are based on my personal knowledge or my review of

8

the files that Covington & Burling has obtained from its predecessor counsel in this

9

case.  Certain of the transcripts and other documents were generated or produced prior

10

to Covington & Burling and my becoming involved in the case, and my statements

11

below about the truth and correctness of the copies of these documents thus refer to the

12

files of predecessor counsel.

13

            2.  The last names and addresses of the non-MCSO individuals who have

14

communicated with the MCSO or Sheriff Arpaio have been redacted from the Exhibits,

15

including the deposition excerpts.  This has been done in order to avoid directing

16

unnecessary attention to those individuals.  Generally, the MCSO did not redact such

17

information from the materials it produced in discovery to Plaintiffs.  If Defendants

18

object to the Plaintiffs' redactions, or if the Court believes that the redacted information

19

is necessary for the efficient and correct adjudication of the issues before it, Plaintiffs

20

are willing to provide unredacted versions of the documents and deposition excerpts.

21

            3.  Attached hereto as Exhibit 1 is a true and correct copy of Excerpts of

22

the transcript of the deposition of Ramon Charley Armendariz, taken on November 24,

23

2009.

24

            4.  Attached hereto as Exhibit 2 is a true and correct copy of Excerpts of

25

the transcript of the deposition of Ramon Charley Armendariz, taken on November 8,

26

2010.

27

            5.  Attached hereto as Exhibit 3 is a true and correct copy of Exhibit 6 to

28

the deposition of Ramon Charley Armendariz, taken on November 8, 2010.

DECLARATION OF KEVIN HICKEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT
No.: CV 07-2513-PHX-GMS

6.  Attached hereto as Exhibit 4 is a true and correct copy of Excerpts of the transcript of the deposition of Joseph Arpaio, taken on December 16, 2009.

7.  Attached hereto as Exhibit 5 is a true and correct copy of Exhibit 1 to the deposition of Joseph Arpaio, taken on December 16, 2009.

8.  Attached hereto as Exhibit 6 is a true and correct copy of Exhibit 2 to the deposition of Joseph Arpaio, taken on December 16, 2009.

9.  Attached hereto as Exhibit 7 is a true and correct copy of Exhibit 5 to the deposition of Joseph Arpaio, taken on December 16, 2009.

10. Attached hereto as Exhibit 8 is a true and correct copy of Exhibit 6 to the deposition of Joseph Arpaio, taken on December 16, 2009.

11. Attached hereto as Exhibit 9 is a true and correct copy of Exhibit 7 to the deposition of Joseph Arpaio, taken on December 16, 2009.

12. Attached hereto as Exhibit 10 is a true and correct copy of Exhibit 10 to the deposition of Joseph Arpaio, taken on December 16, 2009.

13. Attached hereto as Exhibit 11 is a true and correct copy of Exhibit 11 to the deposition of Joseph Arpaio, taken on December 16, 2009.

14. Attached hereto as Exhibit 12 is a true and correct copy of Exhibit 13 to the deposition of Joseph Arpaio, taken on December 16, 2009.

15. Attached hereto as Exhibit 13 is a true and correct copy of Exhibit 17 to the deposition of Joseph Arpaio, taken on December 16, 2009.

16. Attached hereto as Exhibit 14 is a true and correct copy of Exhibit 21 to the deposition of Joseph Arpaio, taken on December 16, 2009.

17. Attached hereto as Exhibit 15 is a true and correct copy of Excerpts of the transcript of the deposition of Joseph Arpaio, taken on November 16, 2010.

18. Attached hereto as Exhibit 16 is a true and correct copy of Exhibit 2B to the deposition of Joseph Arpaio, taken on November 16, 2010.

19. Attached hereto as Exhibit 17 is a true and correct copy of Exhibit 10 to the deposition of Joseph Arpaio, taken on November 16, 2010.

20. Attached hereto as Exhibit 18 is a true and correct copy of Exhibit 11 to the deposition of Joseph Arpaio, taken on November 16, 2010.

21. Attached hereto as Exhibit 19 is a true and correct copy of Exhibit 12 to the deposition of Joseph Arpaio, taken on November 16, 2010.

