# Exhibit 64

**From:** George Z. T[REDACTED]
**Sent:** Monday, July 27, 2009 9:04 PM
**To:** Undisclosed-Recipient:;
**Subject:** Isn't This Interesting?

Friends:

Forwarded for your consideration. If true, this does explain many things about Tucson. Doesn't it?

No wonder Tom Horne is trying to shut down this program at TUSD. Shouldn't this budget be cut ?

Here's a link to where the letter was published

http://wesurroundtheusa.ning.com/profiles/blogs/no-one-has-asked-what-does

# NO ONE HAS ASKED: "WHAT DOES RAZA STUDIES TEACH? " and WHY WE WANT TO SHUT IT DOWN

- Posted by Tommyee Jeanne Vanderpot on July 27, 2009 at 6:06pm
- Add as Friend   View Tommyee Jeanne Vanderpot's blog

NO ONE HAS ASKED: "WHAT DOES RAZA STUDIES TEACH? " and WHY WE WANT TO SHUT IT DOWN



Exhibit: 7
Name: Palmer
Meri Coash 11-9-10

By Laura

This investigation began two years ago in 2007. A group of people having heard of the violence in our schools against white & black children being beaten up and almost murdered by Mexican students, this investigation was undertaken to find the roots of this "hate".

I am a translator/interpreter and worked helping Hispanics for over 37 years and always enjoyed it until I came to Arizona. Here I found an "attitude problem" but only Mexicans seemed to have it who told me their government informed them that this is "their land" and they're "taking it back". Even many Mexican-Americans appeared to have this "attitude problem" and told me they were "Mexicans first"! Mexico only owned this area for 24 years, the least of anyone – even the Spaniards owned it for 300 years! These Mexicans, many of them illegal aliens, told me about their movement (called "Aztlan" or "la Reconquista") to make this area of the SW back into "Aztlan", Mexico or make it a separate country where

no one but Mexicans can live. They would do "ethnic cleansing on blacks, Asians, and Native Americans so that the land would be just for those of Mexican descent and no one else! (See Charlie Norwood's expose on "The Truth About La Raza".) They told me about their "hatred for gringos" and how in Mexico you don't follow laws and "you Americans don't need to follow laws either" many said. Actually, almost everything I learned about this movement I learned from those of Mexican descent themselves. I had no idea before moving to Arizona of this whole movement whose goal it is to eventually take over our entire nation. (Some even want the Continent!) I have read that some leaders of this Aztlan movement actually admitted "Communism" is the closest ideology to theirs (hence Che & Fidel on Raza Studies' children's books.)

One day a friend of mine from CA and another friend in another state both called me and told me that black and white children were getting beaten up by students of Mexican descent and they both thought that these Mexican or Chicano students were being taught "hate" in school but they had no way they could find out. One told me the books in their Mexican-American classes (CA) are kept under "lock and key" and the kids can't even take them home. She said she asked to see them but they were very secretive about them and she was prohibited. A few months later, the President of an organization I belong to said he was going before the Tucson Unified School Board to give a statement on what he ascertained about MECHA and the Raza Studies Program and asked me whether I would read the last 3 minutes of his speech (one only gets 3 mins. to talk and his speech was 6 mins. long). After I spoke, I went to leave and 2 mothers came up and grabbed my arm. One thanked me for what I had said and then whispered, "OUR CHILDREN ARE IN DANGER!" This made me very curious. Sometime later, I told this to our new President and he said, "You know we have a right to see what they are teaching our kids in school - there is an Open Records Law. He first wrote to the head of Raza Studies asking to see their teaching materials and asked for an appointment. They did not want to give us an appt. and refused to show us their materials. The President of our group wrote to Tom Horne, the Arizona Superintendent of Schools and the latter made them give us 3 appointments! We could not believe what we found!!! They are actually teaching "hate", "revolution" and "separatism" in our Public Schools - all of which are illegal! Here are some quotes and statements from their teachings:

I. BOOKS: One of their most frequently used books is "Occupied America"(notice the name! They think we are occupying their land) by Rodolfo Acuna. They use the 5th edition. It has pictures of Che Guevara & Fidel Castro on the front & back covers. At pg. 323, Acuna quotes one of their leaders who says, "Kill the gringo". (His actual statement was, "If the worst comes to the worst, we must eliminate the 'gringo' which means we must kill him.") They also teach the kids about one of their 3 Plans to force the "gringos" to get out and flee to Europe and murder those white Americans who don't leave willingly. One Plan is called the "Plan of San Diego". The book quotes this Plan at pg. 167 as saying, "The supporters would execute all white males over age 16..." When you confront them about these quotes, they will always answer, "Well, they are just quotes!" Yes, but why plant the seed of murder in these children? In "Occupied America", they never once use the word "Americans" but call us "WASPS, rednecks, 'gabachos'/'gringos' (both are derogatory terms), Euroamericans and anglos" but never "Americans" as if he refuses to recognize this nation! This book twists our history and makes the U.S. the evil perpetrator and Mexicans are always the victim. (The XIV Amendment, Section 4 states one cannot force Americans to pay for "insurrection". They are using taxpayer money to pay for these classes!)

Another book, "Pedagogy of the Oppressed" by a Socialist called Paolo Freire tells the students they are being "victimized" (by white people). And yet another book, Mexican-American Heritage by Carlos Jimenez, they use tells the kids this is "Aztlan" and "Latinos are now realizing the power to control Aztlan may once again be in their hands" and these kids will be helping to take it back. Mexico also sends up millions of books to the U.S. in Spanish I have been told that teach their illegal alien children the "Constitution" – not the U.S Constitution –but the Mexican Constitution! And also other books telling the kids they will be helping take back "their" land! These "gifts" by Mexico of books in Spanish remind me of the "Trojan Horse" in history! Another book they use, "Prison Notebooks" was written by a noted Communist - Antonio Gramsci. (After almost 2 years, we discovered this book and several others we had never been shown and suspect there are more books, etc. we have not been shown.) (Raza Studies even refused to show the AZ Superintendent of Schools their teaching materials and when they finally had to, they sent him a different edition of one of the books that did not have those quotes at the pages mentioned!)

