Timothy J. Casey (#013492)
James L. Williams (#026402)
SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
1221 East Osborn Road, Suite 105
Phoenix, AZ 85014-5540
Telephone: (602) 277-7000
Facsimile:  (602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

Thomas P. Liddy (#019384)
MARICOPA COUNTY ATTORNEY'S OFFICE
Civil Services Division
222 N. Central, Suite 1100
Phoenix, Arizona 85004
602-506-8066
Co-counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | No. CV 07-02513-PHX-GMS |
| Plaintiffs, | |
| vs. | **DEFENDANTS' NOTICE OF WAIVER ON LIMITED ISSUE** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

In follow-up to the Status Conference heard this date (Dkt#540), defendants Joseph M. Arpaio ("Arpaio") and the Maricopa County Sheriffs Office ("MCSO") hereby waive any and all appeal issues regarding only the Court's potential bias, impartiality, and/or conflict of interest as set forth in the Court's Order dated June 19, 2012 (Dkt#537).  This waiver is authorized by Arpaio on his own behalf and on behalf of the MCSO.

Arpaio and MCSO expressly reserve the right to appeal any other issue(s).

DATED this 29th day of June, 2012.

SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.

*/S/Timothy J. Casey* _____
Timothy J. Casey
James L. Williams

1221 E. Osborn Rd., Suite 105
Phoenix, Arizona 85014
Telephone: (602) 277-7000
Facsimile:(602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and the
Maricopa County Sheriff's Office

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 29, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable G. Murray Snow
United States District Court
401 West Washington Street,
Phoenix, Arizona 85003-2158

Stanley Young, Esq.
Andrew Carl Byrnes, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, California 94065
Counsel for Plaintiffs

Daniel Pochoda, Esq.
Annie Lai, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, Arizona 85014
Counsel for Plaintiffs

Cecillia Wang
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Counsel for Plaintiffs

Andre Segura, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Counsel for Plaintiffs

Nancy Ramirez, Esq.
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
634 S. Spring Street, 11th Floor
Los Angeles, California 90014
Counsel for Plaintiffs

1  Thomas P. Liddy
   Deputy County Attorneys, Civil Services Division
2  Maricopa County Attorney's Office
   222 N. Central, Suite 1100
3  Phoenix, Arizona 85004
   Co-counsel for Defendants Joseph M. Arpaio and
4  the Maricopa County Sheriff's Office

5

   _/S/Eileen Henry_____ _____
6  Eileen Henry, Paralegal
   SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
7