COVINGTON & BURLING LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile:  (650) 632-4800

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Andrew C. Byrnes (*Pro Hac Vice*)
abyrnes@cov.com

*Attorneys for Plaintiffs (Additional attorneys
for Plaintiffs listed on next page)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.,<br><br>                           Plaintiffs,<br><br>          vs.<br><br>Joseph M. Arpaio, et al.,<br><br>                           Defendants. | No. CV 07-2513-PHX-GMS<br><br>**PLAINTIFF'S NOTICE OF INVOKING RULE 615 EXCLUSION OF WITNESSES**<br><br>(The Honorable Judge G. Murray Snow) |

SD: 10400-1

Additional Attorneys for Plaintiffs:

Tammy Albarran (*Pro Hac Vice*)
talbarran@cov.com
Covington & Burling LLP
1 Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Lesli Gallagher (*Pro Hac Vice*)
lgallagher@cov.com
Covington & Burling LLP
9191 Towne Centre Drive, 6th Floor
San Diego CA 92122
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Dan Pochoda
dpochoda@acluaz.org
James Lyall
jlyall@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

Cecillia Wang
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Nancy Ramirez
nramirez@maldef.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Anne Lai
annie.lai@yale.edu
15 Lyon St. Fl. 2
New Haven, CT 06511
Telephone: (203) 432-3928
Facsimile: (203) 432-1426

1

        Pursuant to Rule 615, *Federal Rules of Evidence*, Plaintiffs hereby provide

2

Notice that they invoke the rule of exclusion of witnesses.

3

4

        RESPECTFULLY SUBMITTED this 17th day of July, 2012.

5

6

                                        By  /s/ *Stanley Young*
                                        Stanley Young (*Pro Hac Vice*)

7

                                        Andrew C. Byrnes (*Pro Hac Vice*)
                                        COVINGTON & BURLING LLP

8

                                        333 Twin Dolphin Drive
                                        Suite 700

9

                                        Redwood Shores, CA 94065-1418

10

                                        Lesli Gallagher (*Pro Hac Vice*)
                                        lgallagher@cov.com

11

                                        Covington & Burling LLP
                                        9191 Towne Centre Drive, 6th Floor

12

                                        San Diego CA 92122

13

                                        Dan Pochoda
                                        dpochoda@acluaz.org

14

                                        James Lyall
                                        jlyall@acluaz.org

15

                                        ACLU Foundation of Arizona
                                        3707 N. 7th St., Ste. 235

16

                                        Phoenix, AZ 85014

17

                                        Cecillia Wang
                                        cwang@aclu.org

18

                                        ACLU Foundation
                                        Immigrants' Rights Project

19

                                        39 Drumm Street
                                        San Francisco, California 94111

20

                                        Nancy Ramirez

21

                                        nramirez@maldef.org
                                        Mexican American Legal Defense and

22

                                        Educational Fund
                                        634 South Spring Street, 11th Floor

23

                                        Los Angeles, California 90014

24

                                        Anne Lai
                                        annie.lai@yale.edu

25

                                        15 Lyon St. Fl. 2
                                        New Haven, CT 06511

26

                                        *Attorneys for Plaintiffs*

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2012, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and caused the attached document to be e-mailed to:

Thomas P. Liddy
tliddy@mail.maricopa.gov

Maria R. Brandon
brandonm@mail.maricopa.gov

Timothy J. Casey
timcasey@azbarristers.com

*Attorneys for Defendant Sheriff Joseph Arpaio and the*
*Maricopa County Sheriff's Office*

*s/Precilla Mandujano*
Paralegal