IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL TRIAL MINUTES - GENERAL

Phoenix Division

CV 07-2513-PHX-GMS          DATE: 7/19/2012
Year   Case No  Initials

HON: G. Murray Snow

Caption:   Manuel de Jesus Ortega Melendres, et al. v. Joseph M. Arpaio, et al.

Deputy Clerk: Kathleen Zoratti          Court Reporter: Gary Moll

Plaintiff(s) counsel:   Stanley Young, Cecillia Wang, Andre Segura, Nancy Ramirez, Daniel Pochoda, Anne Lai, David Hults, Lesli Gallagher and Andrew Byrns
Defendant(s) counsel:   Timothy Casey, James Williams, Thomas Liddy and Ann Uglietta

===============================================================================
**PROCEEDINGS:**   ___ Jury Trial  X  Court Trial   ___ Voir Dire   ___ Jury Sworn

Trial Day # 1

8:37 a.m. Trial convenes with above-named counsel present. Exhibits 1, 2, 5, 7, 11-13, 16-20, 29-32, 35, 43-47, 50, 65-71, 73-104, 107-150, 152, 153, 156, 164-184, 186, 190-192, 194, 196, 199-201, 207, 210, 213, 215, 219, 221, 224, 240, 244, 250, 265-291, 307-317, 320, 326-334, 342, 343, 345, 349-351, 353, 358-364, 368-370, 392-397, 402, 406, 411, 1005, 1006, 1017, 1018, 1020, 1043, 1045, 1070, 1106, 1114-1120, 1140-1142, 1149, 1152, 1160, 1163, 1165-1176, 1180, 1185-1190, 1194-1196, 1199, 1201, 1203-1209, 1211-1213 admitted by stipulation. Opening statements. Plaintiffs' case. Ralph Brecken Taylor is sworn and testifies. Exhibits 387, 54 and 193 admitted. 10:26 a.m. Recess.

10:44 a.m.  Reconvene.  Ralph Brecken Taylor resumes the stand and testifies further.  12:02 p.m.  Recess.

1:19 p.m.  Reconvene.  Ralph Brecken Taylor resumes the stand and testifies further.  Witness excused.  Victor David Vasquez is sworn and testifies.  Witness excused.  2:55 p.m.  Recess.

3:11 p.m.  Reconvene.  David Lopez Rodriguez is sworn and testifies.  Exhibit 51 admitted.  Witness excused.  Louis DiPietro is sworn and testifies.

4:48 p.m.  Court stands at recess until **7/24/12 at 8:30 a.m.**

Time in Court: 6 hr. 20 min.