IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

On June 14, 2013, the Court held a Status Hearing with counsel for Plaintiffs and Defendants. Pursuant to discussions at the hearing,

**IT IS ORDERED** setting this matter for a subsequent Status Hearing on **August 30, 2013 at 9:30 a.m.** in Courtroom 602, 401 West Washington Street, Phoenix, AZ 85003 before Judge G. Murray Snow.

/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS FURTHER ORDERED** that the parties file a joint memorandum on the status of their agreement on a consent decree and lodge the consent decree on or before **August 16, 2013**. If the parties need to supplement the memorandum, they may do so no later than **August 28, 2013**.

Dated this 14th day of June, 2013.

*A. Murray Snow*
/G. Murray Snow
United States District Judge