# WRITTEN PROTOCOL
# FOR A SIGNIFICANT OPERATION
# BY MCSO

## FILED UNDER SEAL

## Re: Melendres, et al. v. Arpaio, et al.
## CV07-02513-PHX-GMS

# MARICOPA COUNTY SHERIFF'S OFFICE  *Memorandum*



Joseph M. Arpaio, Sheriff

| To: | Dave Trombi<br>Deputy Chief<br>Patrol and Enforcement Support<br>Bureau | From: | Pat Lopez<br>Captain<br>Enforcement Support |
|---|---|---|---|
| **Subject:** | Enforcement Operation for October 18th and 19th in Southwest Maricopa County | **Date:** | October 10, 2013 |

An enforcement operation has been scheduled in the Southwest portion of Maricopa County on October 18th and 19th, 2013. This operation is in response to the murder of Detention Officer Jorge Vargas as he was preparing to leave his residence for work. This operation will be conducted in the area and surrounding areas of where Officer Vargas resided. The Phoenix Police Department conducted the homicide investigation and arrested Leonard Moreno DOB 3/11/98 on September 25th, 2013. Moreno was determined to be under the influence of alcohol and known to be affiliated with a gang at the time of the murder. A .40 caliber handgun was used to kill Officer Vargas.

The following measures will be used to conduct this enforcement operation in accordance with Court Order CV-07-02513-PHX-GMS filed on 10/2/13.

MCSO will establish a command post located at the MCSO Training Center located at 2627 S. 35th Ave. Phoenix, AZ. The operation will be conducted on October 18th and 19th from approximately 1600 hrs. until 0300 hrs. Resources and personnel from SWAT, Lake Patrol, Special Investigations, Major Crimes, Criminal Intelligence and Enforcement Support will be utilized during the operation. MCSO Posse members will be utilized to support the operation by helping with jail transports, booking processing, command post security, and other patrol functions as needed.

This operation will patrol the area for alcohol violations, fugitive warrants, theft, weapons violations, criminal damage, stolen vehicles, and curfew violations. Other miscellaneous crimes will be investigated when observed. Criminal Intelligence has identified crime trends and statistical information for the affected area of patrol. The objective of this enforcement operation is to enforce state criminal and traffic laws to reduce violence, gang activity, and other crime in the area.

Under no circumstances will any individual be arrested, detained, or questioned for immigration status.

Under no circumstances will any personnel of the Maricopa County Sheriff's Office use race or ethnicity in any manner, shape, or form to make any law enforcement decision or to take any law enforcement action. Specifically, personnel of the Maricopa County Sheriff's Office are prohibited from using race or Latino ancestry as a factor in any manner, shape, or form in determining whether to stop any vehicle.

An Operations Plan is being developed by Enforcement Support to be used during the operation. The plan will identify the objectives of the operation for all participating personnel. Prior to the operation on both days, a verbal briefing will occur at the established command post. Each participant will sign a roster and confirm that they have received a packet with the written objectives of the operation. Each packet will contain information to assist them throughout the operation. Information in this packet will include but is not limited to: MCSO Policy EA-11 (Arrest Procedures), MCSO Policy CP-8 (Preventing Racial Profiling), Briefing Board 13-64 (Traffic Stops), Briefing Board 13-68 (, Juvenile Driver

Warning Form, Maricopa County Ordinance 12 (Curfew), Map of Operational area, Justice Court Precinct Map and Cite schedule, Citizen Contact Forms, and Statistical Recap Form.

At the end of each day of the enforcement operation, all participants will fill out and submit their Statistical Recap Form along with all Citizen Contact Forms, citations, and booking forms. Departmental Reports will be turned into Enforcement Support at the end of shift or at a later time depending on the complexity of the report. In-custody reports will be handled within Office Policy. Enforcement Support will compile all reports and paperwork to be delivered to the appropriate court of jurisdiction.

Enforcement Support will prepare the post-operational report for review. This report will compile all statistical information gathered during the operation. This will include participation rosters, briefing materials, arrest/booking information, citations, warning forms, and Citizen Contact Forms. Any significant events that occur during the operation will be highlighted. A post-operational briefing will be conducted to receive feedback to be used in the analysis of the operation. Each Commander and Supervisor will conduct a de-briefing with their personnel to obtain feedback. After this is complete, each Commander will attend the post-operational debriefing to discuss issues and concerns from the operation.

The final operational report will be submitted to Command for review. As there is no monitor in place, the report can be made available for review by United States District Judge G. Murray Snow.

MARICOPA COUNTY SHERIFF'S OFFICE

CRIME SUPPRESSION OPERATION

OPERATIONS PLAN

Date:                          October 18 & 19, 2013

Briefing Time:                 1700

Briefing Location:             MCSO Training Center

Operational Times:             1800 - 0200

Operational Goals:

Personnel of the Maricopa County Sheriff's Office will conduct a crime suppression operation in response to the gang related homicide of Officer Vargas to reinforce that those committing violations of the law will not be allowed to operate with impunity.

The objective of this operation is to vigorously enforce state statutes focusing on on-view violations supported by articulable facts showing reasonable suspicion or probable cause particularly in the areas of traffic violations, illegal alcohol consumption/possession, DUI, narcotics violations, warrant enforcement, and gang related activities.

_**Under no circumstances will any individual be arrested, detained, or questioned for immigration status.**_

_**Under no circumstances will any personnel of the Maricopa County Sheriff's Office use race or ethnicity in any manner, shape, or form to make any law enforcement decision or to take any law enforcement action. Specifically, personnel of the Maricopa County Sheriff's Officer are prohibited from using race or Latino ancestry as a factor in any manner, shape, or form in determining whether to stop any vehicle.**_

All personnel will conduct themselves in accordance with established Maricopa County Sheriff's Office policies and procedures and pay particular attention to EA-11, Arrest Procedures and CP-8, Preventing Racial and other Biased-Based Profiling.

The operational area was selected due to many factors including: the site of the homicide of Officer Vargas, the amount of active felony warrants and known gang activity in the area.  Statistical information provided by MSCO & other local jurisdictions has been gathered to identify past criminal activity in the operational area.

All personnel will complete the Citizen Contact form for each citizens encounter they have in an enforcement capacity.

All personnel working in an enforcement capacity during this operation will complete the attached statistical recap sheet and turn it in to the command post prior to securing at the end of each shift. If personnel are doubled up only one sheet will be necessary but must include the names of both employees.

Personnel from the Judicial Enforcement Division will be attempting to serve existing arrest warrants beginning on October 14 – 17th, as a part of this operation.  This is due to judicial constraints of serving arrest warrants after 2230 hours without exigent circumstances.

Operational Area:                              Northern boundary – Camelback Rd.

Southern boundary – Salt River

Eastern boundary – 43rd Avenue

Western boundary – Litchfield Rd.

Medical Facilities:                            Maryvale Hospital

5102 W. Campbell   Phoenix, Az.

West Valley Hospital

13677 W. McDowell Rd.  Goodyear, Az.

Nearest Lvl One Trauma:                   St. Joseph's Hospital

350 W. Thomas Rd.  Phoenix, Arizona

Radio Channel:                                West E/M    Radio position B2

Departmental Report Number:   Individual Incident Report numbers will be taken by Deputies via communications as they encounter criminal activity.

Local Police Agency notified:   Phoenix P.D., Tolleson P.D., Avondale P.D., Goodyear P.D.

Yes          No          By Whom:

The operational area will be divided into approximately four square mile blocks and personnel will be assigned within those areas.

The Command Post will be established at the MCSO Training center.  There will be areas for prisoner medical evaluation, processing, transport, and DUI investigations.

Supervisory personnel not otherwise assigned will roam within the operational area to provide supervision to enforcement personnel.

At the end of each shift, all personnel must report in person to the Command Post before securing, to turn in the listed required paperwork: Statistical recap forms, Citizen Contact forms, Citations, Booking forms and Departmental reports that have been completed.  If a report requires completion at a later time it will be turned in through normal channels but a complete supervisor approved copy must be sent to Enforcement Support, within 5 days for filing in the Operation master file.

Operational Commander:   Captain John Kleinheinz

Operational Supervisors:   Sgt. Wayne Lupinski #482          T-540   Roving

Sgt. Joe Dietrich #1242          220-T   Roving

Sgt.Barry Hamill 1372          620-V   Roving

Sgt. Buddy Acritelli #916          210-K   Command Post

Personnel:

**October 18th**

| **Name** | **Call Sign** | **Assignment area** |
|---|---|---|
| Sergeant  Wayne Lupinski #482 | T-540 | Roving |
| Sgt. Joe Dietrich #1242 | 220-T | Roving |
| Sgt. Gene Bocardo #1118 | 310-H | Roving |
| Sgt. Buddy Acritelli #916 | 210-K | Command Post |
| Sgt.Barry Hamill 1372 | 620-V | Roving |
| Deputy Matt Hunter #1833 | T-552 | Zone 1 |
| Deputy Shane Painter #1745 | T-556 | Zone 2 |
| Deputy Bill Shay #1216 | T-521 | Zone 3 |
| Deputy Shaun Eversole #1770 | T-526 | Zone 4 |
| Deputy Andrew Rankin  #1839 | T-533 | Zone 5 |
| Deputy Ben Freeman #1869 | T-532 | Zone 6 |
| Deputy Amanda Hughes #1908 | T-546 | Zone 7 |
| Deputy Bob Dalton #1454 | T-547 | Zone 8 |
| Deputy Rob Simonson #1287 | T-563 | Zone 9 |
| Deputy Chris Pittman #1228 | T-562 | Zone 10 |
| Deputy Jesse Robinson  #719 | T-571 | Zone 11 |
| Deputy Bill Higginbotham #1437 | 242-T | Zone 12 |
| Deputy Jason Schweizer #1172 | 241-T | Zone 13 |
| Deputy Gary Willette #1578 | 243-T | Zone 14 |
| Deputy Scott Myers #1521 | 232-T | Zone 15 |
| Deputy John Collins #1430 | 231-T | Zone 16 |
| Deputy Dave Campbell #1565 | 228-T | Zone 17 |

| | | |
|---|---|---|
| Deputy Jimmie Clapper #1660 | 227-T | Zone 18 |
| Deputy Mike Puente #1576 | 226-T | Zone 19 |
| Deputy Jeremy Templeton #1804 | 225-T | Zone 20 |
| Deputy Mauricio Gomez #1879 | 222-T | Zone 21 |
| Deputy Tanner TJ, Teeples #1842 | 221-T | Zone 22 |
| Deputy Banuelos #1498 | 321-T | K-9 at large zones 1-5 |
| Deputy McFarland #1344 | 322-T | K-9 at large zones 6-10 |
| Deputy Russell #1886 | 323-T | K-9 at large zones 11-15 |
| Deputy Feher #1867 | 326-T | K-9 at large zones 16-20 |
| Deputy Sanchez #1840 | 327-T | K-9 at large zones 21-25 |
| Deputy Clancy #1878 | 328-T | K-9 at large |
| Det. Dave Parra #1188 | 621-V | Roving |
| Det. Steve Fax #1243 | 622-V | Roving |
| Det. Sean Pearce #1016 | 625-V | Roving |
| Det. Connie Davison #1198 | 626-V | Roving |
| Det. Chris Osborn #1232 | 623-V | Roving |
| Det. Steve Cocking #1241 | 311-H | Roving – Plate Reader |
| Det. Paul Jones #1547 | 313-H | Roving – Plate Reader |
| Deputy Thomas Hughes #1880 | 214-K | Command Post |
| Deputy Sean Crosby #1584 | 221-K | Command Post |
| Officer Fabian Vasquez #B1930 | 222-K | Command Post |
| Officer Calvin Taylor #A7579 | 215-K | Command Post |
| Deputy Guillermo Garcia #1896 | 213-K | Command Post |
| Deputy Jerry Vance #1788 | 212-K | Command Post |
| DRE Dallas Cotts | | DUI Command Post |

