Daniel J. Pochoda
ACLU Foundation of Arizona
3707 North 7th Street, Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376
dpochoda@acluaz.org

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br><br> Joseph M. Arpaio, et al., <br><br> Defendants | No. CV 07-02513-PHX-GMS <br><br> **MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' MONITOR NOMINEES, AND RESPONSE TO DEFENDANTS' NOMINATIONS OF MONITOR CANDIDATES** |

Additional Attorneys for Plaintiffs:

>Stanley Young (*Pro Hac Vice*)
>syoung@cov.com
>Covington & Burling LLP
>333 Twin Dolphin Drive
>Suite 700
>Redwood Shores, CA 94065-1418
>Telephone: (650) 632-4700
>Facsimile: (650) 632-4800
>
>Tammy Albarran (*Pro Hac Vice*)
>talbarran@cov.com
>David Hults *(Pro Hac Vice)*
>dhults@cov.com
>Covington & Burling LLP
>1 Front Street
>San Francisco, CA 94111-5356
>Telephone: (415) 591-6000
>Facsimile:  (415) 591-6091
>
>Lesli Gallagher (*Pro Hac Vice*)
>lgallagher@cov.com
>Covington & Burling LLP
>9191 Towne Centre Drive, 6th Floor
>San Diego CA 92122
>Telephone: (858) 678-1800
>Facsimile:  (858) 678-1600
>
>Anne Lai (*Pro Hac Vice*)
>alai@law.uci.edu
>401 E. Peltason, Suite 3500
>Irvine, CA 92697-8000
>Telephone: (949) 824-9894
>Facsimile: (949) 824-0066
>
>Cecillia Wang (*Pro Hac Vice*)
>cwang@aclu.org
>ACLU Foundation
>Immigrants' Rights Project
>39 Drumm Street
>San Francisco, California 94111
>Telephone:  (415) 343-0775
>Facsimile: (415) 395-0950

ii

Plaintiffs' Motion for Leave to File Response to Defendants' Objections        CV-07-2513-PHX-GMS

Andre Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Nancy Ramirez (*Pro Hac Vice*)
nramirez@maldef.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone:  (213) 629-2512
Facsimile:  (213) 629-0266

Pursuant to Paragraph 121 of the Court's October 2, 2013 Supplemental Permanent Injunction/Judgment Order (Doc. 606), as modified by the Court's November 25, 2013 Order (Doc. 622), the parties on December 9, 2013 submitted the names of their respective candidates for the position of Monitor. On December 10, 2013, Plaintiffs filed a Supplement to Candidates for Monitor, providing additional information about one of their three candidates, Joseph Brann.

The Court's prior orders do not provide for the filing of objections or other responses to the submission of such names. On December 10, 2013, Defendants filed a "Defendants' Objection To A Member Of Plaintiffs' Proposed Candidate Joseph Brann's Monitor Team And Proposed Candidate The Nelson Law Group" (Doc. 629). Plaintiffs believe that the Court would benefit from receiving Plaintiffs' response to Defendants' Objection and also Plaintiffs' response to Defendants' nominations. Absent the filing of such a paper by Plaintiffs, the Court would have received only one side's views with respect the objections that Defendants have submitted and will not have Plaintiffs reactions to Defendants' nominations. Plaintiffs therefore seek the Court's leave to file the attached Response to Defendants' Objections to Plaintiffs' Monitor Nominees and Response to Defendants' Nominations of Monitor Candidates.

RESPECTFULLY SUBMITTED this 13th day of December, 2013.

By *Daniel J. Pochoda*
Daniel J. Pochoda
dpochoda@acluaz.org
ACLU Foundation of Arizona
3707 North 7th Street, Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran (*Pro Hac Vice*)
talbarran@cov.com
David Hults (*Pro Hac Vice*)
dhults@cov.com
Covington & Burling LLP
1 Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Lesli Gallagher (*Pro Hac Vice*)
lgallagher@cov.com
Covington & Burling LLP
9191 Towne Centre Drive, 6th Floor
San Diego CA 92122
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Cecillia Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Andre Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676

Nancy Ramirez (Pro Hac Vice)
nramirez@maldef.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone:  (213) 629-2512
Facsimile:  (213) 629-0266

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December 2013, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and caused the attached document to be e-mailed to:

Thomas P. Liddy
liddyt@mcao.maricopa.gov

Ann Uglietta
uglietta@mcao.maricopa.gov

Timothy J. Casey
timcasey@azbarristers.com

*Attorneys for Defendant Sheriff Joseph Arpaio and the Maricopa County Sheriff's Office*

/s/Gloria A. Torres
    Paralegal