Timothy J. Casey (#013492)
James L. Williams (#026402)
SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
1221 East Osborn Road, Suite 105
Phoenix, AZ 85014-5540
Telephone: (602) 277-7000
Facsimile: (602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

Thomas P. Liddy (#019384)
MARICOPA COUNTY ATTORNEY'S OFFICE
Civil Services Division
222 N. Central, Suite 1100
Phoenix, Arizona 85004
602-506-8066
Co-counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Joseph M. Arpaio, et al., <br><br> Defendants. | No. CV 07-02513-PHX-GMS <br><br> **DEFENDANTS' NOTICE OF DECEMBER 20, 2013 SUPPLEMENTAL INFORMATION RE CANDIDATES FOR THE POSITION OF MONITOR** |

Pursuant to the Court order dated December 17, 2013 (Dkt#635), Defendants herein file with the Court the following Supplemental information for the Court's consideration:

1. A letter dated December 20, 2013 authored by defense monitor candidate Vigilant Resources responding to Plaintiffs' argument and allegations regarding Howard Safir, attached as Exhibit 1.

2. Media and Internet reports re Plaintiffs' proposed monitor Robert Warshaw and his current monitorship of the police department of the City of Oakland, California (Exhibit 2-5) and Niagara Fall Reporter articles/opinion pieces regarding Mr. Warshaw (Exhibits 6-7).

DATED this 20th day of December, 2013.

SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.

*s/Timothy J. Casey*
Timothy J. Casey
James L. Williams
1221 E. Osborn Rd., Suite 105
Phoenix, Arizona 85014
Telephone: (602) 277-7000
Facsimile:(602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable G. Murray Snow
United States District Court
401 West Washington Street,
Phoenix, Arizona 85003-2158

Stanley Young, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, California 94065
Counsel for Plaintiffs

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, Arizona 85014
Counsel for Plaintiffs

Cecillia Wang
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Counsel for Plaintiffs

Andre Segura, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Counsel for Plaintiffs

1  Nancy Ramirez, Esq.
   MEXICAN AMERICAN LEGAL DEFENSE
2  AND EDUCATION FUND
   634 S. Spring Street, 11th Floor
3  Los Angeles, California 90014
   Counsel for Plaintiffs
4
   Thomas P. Liddy
5  Deputy County Attorneys, Civil Services Division
   Maricopa County Attorney's Office
6  222 N. Central, Suite 1100
   Phoenix, Arizona 85004
7  Co-counsel for Defendants Joseph M. Arpaio and
   the Maricopa County Sheriff's Office
8
   *s/Eileen Henry*
9  Eileen Henry, Paralegal
   SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.

SCHMITT, SCHNECK, SMYTH
CASEY & EVEN, P.C.
Professional
Corporation

3