Timothy J. Casey (#013492)
James L. Williams (#026402)
SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
1221 East Osborn Road, Suite 105
Phoenix, AZ 85014-5540
Telephone: (602) 277-7000
Facsimile: (602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

Thomas P. Liddy (#019384)
MARICOPA COUNTY ATTORNEY'S OFFICE
Civil Services Division
222 N. Central, Suite 1100
Phoenix, Arizona 85004
602-506-8066
Co-counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Joseph M. Arpaio, et al., <br><br> Defendants. | No. CV 07-02513-PHX-GMS <br><br> **DEFENDANTS' NOTICE OF LODGING DVD OF MCSO PRESENTATION TO A COMMUNITY GROUP ON MARCH 15, 2014** |

NOTICE is hereby given that pursuant to the Court's direction/order given to undersigned counsel during the March 24, 2014 hearing, Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office ("MCSO") have, on the date set forth below, lodged with the Court the following: (a) a single DVD containing the MCSO's filming of its presentation to a community group on March 15, 2014.

A copy of the DVD is being currently provided to the Plaintiff's representative Dan Pochoda pursuant to the Court's October 2, 2014 Order.

By way of background, the following information is provided for the Court's reference:

During an MCSO community meeting in District 2 in December of 2013, MCSO Deputy Joaquin Enriquez was approached by "Ms. M.R." Ms. M.R. was or is, upon information and belief, a person involved with an informal group known by the name of *Dreamer Coalition Group*. Ms. M.R. invited the MCSO to attend and speak at a town hall type of meeting to be held at a future date in early 2014. The MCSO accepted.

The town hall meeting hosted by Ms. M.R. took place on Saturday, March 15, 2014 at the *Iglesia Methodista Calvario* church located at 79049 West Indian School Road, Phoenix, Arizona 85033. The meeting was voluntarily attended by the MCSO. The MCSO personnel were the keynote speakers. A representative from the City of Phoenix Police Department also attended.

The lodged DVD is roughly 2.5 hours in length. Toward the end of the meeting, an unidentified man sitting next to Ms. Lydia Guzman, the corporate representative of Plaintiff We Are America/Somos America and a witness at the trial of this matter, asked a question of MCSO Chief David Trombi. In response, Chief Trombi explained the Court's Order, in part, by making an incorrect reference to 14 second longer traffic stops of Latinos and an incomplete reference to two deputies having been found to use race in determining alienage as taught by ICE. Without waiving any privilege, Chief Trombi now knows, understands, and appreciates the full evidentiary basis found by the Court in issuing its injunctive relief.

DATED this 27th day of March, 2014.

                        SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.

                        *s/Timothy J. Casey*
                        Timothy J. Casey
                        James L. Williams
                        1221 E. Osborn Rd., Suite 105
                        Phoenix, Arizona 85014
                        Telephone: (602) 277-7000
                        Facsimile:(602) 277-8663
                        timcasey@azbarristers.com
                        Counsel for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 27 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable G. Murray Snow
United States District Court
401 West Washington Street,
Phoenix, Arizona 85003-2158

Stanley Young, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, California 94065
Counsel for Plaintiffs

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, Arizona 85014
Counsel for Plaintiffs

Cecillia Wang
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Counsel for Plaintiffs

Andre Segura, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Counsel for Plaintiffs

Nancy Ramirez, Esq.
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
634 S. Spring Street, 11th Floor
Los Angeles, California 90014
Counsel for Plaintiffs

Thomas P. Liddy
Deputy County Attorneys, Civil Services Division
Maricopa County Attorney's Office
222 N. Central, Suite 1100
Phoenix, Arizona 85004
Co-counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

COPY of the foregoing e-mailed and regular mailed
this 27th day of March, 2014, to:

SCHMITT, SCHNECK, SMYTH CASEY & EVEN, P.C.
Professional Corporation

1  Mr. Robert Warshaw
   COURT APPOINTED MONITOR
2  Warshaw and Associates, Inc.
   348 Wabash Drive
3  Sylvia, NC 28779
   rochtopcop@aol.com
4

5  *s/Eileen Henry*
   Eileen Henry, Paralegal
6  SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28