IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court previously ordered a Status Conference for April 3, 2014. (Doc. 663.) That Order also required Defendants to submit a video recording from a recent community meeting held on March 15, 2014, by the Maricopa County Sherriff's Department ("MCSO"). Defendants have submitted that video for the Court's review. (Doc. 664.) The video is a recording of a community meeting in which members of the implementation team for the Injunction Order from this case met with a community group at a church. This meeting was requested by one of the participants during one of the December 2013 community outreach meetings.

During the meeting, which was videotaped by the MCSO, the members of the implementation team and Deputy Chief David Trombi answered questions from the audience. As Defendant's counsel explained in submitting the videotape, Chief Trombi

made errors in his statements at the meeting which the MCSO now acknowledges at least in part. (Doc. 664.)

As the Court has indicated, the MCSO may characterize or mischaracterize the Court's Order in its public statements without being held in contempt by this Court merely for the misleading nature of such statements. Nevertheless, such statements are not irrelevant to the question of good faith compliance with the Order in other ways. Although the Court does not question counsel's representation about what Chief Trombi now knows, the Court will require the attendance of Deputy Chief David Trombi at the Status Conference on April 3 so that it may ask him under oath a few questions pertaining to the meeting.

**IT IS HEREBY ORDERED** that **Deputy Chief David Trombi shall attend and testify** at the Status Conference **on April 3, 2014 at 2:00 p.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

Dated this 28th day of March, 2014.

/s/ A. Murray Snow
G. Murray Snow
United States District Judge