IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court held a Status Conference on April 3, 2014 at which it heard testimony from Deputy Chief David Trombi and addressed various other issues related to enforcement and modification of the Supplemental Permanent Injunction/Judgment Order ("Injunction Order") (Doc. 606). The Court ordered Defendants to produce a schedule within seven days of April 3, 2014. That schedule should specify exactly how that training would proceed after approval from the Monitor. The Plaintiffs expressed concern that Defendants should be able to complete their training in a shorter time period. The Court ordered the Plaintiffs to submit any recommended changes within fourteen days of April 3, 2014.

**IT IS HEREBY ORDERED** that Defendants shall submit a proposed training schedule within seven days of April 3, 2014.

**IT IS FURTHER ORDERED** that Plaintiffs shall submit any proposed amendments to Defendants' schedule within fourteen days of April 3, 2014.

1 | Dated this 4th day of April, 2014.

*/s/ A. Murray Snow*
/G. Murray Snow
United States District Judge