|   |   |
|---|---|
| 1 | Timothy J. Casey (#013492) |
|   | James L. Williams (#026402) |
| 2 | SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C. |
|   | 1221 East Osborn Road, Suite 105 |
| 3 | Phoenix, AZ 85014-5540 |
|   | Telephone: (602) 277-7000 |
| 4 | Facsimile:  (602) 277-8663 |
|   | timcasey@azbarristers.com |
| 5 | Counsel for Defendants Joseph M. Arpaio and |
|   | the Maricopa County Sheriff's Office |

Thomas P. Liddy (#019384)
MARICOPA COUNTY ATTORNEY'S OFFICE
Civil Services Division
222 N. Central, Suite 1100
Phoenix, Arizona 85004
602-506-8066
Co-counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Manuel de Jesus Ortega Melendres, et al., | No. CV 07-02513-PHX-GMS |
|---|---|
| Plaintiffs, |  |
| vs. | **DEFENDANTS' AMENDED NOTICE RE THE APRIL 10, 2014 LODGING OF THE PARTIES' COUNSELS' AGREED UPON DRAFT CORRECTIVE STATEMENT AND DEFENDANTS' NEW REVISED UNILATERAL DRAFT CORRECTIVE STATEMENT DATED APRIL 15, 2014** |
| Joseph M. Arpaio, et al., |  |
| Defendants. |  |

On April 10, 2014, pursuant to the Court's Order dated March 27, 2014 (Dkt#663), Defendants filed their Notice of Lodging the Parties' Counsels' Agreed upon Draft Corrective Statement (Dkt#674). The Draft Corrective Statement was attached as Exhibit 1 to Dkt# 674-1.

Since the date of the filing, instead of accurately reporting to the public that the Draft Corrective Statement is a summary *of the Court's* Findings of Fact and Conclusions of Law for the benefit of MCSO personnel, the mainstream media, Spanish language media, and a local tabloid have represented to the public that the Draft Corrective Statement is, among other things, an admission by Sheriff Joseph M. Arpaio that he and the MCSO did, in fact,

use racial profiling tactics in its law enforcement operations.  That type of media representation is inaccurate and misleading.  *See, e.g.* the following:

- https://www.youtube.com/watch?v=TjvcExstzWw&feature=youtu.be   (Local NBC Affiliate 12 News)
- https://www.youtube.com/watch?v=wnrjikSK4oQ&feature=youtu.be (Telemundo)
- http://newspapertime.com/2014/04/15/toughest-sheriff-joe-arpaio-ready-to-accept-racial-profiling-ruling-court-documents-show-nbcnews/   (an internet news source)
- https://blogs.phoenixnewtimes.com/valleyfever/2014/04/joe_arpaios corrective statement in Melendres submitted to federal judge (Phoenix New Times)

Based on the foregoing, the media characterizations of the April 10, 2014 Draft Corrective Statement have revealed that the April 10, 2014 draft (Dkt#674-1) is insufficiently clear and in need of revision.  What appeared clear to the parties' attorneys is obviously not clear to others.  Accordingly, the defendants respectfully submit a revised Proposed Corrective Statement that will make clear to all persons who read it, including MCSO personnel and the public unfamiliar with the details of this litigation and the Court's orders, that: (1) it is a summary of the Court's Findings of Fact; and (2) it is not any type of admission of racial profiling by the defendants.  Knowing the foregoing, the Sheriff can only sign in good-faith and in clear conscience the attached version of the Proposed Corrective Statement or its substantial facsimile to be further discussed and agreed-upon among the parties and/or the Court.

The attached version of Defendants' Proposed Corrective Statement is a paper copy of a red-line version so the Court may more easily track the changes from the May 10, 2014 version.  Defendants will provide the Court with an electronic *Word* version of the red-lined document at its request.  In addition, defendants have not consulted with plaintiffs' counsel as to their position and/or objections to the attached.

DATED this 15th day of April, 2014.

SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.

*s/Timothy J. Casey*
Timothy J. Casey
James L. Williams
Counsel for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable G. Murray Snow
United States District Court
401 West Washington Street,
Phoenix, Arizona 85003-2158

Stanley Young, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, California 94065
Counsel for Plaintiffs

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, Arizona 85014
Counsel for Plaintiffs

Cecillia Wang
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Counsel for Plaintiffs

Andre Segura, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Counsel for Plaintiffs

Nancy Ramirez, Esq.
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
634 S. Spring Street, 11th Floor
Los Angeles, California 90014
Counsel for Plaintiffs

Thomas P. Liddy
Deputy County Attorneys, Civil Services Division
Maricopa County Attorney's Office

1  222 N. Central, Suite 1100
   Phoenix, Arizona 85004
2  Co-counsel for Defendants Joseph M. Arpaio and
   the Maricopa County Sheriff's Office
3

   *s/Eileen Henry*
4  Eileen Henry, Paralegal
   SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.