# EXHIBIT A

**Carlos Santos, Ph.D.,** is a developmental psychologist trained at Harvard and New York University. He is an assistant professor in Arizona State University's Counseling Psychology program. His research explores youths' awareness, feelings and experiences related to immigration laws and how these processes influence their mental health. His existing publications have shown that youths' awareness of Senate Bill 1070 in Arizona is associated with stress and poor mental health. His current project is a quasi-experimental study exploring whether being a resident in either Arizona or New Mexico, states that differ on levels of state-enacted legislative activity related to immigration, affect the likelihood that youth in these two states apply for Deferred Action for Childhood Arrivals. Dr. Santos is also interested in youths' legal consciousness, its various components, how it develops and how it affects immigrant youths' psychological wellbeing.

**Angeles Maldonado, Ph.D.,** earned her doctorate in Educational Leadership and Policy Studies from Arizona State University, with a specialization in Social and Philosophical Foundations.  She also holds a Master's Degree in Public Administration and a Bachelor of Science in Justice Studies, with a minor in philosophy. Her research focuses on analyzing discourse in the immigrant rights movement through a Critical Race Theory and what she names a "Border Crit Theory," or "Borderless," lens. Her focus areas of interest are immigration, critical pedagogy in education, community organizing and social movements. For the past eleven years, Dr. Maldonado has been closely involved in the immigrant rights movement in Arizona. Dr. Maldonado's interest in immigration stems from her own background. Born in Guanajuato, Mexico, her family immigrated to Phoenix in 1989. Dr. Maldonado was an organizer for a variety of nonprofit and labor groups such as the grassroots organization Tonatierra, the United Food & Commercial Workers (UFCW Local 99) and the Service Employees International Union's Civic Participation Campaign (SEIU Local 5). She has also worked for Chicanos por la Causa*,* La Union Del Pueblo Entero (LUPE), a branch of the United Farm Workers of America (AFL-CIO) and for PUEBLO Center for Legal & Human Rights*.* She is currently working as the operations director for the Law Office of Ray A. Ybarra Maldonado, while living in Phoenix, with her husband Ray Ybarra Maldonado and their baby boy, Ray Emerson.

**Lisa Duran, J.D.,** is an immigration attorney with over two decades of experience in the field. She represents employees and employers in obtaining employment-based "green cards," and has worked closely with immigrants to help them obtain U.S. citizenship administratively and through the federal courts. Duran, who is fluent in Spanish, regularly advises employers on how to comply with both state and federal employment verification laws. Much of her pro bono work in recent years has included assisting young immigrants in participating in the Deferred Action for Childhood Arrivals program, which allows those who came to the U.S. as children to legally live and work in the country. She is a graduate of Arizona State University College of Law and has received numerous awards in recognition of her outstanding legal work, including the Snell & Wilmer Best Casenote Award and the Judge Learned Hand Emerging Leadership Award. She was named Best Lawyers' 2012 Phoenix Immigration Law Lawyer of the Year, received the Arizona Immigration Lawyer of the Year Award from Global Law Experts in 2013, and was named among the Top 25 Female Lawyers in the Southwest. She currently serves as a member of the Board of Directors of the UMOM New Day Centers, the largest homeless shelter for families in Arizona. She was chair of the Arizona chapter of the American Immigration Lawyers Association (AILA) from 1999 to 2001 and continues to be involved in AILA committees in liaison roles with U.S. Citizenship and Immigration Services.