IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court has received and considered a letter from the Monitor regarding invoices and/or payments in this matter. The Monitor and the Maricopa County have in good faith been trying to resolve the issue of invoices and/or payments but it persists. Accordingly, the Court will address the impasse between the parties in an attempt to resolve the issue taking into account the concerns of the parties. The Court will set a status conference and require that Douglas Irish and Sandi Wilson be in attendance. Accordingly,

/ / /

/ / /

/ / /

/ / /

1   **IT IS HEREBY ORDERED** setting a Status Conference for **May 14, 2014 at**
2   **9:00 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W.
3   Washington St., Phoenix, Arizona 85003-2151.
4   Dated this 2nd day of May, 2014.

/G. Murray Snow
United States District Judge