1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   Manuel de Jesus Ortega Melendres, on          No. CV-07-2513-PHX-GMS
    behalf of himself and all others similarly
10  situated; et al.                              **ORDER**

11                        Plaintiffs,

12  v.

13  Joseph M. Arpaio, in his individual and
    official capacity as Sheriff of Maricopa
14  County, AZ; et al.

15                        Defendants.

16

17          **IT IS ORDERED** lifting the sealed portions of this matter and/or sidebar

18  discussions of the May 7, 14, and 16, 2014 hearings, the May 15, 2014 Orders, the Notice

19  re: Defendants' Notice of Stipulation and Agreement, and the Sealed Transcripts (Docs.

20  693, 694, 695, 699, 700-01, 705).

21          **IT IS FURTHER ORDERED** that the Defendants will provide the transcripts of

22  the Court's May, 7, 14 and 16[1], 2014 hearings, and a copy of the May 15, 2014 report

23  prepared by Chief Deputy Sheridan for Chief Robert Warshaw to Maricopa County

24  Attorney Bill Montgomery and United States Attorney John S. Leonardo by **May 19,**

25  **2014**.

26  / / /

27  _____

28          [1] The transcript for the May 16 hearing shall be provided immediately upon its
    availability.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS FURTHER ORDERED** that the Defendants will provide copies of the materials seized in the investigation of Deputy Armandariz to County Attorney Montgomery or United States Attorney Leonardo upon their request.

**IT IS FURTHER ORDERED** that the Defendants will provide Plaintiffs with a detailed description of the steps they have taken to investigate the matters arising from their investigation of Deputy Armandariz.   Plaintiffs are under no obligation to keep such report under seal and/or confidential.

Dated this 16th day of May, 2014.

G. Murray Snow
United States District Judge