Timothy J. Casey (#013492)
James L. Williams (#026402)
SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
1221 East Osborn Road, Suite 105
Phoenix, AZ 85014-5540
Telephone: (602) 277-7000
Facsimile: (602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

Thomas P. Liddy (#019384)
MARICOPA COUNTY ATTORNEY'S OFFICE
Civil Services Division
222 N. Central, Suite 1100
Phoenix, Arizona 85004
602-506-8066
Co-counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Joseph M. Arpaio, et al., <br><br> Defendants. | No. CV 07-02513-PHX-GMS <br><br> **DEFENDANTS' NOTICE OF THEIR COMPLIANCE WITH THE ORDER DATED MAY 16, 2014 (DKT#706) RE SECTION PAGE 1, LINES 21-25** |

Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office, by and through undersigned counsel, hereby submit this Notice of Compliance with the Court's Order dated May 16, 2014 (Dkt#706) at page 1, lines 21-25 (wherein Defendants are to provide certain documents to Maricopa County Attorney William Montgomery and United States Attorney John S. Leonardo by a certain date with a time extension granted by the Court in Dkt#711).

DATED this 22th day of May, 2014.

SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.

/s/Timothy J. Casey
Timothy J. Casey
James L. Williams
1221 E. Osborn Rd., Suite 105
Phoenix, Arizona 85014
Telephone: (602) 277-7000
Facsimile:(602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and the
Maricopa County Sheriff's Office

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable G. Murray Snow
United States District Court
401 West Washington Street,
Phoenix, Arizona 85003-2158

Stanley Young, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, California 94065
Counsel for Plaintiffs

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, Arizona 85014
Counsel for Plaintiffs

Cecillia Wang
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Counsel for Plaintiffs

Andre Segura, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Counsel for Plaintiffs

Nancy Ramirez, Esq.
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
634 S. Spring Street, 11th Floor
Los Angeles, California 90014
Counsel for Plaintiffs

SCHMITT, SCHNECK, SMYTH
CASEY & EVEN, P.C.
Professional
Corporation

| | |
|---|---|
| 1 | Thomas P. Liddy |
| | Deputy County Attorneys, Civil Services Division |
| 2 | Maricopa County Attorney's Office |
| | 222 N. Central, Suite 1100 |
| 3 | Phoenix, Arizona 85004 |
| | Co-counsel for Defendants Joseph M. Arpaio and |
| 4 | the Maricopa County Sheriff's Office |

COPY of the foregoing e-mailed and regular mailed
this 22nd day of May, 2014, to:

Mr. Robert Warshaw
COURT APPOINTED MONITOR
Warshaw and Associates, Inc.
348 Wabash Drive
Sylvia, NC 28779
rochtopcop@aol.com


*/s/Alana Borie*____
Alana Borie, Legal Assistant
SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.

3