IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** that the Parties shall be provided with the Monitor's May 28, 2014 Review of MCSO's Investigative Plan. As this report discusses an ongoing investigation, it is provided to the Parties under seal. The Defendants are authorized to discuss the report and its contents with Sheriff Arpaio, Chief Deputy Sheridan, Chief Trombi, Captain Farnsworth, and Captain Holmes, but may not otherwise discuss or characterize the report or its contents.

**IT IS FURTHER ORDERED** that either party may address the matters set forth in the Monitor's report in a filing under seal to the Court.

**IT IS FURTHER ORDERED** that Chief Warshaw and his team may take such steps and expend such resources as are reasonably necessary to monitor the MCSO's investigation into the Armendariz matters and into any MCSO investigation into previous recordings that may have been made by the agency during the time period relevant to this suit. Such steps are immediately authorized to ensure, to the extent of the Monitor's

authority, that the MCSO's investigation is conducted pursuant to appropriate professional standards regarding investigations of alleged misconduct that have occurred within the investigating agency.

Dated this 28th day of May, 2014.

/G. Murray Snow
United States District Judge