Timothy J. Casey (#013492)
James L. Williams (#026402)
SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
1221 East Osborn Road, Suite 105
Phoenix, AZ 85014-5540
Telephone: (602) 277-7000
Facsimile:  (602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

Thomas P. Liddy (#019384)
MARICOPA COUNTY ATTORNEY'S OFFICE
Civil Services Division
222 N. Central, Suite 1100
Phoenix, Arizona 85004
602-506-8066
Co-counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>Defendants. | No. CV 07-02513-PHX-GMS<br><br>**DEFENDANTS' NOTICE OF PERSONNEL CHANGE** |

Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office, by and through undersigned counsel, hereby submit this Notice of Personnel Change. Captain Steve Bailey has replaced Captain Ken Holmes as Internal Affairs Commander. Captain Holmes was identified in the Court's May 28, 2014 Order (Dkt#719) as a person authorized to discuss the Monitor's May 28, 2014 Review of MCSO's Investigative Plan filed under seal. Defendants hereby provide notice to the Court of their intent to provide to Captain Bailey, Captain Holmes' replacement, a copy of the Monitor's May 28, 2014 Review of MCSO's Investigative Plan.

1    DATED this 6th day of June, 2014.

2                                          SCHMITT SCHNECK SMYTH CASEY & EVEN,
                                           P.C.
3

4                                          *s/Timothy J. Casey*
                                           Timothy J. Casey
5                                          James L. Williams
                                           1221 E. Osborn Rd., Suite 105
6                                          Phoenix, Arizona 85014
                                           Telephone: (602) 277-7000
7                                          Facsimile:(602) 277-8663
                                           timcasey@azbarristers.com
8                                          Counsel for Defendants Joseph M. Arpaio and the
                                           Maricopa County Sheriff's Office

9                              **CERTIFICATE OF SERVICE**

10          I hereby certify that on June 9, 2014, I electronically transmitted the attached
11   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
     Notice of Electronic Filing to the following CM/ECF registrants:
12

13   The Honorable G. Murray Snow
     United States District Court
14   401 West Washington Street,
     Phoenix, Arizona 85003-2158

15   Stanley Young, Esq.
16   COVINGTON & BURLING, LLP
     333 Twin Dolphin Road
17   Redwood Shores, California 94065
     Counsel for Plaintiffs

18   Daniel Pochoda, Esq.
19   ACLU FOUNDATION OF ARIZONA
     3707 N. 7th Street, Suite 235
20   Phoenix, Arizona 85014
     Counsel for Plaintiffs

21   Cecillia Wang
22   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
     IMMIGRANTS' RIGHTS PROJECT
23   39 Drumm Street
     San Francisco, California 94111
     Counsel for Plaintiffs
24

25   Andre Segura, Esq.
     AMERICAN CIVIL LIBERTIES UNION FOUNDATION
     IMMIGRANTS' RIGHTS PROJECT
26   125 Broad Street, 18th Floor
     New York, NY 10004
27   Counsel for Plaintiffs
     Nancy Ramirez, Esq.
28   MEXICAN AMERICAN LEGAL DEFENSE

1  AND EDUCATION FUND
   634 S. Spring Street, 11th Floor
2  Los Angeles, California 90014
   Counsel for Plaintiffs
3
   Thomas P. Liddy
4  Deputy County Attorneys, Civil Services Division
   Maricopa County Attorney's Office
5  222 N. Central, Suite 1100
   Phoenix, Arizona 85004
6  Co-counsel for Defendants Joseph M. Arpaio and
   the Maricopa County Sheriff's Office
7
   COPY of the foregoing e-mailed and regular mailed
8  this 6th day of June, 2014, to:

9  Mr. Robert Warshaw
   COURT APPOINTED MONITOR
10 Warshaw and Associates, Inc.
   348 Wabash Drive
11 Sylvia, NC 28779
   rochtopcop@aol.com
12
13 *s/Eileen Henry*
   Eileen Henry, Paralegal
14 SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
15
16
17
18
19
20
21
22
23
24
25
26
27
28