1  Timothy J. Casey (#013492)
   James L. Williams (#026402)
2  SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
   1221 East Osborn Road, Suite 105
3  Phoenix, AZ 85014-5540
   Telephone: (602) 277-7000
4  Facsimile:  (602) 277-8663
   timcasey@azbarristers.com
5  Counsel for Defendants Joseph M. Arpaio and
   the Maricopa County Sheriff's Office
6
   Thomas P. Liddy (#019384)
7  MARICOPA COUNTY ATTORNEY'S OFFICE
   Civil Services Division
8  222 N. Central, Suite 1100
   Phoenix, Arizona 85004
9  602-506-8066
   Co-counsel for Defendants Joseph M. Arpaio and
10 the Maricopa County Sheriff's Office

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Manuel de Jesus Ortega Melendres, et al., | No. CV 07-02513-PHX-GMS |
|---|---|
| Plaintiffs, | |
| vs. | **DEFENDANTS' NOTICE OF PERSONNEL CHANGE** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office, by and through undersigned counsel, hereby submit this Notice of Personnel Change. Lieutenant (promotion from Lieutenant to Captain to be effective as of July 21, 2014) Russ Skinner has replaced Captain Larry Farnsworth, referenced in paragraph 7(b) of the Court's October 2, 2013 Supplemental Permanent Injunction/Judgment Order (Dkt.# 606), as Commander of the Court Compliance and Implementation Division.

DATED this 11th day of July, 2014.

SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.

|   |   |
|---|---|
|   | /s/Timothy J. Casey |
|   | Timothy J. Casey |
|   | James L. Williams |
|   | 1221 E. Osborn Rd., Suite 105 |
|   | Phoenix, Arizona 85014 |
|   | Telephone: (602) 277-7000 |
|   | Facsimile:(602) 277-8663 |
|   | timcasey@azbarristers.com |
|   | Counsel for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable G. Murray Snow
United States District Court
401 West Washington Street,
Phoenix, Arizona 85003-2158

Stanley Young, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, California 94065
Counsel for Plaintiffs

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, Arizona 85014
Counsel for Plaintiffs

Cecillia Wang
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Counsel for Plaintiffs

Andre Segura, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Counsel for Plaintiffs

Nancy Ramirez, Esq.
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
634 S. Spring Street, 11th Floor
Los Angeles, California 90014
Counsel for Plaintiffs

1 | Thomas P. Liddy
2 | Deputy County Attorneys, Civil Services Division
  | Maricopa County Attorney's Office
  | 222 N. Central, Suite 1100
3 | Phoenix, Arizona 85004
  | Co-counsel for Defendants Joseph M. Arpaio and
4 | the Maricopa County Sheriff's Office

5 | COPY of the foregoing e-mailed and regular mailed
  | this 6th day of June, 2014, to:
6 |
  | Mr. Robert Warshaw
7 | COURT APPOINTED MONITOR
  | Warshaw and Associates, Inc.
8 | 348 Wabash Drive
  | Sylvia, NC 28779
9 | rochtopcop@aol.com

10 |

   | */s/Alana Borie*
11 | Alana Borie, Legal Assistant
   | SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.