IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Pursuant to the sealed telephonic conference held on August 7, 2014, the Court makes the following rulings related to the discovery requests in Plaintiffs' letter to Defendants dated May 21, 2014.

1. With respect to discovery requests 2 (materials seized from Armendariz's home), 4 (interviews triggered by the Armendariz matter), 5 (materials provided to the Court or Monitor pursuant to its May 15, 2014 order), 6 (other materials provided to the Monitor), and 9 (spreadsheets cataloguing Armendariz's stops):

**IT IS ORDERED** that Defendants shall disclose these materials to Plaintiffs. Until further Order of this Court Plaintiffs may use these materials for the purpose of arguing the appeal in this matter and assessing Defendants' compliance with this Court's Orders, and so informing the concerned courts.

**IT IS FURTHER ORDERED** that Plaintiffs shall not file copies of these

materials in any court or make them publicly available without receiving the approval of the Defendants, or if that fails, permission of this Court.

2. With respect to discovery request 7 (investigation of deputy Armendariz):

**IT IS ORDERED** that Defendants shall disclose the results of that completed investigation to Plaintiffs.

3. With respect to discovery request 8 (personal records, performance evaluations, and complaints) no MCSO personnel have yet been identified by the MCSO as being subject to investigation as a result of its other investigations. Therefore, as of yet, there are no files that are responsive to this request. Nevertheless,

**IT IS FURTHER ORDERED** that Defendants shall disclose any material now in its possession that was requested by Plaintiffs previous to the trial of this matter and to otherwise update their responses to the preexisting discovery requests in this action. Records covered by Arizona Revised Statute § 38-1101(L) may be withheld as described during today's conference.

4. Defendants assert that they have disclosed or provided a privilege log for all materials responsive to these requests, and that after their implementation of this order they anticipate that no further issues will remain with respect to the privilege log.

**IT IS ORDERED** that Defendants shall disclose all past and future materials responsive to these requests, to the extent that such disclosure is required by the preceding parts of this Order.

Dated this 7th day of August, 2014.

_____
G. Murray Snow
United States District Judge