IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses (Doc. 608). The Court finds that it would be beneficial to hold oral argument and will have questions for both parties, therefore,

**IT IS ORDERED** setting oral argument on **Tuesday, August 26, 2014 at 10:00 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151. Each side will be given a maximum of twenty minutes to present their arguments and answer the Court's questions.

Dated this 15th day of August, 2014.

*A. Murray Snow*

G. Murray Snow
United States District Judge