IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Melendres, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, et al.,<br><br>　　　　　Defendants. | No. CV-07-02513-PHX-GMS<br><br>**ORDER** |

　　　Pending before the Court is Defendants' Motion for Clarification (Doc. 737). Because, as all parties are aware and the motion itself demonstrates, this Court does not purport to dictate to the Ninth Circuit what it may or may not consider on appeal, and under what circumstances it may do so.  Accordingly,

　　　**IT IS HEREBY ORDERED** denying the Motion for Clarification.

　　　Dated this 17th day of September, 2014.

_G. Murray Snow_
G. Murray Snow
United States District Judge