Timothy J. Casey (#013492)
James L. Williams (#026402)
SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
1221 East Osborn Road, Suite 105
Phoenix, AZ 85014-5540
Telephone: (602) 277-7000
Facsimile:  (602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

Thomas P. Liddy (#019384)
MARICOPA COUNTY ATTORNEY'S OFFICE
Civil Services Division
222 N. Central, Suite 1100
Phoenix, Arizona 85004
602-506-8066
Co-counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>　　　　　　Defendants. | No. CV 07-02513-PHX-GMS<br><br>**STIPULATION TO AMEND SUPPLEMENTAL/PERMANENT INJUNCTION/JUDGMENT ORDER** |

　　　　Defendants Maricopa County Sheriff's Office and Joseph M. Arpaio ("Defendants") and Plaintiffs, by and through undersigned counsel, hereby notify the Court of the following information.

　　　　1.　　Based upon advancing technology and discussions with the Monitor, the Parties agree that on-person body cameras would be effective in accomplishing the goals of the Court's orders and would be more feasible than vehicle-mounted cameras for the MCSO to implement.

　　　　2.　　Defendants and Plaintiffs therefore stipulate to the amendment of Paragraph 61

of the Court's October 2, 2013 Supplemental/Permanent/Injunction/Judgment Order (Dkt #606), as follows:

> The MCSO will ~~install~~<ins>issue</ins> functional video and audio recording equipment <ins>to all patrol deputies and sergeants who</ins> ~~in all traffic patrol vehicles that~~ make traffic stops, and shall commence regular operation and maintenance of such video and audio recording equipment. ~~MCSO shall prioritize the installation of such equipment Specialized Units that enforce Immigration-Related Laws, and~~ Such ~~installation~~ <ins>issuance</ins> must be complete within 120 days of the <ins>approval of the policies and procedures for the operation, maintenance, and data storage for such on-person body cameras and approval of the purchase of such equipment and related contracts by the Maricopa County Board of Supervisors</ins>. ~~MCSO shall equip all traffic patrol vehicles that make traffic stops with video and audio recording equipment within 2 years of the Effective Date.~~ Subject to Maricopa County code and the State of Arizona's procurement law, the Court shall choose the vendor for the video and audio recording equipment if the Parties and the Monitor cannot agree on one.

3.     In addition, the Parties stipulate that the word "in-vehicle" should be struck from the first sentence of Paragraph 62 of the Court's October 2, 2013, Order.

4.     The Parties further stipulate that the first sentence of Paragraph 57 of the Court's October 2, 2013, Order should be amended to replace the term "in-vehicle" with "on-person."

5.     The Parties further stipulate that Paragraph 1(r)(xv) of the Court's October 2, 2013, Order should be amended as follows:

> The MCSO has developed and implemented a system for the audio and video recording of traffic stops and a protocol for reviewing the recordings pursuant to Paragraphs 61–63 of this Order with the understanding that Full and Effective Compliance may be achieved once all ~~traffic patrol vehicles~~ <ins>patrol deputies and sergeants who</ins> ~~that~~ make traffic stops ~~used by Specialized Units~~ have been ~~mounted with the~~ <ins>issued on-person</ins> audio and video equipment~~, so long as the remaining vehicles are timely equipped~~

2

~~with the audio and video equipment~~ <u>and have been properly trained on the use of such equipment according</u> to the requirements of those Paragraphs.

6. The Parties further stipulate to the amendment of the last sentence of Paragraph 63 of the Court's October 2, 2013 to substitute the following sentence: "MCSO shall develop a formal policy, to be reviewed by the Monitor and the Parties pursuant to the process described in Section IV and subject to review by the District Court, to govern proper use of the on-person cameras; accountability measures to ensure compliance with the Court's orders, including mandatory activation of video cameras for traffic stops; review of the camera recordings; responses to public records requests in accordance with the Order and governing law; and privacy protections. The MCSO shall submit such proposed policy for review by the Monitor and Plaintiffs' counsel within 60 days of the Court's issuance of an order approving the use of on-body cameras as set forth in this stipulation. The MCSO shall submit a request for funding to the Maricopa County Board of Supervisors within 45 days of the approval by the Court or the Monitor of such policy and the equipment and vendor(s) for such on-body cameras."

