Timothy J. Casey (#013492)
James L. Williams (#026402)
SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
1221 East Osborn Road, Suite 105
Phoenix, AZ 85014-5540
Telephone: (602) 277-7000
Facsimile: (602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Manuel de Jesus Ortega Melendres, et al.,

Plaintiffs,

vs.

Joseph M. Arpaio, et al.,

Defendants.

No. CV 07-02513-PHX-GMS

**APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**

Pursuant to Rule 83.3(b)(1), United States District Court Rules, District of Arizona, and ER 1.6(a), Rule 42, Rules of the Arizona Supreme Court, the law firm of SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C. and attorneys TIMOTHY J. CASEY and JAMES L. WILLIAMS (collectively referred to hereinafter as "SSSCE"), co-counsel for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office applies to the Court for its Order allowing them to withdraw as counsel of record for Defendants in this matter.

1. This application bears the written approval of the Defendants.

2. SSSCE's withdrawal of representing Defendants can be accomplished at this current date without unfair prejudice to Defendants because: (a) the trial has occurred in 2012 and a judgment entered; (b) the litigation is in the compliance process with the Orders of the Court and various deadlines set by Court Order and subject to Court oversight and determination; (c) the compliance process is in its initial stages and expected to continue for some unknown period of time; and (d) defendants are, and have been since 2010, capably represented by co-counsel Thomas P. Liddy and the Maricopa County Attorney's Office

("MCAO") and such representation of the Defendants by the MCAO shall continue.

3. The address and phone number for Sheriff Arpaio and Chief Jerry Sheridan is as follows:

Maricopa County Sheriff's Office
Headquarters
550 West Jackson Street
Phoenix, AZ 85003
(602) 876-1801

WHEREFORE, the law firm of SSSCE and its attorneys respectfully request that the Court grant this Application to Withdraw as Counsel of Record for Defendants.

DATED this 31st day of October, 2014.

SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.

s/Timothy J. Casey
Timothy J. Casey
James L. Williams
1221 E. Osborn Rd., Suite 105
Phoenix, Arizona 85014
Telephone: (602) 277-7000
Facsimile:(602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office

**This Application is approved by Defendants Joseph M. Arpaio and the MCSO**

By: *s/Joseph M. Arpaio*
Sheriff Joseph M. Arpaio,
For himself and on behalf of the MCSO

Date: October 31, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable G. Murray Snow
United States District Court
401 West Washington Street,
Phoenix, Arizona 85003-2158

Stanley Young, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, California 94065
Counsel for Plaintiffs

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, Arizona 85014
Counsel for Plaintiffs

Cecillia Wang
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Counsel for Plaintiffs

Andre Segura, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Counsel for Plaintiffs

Thomas P. Liddy
Deputy County Attorneys, Civil Services Division
Maricopa County Attorney's Office
222 N. Central, Suite 1100
Phoenix, Arizona 85004
Co-counsel for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office

COPY of the foregoing e-mailed and regular mailed this 31st day of October, 2014, to:

Sheriff Joseph M. Arpaio
Maricopa County Sheriff's Office
Headquarters
550 West Jackson Street
Phoenix, AZ 85003

Chief Deputy Jerry Sheridan
Maricopa County Sheriff's Office
Headquarters
550 West Jackson Street
Phoenix, AZ 85003

Mr. Robert Warshaw
COURT APPOINTED MONITOR
Warshaw and Associates, Inc.
348 Wabash Drive
Sylvia, NC 28779
rochtopcop@aol.com

*s/Eileen Henry*____
Paralegal
SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.