Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV-07-2513-PHX-GMS |
| Plaintiff(s), | **PLAINTIFFS' RESPONSE TO APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS** |
| v. | |
| Joseph M. Arpaio, et al., | |
| Defendants(s). | |

Additional Attorneys for Plaintiffs:

Andre I. Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Jorge M. Castillo (*Pro Hac Vice*)
jcastillo@maldef.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone:  (213) 629-2512
Facsimile:  (213) 629-0266

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran
talbarran@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

Priscilla G. Dodson (*Pro Hac Vice*)
pdodson@cov.com
Covington & Burling LLP
1201 Pennsylvania Avenue
Washington, DC  20004
Telephone: : (202) 662-5996
Facsimile:  (202) 778-5996

Plaintiffs respectfully submit the following response to the application by the Schmitt, Schneck, Smyth, Casey & Even, P.C. law firm and its members, Tim Casey and James Williams, to withdraw as counsel of record for the Defendants. (Dkt. No. 773.)

The moving party ("the Schmitt firm") does not specify reasons for its motion to withdraw as counsel, other than to cite Local Rule (Civil) 83.3(b)(1), which refers to withdrawal of counsel with the consent of the client.

> Although a motion to withdraw as counsel must comply with [Rule] 83.3, compliance with the Rule does not guarantee that counsel will be permitted to withdraw. Rather, this Court retains wide discretion in a civil case to grant or deny counsel's motion to withdraw. *Le Grand v. Stewart*, 133 F.3d 1253, 1269 (9th Cir. 1998); *Ohntrup v. Firearms Center, Inc.*, 802 F.2d 676, 679 (3d Cir. 1986); *Stair v. Calhoun*, 2010 WL 2670828, at 2 (E.D.N.Y. 2010) ("Whether to grant or deny a motion to withdraw as counsel falls to the sound discretion of the trial court.") (citation and internal quotation marks omitted). Factors that a district court should consider when ruling upon a motion to withdraw as counsel include: (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case. *In re Ryan*, 2008 WL 4775108, at *3 (D. Or. Oct. 31, 2008) (citing *Irwin v. Mascott*, 2004 U.S. Dist. LEXIS 28264 at 4 (N.D. Cal. Dec. 1, 2004)).

*Bohnert v. Burke*, No. CV-08-2303-PHX-LOA, 2010 WL 5067695, at *1 (D. Ariz. Dec. 7, 2010); *accord Gagan v. Monroe*, No. CV 99-1427-PHX-RCB, 2013 WL 1339935, at *4 (D. Ariz. Apr. 1, 2013).

Plaintiffs submit that the immediate withdrawal of the Schmitt firm would result in prejudice to Plaintiffs and to the efforts of both parties to comply with the Court's orders, including the Supplemental Permanent Injunction of October 2, 2013. Specifically, the Schmitt firm has been engaged in (1) development and implementation of training curricula, including the resolution of questions arising from training sessions currently underway and still-pending work on the training curriculum for supervisors required under Paragraphs 52-53 of the Supplemental Permanent Injunction; and (2) production of documents from the Armendariz and related investigations by MCSO.

1   Both of these areas of ongoing work involve command of past negotiations and
2   work by the parties and counsel, as well as intimate knowledge of the factual and legal
3   issues litigated over the course of years in this case.  The immediate withdrawal of the
4   Schmitt firm, prior to the conclusion of these efforts, will be detrimental to the
5   Defendants' compliance with the Court's orders.

6   Plaintiffs therefore request that the Court delay the withdrawal of the Schmitt
7   firm for a limited time period and for a limited purpose, so that the Schmitt firm may
8   conclude its work on these specific efforts.  In the alternative, Plaintiffs request that the
9   Court condition any order granting the application for withdrawal of counsel upon the
10  Schmitt firm's continued availability to defense counsel to consult on these limited
11  matters.  Plaintiffs note the Court's previous similar order with respect to the withdrawal
12  of prior defense counsel, the Ogletree Deakins law firm.  *See* Tr. of Oct. 1, 2010 Status
13  Conf. 13:1-22 ("And I am not going to say that I'm going to hold you in this matter
14  permanently, but I'm not going to let you out until such time as such depositions I order
15  are completed, so that you are available to Mr. Liddy and to his client and your client to
16  assist them in the preparation of the depositions concerning the contents of other
17  documents.").

RESPECTFULLY SUBMITTED this 3rd day of November, 2014.

By: /s/ Cecillia D. Wang

Cecillia D. Wang (*Pro Hac Vice*)
Andre I. Segura (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Daniel Pochoda
ACLU Foundation of Arizona

Anne Lai (*Pro Hac Vice*)

2

Stanley Young (*Pro Hac Vice*)
Tammy Albarran (*Pro Hac Vice*)
Hyun S. Byun (*Pro Hac Vice*)
Priscilla G. Dodson (*Pro Hac Vice*)
Covington & Burling, LLP

Jorge M. Castillo (*Pro Hac Vice*)
Mexican American Legal Defense and Educational Fund

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2014, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and caused the attached document to be e-mailed to:

Thomas P. Liddy
liddyt@mcao.maricopa.gov

Timothy J. Casey
timcasey@azbarristers.com

James L. Williams
James@azbarristers.com

*Attorneys for Defendant Sheriff Joseph Arpaio and the Maricopa County Sherriff's Office*

/s/ Cecillia D. Wang

4