# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Melendres, et al., | No. CV-07-02513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Maricopa, County of, et al., | |
| Defendants. | |

**IT IS ORDERED** setting a hearing in this matter for **Thursday, November 20, 2014 at 1:30 p.m**. in Courtroom 602 of the Sandra Day O'Connor Courthouse at 401 W. Washington Street, Phoenix, Arizona 85003. At that time, the Parties shall be prepared to discuss the Motion to Withdraw (Doc. 773) recently filed by counsel for the Defendants and MCSO's recent discovery of additional materials to the extent that counsel moving to withdraw may be able to shed light on some or all of those materials.

Moreover, in light of Defendants' assertions pertaining to the applicability of Arizona Revised Statutes section 38-1101, as well as other common law privileges, to certain documents and disclosures required by this Court's Orders, Defendants will discuss their recent filing under seal regarding proposed redactions to the Monitor's Report dated September 28, 2014.

The hearing will be conducted in open court, although portions may be held under seal to the extent that matters possibly subject to statutory or common law privileges are to be considered.

1 **IT IS FURTHER ORDERED** that Defendants lodge under seal any matters previously submitted *in camera*, such as the filing noticed on October 24, 2014, with notice of the date of original submission, not to be unsealed without further order of the Court.

Dated this 14th day of November, 2014.

*/s/ G. Murray Snow*
G. Murray Snow
United States District Judge