Timothy J. Casey (#013492)
James L. Williams (#026402)
SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
1221 East Osborn Road, Suite 105
Phoenix, AZ 85014-5540
Telephone: (602) 277-7000
Facsimile:  (602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br>                              Plaintiffs, <br>vs. <br><br>Joseph M. Arpaio, et al., <br><br>                              Defendants. | No. CV 07-02513-PHX-GMS <br><br>**REPLY TO PLAINTIFFS' RESPONSE TO APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS** |

In accordance with Arizona Supreme Court Rule 42, Rule of Professional Conduct ("ER") 1.16(a)(1), undersigned counsel avows that he and his firm are ethically required to withdraw from further representation of the defendants.  Undersigned counsel cannot elaborate further regarding the facts underlying the issue, in order to avoid disclosing confidential and/or attorney-client privileged information.  Counsel's Application to Withdraw is based upon a mandatory duty to withdraw pursuant to ER 1.16(a)(1).  For this reason, the Court should not require the disclosure of confidential and/or privileged information.  *Maricopa County Public Defender's Office v. Superior Court of Maricopa County,* 187 Ariz. 162, 927 P.2d 822 (App. 1996).

Moreover, the October 31, 2014 Application bears the written approval of the Defendants.

Pursuant to the responsibilities set forth in the ERs, undersigned counsel and his law firm will assist the transition of this matter to any new counsel assigned to the matter to co-counsel with the Maricopa County Attorney's Office and Mr. Thomas P. Liddy.

DATED this 18th day of November, 2014.

        SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.

        *s/Timothy J. Casey*
Timothy J. Casey
James L. Williams
1221 E. Osborn Rd., Suite 105
Phoenix, Arizona 85014
Telephone: (602) 277-7000
Facsimile:(602) 277-8663
timcasey@azbarristers.com
Counsel for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable G. Murray Snow
United States District Court
401 West Washington Street,
Phoenix, Arizona 85003-2158

Stanley Young, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, California 94065
Counsel for Plaintiffs

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, Arizona 85014
Counsel for Plaintiffs

Cecillia Wang
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Counsel for Plaintiffs

Andre Segura, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Counsel for Plaintiffs

1 | Jorge M. Castillo
MALDEF
2 | The Latino Legal Voice for Civil Rights in America
634 S. Spring St., 11th Fl.,
3 | Los Angeles, CA 90014
Counsel for Plaintiffs
4 |
5 | Thomas P. Liddy
Deputy County Attorneys, Civil Services Division
Maricopa County Attorney's Office
6 | 222 N. Central, Suite 1100
Phoenix, Arizona 85004
7 | Co-counsel for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office
8 |
9 | COPY of the foregoing e-mailed and regular mailed
this 18th day of November, 2014, to:

Sheriff Joseph M. Arpaio
Maricopa County Sheriff's Office
Headquarters
550 West Jackson Street
Phoenix, AZ 85003

Chief Deputy Jerry Sheridan
Maricopa County Sheriff's Office
Headquarters
550 West Jackson Street
Phoenix, AZ 85003

Mr. Robert Warshaw
COURT APPOINTED MONITOR
Warshaw and Associates, Inc.
348 Wabash Drive
Sylvia, NC 28779
rochtopcop@aol.com

*s/Eileen Henry*____
Paralegal
SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.