# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Melendres, et al., | No. CV-7-02513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Maricopa, County of, et al., | |
| Defendants. | |

Upon its own Motion, and after considering the contents of that part of the hearing that occurred under seal on the afternoon of November 20, 2014,

**IT IS ORDERED THAT:**

1. So long as Sheriff Arpaio agrees to be bound by the Court's Order to not disclose to any other person or in any other fashion any portion of the sealed hearing that occurred on November 20, 2014 unless and until the Court declares otherwise, Counsel can share the complete contents of this hearing with Sheriff Arpaio.

2. If Defendants continue to believe that there are compelling reasons for that hearing to remain under seal, they shall file with this Court under seal a memorandum demonstrating the compelling reasons that would justify a continuing seal by **5:00 p.m. on December 1, 2014.** They shall immediately hand-deliver or electronically copy Plaintiffs with such a motion. Plaintiffs may file a Response by **5:00 p.m. on December 3, 2014.**

3. The time for the hearing set for **December 4**, at which parties may be heard on the procedures set forth in the Court's November 20 Order, **is reset for 1:30 p.m.** At

1  the hearing the Court will discuss possible additional proceedings, and depending upon
2  the Court's other rulings and inquiries, portions of that hearing may be under seal.

3      4.    As is the case with any hearing in this matter, Sheriff Arpaio is welcome to
4  attend.  Nevertheless, any potential testimony by Sheriff Arpaio shall be deferred. The
5  Defendants will provide and assist the Monitor as directed with all his inquiries and
6  investigations.

7      5.    The Clerk of Court shall provide a copy of this Order to Chief Assistant
8  United States Attorney Elizabeth Strange.  A representative of the United States
9  Attorney's office is requested to attend the December 4, 2014 hearing.

10 Dated this 24th day of November, 2014.

*[signature: A. Murray Snow]*

G. Murray Snow
United States District Judge