# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-02513-PHX-GMS<br><br>**AMENDED ORDER** |

Pursuant to this Court's Order filed on November 24, 2014 (Doc. 797) and Defendants' Memorandum filed on December 1, 2014 (Doc. 807),

**IT IS HEREBY ORDERED** unsealing the Transcript of Proceedings held on November 20, 2014. (Doc. 804.)

Dated this 3rd day of December, 2014.

_____
G. Murray Snow
United States District Judge