# DEFENDANTS' INFORMATION REGARDING ARMEDARIZ INVESTIGATIONS
## (Lodged Under Seal)

**U.S. District Court of Arizona
Case No: CV07-02513-PHX-GMS
Melendres, et al. v. Arpaio, et al.**

IA # 2014-0717

- Sgt. Walter Duncanson S1268 – Complainant
- Lt. Pete Metzler S1290 – Principal
- Lt. Phil Fortner S1328 – Investigative Lead
- Sgt. Jason Bentzel S1386 – Investigative Lead
- Lt. Chuck Seimens (Ret.) – Investigative Lead
- Lt. Paul Ellis S814 – Investigative Lead

This investigation began with a document prepared by Sgt. W. Duncanson S1268 in preparation for his pre-determination hearing in July, 2014. In this document, Sgt. Duncanson claims there was a "dirty deputy" working in District II in the early part of 2013. I conducted an interview with Sgt. Duncanson on October 30, 2014 at 550 W. Jackson St., Phoenix, in Interview Room 500 of the Professional Standards Bureau.

During the interview, Sgt. Duncanson stated he believed the "dirty deputy" to be former deputy Charlie Armendariz. Sgt. Duncanson had no first-hand information to support this. His belief is based on what has become common knowledge regarding the actions of Armendariz and Duncanson's observation of the reduced frequency of missing items around District II since Armendariz resigned from the Office.

Sgt. Duncanson explained he had notified Lt. P. Metzler of his suspicions of a "dirty deputy" prior to the Armendariz investigation. Sgt. Duncanson stated he also had reached out to employees outside of his District for guidance in how to identify the person responsible for missing item around District II. Those employees are Lt. P. Fortner, Lt. C. Seimens, Lt. P. Ellis, and Sgt. J. Bentzel.

An investigation (IA # 2014-0717) will be conducted to determine if Lt. Metzler took any action to identify and/or stop the misconduct brought to his attention on or about January of 2013.

IA Case #2014-0817

- Principal: Sgt. Trowbridge #1703

This is a case that stemmed from the audit of the Lieutenant Reviews of former Dep. Armendariz's conduct on traffic stops. During a traffic stop conducted by Armendariz on 05/03/12, he arrests a driver for reckless driving and locates marijuana in the vehicle. The driver informs Armendariz that this is medical marijuana and that he is a provider and care taker and ID cards are discovered that seem to support this claim. Armendariz cites and releases the driver and informs him that he is taking the marijuana and will determine if he is

allowed to be in possession of it pursuant to the new medical marijuana law. He explains that he is not too familiar with the law and will need to look into it further. During the investigation and while still on scene of the traffic stop, Armendariz contacts an unknown supervisor on his cell phone for direction as to how to handle the marijuana. He later informs the driver that his supervisor is going to look into the law and he will contact him in about an hour after his release, once he and his supervisor come to a conclusion. It is unknown whether or not Armendariz met with the supervisor after the call or what decision was made regarding the marijuana. It is clear that the subject was released from the traffic stop with Dep. Armendariz in possession of the marijuana. The incident report for this case, written by Armendariz, does not mention marijuana being taken or located in the vehicle during the stop. Sgt. Trowbridge memorializes the report seven days later. The report also does not indicate any items being placed into property and evidence and the medical marijuana provider and care taker ID's for the driver are later found in Armendariz's home. This investigation will be conducted to determine if Sgt. Trowbridge #1703 was the supervisor that Armendariz contacted on scene and what information Sgt. Trowbridge has regarding the disposition of the marijuana.

Update of Additional Involved Employees

IA # 2014-0761

- Sergeant Duncanson (Principal)

IA # 2014-0221

- Deputy A. Moreno (Investigative Lead)

IA # 2014-0749

- Deputy J. Williams (Principal)