**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY
By Thomas P. Liddy
   State Bar No. 019384
   Deputy County Attorney
   MCAO Firm No. 00032000
   liddyt@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541

Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>Defendants. | NO. CV07-02513-PHX-GMS<br><br>**DEFENDANTS JOSEPH ARPAIO AND MARICOPA COUNTY SHERIFF'S OFFICE'S NOTICE OF LODGING UNDER SEAL INFORMATION REGARDING INVESTIGATIONS** |

Pursuant to the Court's October 22, 2014 Order (Doc. 756), Defendants

Joseph M. Arpaio and the Maricopa County Sheriff's Office have, on the date set

/ / /

/ / /

/ / /

1

forth below, lodged under seal with the Court information regarding the former Deputy Ramon Charley Armendariz investigations. Defendants request that the Clerk seal this information because it contains the names of those under investigation and corresponding case numbers. Defendants further request that the Clerk seal this information because of the nature of the subject investigations.

**DATED** this 9th day of January, 2015

**IAFRATE & ASSOCIATES**

By: s/Michele M. Iafrate
Michele M. Iafrate
Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**MARICOPA COUNTY ATTORNEY
CIVIL SERVICES DIVISION**

By: s/Thomas P. Liddy (w/permission)
Thomas P. Liddy
Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**ORIGINAL** of the foregoing e-filed
this 9th day of January, 2015, with:

Clerk of the Court
**United States District Court**
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 130, SPC 1
Phoenix, Arizona 85003

**COPIES** of the foregoing e-mailed
this 9th day of January, 2015, to:

Honorable G. Murray Snow
**UNITED STATES DISTRICT COURT**
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., Ste. 622, SPC 80
Phoenix, Arizona  85003

Stanley Young
**Covington & Burling**
333 Twin Dolphin Road
Redwood Shores, California  94065
Attorneys for **Plaintiffs**

Daniel J. Pochoda
**ACLU Foundation of Arizona**
3707 North 7th Street, Ste. 235
Phoenix, Arizona  85014
Attorneys for **Plaintiffs**

Cecillia Wang
**ACLU Immigrants' Rights Project**
39 Drumm Street
San Francisco, California  94111
Attorneys for **Plaintiffs**

Andre Segura
**ACLU Immigrants' Rights Project**
125 Broad Street, 18th Floor
New York, New York  10004
Attorneys for **Plaintiffs**

Anne Lai
**University of California**
**Irvine School of Law-Immigrant Rights Clinic**
401 E. Peltason Drive, Ste. 3500
Irvine, California  92616
Attorneys for **Plaintiffs**

Jorge M. Castillo
**MALDEF**
634 S. Spring Street, 11th Floor
Los Angeles, California  90014
Attorneys for **Plaintiffs**

By:   s/Jill Lafornara