# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-02513-PHX-GMS<br><br>**ORDER RE: TELEPHONIC STATUS CONFERENCE ON JANUARY 15, 2015** |

The Court held a telephonic status conference on Thursday, January 15, 2015 with the Parties and counsel for individual members of the Maricopa County Sheriff's Office who have been noticed of a possible referral of matters to the United States Attorney's Office for criminal contempt proceedings.[1] A representative for the USAO was also present during this conference call. In accordance with its directions at the status conference, the Court hereby Orders the following:

*First*, the parties may file responses to the briefs submitted last week regarding the appropriateness of civil and criminal contempt charges by **Friday, January 23, 2015.** Response briefs are limited to ten pages in length, excluding exhibits.

---

[1] The following notices of appearance have been filed: Andrew Melvin McDonald, on behalf of Sheriff Joseph Arpaio (Doc. 821), Gary Birnbaum and David J. Ouimette, on behalf of Deputy Chief John MacIntyre (Doc. 836), and Lee David Stein on behalf of Chief Deputy Gerald Sheridan (Doc. 837), having earlier represented Captain Bailey.

*Second*, Defendants have the option to separately file, by that same date, a brief statement on the applicability of Arizona Revised Statute section 38-1101 to Sheriff Joseph Arpaio.

*Third*, Defendants are to notice the Court with the date(s) on which recent discovery materials related to the Human Smuggling Unit, previously in possession of Timothy Casey, is provided to Plaintiffs. Within one week of receipt, Plaintiffs are ordered to file a notice with the Court setting forth an estimated timeline for reviewing such materials.

*Fourth*, Defendants are ordered to file with the Court an estimated timeline for completing the outstanding internal investigations, notice of which have been previously lodged under seal, by **Friday, January 23, 2015.**

*Fifth*, Plaintiffs are ordered to file separately a motion for expedited discovery as to the documents, interrogatories, depositions, and other evidence requested in their Request for an Order to Show Case and associated Memorandum of Law and Facts (Doc. 843) by **Friday, January 23, 2015.**

*Sixth*, the Monitor is ordered to identify the subjects that have been interviewed by the monitoring team pursuant to its independent investigative authority to all parties and specially appearing non-parties by **Friday, January 23, 2015**. The Monitor is further ordered to notice the Court of the date(s) on which such information is provided to each party and non-party, as well as of the format in which it is given. The recipients of this list may then file objections to the disclosure of the transcripts and/or recordings of the enumerated interviews to any party or specially appearing non-party, including the United States Attorney, by **Friday, January 30, 2015.** The Monitor is further ordered to supplement this list with the names of additional interviewees as such interviews occur. Objections to the disclosure of the content of the interviews must be filed with the Court no later than one week following the identification of such supplementary targets.

*Seventh*, the parties and non-parties consented to the dates of **April 21, 22, 23, and 24, 2015** for a possible evidentiary hearing or hearings in this matter, pending further

orders from the Court.

**IT IS SO ORDERED.**

**Dated this 16th day of January, 2015.**

/G. Murray Snow
United States District Judge