**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY
By Thomas P. Liddy
    State Bar No. 019384
    Deputy County Attorney
    MCAO Firm No. 00032000
    liddyt@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541

Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>    Defendants. | NO. CV07-02513-PHX-GMS<br><br>**DEFENDANTS JOSEPH M. ARPAIO AND MARICOPA COUNTY SHERIFF'S OFFICE'S NOTICE OF ESTIMATED TIMELINE FOR COMPLETING THE OUTSTANDING INTERNAL INVESTIGATIONS** |

Pursuant to the Court's Order (Doc. 856, p. 2, ll.9-11), Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office provide the Court the following timeline for completing the outstanding internal investigations previously lodged under seal.

/ / /

/ / /

1

Based on the information Defendants' counsel has received, MCSO will complete the pending investigations on or before March 13, 2015.

DATED this 26th day of January, 2015

**IAFRATE & ASSOCIATES**

By: s/Michele M. Iafrate
Michele M. Iafrate
Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**MARICOPA COUNTY ATTORNEY**
**CIVIL SERVICES DIVISION**

By: s/Thomas P. Liddy (w/permission)
Thomas P. Liddy
Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**ORIGINAL** of the foregoing e-filed this 26th day of January, with:

Clerk of the Court
**United States District Court**
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 130, SPC 1
Phoenix, Arizona 85003

**COPIES** of the foregoing e-mailed via ECF this 26th day of January, to:

1  Stanley Young
   **Covington & Burling**
2  333 Twin Dolphin Road
   Redwood Shores, California  94065
3  Attorneys for **Plaintiffs**

4  Daniel J. Pochoda
   **ACLU Foundation of Arizona**
5  3707 North 7th Street, Ste. 235
   Phoenix, Arizona  85014
6  Attorneys for **Plaintiffs**

7

   Cecillia Wang
8  **ACLU Immigrants' Rights Project**
   39 Drumm Street
9  San Francisco, California  94111
   Attorneys for **Plaintiffs**
10

11 Andre Segura
   **ACLU Immigrants' Rights Project**
12 125 Broad Street, 18th Floor
   New York, New York  10004
13 Attorneys for **Plaintiffs**

14 Anne Lai
   **University of California**
15 **Irvine School of Law-Immigrant Rights Clinic**
   401 E. Peltason Drive, Ste. 3500
16 Irvine, California  92616
   Attorneys for **Plaintiffs**
17

18 Jorge M. Castillo
   **MALDEF**
19 634 S. Spring Street, 11th Floor
   Los Angeles, California  90014
20 Attorneys for **Plaintiffs**

21

22 By:   s/Jill Lafornara

23

24