A. Melvin McDonald (#002298)
melmcdonald2@gmail.com
JONES, SKELTON, & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
Telephone: (602) 263-1700
Facsimile: (602) 200-7847

Michele M. Iafrate (#015115)
miafrate@iafratelaw.com
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, Arizona 85003
Telephone: (602) 234-9775

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY
By Thomas P. Liddy
State Bar No. 019384
Deputy County Attorney
MCAO Firm No. 00032000
liddyt@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>                              Plaintiffs,<br><br>     v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.,<br><br>                              Defendants. | NO. CV-07-02513-PHX-GMS<br><br>**Maricopa County Sheriff's Office and Sheriff Joseph M. Arpaio's Request for Rule 16 Settlement Conference** |

The Maricopa County Sheriff's Office, through its counsel Michele M. Iafrate, and Sheriff Joseph M. Arpaio, through his counsel A. Melvin McDonald, request that the Court set a settlement conference in this matter pursuant to Rule 16(a) and (c),

4071735.1

1  Fed. R. Civ. P. Counsel requests that the Settlement Conference be set for the soonest
2  possible date and in no event later than February 16, 2015. Counsel would further request
3  that the settlement conference be conducted by this Court and not a Magistrate judge.

4  According to this Court's January 16, 2015 Order, pending further orders,
5  the parties have consented to the dates of April 21, 22, 23 and 24, 2015 for a possible
6  evidentiary hearing or hearings in this matter. In the interest of judicial economy, it is
7  anticipated that a conference in which the issues that are to be the subject of the hearing
8  and possible remedies can be explored by the parties in a structured confidential setting
9  and will have the effect of narrowing the issues before the Court. Additionally, Maricopa
10 County Sheriff's Office and Sheriff Joseph Arpaio believe the structured confidential
11 setting provided by the Court may well lead to productive settlement discussions among
12 the parties and with the Court.

13  RESPECTFULLY SUBMITTED this 30th day of January, 2015.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ A. Melvin McDonald
   A. Melvin McDonald
   Attorneys for Sheriff Joseph M. Arpaio


IAFRATE & ASSOCIATES

By:  /s/ Michele M. Iafrate
   Michele M. Iafrate
   Attorneys for Sheriff Joseph M. Arpaio
   and Maricopa County Sheriff's Office


MARICOPA COUNTY ATTORNEY
CIVIL SERVICES DIVISION

By:  /s/ Thomas P. Liddy
   Thomas P. Liddy
   Attorneys for Sheriff Joseph M. Arpaio
   and Maricopa County Sheriff's Office

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30th, 2015, I electronically transmitted the attached document using the CM/ECF system for filing, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

*/s/ Diana G. Weeks*