Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV-07-2513-PHX-GMS |
| Plaintiff(s), | **PLAINTIFFS' RESPONSE TO DEFENDANTS MARICOPA COUNTY AND ARPAIO'S REQUEST FOR SETTLEMENT CONFERENCE** |
| v. | |
| Joseph M. Arpaio, et al., | |
| Defendants(s). | |

Additional Attorneys for Plaintiffs:

| | |
|---|---|
| Andre I. Segura (*Pro Hac Vice*) | Jorge M. Castillo (*Pro Hac Vice*) |
| asegura@aclu.org | jcastillo@maldef.org |
| ACLU Foundation | Mexican American Legal Defense and |
| Immigrants' Rights Project | Educational Fund |
| 125 Broad Street, 17th Floor | 634 South Spring Street, 11th Floor |
| New York, NY 10004 | Los Angeles, California 90014 |
| Telephone: (212) 549-2676 | Telephone: (213) 629-2512 |
| Facsimile: (212) 549-2654 | Facsimile: (213) 629-0266 |

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran *(Pro Hac Vice)*
talbarran@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

Priscilla G. Dodson (*Pro Hac Vice*)
pdodson@cov.com
Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Telephone: : (202) 662-5996
Facsimile: (202) 778-5996

The January 30th Request for a Settlement Conference by Defendants Arpaio and MCSO was the first notice to Plaintiffs concerning such interest. Defendants failed to contact Plaintiffs to discuss the possibility of settlement. Nevertheless, Plaintiffs are available to confer with Defendants and report to the Court any progress and whether there is a realistic possibility of resolution.

Absent a determination among the parties that there is a real possibility of resolving the issues at hand, the announced contempt proceedings should proceed. Defendants' request for settlement discussions should not delay the contempt proceedings or the issuance of an Order to Show Cause. The April hearing dates have been cleared by all, preceded by limited discovery.

It should be noted that, as occurred earlier in this case, settlement discussions, even with a mediator, may not result in resolution or a limitation of the issues. Plaintiffs believe that finding of civil contempt is warranted. Such a finding will need to result in an acknowledgment of wrongdoing if the Court and the public are to have any confidence that repeat evasions of the Court's Orders will be avoided. But, as the Court has previously recognized, Defendants' prior statements have on several occasions either belittled those Orders or materially misrepresented this Court's underlying findings. In fact, the day before the instant request for a Settlement Conference, Defendant Arpaio issued a statement seeking public support because of, amongst other matters, "Rampant, UNFOUNDED charges of racism and racial profiling in my office." (Email to supporters, Jan. 29, 2015, 3:25 PM MST).  Such denials (which are not reflected in the pending appeal of the Court's Orders) affect Plaintiffs' view of the prospects for an agreed settlement of the contempt issues.  But Plaintiffs are nonetheless willing to participate in a conference as long as it does not disturb the existing schedule.

Respectfully submitted this 2nd day of February, 2015.

By: /s/ *Daniel J. Pochoda*

Daniel Pochoda
ACLU Foundation of Arizona

Cecillia D. Wang (*Pro Hac Vice*)
Andre I. Segura (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Anne Lai (*Pro Hac Vice*)

Stanley Young (*Pro Hac Vice*)
Tammy Albarran (*Pro Hac Vice*)
Hyun S. Byun (*Pro Hac Vice*)
Priscilla G. Dodson (*Pro Hac Vice*)
Covington & Burling, LLP

Jorge M. Castillo (*Pro Hac Vice*)
Mexican American Legal Defense and Educational Fund

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and caused the attached document to be e-mailed to:

Thomas P. Liddy
liddyt@mcao.maricopa.gov

Michele M. Iafrate
miafrate@iafratelaw.com

A. Melvin McDonald
mmcdonald@jshfirm.com

*Attorneys for Defendant Sheriff Joseph Arpaio*
*Maricopa County Sheriff's Office*

<u>/s/Daniel J. Pochoda</u>