A. Melvin McDonald, Bar #002298
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7847
mmcdonald@jshfirm.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.,<br><br>Defendants. | NO. CV-07-02513-PHX-GMS<br><br>**DEFENDANTS MARICOPA COUNTY AND ARPAIO'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS MARICOPA COUNTY AND ARPAIO'S REQUEST FOR SETTLEMENT CONFERENCE** |

Defendants Maricopa County and Joseph M. Arpaio welcome Plaintiffs willingness to meet and confer and will initiate and arrange for meetings to occur in Phoenix, Arizona to not only discuss settlement options but to also explore whether or not litigation issues between the parties may be resolved.   The Defendants are not requesting that settlement discussions delay the April court dates currently scheduled by the Court.

In addition to potential areas of settlement, there are also litigation issues which should be addressed by the parties and absent resolution and stipulation, addressed by the Court.  Defendants, based upon plaintiffs response, have already reached out to them in a good faith attempt to meet and confer on all pending issues before this court.

Defendants see no need to reply to those arguments raised on Lines 11 through 23 of Plaintiffs response.  Those arguments can be made and addressed at the April 2015 Evidentiary Hearing and add nothing to the defendants good faith attempt to

4077947.1
2/3/15

1  explore areas of possible settlement.

2  Regardless of whether the discussions between the parties are successful,
3  the Defendants would, nonetheless, urge the Court to set a settlement conference in late
4  February 2015, so that the Plaintiffs and Defendants have an opportunity to meet and to
5  report to the Court on the progress of those settlement discussions and solicit the thoughts
6  and feelings of the Court on those disputed issues that would remain unresolved as of the
7  date of the settlement conference.

RESPECTFULLY SUBMITTED this 3rd day of February, 2015.

JONES, SKELTON & HOCHULI, P.L.C.


By  *s/A. Melvin McDonald*
    A. Melvin McDonald
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona 85012
    Attorneys for Maricopa County Sheriff's
    Office and Joseph M. Arpaio

RESPECTFULLY SUBMITTED this 3rd day of February, 2015.


By  *s/Thomas P. Liddy (with permission)*
    Thomas P. Liddy
    Attorneys for Maricopa County Sheriff's
    Office and Joseph M. Arpaio

RESPECTFULLY SUBMITTED this 3rd day of February, 2015.

JONES, SKELTON & HOCHULI, P.L.C.


By  *s/Michele Iafrate (with permission)*
    Michele Iafrate
    Attorneys for Maricopa County Sheriff's
    Office and Joseph M. Arpaio

ORIGINAL e-filed this 3rd day of February, 2015,
Copies emailed to:

Michael D Moberly    mmoberly@rcalaw.com

Katherine Elizabeth Baker    keb7333@earthlink.net, paralegal@greenandbaker.com

David A Selden    dselden@cavanaghlaw.com, eharden@cavanaghlaw.com, mbryant@cavanaghlaw.com

Eileen Dennis GilBride    egilbride@jshfirm.com, efiling@jshfirm.com, kgawel@jshfirm.com

Leigh Eric Dowell    eric.dowell@ogletreedeakins.com, glenda.ready@ogletreedeakins.com, trish.simon@ogletreedeakins.com

Ann Thompson Uglietta    uglietta@mcao.maricopa.gov, conrade@mcao.maricopa.gov, naranjo@mcao.maricopa.gov

Julie A Pace (Terminated)    jpace@cavanaghlaw.com, nhiggins@cavanaghlaw.com

Elizabeth A Strange    elizabeth.strange@usdoj.gov, pamela.vavra@usdoj.gov

Diane Loretta Bornscheuer    dbornscheuer@greenandbaker.com, paralegal@greenandbaker.com

Michele Marie Iafrate    miafrate@iafratelaw.com, TCryan@iafratelaw.com, cshehorn@iafratelaw.com, jlafornara@iafratelaw.com

Thomas P Liddy    liddyt@mcao.maricopa.gov, gulley@mcao.maricopa.gov, kautzman@mcao.maricopa.gov

Daniel Joseph Pochoda    dpochoda@acluaz.org, danpoc@cox.net, gtorres@acluaz.org

Alec R Hillbo    alec.hillbo@ogletreedeakins.com, robin.mcadams@ogletreedeakins.com

John Michael Fry    jfry@rcalaw.com, tkaminski@rcalaw.com

Kerry Scott Martin    kerry.martin@ogletreedeakins.com, kathy.hubert@ogletreedeakins.com, trish.simon@ogletreedeakins.com

Thomas George Stack    thomas.stack@phoenix.gov, alice.valenzuela@phoenix.gov, law.civil.minute.entries@phoenix.gov

Cecillia D Wang    cwang@aclu.org, jbaird@aclu.org, lfernandez@aclu.org

Charitie L Hartsig    chartsig@rcalaw.com, ckhartsig@cox.net, swalker@rcalaw.com

Anne Lai    alai@law.uci.edu

Andre Segura    asegura@aclu.org, tding@aclu.org

Stanley Young    syoung@cov.com, jkoch@cov.com, jromanow@cov.com, rhouston@cov.com

4077947.1
2/3/15

3

1 | Tammy Albarran     talbarran@cov.com, eerlich@cov.com

2 | James Duff Lyall     jlyall@acluaz.org, gtorres@acluaz.org

3 | Edward G Caspar     edward.g.caspar@usdoj.gov

4 | Jorge Martin Castillo     jcastillo@maldef.org, iaparicio@maldef.org

5 | Patrick Matthew Malgieri     pmalgieri@harrisbeach.com, keldred@harrisbeach.com, pmmalgieri@gmail.com

6 | Priscilla G Dodson     pdodson@cov.com

7 | Hyun Sik Byun     hbyun@cov.com

8 | Lee Stein     lee@mitchellsteincarey.com