# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Melendres, et al., | No. CV-07-02513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Maricopa, County of, et al., | |
| Defendants. | |

In accordance with its directions at the status conference on Thursday, February 26, 2015, the Court hereby **ORDERS** the following:

1. Specially-appearing party Brian Sands' Motion for Discovery (Doc. 884) is **GRANTED**. Executive Chief (Ret.) Sands may serve up to seven requests for production in connection with the forthcoming civil contempt hearing. All such requests shall be served no later than Tuesday, **March 3, 2015.**

2. Plaintiffs shall serve a Notice of Deposition on former counsel Timothy Casey by Tuesday, **March 3, 2015.**

3. Any appropriate briefing and/or motions for a protective order in response to the aforementioned discovery requests shall be filed by Tuesday, **March 17, 2015**. Thereafter, any reply briefs are to be filed by **March 24, 2015**.

4. Defendants Maricopa County Sheriff's Office and Sheriff Joseph Arpaio shall file a memorandum regarding the maintenance of the information regarding MCSO's completed internal investigations and any

corresponding employee discipline (Doc. 852) under seal by Thursday, **March 6, 2015.**

5. A hearing on any requests for protective order is set for **Friday, March 27, 2015 at 2:00 p.m.**

Dated this 26th day of February, 2015.

/s/ A. Murray Snow
G. Murray Snow
United States District Judge

- 2 -