Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda (SBA 021979)
dpochoda@acluaz.org
Joshua D. Bendor (SBA 031908)
jbendor@acluaz.org
ACLU Foundation of Arizona
3707 North 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV-07-2513-PHX-GMS |
| Plaintiff(s), | **PLAINTIFFS' NOTICE REGARDING COMMUNITY ADVISORY BOARD MEMBERS** |
| v. | |
| Joseph M. Arpaio, et al., | |
| Defendants(s). | |

Additional Attorneys for Plaintiffs:

Andre I. Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Jorge M. Castillo (*Pro Hac Vice*)
jcastillo@maldef.org
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone:  (213) 629-2512
Facsimile:  (213) 629-0266

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran
talbarran@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

Priscilla G. Dodson (*Pro Hac Vice*)
pdodson@cov.com
Covington & Burling LLP
1201 Pennsylvania Avenue
Washington, DC  20004
Telephone:  (202) 662-5996
Facsimile:  (202) 778-5996

On January 12, 2015, Plaintiffs notified the Court that, with their agreement, Lisa Duran had withdrawn from the Community Advisory Board. Doc. 847. Due to professional time commitments, Carlos Santos has now also withdrawn from the Community Advisory Board, again with Plaintiffs' agreement. Pursuant to the Amended Supplemental Permanent Injunction/Judgment Order, Doc. 670, Plaintiffs select Francisca Porchas Coronado and Viridiana Hernandez to replace Ms. Duran and Mr. Santos on the Community Advisory Board. Information about each is attached as Exhibit A.

Respectfully submitted this 4th day of March, 2015.

By: /s/*Joshua D. Bendor*

Daniel J. Pochoda
Joshua D. Bendor
ACLU Foundation of Arizona
Cecillia D. Wang (*Pro Hac Vice*)
Andre I. Segura (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Anne Lai (*Pro Hac Vice*)

Stanley Young (*Pro Hac Vice*)
Tammy Albarran (*Pro Hac Vice*)
Hyun S. Byun (*Pro Hac Vice*)
Priscilla G. Dodson (*Pro Hac Vice*)
Covington & Burling, LLP

Jorge M. Castillo (*Pro Hac Vice*)
Mexican American Legal Defense and Educational Fund

*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

Dated this 4rd day of March, 2015.

*/s/ Joshua D. Bendor*

# EXHIBIT A

**Francisca Porchas Coronado** is the Organizing Director of Puente Human Rights Movement in Phoenix. She was born in Mexico and migrated to the U.S. over 25 years ago. Her work focuses on member recruitment, leadership development, and campaign development at the intersection of race, class, immigration, and criminalization. She previously spent 10 years as the Lead Organizer at the Labor/Community Strategy Center in Los Angeles, where she worked on issues of civil rights and climate and environmental justice, including leading the Billions for Buses Campaign. She is also a co-founder of Dignity and Power Now in Los Angeles, the grassroots organization that recently won the breakthrough policy for a Civilian Review Board for the Custody Division of the L.A. County Sheriff's Department.

**Viridiana Hernandez** is a graduate of Grand Canyon University with a Bachelor of Science in Secondary Education. Currently, she is the Public Policy Director at the Center for Neighborhood Leadership in Phoenix, where she began her career as a community organizer 5 years ago. She has strong ties to the community in Phoenix. She is part of the City of Phoenix Youth Council, leads community involvement in Maryvale Planning and most recently was selected to be part of the City of Phoenix Women's Commission. She is bilingual in Spanish.