**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY
By Thomas P. Liddy
    State Bar No. 019384
    Douglas A. Schwab
    State Bar No. 019289
    Deputy County Attorneys
    MCAO Firm No. 00032000
    liddyt@mcao.maricopa.gov
    schwabd@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541

Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al. | NO. CV07-02513-PHX-GMS |
| Plaintiffs, | **DEFENDANTS JOSEPH M. ARPAIO AND MARICOPA COUNTY SHERIFF'S OFFICE'S SECOND NOTICE OF ESTIMATED TIMELINE FOR COMPLETING THE OUTSTANDING INTERNAL INVESTIGATIONS** |
| vs. | |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

Pursuant to the Court's Order (Doc. 856, p. 2, ll.9-11), on January 26, 2015, Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office ("Defendants") provided the Court March 13, 2015 as the timeline for completing the outstanding

1

internal investigations previously lodged under seal. (Doc. 864). Defendants' counsel received recent correspondence by Mr. Vogel requesting a thirty day continuance.

Due to this information Defendants' counsel has received and the number of spin-off investigations, the investigations will be completed by April 13, 2015.

**DATED** this 9th day of March, 2015

                **IAFRATE & ASSOCIATES**

                By:   s/Michele M. Iafrate
                      Michele M. Iafrate
                      Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

                **MARICOPA COUNTY ATTORNEY**
                **CIVIL SERVICES DIVISION**

                By:   s/Thomas P. Liddy (w/permission)
                      Thomas P. Liddy
                      Douglas A. Schwab
                      Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**ORIGINAL** of the foregoing e-filed
this 9th day of March, 2015, with:

Clerk of the Court
**United States District Court**
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 130, SPC 1
Phoenix, Arizona 85003

**COPIES** of the foregoing e-mailed via ECF this 9th day of March, 2015, to:

Stanley Young
**Covington & Burling**
333 Twin Dolphin Road
Redwood Shores, California  94065
Attorneys for **Plaintiffs**

Daniel J. Pochoda
**ACLU Foundation of Arizona**
3707 North 7th Street, Ste. 235
Phoenix, Arizona  85014
Attorneys for **Plaintiffs**

Cecillia Wang
**ACLU Immigrants' Rights Project**
39 Drumm Street
San Francisco, California  94111
Attorneys for **Plaintiffs**

Andre Segura
**ACLU Immigrants' Rights Project**
125 Broad Street, 18th Floor
New York, New York  10004
Attorneys for **Plaintiffs**

Anne Lai
**University of California**
**Irvine School of Law-Immigrant Rights Clinic**
401 E. Peltason Drive, Ste. 3500
Irvine, California  92616
Attorneys for **Plaintiffs**

Jorge M. Castillo
**MALDEF**
634 S. Spring Street, 11th Floor
Los Angeles, California  90014
Attorneys for **Plaintiffs**

By:   s/Jill Lafornara