ELIZABETH A. STRANGE
Attorney for the United States
District of Arizona
LYNNETTE KIMMINS
Arizona State Bar No. 014456
ROSALEEN O'GARA
Assistant U.S. Attorney
Arizona State Bar No. 029512
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: lynnette.kimmins@usdoj.gov
Email: rosaleen.o'gara@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Marciopa County, AZ, et al.,<br><br>Defendants. | No. CV-07-02513-PHX-GMS<br><br>UNITED STATES' NOTICE REGARDING PARTICIPATION IN SETTLEMENT NEGOTIATIONS |

The United States of America, by and through its undersigned attorneys, hereby submits this Notice at the direction of the Court.

At the status conference held on February 26, 2015, the parties to the underlying civil action indicated their interest in settlement negotiations to resolve all potential liability for civil and criminal contempt. The Court noted that if criminal contempt proceedings were initiated in this case, it would request appointment of the United States Attorney's Office (USAO) to prosecute those charges. Consequently, the Court noted that any global settlement of both civil and possible criminal contempt charges would necessitate the USAO's involvement. The Court then inquired whether the USAO was amenable to participation in a settlement conference before a U.S. Magistrate Judge. The

USAO declined participation; our Office does not engage in criminal settlement negotiations overseen by magistrate judges because court facilitated settlement conferences in criminal matters violate the proscription in Rule 11(c)(1) of the Federal Rules of Criminal Procedure against plea discussion participation by "[t]he court," whether they are facilitated by the District Court or by a magistrate judge. *See, e.g., United States v. Davila*, 133 S. Ct. 2139 (2013) (finding that actions of a magistrate judge who encouraged a plea agreement violated Rule 11(c), even though the magistrate judge had no further role in the case).

The Court then inquired whether the USAO would participate in settlement negotiations with a private mediator and requested that the Office file this Notice articulating its position on this matter. Tr. 2/26/15 at 36-37.

The USAO respectfully declines this invitation. While the Supreme Court's guidance in *Davila* is not directly applicable in the case of a private mediator, the USAO has other concerns. First, we believe our participation would be premature at this juncture because the Court has not made a formal referral to the USAO under Rule 42(a)(2). Nor, as this Court has repeatedly noted, is it clear that such a referral will ever be made. Second, while global settlement of civil and criminal matters may be permissible in some instances, those instances involve situations in which the Government is a party in the civil matter. This is not the case here. Even when the Government is a party to a civil matter, moreover, it is worth noting that global settlements can raise significant ethical issues because the Government can neither be, nor seem to be, trading money for relief or insulation from criminal prosecution. In this instance, the Government is not a party to the civil matter and the USAO is not in a position to negotiate a settlement in a criminal case that it has not initiated or independently investigated.

In reaching this position, the USAO consulted with the Executive Office for United States Attorney's Offices, which agrees with our decision to respectfully decline private mediation.

The USAO would also like to take this opportunity to notify the Court, the parties, and specially non-appearing parties that any matters or communications regarding potential criminal contempt will be handled by Assistant United States Attorneys Lynnette Kimmins and Rosaleen O'Gara.

Copies of all filings, henceforth, should be served on counsel as indicated below:

Lynnette Kimmins
Rosaleen O'Gara
Assistant U.S. Attorneys
United States Attorney's Office
District of Arizona
405 W. Congress St., Suite 4800
Tucson, AZ  85701-5040
Email: lynnette.kimmins@usdoj.gov
Email: rosaleen.o'gara@usdoj.gov
Telephone:  (520) 620-7300
Facsimile:   (520) 620-7320

Respectfully submitted this 10th day of March, 2015.

                    ELIZABETH A. STRANGE
                    Attorney for the United States
                    Acting Under Authority Conferred by
                    28 U.S.C. § 515
                    District of Arizona

*s/Lynnette Kimmins*
*s/Rosaleen O'Gara*

LYNNETTE KIMMINS
ROSALEEN O'GARA
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 10th day of March, 2015, to:

All ECF participants.