Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV-07-2513-PHX-GMS |
| Plaintiff(s), | **PLAINTIFFS' NOTICE OF CONTINUED DEPOSITION OF GERARD SHERIDAN** |
| v. | |
| Joseph M. Arpaio, et al., | |
| Defendants(s). | |

Additional Attorneys for Plaintiffs:

Andre I. Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Jorge M. Castillo (*Pro Hac Vice*)
jcastillo@maldef.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran
talbarran@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

Priscilla G. Dodson (*Pro Hac Vice*)
pdodson@cov.com
Covington & Burling LLP
1201 Pennsylvania Avenue
Washington, DC  20004
Telephone: (202) 662-5996
Facsimile: (202) 778-5996

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(a), the deposition of Gerard Sheridan, in his individual and official capacity as Chief Deputy of the Maricopa County Sheriff's Office, will be continued by Plaintiffs in Manuel de *Jesus Ortega Melendres, et al. v. Joseph M. Arpaio, et al.,* on March 27, 2015.  The deposition will be taken at Legal Video Specialists, 3033 N. Central Avenue, Suite 100, Phoenix, Arizona, 85012, beginning at 9:00 a.m. for the remainder of the seven hour period defined in the Court's February 12, 2015 order at Docket No. 6, before an officer authorized by law to administer oaths.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, deposing party intends to cause the proceedings to be recorded stenographically and they may be videotaped.

RESPECTFULLY SUBMITTED this 23rd day of March, 2015.

By: /s/ Cecillia D. Wang

Cecillia D. Wang (*Pro Hac Vice*)
Andre I. Segura (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Daniel Pochoda
ACLU Foundation of Arizona

Anne Lai (*Pro Hac Vice*)

Stanley Young (*Pro Hac Vice*)
Tammy Albarran (*Pro Hac Vice*)
Hyun S. Byun (*Pro Hac Vice*)
Priscilla G. Dodson (*Pro Hac Vice*)
Covington & Burling, LLP

Jorge M. Castillo (*Pro Hac Vice*)
Mexican American Legal Defense and Educational Fund
*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and caused the attached document to be e-mailed to:

Thomas P. Liddy
liddyt@mcao.maricopa.gov
Michele M. Iafrate
miafrate@iafratelaw.com
Douglas A. Schwab
schwabd@mcao.maricopa.gov
*Attorneys for Defendant Sheriff Joseph Arpaio and the Maricopa County Sherriff's Office*

A. Melvin McDonald
mmcdonald@jshfirm.com
*Attorney for Defendant Sheriff Joseph Arpaio*

Gary L. Birnbaum
gbirnbaum@dickinsonwright.com
David J. Ouimette
douimette@dickinsonwright.com
*Attorneys for Deputy Chief Jack MacIntyre*

Lee Stein
lee@mitchellsteincarey.com
Barry Mitchell
barry@mitchellsteincarey.com
*Attorneys for Chief Deputy Jerry Sheridan*

Gregory Stephen Como
greg.como@lewisbrisbois.com
Dane Adam Dodd
dane.dodd@lewisbrisbois.com
John Douglas Wilenchik
jackw@wb-law.com
*Attorneys for Executive Chief (ret.) Brian Sands*

David Eisenberg
david@davideisenbergplc.com
*Attorney for Lieutenant Joseph Sousa*

　　　　　　　　　　　　　　　　　　　　*/s/* Cecillia D. Wang

2