Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
Joshua D. Bendor
jbendor@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Joseph M. Arpaio, et al., <br><br> Defendants(s). | CV-07-2513-PHX-GMS <br><br> **PLAINTIFFS' LIST OF POTENTIAL WITNESSES FOR APRIL 21-24, 2015 HEARING ON CONTEMPT ISSUES** |

Additional Attorneys for Plaintiffs:

Andre I. Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Jorge M. Castillo (*Pro Hac Vice*)
jcastillo@maldef.org
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran (*Pro Hac Vice*)
talbarran@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

Priscilla G. Dodson (*Pro Hac Vice*)
pdodson@cov.com
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5996
Facsimile: (202) 778-5996

Pursuant to Paragraph 4 of the Court's Order (D.I. 862) and the Court's Order to Extend Deadlines (D.I. 929), Plaintiffs Manuel de Jesus Ortega Melendres, et al. ("Plaintiffs") hereby serve the following list of each fact witness that they intend to call at or may call at the hearing on contempt issues on April 21-24, 2015. The discovery process is still ongoing and Plaintiffs reserve the right to request leave to supplement the below list based on information that they subsequently obtain. Further, Plaintiffs reserve the right to identify expert(s) on the issue of damages as soon as Plaintiffs are able to determine the nature of the harm to the victims.

Plaintiffs further reserve the right to call any witness disclosed by Defendants Joseph M. Arpaio, et al. or any non-party contemnor.

**Witness Name**

1. Joseph M. Arpaio
2. Timothy J. Casey
3. Emily Doan
4. Brian Jakowinicz
5. John MacIntyre
6. Brett Palmer
7. Carlos Rangel
8. Brian Sands
9. Rollie Seebert
10. Gerard Sheridan
11. Joseph Sousa
12. David Trombi
13. Mike Trowbridge
14. Mario Varela-Loza
15. Sophia Yapalater

16. Other victims of the violation of the preliminary injunction that Plaintiffs' counsel may contact between now and the hearing based on information recently obtained or to be obtained

RESPECTFULLY SUBMITTED this 1st day of April, 2015.

By: /s/ *Stanley Young*

Cecillia D. Wang (*Pro Hac Vice*)
Andre I. Segura (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Daniel Pochoda
Joshua D. Bendor
ACLU Foundation of Arizona

Anne Lai (*Pro Hac Vice*)

Stanley Young (*Pro Hac Vice*)
Tammy Albarran (*Pro Hac Vice*)
Hyun S. Byun (*Pro Hac Vice*)
Priscilla G. Dodson (*Pro Hac Vice*)
Covington & Burling, LLP

Jorge M. Castillo (*Pro Hac Vice*)
Mexican American Legal Defense and Educational Fund
*Attorneys for Plaintiffs*

2

CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and caused the attached document to be e-mailed to:

Thomas P. Liddy
liddyt@mcao.maricopa.gov
Michele M. Iafrate
miafrate@iafratelaw.com
*Attorneys for Defendant Sheriff Joseph Arpaio and the Maricopa County Sherriff's Office*

A. Melvin McDonald
mmcdonald@jshfirm.com
*Attorney for Defendant Sheriff Joseph Arpaio*

Gary L. Birnbaum
gbirnbaum@dickinsonwright.com
David J. Ouimette
douimette@dickinsonwright.com
*Attorneys for Deputy Chief Jack MacIntyre*

Lee Stein
lee@mitchellsteincarey.com
Barry Mitchell
barry@mitchellsteincarey.com
*Attorneys for Chief Deputy Jerry Sheridan*

Gregory Stephen Como
greg.como@lewisbrisbois.com
Dane Adam Dodd
dane.dodd@lewisbrisbois.com
John Douglas Wilenchik
jackw@wb-law.com
*Attorneys for Executive Chief (ret.) Brian Sands*

                              */s/ Stanley Young*