Michele M. Iafrate (#015115)
miafrate@iafratelaw.com
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, Arizona 85003
Telephone: (602) 234-9775

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY
By Thomas P. Liddy (#019384)
Douglas A. Schwab (#019289)
Deputy County Attorney
MCAO Firm No. 00032000
liddyt@mcao.maricopa.gov

Attorneys for Defendants Sheriff Joseph M.
Arpaio and Maricopa County Sheriff's Office

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | |
| v. | **SUPPLEMENTAL MOTION TO VACATE HEARING AND REQUEST FOR ENTRY OF JUDGMENT** |
| Joseph M. Arpaio, et al., | |
| Defendants. | **(Request for Expedited Ruling)** |

Defendants Joseph Arpaio and the Maricopa County Sheriff's Office, and identified non-party Chief Deputy Gerard Sheridan hereby submit Amended Exhibits A and B to the Expedited Motion to Vacate Hearing and Request for Entry of Judgment (Doc. 948) in light of comments made by the Court at the status conference held on March 20, 2015. Defendants have attached to this supplemental motion and the revised exhibits.

In submitting this supplemental motion, Defendants make the following comments:

1. Sheriff Arpaio and Chief Sheridan will personally make a contribution of a total of $100,000 to a civil rights organization approved by the Court, as described at 2(c) of Exhibit B. The funds used for such contribution will not come from any other source, such as a legal defense fund.

2. Although all parties who are the subject of the Order to Show Cause have not consented to a finding of civil contempt, Defendants urge the Court to resolve the entire contempt proceeding through the entry of an order finding Sheriff Arpaio, MCSO and Chief Deputy Sheridan in civil contempt, and imposing the remedies identified in Exhibit B.

3. We shared the Amended Exhibits with Plaintiffs who have declined our request to join Defendants' motion for entry of judgment. Nevertheless, in light of the stipulations and remedies offered, we request that the Court enter judgment against Sheriff Arpaio, MCSO, and Chief Deputy Sheridan for civil contempt and vacate the hearing scheduled for April 21-24.

Accordingly, for the reasons stated in the original motion [Doc. 948] and in this supplemental motion, we request that the Court vacate the contempt hearing and enter judgment finding Sheriff Arpaio, MCSO and Chief Deputy Sheridan in civil contempt of court.

RESPECTFULLY SUBMITTED April 10. 2015.

IAFRATE & ASSOCIATES

By: *s/Michele M. Iafrate*
Michele M. Iafrate
Attorneys for Sheriff Joseph M. Arpaio
and Maricopa County Sheriff's Office

|  |  |
|---|---|
| 1 |  |
| 2 | MARICOPA COUNTY ATTORNEY |
| 3 | CIVIL SERVICES DIVISION |
| 4 | By: _s/Thomas P. Liddy w/permission_ |
| 5 | Thomas P. Liddy |
|  | Douglas A. Schwab |
| 6 | Attorneys for Sheriff Joseph M. Arpaio |
| 7 | and Maricopa County Sheriff's Office |
| 8 | JONES SKELTON & HOCHULI |

MARICOPA COUNTY ATTORNEY
CIVIL SERVICES DIVISION

By: _s/Thomas P. Liddy w/permission_
　　Thomas P. Liddy
　　Douglas A. Schwab
　　Attorneys for Sheriff Joseph M. Arpaio
　　and Maricopa County Sheriff's Office

JONES SKELTON & HOCHULI

By: _s/A. Melvin McDonald w/permission_
　　A. Melvin McDonald
　　Attorney for Sheriff Joseph M. Arpaio

MITCHELL STEIN & CAREY

By: _s/Lee Stein w/permission_
　　Lee Stein
　　Barry Mitchell
　　Attorneys for Chief Deputy Sheridan

### CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2015, I electronically transmitted the attached document using the CM/ECF system for filing, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

_s:/Tracy Cryan_