Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
Joshua D. Bendor
jbendor@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV-07-2513-PHX-GMS |
| Plaintiff(s), | **PLAINTIFFS' OPPOSITION TO DEFENDANTS SUPPLEMENTAL MOTION TO VACATE HEARING AND REQUEST FOR ENTRY OF JUDGMENT** |
| v. | |
| Joseph M. Arpaio, et al., | |
| Defendants(s). | |

Additional Attorneys for Plaintiffs:

Andre I. Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Jorge M. Castillo (*Pro Hac Vice*)
jcastillo@maldef.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran (*Pro Hac Vice*)
talbarran@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

Priscilla G. Dodson (*Pro Hac Vice*)
pdodson@cov.com
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5996
Facsimile: (202) 778-5996

Plaintiffs oppose Defendants' supplemental motion to vacate. Plaintiffs believe that the evidence, much of it yet to be seen by the Court, will demonstrate that there were intentional and, as to the December 23, 2011 preliminary injunction, extended violations of the Court's orders, which is relevant to the inquiry into the proper remedy for those violations. Defendants' proposed stipulation of facts fails to recite the facts that the scheduled hearing will bring to light. Plaintiffs believe that, among other things, an appropriate remedy for the violations will include greater oversight and control by the Monitor over the operations of the MCSO so as to prevent the future violation of the Court's remedial orders. A hearing will allow presentation to the Court of the reasons for the violations and evidence about what will be required to avoid repetition, which will facilitate the Court's decision about the appropriate remedy.

RESPECTFULLY SUBMITTED this 13th day of April, 2015.

By: /s/ *Stanley Young*

Cecillia D. Wang (*Pro Hac Vice*)
Andre I. Segura (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Daniel Pochoda
Joshua D. Bendor
ACLU Foundation of Arizona

Anne Lai (*Pro Hac Vice*)

Stanley Young (*Pro Hac Vice*)
Tammy Albarran (*Pro Hac Vice*)
Hyun S. Byun (*Pro Hac Vice*)
Priscilla G. Dodson (*Pro Hac Vice*)
Covington & Burling, LLP

Jorge M. Castillo (*Pro Hac Vice*)
Mexican American Legal Defense and Educational Fund
*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and caused the attached document to be e-mailed to:

>Thomas P. Liddy
>liddyt@mcao.maricopa.gov
>Michele M. Iafrate
>miafrate@iafratelaw.com
>*Attorneys for Defendant Sheriff Joseph Arpaio and the Maricopa County Sherriff's Office*
>
>A. Melvin McDonald
>mmcdonald@jshfirm.com
>*Attorney for Defendant Sheriff Joseph Arpaio*
>
>Gary L. Birnbaum
>gbirnbaum@dickinsonwright.com
>David J. Ouimette
>douimette@dickinsonwright.com
>*Attorneys for Deputy Chief Jack MacIntyre*
>
>Lee Stein
>lee@mitchellsteincarey.com
>Barry Mitchell
>barry@mitchellsteincarey.com
>*Attorneys for Chief Deputy Jerry Sheridan*
>
>Gregory Stephen Como
>greg.como@lewisbrisbois.com
>Dane Adam Dodd
>dane.dodd@lewisbrisbois.com
>John Douglas Wilenchik
>jackw@wb-law.com
>*Attorneys for Executive Chief (ret.) Brian Sands*
>
>David S. Eisenberg
>david@deisenbergplc.com
>*Attorney for Joseph Sousa*

              */s/ Stanley Young*

2