WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:  THOMAS P. LIDDY (019384)
     Deputy County Attorneys

CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone No. (602) 506-8541
Facsimile No. (602) 506-8567
liddyt@mcao.maricopa.gov

Attorney for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV 07-02513-PHX-GMS |
| Plaintiffs, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS** |
| vs. | |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

      Pursuant to Rule 83.3(b)(2), United States District Court Rules, District of Arizona, and ER 1.7(a)(2), Rule 42, Rules of the Arizona Supreme Court, Thomas P. Liddy, co-counsel for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office applies to the Court for its Order allowing him to withdraw as counsel of record for Defendants in this matter.

1. This application does not bear the written approval of the Defendants. However, by way of this Motion, Thomas P. Liddy, counsel for the Defendants, certifies by way of this Motion, that he has notified the clients via letter on April 21, 2015 of the status of the case as required by Rule 83.3(b)(2)(A) by e-mailing and mailing a copy of the attached letter to Defendant Joseph Apraio, his counsel in this proceeding, Michele Iafrate, and counsel he retained for the possible criminal contempt proceedings, Mel McDonald, at the addresses listed in the attached Certificate of Service.

2. Thomas Liddy's withdrawal of representing Defendants can be accomplished at this current date without prejudice to Defendants because: (a) the trial has occurred in 2012 and a judgment entered; (b) the litigation is in the compliance process with the Orders of the Court and various deadlines set by Court Order and subject to Court oversight and determination; (c) the compliance process is established and underway and expected to continue for some unknown period of time; and (d) defendants are, and have been since November, 2014, capably represented by lead-counsel Michele Iafrate of Iafrate and Associates and such representation of the Defendants by the MCAO shall continue.

3. In addition to being represented by Michele Iafrate, Defendant Joseph Arpaio has retained as counsel for possible criminal contempt proceedings A. Melvin McDonald from Jones Skelton & Hochuli, PLC. Mr. McDonald has been, and is anticipated to be, at all of the ongoing civil contempt proceedings.

4. The address and phone number for Sheriff Arpaio and the Maricopa County Sheriff's Office is as follows:

> Maricopa County Sheriff's Office Headquarters
> 550 West Jackson Street
> Phoenix, AZ  85003
> (602) 876-1801

WHEREFORE, the Maricopa County Attorney's Office and its attorneys respectfully request that the Court grant this Application to Withdraw as Counsel of Record for Defendants.

**RESPECTFULLY SUBMITTED** this 21st day of April 2015.

>                   WILLIAM G. MONTGOMERY
>                   MARICOPA COUNTY ATTORNEY
>
>                   BY:  /s/ Thomas P. Liddy
>                        THOMAS P. LIDDY
>                        Attorney for Defendants
>                        Joseph M. Arpaio and Maricopa County
>                        Sheriff's Office

### CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2015, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable G. Murray Snow
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 622
401 West Washington Street, SPC 80
Phoenix, AZ  85003

…
…
…

-3-

Stanley Young, Esq.
Andrew Carl Byrnes, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, California  94065
*Attorney for Plaintiffs*

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, AZ  85014
*Attorney for Plaintiffs*

Cecillia Wang
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California  94111
*Attorney for Plaintiffs*

Andre Segura, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY  10004
*Attorney for Plaintiffs*

Anne Lai
UNIVERSITY OF CALIFORNIA
IRVINE SCHOOL OF LAW-IMMIGRANT RIGHTS CLINIC
401 E. Peltason Drive, Ste. 3500
Irvine, California 92616
*Attorneys for Plaintiffs*

Jorge M. Castillo
MALDEF
634 S. Spring Street, 11th Floor
Los Angeles, California 90014
*Attorneys for Plaintiffs*

…
…

-4-

Michele M. Iafrate
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, Arizona 85003
*Attorneys for Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office*

Richard K. Walker
Walker & Peskind, PLLC
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
*Attorneys for Defendant Maricopa County, Arizona*

A Melvin McDonald, Jr.
**Jones Skelton & Hochuli, PLC**
2901 N. Central Ave., Suite 800
Phoenix, Arizona 85012-2728
*Attorneys for Defendant Joseph Arpaio*

/s/ Selena Rojas

S:\CIVIL\CIV\Matters\GN\2015\Melendres Special Project GN15 258\Dist Court pleadings\TL's New Application to withdraw 042115.docx