**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Phoenix Division        **CIVIL MINUTES - EVIDENTIARY HEARING**

CV-07-02513-PHX-GMS        DATE: 4/23/2015
 Year   Case No.   Initials

HON: G. Murray Snow

Caption: Manuel de Jesus Ortega Melendres, et al. v. Joseph M. Arpaio, et al.

Deputy Clerk: Kathleen Zoratti   Court Reporter: Gary Moll

Plaintiffs' Attys: Cecillia Wang, Stanley Young, Joshua Bendor, Andre Segura, Daniel Pochoda and Hyun Byun

Defendants' Attys: Michele Iafrate, Andrew McDonald, Jr, Lee Stein, Gregory Como, Douglas Schwab, Richard Walker and Gary Birnbaum

Day #3

8:34 a.m. Counsel are present as stated above. Also present: Chief Robert Warshaw. Deputy Monitors John Girvin and Raul Martinez. Chief Deputy Gerard Sheridan. Defendant Sheriff Joseph M. Arpaio. Chief Brian Sands. **Plaintiffs' case continues:** Sheriff Joseph M. Arpaio resumes the stand and testifies further. Exhibits 201-A, 201-B, 195-A, 198-A, 197-A, 198-B, 199-A, 199-B, 200-A, 196-A, 196-C, 196-D, 196-E, 78, 84, 85, 180, 87, 88, 182, 193-A, 193-B, 193-C and 203 admitted. 10:09 a.m. Recess.

10:31 a.m. Reconvene. Sheriff Joseph M. Arpaio resumes the stand and testifies further. The Court asks questions of the witness. 12:16 p.m. Recess.

1:22 p.m. Reconvene. Sheriff Joseph M. Arpaio resumes the stand and testifies further. The Court asks additional questions of the witness. Witness excused. Joseph Sousa is sworn and testifies. Exhibits 216, 169, 168 and 212 admitted. 3:03 p.m. Recess.

3:29 p.m. Reconvene. Joseph Sousa resumes the stand and testifies further. Exhibit 132 admitted. Witness excused. Discussion held. Maricopa County reserves its right to contest its status as a party.

5:25 p.m. Recess. Court stands in recess until 8:30 a.m. on 4/24/2015.

Time in Court: 6 hrs. 57 mins.