**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Phoenix Division    **CIVIL MINUTES - EVIDENTIARY HEARING**

CV-07-02513-PHX-GMS     DATE: 4/24/2015
 Year   Case No.   Initials

HON: G. Murray Snow

Caption: Manuel de Jesus Ortega Melendres, et al. v. Joseph M. Arpaio, et al.

Deputy Clerk: Kathleen Zoratti   Court Reporter: Gary Moll

Plaintiffs' Attys: Cecillia Wang, Stanley Young, Joshua Bendor, Andre Segura, Daniel Pochoda and Hyun Byun

Defendants' Attys: Michele Iafrate, Andrew McDonald, Jr, Lee Stein, Gregory Como, Douglas Schwab, Richard Walker and Gary Birnbaum

Day #4

8:41 a.m. Counsel are present as stated above. Also present: Chief Robert Warshaw. Deputy Monitors John Girvin and Raul Martinez. Chief Deputy Gerard Sheridan. Defendant Sheriff Joseph M. Arpaio. Chief Brian Sands. Timothy Casey with counsel, Karen Clark. **Plaintiffs' case continues:** Chief Deputy Gerard Sheridan is sworn and testifies. 10:04 a.m. Recess.

1:37 p.m. Reconvene. Discussion held. 1:39 p.m. Recess.

1:48 p.m. Reconvene. Chief Deputy Gerard Sheridan resumes the stand and testifies further. Timothy Casey is excused from the courtroom. Exhibits 147, 204-C, 204-D, 204-E and 204-G admitted. Exhibit 522 marked for identification. 3:16 a.m. Recess.

3:37 a.m. Reconvene. Chief Deputy Gerard Sheridan resumes the stand and testifies further. The Court asks questions of the witness. Exhibits 1000 and 1001 marked for identification. Examination of Chief Deputy Gerard Sheridan will resume on a date to be determined.

IT IS ORDERED setting a Status Conference for **May 8, 2015 at 9:00 a.m.** Out of state counsel and Mr. Eisenberg may appear telephonically. Plaintiffs' counsel shall obtain a conference call in number and disseminate to the Court and parties in advance of the hearing.

IT IS ORDERED that Plaintiffs' brief regarding attorney/client privilege is due by **April 30, 2015**. Responses are due by **May 7, 2015**.

Mr. Liddy addresses the Court. Objections, if any, to the Amended and Supplemental Motion to Withdraw as Counsel of Record for Defendants (Doc. 1028) are due by **May 6, 2015**.

5:37 p.m. Sealed conference is held with the parties and counsel.

5:56 p.m. Court stands in recess.

Time in Court: 5 hrs. 10 mins.