Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV-07-2513-PHX-GMS |
| Plaintiff(s), | **RESPONSE TO DEFENDANTS MCSO AND SHERIFF ARPAIO'S OBJECTION TO COURT-ORDERED DISCLOSURE PROCEDURE** |
| v. | |
| Joseph M. Arpaio, et al., | |
| Defendants(s). | |

Additional Attorneys for Plaintiffs:

| | |
|---|---|
| Andre I. Segura (*Pro Hac Vice*) | Jorge M. Castillo (*Pro Hac Vice*) |
| asegura@aclu.org | jcastillo@maldef.org |
| ACLU Foundation | Mexican American Legal Defense and |
| Immigrants' Rights Project | Educational Fund |
| 125 Broad Street, 17th Floor | 634 South Spring Street, 11th Floor |
| New York, NY 10004 | Los Angeles, California 90014 |
| Telephone: (212) 549-2676 | Telephone:  (213) 629-2512 |
| Facsimile: (212) 549-2654 | Facsimile:  (213) 629-0266 |

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran
talbarran@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

Priscilla G. Dodson (*Pro Hac Vice*)
pdodson@cov.com
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
Telephone: : (202) 662-5996
Facsimile:  (202) 778-5996

Plaintiffs respectfully submit this Response to Defendants MCSO and Sheriff Arpaio's Objection to Court-Ordered Disclosure Procedure.  First, the Court's order directing the Monitoring Team immediately to gather and to sequester documents was entirely proper and prudent in light of Defendants' prior history of noncompliance with the Court's orders relating to document preservation and production, including the events giving rise to Defendants' contempt of the Court's May 14, 2014, order, their spoliation of evidence earlier in this litigation, and their more recent noncompliance with the Court's February 12, 2015, discovery order.

Second, Plaintiffs have no objection to Defendants' request that they be given a reasonable opportunity to review the sequestered documents for privilege.  The timeline for such attorney review should be adequate, but also expedited and brief.

Third, Defendants are incorrect in their argument that they were entitled to prior notice of the subject matter of all questions that might be posed to witnesses during the April 21-24, 2015 evidentiary hearing.  It is true that a person charged with contempt is entitled to notice of any contempt charges, and that currently the grounds for possible contempt are those set forth in the Court's February 12, 2015 Order to Show Cause.  But the Court has ample inherent powers to inquire at any time about possibly improper activities of a party in the context of a case, especially where the activities are the subject of a press article.  Further, it is apparent that MCSO had ample notice of the subject matter contained in the Phoenix New Times article by Stephen Lemons:  Sheriff Arpaio indicated that he had previously read the article, and an MCSO spokesperson was, in fact, quoted within.  If there were any objection to questions on this matter, they should have been interposed during the questioning itself.  The absence of such objection constitutes a waiver of such objection.  This waiver was confirmed when defense counsel later elicited the testimony of Chief Deputy Sheridan on the very same subject.

RESPECTFULLY SUBMITTED this 29th day of April, 2015.

By: /s/ Cecillia D. Wang

1

|   |   |
|---|---|
| 1 | Cecillia D. Wang (*Pro Hac Vice*) |
|   | Andre I. Segura (*Pro Hac Vice*) |
| 2 | ACLU Foundation |
| 3 | Immigrants' Rights Project |
| 4 | Daniel Pochoda |
|   | ACLU Foundation of Arizona |
| 5 |   |
| 6 | Anne Lai (*Pro Hac Vice*) |
| 7 |   |
|   | Stanley Young (*Pro Hac Vice*) |
| 8 | Tammy Albarran (*Pro Hac Vice*) |
|   | Hyun S. Byun (*Pro Hac Vice*) |
| 9 | Priscilla G. Dodson (*Pro Hac Vice*) |
| 10 | Covington & Burling, LLP |
| 11 | Jorge M. Castillo (*Pro Hac Vice*) |
|   | Mexican American Legal Defense and |
| 12 | Educational Fund |
| 13 | *Attorneys for Plaintiffs* |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and caused the attached document to be e-mailed to:

Thomas P. Liddy
liddyt@mcao.maricopa.gov
Michele M. Iafrate
miafrate@iafratelaw.com
*Attorneys for Defendant Sheriff Joseph Arpaio and the Maricopa County Sherriff's Office*

A. Melvin McDonald
mmcdonald@jshfirm.com
*Attorney for Defendant Sheriff Joseph Arpaio*

Gary L. Birnbaum
gbirnbaum@dickinsonwright.com
David J. Ouimette
douimette@dickinsonwright.com
*Attorneys for Deputy Chief Jack MacIntyre*

Lee Stein
lee@mitchellsteincarey.com
Barry Mitchell
barry@mitchellsteincarey.com
*Attorneys for Chief Deputy Jerry Sheridan*

Gregory Stephen Como
greg.como@lewisbrisbois.com
Dane Adam Dodd
dane.dodd@lewisbrisbois.com
John Douglas Wilenchik
jackw@wb-law.com
*Attorneys for Executive Chief (ret.) Brian Sands*

                                              */s/* Cecillia D. Wang