WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:    THOMAS P. LIDDY (019384)
        Deputy County Attorneys

CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone No. (602) 506-8541
Facsimile No. (602) 506-8567
liddyt@mcao.maricopa.gov

Attorney for Defendants Joseph M. Arpaio and
the Maricopa County Sheriff's Office

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.,<br><br>       Plaintiffs,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>       Defendants. | CV 07-02513-PHX-GMS<br><br>**NOTICE TO THE COURT REGARDING COMPLIANCE WITH ORDER AT DOC. 1033 AND SEALED ORDER AT DOC.1033-1** |

       Pursuant to Judge Snow's Order at Document 1033 and Sealed Order at Document 1033-1, Thomas Liddy has submitted those documents in his possession to Magistrate Judge John Z. Boyle *in camera* and under seal. Thomas Liddy has also submitted to Judge Boyle his argument as it relates to those documents being subject to the attorney-client privilege and the work-product privilege.

**RESPECTFULLY SUBMITTED** this 29<u>th</u> day of April 2015.

        WILLIAM G. MONTGOMERY
        MARICOPA COUNTY ATTORNEY


      BY: /s/ Thomas P. Liddy
        THOMAS P. LIDDY


### CERTIFICATE OF SERVICE

  I hereby certify that on April 29, 2015, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable John Z. Boyle
United States District Courthouse
Sandra Day O'Connor U.S. Courthouse, Suite 322
401 West Washington Street, SPC 75
Phoenix, AZ 85003-2160

Honorable G. Murray Snow
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 622
401 West Washington Street, SPC 80
Phoenix, AZ  85003

Stanley Young, Esq.
Andrew Carl Byrnes, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, California 94065
*Attorney for Plaintiffs*

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
*Attorney for Plaintiffs*

…
…

1  Cecillia Wang
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
2  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
3  San Francisco, California 94111
4  *Attorney for Plaintiffs*

5
   Andre Segura, Esq.
6  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
7  125 Broad Street, 18th Floor
8  New York, NY 10004
   *Attorney for Plaintiffs*
9
10 Anne Lai
   UNIVERSITY OF CALIFORNIA
11 IRVINE SCHOOL OF LAW-IMMIGRANT RIGHTS CLINIC
12 401 E. Peltason Drive, Ste. 3500
   Irvine, California 92616
13 *Attorneys for Plaintiffs*

14
   Jorge M. Castillo
15 MALDEF
16 634 S. Spring Street, 11th Floor
   Los Angeles, California 90014
17 *Attorneys for Plaintiffs*

18
   Michele M. Iafrate
19 IAFRATE & ASSOCIATES
20 649 North Second Avenue
   Phoenix, Arizona 85003
21 *Attorneys for Defendants Joseph M. Arpaio*
22 *and Maricopa County Sheriff's Office*

23 Richard K. Walker
   Walker & Peskind, PLLC
24 16100 N. 71st Street, Suite 140
25 Scottsdale, Arizona 85254-2236
   *Attorneys for Defendant Maricopa County,*
26 *Arizona*

27 …
28 …

A Melvin McDonald, Jr.
Jones Skelton & Hochuli, PLC
2901 N. Central Ave., Suite 800
Phoenix, Arizona 85012-2728
*Attorneys for Defendant Joseph Arpaio*

/s/ Selena Rojas

S:\CIVIL\CIV\Matters\GN\2015\Melendres Special Project GN15 258\Dist Court pleadings\Notice to the Court 042915.docx