| | | |
|---|---|---|
| AO 435<br>AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | **FOR COURT USE ONLY**<br>DUE DATE: |

| 1. NAME Adam Longo | 2. PHONE NUMBER 602-650-0778 | 3. DATE 4-29-15 |
|---|---|---|
| 4. FIRM NAME **CBS5 News KPHO-TV** | | |
| 5. MAILING ADDRESS 4016 N Black Canyon Hwy | 6. CITY Phoenix | 7. STATE AZ   8. ZIP CODE 85017 |
| 9. CASE NUMBER 07cv02513, | 10. JUDGE SNOW | DATES OF PROCEEDINGS<br>11. 4/24    12. 4/24 |
| 13. CASE NAME Melendres et al Vs Arpaio | | LOCATION OF PROCEEDINGS<br>14. Phoenix   15. STATE AZ |

16. ORDER FOR
☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☐ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☑ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | Jerry Sheridan | 4/24 |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 7 DAYS | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☑ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

E-MAIL ADDRESS  adam.longo@cbs5az.com

19. SIGNATURE  adamlongo

NOTE: IF ORDERING MORE THAN ONE FORMAT,
THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE 4/29/15

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:  COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY