Karen Clark, Bar No. 012665
Ralph Adams, Bar No. 015599
**ADAMS & CLARK, PC**
520 East Portland Street, Suite 200
Phoenix, AZ 85004
(602) 258-3542
karen@adamsclark.com
Attorneys for Timothy J. Casey

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **MANUEL de JESUS ORTEGA MELENDRES, et al.,**<br><br>Plaintiff(s)<br><br>v.<br><br>**JOSEPH M. ARPAIO, et al.,**<br><br>Defendant(s). | Case No.: CV-07-2513-PHX-GMS<br><br>**NOTICE OF COMPLIANCE WITH SEALED ORDER** |

  Karen Clark, counsel for non-party Timothy J. Casey, hereby provides notice that prior to 5pm on April 29, 2015, she complied with this Court's Sealed Order at Document 1033.

  Undersigned counsel has not provided any argument and/or briefing regarding the submitted documents. Undersigned counsel understands that this Court's Sealed Order required counsel for the parties to brief the issues for the Court and/or the Magistrate. Undersigned counsel has so advised non-party Timothy J. Casey.

**RESPECTFULLY SUBMITTED** this 30th day of April, 2015.

        ADAMS & CLARK, P.C.

        /s/ Karen Clark
        Karen Clark
        Attorney for Non-party Timothy J. Casey

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2015, I caused the foregoing document to be **electronically transmitted to the Clerk's Office using the CM/ECF System** for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable John Z. Boyle
United States District Courthouse
Sandra Day O'Connor U.S. Courthouse, Suite 322
401 West Washington Street, SPC 75
Phoenix, AZ 85003-2160

Honorable G. Murray Snow
United States District Courthouse
Sandra Day O'Connor U.S. Courthouse, Suite 622
401 West Washington Street, SPC 75
Phoenix, AZ 85003-2160

Stanley Young, Esq.
Andrew Carl Byrnes, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, CA 94065
*Attorney for Plaintiffs*

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
*Attorney for Plaintiffs*

Cecillia D. Wang
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
cwang@aclu.org
*Attorney for Plaintiff Melendres*

Thomas P. Liddy
CIVIL SERVICES DIVISION
MARICOPA COUNTY ATTORNEY'S OFFICE
222 North Central Avenue, Suite 1100
Phoenix, AZ 85005
liddyt@mcao.maricopa.gov
*Attorney for Defendant Jospeh Arpaio and Maricopa County Sheriff's Office*

Michele M. Iafrate, Esq.
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, AZ 85003
miafrate@iafratelaw.com
*Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office*

Deborah L. Garner, Esq.
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, AZ 85003
*Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office*

A. Melvin McDonald
JONES SKELTON & HOCHULI, PLC
2901 N. Central Avenue, Suite 800
Phoenix, AZ 85012-2728
mmcdonald@jshfirm.com
*Attorney for Defendant Sheriff Joseph Arpaio*

Andre Segura, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
*Attorneys for Plaintiffs*

Anne Lai
UNIVERSITY OF CALIFORNIA
IRVINE SCHOOL OF LAW-IMMIGRANT RIGHTS CLINIC
401 E. Peltason Drive, Suite 3500
Irvine, CA 92616

Jorge M. Castillo
MALDEF
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
*Attorneys for Plaintiffs*

Richard K. Walker
WALKER & PESKIND, PLLC
16100 N. 71st Street, Suite 140
Scottsdale, AZ 85254-2236
*Attorneys for Defendant Maricopa County, Arizona*


By:    /s/Beverley Thomas