IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

A Status Conference is set for May 8, 2015.  The parties are to be prepared to discuss matters including but not limited to the following:

1.    The status of Defendants Maricopa County Sheriff's Office and Maricopa County's compliance in searching the agency and county's databases for documents responsive to the Court's February 12, 2015 Order. (Doc. 881.)

2.    The status of the Defendants' compliance with the Court's April 23–24, 2015 Orders relating to document production.

3.    The status and schedule for MCSO's completion of its internal investigations.

4.    Whether any counsel of record believes steps are necessary to comply with his or her obligations under E.R. 3.3(a)(3), and the appropriate scheduling of such steps.

5.    Whether the depositions of Timothy Casey, Thomas Liddy, and Christine Stutz, or other relevant attorneys with the Maricopa County Attorney's Office, may be

scheduled by Plaintiffs prior to the resumption of the contempt hearing.

6.     Whether other depositions are or may be justified and/or sought by the Parties, to include Maricopa County, in light of the above issues and Maricopa County's entry into the case.

7.     The appropriate remedies in civil contempt for violations of the Court's Orders, and whether discovery needs to be undertaken with respect thereto or whether some or all issues of appropriate remedies can be narrowed by stipulation.

8.     The allocation of time for—and the efficient use of—the supplemental contempt hearings set for **June 16–19, 2015 at 9:00 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

9.     The scope of the present hearing and the possible scheduling of additional dates in June.

Dated this 5th day of May, 2015.

Honorable G. Murray Snow
United States District Judge