**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
Deborah L. Garner, #026161
miafrate@iafratelaw.com
dgarner@iafratelaw.com

Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al. | NO. CV07-02513-PHX-GMS |
| Plaintiffs, | |
| vs. | **DEFENDANTS JOSEPH M. ARPAIO AND MARICOPA COUNTY SHERIFF'S OFFICE'S NOTICE REGARDING COMPLETION OF INTERNAL INVESTIGATIONS** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

Pursuant to the Court's Order during the evidentiary hearing (Day 2, p. 427 and Day 4, pp. 1012-1013), Defendants provide a date certain when all internal investigations will be completed that include Deputy Armendariz, Cisco Perez and any allegations related to the subject matter of the lawsuit.

**I.    PROCEDURAL BACKGROUND**

    **A.    Professional Standards Investigations**

On May 1, 2014, a search warrant of Deputy Armendariz's home revealed property and evidence to include identification cards, money, drugs, video tapes and seized property not properly impounded. As a result of this discovery, the Professional Standards Bureau (PSB) began investigations on May 2, 2014. PSB

1

initially pulled an investigation number for one investigation.  This one investigation which was focused on former Deputy Charley Armendariz created an additional sixty-two investigations.  These investigations required over 300 interviews.  To date forty-one of the investigations are completed and discipline, if required, was administered.  Twenty-one investigations remain outstanding.  All of these remaining investigations will be completed on or before June 15, 2015.  The time required includes the verification of accuracy of over 222 remaining interview transcripts.  If the Court determines that verification of accuracy of the interview transcripts is not required, the remaining investigations will be completed on or before June 1, 2015.  This date does not include the appeal process that may be affected for those individuals that receive major discipline.

**B.     Mr. Don Vogel's Investigations**

Because some of the investigations dealt with high ranking officials, and/or members of PSB, four investigations were assigned to an outside investigator to conduct.  Mr. Don Vogel began his investigations on November 14, 2014.  However, shortly thereafter he was instructed that the monitors wanted him to stop his investigations.  Mr. Vogel stopped his investigations until December 8, 2014, when he was informed the monitors approved of his continued investigation.  Mr. Vogel submitted his work of two of his investigations, IA# 2014-0542 and IA# 2014-0543; however, MCSO requested some follow-up information that Mr. Vogel provided on April 29, 2015.  These two investigations will be completed by MCSO and discipline, where required, will be completed on or before May 18, 2015.  This date does not

include the appeal process that may be affected for those individuals that receive major discipline.

MCSO was notified on April 28, 2015 at 3:11 p.m. that Mr. Vogel would not conduct the two remaining investigations assigned to him. Therefore, on April 29, 2015, these investigations were assigned to Chief Ken Holmes. On May 6, 2015, all documents pertaining to these two investigations were forwarded to Chief Holmes.

Chief Holmes will have these two investigations completed, including any discipline, where required, on or before May 18, 2015. This date does not include the appeal process that may be affected for those individuals that receive major discipline.

**DATED** this 7th day of May, 2015

**IAFRATE & ASSOCIATES**

By: ___s/Michele M. Iafrate___
Michele M. Iafrate
Deborah L. Garner
Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**ORIGINAL** of the foregoing e-filed this 7th day of May, 2015, with:

Clerk of the Court
**United States District Court**
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 130, SPC 1
Phoenix, Arizona 85003

**COPIES** of the foregoing e-mailed via ECF this 7th day of May, 2015, to:

Stanley Young
**Covington & Burling**
333 Twin Dolphin Road
Redwood Shores, California  94065
Attorneys for **Plaintiffs**

Daniel J. Pochoda
Joshua D. Bendor
**ACLU Foundation of Arizona**
3707 North 7th Street, Ste. 235
Phoenix, Arizona  85014
Attorneys for **Plaintiffs**

Cecillia Wang
**ACLU Immigrants' Rights Project**
39 Drumm Street
San Francisco, California  94111
Attorneys for **Plaintiffs**

Andre Segura
**ACLU Immigrants' Rights Project**
125 Broad Street, 18th Floor
New York, New York  10004
Attorneys for **Plaintiffs**

Anne Lai
**University of California**
**Irvine School of Law-Immigrant Rights Clinic**
401 E. Peltason Drive, Ste. 3500
Irvine, California  92616
Attorneys for **Plaintiffs**

Jorge M. Castillo
**MALDEF**
634 S. Spring Street, 11th Floor
Los Angeles, California  90014
Attorneys for **Plaintiffs**

Richard K. Walker
**Walker & Peskind, PLLC**
16100 N. 71st Street, Ste. 140
Scottsdale, Arizona  85254
Attorney for **Maricopa County**

A. Melvin McDonald
**Jones, Skelton & Hochuli, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Attorney for **Sheriff Joseph M. Arpaio**

Gary L. Birnbaum
David J. Ouimette
**Dickenson Wright PLLC**
1850 N. Central Ave., Ste. 1400
Phoenix, Arizona  85004
Attorneys for **Deputy Chief John MacIntyre**

Lee Stein
Barry Mitchell
**Mitchell Stein Carey, PC**
One Renaissance Square
2 North Central Ave., Ste. 1900
Phoenix, Arizona  85004
Attorneys for **Chief Deputy Gerard Sheridan**

Dennis I. Wilenchik
John D. Wilenchik
**Wilenchik & Bartness**
2810 North 3rd Street
Phoenix, Arizona  85004
Attorneys for **Brian Sands**

Greg S. Como
Dane A. Dodd
M. Craig Murdy
**Lewis Brisbois Bisgaard & Smith, LLP**
Phoenix Plaza Tower II
2929 N. Central Ave., Ste. 1700
Phoenix, Arizona  85012
Attorneys for **Brian Sands**

5

David Eisenberg
**David Eisenberg, PLC**
2702 N. Third Street, Ste. 4003
Phoenix, Arizona  85004
Attorney for **Joseph Sousa**

Christopher T. Rapp
**Ryan Rapp & Underwood, PLC**
3200 N. Central Avenue, Ste. 1600
Phoenix, Arizona  85012
Attorney for **Brett Palmer**


By:   s/Jill Lafornara