Jonathon A. Moseley
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Intervenors

*(Pro hac vice pending)*

Larry Klayman
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Intervenor

Of Counsel

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MANUEL de JESUS ORTEGA MELENDRES, on behalf of himself and all others similarly situated; *et al.*<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH M. ARPAIO, in his individual And official capacity as Sheriff of Maricopa County, Arizona; *et al.*<br><br>Defendants.<br><br>DENNIS L. MONTGOMERY<br><br>Intervenor. | Civil Action No.<br>CV-07-2513-PHX-GMS |

### DENNIS L. MONTGOMERY'S MOTION FOR INTERVENTION OF RIGHT

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 24(a)(2) Dennis L. Montgomery hereby moves to intervene as of right in order, as further explained in his companion Memorandum of Law and also his proposed motions.

Dennis Montgomery intervenes to demand a return of his documents, records, work product and proprietary interests; to move to strike false information about him from the record, which is also irrelevant to the proceedings, to disqualify the Honorable Murray Snow and file a demand for the immediate transfer of the case to a different judge pursuant to 28 U.S. Code § 144, and to move for a halt to the inquiry.

Dated: May 7, 2015

Respectfully submitted,
Larry Klayman, Esq.
Washington, D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Of Counsel
*(Pro Hac Vice Application Pending)*

Jonathon Moseley, Esq.

Virginia State Bar No. 41058
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Plaintiff
*(Pro Hac Vice Application Filed)*

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2015, I served this document by U.S. Mail to:

Honorable John Z. Boyle
United States District Courthouse
Sandra Day O'Connor U.S. Courthouse, Suite 322
401 West Washington Street, SPC 75
Phoenix, AZ 85003-2160

Honorable G. Murray Snow
United States District Courthouse
Sandra Day O'Connor U.S. Courthouse, Suite 322
401 West Washington Street, SPC 75
Phoenix, AZ 85003-2160

Stanley Young, Esq.
Andrew Carl Byrnes, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, CA 94065
*Attorneys for Plaintiffs*

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
*Attorney for Plaintiffs*

Cecilia D. Wang
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
cwang@aclu.org
*Attorney for Plaintiff Melendres*

Thomas P. Liddy, Esq.
CIVIL SERVICES DIVISION
MARICOPA COUNTY ATTORNEY'S OFFICE
222 North Central Avenue, Suite 1100
Phoenix, AZ 85005
liddyt@mcao.maricopa.gov
*Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office*

Michele M. Iafrate, Esq.
IAFRATE & ASSOCIATES

| | |
|---|---|
| 1 | 649 North Second Avenue |
| | Phoenix, AZ 85003 |
| 2 | miafrate@iafratelaw.com |
| | *Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office* |
| 3 | |
| | Deborah L. Garner, Esq. |
| 4 | IAFRATE & ASSOCIATES |
| | 649 North Second Avenue |
| 5 | Phoenix, AZ 85003 |
| | miafrate@iafratelaw.com |
| 6 | *Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office* |
| 7 | |
| | Melvin McDonald |
| 8 | JONES SKELTON & HOCHULI, PLC |
| | 2901 N. Central Avenue, Suite 800 |
| 9 | Phoenix, AZ 85012-2728 |
| 10 | mmcdonald@jshfirm.com |
| | Attorney for Defendant Sheriff Joseph Arpaio |
| 11 | |
| | Andre Segura, Esq. |
| 12 | ACLU FOUNDATION |
| | IMMIGRANTS' RIGHTS PROJECT |
| 13 | 125 Broad Street, 18th Fl. |
| 14 | New York, NY 10004 |
| | *Attorney for Plaintiffs* |
| 15 | |
| | Anne Lai |
| 16 | UCI School of Law |
| | 401 E. Peltason Drive. Suite 3500 |
| 17 | Irvine, CA 92616 |
| 18 | |
| | Jorge M. Castillo |
| 19 | MALDEF |
| | 634 S. Spring Street, 11th Fl. |
| 20 | Los Angeles, CA 90014 |
| 21 | *Attorney for Plaintiffs* |
| 22 | Richard K. Walker |
| | WALKER & PESKIND, PLLC |
| 23 | 16100 N. 71st Street, Suite 140 |
| | Scottsdale, AZ 85254-2236 |
| 24 | Attorney for Defendant Maricopa County |
| 25 | |
| 26 | *[signature]* Jonathon Moseley, Esq. |
| 27 | |
| 28 | |

