IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court held a status conference on this action on May 08, 2015. Pursuant to discussions and the Court's directions,

**IT IS HEREBY ORDERED:**

1. Deputy County Attorneys Thomas Liddy, Ann Thompson Uglietta, and Douglas Schwab's Amended and Supplemental Application to Withdraw as Counsel of Record for Defendants (Doc. 1028) is **GRANTED**.

2. The Court will hold weekly status conferences according to the schedule set forth below, at which out-of-state counsel may appear telephonically[1]:

   **Thursday, May 14, 2015 at 9:30 a.m.**

   **Friday, May 22, 2015 at 9:30 a.m.**

   **Friday, May 29, 2015 at 10:00 a.m.**

---

[1] Plaintiffs' counsel, Andre Segura, is directed to obtain and disseminate the conference call-in number to the Court and pertinent parties prior to the status conferences.

          **Friday, June 5, 2015 at 9:30 a.m.**

          **Friday, June 12, 2015 at 9:30 a.m.**

3. The Parties shall hold the dates of June 23–26, 2015 to follow the resumption of the show cause proceedings on June 16-19, 2015. The hearings will be continued as follows:

          **Tuesday, June 23, 2015 at 1:30 p.m.**

          **Wednesday, June 24, 2015 at 9:00 a.m.**

          **Thursday, June 25, 2015 at 1:30 p.m.**

          **Friday, June 26, 2015 at 9:00 a.m.**

4. Defendants shall file objections to Plaintiffs' request for documents pertaining to "workplace operations" by **Friday, May 15, 2015**. Plaintiffs shall file a responsive memorandum as soon as practicable. Plaintiffs may file a motion to compel the investigative reports of Don Vogel and the accompanying materials and transcripts, and the Defendants shall promptly respond, after which the Court will rule.

5. The Parties and specially appearing non-Parties who have received documents that contain personally identifying, financial or other confidential information pursuant to this Court's April 23–24, 2015 Orders shall maintain the materials under seal, not to be disclosed to others without further Order of the Court. (*See* Doc. 1032.)

6. Defendants have received materials from confidential informant Dennis L. Montgomery that he apparently indicated were improperly obtained from the Central Intelligence Agency. ("the alleged CIA documents") Counsel for Defendants will contact the chief legal counsel at the CIA, inform such legal counsel of MCSO's receipt of the alleged CIA documents, this proceeding, the Court's subsequent discovery orders and the CIA's need to seek relief, if any, with respect to such documents within 14 days of today's date. Counsel shall take any other steps required by law to contact the appropriate officials with respect to documents now in the custody and control of the Maricopa County Sheriff's Office.

///

7. With respect to the CIA documents, the Defendants will cooperate with the Monitor in identifying which documents are those provided by Dennis L. Montgomery to the MCSO, and, with respect to those documents, indicating to the parties their contents, the files they contain if any, the file's general contents and organization, and the general content of the file. To the extent that parts of the CIA documents file may have already been delivered to the parties in hard copy, the parties may review it, but are bound by the confidentiality provisions set forth in paragraph 5 above.

8. Any objections to the unsealing of Magistrate Judge John Z. Boyle's Order (Doc. 1053) on the applicability of any attorney-client privilege and/or work-product immunity to the materials submitted by Timothy Casey and Thomas Liddy in compliance with this Court's April 27, 2015 Order (Doc. 1033) shall be filed by **Tuesday, May 12, 2015**.

9. Defendants shall file a supplement to their Notice regarding Completion of Internal Investigations (Doc. 1052) to verify the investigations that are complete by investigation number and further describe the length of time that the subjects of these investigations have to appeal the internal investigation decisions.

10. The Court will appoint an independent accountant to review the bills submitted to Maricopa County by the Monitor. This independent accountant will perform the function that was previously performed by Deputy County Manager for Maricopa County, Sandi Wilson, and her attorney in reviewing on a monthly basis the detailed billings of the Monitor. The independent accountant will be under the same confidentiality obligations and will follow the same procedure that Ms. Wilson followed when reviewing the Monitor's bills as set forth in the Court's Order (Doc. 696), as modified by the statements on today's record. Ms. Wilson will provide the Court with a

/ / /

/ / /

/ / /

list of three or four qualified individuals to fill this appointment, from which the Court will select an available candidate.

Dated this 8th day of May, 2015.

_____
Honorable G. Murray Snow
United States District Judge

- 4 -