IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**AMENDED ORDER** |

    Previously the parties agreed to a confidential procedure in which Sandi Wilson, Deputy County Manager for Maricopa County, and her attorney reviewed on a monthly and confidential basis the detailed billings of the monitor prior to authorizing payment. The details of that arrangement and the required confidentiality procedures were set forth in the Court's Order (Doc. 696).  Recently, Maricopa County has separately re-entered this action to assert rights that it claims to be separate from the interests of Sheriff Arpaio and/or the MCSO.  In light of that independent representation which may well encompass Ms. Wilson's interests, the Court is uncomfortable authorizing this continued review without reconsidering the matter with the parties.  Therefore, pending reconsideration of this matter with all parties, the procedure set forth under the Order (Doc. 696) is at least

temporarily suspended. Maricopa County is directed to authorize payment of the Monitor's April invoice. Ms. Wilson and her counsel remain under the confidentiality obligations set forth under the Order (Doc. 696) for those reviews that they have conducted to date.

Dated this 8th day of May, 2015.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge