FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 07 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Jonathon A. Moseley
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Intervenor

*(Pro hac vice pending)*

Larry Klayman, Esq.
Washington, D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com

Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MANUEL de JESUS ORTEGA MELENDRES, on behalf of himself and all others similarly situated; *et al.*<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH M. ARPAIO, in his individual And official capacity as Sheriff of Maricopa County, Arizona; *et al.*<br><br>Defendants.<br><br>DENNIS L. MONTGOMERY<br><br>Intervenor. | Civil Action No.<br>CV-07-2513-PHX-GMS |

### <u>INTERVENOR DENNIS L. MONTGOMERY'S MOTION TO DISQUALIFY JUDGE G. MURRAY SNOW UNDER 28 U.S.C. §144</u>

Pursuant to 28 U.S. Code § 144, Intervenor Dennis L. Montgomery hereby respectfully

- 1 -

moves for disqualification of the Honorable G. Murray Snow, for the reasons set forth in his companion affidavit, memorandum of law, and other exhibits attached thereto.

Dated: May 7, 2015

Respectfully submitted,

Larry Klayman, Esq.
Washington, D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com

Of Counsel

_/s/ Jonathon Moseley_
Jonathon Moseley, Esq.

Virginia State Bar No. 41058
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Plaintiff

*(Pro Hac Vice Application Filed)*

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2015, I served this document by U.S. Mail to:

Honorable John Z. Boyle
United States District Courthouse
Sandra Day O'Connor U.S. Courthouse, Suite 322
401 West Washington Street, SPC 75
Phoenix, AZ 85003-2160

Honorable G. Murray Snow
United States District Courthouse
Sandra Day O'Connor U.S. Courthouse, Suite 322
401 West Washington Street, SPC 75
Phoenix, AZ 85003-2160

Stanley Young, Esq.
Andrew Carl Byrnes, Esq.
COVINGTON & BURLING, LLP
333 Twin Dolphin Road
Redwood Shores, CA 94065
*Attorneys for Plaintiffs*

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
*Attorney for Plaintiffs*

Cecilia D. Wang
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
cwang@aclu.org
*Attorney for Plaintiff Melendres*

Thomas P. Liddy, Esq.
CIVIL SERVICES DIVISION
MARICOPA COUNTY ATTORNEY'S OFFICE
222 North Central Avenue, Suite 1100
Phoenix, AZ 85005
liddyt@mcao.maricopa.gov
*Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office*

Michele M. Iafrate, Esq.

IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, AZ 85003
miafrate@iafratelaw.com
*Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office*

Deborah L. Garner, Esq.
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, AZ 85003
miafrate@iafratelaw.com
*Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office*

Melvin McDonald
JONES SKELTON & HOCHULI, PLC
2901 N. Central Avenue, Suite 800
Phoenix, AZ 85012-2728
mmcdonald@jshfirm.com
Attorney for Defendant Sheriff Joseph Arpaio

Andre Segura, Esq.
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Fl.
New York, NY 10004
*Attorney for Plaintiffs*

Anne Lai
UCI School of Law
401 E. Peltason Drive. Suite 3500
Irvine, CA 92616

Jorge M. Castillo
MALDEF
634 S. Spring Street, 11th Fl.
Los Angeles, CA 90014
*Attorney for Plaintiffs*

Richard K. Walker
WALKER & PESKIND, PLLC
16100 N. 71st Street, Suite 140
Scottsdale, AZ 85254-2236
Attorney for Defendant Maricopa County

/s/ Jonathon Moseley, Esq.

- 4 -

| | |
|---|---|
| 1 | Virginia State Bar No. 41058 |
| 2 | Freedom Watch, Inc. |
|   | 2020 Pennsylvania Avenue N.W., Suite 345 |
| 3 | Washington, D.C. 20006 |
|   | (310) 595-0800 |
| 4 | leklayman@gmail.com |
|   | Attorney for Plaintiff |

*(Pro Hac Vice Application Filed)*