**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al. | NO. CV07-02513-PHX-GMS |
| Plaintiffs, | **DEFENDANT JOSEPH ARPAIO'S NOTICE TO COURT REGARDING CORRESPONDENCE TO CENTRAL INTELLIGENCE AGENCY** |
| vs. | |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

Pursuant to the Court's May 8, 2015 Order (Doc. 1064), Defendant Joseph Arpaio notifies the Court that on May 11, 2015, Defense Counsel Michele M. Iafrate sent correspondence to the Central Intelligence Agency.

**DATED** this 11th day of May, 2015

                                          **IAFRATE & ASSOCIATES**

                                          By:    s/Michele M. Iafrate
                                                  Michele M. Iafrate
                                                  Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**ORIGINAL** of the foregoing e-filed this 11th day of May, 2015, with:

Clerk of the Court
**United States District Court**
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 130, SPC 1
Phoenix, Arizona 85003

**COPIES** of the foregoing e-mailed via ECF this 11th day of May, 2015, to:

Stanley Young
**Covington & Burling**
333 Twin Dolphin Road
Redwood Shores, California  94065
Attorneys for **Plaintiffs**

Daniel J. Pochoda
Joshua D. Bendor
**ACLU Foundation of Arizona**
3707 North 7th Street, Ste. 235
Phoenix, Arizona  85014
Attorneys for **Plaintiffs**

Cecillia Wang
**ACLU Immigrants' Rights Project**
39 Drumm Street
San Francisco, California  94111
Attorneys for **Plaintiffs**

Andre Segura
**ACLU Immigrants' Rights Project**
125 Broad Street, 18th Floor
New York, New York  10004
Attorneys for **Plaintiffs**

Anne Lai
**University of California**
**Irvine School of Law-Immigrant Rights Clinic**
401 E. Peltason Drive, Ste. 3500
Irvine, California  92616
Attorneys for **Plaintiffs**

Jorge M. Castillo
**MALDEF**
634 S. Spring Street, 11th Floor
Los Angeles, California  90014
Attorneys for **Plaintiffs**

Richard K. Walker
**Walker & Peskind, PLLC**
16100 N. 71st Street, Ste. 140
Scottsdale, Arizona  85254
Attorney for **Maricopa County**


By:   s/Jill Lafornara