**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

Attorneys for **Defendants Joseph M. Arpaio and**
              **Maricopa County Sheriff's Office**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al. | ) NO. CV07-02513-PHX-GMS |
| | ) |
| Plaintiffs, | ) **DEFENDANTS JOSEPH M.** |
| | ) **ARPAIO AND MARICOPA** |
| vs. | ) **COUNTY SHERIFF'S OFFICE'S** |
| | ) **SUPPLEMENTAL NOTICE** |
| Joseph M. Arpaio, et al., | ) **REGARDING COMPLETION OF** |
| | ) **INTERNAL INVESTIGATIONS** |
| Defendants. | ) |

     Pursuant to the Court's May 8, 2015 Order (Doc. 1064), Defendants Joseph

M. Arpaio and Maricopa County Sheriff's Office submit this Supplement to the

Notice regarding Completion of Internal Investigations.  Attached as Exhibit 1 is a list

of the internal investigation in question, indicating by investigation number which

investigations are complete and those not yet complete.  These numbers continue to

change as the Professional Standards Bureau and others complete further

investigations.

/ / /

/ / /

/ / /

/ / /

1

1    Subjects of these investigations have ten days from the date they are

2  administered discipline to appeal the internal investigation decisions.

3    **DATED** this 13th day of May, 2015

4                              **IAFRATE & ASSOCIATES**

5

6

7  By:   s/Michele M. Iafrate
       Michele M. Iafrate
       Attorney for **Defendants Joseph M.**
8      **Arpaio and Maricopa County Sheriff's**
       **Office**
9

10 **ORIGINAL** of the foregoing e-filed
11 this 13th day of May, 2015, with:

12 Clerk of the Court
   **United States District Court**
13 Sandra Day O'Connor U.S. Courthouse
   401 W. Washington Street, Suite 130, SPC 1
14 Phoenix, Arizona 85003

15 **COPIES** of the foregoing e-mailed via ECF
   this 13th day of May, 2015, to:
16

17 Stanley Young
   **Covington & Burling**
18 333 Twin Dolphin Road
   Redwood Shores, California  94065
19 Attorneys for **Plaintiffs**

20 Daniel J. Pochoda
   Joshua D. Bendor
21 **ACLU Foundation of Arizona**
   3707 North 7th Street, Ste. 235
22 Phoenix, Arizona  85014
   Attorneys for **Plaintiffs**
23

24

                                2

Cecilia Wang
**ACLU Immigrants' Rights Project**
39 Drumm Street
San Francisco, California  94111
Attorneys for **Plaintiffs**

Andre Segura
**ACLU Immigrants' Rights Project**
125 Broad Street, 18th Floor
New York, New York  10004
Attorneys for **Plaintiffs**

Anne Lai
**University of California**
**Irvine School of Law-Immigrant Rights Clinic**
401 E. Peltason Drive, Ste. 3500
Irvine, California  92616
Attorneys for **Plaintiffs**

Jorge M. Castillo
**MALDEF**
634 S. Spring Street, 11th Floor
Los Angeles, California  90014
Attorneys for **Plaintiffs**

Richard K. Walker
**Walker & Peskind, PLLC**
16100 N. 71st Street, Ste. 140
Scottsdale, Arizona  85254
Attorney for **Maricopa County**

A. Melvin McDonald
**Jones, Skelton & Hochuli, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Attorney for **Sheriff Joseph M. Arpaio**

Gary L. Birnbaum
David J. Ouimette
**Dickenson Wright PLLC**
1850 N. Central Ave., Ste. 1400
Phoenix, Arizona  85004
Attorneys for **Deputy Chief John MacIntyre**

Lee Stein
Barry Mitchell
**Mitchell Stein Carey, PC**
One Renaissance Square
2 North Central Ave., Ste. 1900
Phoenix, Arizona  85004
Attorneys for **Chief Deputy Gerard Sheridan**

Dennis I. Wilenchik
John D. Wilenchik
**Wilenchik & Bartness**
2810 North 3rd Street
Phoenix, Arizona  85004
Attorneys for **Brian Sands**

Greg S. Como
Dane A. Dodd
M. Craig Murdy
**Lewis Brisbois Bisgaard & Smith, LLP**
Phoenix Plaza Tower II
2929 N. Central Ave., Ste. 1700
Phoenix, Arizona  85012
Attorneys for **Brian Sands**

David Eisenberg
**David Eisenberg, PLC**
2702 N. Third Street, Ste. 4003
Phoenix, Arizona  85004
Attorney for **Joseph Sousa**

Christopher T. Rapp
**Ryan Rapp & Underwood, PLC**
3200 N. Central Avenue, Ste. 1600
Phoenix, Arizona  85012
Attorney for **Brett Palmer**

By:____s/Jill Lafornara_____

4