1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                         FOR THE DISTRICT OF ARIZONA

10

11   Manuel de Jesus Ortega Melendres, on          No. CV-07-2513-PHX-GMS
     behalf of himself and all others similarly
12   situated; et al.                              **ORDER**

13                            Plaintiffs,

14   v.

15   Joseph M. Arpaio, in his individual and
     official capacity as Sheriff of Maricopa
16   County, AZ; et al.

17                            Defendants.

18

19          A Status Conference is set for May 14, 2015 at 9:30 a.m.  The Parties are to be

20   prepared to discuss matters including but not limited to the following:

21          1.      Whether any counsel of record believes steps are necessary to comply with

22   his or her obligations under E.R. 3.3(a)(3), and the appropriate scheduling of such steps.

23          2.      Questions regarding the Parties' briefing on the depositions of Timothy

24   Casey, Thomas Liddy, and Christine Stutz, or other relevant attorneys with the Maricopa

25   County Attorney's Office.

26          3.      The Application for Admission to Practice Pro Hac Vice of Mr. Jonathon

27   A. Moseley.

28   / / /

4.      The Court's concerns and orders regarding recently disclosed documents.

Dated this 13th day of May, 2015.

Honorable G. Murray Snow
United States District Judge