Jonathon A. Moseley
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Intervenor

*(Pro hac vice application filed)*

Larry Klayman
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Intervenor

Of Counsel

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MANUEL de JESUS ORTEGA MELENDRES, on behalf of himself and all others similarly situated; *et al.* <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH M. ARPAIO, in his individual And official capacity as Sheriff of Maricopa County, Arizona; *et al.* <br><br> Defendants <br><br> DENNIS L. MONTGOMERY <br><br> Intervenor | Civil Action No. <br> CV-07-2513-PHX-GMS |

## CLARIFICATION OF MOTION FOR ADMITTANCE
## *PRO HAC VICE* OF JONATHON A. MOSELEY

In response to the Honorable G. Murray Snow's Order of May 8, 2015, Jonathon A. Moseley, Movant for admittance *pro hac vice* on behalf of Dennis Montgomery, hereby clarifies his previously-filed Motion on the Court's standard form, in the following respects:

*First*, the Court asked for clarification of apparent inconsistency between my letter

- 1 -

accompanying my *pro hac vice* motion identifying my proposed representation of Dennis Montgomery with a sentence within the body of my supplemental statement attached to the *pro hac vice* form.

The sentence found within the supplemental statement about filing an *amicus curiae* brief for Sheriff Joe Arpaio was inadvertently included and does not relate to this current case, and should be stricken and ignored. The sentence was carried over inadvertently from a previous case where I edited a prior *pro hac vice* application before another court. In this regard, I inadvertently did not remove the statement attached to my application *pro hac vice* in the case of *State of Texas v. United States of America*, U.S. District Court for the Southern District of Texas, Case No. 14-cv-254. **Judge Andrew Hanen admitted me *pro hac vice* in that case, see Exhibits 1 and 2, attached, on behalf of our client Sheriff Joe Arpaio and filed amicus briefs in that case.** I recalled there was nothing case-specific in the attachment.

*Second*, the Court may have inquired as to whether the Intervenor Dennis L. Montgomery would be adverse to the Defendants Sheriff Joe Arpaio and the Maricopa County Sheriff's Office (MCSO).

Neither Dennis L. Montgomery nor his counsel are adverse to Sheriff Arpaio, his deputies, the Cold Case Posse, or MCSO **in any respect**, particularly since this case involves a contempt proceeding over allegations of profiling illegal immigrants.

*Third*, the Movant also requests to clarify that Dennis Montgomery is also a client of The Klayman Law Firm as shown in the attached *pro hac vice* motion, attached as Exhibit 3. He is also a client of Freedom Watch in a separate matter.

*Fourth*, the Clerk of the Court advised the applicant that upon filing of his motion for *pro hac vice* admission he could file the motion to intervene (ECF. No. 1057) and for disqualification (ECF. No. 1067).

Finally, applicant is withdrawing the letter that accompanied the *pro hac vice* application but not the *pro hac vice* application itself. My representation in this case involves the motion to intervene and the motion for disqualification filed on May 7, 2015 and any related pleadings that may prove necessary on behalf of Mr. Montgomery in this regard.

Dated: May 13, 2015

Respectfully submitted,

Larry Klayman
Freedom Watch, Inc.
2020 Pennsylvania Ave. NW Ste. 345
Washington, DC 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Dennis Montgomery

Of Counsel

_____
Jonathon Moseley, Esq.

Virginia State Bar No. 41058
Freedom Watch, Inc.
2020 Pennsylvania Ave. NW Ste. 345
Washington, DC 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Dennis Montgomery

(*Pro Hac Vice* application filed)

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2015, I served this document by U.S. mail and email to the following participants:

Stanley Young, Esq.
Andrew Carl Byrnes, Esq.
333 Twin Dolphin Road
Redwood Shores, California 94065
syoung@cov.com
650-632-4700
Attorneys for Plaintiffs
(Service via Email)

Daniel Pochoda, Esq.
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, Arizona 85014
dpochoda@acluaz.org
602-650-1854
Attorney for Plaintiffs
(Service via Email)

Cecilia D. Wang, Esq.
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
cwang@aclu.org
415-343-0775
Attorney for Plaintiff Melendres
(Service via Email)

Thomas P. Liddy, Esq.
CIVIL SERVICES DIVISION
MARICOPA COUNTY ATTORNEY'S OFFICE
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85005
liddyt@mcao.maricopa.gov
602-506-8541
Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office
(Service via Email)

Michele M. Iafrate, Esq.
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, Arizona 85003

miafrate@iafratelaw.com
602-234-9775
Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office
(Service via Email)

Deborah L. Garner, Esq.
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, Arizona 85003
dgarner@iafratelaw.com
602-234-9775
Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office
(Service via Email)

Melvin McDonald, Esq.
JONES SKELTON & HOCHULI, PLC
2901 N. Central Avenue, Suite 800
Phoenix, Arizona 85012-2728
mmcdonald@jshfirm.com
602-263-1700
Attorney for Defendant Sheriff Joseph Arpaio
(Service via Email)

Andre Segura, Esq.
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Fl.
New York, New York 10004
asegura@aclu.org
212-549-2676
Attorney for Plaintiffs
(Service via Email)

Anne Lai, Esq.
UCI School of Law
401 E. Peltason Drive. Suite 3500
Irvine, California 92616
alai@law.uci.edu
949-824-9894
(Service via Email)

