Richard K. Walker, SBN 004159
**WALKER & PESKIND, PLLC**
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
*rkw@azlawpartner.com*
Phone: (480) 483-6336
Facsimile: (480) 483-6337
*Counsel for Defendant Maricopa County, Arizona*

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> Joseph M. Arpaio, et al., <br><br> Defendants. | **CASE NO.: 2:07-CV-02513-GMS** <br><br> **NOTICE OF APPEAL** <br><br> [Assigned to Judge G. Murray Snow] |

Notice is hereby given that MARICOPA COUNTY, ARIZONA, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this case on May 24, 2013 (Doc. 579, attached hereto as Exhibit "A"), and from the Supplemental Permanent Injunction/Judgment Order, entered on October 2, 2013 (Doc. 606, attached hereto as Exhibit "B"), the Amendment to the Supplemental Permanent Injunction/Judgment Order, entered on April 4, 2014 (Doc. 670, attached hereto as Exhibit "C"), and Court Order Denying in Part and Granting in Part Defendants' Motion for Summary Judgment, Granting Plaintiffs' Motion

for Class Certification, etc., entered on December 23, 2011 (Doc. 494, attached hereto as Exhibit "D").

RESPECTFULLY SUBMITTED this 15th day of May, 2015.

WALKER & PESKIND, PLLC

By: /s/ Richard K. Walker
Richard K. Walker
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
Attorneys for Defendant Maricopa County, Arizona

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2015, I electronically filed the Defendant Maricopa County's Notice of Appeal with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Michelle Giordano

2