IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

In light of the Motion for Recusal or Motion to Disqualify (Doc. 1117) filed this morning,

**IT IS HEREBY ORDERED** vacating the Status Conferences set for May 29, June 5 and June 12, 2015. The Court shall issue no further orders until the Motion is fully briefed and/or a ruling has been issued.

**IT IS FURTHER ORDERED** directing the parties to continue to hold the dates in June for the continued civil contempt hearings or for discovery, until further notice of the Court.

/ / /

/ / /

**IT IS FURTHER ORDERED** directing the parties to inform the Court of their intention to file responses to the Motion on or before **May 29, 2015** and submit a joint expedited schedule for responses and/or replies.

Dated this 22nd day of May, 2015.

_____
Honorable G. Murray Snow
United States District Judge