# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**AMENDED NOTICE RE DOCUMENT REQUEST BY THE U.S. DEPARTMENT OF JUSTICE** |

Earlier this week, the Court-appointed Monitor received a request from the United States Department of Justice to copy the documents and hard drives containing materials that Dennis Montgomery delivered to the Maricopa County Sherriff's Office and that were allegedly harvested from the Central Intelligence Agency. The Department of Justice has requested to copy these hard drives on Tuesday, June 2, 2015 under the supervision of a court-appointed security officer. Should any Party wish to be heard regarding this request or procedure, it should immediately notify the Court with its comments or objections and the reasons therefore.

Dated this 29th day of May, 2015.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge