DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
2702 N. Third Street
Suite 4003
Phoenix, Arizona 85004
Arizona State Bar No. 017218
Telephone: (602.237.5076
Email: david@deisenbergplc.com

Attorney for Joseph Sousa

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Manuel de Jesus Ortega Melendres, et al., | No. CV 07-2513-PHX-GMS |
|---|---|
| Plaintiffs, | **NOTICE: LT. JOSEPH SOUSA RESPONSE TO ORDER DATED MAY 22, 2015** |
| v. | |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

In response to the Court's Order of May 22, 2015, concerning the Motion for Recusal or Motion to Disqualify (Doc. 1120 referencing Doc. 1117), Lt. Joseph Sousa informs the Court that he takes no position with respect to the motion.

Respectfully submitted this 29th day of May, 2015.

*s/ David Eisenberg*

DAVID EISENBERG
Specially Appearing Counsel for Lt. Joseph Sousa

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all registered participants as identified on the Notice of Electronic Filing.

s/ *David Eisenberg*
David Eisenberg