Greg S. Como (013187) Greg.Como@lewisbrisbois.com
M. Craig Murdy (011016) Craig.Murdy@lewisbrisbois.com
Dane A. Dodd (031084) Dane.Dodd@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
Attorneys for Brian Sands

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Joseph M. Arpaio, in his individual and office capacity as Sheriff of Maricopa County, Arizona; et al. <br><br> Defendants. | No. 07-cv-02513-PHX-GMS <br><br> **NOTICE: BRIAN SANDS' RESPONSE TO ORDER DATED MAY 22, 2015** |

In response to the Court's Order of May 22, 2014, concerning the Motion for Recusal or Motion to Disqualify (Doc. 1120 referencing Doc. 1117), Brian Sands informs the Court that he takes no position with respect to the motion.

RESPECTFULLY SUBMITTED May 29, 2015.

        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

        By /s/ Greg S. Como
            Greg S. Como
            M. Craig Murdy
            Dane A. Dodd
        Attorneys for Brian Sands

4811-0944-7204.1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2015, I electronically transmitted the foregoing **NOTICE: BRIAN SANDS' RESPONSE TO ORDER DATED MAY 22, 2015** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record in this matter.

/s/ Kathleen Biondolillo

4811-0944-7204.1

2