LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
POST OFFICE BOX 20527
PHOENIX, ARIZONA 85036
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785

Terrence P. Woods/Bar No. 003490
E-mail: tpw@bowwlaw.com
lmp
Attorneys for Movants Thomas P. Liddy, Ann Thompson Uglietta, Douglas A. Schwab, and Christine Stutz

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## DIVISION ONE

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Joseph M. Arpaio, et al., <br><br> Defendants. | CV 07-02513-PHX-GMS <br><br> **NOTICE OF RESPONSE TO ORDER DATED MAY 22, 2015** |

Non-Parties Thomas P. Liddy, Ann Thompson Uglietta, Douglas A. Schwab, and Christine Stutz hereby inform the Court that they do not intend to file a response to the Motion for Recusal or Motion to Disqualify (Doc. 1117).

DATED this 29th day of May, 2015.

                                  BROENING OBERG WOODS & WILSON, P.C.

                                  By  /s/ Terrence P. Woods
                                        Terrence P. Woods
                                        Attorneys for Movants Thomas P. Liddy, Ann Thompson Uglietta, Douglas A. Schwab, and Christine Stutz

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

A courtesy copy was also **mailed** to Honorable G. Murray Snow on this same date at the following address:

> Honorable G. Murray Snow
> United States District Court
> Sandra Day O'Connor U.S. Courthouse, Suite 622
> 401 West Washington Street, SPC
> Phoenix, Arizona  85003

*/s/ Lela M. Perin*