Michele M. Iafrate (#015115)
miafrate@iafratelaw.com
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, Arizona 85003
Telephone: (602) 234-9775

A. Melvin McDonald (#002298)
Melmcdonald2@gmail.com
Joseph J. Popolizio (#017434)
jpopolizio@jshfirm.com
John T. Masterson (#007447)
jmasterson@jshfirm.com
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700

Attorneys for Defendant Joseph M. Arpaio

Lee Stein (#12368)
lee@mitchellsteincarey.com
Barry Mitchell (#13975)
barry@mitchellsteincarey.com
MITCHELL | STEIN | CAREY, PC
One Renaissance Square
2 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone:  (602) 358-0293
Facsimile:   (602) 358-0291
Attorneys for Chief Deputy Gerard Sheridan

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manual de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.,<br><br>Defendants. | NO. CV-07-02513-PHX-GMS<br><br>**Sheriff Joseph Arpaio and Chief Deputy Gerard Sheridan's Response to Putative Intervenor Dennis Montgomery's Supplement to Motion for Reconsideration** |

4294822.1

Putative intervenor's attorneys Klayman and Mosley neither represent Sheriff Arpaio and Chief Deputy Sheridan, nor speak for the interests of MCSO in this action or in any proceeding related to this action.

Sheriff Arpaio and Chief Deputy Sheridan reject the vitriol and inflammatory attacks set forth in the putative intervenor's supplement. Sheriff Arpaio and Chief Deputy Sheridan respect the Court and believe such ad hominem attacks have no place in this litigation.

RESPECTFULLY SUBMITTED this 3rd day of June, 2015.

IAFRATE & ASSOCIATES

By: *s:/ Michele M. Iafrate*
Michele M. Iafrate
Attorneys for Sheriff Joseph M. Arpaio
and Maricopa County Sheriff's Office

JONES, SKELTON, & HOCHULI, P.L.C.

By: *s:/ A. Melvin McDonald*
A. Melvin McDonald

By: *s:/ Joseph P. Popolizio*
Joseph J. Popolizio

By: *s:/ John T. Masterson*
John T. Masterson

Attorneys for Sheriff Joseph M. Arpaio

MITCHELL | STEIN | CAREY, PC

By: *s:/ Lee Stein*
Lee Stein

By: *s:/ Barry Mitchell*
Barry Mitchell

Attorneys for Chief Deputy Gerard Sheridan

4294822.1

2

# CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2015, I electronically transmitted the attached document using the CM/ECF system for filing, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

*s:/ D. Weeks*

4294822.1                                              3