**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al. | NO. CV07-02513-PHX-GMS |
| Plaintiffs, | |
| vs. | **MOTION TO WITHDRAW DEBORAH L. GARNER AS COUNSEL OF RECORD** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

Pursuant to Local Rule 83.3, Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office ("Defendants") move this Court for an Order to relieve Deborah L. Garner as an attorney of record for Defendants.

*Grounds for Relief*

1. Deborah L. Garner left her employment at Iafrate & Associates on May 19, 2015 and no longer represents Defendants in this matter.

2. Attorney Michele M. Iafrate remains on the case as counsel for Defendants.

3. Defendants' last known address and telephone number is: 550 W. Jackson Street, Phoenix, Arizona 85003, (602) 876-1801.

4.   Michele M. Iafrate certifies she has notified Defendants in writing of the case status including the dates and times of any court hearings or trial settings, pending compliance with any court orders and the possibility of sanctions.

Please continue to send copies of all orders and pleadings to the following address:

>Michele M. Iafrate, (Bar No. 015115)
>**Iafrate & Associates**
>649 N. 2nd Avenue
>Phoenix, Arizona  85012
>(602) 234-9775
>(602) 254-9733-Fax
>miafrate@iafratelaw.com

**DATED** this 3rd day of June, 2015

**IAFRATE & ASSOCIATES**


By:   s/Michele M. Iafrate
Michele M. Iafrate
Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court on June 3, 2015, for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

By:   s/Jill Lafornara