1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

7
8
9

Manuel de Jesus Ortega Melendres, on
behalf of himself and all others similarly
situated; et al.

                    Plaintiffs,

v.

Joseph M. Arpaio, in his individual and
official capacity as Sheriff of Maricopa
County, AZ; et al.

                    Defendants.

No. CV-07-2513-PHX-GMS

**ORDER**

        The Court is in receipt of a document not filed in this action but submitted to the
Court in camera and under seal by Katherine E. Baker, as attorney for Maricopa County
billing review and Sandi Wilson. The document is dated May 28, 2015 and appears to
address the alternate billing review procedure suggested by the Court to the Parties in the
status hearing of May 8, 2015, at which all parties participated. The alternate billing
review procedure was necessary in light of the Court's concerns, registered in its order of
May 5, 2015 related to the re-entry of Maricopa County as an official party to this action
(Doc. 1048), and its subsequent amended order filed on May 8 (Doc. 1065). There
appears to the Court to be no intended impropriety in the May 28 filing; Ms. Baker was
following the procedure mandated by the Court in its original Order (Doc. 696) detailing
the procedure by which Ms. Baker and Ms. Wilson would conduct the confidential billing
review.  Nevertheless, the Court intended to cancel the procedure set forth in Doc. 696 by

entering its order at Doc. 1048.

On or about May 7, 2015, Ms. Baker also submitted Ms. Wilson's objections to the Court's order (*see* Doc. 1048), separate from the objections filed on that same topic by the County (*see* Doc. 1054). The Court assumed that Ms. Wilson's objections were publicly filed. As a result, the next day the Court discussed Ms. Wilson's objections together with the County's objections in open court. However, a subsequent review of the docket reveals that Ms. Wilson's separate objections have not been docketed on the CM-ECF database.

For the reasons set forth in its May 5 order (Doc. 1048), and in its subsequently amended order, (Doc. 1065), the Court believes it is no longer appropriate to have any ex-parte communications with Ms. Wilson after the County was readmitted as a Party to this litigation. It therefore directs that Ms. Wilson electronically file her May 7 objections and May 28 submission in accordance with the procedures utilized in the District of Arizona, so that all parties may have access thereto. If Ms. Wilson objects to the documents being filed publicly, she is directed to lodge the filings under seal along with any objections **within five days**. The Court directs that, absent good reason to the contrary, all future communications with the Court regarding the selection of an alternate billing review procedure will be through counsel for Maricopa County.

Ms. Wilson and Ms. Baker otherwise remain under the confidentiality obligations set forth in Doc. 696 for those billing reviews they have conducted to date.

Dated this 5th day of June, 2015.

Honorable G. Murray Snow
United States District Judge

- 2 -