Katherine E. Baker (010146)
GREEN & BAKER
9332 E. Raintree Drive, Suite 150
Scottsdale, Arizona 85260
Telephone: (480) 991-3335
keb7333@earthlink.net
*Attorneys for Maricopa County
Deputy County Manager Sandi Wilson*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Joseph M. Arpaio, et al., <br><br> Defendants. | Case No.: CV 07-2513-PHX-GMS <br><br> **NOTICE OF SUBMISSION OF DOCUMENTS PREVIOUSLY FILED IN CAMERA UNDER SEAL** <br><br> (Assigned to Honorable G. Murray Snow) |

Pursuant to this Court's Order dated June 5, 2015, counsel for Deputy County Manager Sandi Wilson (regarding bill review issues only) herewith files: (1) "Wilson's Notice of (a) Authorization for Payment of Monitor's April 2015 Bill; (b) Objection (for Record) to Monitor's April 2015 Bill as Lacking Required Documentation; (c) Objection to Court's May 5, 2015 Order" previously submitted under seal on May 7, 2015 (*see* Exhibit 1 attached hereto); and (2) "Status Report re Retention of Accountant for Bill Review" previously submitted under seal on May 28, 2015 (*see* Exhibit 2).

RESPECTFULLY SUBMITTED this 8th day of June, 2015.

GREEN & BAKER

By: /s/ Katherine E. Baker
    Katherine E. Baker
    9332 E. Raintree Drive
    Suite 150
    Scottsdale, Arizona 85260
    Attorneys for Deputy County Manager
    Sandi Wilson

**ORIGINAL** e-filed with the Clerk of the Court this 8th day of June, 2015, with:

United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

**COPIES** of the foregoing served via e-filing system this 8th day of June, 2015, to:

Honorable G. Murray Snow
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 622
401 West Washington Street, SPC 80
Phoenix, AZ 85003

ALL COUNSEL OF RECORD

/s/ Kendra D. Grantham