Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
Joshua Bendor
jbendor@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*, | CV-07-2513-PHX-GMS |
| Plaintiffs, | **NOTICE OF LODGING UNDER SEAL OF EXHIBITS B-F TO DECLARATION OF CECILIA WANG** |
| v. | |
| Joseph M. Arpaio, *et al.*, | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

Andre I. Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Priscilla G. Dodson (*Pro Hac Vice*)
pdodson@cov.com
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001
Telephone: (202) 662-5996
Facsimile: (202) 778-5996

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Jorge M. Castillo (*Pro Hac Vice*)
jcastillo@maldef.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran (*Pro Hac Vice*)
talbarran@cov.com
Lauren E. Pedley (*Pro Hac Vice*)
lpedley@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

Pursuant to Local Rule 5.6, Plaintiffs hereby file this notice that on this date, they have lodged under seal Exhibits B-F to the Declaration of Cecillia Wang in support of Plaintiffs' Response in Opposition to the recusal motion filed by Sheriff Arpaio and Chief Deputy Sheridan.

The foregoing exhibits are documents that were produced by Defendant Sheriff Arpaio to the Plaintiffs on May 6, 2015, on an attorneys'-eyes-only basis.

Plaintiffs take the position that the foregoing documents should not be sealed under the "compelling reasons" standard set forth in *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Nothing on the face of these documents, or in the record in this litigation, indicates that there are grounds to overcome the strong presumption in favor of public filing of court records. However, because the documents were produced to Plaintiffs on an attorneys'-eyes-only basis, Plaintiffs have lodged the exhibits under seal. Plaintiffs are also filing herewith a redacted copy of the Declaration of Cecillia Wang.

Plaintiffs have met and conferred with counsel for the Defendants, who indicate that they do not object to the filing of the foregoing exhibits under seal. A certification by undersigned counsel pursuant to Local Rule Civ. 5.6(d) is attached hereto.

RESPECTFULLY SUBMITTED this 12th day of June, 2015.

By: /s/ Cecillia D. Wang

Cecillia D. Wang (*Pro Hac Vice*)
Andre I. Segura (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Daniel Pochoda
ACLU Foundation of Arizona

Anne Lai (*Pro Hac Vice*)

1

Stanley Young (*Pro Hac Vice*)
Tammy Albarran (*Pro Hac Vice*)
Hyun S. Byun (*Pro Hac Vice*)
Priscilla G. Dodson (*Pro Hac Vice*)
Lauren E. Pedley (*Pro Hac Vice*)
Covington & Burling, LLP

Jorge M. Castillo (*Pro Hac Vice*)
Mexican American Legal Defense and
Educational Fund

*Attorneys for Plaintiffs*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*, | ) CV-07-2513-PHX-GMS |
| Plaintiffs, | ) |
| v. | ) **CERTIFICATION OF COUNSEL** |
| | ) **PURSUANT TO LOCAL RULE 5.6** |
| Joseph M. Arpaio, *et al.*, | ) |
| Defendants. | ) |

I, Cecillia D. Wang, declare as follows:

     1.    I am an attorney admitted to practice in California and New York and in numerous federal courts and have been admitted *pro hac vice* to represent the Plaintiffs in this matter.

     2.    I make this certification pursuant to Local Rule Civ. 5.6(d), in support of the accompanying Notice of Lodging Under Seal of Exhibits B-F to the Declaration of Cecillia Wang, all filed in support of Plaintiffs' Response in Opposition to Sheriff Arpaio and Chief Deputy Sheridan's motion to recuse the Court.

     3.    I have met and conferred with John Masterson, counsel for Defendant Arpaio, and Richard Walker, counsel for Defendant Maricopa County, informing them of Plaintiffs' intent to submit the five documents that were produced by Defendant Arpaio to the Plaintiffs, as exhibits in support of Plaintiffs' response to the pending recusal motion.  I proposed that the parties stipulate to the filing under seal of the documents, pursuant to Local Rule Civ. 5.6(d).  Mr. Masterson and Mr. Walker stated that they do not object to the filing of the exhibits under seal.  However, because Plaintiffs wished to

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

indicate in any stipulation that they do not believe there is a basis to seal the documents, Defendants' counsel declined to join in a stipulation.

I hereby declare that the foregoing is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed at San Francisco, California this 12th day of June, 2015.

/s/ Cecillia D. Wang

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

Dated this 12th day of June, 2015.

*/s/* Cecilia D. Wang