# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, *et al.*,<br><br>Defendants. | CV-07-2513-PHX-GMS<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that I electronically lodged for filing under seal the Declaration of Cecillia Wang in Support of Plaintiffs' Response in Opposition to Sheriff Arpaio and Chief Deputy Sheridan's Motion for Recusal or Disqualification of the Court with the Clerk of the Court for the United States District Court for the District of Arizona by using the CM/ECF system on June 15, 2015.  A redacted version of the foregoing document [Doc. 1150-1] was filed via CM/ECF on June 12, 2015.  I further certify that, on that date, I mailed the unredacted, lodged document by First-Class Mail, postage prepaid, to the following:

| | |
|---|---|
| Michele Marie Iafrate<br>Deborah L. Garner<br>Iafrate & Associates<br>649 N 2nd Ave.<br>Phoenix, AZ 85003<br>*Counsel for Sheriff Joseph Arpaio and MCSO* | Richard K Walker<br>Walker & Peskind PLLC<br>SGA Corporate Center<br>16100 N 71st St., Ste. 140<br>Scottsdale, AZ 85254<br>*Counsel for Maricopa County* |

| | |
|---|---|
| David S Eisenberg<br>David Eisenberg PLC<br>2702 N 3rd St., Ste. 4003<br>Phoenix, AZ 85004<br>*Counsel for Joseph Sousa* | David J Ouimette<br>Gary L Birnbaum<br>Dickinson Wright PLLC<br>1850 N Central Ave., Ste. 1400<br>Phoenix, AZ 85004<br>*Counsel for John MacIntyre* |
| Lee Stein<br>Barry D Mitchell<br>Mitchell Stein & Carey PC<br>1 Renaissance Sq.<br>2 N Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>*Counsel for Gerard Sheridan* | Andrew Melvin McDonald, Jr.<br>John T. Masterson<br>Joseph J. Popolizio<br>Diana J. Elston<br>Justin M. Ackerman<br>Jones, Skelton & Hochuli, P.L.C.<br>2901 North Central Ave., Ste. 800<br>Phoenix, AZ 85012<br>*Counsel for Sheriff Joseph Arpaio* |
| Greg Como<br>Dane Dodd<br>M Craig Murdy<br>Lewis Brisbois Bisgaard & Smith LLP<br>2929 N Central Ave., Ste. 1700<br>Phoenix, AZ 85012<br>*Counsel for Brian Sands* | |

Executed at San Francisco, California this 15th day of June, 2015.

<u>/s/ Cecillia D. Wang</u>
Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
*Counsel for Plaintiffs*