22. Attached hereto as Exhibit 20 is a true and correct copy of Exhibit 13 to the deposition of Joseph Arpaio, taken on November 16, 2010.

23. Attached hereto as Exhibit 21 is a true and correct copy of Exhibit 14 to the deposition of Joseph Arpaio, taken on November 16, 2010.

24. Attached hereto as Exhibit 22 is a true and correct copy of Exhibit 17 to the deposition of Joseph Arpaio, taken on November 16, 2010.

25. Attached hereto as Exhibit 23 is a true and correct copy of Exhibit 18 to the deposition of Joseph Arpaio, taken on November 16, 2010.

26. Attached hereto as Exhibit 24 is a true and correct copy of Exhibit 19 to the deposition of Joseph Arpaio, taken on November 16, 2010.

27. Attached hereto as Exhibit 25 is a true and correct copy of Exhibit 20 to the deposition of Joseph Arpaio, taken on November 16, 2010.

28. Attached hereto as Exhibit 26 is a true and correct copy of Exhibit 21 to the deposition of Joseph Arpaio, taken on November 16, 2010.

29. Attached hereto as Exhibit 27 is a true and correct copy of Exhibit 22 to the deposition of Joseph Arpaio, taken on November 16, 2010.

30. Attached hereto as Exhibit 28 is a true and correct copy of Exhibit 23 to the deposition of Joseph Arpaio, taken on November 16, 2010.

31. Attached hereto as Exhibit 29 is a true and correct copy of Exhibit 24 to the deposition of Joseph Arpaio, taken on November 16, 2010.

32. Attached hereto as Exhibit 30 is a true and correct copy of Exhibit 25 to the deposition of Joseph Arpaio, taken on November 16, 2010.

33. Attached hereto as Exhibit 31 is a true and correct copy of Exhibit 26 to the deposition of Joseph Arpaio, taken on November 16, 2010.

34. Attached hereto as Exhibit 32 is a true and correct copy of Exhibit 27 to the deposition of Joseph Arpaio, taken on November 16, 2010.

35. Attached hereto as Exhibit 33 is a true and correct copy of Exhibit 28 to the deposition of Joseph Arpaio, taken on November 16, 2010.

36. Attached hereto as Exhibit 34 is a true and correct copy of Exhibit 30 to the deposition of Joseph Arpaio, taken on November 16, 2010.

37. Attached hereto as Exhibit 35 is a true and correct copy of Exhibit 34 to the deposition of Joseph Arpaio, taken on November 16, 2010.

38. Attached hereto as Exhibit 36 is a true and correct copy of Exhibit 42 to the deposition of Joseph Arpaio, taken on November 16, 2010.

39. Attached hereto as Exhibit 37 is a true and correct copy of Exhibit 43 to the deposition of Joseph Arpaio, taken on November 16, 2010.

40. Attached hereto as Exhibit 38 is a true and correct copy of Excerpts of the transcript of the deposition of Douglas W. Beeks, taken on October 22, 2009.

41. Attached hereto as Exhibit 39 is a true and correct copy of Excerpts of the transcript of the deposition of Steven Camarota, taken on March 22, 2011.

42. Attached hereto as Exhibit 40 is a true and correct copy of Excerpts of the transcript of the deposition of Bennie R. Click, taken on March 18, 2011.

43. Attached hereto as Exhibit 41 is a true and correct copy of Exhibit 6 to the deposition of Bennie R. Click, taken on March 18, 2011.

44. Attached hereto as Exhibit 42 is a true and correct copy of Exhibit 9 to the deposition of Bennie R. Click, taken on March 18, 2011.

45. Attached hereto as Exhibit 43 is a true and correct copy of Exhibit 25 to the deposition of Bennie R. Click taken on March 18, 2011.

46. Attached hereto as Exhibit 44 is a true and correct copy of Excerpts of the transcript of the deposition of Louis DiPietro, taken on October 21, 2009.

47. Attached hereto as Exhibit 45 is a true and correct copy of Exhibit 1 to the deposition of Louis DiPietro, taken on October 21, 2009.

48. Attached hereto as Exhibit 46 is a true and correct copy of Excerpts of the transcript of the deposition of Lydia Guzman, taken on December 2, 2009.