II. CLUB: M.E.C.H.A. is their so-called "Social" Club for "La Raza" (which Mexicans call themselves) and is in our public schools (even some elementary schools). "La Raza" means "The Race" and they also refer to themselves as "the Bronze Race" (they are not really a "race" as Mexicans can be black, white, mestizo, pure Indian, and even Asian). M.E.C.H.A. is an acronym which stands for "Chicano Student Movement for Aztlan". In the first paragraph of MECHA's Constitution it states that their goal is "the liberation of Aztlan." ("Aztlan" is the name of the area that today comprises 7 S.W. U.S. states when Mexico owned it for only 24 years. Their Indians who were almost all Mayans and Aztecs never were up here. Raza tells their students that Mexican Indians have been here for thousands of years but it is Native American Indians who were up here for thousands of years and they are different races from Mexican Indians! (Many American Indians I have met are angry because they feel La Raza is hijacking their history!) La Raza's motto is, "Por la Raza – todo; fuera de la Raza – nada"; translation: "For The (Mexican) Race – everything; anyone outside The Race – gets nothing!" This is a racist statement.

MECHA is based on certain documents; one of them is the "Spiritual Plan of Aztlan". Here are some of the teachings in this "Plan":

III. THE PLAN OF AZTLAN: The Plan of Aztlan talks about "revolution" and "separatism"! These are not "quotes" of other people – but actual teachings. Notice that white people are depricatingly referred to as "exploiters" and "oppressors", etc. The Policies of the T.U.S.D. (Tucson Unified School District) School Board do not allow for "negative stereotyping", "discriminatory language", "derogatory acts": based on national origin, race, color and yet this is what is being taught in Raza Studies! Here are a few of the teachings of the Plan of Aztlan:

1. This is how they plan to use OUR SCHOOLS:
"SELF-DEFENSE AGAINST THE OCCUPYING FORCES OF THE OPPRESSORS AT EVERY SCHOOL, EVERY MAN, WOMAN AND CHILD." (under Action) (revolution, anyone!)

2. Here are some of the teachings on "REVOLUTION":
A. "AZTLAN BELONGS TO THOSE THAT PLANT THE SEEDS...AND GATHER THE

CROPS, AND NOT TO THE FOREIGN EUROPEAN. WE DO NOT RECOGNIZE CAPRICIOUS FRONTIERS ON THE BRONZE CONTINENT."
B. "We declare the Independence of our mestizo nation. We are a bronze people with a bronze culture." (What is so funny is that 83% of all Mexicans I have read are "mestizo' because of their mixture with the Spaniards and Spain is still "in Europe" making them all part European!)
C. "ECONOMIC CONTROL CAN ONLY COME ABOUT BY DRIVING THE EXPLOITER OUT OF OUR LIVES AND OUR COMMUNITIES." (From Economy)
D. "Lands rightfully ours will be fought for and defended.
E. "THE FRONT LINES OF DEFENSE WILL COME FROM THE BARRIOS, THE CAMPOS,( ETC.)...THOSE WHO PLACE THEMSELVES IN THE FRONT RANKS FOR THEIR PEOPLE DO SO OUT OF LOVE AND CARNALISMO. FOR THE VERY YOUNG THERE WILL NO LONGER BE ACTS OF JUVENILE DELINQUENCY BUT REVOLUTIONARY ACTS." (UNDERLINE ADDED)("revolutionary acts" as in REVOLUTION!)

And here are some quotes on "SEPARATISM":

A. "Once we are committed to the idea and philosophy of El Plan de Aztlan, we can only conclude that social, economic, cultural and political independence is the only road to total liberation from oppression, exploitation and racism. Our struggle then must be for the control of our barrios, campos, pueblos, lands, our economy, our culture and political life." (NOTICE THE USE OF THE WORD "CONTROL" WHICH I HAVE AUGMENTED.)
B. "We must have community control of our schools, our teachers, our administrators, our counselors, and our programs."
C. "Where we are a majority, we will control; where we are a minority, we will represent a pressure group; nationally, we will represent one party: La Familia de la Raza!" (The Family of THE Race!)
D. "Economic programs to drive the exploiter out of our community..."

IV. JOHN WARD, FIRST HEAD OF RAZA STUDIES: Through this investigation, we met the first Head of Raza Studies who is actually of Mexican descent himself. He is a very well-spoken, educated young man. This is what he wrote: "I was assigned to be a teacher of record because some members of the Raza studies staff lacked teaching certificates. It was a convenient way of circumventing the rules....
Immediately it was clear that the class was not a U.S. History course, which the state of AZ requires for graduation....
Where history was missing from the course, it was filled by controversial and biased curriculum. The basic theme of the curriculum was that Mexican-Americans were and continue to be victims of a racist American society driven by the interests of middle and upper-class whites. (He goes on to say lots more of what they were taught making the kids angry and mistrustful of authority, teachers, police, etc.)
As an educator, I refused to be complicit in a curriculum that engendered racial hostility, irresponsibly demeaned America's civil institutions, undermined our public servants, discounted any virtues in Western civilization and taught disdain for American sovereignty." (underline added) ("RACIAL HOSTILITY" = RACISM).

V. Head of Raza Studies: Up until recently their Head of Raza Studies, Agustin Romero, developed a course in Raza Studies called "Deconstructing and Reconstructing the United

States' Founding Documents: A Chicano Critical Race Perspective"! where they tore the Declaration of Independence and the U.S. Constitution apart because he says it has "inconsistencies, contradictions and blunders." Maybe if they put the same energy into tearing apart and rebuilding Mexico where apparently their allegiance lies, they might actually achieve something without tearing apart our "Sacred Documents".

Through our investigation, we have found that many children have been beaten, almost blinded and barely murdered. Several students of Mexican descent ordered white kids to march with them on May 1 at the first march in Tucson, AZ. One little boy who refused had his eyes beaten so badly (twice), he was rushed to the hospital. The Hospital thought he was going to go blind. As the school refused to do anything about it, (actually all the schools involved in these atrocious acts refused to do anything about it – WHY?), the Hospital called the Police. Another teenager, Caucasian, saw the Mexican kids in his school tearing down the U.S. flag and put it upside down under the Mexican flag. (This went on all over the U.S. (although some U.S. flags were "burnt" instead of turned upside down under the Mexican one) and interestingly enough the media never reported it. AGAIN, WHY?) This young 15 y.o. Caucasian student told them he was going home to get his American flag and they followed him and shot at him and his Dad who is a veteran in a wheelchair. They showed me pictures of the bullet holes that hit the truck. The mother of the first boy told me about several other children who had been pushed down stairs or beaten up. Another girl in Rifle, Co. had 42 bones in her face broken by students of Mexican descent and one little girl in Ohio was beaten and choked into unconsciousness. They wrote an article about the latter child and named it "May 1st – Beat Up a White Kid Day!"