**October 19th**

| Name | Call Sign | Assignment area |
|------|-----------|-----------------|
| Sgt. Joe Dietrich #1242 | 220-T | Roving |
| Sgt. Gene Bocardo #1118 | 310-H | Roving |
| Sgt. Barry Hamill #1372 | 620-V | Roving |
| Sgt. Buddy Acritelli #916 | 210-K | Command Post |
| Deputy Jeff Hanson #1306 | T-553 | Zone |
| Deputy Aaron Flowers #1868 | T-551 | Zone |
| Deputy Bill Shay #1216 | T-521 | Zone |
| Deputy Shaun Eversole #1770 | T-526 | Zone |
| Deputy Andrew Rankin #1839 | T-533 | Zone |
| Deputy Ken Martinez #1579 | T-535 | Zone |
| Deputy Amanda Hughes #1908 | T-546 | Zone |
| Deputy John Ramsay #889 | T-543 | Zone |
| Deputy John Kelly #1777 | T-564 | Zone |
| Deputy Scott Casteel #1150 | T-561 | Zone |
| Deputy Mike Kikes #1845 | T-572 | Zone |
| Deputy Jason Schweizer #1172 | 241-T | Zone |
| Deputy Gary Willette #1578 | 243-T | Zone |
| Deputy Scott Myers #1521 | 232-T | Zone |
| Deputy John Collins #1430 | 231-T | Zone |
| Deputy Dave Campbell #1565 | 228-T | Zone |
| Deputy Jimmie Clapper #1660 | 227-T | Zone |
| Deputy Mike Puente #1576 | 226-T | Zone |
| Deputy Jeremy Templeton #1804 | 225-T | Zone |

| | | |
|---|---|---|
| Deputy Mauricio Gomez #1879 | 222-T | Zone |
| Deputy Tanner TJ, Teeples #1842 | 221-T | Zone |
| Deputy Banuelos #1498 | 321-T | K-9 at large zones 1-5 |
| Deputy McFarland #1344 | 322-T | K-9 at large zones 6-10 |
| Deputy Clancy #1878 | 328-T | K-9 at large zones 11-15 |
| Deputy Feher #1867 | 326-T | K-9 at large zones 16-20 |
| Deputy Sanchez #1840 | 327-T | K-9 at large zones 21-25 |
| Det. Dave Parra #1188 | 621-V | Roving |
| Det. Steve Fax #1243 | 622-V | Roving |
| Det. Sean Pearce #1016 | 625-V | Roving |
| Det. Connie Davison #1198 | 626-V | Roving |
| Det. Chris Osborn #1232 | 623-V | Roving |
| Det. Jack Vickers #1260 | 312-H | Roving – Plate Reader |
| Det. Scott Marceau #1533 | 314-H | Roving – Plate Reader |
| Deputy Thomas Hughes #1880 | 214-K | Command Post |
| Deputy Sean Crosby #1584 | 221-K | Command Post |
| Officer Fabian Vasquez #B1930 | 222-K | Command Post |
| Officer Calvin Taylor #A7579 | 215-K | Command Post |
| Deputy Guillermo Garcia #1896 | 213-K | Command Post |
| Deputy Jerry Vance | 212-K | Command Post |
| DRE Dallas Cotts | | DUI Command Post |

Judicial Enforcement Division personnel working 10/14–17/13 on serving arrest warrants:

| | |
|---|---|
| Sgt. Bove #1050 | 220-M |
| Det. Hepp #1436 | 247-M |
| Det. McLemore #1439 | 246-M |
| Det. Doyle #769 | 241-M |
| Det. Wilson #990 | 242-M |
| Det. Bierwalter #1262 | 248-M |

Attachments:   MCSO Policy EA-11

MCSO Policy CP-8

Briefing Board number 13-64

Briefing Board number 13-68

Juvenile Driver Violation/Warning Form

Maricopa County Ordinance number 12 (Curfew)

Map of Operational area

Justice Court cite in schedule

Justice Court Precinct Map

Statistical Recap Form

Citizens Contact Form

Prepared by:

_(signature)_ 966   Signature          10/16/13   Date

Captain Edward Lopez


Reviewed and Approved by:

_(signature)_ Signature          10/16/13 Date
                    140
Captain John Kleinheinz

Operational Commander

_(signature)_ 948 Signature      10.16.13 Date

Deputy Chief David Trombi

Patrol and Enforcement Bureau



| | MARICOPA COUNTY SHERIFF'S OFFICE |
|---|---|
| | Policy & Procedure     Joseph M. Arpaio – Sheriff |

| Subject | Policy Number |
|---|---|
| **ARREST PROCEDURES** | **EA-11** |
| | Effective Date |
| | **06-12-13** |

| Related Information | Supersedes |
|---|---|
| | EA-11 (04-21-09) |

## PURPOSE

The purpose of this Policy is to establish procedures regarding arrests, verbal or written warnings, and alternatives to arrest and confinement.

## POLICY

It is the policy of the Office to ensure that all types of arrests made by Office employees are conducted in a safe manner in accordance with appropriate State and Federal laws, and that alternatives to arrest are used when appropriate.

## DEFINITIONS

*Status Offense:* Behavior that is unlawful only because it is committed by a juvenile, such as truancy, violating curfew, running away, possessing tobacco, or possessing or consuming alcohol.

## PROCEDURES

1. **Elements of Arrests:** The essential elements of an arrest include the intent or purpose on the part of the arresting deputy, the lawful authority of the arresting deputy, seizure, or detention of the arrested subject, and the subject understanding that he has been placed under arrest.

2. **Adult Arrests:** There are two different types of adult arrests, which include arrests with a warrant and arrests without a warrant based on probable cause.

   A. Arrest on a Warrant: Adult arrest warrants shall be executed only by sworn personnel. Information concerning felony or misdemeanor warrants may be obtained through the Communications Division, Criminal Process, or the Operations Information Center (OIC).

      1. Prior to arresting a subject on a warrant, the arresting deputy shall contact OIC through the Communications Division to verify the active status of the outstanding arrest warrant and confirm the identity of the subject to be arrested.

         a. Identification used, such as a driver's license, passport, or military ID should contain at least the name, date of birth, sex, and either a clear photograph or a second numerical identifier, such as a Social Security Number (SSN).

**EA-11,** *Arrest Procedures*                    **Effective Date: 06-12-13**

1. If it is determined by the deputy that the crime doesn't warrant detention of the juvenile, the deputy shall complete an *Incident Report* (IR) and a *Juvenile Complaint/Referral Form* and submit it to the County Attorney's Juvenile Division for complaint. This process shall be followed in the absence of an order of remand for the juvenile.

2. If JCC does not accept the arrestee for whatever reason, an IR shall be completed along with a *Juvenile Complaint/Referral Form* and the report forwarded to the County Attorney's Juvenile Division for a complaint.

3. If a determination is made to charge the juvenile as an adult, the appropriate paperwork will be completed by the County Juvenile Charging Attorney, and the juvenile will be transferred to the County jail from JCC by juvenile detention personnel. The arrest paperwork will be completed by JCC personnel prior to booking.

4. If a remand order has been issued, the juvenile shall be booked into jail.

B. Juvenile Warrants: Juvenile warrants issued through juvenile court should be automatically quashed on the date the person reaches 18 years of age, as the jurisdiction of the Juvenile Justice Court ceases under ARS. In the event the warrant has not been quashed, the person will not be arrested solely on the basis of the juvenile warrant. An IR will be written and forwarded to the Criminal Process Section documenting the fact that the warrant was not quashed. A person who has not reached the age of 18 and has an outstanding juvenile warrant shall be handled in the following manner:

1. In the absence of a remand order, the JCC Intake Officer shall be contacted to ascertain if JCC will incarcerate.

2. If the JCC Intake Officer refuses to accept the juvenile, he shall be released. At the discretion of the deputy, the juvenile may be released to the following:

   a. A parent.

   b. A guardian.

   c. A family member.

   d. Self.

3. The refusal of the JCC Intake Officer to accept the juvenile shall be documented in an IR explaining the circumstances.

C. Juveniles Remanded on Adult Arrest Warrants: Juveniles who are arrested on an adult arrest warrant from Superior Court will be taken directly to jail and booked. The adult arrest warrant signifies that the juvenile has been remanded by a judge to a county jail.

D. Status Offenses: When a juvenile has committed a status offense, the juvenile may be cited or returned to the custody of a parent or guardian.

E. Justice of the Peace (JOP) Misdemeanor Warrant for Juveniles: Misdemeanor warrants for juveniles issued by a JOP court shall not be served, as such courts do not have the legal authority to issue warrants for the arrest of juveniles.

    b. The arresting deputy is not required to have the warrant in his possession at the time of the arrest. However, if requested, it shall be shown to the subject as soon as possible after the arrest.

    c. A deputy shall arrest a subject with an out-of-county or out-of-state felony or misdemeanor warrant only after it has been determined that the originating agency will extradite the subject.