DATED this 9th day of October, 2014.

SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.

*s/James L. Williams*
James L. Williams
Timothy J. Casey
1221 E. Osborn Rd., Suite 105
Phoenix, Arizona 85014
Counsel for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office

Thomas P. Liddy
Deputy County Attorneys, Civil Services Division
Maricopa County Attorney's Office
222 N. Central, Suite 1100
Phoenix, Arizona 85004
Co-counsel for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office

3

|   |   |
|---|---|
| 1 | AMERICAN CIVIL LIBERTIES UNION |
| 2 | FOUNDATION IMMIGRANTS' RIGHTS PROJECT |
| 3 | *s/Cecillia Wang* |
| 4 | Cecillia Wang<br>39 Drumm Street |
| 5 | San Francisco, California 94111<br>Counsel for Plaintiffs |
| 6 | COVINGTON & BURLING, LLP |
| 7 | *s/Stanley Young* |
| 8 | Stanley Young<br>333 Twin Dolphin Road |
| 9 | edwood Shores, California 94065<br>Counsel for Plaintiffs |
| 10 | ACLU FOUNDATION OF ARIZONA |
| 11 | *s/Daniel Pochoda* |
| 12 | Daniel Pochoda<br>3707 N. 7th Street, Suite 235 |
| 13 | Phoenix, Arizona 85014<br>Counsel for Plaintiffs |
| 14 | AMERICAN CIVIL LIBERTIES UNION |
| 15 | FOUNDATION IMMIGRANTS' RIGHTS PROJECT |
| 16 | *s/Andre Segura* |
| 17 | Andre Segura<br>125 Broad Street, 18th Floor |
| 18 | New York, NY 10004<br>Counsel for Plaintiffs |
| 19 | MEXICAN AMERICAN LEGAL DEFENSE |
| 20 | AND EDUCATION FUND |
| 21 | *s/Jorge Castillo*<br>Jorge Castillo |
| 22 | 634 S. Spring Street, 11th Floor<br>Los Angeles, California 90014<br>Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable G. Murray Snow
United States District Court
401 West Washington Street,
Phoenix, Arizona 85003-2158

1  Stanley Young, Esq.
   COVINGTON & BURLING, LLP
2  333 Twin Dolphin Road
   Redwood Shores, California 94065
3  Counsel for Plaintiffs

4  Daniel Pochoda, Esq.
   ACLU FOUNDATION OF ARIZONA
5  3707 N. 7th Street, Suite 235
   Phoenix, Arizona 85014
6  Counsel for Plaintiffs

7  Cecillia Wang
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
8  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
9  San Francisco, California 94111
   Counsel for Plaintiffs
10
   Andre Segura, Esq.
11 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
12 125 Broad Street, 18th Floor
   New York, NY 10004
13 Counsel for Plaintiffs

14 Jorge Castillo, Esq.
   MEXICAN AMERICAN LEGAL DEFENSE
15 AND EDUCATION FUND
   634 S. Spring Street, 11th Floor
16 Los Angeles, California 90014
   Counsel for Plaintiffs
17
   Thomas P. Liddy
18 Deputy County Attorneys, Civil Services Division
   Maricopa County Attorney's Office
19 222 N. Central, Suite 1100
   Phoenix, Arizona 85004
20 Co-counsel for Defendants Joseph M. Arpaio and
   the Maricopa County Sheriff's Office
21
   *s/Eileen Henry*
22 Eileen Henry, Paralegal
   SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
23

24

25

26

27

28