Virginia State Bar No. 41058
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Plaintiff

*(Pro Hac Vice Application Filed)*

Jonathon A. Moseley
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Intervenors

*(Pro hac vice pending)*

Larry Klayman
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Intervenor

Of Counsel

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| MANUEL de JESUS ORTEGA MELENDRES, on behalf of himself and all others similarly situated; *et al.*<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH M. ARPAIO, in his individual And official capacity as Sheriff of Maricopa County, Arizona; *et al.*<br><br>Defendants.<br><br>DENNIS L. MONTGOMERY<br><br>Intervenors. | Civil Action No.<br>CV-07-2513-PHX-GMS |

**INTERVENOR DENNIS L. MONTGOMERY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR INTERVENTION OF RIGHT**

**I.   INTRODUCTION**

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 24(a)(2) Dennis L.

Montgomery hereby moves to intervene as of right in order to protect and vindicate his interests in being improperly investigated and having his documents, records, work product and intellectual property seized by the Court without any privilege review or protections for his propriety interests. Dennis Montgomery intervenes to demand a return of his documents, records, work product and intellectual property; to move to strike false information about him from the record, which is also irrelevant to the proceedings, to file a demand for recusal or disqualification and the immediate transfer of the case to a different judge pursuant to 28 U.S. Code § 144, and move for a halt to the inquiry.

## II.     GOVERNING LAW

Federal Rules of Civil Procedure ("FRCP") Rule 24 governs intervention by additional parties in existing litigation in the federal courts: [1]

> Rule 24. Intervention
>
> (a) INTERVENTION OF RIGHT. On timely motion, the court must permit anyone to intervene who:
>     (1) is given an unconditional right to intervene by a federal statute; or
>     (2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.
>
> (b) PERMISSIVE INTERVENTION.
>     (1) *In General.* On timely motion, the court may permit anyone to intervene who:
>         (A) is given a conditional right to intervene by a federal statute; or
>         (B) has a claim or defense that shares with the main action a common question of law or fact.

---

[1]     It does not appear that the Local Rules of the U.S. District Court for the District of Arizona present any additional rules or requirements for intervention.

    (2) *By a Government Officer or Agency.* On timely motion, the court may permit a federal or state governmental officer or agency to intervene if a party's claim or defense is based on:
      (A) a statute or executive order administered by the officer or agency; or
      (B) any regulation, order, requirement, or agreement issued or made under the statute or executive order.
    (3) *Delay or Prejudice.* In exercising its discretion, the court must consider whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights.

  (c) NOTICE AND PLEADING REQUIRED. A motion to intervene must be served on the parties as provided in Rule 5. The motion must state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought.

### III. STATEMENT OF FACTS RELEVANT TO MOTION

There has been a dramatic change of this case, so that the case is now about entirely different albeit irrelevant, personal issues concerning the presiding judge and his wife in a new phase than when it began. The Court entered a final order on October 2, 2013. This is, in effect, now an entirely different case which is being used for improper purposes.

On or about April 23-24, 2015, the Honorable G. Murray Snow embarked on an inquiry of Dennis L. Montgomery extensively inquiring about the alleged dealings with the Maricopa County Sheriff's Office ("MCSO") and Cold Case Posse entirely unrelated to this litigation, seizing by his unprecedented and improper court order Dennis Montgomery's documents, records, work product, and intellectual property, and even demanding documents about and concerning Dennis Montgomery's attorney and a federal judge in the District of Columbia.

Mr. Montgomery's physical personal property and intellectual property has been affected and taken. Montgomery's proprietary interests have been invaded along with his attorney work product subject to privilege and other privileged material, documents, and/or information. Montgomery was deprived of the right to review the documents to protect privileged information and/or documents and proprietary information.

- 3 -

Judge Snow explicitly relied upon the so-called reporting from The Phoenix New Times, a disreputable and dishonest internet publication with a far-left political agenda which hates anyone remotely associated with Sheriff Joe Arpaio or his office.

As a result, the substance of the allegations which the inquiry is pursuing, based on the so-called reporting of The Phoenix New Times, clearly includes making profoundly significant determinations about Dennis Montgomery's honesty, legitimacy, career, work, and profession.

## IV. ARGUMENT

### A. Dennis Montgomery Has a Direct Interest in the Property and Transaction

Dennis Montgomery has a vested right to intervene. Pursuant to FRCP Rule 24(a)(2) Dennis Montgomery claims an interest in property or transaction that is the subject of the action. The Court has seized his physical property and intellectual property, and attorney-client and work product privileges have been violated and trashed. Montgomery seeks to file motions to quash and for the return of his documents, property, and intellectual property.