Jorge M. Castillo, Esq.
MALDEF
634 S. Spring Street, 11th Fl.
Los Angeles, California 90014
jcastillo@maldef.org
213-629-2512

| | |
|---|---|
| 1 | Attorney for Plaintiffs<br>(Service via Email) |
| 2 | |
| 3 | Richard K. Walker, Esq.<br>WALKER & PESKIND, PLLC |
| 4 | 16100 N. 71st Street, Suite 140<br>Scottsdale, Arizona 85254-2236 |
| 5 | rkw@azlawpartner.com<br>480-483-6336 |
| 6 | Attorney for Defendant Maricopa County<br>(Service via Email) |

_____
Jonathon Moseley, Esq.

Virginia State Bar No. 41058

Attorney for Plaintiff
*(Pro Hac Vice Application Filed)*

# Exhibit 1

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | Case No. 1:14-cv-254 |
|---|---|---|---|
| | STATE OF TEXAS, et al. | | |
| | *versus* | | |
| | UNITED STATES OF AMERICA, et al. | | |

United States District Court
Southern District of Texas
FILED
JAN 1 5 2015
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jonathon A. Moseley, Esq.<br>Freedom Watch, Inc.<br>2020 Pennsylvania Avenue N.W., Suite 345<br>Washington, D.C. 20006<br>Virginia State Bar #41058<br>U.S. District Court for the Eastern District of Virginia |
|---|---|
| Name of party applicant seeks to appear for: | Amicus Curiae, Sheriff Joe Arpaio |

Has applicant been sanctioned by any bar association or court? Yes ✓ No ___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/14/2015 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 1-15-15 | Clerk's signature *[signature: Sarah Bejarano]* |

United States District Court
Southern District of Texas
ENTERED
JAN 1 6 2015
David J. Bradley, Clerk of Court

**Order**

Dated: 1/16/15

This lawyer is admitted *pro hac vice.*

_____
United States District Judge

# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 21 2015

David J. Bradley, Clerk of Court

STATE OF TEXAS, *et al.*

              Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.

              Defendants

Case No. 1:14-cv-254

### ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS BY SHERIFF JOE ARPAIO

Before the Court is a Motion for Leave to Participate as *Amicus Curiae* in Support of Plaintiffs by Sheriff Joe Arpaio, elected Sheriff of Maricopa County, Arizona.

The Court hereby grants leave for the aforementioned movant to participate as *Amicus Curiae* and file a brief in support of Plaintiffs' motion for a preliminary injunction which the Court may consider in assisting the Court evaluating the issues in the case.

Signed this 21st day of January, 2015.

Hon. Andrew S. Hanen
United States District Judge

# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

MANUEL de JESUS ORTEGA MELENDRES, et. al.

Plaintiff(s)/Petitioner(s),

vs.

JOSEPH M. ARPAIO, et. al.

Defendant(s)/Respondent(s)

CASE NO: CV-07-2513-PHX-GMS

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Jonathon Alden Moseley, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Dennis L. Montgomery, witness and proposed intervenor.

**City and State of Principal Residence:** Lake Placid, Florida, temporarily working in Springfield, Virginia
**Firm Name:** Freedom Watch, Inc.
**Address:** 2020 Pennsylvania Ave, N.W., Suite 345   **Suite:** 15-287
**City:** Washington   **State:** D.C.   **Zip:** 20006
**Firm/Business Phone:** (310) 595-0800
**Firm Fax Phone:** (703) 783-0449   **E-mail Address:** Contact@JonMoseley.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Supreme Court of Virginia, including all Virginia courts | 06/01/1997 | ☑ Yes ☐ No* |
| U.S. District Court for the Eastern District of Virginia | 08/20/2010 | ☑ Yes ☐ No* |
|  |  | ☐ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No
Have you ever been disbarred from practice in any Court? Suspended, see attached ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(e).

Jonathan A. Moseley   /s/ Jonathan Moseley

**Date** May 2, 2015   **Signature of Applicant**
**Fee Receipt #**

(Rev. 04/12)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

MANUEL de JESUS ORTEGA MELENDRES, et. al.

    Plaintiff(s)/Petitioner(s),

vs.

JOSEPH M. ARPAIO, et. al.

    Defendant(s)/Respondent(s)

CASE NO: CV-07-2513-PHX-GMS

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Jonathon Alden Moseley, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Dennis L. Montgomery, witness and proposed intervenor.

**City and State of Principal Residence:** Lake Placid, Florida, temporarily working in Springfield, Virginia
**Firm Name:** Klayman Law Firm
**Address:** 7050 West Palmetto Park Road **Suite:** 15-287
**City:** Boca Raton **State:** Florida **Zip:** 33433
**Firm/Business Phone:** (310) 595-0800
**Firm Fax Phone:** (703) 783-0449 **E-mail Address:** Contact@JonMoseley.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Supreme Court of Virginia, including all Virginia courts | 06/01/1997 | ☑ Yes ☐ No* |
| U.S. District Court for the Eastern District of Virginia | 08/20/2010 | ☑ Yes ☐ No* |
| | | ☐ Yes ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

\* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No

Have you ever been disbarred from practice in any Court? Suspended see attach'd ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

May 1, 2015          [signature]

**Date**          **Signature of Applicant**

**Fee Receipt #**

(Rev. 04/12)