49. Attached hereto as Exhibit 47 is a true and correct copy of Excerpts of the transcript of the deposition of David Anthony Hendershott, taken on February 12, 2010.

50. Attached hereto as Exhibit 48 is a true and correct copy of Excerpts of the transcript of the deposition of Jason Douglas Kidd, taken on October 1, 2010. (Counsel for ICE has indicated that the transcript is not confidential save certain redactions that have been made to the transcript by consent of the parties. (*See* Notice to Court concerning Protective Order Regarding Depositions of Jason Kidd and Alonzo Pena, Oct. 29, 2010, Dkt. No. 380.))

51. Attached hereto as Exhibit 49 is a true and correct copy of Excerpts of the transcript of the deposition of Michael Dean Kikes, taken on February 15, 2010.

52. Attached hereto as Exhibit 50 is a true and correct copy of Excerpts of the transcript of the deposition of Manuel Joseph Madrid, taken on October 27, 2009.

53. Attached hereto as Exhibit 51 is a true and correct copy of Excerpts of the transcript of the deposition of Manuel Joseph Madrid, taken on October 20, 2010.

54. Attached hereto as Exhibit 52 is a true and correct copy of Exhibit 5 to the deposition of Manuel Joseph Madrid, taken on October 20, 2010.

55. Attached hereto as Exhibit 53 is a true and correct copy of Excerpts of the transcript of the deposition of Manuel de Jesus Ortega Melendres, taken on October 8, 2009.

56. Attached hereto as Exhibit 54 is a true and correct copy of Excerpts of the transcript of the deposition of Velia Meraz, taken on October 8, 2009.

57. Attached hereto as Exhibit 55 is a true and correct copy of Excerpts of the transcript of the deposition of Manuel Nieto, Jr., taken on October 8, 2009.

58. Attached hereto as Exhibit 56 is a true and correct copy of Excerpts of the transcript of the deposition of Brett Palmer, taken on October 23, 2009.

59. Attached hereto as Exhibit 57 is a true and correct copy of Exhibit 1 to the deposition of Brett Palmer, taken on October 23, 2009.

60. Attached hereto as Exhibit 58 is a true and correct copy of Exhibit 2 to the deposition of Brett Palmer, taken on October 23, 2009.

61. Attached hereto as Exhibit 59 is a true and correct copy of Exhibit 3 to the deposition of Brett Palmer, taken on October 23, 2009.

62. Attached hereto as Exhibit 60 is a true and correct copy of Exhibit 4 to the deposition of Brett Palmer, taken on October 23, 2009.

63. Attached hereto as Exhibit 61 is a true and correct copy of Excerpts of the transcript of the deposition of Brett Palmer, taken on November 9, 2010.

64. Attached hereto as Exhibit 62 is a true and correct copy of Exhibit 5 to the deposition of Brett Palmer, taken on November 9, 2010.

65. Attached hereto as Exhibit 63 is a true and correct copy of Exhibit 6 to the deposition of Brett Palmer, taken on November 9, 2010.

66. Attached hereto as Exhibit 64 is a true and correct copy of Exhibit 7 to the deposition of Brett Palmer, taken on November 9, 2010.

67. Attached hereto as Exhibit 65 is a true and correct copy of Exhibit 15 to the deposition of Brett Palmer, taken on November 9, 2010.

68. Attached hereto as Exhibit 66 is a true and correct copy of Excerpts of the transcript of the deposition of Alonzo Rafael Pena, taken on September 30, 2010. (Counsel for ICE has indicated that the transcript is not confidential save certain redactions that have been made to the transcript by consent of the parties. (*See* Notice to Court concerning Protective Order Regarding Depositions of Jason Kidd and Alonzo Pena, Oct. 29, 2010, Dkt. No. 380.))

69. Attached hereto as Exhibit 67 is a true and correct copy of Excerpts of the transcript of the deposition of Carlos Rangel, taken on October 20, 2009.

70. Attached hereto as Exhibit 68 is a true and correct copy of Exhibit 2 to the deposition of Carlos Rangel, taken on October 20, 2009.