If this is not stopped soon, a child (or an adult) will be murdered because of these teachings of "hate" and "victimization". And when enough Mexicans have filled this land (many organizations are now saying there are between 20 to 60 million illegal aliens mostly from Mexico – imagine a gun being put into each of their hands!), they will fulfill their teachings of "revolution"! This is not a situation we can ignore – ignore it to the death of Americans and to this nation as we know it! It could be your child/grandchild!

In Montebello H.S., some black children were chased by dozens of students of Mexican descent and beaten up. (Actually, blacks are being murdered in L.A. on a regular basis.) I have not heard of one school who took any action. I find this very strange – almost as if people put in charge of our schools are into some agenda or have been placed there for some purpose. I feel Mexico has its agenda of Aztlan - also called "La Reconquista" which means the "Reconquest" and is infiltrated into our schools and courtrooms and many other entities and it is evident from watching many of our chicano politicians that they appear to be working for Mexico's interests and not those of the United States. Almost every Mexican or chicano I have met seems to know about this agenda. One must realize that the corruption and monies from drugs have been found in every level of Mexican government. Even their military has been found escorting drug people over our border(s). They have trillions of $ at their disposal to help destroy this nation and they appear to be doing it. Their illegals cost us over $346 Billion every year! And that is just what we know about.

The late Representative Charles Norwood (GA) exposed Raza and their infiltration into our schools in "The Truth About 'La Raza'". He talks about La Raza's plans (they are teaching their students in school):

"But it won't end with territorial occupation and secession. The 'final plan' (quotes added) (sounds like Hitler, don't you think!) for the La Raza movement includes the ethnic cleansing of Americans of European, African, and Asian descent out of 'Aztlan.'

As Miguel Perez of Cal State-Northridge's MEChA chapter has been quoted as saying: 'The ultimate ideology is the liberation of Aztlan. Communism would be closest [to it]. Once Aztlan is established, ethnic cleansing would commence: Non-Chicanos would have to be expelled – opposition groups would be quashed because you have to keep power.'" (I truly believe that even if we take the books out of Raza Studies, their teachers will get around it and will teach it verbally when they are not being personally audited!)

And Lionel Waxman predicts it beautifully: (if this invasion is not stopped and we do not stop the children from being indoctrinated into this garbage we will become a third world country):
"The very things that make America wealthy, are the very things they will not have in Aztlán. They include the United States' Constitution, our country's history of living under English Common Law, the Magna Carta, Declaration of Independence, the concept of individual sovereignty, the presumption of innocence, the rule of law, the dignity of the individual. These concepts simply do not exist under Mexican law which is based on Continental Code law.
Mexicans cannot and will not re-create the conditions here that have guaranteed our freedom and allow us to be as productive as we can be...
If the Mexican people want to participate in the American dream, they must become Americans (COMMENT: I read that to mean coming in "legally" and doing it the right way!): learn the language, learn the way of life, learn the traditions. Become an American. It's not the land, it's the people. The promise of Aztlán is a hollow one. They will not reproduce American prosperity in the reconquista, they will only extend Mexican poverty to it."
http://www.azbiz.com/articles/2009/07/06/opinion/columnists/lionel_... ...; "Here in Aztlan, it's the people that make the difference, ...", Lionel Waxman, 070609.)

Calling white people "rednecks", "WASPS" , "invaders", "oppressors", etc., etc. is discriminatory and racist. Teaching the children they are being victimized by whites causes these children to "hate". It is not hard to see how this has caused violence against white children. Teaching them to use the schools as "defense posts" and that they must "drive the exploiter out of their lives and their communities" and that the "gabacho" (derogatory term for whites) is a "foreigner" when it is Mexicans who were never up here and that "lands rightfully ours will be fought for and defended is teaching "revolution". Telling these children that "for the very young there will no longer be acts of juvenile delinquency but revolutionary acts" makes them feel they are doing no wrong when they beat up a white kid and are actually "fighting for Mexico" when most of their parents probably fled Mexico because of the corruption and a government that does not take care of its own people! With statements such as "We must have community control of our schools, our teachers, our administrators..." and "Where we are a majority, we will control..." is teaching "separatism" and this was outlawed with Brown v. Bd. of Education. Teaching "hate" in our schools is illegal! As Tom Horne, AZ Superintendent of Schools says – we should be teaching these children that if you work hard, you can achieve your dream but not tell them they are being "victimized". There is more opportunity now for minorities to get grants and all kinds of benefits than ever before. These classes must be shut down before a child (or an adult) is

murdered!

# Exhibit 65

Exhibit: 15
Name: Palmer
Meri Coash 11-9-10

Subscribe   Place An Ad   Jobs   Cars   Real Estate   Rentals   Foreclosures   More Classifieds

# Los Angeles Times | OPINION

LOCAL   U.S.   WORLD   BUSINESS   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   **OPINION**   MORE        Search  GO

EDITORIALS   OP-ED   LETTERS   OPINION L.A.





## Opinion L.A.

THE BEST IN SOUTHERN CALIFORNIA OPINION JOURNALISM, MONDAY THROUGH FRIDAY

**Stay connected:**
RSS   twitter   facebook 

« Previous Post | Opinion L.A. Home | Next Post »

## May Day Myth-Busting

April 30, 2007 | 4:33 pm

Like couples who renew wedding vows or costumed history nerds who re-fight Revolutionary War battles, immigration protestors will mark the anniversary of a major march by reenacting it. Hundreds of thousands of marchers are expected to show up in downtown Los Angeles tomorrow to repeat the call for immigrant rights. In the spirit of reenactment, we'd like to do some reposting.

The power of the Internet (and the compulsion of many Internet users to forward anything marked "forward" that lands in their inboxes) has kept a list of mostly incorrect immigration myths in circulation for over a year. Because many of these myths had been attributed to The Times, this blog debunked them in two earlier posts. Now we present them again below, hopefully preempting any flurry of email-forwarding that may follow tomorrow's protest.

Here's what we posted on Feb. 5:

**"Fact" 1:** Less than two percent of illegal aliens are picking our crops, but 29% are on welfare.
**Factual basis?** Pew Hispanic Center found last year that four percent of illegal immigrants work in farming (compared to 0.5% of the native population). Most illegal immigrants work in services (31%) or construction (19%). Illegal immigrants are generally barred from receiving welfare (they can access emergency medical care and a K-12 education). The tough-on-illegal-immigration think tank Center for Immigration Studies reports in 2004:

> In terms of welfare use, receipt of cash assistance programs tends to be very low, while Medicaid use, though significant, is still less than for other households. Only use of food assistance programs is significantly higher than that of the rest of the population.