2. Once a warrant has been verified through OIC and the subject is arrested, the arresting deputy or the Communications Division shall notify OIC of the arrest.

    a. OIC personnel shall remove the warrant from the files, delete it from the Arizona Crime Information Center (ACIC)/National Crime Information Center (NCIC) computer system, and fax a copy of the warrant, with the OIC stamp, to the jail where the subject is being booked.

    b. The arresting deputy will sign the fax copy of the arrest warrant and submit it with the other required arrest forms.

    c. Warrant copies which have not been faxed by OIC and do not display the OIC stamp are insufficient for booking purposes.

    d. The deputy shall include a brief synopsis or comment on the *Form 4* indicating an arrest warrant was served.

B. Arrest Without a Warrant: A deputy may arrest an adult subject without a warrant when:

1. A felony has been committed and there is probable cause to believe the subject has committed the felony.

2. A misdemeanor has been committed and there is probable cause to believe the subject to be arrested has committed the offense. A person arrested under this paragraph is eligible for citation in lieu of detention.

3. The subject has been involved in a traffic accident and has violated any criminal section of Arizona Revised Statute (ARS) Title 28, and such violation occurred prior to, or immediately following, the traffic accident. The Arizona Traffic Ticket and Complaint will be completed when the subject is either cited and released or booked.

4. A deputy may arrest an individual without violating the Fourth Amendment if there is probable cause to believe that the offender has committed a petty or minor criminal offense in the deputy's presence.

3. **Juvenile Arrests:** In addition to the procedures listed under adult arrest, deputies shall be aware that the arrest of juveniles is subject to special legal requirements. Deputies shall be familiar with and observe these special requirements at all times when arresting juveniles. Office personnel should review Policy EA-19, *Juvenile Operation,* for detailed information regarding juvenile arrests.

A. If a juvenile is arrested on new charges, the deputy shall submit a *Juvenile Complaint/Referral Form* to the County Attorney's Juvenile Division or the juvenile shall be taken to the Juvenile Court Center (JCC) for booking unless a remand order has been issued. The County Attorney's Juvenile Division has 24 hours to determine whether a juvenile will be charged as a juvenile or an adult.

EA-11, *Arrest Procedures*                                                          **Effective Date: 06-12-13**

1. When a JOP misdemeanor warrant for a juvenile is discovered, an IR shall be written documenting the fact that the warrant could not be served.

2. The IR and a memorandum will be forwarded to the Criminal Process Section Commander. Criminal Process will notify the appropriate JOP Court of the improper issuance of the warrant.

4. **Alternatives to Arrest:** A deputy may, at his discretion, use alternatives to arrest when the offense committed is a misdemeanor.

A. Minor Infractions: When the victim is the State of Arizona, a deputy may issue a warning for minor infractions, if he feels the interests of the violator, the citizens of Maricopa County, or the law would best be served if the subject were not arrested.

B. Citation in Lieu of Detention (Cite and Release): A cite and release may be used when the elements of a lawful misdemeanor or petty offense arrest are present. The suspect may also be photographed, fingerprinted, and searched, as in a normal detention arrest.

1. A cite and release may be issued for a misdemeanor or petty offense committed by an adult.

2. A juvenile may be issued a citation in lieu of detention. Statutory violations for which a citation may be issued include, but are not limited to, curfew, boating, alcohol, game and fish, traffic violations, misdemeanors, and violations of certain town and county ordinances.

3. When there is a lawful citizen's arrest and the arresting citizen insists that the person be arrested and booked, the deputy retains the right to use discretion and issue a cite and release in lieu of detention.

4. A cite and release will not be used in the following circumstances:

   a. When an adult suspect refuses to sign a criminal citation.

   b. When the suspect refuses to provide his name and address for the citation.

   c. When the suspect has an outstanding warrant.

   d. When the suspect has a record of failure to appear.

   e. When the suspect's identity or residence cannot be properly determined.

   f. When there is immediate danger to the public.

   g. When other violations are likely to occur.

   h. When an act of domestic violence or an Order of Protection violation has occurred, as specified in Policy EA-8, *Domestic Violence*.

   i. When the suspect is in the United States illegally.

5. **Searches:** Deputies are authorized to conduct several different forms of searches to affect an arrest or incident to arrest. Such searches include, but are not limited to, the following:

4

EA-11, *Arrest Procedures*                                            **Effective Date: 06-12-13**

A.    Search for Suspect: When attempting to serve a felony arrest warrant at the home of the named person, deputies may search the premises for the wanted person without a search warrant if there is reason to believe that he is at his residence.

1.    Once the suspect is located, deputies may make a protective sweep of the premises or a cursory visual inspection of those places in which a person might be hiding for the limited purpose of discovering persons or weapons on the premises that might present a danger to the deputies.

2.    When conducting a protective sweep incident to the arrest, deputies may look in closets and other spaces immediately adjoining the place of arrest from which an attack could be immediately launched. This may be done even though the deputies lack probable cause, or even reasonable suspicion to suppose that such an attack might occur.

3.    Deputies may conduct a protective sweep through portions of the premises other than the closets and other spaces immediately adjoining the place of arrest if there are articulable facts which, taken together with the rational inferences from those facts, would warrant a reasonably prudent deputy to believe that the area to be swept harbors an individual posing a danger to those on the arrest scene.

3.    If, during a lawful protective sweep, evidence is discovered in plain view, such evidence may be seized. Any further search for evidence, if additional contraband is believed to be present, shall be done only after the issuance of a search warrant.

B.    Search Within a Suspect's Immediate Control: When a suspect is arrested, the deputy may search areas within the suspect's immediate control, or areas where the suspect may gain possession of a weapon or destroy contraband or evidence. The search of the areas within the suspect's immediate control must be made immediately after the arrest. Contraband or evidence beyond the immediate control of the suspect may be seized if the contraband or evidence is in the deputies' plain view.

1.    In order to seize evidence in plain view, the deputy must be lawfully present, inadvertently view the contraband or evidence, and, prior to its seizure, have probable cause to believe the evidence is crime-related.

2.    If it is necessary for the subject to be moved after the arrest to put on clothing or to retrieve property, the areas to which he has access should be searched for weapons.

C.    Search Warrant: Search of a residence or other areas incident to an arrest should only be conducted after a search warrant is obtained. A search for the subject of an arrest warrant, at a location other than his residence, can only be conducted with a search warrant or within the limitations set forth in State and Federal law and case law.

6.    **Assistance to Probation and Surveillance Officers:** The Office will provide assistance to probation and surveillance officers when a request is made. The probation or surveillance officer must be physically present at the location where the assistance of the Office is requested. Arrests made by probation or surveillance officers, using the resources of the Office, will be processed by the probation or surveillance officers.

A.    When to Assist Probation/Surveillance Officers: Probation or surveillance officers may request assistance under one or more of the following situations:

1.   When arresting a probationer with an outstanding warrant and resistance or danger of physical violence is anticipated.

2.   When exigent circumstances require the immediate warrant-less arrest of a probationer and there is a likelihood of resistance or danger of physical violence.

3.   When serving a search warrant or conducting a warrant-less search of a probationer's person or residence and there is a likelihood of resistance or danger of physical violence. Deputies shall be primarily concerned with maintaining peace and shall avoid becoming actively engaged in the search.

4.   When probationers or other persons become disruptive or the threat of physical violence is present.

B.   Deputy Responsibilities and Precautions: Although adult probation and surveillance officers have the authority of peace officers in the performance of their duties, they do not have the same level of law enforcement training as police officers and may not be authorized to carry a firearm in the performance of their official duties. Deputies shall exercise extreme caution and shall ensure sufficient personnel are present when assisting probation and surveillance officers.

C.   Verifying a Probation Arrest: When assisting a surveillance officer, deputies shall verify that the arrest has been approved by a probation officer.

D.   Transport and Booking: Deputies shall transport the arrested probationer to a jail. However, probation officers shall complete proper booking documentation at the jail.

E.   New Charges against Probationer: When new charges are sought against a probationer or other persons, incidental to an arrest, deputies shall take custody of the prisoner, complete all necessary paperwork and evidence impounding, and book the subject. A copy of the probation officer's report shall be completed and forwarded to the arresting deputy to be included with the IR.

7.   **Arrest of a Foreign National:** Anytime a foreign national is arrested as an adult or detained as a juvenile at JCC, the arresting deputy must advise the suspect of the right to have his consular officials notified or, for countries requiring mandatory notification, deputies must notify the consul regardless of the suspect's wishes. These notifications are in addition to Miranda Rights and apply to all custodial arrests. While it is required that the consul be notified without delay, the State Department does not recommend delaying interviews or investigations pending the notification. If the suspect admits or there are reasonable grounds to believe that the suspect is a foreign national, deputies will comply with the following:

A.   Mandatory Notifications: The following countries and jurisdictions require mandatory notification. The telephone and fax numbers for consular notification may be obtained from the Communications Division or at the following Web site: http://www.travel.state.gov.

| | |
|---|---|
| Algeria | Hungary |
| Antigua and Barbuda | Jamaica |
| Armenia | Kazakhstan |
| Azerbaijan | Kiribati |
| Bahamas, The | Kuwait |
| Barbados | Kyrgyzstan |
| Belarus (Belorussia) | Malaysia Mauritius |
| Brunei | Malta Malaysia |
| Bulgaria | Malaysia |
| China | Moldova |

| | |
|---|---|
| Costa Rica | Mongolia |
| Cyprus | Nigeria |
| Czech Republic | Philippines Belize |
| Dominica | Poland (non-permanent residents only) |
| Fiji | Romania |
| Gambia, The | Russia |
| Georgia | Saint Kitts and Nevis |
| Ghana | Saint Lucia |
| Grenada | Saint Vincent and the Grenadines |
| Guyana | Seychelles |
| Hong Kong | Sierra Leone |
| Singapore | Tuvalu |
| Slovakia | Ukraine |
| Tajikistan | United Kingdom |
| Tanzania | USSR |
| Tonga | Uzbekistan |
| Trinidad and Tobago | Zambia |
| Tunisia | Zimbabwe |
| Turkmenistan | |

1.  Mandatory Advisories: For countries requiring mandatory consular notification, deputies must advise the suspect of the right to have the consular officials notified and then fax the notification to the Consular Officer. Deputies may comply with the requirement of notifying the suspect by reading or paraphrasing the following statement to the foreign national prior to interviewing him. Deputies should utilize the Language Line for assistance in translating if necessary.

    a.  **English:** "Because of your nationality, we are required to notify your country's consular representatives here in the United States that you have been arrested or detained. After your consular officials are notified, they may call or visit you. You are not required to accept their assistance, but they may be able to help you obtain legal counsel and may contact your family and visit you in detention, among other things. We will be notifying your country's consular officials as soon as possible."

    b.  **Spanish:** "Debido a su nacionalidad, estamos obligados a notificar a los representantes consulares de su país aquí en los Estados Unidos que usted ha sido arrestado o detenido. Después de notificar a sus funcionarios consulares, ellos podrían llamarle o visitarle. Usted no esta obligado a aceptar su ayuda, pero ellos pueden ayudarle a obtener asesoramiento legal, ponerse en contacto con su familia y visitarle en la cárcel, entre otras cosas. Notificaremos a los funcionarios consulares de su país tan pronto como sea posible."