### B. Dennis Montgomery Will Be Impaired or Impeded

Dennis Montgomery has a vested right to intervene as a matter of law and right. Pursuant to FRCP Rule 24(a)(2) Dennis Montgomery is so situated that disposing of the action will as a practical matter impair or impede his ability to protect his interest. The inquiry now launched is obviously intended to and will make decisions about Dennis Montgomery and his work, as well as harm his legal rights and interests.

### C. The Motion is Timely

Intervenor's motion is timely. Although the litigation has been going on for years, the case has entered a new and different phase only in late April of 2015. The case only began to involve Dennis Montgomery in April 2015. Therefore, Intervenor files this motion timely as soon as his interests became involved in the case by the actions of Judge Snow.

- 4 -

## V. CONCLUSION

Dennis L. Montgomery has a vested right to intervene pursuant to FRCP Rule 24(a)(2) and should be granted the status of Intervenor for the purpose of seeking a transfer of the case to another judge, demanding return of his documents and intellectual property including by quashing the orders for their production, striking libelous information from the court record that have nothing to do with the ongoing contempt proceedings. Mr. Montgomery is also filing a motion to disqualify Judge Snow on the basis of his unethical judicial misconduct, which has resulted in him pursuing his own personal family interests and agenda, and egregiously violating attorney-client privileges and Mr. Montgomery's work product and intellectual property rights.

Dated: May 7, 2015

Respectfully submitted,

Larry Klayman, Esq.
Washington, D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com

Of Counsel

Jonathon Moseley, Esq.

Virginia State Bar No. 41058
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2015, I served this document by U.S. Mail to:

Honorable John Z. Boyle
United States District Courthouse
Sandra Day O'Connor U.S. Courthouse, Suite 322
401 West Washington Street, SPC 75
Phoenix, AZ 85003-2160

Honorable G. Murray Snow
United States District Courthouse
Sandra Day O'Connor U.S. Courthouse, Suite 322
401 West Washington Street, SPC 75
Phoenix, AZ 85003-2160

Stanley Young, Esq.
Andrew Carl Byrnes, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, CA 94065
*Attorneys for Plaintiffs*

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
*Attorney for Plaintiffs*

Cecilia D. Wang
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
cwang@aclu.org
*Attorney for Plaintiff Melendres*

Thomas P. Liddy, Esq.
CIVIL SERVICES DIVISION
MARICOPA COUNTY ATTORNEY'S OFFICE
222 North Central Avenue, Suite 1100
Phoenix, AZ 85005
liddyt@mcao.maricopa.gov
*Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office*

Michele M. Iafrate, Esq.

```
 1  IAFRATE & ASSOCIATES
    649 North Second Avenue
 2  Phoenix, AZ 85003
    miafrate@iafratelaw.com
 3  Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office

 4  Deborah L. Garner, Esq.
    IAFRATE & ASSOCIATES
 5  649 North Second Avenue
    Phoenix, AZ 85003
 6  miafrate@iafratelaw.com
 7  Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office

 8  Melvin McDonald
    JONES SKELTON & HOCHULI, PLC
 9  2901 N. Central Avenue, Suite 800
10  Phoenix, AZ 85012-2728
    mmcdonald@jshfirm.com
11  Attorney for Defendant Sheriff Joseph Arpaio

12  Andre Segura, Esq.
    ACLU FOUNDATION
13  IMMIGRANTS' RIGHTS PROJECT
14  125 Broad Street, 18th Fl.
    New York, NY 10004
15  Attorney for Plaintiffs

16  Anne Lai
    UCI School of Law
17  401 E. Peltason Drive. Suite 3500
18  Irvine, CA 92616

19  Jorge M. Castillo
    MALDEF
20  634 S. Spring Street, 11th Fl.
    Los Angeles, CA 90014
21  Attorney for Plaintiffs
22
    Richard K. Walker
23  WALKER & PESKIND, PLLC
    16100 N. 71st Street, Suite 140
24  Scottsdale, AZ 85254-2236
25  Attorney for Defendant Maricopa County
```

*/s/ Jonathon Moseley*
Jonathon Moseley, Esq.

Virginia State Bar No. 41058
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Plaintiff

*(Pro Hac Vice Application Filed)*