71. Attached hereto as Exhibit 69 is a true and correct copy of Excerpts of the transcript of the deposition of Carlos Rangel, taken on November 8, 2010.

72. Attached hereto as Exhibit 70 is a true and correct copy of Exhibit 5 to the deposition of Carlos Rangel, taken on November 8, 2010.

73. Attached hereto as Exhibit 71 is a true and correct copy of Excerpts of the transcript of the deposition of Matthew Lucas Ratcliffe, taken on October 15, 2009.

74. Attached hereto as Exhibit 72 is a true and correct copy of Exhibit 4 to the deposition of Matthew Lucas Ratcliffe, taken on October 15, 2009.

75. Attached hereto as Exhibit 73 is a true and correct copy of Exhibit 6 to the deposition of Matthew Lucas Ratcliffe, taken on October 15, 2009.

76. Attached hereto as Exhibit 74 is a true and correct copy of Excerpts of the transcript of the deposition of David L. Rodriquez, taken on October 2, 2009.

77. Attached hereto as Exhibit 75 is a true and correct copy of Excerpts of the transcript of the deposition of Jessika Rodriquez, taken on October 2, 2009.

78. Attached hereto as Exhibit 76 is a true and correct copy of Excerpts of the transcript of the deposition of Brian L. Sands, taken on December 14, 2009.

79. Attached hereto as Exhibit 77 is a true and correct copy of Exhibit 8 to the deposition of Brian L. Sands, taken on December 14, 2009.

80. Attached hereto as Exhibit 78 is a true and correct copy of Excerpts of the transcript of the deposition of Brian L. Sands, taken on November 15, 2010.

81. Attached hereto as Exhibit 79 is a true and correct copy of Exhibit 3 to the deposition of Brian L. Sands, taken on November 15, 2010.

82. Attached hereto as Exhibit 80 is a true and correct copy of Exhibit 9 to the deposition of Brian L. Sands, taken on November 15, 2010.

83. Attached hereto as Exhibit 81 is a true and correct copy of Exhibit 11 to the deposition of Brian L. Sands, taken on November 15, 2010.

84. Attached hereto as Exhibit 82 is a true and correct copy of Exhibit 13 to the deposition of Brian L. Sands, taken on November 15, 2010.

85. Attached hereto as Exhibit 83 is a true and correct copy of Exhibit 15 to the deposition of Brian L. Sands, taken on November 15, 2010.

86. Attached hereto as Exhibit 84 is a true and correct copy of Exhibit 22 to the deposition of Brian L. Sands, taken on November 15, 2010.

87. Attached hereto as Exhibit 85 is a true and correct copy of Exhibit 23 to the deposition of Brian L. Sands, taken on November, 15, 2010.

88. Attached hereto as Exhibit 86 is a true and correct copy of Exhibit 24 to the deposition of Brian L. Sands, taken on November 15, 2010.

89. Attached hereto as Exhibit 87 is a true and correct copy of Exhibit 25 to the deposition of Brian L. Sands, taken on November 15, 2010.

90. Attached hereto as Exhibit 88 is a true and correct copy of Excerpts of the transcript of the deposition of Joseph Sousa, taken on December 10, 2009.

91. Attached hereto as Exhibit 89 is a true and correct copy of Exhibit 5 to the deposition of Joseph Sousa, taken on December 10, 2009.

92. Attached hereto as Exhibit 90 is a true and correct copy of Excerpts of the transcript of the deposition of Joseph Sousa, taken on October 22, 2010.

93. Attached hereto as Exhibit 91 is a true and correct copy of Exhibit 3 to the deposition of Joseph Sousa, taken on October 22, 2010.

94. Attached hereto as Exhibit 92 is a true and correct copy of Exhibit 7 to the deposition of Joseph Sousa, taken on October 22, 2010.

95. Attached hereto as Exhibit 94 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive (In compliance with this Court's July 16, 2010 Order, Defendants produced to Plaintiffs "The Carve Out MCSO Archived Email" hard drive on July 30, 2010 (as defined in the Protective Order dated August 5, 2010, (Dkt#333)), which contained MCSO Archived Emails provided by Maricopa County), bearing production numbers MCSO 0003188-97, 3205.