CIS goes on to state that, on balance, illegal immigrants take more in services than they pay in taxes, but that is disputed.

**"Fact" 2:** Over 70% of the U.S. annual population growth and over 90% in CA, FL, and NY results from immigration.
**Factual Basis?** The Census Bureau estimates that from July 2005 to July 2006, population increased by 2,891,423 in the U.S. Immigration accounts for 1,204,167 people, or 42%. California's population increased by 303,402 people; 266,295 or 88% were immigrants. Florida saw an increase of 321,697 people, including 99,754 immigrants, who make 31% of the total. New York's total population decreased by 9,538.

**"Fact" 3:** The cost of immigration to the American taxpayer in 1997 was (after subtracting taxes immigrants pay) a net $70 billion a year (Professor Donald Huddle, Rice University). The lifetime fiscal impact (taxes paid minus services used) for the average adult Mexican immigrant is a negative number.
**Factual Basis?** Huddle has conducted several such studies, though we can't confirm a $70 billion cost. Huddle does, however, estimate that immigrants cost the U.S. tens of billions of dollars a year. In

### About the Bloggers

Opinion L.A. is the work of the **Los Angeles Times editorial board**.

### Recent Comments

**RE:** California, here's my $18 for the ghost of Proposition 21 | comment by Joseph

**RE:** California, here's my $18 for the ghost of Proposition 21 | comment by Joseph

**RE:** California, here's my $18 for the ghost of Proposition 21 | comment by Marissa

**RE:** California, here's my $18 for the ghost of Proposition 21 | comment by Thad Allen

**RE:** California, here's my $18 for the ghost of Proposition 21 | comment by joe

**RE:** California, here's my $18 for the ghost of Proposition 21 | comment by joe

### Categories

proposition 23   ab-32   abortion   afghanistan   africa   animals   annual vehicle license surcharge   arnold   attaboys & raspberries   ballot measures 2010   ban marijuana   barack obama   bizarre theories   business   **california**   california

his 1997 study he estimates that the 1996 cost was $24.44 billion. Huddle's figures are disputed, and other organizations, notably the Urban Institute, claim immigrants are a net benefit to the country. The discrepancy -- which would also arise in any discussion of lifetime fiscal impact -- comes from cherry-picking data. The Urban Institute, for example, includes Social Security taxes paid; Huddle includes estimates for native-born children of immigrants. (For a side-by-side comparison of an early Huddle study and Urban Institute research, see here.)

**"Fact" 4**: 29% of inmates in federal prisons are illegal aliens.
**Factual Basis?** Thirty seven percent of inmates in federal prisons are noncitizens, according to the Federal Bureau of Prisons. The number of them that are illegal immigrants isn't offered by the Bureau, though they do note that 10% of the offenses are immigration-related. [**UPDATE:** A new study (pdf) points out that immigrants -- legal and illegal -- have lower incarceration rates than native-born residents.]

**"Fact" 5**: According to the Los Angeles Times, Orange County, California is home to 275 gangs with 17,000 members, 98% of which are Mexican and Asian.
**Factual Basis?** The Times has not printed these figures. On June 8, 1994, a Times story did state that Orange County had 275 gangs with 17,000 members, of which 85% were Latino. It did not specify how many of that group were Mexican, nor how many were Asian.

And what we posted last year, shortly after the first May 1 protests (some of these links may no longer be in working order):

**"Fact" 1**: 40% of all workers in L.A. County (L.A. County has 10 million people) are working for cash and not paying taxes. This was because they are predominantly illegal immigrants, working without a green card.
*LAT* **citations**: None.
**Factual basis**: The Economic Roundtable, a research outfit affiliated with the Los Angeles County government, concluded in a December 2005 report [PDF] that the low-end estimate for LA County workers working for cash is 322,400 and the high end is 972,500 in 2000. From this, the Economic Roundtable paper extrapolates a mid-range 2004 estimate of 679,000, or 15% of the workforce. (Note that the total workforce of Los Angeles County is about 4.5 million, while the total population is closer to 10 million.)

**"Fact" 2**: 95% of warrants for murder in Los Angeles are for illegal aliens.
*LAT* **citations**: May 15, 2005 — "According to Heather MacDonald of the Manhattan Institute, 95% of the hundreds of outstanding homicide warrants (and 60% of outstanding felony warrants) in L.A. are for illegal immigrants."
Similar citations: January 19, 2004
**Factual basis**: An outstanding warrant is quite a different beast than a regular warrant, so this "fact" left out the key word. We did some more checking on the outstanding warrants point itself. MacDonald stated this in a 2004 City Journal article, and in testimony before the House of Representatives in spring 2005, noting that this came to 1,200-1,500 warrants. One LAPD officer cited the same factoid in the National Review earlier this year, saying that it's specific to "the first half of 2004". But Jane Robison, press secretary for the Los Angeles County District Attorney's Office, told us that the D.A. does not keep track of this number; a representative with Detective Headquarters said the same.

**"Fact" 3**: 75% of people on the Most Wanted List in Los Angeles are illegal aliens.
*LAT* **citations**: None.
**Factual basis**: We can't locate such a fact anywhere. The Los Angeles Police Department's most wanted list contains a number of people with unknown or obscured identities, suggesting that tallying the legal status of everyone on the list would be very difficult if not impossible. Ditto for the FBI's most-wanted list.

**"Fact" 4**: Over 2/3's of all births in Los Angeles County are to illegal alien Mexicans on Medi-Cal whose births were paid for by taxpayers.
*LAT* **citations**: Jan. 15, 1999 — "As many as 70,000 illegal immigrants a year use state-funded prenatal services." (Similar citations: Jan. 14, 1999, June 12, 1998, March 6, 1998, Jan. 30, 1998, Jan. 4, 1998, Dec. 18, 1997, Aug. 26, 1997, July 10, 1997, Feb. 6, 1997, Nov. 13, 1996, Nov. 5, 1996, Nov. 2, 1996, OCt. 24, 1996, Oct. 17, 1996)
Feb. 14, 1999 — "Two-thirds of all births here are to foreign-born mothers." (Similar citation: July 25, 2004 — "40% of the births in California are to foreign-born women.")
July 7, 1998 — "[Rep. Elton] Gallegly [(R-Simi Valley)] cited a 1990-91 Los Angeles County study that showed that two-thirds of the women giving birth in public hospitals were undocumented." (Similar citations: Oct. 2, 1995, July 19, 1995, June 11, 1995, Jan. 27, 1995, Nov. 21, 1993, Sept. 13, 1993, Aug. 17, 1993, Aug. 1, 1993, May 28, 1992, Apr. 2, 1992, Oct. 26, 1991, Oct. 24, 1991)
**Factual basis**: None of these citations establishes the "fact" above. According to the California Department of Health Services, 158,782 babies were born in L.A. County in 2001 (these are the most