2.  Documentation of Notification: The notification and response shall be documented in the IR, for any foreign national whether or not consular notification was mandatory, and the notification form will be impounded as evidence.

3.  Chinese/Hong Kong Citizens: Hong Kong reverted to Chinese sovereignty on July 1, 1997, and is now officially referred to as the Hong Kong Special Administrative Region, or "SAR." Under the March 25, 1997, US-China Agreement on the Maintenance of the US Consulate General in the Hong Kong Special Administrative Region, US officials are required to notify Chinese officials of the arrest or detention of the bearers of Hong Kong

passports in the same manner as is required for bearers of Chinese passports immediately, and in any event within four days of the arrest or detention.

4.    Citizens of the Republic of China/Taiwan: Notification is not mandatory in the case of persons who carry "Republic of China" passports issued by Taiwan. Such persons should be informed without delay that the nearest office of the Taipei Economic and Cultural Representative Office ("TECRO"), the unofficial entity representing Taiwan's interests in the United States, can be notified at their request.

5.    Citizens of USSR/Russian States: Although the USSR no longer exists, some nationals of its successor states may still be traveling using its passports. Mandatory notification should be given to consular officers for all nationals of such states, including those traveling on old USSR passports. The successor states are listed separately within this Policy.

6.    Citizens of the United Kingdom and British Dependencies: The United Kingdom includes England, Scotland, Wales, Northern Ireland and Islands, and the British dependencies of Anguilla, British Virgin Islands, Bermuda, Montserrat, and the Turks and Caicos Islands. Their residents carry British passports.

B.    Countries not Requiring Mandatory Notifications: Deputies must advise suspects that are citizens of countries such as Mexico, and other countries not requiring mandatory consular notification, that they have the right to have the consular officials notified. Deputies may comply with this requirement by reading or paraphrasing the following statement to the foreign national prior to interviewing him. Deputies should utilize the Language Line for assistance in translating if necessary.

1.    **English**: "As a non-US citizen who is being arrested or detained, you are entitled to have us notify your country's consular representatives here in the United States. A consular official from your country may be able to help you obtain legal counsel, may contact your family, and may visit you in detention, among other things. If you want us to notify your country's consular officials, you can request this notification now or at any time in the future. After your consular officials are notified, they may call or visit you. Do you want us to notify your country's consular officials?"

2.    **Spanish**: "Como no es ciudadano de los Estados Unidos, al ser arrestado o detenido tiene derecho a pedirnos que notifiquemos a los representantes consulares de su país aquí en los Estados Unidos, si lo desea. Entre otras cosas, un funcionario consular de su país puede ayudarle a obtener asesoramiento legal, ponerse en contacto con su familia y visitarle en la cárcel. Si usted desea que notifiquemos a los funcionarios consulares de su país, puede solicitarlo ahora o en cualquier oportunidad en el futuro. Después de que se haya notificado a los funcionarios consulares de su país, ellos podrían llamarle o visitarle. Desea que notifiquemos a los funcionarios consulares de su país?"

C.    Citizen Request for Notification: If the foreign national requests his countries consular to be notified, deputies shall fax the *Arrest/Detention of Foreign National Notification* form to the Consular Officer.

D.    Refusal/Denial of Notification: If the foreign national declines to have his consul notified, deputies will note that fact on the notification form and have the suspect sign it. If the suspect refuses, no notification will be made and the deputies will write "Refused" on the form.

8

E.    Notification of Immigration and Naturalization Service (INS): When a foreign national, with or without proper documentation, is arrested and detained by the Office, notification to the INS is triggered automatically through the Jail Management System (JMS), by any entry other than US in the Place of Birth field. The INS system will respond within a reasonable amount of time requesting that a "hold" be placed on the individual.

8.    **Rights of the Prisoner:** It shall be the duty and responsibility of the arresting deputy to ensure that the rights of the prisoner are protected at all times after the arrest and prior to confinement.

A.    Miranda Rights: Prior to the prisoner being interviewed as a direct result of criminal activity, he shall be informed of his Miranda Rights.

1.    Miranda Rights need to be read only if the suspect is in physical custody and is not free to leave.

2.    The Miranda Rights need not necessarily be read to a suspect at the scene of an arrest. Rather, the arresting deputy may wait until the suspect has been taken to a more suitable location for the interview or a detective has responded to the scene.

3.    In all cases, the person responsible for conducting the interview shall determine when to advise the suspect of his Miranda Rights.

4.    If, during the interview, a prisoner invokes his right to silence or his right to confer with an attorney, the interview shall cease as specified in Policy GJ-7, *Criminal Investigations Operations*. The interviewer shall note the date and time of the invocation of rights and the actions taken in his IR.

B.    Access to an Attorney: If a suspect requests, he shall be given an opportunity to call or confer with an attorney, as soon as practical, after being arrested or booked.

9.    **Transporting Prisoners:** Necessary precautions will be taken while transporting prisoners to protect the lives and safety of the deputies, the public, and the person in custody. Guidelines regarding the use of restraining devices are specified in Policy GJ-9, *Transportation and Restraint of Prisoners and Inmates.*



# ARREST / DETENTION OF FOREIGN NATIONAL
# NOTIFICATION FORM

Date: _____     Time: _____

**To:**  Embassy of National: _____

Consulate of _____ , _____ , _____
　　　　　　　　　　　(country)　　　　　　　　　(City)　　　　　(State)

**From:**  Name:  MARICOPA COUNTY SHERIFF'S OFFICE

Deputy: _____     Serial Number: _____

Street Address: _____

City: _____     State: _____     ZIP Code: _____

Telephone: _____     Fax: _____

**Subject:**  NOTIFICATION OF ARREST/DETENTION OF A NATIONAL OF YOUR COUNTRY.

We arrested/detained the following foreign national, whom we understand to be a national of your country, on: _____

Mr./ Mrs. _____

Date of Birth: _____     Place of Birth: _____

Passport Number: _____

Date of Passport Issuance: _____

Place of Passport Issuance: _____

To arrange for consular access, please call _____between the hours of _____ and _____. Please refer to case number _____ when you call.

**Comments:** _____

_____

_____

_____

_____



# MARICOPA COUNTY SHERIFF'S OFFICE
## Policy & Procedure          Joseph M. Arpaio – Sheriff

| Subject | Policy Number |
|---|---|
| | **CP-8** |
| **PREVENTING RACIAL AND OTHER BIASED-BASED PROFILING** | Effective Date |
| | **06-12-13** |

| Related Information | Supersedes |
|---|---|
| | **NEW POLICY** |

## PURPOSE

The purpose of this Policy is to establish procedures to ensure deputies are fair and equitable in deciding whether or not to make citizen contacts and take law enforcement actions. Race, ethnic background, gender, sexual orientation, religion, economic status, age, cultural group, or national origin shall not be a motivating factor in any law enforcement action including the selection of people for consensual contacts. Racial and bias-based profiling is strictly prohibited.

Although this policy deals largely with field law enforcement, detention officers and other employees of the Office shall also comply with the letter and spirit of this Policy in avoiding bias-based actions and perceptions of such actions. Detention officers and other jail employees shall ensure that inmates are treated fairly, that their constitutional rights are respected and that they are not subjected to any illegal discrimination, including bias-based profiling.

## POLICY

It is the policy of the Office to ensure that employees are not biased in any way because bias in enforcement activities is wrong and detrimental to effective law enforcement. It fosters community distrust of law enforcement and thereby undermines legitimate law enforcement work. It also invites media scrutiny, legislative action, and judicial intervention. For all of these reasons, most especially that it is morally and socially wrong, the application of bias in the Office's law enforcement activities is strictly prohibited.

## DEFINITIONS

***Bias-Based Profiling:*** The selection of an individual for law enforcement contact or police action, including a stop, detention, search, issuance of citation, or arrest, based on a trait common to a group, including race, ethnic background, gender, sexual orientation, religion, economic status, age, cultural group, or any other identifiable group characteristic, rather than on the individual's behavior or on information received identifying the individual as a criminal suspect or perpetrator.

***Racial Profiling:*** A type of bias-based profiling wherein law enforcement decisions and actions are based on an individual's race, color, ethnicity, or national origin rather than on the individual's behavior or on information received identifying the individual as a criminal suspect or perpetrator.

## PROCEDURES

1.    **Law Enforcement Operations:**

    A.    Adherence to Federal Constitutional Law: All investigative detentions, traffic and field contacts, searches, and asset seizure and forfeiture efforts, will be based on applicable standards of

reasonable suspicion or probable cause as required by the Fourth Amendment to the United States Constitution.

1. Deputies must be able to articulate specific facts, circumstances, and conclusions which support probable cause or reasonable suspicion for the law enforcement action taken.

2. In vehicle stops, only the violator or reasonably suspected violator may be required to produce identifying documents. Other persons in the vehicle may be asked politely for identifying documents but such documents will not be required or demanded and no law enforcement action shall be taken because of a refusal to produce identifying documents.

3. Vehicle occupants shall not be required to exit the vehicle or asked for consent to search unless the deputy has a particularized and articulable basis for the request or action that does not involve factors or considerations prohibited by this Policy.

B. Consideration of Group Traits in Law Enforcement Decisions: Generally, race, ethnicity, national origin, and other group traits may be considered as factors in deciding law enforcement actions only when those characteristics are part of a description received of a specific suspect, perpetrator, or witness for whom a deputy is then searching.

C. Duration of Stops and Detentions: Deputies must have an articulable, reasonable suspicion of a person's traffic violation or criminal involvement before they may stop and detain that individual.

1. A person who has been lawfully stopped may be detained no longer than is reasonable to complete the business for which the subject is lawfully stopped.