- 7 -

96. Attached hereto as Exhibit 95 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0004961-62.

97. Attached hereto as Exhibit 96 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0005586.

98. Attached hereto as Exhibit 97 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0006209-10.

99. Attached hereto as Exhibit 98 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0031088-89.

100. Attached hereto as Exhibit 99 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0031142-43.

101. Attached hereto as Exhibit 100 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0031188-89.

102. Attached hereto as Exhibit 101 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0033792.

103. Attached hereto as Exhibit 102 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0035727-28.

104. Attached hereto as Exhibit 103 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0035735-36.

105.    Attached hereto as Exhibit 104 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0035743-44.

106.    Attached hereto as Exhibit 105 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0038846-49.

107.    Attached hereto as Exhibit 106 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0103100.

108.    Attached hereto as Exhibit 107 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0132232.

109.    Attached hereto as Exhibit 108 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0162905-06.

110.    Attached hereto as Exhibit 109 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0209953-54.

111.    Attached hereto as Exhibit 110 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0282787-90.

112.    Attached hereto as Exhibit 111 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0295020-22.

113.    Attached hereto as Exhibit 112 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0297781.

114.    Attached hereto as Exhibit 113 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0344426-27.

115.    Attached hereto as Exhibit 114 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0426255-70.

116.    Attached hereto as Exhibit 115 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0496147-48.

117.    Attached hereto as Exhibit 116 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0497277-80.

118.    Attached hereto as Exhibit 117 is a true and correct copy of a document produced to us by Defendants from the Carveout of the MCSO archived email hard drive bearing production numbers MCSO 0501203-05.

119.    Attached hereto as Exhibit 118 is a true and correct copy of a document produced to us by Defendants bearing production numbers Melendres MCSO 000001-30.

120.    Attached hereto as Exhibit 119 is a true and correct copy of a document produced to us by Defendants bearing production numbers Melendres MCSO 001822–24.

121.    Attached hereto as Exhibit 120 is a true and correct copy of a document produced to us by Defendants bearing production numbers Melendres MCSO 001834–36.

122.    Attached hereto as Exhibit 121 is a true and correct copy of a document produced to us by Defendants bearing production numbers Melendres MCSO 001838-40.

1      123.   Attached hereto as Exhibit 122 is a true and correct copy of a
2  document produced to us by Defendants bearing production numbers Melendres MCSO
3  001844–46.

4      124.   Attached hereto as Exhibit 123 is a true and correct copy of a
5  document produced to us by Defendants bearing production numbers Melendres MCSO
6  001849–50.

7      125.   Attached hereto as Exhibit 124 is a true and correct copy of a
8  document produced to us by Defendants bearing production numbers Melendres MCSO
9  001853–59.

10      126.   Attached hereto as Exhibit 125 is a true and correct copy of a
11  document produced to us by Defendants bearing production numbers Melendres MCSO
12  001864-65.

13      127.   Attached hereto as Exhibit 126 is a true and correct copy of a
14  document produced to us by Defendants bearing production numbers Melendres MCSO
15  001866-73.

16      128.   Attached hereto as Exhibit 127 is a true and correct copy of a
17  document produced to us by Defendants bearing production numbers Melendres MCSO
18  001878–98.

19      129.   Attached hereto as Exhibit 128 is a true and correct copy of a
20  document produced to us by Defendants bearing production numbers Melendres MCSO
21  001899-1900.

22      130.   Attached hereto as Exhibit 129 is a true and correct copy of a
23  document produced to us by Defendants bearing production numbers Melendres MCSO
24  001904-20.

25      131.   Attached hereto as Exhibit 130 is a true and correct copy of a
26  document produced to us by Defendants bearing production numbers Melendres MCSO
27  001926–39.

28

1    132.    Attached hereto as Exhibit 131 is a true and correct copy of a
2  document produced to us by Defendants bearing production numbers Melendres MCSO
3  001941.

4    133.    Attached hereto as Exhibit 132 is a true and correct copy of a
5  document produced to us by Defendants bearing production numbers Melendres MCSO
6  001942-46.

7    134.    Attached hereto as Exhibit 133 is a true and correct copy of a
8  document produced to us by Defendants bearing production numbers Melendres MCSO
9  001970-73.