---

constitution  california election 2010  california fix  campaign 2006  **campaign 2008**  campaign finance  cap-and-trade regulations  censorship  china  city hall  clean water  congress  congressional redistricting  constitution  corporations  crime  dick cheney  doyle mcmanus  drugs  **economy**  editorial cartoons  editorial follow-ups  **editorials**  elected representatives  endorsements  energy  **environment**  environmental policy  food  free speech  gangs  gay marriage  gay rights  global warming  greenhouse gases  guantanamo  health care  historical curios  hollywood  homeless & housing  immigration  in the blogs  india  intellectual property  **international affairs**  iran  iraq  joel pett  jonah goldberg  l.a. county  labor  law enforcement  lawyers  legalize marijuana  **letters**  letters top five  **los angeles**  march 3 election  marijuana  media  metrolink  mexico  middle east  newspapers  north korea  nukes  **op-eds**  **our columnists**  pass legislation  pass the budget  patt morrison  podcast  **politicians**  pollution  **pop culture**  primary source  proposition 18  proposition 19  proposition 20  proposition 21  proposition 22  proposition 23  proposition 24  proposition 25  proposition 26  proposition 27  **public shaming**  pull quote  race  real estate  recreational marijuana  redistricting  religion  repeal legislation  republican party  **sacramento**  safe drinking water  sarah palin  schools  science  sex  simple majority vote  sonia sotomayor hearings  sports  state commission on redistricting  state districts  state levies  state park access pass  state parks  supreme court  tax credits  tax loopholes  tax marijuana  taxing and spending  taxpayer  technology  ted rall  television  terrorism  the children  the conversation  the interwebs  the mayor  toon op  torture  traffic  transportation  two-thirds vote  venezuela  vote requirement  vote-o-rama  **war**  water  water conservation  water supply act  web/tech

## Report a comment

**Click here** to alert the Times via e-mail about a comment that's offensive or inappropriate. Make sure to include a copy of the comment in your message.

## Recent Posts

Doyle McManus predicts Nancy Pelosi will win, then retire | *November 8, 2010, 7:50 pm »*

California, here's my $18 for the ghost of Proposition 21 | *November 8, 2010, 5:07 pm »*

The worst opinion piece you'll read on California's elections | *November 8, 2010, 4:57 pm »*

Editorial Cartoons: The passing of election season before 2012 speculation begins | *November 7, 2010, 8:45 am »*

Photo essay: Obamafication | *November 5, 2010, 7:44 pm »*

## Archives

November 2010

recent statistics available online). Of these, 99,089 were to Hispanic mothers. That's just under 2/3 — 62.4% for all Hispanic moms, which would include legal and undocumented mothers from Mexico as well as other countries.

**"Fact" 5**: Nearly 25% of all inmates in California detention centers are Mexican nationals here illegally.
*LAT* **citations**: May 1, 2005, in an op-ed by Rep. Tom Tancredo (R-Col.) — "More than 10% of the inmates in U.S. jails and prisons are illegal aliens, and in California it is more than 20%."
July 11, 2004 — "Each year, the [Los Angeles] County Jail system processes about 170,000 inmates, and federal officials estimate that a fourth of them are illegal immigrants. But with just a fraction of the foreign-born being questioned, officials say it is impossible to know exactly how many illegal immigrants are in the system and how much the county should receive in federal compensation." (Similar citations for Riverside County, Apr. 12, 2006; Anaheim city, Nov. 5, 1997, June 27, 1996; Los Angeles County, Jan. 25, 1996, Jan. 15, 1996, July 10, 1995, May 23, 1995; state and county, Nov. 27, 1993, June 1, 1993, Oct. 19, 1992, Oct. 6, 1992, Aug. 4, 1992, Aug. 18, 1991, Dec. 16, 1990, Dec. 4, 1985)
**Factual basis**: The 25% figure could be approximately correct for state and federal prisons in California, or correct for county, at least as of 2004. But "detention centers" is an extremely broad term that could include all juvenile detention facilities, federal prisons, state prisons, and county jails in California's 58 counties — making this figure very tough to come by. The *San Francisco Chronicle* offered a lower figure for state prisons on May 4: "Of the nearly 171,000 inmates crowding state prisons, 22,478, or about 13 percent as of March 31, are undocumented immigrants or are suspected of being undocumented." The Federation for American Immigration Reform, a group in favor of reducing immigration, offers a lower figure for L.A. County jails: "Deportable aliens comprise 11% of the Los Angeles County jail population costing the county an estimated $75 million a year."

**"Fact" 6**: Over 300,000 illegal aliens in Los Angeles County are living in garages.
*LAT* **citations**: Jan. 31, 1994 — "As many as 100,000 families in Los Angeles County are believed to be living in bootlegged apartments or illegally converted garages."
May 24, 1987 — "A systematic survey by The Times indicates that about 42,000 garages are sheltering about 200,000 people in Los Angeles County." (Similar citations: Apr. 3, 1989)
**Factual basis**: None of these estimates makes clear who among those taking shelter in garages are in the country illegally. No comment so far from county offices. One City of Los Angeles representative said that the last tally was done over five years ago, and found 50,000 to 70,000 illegally converted units in the city of Los Angeles, out of about 800,000 residences.

**"Fact" 7**: The FBI reports half of all gang members in Los Angeles are most likely illegal aliens from south of the border.
*LAT* **citations**: May 15, 2005, in an op-ed by attorney Carol Platt Liebau — "Of the membership of the notorious 18th Street gang, estimated at 20,000, fully 60% are illegal aliens, according to a 1995 report by the state Department of Justice." (Similar citations: Jan. 19, 2004, March 25, 2000, June 11, 1997, Dec. 17, 1996, Nov. 21, 1996, Nov. 17, 1996)
**Factual basis**: Heather MacDonald of Manhattan Institute stated that "No one knows for certain the percentage of illegals in gangs, thanks in large part to sanctuary laws themselves." She does offer some statistics in the *City Journal*:

> A confidential California Department of Justice study reported in 1995 that 60 percent of the 20,000-strong 18th Street Gang in southern California is illegal; police officers say the proportion is actually much greater. [...]