2. In the absence of new information creating reasonable suspicion of criminal involvement different than that justifying the stop initially, deputies shall not extend the duration of a stop and detention beyond that required to complete the original business.

3. In the event a deputy detains a pedestrian or vehicle occupant and then seeks to question or search in regard to matters other than those for which the subject was stopped initially, the deputy shall include in his reports the facts or circumstances that made it lawful and appropriate to diverge from the business of the initial stop in order to investigate other matters.

D. Avoiding Perceptions of Bias: In an effort to prevent perceptions of bias, deputies shall utilize the following measures whenever reasonably possible when conducting consensual contacts, investigative detentions, traffic stops, arrests, and searches and seizures of property:

1. Be courteous and polite.

2. Provide a self-introduction and explain to the subject the reason for the contact as soon as practical, unless providing this information will compromise the investigation or the safety of deputies or other persons. In ordinary vehicle stops, this information should be provided before asking for driver's license, vehicle registration, and proof of insurance or other identification.

3. Ensure that the length of the detention is no longer than necessary to take appropriate action for the known or suspected offense as well as any offense which is legitimately discovered during the course of the investigation.

4. Ensure that the purpose of reasonable delays is explained to the person contacted.

5.   Answer any questions the citizen may have, including explaining options for the disposition of a traffic citation, if relevant.

6.   Provide name and badge number when requested, verbally, in writing, or on a business card.

7.   If the reasonable suspicion for the stop is dispelled or the stop was made in error, explain why the error was made and apologize for any inconvenience.

8.   Include in any documentation of the contact or other action those facts giving rise to the deputy's reasonable suspicion or probable cause for the contact. Include whether or not vehicle occupants were required to get out of the vehicle and whether or not they were searched or asked for consent to search their persons, carried belongings, or the vehicle.

2.   **Detention Operations:**

   A.   Adherence to Federal Constitutional Law: *Incident Reports* and *Disciplinary Action Reports* prepared by detention officers shall be based on the inmate's behavior and articulable facts, and may never include consideration of racial and other prohibited factors under this Policy.

   B.   Housing: Inmate housing will be based on the inmate's age, sex, and security level. Separate housing will be provided for males, females, and juvenile inmates in all housing categories. Inmates shall not be segregated on the basis of race, color, creed, or national origin.

   C.   Work Assignments: Work assignments will be based on security level, fully sentenced status, medical conditions, and disciplinary history. Race, color, creed, or national origin will not be considered.

   D.   Programs and Services: Inmates in Office custody will have equal access to all programs and services based on space availability, security level, need, and program criteria.

   E.   Avoiding Perceptions of Bias: Detention officers will treat all inmates in a fair and professional manner. Care and treatment will not be based on race, color, creed, or national origin.

3.   **Investigations of Bias-Based Activities:** All employees shall immediately report any incident of suspected bias-based activity to their supervisor who shall respond to and initiate appropriate inquiry into the incident. All allegations of violations of this policy will be referred to and investigated by the Internal Affairs Division.

4.   **Training and Review:**

   A.   Training shall be provided to all members in areas of identified need associated with the practice of bias-free law enforcement work. Relevant training topics may include, but are not limited to, ethics, field contacts, traffic stops, arrest and detention, search and seizure, asset seizure and forfeiture, interview techniques and interpersonal communication more generally, cultural diversity, open-mindedness and tolerance, and discrimination and other legal issues that relate to these topics.

   B.   An annual review of all complaints or allegations of bias-based law enforcement actions will be conducted by the Internal Affairs Division and reported to the Sheriff, or his designee. The Sheriff, or his designee, may assign another command staff member to conduct a further review and analysis to make broader determinations regarding agency and public policy. Items to be reviewed are citations, complaints and any other documents that may indicate that bias-based law

enforcement actions are occurring.  Interviews and surveys may be conducted. Citizen and community concerns and perceptions will be considered when conducting the analysis and deciding further agency action.



Joseph M. Arpaio, Sheriff

# *The Briefing Board*

### Number 13-64
### September 17, 2013

## TRAFFIC STOPS

It is the policy of the Maricopa County Sheriff's Office to promote safety and situational awareness within its personnel, regardless of their duty assignment. In the area of traffic enforcement the responsibility is shared by all <u>sworn personnel</u>. Our professional and unbiased enforcement actions require sensible officer safety considerations.

Effective immediately, Sheriff's personnel shall verbally communicate with Sheriff's Dispatch via their radio when conducting traffic enforcement.  Sworn personnel must not check off on traffic using the Mobile Data Computers.

Division commanders are responsible for ensuring that personnel under their command read and are in compliance with this directive.



Joseph M. Arpaio, Sheriff

# *The Briefing Board*

### Number 13-68
### October 3, 2013

## <u>IMPORTANT MESSAGE FROM THE SHERIFF</u>

In follow-up to Sheriff Arpaio's oral directive issued on Friday, September 27, 2013, following his learning of the Court's permanent injunction in *We Are America v. Maricopa County Board of Supervisors, et al*, CIV 06-2816-PHX-RCB, United States District Court for the District of Arizona, and the Maricopa County Attorney's decision not to charge persons for conspiracy to transport themselves or the smugglers, <u>the Maricopa County Sheriff's Office shall no longer detain and/or arrest persons for conspiring to transport themselves, and no one else, in violation of Arizona Revised Statute section 13-2319.</u>

# Maricopa County Sheriff's Office




## <u>Juvenile Driver</u>
### Violation / Warning Information

Date of Violation: _____          Time of Violation: _____
Name: _____          D.O.B. _____
Address: _____

Parent's Name and Address: _____
_____
Violation (Code): _____
Violation Location: _____
District/Deputy Name & Serial #: _____
Comments: _____
_____

Date of Violation: _____          Time of Violation: _____
Name: _____          D.O.B. _____
Address: _____

Parent's Name and Address: _____
_____
Violation (Code): _____
Violation Location: _____
District/Deputy Name & Serial #: _____
Comments: _____
_____

Date of Violation: _____          Time of Violation: _____
Name: _____          D.O.B. _____
Address: _____

Parent's Name and Address: _____
_____
Violation (Code): _____
Violation Location: _____
District/Deputy Name & Serial #: _____
Comments: _____
_____

**NOTE: On the last day of shift week forward to Amy Lake, Sheriff Arpaio's Executive.**



# Maricopa County Sheriff's Office
## Citizens Contact Form

Deputy                              S#                       District             Shift

Add. Rider                     S#                       Veh #               Call Sign

***<u>Under no circumstances will any personnel ask any citizen what their race or ethnicity is.</u>***

Incident#             DR #                  Verbal Warning ☐ Citation ☐ Cite #

Stop Time          End of Stop         Location                Reason

Veh. Plate #         # of Occupants     Vehicle Search Conducted   Yes ☐ PC ☐ Consent ☐ No ☐

Extended Detention   Yes ☐ No ☐ If Yes, Reason        Evidence/Contraband Seized   Yes ☐ No ☐

**Driver Information:**
Pre-Stop Perceived Ethnicity – circle most appropriate: White or Hispanic or Black or American Indian/Alaska Native or Asian or Other Pacific Islander or Unknown

            "Terry Frisk"   Yes ☐ No ☐ Arrested Yes ☐ No ☐

Post Stop Perceived Ethnicity - circle most appropriate: White or Hispanic or Black or American Indian/Alaska Native or Asian or Other Pacific Islander or Unknown

**Passenger Info:**

2   Perceived        "Terry Frisk"   Yes ☐ No ☐ Arrested Yes ☐ No ☐     Reason for Contact
               Pre-Stop Perceived Ethnicity – circle most appropriate:  White or Hispanic or Black or American Indian/Alaska Native or Asian or Other Pacific Islander or Unknown

               Post Stop Perceived Ethnicity - circle most appropriate:  White or Hispanic or Black or American Indian/Alaska Native or Asian or Other Pacific Islander or Unknown

3   Perceived        "Terry Frisk"   Yes ☐ No ☐ Arrested Yes ☐ No ☐
               Pre-Stop Perceived Ethnicity – circle most appropriate:  White or Hispanic or Black or American Indian/Alaska Native or Asian or Other Pacific Islander or Unknown

               Post Stop Perceived Ethnicity - circle most appropriate:  White or Hispanic or Black or American Indian/Alaska Native or Asian or Other Pacific Islander or Unknown

4  Perceived              "Terry Frisk"   Yes ☐  No ☐  Arrested  Yes ☐  No ☐

      Pre-Stop Perceived Ethnicity – circle most appropriate:  White or Hispanic or Black or American Indian/Alaska Native or Asian or Other Pacific Islander or Unknown

      Post Stop Perceived Ethnicity - circle most appropriate:  White or Hispanic or Black or American Indian/Alaska Native or Asian or Other Pacific Islander or Unknown

5  Perceived              "Terry Frisk"   Yes ☐  No ☐  Arrested  Yes ☐  No ☐

      Pre-Stop Perceived Ethnicity – circle most appropriate:  White or Hispanic or Black or American Indian/Alaska Native or Asian or Other Pacific Islander or Unknown

      Post Stop Perceived Ethnicity - circle most appropriate:  White or Hispanic or Black or American Indian/Alaska Native or Asian or Other Pacific Islander or Unknown

                                              S#

ACIC/NCIC Conducted by:

Occupants Transported (1-9)              Transporting Officer/Deputy                        S#

Additional Transport Officer/Deputy                        S#

Time of Transport          Time of Arrival


Additional Comments:

**WEEKLY STAT REPORTING WORKSHEET**

DEPUTY: _____   SIN: _____   2nd Deputy: _____   SIN: _____

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY 18-Oct-13 | SATURDAY 19-Oct-13 | WEEKLY TOTALS |
|---|---|---|---|---|---|---|---|---|
| | Date: / County: | Date: / County: | Date: / County: | Date: / County: | Date: / County: | Date: / County: | Date: / County: | |
| INTERROGATIONS | | | | | | | | |
| FI CARDS | | | | | | | | |
| WIN ORDERS | | | | | | | | |
| DUI ARRESTS | | | | | | | | |
| TRAFFIC ARRESTS | | | | | | | | |
| CRIMINAL ARRESTS | | | | | | | | |
| CRIM. CITATIONS | | | | | | | | |
| TRAFFIC CITATIONS | | | | | | | | |
| TRAFFIC ACCIDENTS | | | | | | | | |
| RECOVERED AUTOS | | | | | | | | |
| DOMESTIC VIOLENCE | | | | | | | | |
| JUVENILE REFERRALS | | | | | | | | |
| WARRANTS | | | | | | | | |
| SEAT BELT CITES | | | | | | | | |
| SEAT BELT WARNINGS | | | | | | | | |
| ACC WBE VIOLATION | | | | | | | | |
| VICTIM RTS PAMPHLET | | | | | | | | |
| DR'S TAKEN | | | | | | | | |
| SUPPLEMENTAL REPORTS | | | | | | | | |
| WORKHOURS | | | | | | | | |
| CALLS FOR SERVICE | | | | | | | | |
| SUBMITTALS/REFERRALS | | | | | | | | |
| RESERVED | | | | | | | | |
| RESERVED | | | | | | | | |
| ASSISTS | | | | | | | | |
| 28-3811 TOWS | | | | | | | | |
| EMS RESPONSES | | | | | | | | |
| CHILD RESTRAINT CITES | | | | | | | | |
| CHILD RESTRAINT WARNINGS | | | | | | | | |
| SPEED RELATED CITES | | | | | | | | |
| SPEED RELATED WARNINGS | | | | | | | | |
| OTHER MOVING CITES | | | | | | | | |
| OTHER NONMOVING CITES | | | | | | | | |
| CIVIL PROCESS SERVED | | | | | | | | |
| WEAPONS SEIZED | | | | | | | | |

* Please indicate type of drugs seized and amount

**Please list all DR's taken**

ORDINANCE NO. P-12
ADOPTED June 3, 1998

## MARICOPA COUNTY ORDINANCE NO. 12
## CURFEW HOURS FOR MINORS

AN ORDINANCE RELATING TO CURFEW HOURS FOR MINORS WITHIN THE UNINCORPORATED AREAS OF MARICOPA COUNTY, ARIZONA; HEREBY REPEALING COUNTY ORDINANCES NO. P–1, LITCHFIELD PARK CURFEW; NO. P–2, WITTMANN AREA CURFEW; AND NO. P–9, SUN CITY - SUN CITY WEST CURFEW; AND ANY OTHERS COVERING THE SAME SUBJECT MATTER; PROVIDING FOR SEVERABILITY; AND DECLARING AN EMERGENCY.

WHEREAS, in order to reduce juvenile crime, protect the citizens, including the children of Maricopa County, and to reinforce parental authority; and

WHEREAS, Title 11, Section 251 (40) of the Arizona Revised Statutes provides authority to the Board of Supervisors to enact curfews in the entire unincorporated area of the county,

NOW THEREFORE, BE IT RESOLVED by the Maricopa County Board of Supervisors as follows:

## SECTION 1. CURFEW HOURS FOR MINORS

A.   **Definitions:** In this section unless the context otherwise requires:

   1.   "Emergency" means an unforeseen combination of circumstances or the resulting state that calls for immediate action.

   2.   "Guardian" means:

      a.   a person who, under court order, is the guardian of the person of a minor

      b.   a public or private agency with whom a minor has been placed by an authorized agency or court

      c.   a person who is at least twenty-one (21) years of age and authorized by a parent or guardian to have the care and custody of a minor.

   3.   "Minor" means any person under eighteen (18) years of age.

   4.   "Parent" means a person who is a natural parent, adoptive parent or step-parent of another person.

B.   **Offenses:**

1.    It is unlawful for any minor under the age of sixteen (16) years to be in, about, or upon any place in the unincorporated areas of Maricopa County away from the property where the youth resides between the hours of 10:00 P.M. and 5:00 A.M. of the following day.

2.    It is unlawful for any minor sixteen (16) years and older and under the age of eighteen (18) years, to be in, about, or upon any place in the unincorporated areas of Maricopa County away from the property where the minor resides between the hours of 12:00 Midnight and 5:00 A.M.

**C.    Defenses/Exceptions**:

In all unincorporated areas of Maricopa County a minor is NOT violating a curfew if:

1.    Accompanied by the minor's parent, guardian, or an adult having supervisory custody.

2.    With prior permission of the parent or guardian, in a motor vehicle involved in interstate travel.

3.    Has been specifically directed to the location on reasonable, legitimate business or some other activity by the parent, guardian or adult having supervisory custody.

4.    With prior permission of the parent or guardian, in an employment activity or going to or returning home by the most direct route from an employment activity without any detour or stop.

5.    Involved in an emergency.

6.    With prior permission of the parent or guardian, engaged in a reasonable and legitimate exercise of First Amendment rights protected by the United States Constitution.

7.    Married and sixteen (16) years of age or over, or in the military.

8.    On the sidewalk abutting their residence or on the next door neighbor's property with the consent of the neighbor.

**D.    Enforcement.**

1.    Before taking any enforcement action under this section, a law enforcement officer shall attempt to ascertain the apparent offender's age and reason for being in the place. The officer shall not issue a citation or make an arrest under this section unless the officer reasonably believes that an offense has occurred and that based upon the circumstances, the

minor's responses and minor's conduct, no defense as provided in subsection C of this section is probably present.

2.    In addition to any other powers he/she may have, any law enforcement officer who arrests a minor for violating any of the provisions of Section 1 B(l) or B(2) is also hereby empowered to demand of the parent, guardian or other person having the care, custody or supervision of the minor that such parent, guardian or other person come and take custody of the minor. The law enforcement officer is also empowered to take the minor to a designated location where arrangements can be made for a parent, guardian or other appropriate party to take custody of the minor. Should there be a failure of the parent, guardian or other person to take custody of such minor, the officer may then be empowered to take the minor home.

**SECTION 2.** Each violation of the provisions of this curfew ordinance shall constitute a separate offense.

**SECTION 3.** A violation of any provision of this curfew ordinance is designated an incorrigible offense for minors.

**SECTION 4.** If any section, subsection, sentence, clause, phrase or portion of this ordinance is for any reason held to be invalid or unconstitutional by the decision of any court of competent jurisdiction, such decision shall not affect the validity of the remaining portions thereof.

**BE IT FURTHER RESOLVED,** that for the preservation of the peace, health, and safety of the unincorporated areas of Maricopa County, Arizona, an emergency is declared to exist, and this ordinance shall become immediately operative and in force from the date of adoption by the Board of Supervisors.

**PASSED AND ADOPTED** by the Board of Supervisors of Maricopa County, Arizona, this 3rd day of June, 1998.

NOTE: This Ordinance repealed the Litchfield Park, Sun City/ Sun City West, Wittman and other applicable area curfews in Maricopa County.

## JUSTICE COURT CITE-IN DATES FOR CIVIL & CRIMINAL

### ALL CITATIONS MUST BE DELIVERED TO JUSTICE COURT SERVICES
### 222 N Central Avenue, Suite 210, Phoenix AZ (Office Hours 8 AM – 5 PM, M-F)

| PRECINCT | JUDGE | ADDRESS | PHONE | WEEKDAY AND TIME |
|---|---|---|---|---|
| Agua Fria (0714) | Guzman | 9550 W. Van Buren #6 Tollson, AZ 85353 | 623-936-1449 Fax: 623-936-4859 | Thursday @ 0900 No Spanish interpreter available |
| Arcadia (0702) | Sarkis | 620 W. Jackson #1046 Phoenix, AZ 85003 | 602-372-6300 Fax: 602-372-6412 | Thursdays @ 0900 Four Spanish speakers available |
| Arrowhead (0710) | | 14264 W. Tierra Buena Lane Surprise, AZ 85337 | 602-372-2000 Fax: 602-372-2620 | Tuesday @ 1430 Spanish interpreter available upon request |
| Desert Ridge (0725) | Jayne | 18380 N. 40th Street #130 Phoenix, AZ 85032 | 602-372-7100 Fax: 602-372-7912 | A-L Wednesday 0830, M-Z Monday 1330 Spanish interpreter available |
| Downtown (0701) | Hernandez | 620 W. Jackson #1037 Phoenix, AZ 85003 | 602-372-6300 Fax: 602-372-6406 | Wednesday @ 0830 Spanish interpreter available |
| Dreamy Draw (0708) | Conti | 18380 N. 40th Street Phoenix, AZ 85032 | 602-372-7000 FAX: 602-372-7911 | Mondays & Thursdays @ 0830 Spanish interpreter available |
| East Mesa (0705) | Chiles | 4811 E. Julep #128 Mesa, AZ 85205 | 480-985-0188 Fax: 480-396-6327 | Wednesday @ 0800 Spanish interpreter available 2nd Wednesday of each month |
| Encanto (0718) | McMurry | 620 W. Jackson #1045 Phoenix, AZ 85003 | 602-372-6300 Fax: 602-372-6414 | Tuesday @ 0830 Spanish interpreter available |
| Estrella Mtn. (0703) | Fine | 21749 W Yuma Rd, #101 Buckeye, AZ 85236 | 623-386-4822 Fax: 623-386-5796 | Wednesday @ 0900 Spanish interpreter available |
| Hassayampa (0717) | Mueller | 14264 W. Tierra Buena Lane Surprise, AZ 85374 | 602-372-2000 Fax: 602-372-2620 | Wednesdays @ 1400 Spanish interpreter available |
| Highland (725) | Dodge | 55 E. Civic Center Dr. #55 Gilbert, AZ 85296 | 602-372-8300 Fax: 602-372-8301 | Thursday @ 0830 Spanish interpreter available |
| Ironwood (0706) | Getzwiller | 209 E. Pima Street Gila Bend, AZ 85337 | 928-683-2651 Fax: 928-683-6412 | Tuesday @ 0900 Spanish interpreter available |
| Kyrene (723) | Rogers | 201 E. Chicago Street #104 Chandler, AZ 85225 | 602-372-3400 Fax: 602-372-3494 | Tuesday @ 1330 Spanish interpreter available |
| Manistee (0707) | Handley | 14264 W. Tierra Buena Lane Surprise, AZ 85374 | 602-372-2000 Fax: 602-372-2620 | Wednesday @ 0830 Spanish interpreter available |
| Maryvale (0719) | Castelum | 4622 W. Indian School #D10 Phoenix, AZ 85031 | 623-245-0432 FAX: 623-245-1216 | Wednesday @ 1300 Spanish interpreter available |