10    135.    Attached hereto as Exhibit 134 is a true and correct copy of a
11  document produced to us by Defendants bearing production numbers Melendres MCSO
12  001974.

13    136.    Attached hereto as Exhibit 135 is a true and correct copy of a
14  document produced to us by Defendants bearing production numbers Melendres MCSO
15  001978-95.

16    137.    Attached hereto as Exhibit 136 is a true and correct copy of a
17  document produced to us by Defendants bearing production numbers Melendres MCSO
18  014484-85.

19    138.    Attached hereto as Exhibit 137 is a true and correct copy of a
20  document produced to us by Defendants bearing production numbers Melendres MCSO
21  014541.

22    139.    Attached hereto as Exhibit 138 is a true and correct copy of a
23  document produced to us by Defendants bearing production numbers Melendres MCSO
24  014644-45.

25    140.    Attached hereto as Exhibit 139 is a true and correct copy of a
26  document produced to us by Defendants bearing production numbers Melendres MCSO
27  014686.

28

141.     Attached hereto as Exhibit 140 is a true and correct copy of a document produced to us by Defendants bearing production numbers Melendres MCSO 014691-92.

142.     Attached hereto as Exhibit 141 is a true and correct copy of a document produced to us by Defendants bearing production numbers Melendres MCSO 014861.

143.     Attached hereto as Exhibit 142 is a true and correct copy of a document produced to us by Defendants bearing production numbers Melendres MCSO 014865-66.

144.     Attached hereto as Exhibit 143 is a true and correct copy of a document produced to us by Defendants bearing production numbers Melendres MCSO 014876-77.

145.     Attached hereto as Exhibit 144 is a true and correct copy of a document produced to us by Defendants bearing production numbers Melendres MCSO 014917-25.

146.     Attached hereto as Exhibit 145 is a true and correct copy of a document produced to us by Defendants bearing production numbers Melendres MCSO 014926-28.

147.     Attached hereto as Exhibit 146 is a true and correct copy of a document produced to us by Defendants bearing production numbers Melendres MCSO 014951-53.

148.     Attached hereto as Exhibit 147 is a true and correct copy of a document produced to us by Defendants bearing production numbers Melendres MCSO 014956.

149.     Attached hereto as Exhibit 148 is a true and correct copy of a document produced to us by Defendants bearing production numbers Melendres MCSO 014968-76.

1    150.    Attached hereto as Exhibit 149 is a true and correct copy of a

2 document produced to us by Defendants bearing production numbers Melendres MCSO

3 015180-15201.

4    151.    Attached hereto as Exhibit 150 is a true and correct copy of a

5 document produced to us by Defendants bearing production numbers Melendres MCSO

6 015553–59.

7    152.    Attached hereto as Exhibit 151 is a true and correct copy of a

8 document produced to us by Defendants bearing production numbers Melendres MCSO

9 015566-77.

10    153.    Attached hereto as Exhibit 152 is a true and correct copy of a

11 document produced to us by Defendants bearing production numbers Melendres MCSO

12 016296-309.

13    154.    Attached hereto as Exhibit 153 is a true and correct copy of a

14 document produced to us by Defendants bearing production numbers Melendres MCSO

15 016857, 16918.

16    155.    Attached hereto as Exhibit 154 is a true and correct copy of a

17 document produced to us by Defendants bearing production numbers Melendres MCSO

18 019474-19486.

19    156.    Attached hereto as Exhibit 155 is a true and correct copy of a

20 document produced to us by Defendants bearing production numbers Melendres MCSO

21 024665-24671.

22    157.    Attached hereto as Exhibit 156 is a true and correct copy of a

23 document produced to us by Defendants bearing production numbers Melendres MCSO

24 026904, 26936, 27001, 30629, 36541.

25    158.    Attached hereto as Exhibit 157 is a true and correct copy of a

26 document produced to us by Defendants bearing production numbers Melendres MCSO

27 030625, 37088.

28

1    159.    Attached hereto as Exhibit 158 is a true and correct copy of a
2    document produced to us by Defendants bearing production numbers Melendres MCSO
3    056976–82.