> The leadership of the Columbia Lil' Cycos gang, which uses murder and racketeering to control the drug market around L.A.'s MacArthur Park, was about 60 percent illegal in 2002, says former assistant U.S. attorney Luis Li.

Even if you accept the 18th Street Gang estimates, which would be notoriously difficult to determine with accuracy, that's just one gang in a city where several prominent gangs — including the Crips, Bloods and Aryan Nation — are not largely comprised of immigrants, at least not from "south of the border."

**"Fact" 8**: Nearly 60% of all occupants of HUD properties are illegal.
*LAT* **citations**: None.
**Factual basis**: No comment yet from HUD, and the only statistic we found online is at FAIR, and it is for only the state of California:

> The state Housing and Community Development department has prepared new screening rules based on the welfare reform legislation adopted by Congress in 1996 that would ban illegal aliens from public housing programs. The HCD estimates that as many as 5 percent of 25,000 housing units could be affected.

**"Fact" 9**: 21 radio stations in L.A. are Spanish speaking.
*LAT* **citations**: None in the last 10 years.



**Factual basis**: Estimates vary by source: one website lists 15 Spanish stations out of 78, another lists 18 out of 83.

**"Fact" 10**: In L.A. County, 5.1 million people speak English. 3.9 million speak Spanish (10.2 million people in L.A.County).
*LAT* **citations**: None.
**Factual basis**: The Census reports that as of the year 2004, 3.9 million people in L.A. County speak only English at home; 3.7 million speak primarily Spanish at home.

Twitter: @latimesopinion
Facebook: latimesopinion

More in: Immigration

Read Later    Comments (16)    ShareThis   0  tweet     Like    One person likes this.



ADS BY GOOGLE

Hire Winter Season Staff
Pre-screened international students ready to work; no fee for employers
www.InterExchange.org/WorkandTravel

Immigration Reform Bill
Free Info On Immigration Reform. FindLaw - A Trusted Legal Resource!
www.FindLaw.com/Immigration

RELATED STORIES

POWERED BY surphace

*From the L.A. Times*
- 87-year-old immigrant and first-time U.S. voter: 'I love this country very much'
- Activists gather downtown to call for federal appeals court to overturn Arizona's...

*From KTLA*
- MTA Officials Approve the 'Subway to the Sea' | ktla.com



### Verify your Comment

#### Previewing your Comment

**Posted by:** |

This is only a preview. Your comment has not yet been posted.

Post    Edit

Your comment could not be posted. Error type:
Your comment has been posted. Post another comment

The letters and numbers you entered did not match the image. Please try again.

As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.

Having trouble reading this image? View an alternate.





Continue

### Post a comment

If you are under 13 years of age you may read this message board, but you may not participate. Here are the full legal terms you agree to by using this comment form.

To alert the Times via e-mail about a comment that's offensive or inappropriate, **click here.** Please include a copy of the comment in your message.

If you have a TypeKey or TypePad account, please Sign In

Name:

E-mail Address:

URL:

☐ Remember personal info?

Comments: (16)

[ Preview ]  [ Post ]

## Comments

Today's parade would be a perfect time for ICE to round these criminals up & mass deport them !!!!

Posted by: james sheret | May 01, 2007 at 09:01 AM

They are here ILLEGALLY

Posted by: Linda | May 01, 2007 at 12:12 PM

What's the mantra? The illegals only will do the jobs that Americans will not do.
Construction? There are unemployed carpenters, framers, roofers, painters, plumbers and electricians out of work because illegals are doing these jobs (that Americans will not do).
A Pennsylvania company had cried for a federal grant to train illegals to drive big-rig Over the Road trucks (a job that Americans will not do).
Godfrey Daniels!
If you are allowed to lock your doors, then the United States is allowed to lock its doors.
Do not buy the products/services of any company that advertises in a language other than English. If you listen to a radio station, watch a television station, read a newspaper/magazine that has an agenda that offends your values, document each and every advertisement/commercial on that station/newspaper/magazine/billboard. List those companies in your e-mails to help others from buying those products/services.
Nothing happens until someone sells something.

Posted by: yours truly, johnny dollar | May 02, 2007 at 03:27 PM

These "facts" are quite misleading as it does not differentiate between legal immigrants and illegal immigrants. Clearly, our (citizens) concern is the overwhelming numbers of "illegal" immigrants who essentially break into our country and then taunt us in the streets demanding what they have no right to in the first place. Oh, and many of those cited by these "facts" as legal are probably "Anchor Babies" born here to illegals. I owe them NOTHING. It is a bad choice made by their own parents.
Please check out the statistics at NumbersUSA.

Posted by: Stop the Invasion | May 06, 2007 at 05:07 PM



All your "facts" make the point that illegal immigrants use services and are incarcerated at rates similar to the general population. Ok, they use more food stamps and speak languages other than English more than general population. Question: Who cares? The problem is they constitute 12 to 20 million people, depending on whose numbers you use. The influx is still continuing so we may be discussing 20 to 30 million in 10 years. The US cannot continue to absorb this mass of people putting additional strain on our services, schools, infrastructure, and housing. The fact that they cut in front of the persons waiting patiently for their rightful turn to reside in the US only adds insult to injury. Increase penalties on employers for hiring illegals and ensure employers are prosecuted. Problem will solve itself.

Posted by: Ingrid Roberts | May 07, 2007 at 12:09 AM



The anti-immigrant voices are becoming more shrill and more reliant on misinformation as the tide of public opinion turns against them. This is a good thing, because it reveals the hatred underlying their cause, a hatred manipulated by politicians like Tancredo.

Most Americans want secure borders *and* fair treatment for the poorest and most vulnerable people in our country. We want to give the undocumented immigrant a path to legality, whether that be a worker program, residency, or eventual citizenship. We'd rather see more border agents than money spent on a fence of questionable effectiveness.

Posted by: Mark | May 08, 2007 at 02:17 AM



No, in fact we DON'T want to give illegal aliens in this country a path to legality!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

WE WANT THEM TO GO HOME and obey the existing bloody laws in order to come back!!!!!!!!!!!!!!!!!

AND JUST SHUT UP ABOUT MEXICANS.

Mexicans are NOT THE DAMN POINT.

Oh, My God! I wish I could nail every person who utters the word Mexican or Latino in an illegal alien debate with a Louisville Slugger--pow! Right in the kisser!