## JUSTICE COURT CITE-IN DATES FOR CIVIL & CRIMINAL

| PRECINCT | JUDGE | ADDRESS | PHONE | WEEKDAY AND TIME |
|---|---|---|---|---|
| McDowell Mountain (0711) | Reagan | 18380 N. 40th Street Phoenix, AZ 85032 | 602-372-7000 Fax: 602-372-7910 | Wednesday @ 0830 Spanish interpreter available |
| Moon Valley (0709) | Macbeth | 18380 N. 40th Street Phoenix, AZ 85032 | 602-372-7000 FAX: 602-372-7910 | Fridays @ 0830 Spanish interpreter available |
| North Mesa (0721) | Jones | 1837 S. Mesa Dr #B103 Mesa, AZ 85210 | 480-926-9731 Fax: 480-926-7763 | Thursday @ 0900 Spanish interpreter available |
| North Valley (0724) | Williams | 14264 W. Tierra Buena Lane Surprise, AZ 85374 | 602-372-2000 FAX: 602-372-2620 | Wednesday @ 0900 Spanish interpreter available |
| San Marcos (0704) | Frankel | 201 E. Chicago Street #103 Chandler, AZ 85225 | 602-372-3400 Fax: 602-372-3468 | Tuesday @ 0900 Spanish interpreter available |
| San Tan (0720) | Goodman | 201 E. Chicago Street #102 Chandler, AZ 85225 | 602-372-3400 Fax: 602-372-3441 | Tuesday @ 0900 Spanish interpreter available |
| South Mountain (0712) | Williams | 620 W. Jackson #1044 Phoenix, AZ 85003 | 602-372-6300 Fax: 602-372-6410 | Tuesday @ 0900 Spanish interpreter available |
| University Lakes (0713) | Burton-Cahill | 201 E. Chicago Street #101 Chandler, AZ 85225 | 602-372-3400 Fax: 602-372-3414 | Tuesday @ 1330   Juveniles Tuesday @ 1330 Spanish speakers Thursday @ 1000 |
| West McDowell (0716) | Carrillo | 620 W. Jackson #1038 Phoenix, AZ 85003 | 602-372-6300 Fax: 602-372-6408 | Monday @0830 Spanish interpreter available |
| West Mesa (0715) | Anderson | 2050 W. University Mesa, AZ 85201 | 480-964-2958 Fax: 480-969-1098 | Wednesday @ 0830 Spanish interpreter available |

This information can be found at http://justicecourts.maricopa.gov/

## JUSTICE COURT CITE-IN DATES FOR CIVIL & CRIMINAL
## CITY MAGISTRATES CITE-IN DATES FOR CIVIL & CRIMINAL

| PRECINCT | JUDGE | ADDRESS | PHONE | WEEKDAY AND TIME |
|---|---|---|---|---|
| Avondale | Lynch | 11325 West Civic Center Dr Avondale 85323 | 623-333-5800 FAX: 623-333-0580 | Civil – Tuesday @ 0830 Criminal – Wednesdays & Thursday @ 0900 & 1330 Spanish interpreter available on Tuesdays & Wednesdays |
| Carefree (0767) | Scull | 100 Easy Street Carefree 85377 | 480-488-1689 FAX: 480-595-9610 | Thursday @ 0900 [Spanish interpreter available] |
| Cave Creek (0768) | Sefcovic | 37622 N. Cave Creek Cave Creek 85331 | 480-488-1409 FAX: 480-595-5035 | Wednesday @ 0900 [Spanish interpreter available] |
| Fountain Hills (0742) | Eisenberg | 16705 E. Ave. of the Fountains Fountain Hills, AZ 85268 | 480-816-5103 FAX: 480-837-8256 | CIVIL: Tuesday @ 0830 CRIMINAL: Wednesday @ 0830 [Juvenile Civil & Criminal: Tuesday @ 1430] [Spanish interpreter available on Wednesday only] |
| Gila Bend (0746) | Getzwiller | 209 E Pima Street Gila Bend  85337 | 928-683-2781 | Tuesday @ 0900 [Spanish interpreter available] |
| Gilbert | Hudson | 55 E. Civic Center Drive Gilbert, AZ 85296 | 480-635-7800 FAX 480-635-7815 | Civil – Monday thru Thursday 1330 Criminal – Monday 1300 Court Room 8 [Spanish interpreter available Monday 1330 |
| Guadalupe (0764) | Melton | 9241 S. Avenida Del Yaqui Guadalupe 85283 | 480-505-5378 FAX: 480-505-537 | Tuesday @ 0900 & 1000 [Spanish interpreter available] |
| Litchfield (0769) | Ring | 185 N 145 Avenue, Goodyear, AZ | 623-935-7091 FAX: 623-535-1891 | Wednesday @ 1300 [Spanish interpreter available Monday 1330 |
| Scottsdale (0751) | Olcazage | 3700 N. 75th Street Scottsdale 85251 | 480-312-2442 FAX: 480-312-2764 | Mon thru Fri 0800-11:30  1300-1630 NOTE: Request a Spanish Interpreter in needed 1st & 3rd Wednesday of each month 0830-11300  1300-1600 Spanish interpreters available |
| Queen Creek (0770) Note: Gilbert Municipal Court is contracted to handle all Town of Queen Creek court cases | | 55 E. Civic Center Drive #101 Gilbert, AZ 85296 | 480-635-7800 FAX: 480-635-7815 | All Criminal Speed Tues @ 0830 English Criminal Mon @ 1330 Spanish Criminal Fri @ 0830 English Civil Traffic Tues @ 0930 Spanish Civil Traffic Tues @ 0830 |

You can retrieve this list on u:\SWAT\Justice Court Update.doc

Note: If you should become aware of any changes on this information, please contact MaLinda at MCSO SWAT Division [602-876-3501]



| Precinct | Judge | | Phone | Address | Time |
|---|---|---|---|---|---|
| Agua Fria | Guzman | 714 | 623-936-1449 | 9550 W. Van Buren St. #6 Tolleson, AZ 85353 | Thur 9:00 |
| White Tank | Fine | 703 | 623-386-4822 | 21749 W. Yuma Rd. Suite B101, Buckeye AZ 85326 | Wed 9:00 |
| Arrowhead | Wismer | 710 | 602-372-2000 | 14264 W. Tierra Buena Ln, Surprise, AZ 85374 | Tue 2:00 |
| South Mtn. | Williams | 712 | 602-372-6300 | 620 W. Jackson St Ste 1044, Phoenix, AZ 85003 | Tue 9:00 |
| North Valley | Williams | 724 | 602-372-2000 | 14264 W. Tierra Buena Ln, Surprise, AZ 85374 | Wed 9:00 |
| Moon Valley | Macbeth | 709 | 602-372-7000 | 18380 N. 40th St, Phoenix, AZ 85032 | Fri 8:30 |
| Encanto | McMurry | 718 | 602-372-6300 | 620 W. Jackson St Ste 1045, Phoenix, AZ 85003 | Tues 8:30 |
| W. McDowell | Carrillo | 716 | 602-372-6300 | 620 W. Jackson St Ste 1038, Phoenix, AZ 85003 | Mon 8:30 |
| Maryvale | Gastelum | 719 | 623-245-0432 | 4622 W. Indian School Rd. Suite D10, Phoenix, AZ 85031 | Wed 1:00 |
| Manistee | Handley | 707 | 602-372-2000 | 14264 W. Tierra Buena Ln, Surprise, AZ 85374 | Wed 8:30 |
| Ironwood Gila Bend MC | Getzwiller | 708 746 | 928-683-2651 | 209 E. Pima St., Gila Bend, AZ 85337 | Tue 9:00 (same for Mag Ct) |
| Kyrene | Rogers | 723 | 602-372-3400 | 201 E. Chicago St. Suite 104, Chandler, AZ 85225 | Tue 1:30 |
| Hassayampa | Mueller | 717 | 602-372-2000 | 14264 W. Tierra Buena Ln, Surprise, AZ 85374 | Wed 2:00 |
| | | | | 155 N. Tegner St, Wickenburg, AZ | CLOSED |
| San Marcos | Frankel | 704 | 602-372-3400 | 201 E. Chicago St. Suite 103, Chandler, AZ 85225 | Tue 9:00 |
| Litchfield MC | Ring | 769 | 623-935-7091 | 185 N. 145th Ave., Goodyear, AZ | Wed 1:00 |
| Downtown | Hernandez | 701 | 602-372-6300 | 620 W. Jackson St Ste 1037, Phoenix, AZ 85003 | Wed 8:30 |
| Country Meadows | Huberman | 727 | 602-372-8000 | 1 W. Madison St. (LL) Phoenix, AZ 85003 | Thur 8:30 |

FOR QUICK REFERENCE ONLY - USE JUSTICE COURT PRECINCT PDF MAPS FOR PERIMETER CONFIRMATION

DISTRICT II

JDC #1079
12-7-12



# Zone 2

Law Enforcement Sensitive (LES)
Unclassified





## Legend

**F**  Outstanding Felony Warrant

**S**  Sex Offender

Federal Probation/Parole

Security Threat Group (DOC-STG)

MCSO Crime

Phoenix PD Crime

Schools

—— Roadways

Parks

OPZones



0    0.2    0.4        0.8 Miles

This map is composed using Geographic
Information Systems (GIS) application software
with data from MCSO and various Law Enforcement Agencies.
All efforts have been made to insure that the
information presented is correct and up-to-date.
However, complete accuracy cannot be guaranteed.
If there are any questions or comments regarding
the information presented, please contact the MCSO
Crime Analyst at 602-876-2019.

Prepared
by
Scott Jefferys
MCSO
Crime Analysis Unit
October 1, 2013



# Zone 3

## Law Enforcement Sensitive (LES)
## Unclassified





### Legend

**F** Outstanding Felony Warrant

**S** Sex Offender

🏛 Federal Probation/Parole

Schools

■ Security Threat Group (DOC-STG)

◎ MCSO Crime

◉ Phoenix PD Crime

**Gang Number, Gang Name**

▨ 57, Westside Phoeniquera 87th Ave

—— Roadways

Parks

OPZones

# Zone 4

## Law Enforcement Sensitive (LES)
## Unclassified





0   0.2   0.4          0.8 Miles



### Legend

**Gangs**

| F | Outstanding Felony Warrant |
| S | Sex Offender |
| | Federal Probation/Parole |
| | Schools |
| | Security Threat Group (DOC-STG) |
| | MCSO Crime |
| | Phoenix PD Crime |

**Gang Number, Gang Name**

- 54, Westside Chicanos
- 57, Westside Phoeniquera 67th Ave
- 88, West Side 75 Block
- 69, Varrio 67th Ave Wolf Block Locos
- 90, RF 71 Bloods - Represent Fenix
- Roadways
- Parks
- OPZones



This map is composed using Geographic
Information Systems (GIS) application software
with data from MCSO and various Law Enforcement Agencies.
All efforts have been made to insure that the
information presented is correct and up-to-date.
However, complete accuracy cannot be guaranteed.
If there are any questions or comments regarding
the information presented, please contact the MCSO
Crime Analyst at 602-876-2019.