4    160.    Attached hereto as Exhibit 159 is a true and correct copy of a
5    document produced to us by Defendants bearing production numbers Melendres MCSO
6    056983.

7    161.    Attached hereto as Exhibit 160 is a true and correct copy of a
8    document produced to us by Defendants bearing production numbers Melendres MCSO
9    056988-90.

10    162.    Attached hereto as Exhibit 161 is a true and correct copy of a
11    document produced to us by Defendants bearing production numbers Melendres MCSO
12    056991-98.

13    163.    Attached hereto as Exhibit 162 is a true and correct copy of a
14    document produced to us by Defendants bearing production numbers Melendres MCSO
15    056999–57029.

16    164.    Attached hereto as Exhibit 163 is a true and correct copy of a
17    document produced to us by Defendants bearing production numbers Melendres MCSO
18    057030-34.

19    165.    Attached hereto as Exhibit 164 is a true and correct copy of a
20    document produced to us by Defendants bearing production numbers Melendres MCSO
21    057035-45.

22    166.    Attached hereto as Exhibit 165 is a true and correct copy of a
23    document produced to us by Defendants bearing production numbers Melendres MCSO
24    057046-47.

25    167.    Attached hereto as Exhibit 166 is a true and correct copy of a
26    document produced to us by Defendants bearing production numbers Melendres MCSO
27    058708–30.

28

1         168.    Attached hereto as Exhibit 167 is a true and correct copy of a

2 document produced to us by Defendants bearing production numbers Melendres MCSO

3 059649–54.

4         169.    Attached hereto as Exhibit 168 is a true and correct copy of a

5 document produced to us by Defendants bearing production numbers Melendres MCSO

6 059656-59.

7         170.    Attached hereto as Exhibit 169 is a true and correct copy of a

8 document produced to us by Defendants bearing production numbers Melendres MCSO

9 059660-62

10         171.    Attached hereto as Exhibit 170 is a true and correct copy of a

11 document produced to us by Defendants bearing production numbers Melendres MCSO

12 059664-65.

13         172.    Attached hereto as Exhibit 171 is a true and correct copy of a

14 document produced to us by Defendants bearing production numbers Melendres MCSO

15 059666-67.

16         173.    Attached hereto as Exhibit 172 is a true and correct copy of a

17 document produced to us by Defendants bearing production numbers Melendres MCSO

18 059668, 59689.

19         174.    Attached hereto as Exhibit 173 is a true and correct copy of a

20 document produced to us by Defendants bearing production numbers Melendres MCSO

21 068349.

22         175.    Attached hereto as Exhibit 174 is a true and correct copy of a

23 document produced to us by Defendants bearing production numbers Melendres MCSO

24 068373-74.

25         176.    Attached hereto as Exhibit 175 is a true and correct copy of a

26 document produced to us by Defendants bearing production numbers Melendres MCSO

27 071945.

28

1    177.    Attached hereto as Exhibit 176 is a true and correct copy of a
2    document produced to us by Defendants bearing production numbers Melendres MCSO
3    072766-68.

4    178.    Attached hereto as Exhibit 177 is a true and correct copy of a
5    document produced to us by Defendants bearing production numbers Melendres MCSO
6    073088-89.

7    179.    Attached hereto as Exhibit 178 is a true and correct copy of a
8    document produced to us by Defendants bearing production numbers Melendres MCSO
9    074447, 74589-604.

10   180.    Attached hereto as Exhibit 179 is a true and correct copy of a
11   document produced to us by Defendants bearing production numbers Melendres MCSO
12   076155.

13   181.    Attached hereto as Exhibit 180 is a true and correct copy of a
14   document produced to us by Defendants bearing production numbers Melendres MCSO
15   076267.

16   182.    Attached hereto as Exhibit 181 is a true and correct copy of a
17   document produced to us by Defendants bearing production numbers Melendres MCSO
18   076995.

19   183.    Attached hereto as Exhibit 182 is a true and correct copy of a
20   document produced to us by Defendants bearing production numbers Melendres MCSO
21   081403.

22   184.    Attached hereto as Exhibit 183 is a true and correct copy of a
23   document produced to us by Defendants bearing production numbers Melendres MCSO
24   095926-29.