It wasn't illegal Mexicans who attacked the World Trade Center, either time. I feel confident that when Disneyland is blown up by terrorists, it won't be Mexicans who do it. Odds are, it will be some half-wit, miseducated, idiot blond/blue-eyed Muslim who shows up here on a student visa from France or Denmark.

I'm so sick and tired of you idiots and your stupid MEXICANS. THE ARGUMENT is about illegal aliens.

Barely half the illegals in this country are Mexicans. Stop acting like this is about most of American not wanting any more Mexicans.

This is about ILLEGAL ALIENS.

Americans don't care where your skanky, law-breaking, tax-evading, identity-stealing asses come from. IF YOU CAN'T OBEY OUR LAWS (immigration, traffic, etc!) YOU AREN'T WELCOME.

And that includes the ILLEGAL Mexicans--despite the fact Americans love Mexicans as a general rule. Most of us are perfectly happy to have Mexican neighbors, Mexican co-workers, Mexican lovers/husbands/wives, even half Mexican children and grandchildren. I'm certainly very fond of the Mexicans in my circle of friends and family. BUT ALL OF THEM ARE LEGAL.

Nobody who is here illegally--FROM ANYWHERE--should get any path to any kind of 'legalized' status without going back where they came from to do the paperwork. Period, end of story, NO COMPROMISES.

Posted by: Sheryl | May 08, 2007 at 02:21 PM



Let's then divide these people: a) US citizens; b) non-US citizens. Everyone who claims "residence" in the US should be a US citizen.
If the non-US citizens are so valuable, then please go home and make your country a better place to live. And, if there are no jobs in your country, why is that?

Posted by: yours truly, johnny dollar | May 08, 2007 at 04:39 PM



Sheryl, what is your point about just less than 50% of illegal aliens being Mexican (so stop picking on Mexicans)? One of 177 countries around the
world is responsible for nearly 50% of illegals in the US. A little Mexican
top-heavy! Personally, when I go to the store and shop for merchandise,
I check the label to see the product country of origin. If it reads Pakistan,
China, Japan, Korea or Mexico, I buy it (sometimes two of them). This assures me that the person(s) who made this product stays working in their country; not a burden on my country.
If this label reads "Made in USA," I put the product back on the shelf, fast.
"Made in USA" label only tells me that some illegal alien(s) made this product in some factory/sweat shop somewhere in the Los Angeles garment district while her (his) seven children are sitting in a LAUSD school demanding that they be spoken to in Spanish, in the Emergency Room demanding free health care, in the supermarket line in front of me using free food stamps. Furthermore, their parents are demanding in Spanish that I conserve energy. Why conserve energy? So, illegal aliens can consume it? Never happen. I'm selfish; not stupid.
Godfrey Daniels.

**Posted by: yours truly, johnny dollar | May 09, 2007 at 11:28 AM**



Johnny dollar claims he's selfish but not stupid, I think he kind of got that backwards. To be selfish, means to be concerned about one's own well-being. Buying goods made in the USA is certainly in the long term best interests of the citizens of the USA. The ridiculously low priced Chinese goods are a form of economic warfare and our country is being financially pillaged.

Immigrants who wish to adopt the English language and who are willing to fit into our society are no problem. Those who come here insisting they can retain their native language and culture - demanding that we adapt to them aren't immigrants, they are invaders. If the language and way of life from their native land is superior/better - why come here? Stay where you are, where it was/is so delightful.

I've considered migrating to Costa Rica - for various reasons. If I actually do it - I assure you, I will learn the language and I will learn the customs and culture, assimilating as best I can. I will either become a 'real' Costa Rican or I will say, "Oop's, this was a mistake, and leave."

Love it or leave it isn't just a slogan, it's good advice for anybody.

**Posted by: david B | May 21, 2007 at 12:19 PM**



Americans are sick and tired of illegal immigrants ruining this country. Please, e-mail your senators and congressman, sign petitions and join in the NO AMNESTY march on June 14th, 15th, and 16th. We need to take action!

**Posted by: John | May 24, 2007 at 09:40 PM**



It's not about amnesty.It's about basic human rights.

**Posted by: Whipping Boy | March 10, 2008 at 12:50 PM**



What are illegal imigrants costing us... Well the supposad 70B net is likely completely wrong. Medicade is a huge drain on the governmet, likely costing more than what illegal imigrants pay alone. Not only that, but medicaid does not come close to coving the medical bills so the hospitals suffer dearly. In areas with high densities of imegrants the hospitals are failing.

Well they are getting schooling. The school of choice programs make available $5000 per child for transfering to a non religous school and this is not the full amount the public schools get. How much is this costing... Likely billions. Not only that, but these students likely need more help as they are low income and likely do not speak any English... taking away from other students.

Well what about food assistance programs... well here in Michigan my ex with 4 kids and no job gets roughly $730 on her bridge card every month. For those that do not know about this... it is basically a

credit card for buying ANY food items but hot prepared items. This includes soda, candy, prepackaded diners, diet foods... This does not include the roughly $100 worth of food stamps she is elligible for. That is $830 a month or almost $10,000. If she was an illegal imegrant then her 4 kids would cost the schools $15,000 (only 3 are in school) and probably over $5000 a year in medical (2 kids spent weeks in neo-natal care when born). That is $30,000 a year... for one family. This is not all of the government benifits she gets, but these are the "small ones" listed in this article.

I personally think it should be a lot easier to become a legal citizen... assuming you can keep a legal job and learn the language. I at the same time think that they should be elligible for $0 benifits and services here. Pull them from schools, hospitals, housing, work sites, traffic stops and deport them imediately. let in 10x the current legal imegrats, but stop the illegals and start enforcing the imegration laws!

Posted by: Todd | April 13, 2008 at 05:05 PM



Apparently Mark is too stupid to see that amnesty is going to weaken the security of the United States even more.