Prepared
by
Scott Jefferys
MCSO
Crime Analysis Unit
October 1, 2013




**Zone 5**

Law Enforcement Sensitive (LES)
Unclassified





### Legend

Gangs

| | |
|---|---|
| **F** | Outstanding Felony Warrant |
| **S** | Sex Offender |
| | Federal Probation/Parole |
| | Schools |
| | Security Threat Group (DOC-STG) |
| | MCSO Crime |
| | Phoenix PD Crime |

**Gang Number, Gang Name**

- 54, Westside Chicanos
- 89, Varrio 67th Ave Wolf Block Locos
- 90, RF 71 Bloods - Represent Fenix
- 92, Criminals in Action
- 93, Crazy Felons Society
- 94, Los Escandalosos Krew
- 95, Wicked Mind Chicanos
- 98, Hispanics Causing Panic
- 101, Brown Imperial Chicanos
- 102, Highly Respected
- Roadways

Parks

OPZones



This map is composed using Geographic
Information Systems (GIS) application software
with data from MCSO and various Law Enforcement Agencies
All efforts have been made to insure that the
information presented is correct and up-to-date.
However, complete accuracy cannot be guaranteed.
If there are any questions or comments regarding
the information presented, please contact the MCSO
Crime Analyst at 602-876-2819.

Prepared
by
Scott Jelleys
MCSO
Crime Analysis Unit
October 1, 2013




# Zone 6

**Law Enforcement Sensitive (LES)**
**Unclassified**



0    0.2    0.4    0.8 Miles



## Legend

**F** Outstanding Felony Warrant

**S** Sex Offender

Federal Probation/Parole

Schools

Security Threat Group (DOC-STG)

MCSO Crime

Phoenix PD Crime

### Gangs

**Gang Number, Gang Name**

16, Hellbound Gangsters
26, Hollywood
55, Westside City Crips
65, WS Locos 41 Block
92, Criminals in Action
93, Crazy Felons Society
94, Los Escandalosos Krew
98, Hispanics Causing Panic
101, Brown Imperial Chicanos
102, Highly Respected

Roadways

Parks

OPZones



This map is composed using Geographic
Information Systems (GIS) applications software
with data from MCSO and various Law Enforcement Agencies.
All efforts have been made to insure that the
information presented is correct and up-to-date.
However, complete accuracy cannot be guaranteed.
If there are any questions or comments regarding
the information presented, please contact the MCSO
Crime Analyst at 602-876-2010.

Prepared
by
Scott Jeffays
MCSO
Crime Analysis Unit
October 1, 2013





# Zone 9

Law Enforcement Sensitive (LES)
Unclassified





## Legend

F — Outstanding Felony Warrant

S — Sex Offender

Federal Probation/Parole

Schools

Security Threat Group (DOC-STG)

MCSO Crime

Phoenix PD Crime

Roadways

Parks

87, Varrio Tolleson Chicanos

OPZones



This map is composed using Geographic
Information Systems (GIS) application software
with data from MCSO and various Law Enforcement Agencies.
All efforts have been made to insure that the
information presented is correct and up-to-date.
However, complete accuracy cannot be guaranteed.
If there are any questions or comments regarding
the information presented, please contact the MCSO
Crime Analyst at 602-876-2019.

Prepared
by
Scott Jefferys
MCSO
Crime Analysis Unit
October 14, 2013

# Zone 10

Law Enforcement Sensitive (LES)
Unclassified









## Legend

**F**   Outstanding Felony Warrant

**S**   Sex Offender

Federal Probation/Parole

Schools

Security Threat Group (DOC-STG)

MCSO Crime

Phoenix PD Crime

Roadways

87, Varrio Tolleson Chicanos

OPZones

# Zone 11

Law Enforcement Sensitive (LES)
Unclassified





0    0.2    0.4    0.8 Miles



## Legend

**F**  Outstanding Felony Warrant

**S**  Sex Offender

Federal Probation/Parole

Schools

Security Threat Group (DOC-STG)

MCSO Crime

Phoenix PD Crime

Roadways

**Gangs**
Gang_Numb, Gang_Name

53, Wedgewood Chicanos
54, Westside Chicanos
87, Varrio Tolleson Chicanos
93, Crazy Felons Society
97, Mexicans in Control
OPZones



This map is composed using Geographic
Information Systems (GIS) application software
with data from MCSO and various Law Enforcement Agencies.
All efforts have been made to insure that the
information presented is correct and up-to-date.
However, complete accuracy cannot be guaranteed.
If there are any questions or comments regarding
the information presented, please contact the MCSO
Crime Analyst at 602-876-2919.

Prepared
by
Scott Jefferys
MCSO
Crime Analysis Unit

# Zone 12

Law Enforcement Sensitive (LES)
Unclassified





**Legend**

| | | |
|---|---|---|
| **F** | Outstanding Felony Warrant | |
| **S** | Sex Offender | |
| | Federal Probation/Parole | |
| | Schools | |
| | Security Threat Group (DOC-STG) | |
| | MCSO Crime | |
| | Phoenix PD Crime | |
| | Roadways | |
| | Parks | |

**Gangs**

**Gang_Numb, Gang_Name**

- 53, Wedgewood Chicanos
- 54, Westside Chicanos
- 55, Westside City Crips
- 95, Wicked Mind Chicanos
- 96, West Side 51 Ave Insane Vato Bloods
- 97, Mexicans in Control
- 99, 43 Block Crips
- 101, Brown Imperial Chicanos
- OPZones



This map is composed using Geographic
Information Systems (GIS) application software
with data from MCSO and various Law Enforcement Agencies.
All efforts have been made to insure that the
information presented is correct and up-to-date.
However, complete accuracy cannot be guaranteed.
If there are any questions or comments regarding
the information presented, please contact the MCSO
Crime Analyst at 602-876-2019.

Prepared
by
Scott Jefferys
MCSO
Crime Analysis Unit
October 1, 2013



# Zone 13

**Law Enforcement Sensitive (LES)**
**Unclassified**

# Zone 14

Law Enforcement Sensitive (LES)
Unclassified







# Zone 15

Law Enforcement Sensitive (LES)
Unclassified







### Legend

| | |
|---|---|
| **F** | Outstanding Felony Warrant |
| **S** | Sex Offender |
| | Federal Probation/Parole |
| | Schools |
| | Security Threat Group (DOC-STG) |
| | MCSO Crime |
| | Phoenix PD Crime |
| | Roadways |
| | Parks |

Gangs
**Gang_Numb, Gang_Name**

| | |
|---|---|
| | 86, Cashion Park Locos |
| | 87, Varrio Tolleson Chicanos |
| | 108, United Norteno |
| | OPZones |



This map is composed using Geographic
Information Systems (GIS) application software
with data from MCSO and various Law Enforcement Agencies.
All efforts have been made to insure that the
information presented is correct and up-to-date.
However, complete accuracy cannot be guaranteed.
If there are any questions or comments regarding
the information presented, please contact the MCSO
Crime Analyst at 602-876-2019.

Prepared
by
Scott Jefferys
MCSO
Crime Analysis Unit
October 14, 2013

# Zone 16

Law Enforcement Sensitive (LES)
Unclassified









## Legend

**F**    Outstanding Felony Warrant

**S**    Sex Offender

Federal Probation/Parole

Schools

Security Threat Group (DOC-STG)

MCSO Crime

Phoenix PD Crime

— Roadways

     Parks

**Gangs**

**Gang_Numb, Gang_Name**

85, Varrio Santa Maria

87, Varrio Tolleson Chicanos

OPZones

# Zone 17



Law Enforcement Sensitive (LES)
Unclassified



Legend

**F** Outstanding Felony Warrant

**S** Sex Offender

Federal Probation/Parole

Schools

Security Threat Group (DOC-STG)

MCSO Crime

Phoenix PD Crime

Roadways

Parks

Gangs

Gang_Numb, Gang_Name
85, Varrio Santa Maria
87, Varrio Tolleson Chicanos
OPZones





## Zone 19

**Law Enforcement Sensitive (LES)**
**Unclassified**



# Zone 20

Law Enforcement Sensitive (LES)
Unclassified



0   0.2   0.4   0.8 Miles



## Legend

**F** Outstanding Felony Warrant

**S** Sex Offender

Federal Probation/Parole

Schools

Security Threat Group (DOC-STG)

MCSO Crime

Phoenix PD Crime

Roadways

Parks

86, Cashion Park Locos

OPZones



This map is composed using Geographic
Information Systems (GIS) application software
with data from MCSO and various Law Enforcement Agencies.
All efforts have been made to insure that the
information presented is correct and up-to-date.
However, complete accuracy cannot be guaranteed.
If there are any questions or comments regarding
the information presented, please contact the MCSO
Crime Analyst at 602-876-2019.

Prepared
by
Scott Jefferys
MCSO
Crime Analysis Unit
October 14, 2013



# Zone 21

Law Enforcement Sensitive (LES)
Unclassified

## Legend

| | |
|---|---|
| **F** | Outstanding Felony Warrant |
| **S** | Sex Offender |
| | Federal Probation/Parole |
| | Schools |
| | Security Threat Group (DOC-STG) |
| | MCSO Crime |
| | Phoenix PD Crime |
| — | Roadways |
| | Parks |
| | OPZones |

# Zone 22

**Law Enforcement Sensitive (LES)**
**Unclassified**





### Legend

**F** Outstanding Felony Warrant

**S** Sex Offender

🏛 Federal Probation/Parole

Schools

Security Threat Group (DOC-STG)

— Roadways

Parks

85, Varrio Santa Merie

⬜ OPZones



This map is composed using Geographic Information Systems (GIS) application software with data from MCSO and various Law Enforcement Agencies. All efforts have been made to insure that the information presented is correct and up-to-date. However, complete accuracy cannot be guaranteed. If there are any questions or comments regarding the information presented, please contact the MCSO Crime Analyst at 602-876-2019.

Prepared
by
Scott Jefferys
MCSO
Crime Analysis Unit
October 14, 2013



Zone 23

Law Enforcement Sensitive (LES)
Unclassified



# Zone 25

**Law Enforcement Sensitive (LES)**
**Unclassified**