25   185.    Attached hereto as Exhibit 184 is a true and correct copy of a
26   document produced to us by Defendants bearing production numbers OSLS 000028.

27   186.    Attached hereto as Exhibit 185 is a true and correct copy of a
28   document produced to us by Defendants bearing production numbers OSLS 000121.

187.    Attached hereto as Exhibit 186 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS0000171, 174-175, 178-179, 189-190, 303.

188.    Attached hereto as Exhibit 187 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 000591-95.

189.    Attached hereto as Exhibit 188 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 001057.

190.    Attached hereto as Exhibit 189 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 001058-60.

191.    Attached hereto as Exhibit 190 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 001235.

192.    Attached hereto as Exhibit 191 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 001245-46.

193.    Attached hereto as Exhibit 192 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 002976-89.

194.    Attached hereto as Exhibit 193 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 002990.

195.    Attached hereto as Exhibit 194 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 003218.

196.    Attached hereto as Exhibit 195 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 003221.

197.    Attached hereto as Exhibit 196 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 003243-44.

198.    Attached hereto as Exhibit 197 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 003259-60.

199.    Attached hereto as Exhibit 198 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 004172.

200.   Attached hereto as Exhibit 199 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 004525.

201.   Attached hereto as Exhibit 200 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 005154.

202.   Attached hereto as Exhibit 201 is a true and correct copy of a document produced to us by Defendants bearing production numbers OSLS 005516-18.

203.   Attached hereto as Exhibit 202 is a true and correct copy of a document produced to Defendants bearing production numbers ORT 000096-102.

204.   Attached hereto as Exhibit 203 is a true and correct copy of a document produced to Defendants bearing production numbers ORT 000105-06.

205.   Attached hereto as Exhibit 204 is a true and correct copy of a document produced to Defendants bearing production numbers ORT 000109-110.

206.   Attached hereto as Exhibit 205 is a true and correct copy of a document produced to Defendants bearing production numbers ORT 000116.

207.   Attached hereto as Exhibit 206 is a true and correct copy of a document produced to Defendants bearing production numbers ORT 000425-26.

208.   Attached hereto as Exhibit 207 is a true and correct copy of a document produced to Defendants bearing production numbers ORT 000613-14.

209.   Attached hereto as Exhibit 208 is a true and correct copy of a document produced to Defendants bearing production numbers ORT 000637-39.

210.   Attached hereto as Exhibit 209 is a true and correct copy of a document produced to Defendants bearing production numbers ORT 001239-40.

211.   Attached hereto as Exhibit 210 is a true and correct copy of a document produced to Defendants bearing production numbers ORT 001246.

212.   Attached hereto as Exhibit 211 is a true and correct copy of excerpts from a document produced to Defendants bearing production numbers ORT 001259-60, 1292, 1352.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

213.    Attached hereto as Exhibit 212 is a true and correct copy of the Report of Steven Camarota, Ph.D., *Hispanic Surname Analysis of Maricopa County Sheriff's Office Patrol Activity 2005 to 2009*, dated January 20, 2011.

214.    Attached hereto as Exhibit 213 is a true and correct copy of Defendant Maricopa County Sheriff's Office Answers to Plaintiffs' First Set of Interrogatories, dated March 27, 2009.

EXECUTED this 29th day of April, 2011, in San Francisco, California.


*/s/ Kevin Hickey*
Kevin Hickey

1

## **CERTIFICATE OF SERVICE**

2       I hereby certify that on the 29th day of April, 2011 I caused the attached

3  document to be electronically transmitted to the Clerk's Office using the CM/ECF

4  System for filing and transmittal of a Notice of Electronic Filing to the following

5  CM/ECF Registrants:

6                         Thomas P. Liddy
                            tliddy@mail.maricopa.gov

7                         Maria R. Brandon
                            brandonm@mail.maricopa.gov

8

9                         Timothy P. Casey
                            timcasey@azbarristers.com'

10                      *Attorneys for Defendant Sheriff Joseph Arpaio and the*
                      *Maricopa County Sherriff's Office*

11

12                         /s/ *Kevin Hickey*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28