Posted by: Caryn | April 16, 2008 at 02:44 AM



You people just don't get it. I employed many Mexican workers at the last business I owned, and I'm sure that some were illegal. Employers may pay a few people under the table, but can't afford to pay everyone this way because they can't claim the deduction for labor at the end of the year. Thus, the employees have federal tax, state tax, and Medicare taken from their check, so yes, they do pay taxes just like everyone else. When your grandmother goes to get her pills, remember that illegals are paying into Medicare and will never be able to use it. I'm sure all of you, at some point, have accepted money for something under the table or worked for cash to avoid Uncle Sam...you're no better. I am a Caucasian American and I am ashamed of the American workers that I have employed in the past. American workers have failed me tremendously because they just don't care and they become lazy and whinny over time. I just started a new business and I'm sure you will all be happy to know that I do not have a single Mexican working for me. Due to the new law, requiring employers to verify legal status, I now purchase about $300,000 worth of artificial stone from China every month, that's right CHINA. Now, instead of having Mexican workers here in the USA, paying taxes, renting homes, buying food, and all the other things that make the economy come full circle, I just pick up the phone and place an order to China. Now, instead of keeping all of the money here in the U.S. where it will be spent, it all goes to China. Mexicans are good hard working people with strong values and a will to survive. Please let go of the hatred for these people, they are no different than us and they actually benefit the U.S. by being here. The next time you are at a store, pick anything up and look at where it came from, I can almost guarantee you, it came from China. We need the Mexican workers, and they need us. Also, we were attacked by Al Qaida, not the Mexicans, so relax about the damn southern border. Our security is not in danger, they are here to work, not to bomb anything up or steal babies. I really don't care what any of you think about me. Stop believing every email you get with statistics in it, as you can see, they are usually just made up to make everyone hate the Mexicans. If you're that interested, then check the facts before you forward it to everyone in your address book.

Posted by: Brian | May 10, 2008 at 01:35 AM



Well, then maybe we should give them citizenship, help them become legal...(that's what they want and L.A. as well as all the rest of California was there's anyway)...So they have jobs legally and pay taxes, get off of welfare and be law abiding contributing citizens! If you were in thier shoes you would probably flee to America too and do what you have to to feed your children and yourself. (Being hungry isn't fun folks! It's a slow death that will make you do crazy things!) I don't know about the inmates, gangs or murders and I don't think that kind of behavior should be tolorated, but, I am not totally convinced(just because L.A. Times wrote it or anyone else for that matter) that all that's true. You really should take any mainstream media with a grain of salt and consider that there is always a hidden agenda in what is being sold to you in writing. Please people!...consider the fact that these "MEXICANS" are people/human beings too and they deserve to be treated humanly, with respect and given a fair chance to make better for themselves. Just because they weren't born in a more desirable location on the globe as you does not give you the right to be mean, slanderous or judge. No ones better than anyone. Really, All Americans...especially Californians are sitting on stolen land! Have some compassion and find it in your heart to think and say..."What can I do to help California's economic crisis and help my fellow human being?". The answer, I think, Certainly isn't to write articles making a culture look like the devil and the enemy. What we need to do now is embrace the differences of each other and come with some kind solutions instead of breed fear and hatred into an

already fear based society. That dishwasher, food prep, gardener, or seamstress(making $1 per article of clothing for places like Forever 21, Rave or Charlotte Russe) is someones Momma or Grandma, or daughter or son or daddy or grandpa. Thank you lucky stars it's not your Grandma and with that being said, help someone else's grandma become a contributing and proud member of this society...isn't that what America is all about? Isn't that what we boost about being..."the land of the free and the brave"? Let's put our mouth (and hearts) where our money isn't anymore and make this situation work in all of our favors! You know the saying..."When you have lemons...make lemonade!" Don't just let the fruit of our beautiful state and country rot with ugliness and contempt for our neighbor! That does not serve anyone!

You go try living in a third world country where Wal Mart and Taco Bell aren't on every corner waiting for your $4 for a meal. Or where drinking out of the tap is truly a Kamikaze move! Or where your laundry is only going to get done if you clean it in a sink by hand or worse yet a polluted river.

I think in times of crisis hysteria sets in and fingers start to point. "It's someones fault BUT, It's not mine...that's for sure!"...this way of being doesn't work and shouldn't we already know this? History's repeating! Look in the mirror and ask yourself "Am I doing good for my Country by blaming others and denying responsibility? Should I do something productive to help? Will my actions be important and make a difference? And what kind of difference will it make..one I can feel good living with?". Have this conversation with yourself and see what happens in your heart.

When the Realtors sold houses to people who couldn't afford their mortgage's do you think they cared so much as the put their commission in the bank. Now I am not pointing fingers here but I am merely trying to make a point that there are many of us(if not all) who played a part in our economic crisis becoming today's reality.

So L.A. Times...shame on you! I only hope you understand or care how these kind of articles only pull our nation apart. If you must feel the need to report such information maybe you could bring a little more balance to the readers and your statistics. Who's perception is this anyways and where did these figures even come from...Who specifically gathered these figures and decided that this is fact? And most importantly, what are you, the reader, going to do with this information? How does this article serve you and/or make you feel? Are you going to walk around with this in the back of your head beleiving every word with a chip on your shoulder or worry in your heart? Maybe there is a better way....You have the freedom and the right to make better for yourself ...how are you going to do that? I hope if you chose to make a better day for yourself you included kindness for others to your agenda. In the wise words of Sai Baba, "Love all, serve all"...had we integrated that motto into our daily lives and hearts we wouldn't be in any crisis!

With The People, For The People Who Love The People,
Windean Dahleen


Peace and Love to You and Yours!

Posted by: windean | July 24, 2009 at 11:31 AM

| News | Entertainment | Living | Multimedia | Top Blogs | More |
|---|---|---|---|---|---|
| Local | Television | Travel | Video | L. A. Now | Corrections |
| U.S. & World | Movies | Health | Photos | Fabulous Forum | Readers' Rep |
| Business | Music | Food | Data Desk | TV Show Tracker | Print Edition |
| Technology | Arts & Culture | Home | Your Scene | Celebrity | Contact Us | Help |
| Sports | Celebrity | Image | Times on Twitter | Politics | About Us |
| Opinion | The Envelope | Magazine | RSS | Music | LATMG Media Kit |
| Columnists | Calendar | Books | Newsletters | Company Town | Digital Media Kit |
| Obituaries | Company Town | Autos | Kindle | Arts and Culture | Subscribe |
|  | TV Listings | Hot List | E-edition | Health | Manage My Account |
|  | Movie Listings | Horoscopes |  | Technology |  |
|  | Tickets | Crosswords |  |  | Site Map |

Coastline Pilot | Daily Pilot | Huntington Beach Independent | Valley Sun | Burbank Leader | News Press | KTLA | Hoy | Brand X | LA, Los Angeles Times Magazine | ZAP2it
Baltimore Sun | Chicago Tribune | Daily Press | Hartford Courant | LA Times | Orlando Sentinel | Sun Sentinel | The Morning Call

Terms of Service | Privacy Policy | Los Angeles Times, 202 West 1st Street, Los Angeles, California, 90012 | Copyright 2009

*A Tribune Web site*

http://opinion.latimes.com/opinionla/2007/04/may_day_mythbus.html                11/9/2010