IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

In its clarification dated June 1, 2015 (Doc. 1141), this Court clarified that its stay did not apply to the continued activities of the Monitor with certain exceptions as it pertained to the ongoing contempt hearings. It further noted that if necessary it would make such additional orders as were necessary to preserve the status quo. The Court has received and reviewed the Monitor's invoice dated June 2, 2015 for services rendered by the Monitor in May 2015. The Court finds the invoice and charges to be reasonable and directs Maricopa County to authorize payment of the Monitor's invoice.

Dated this 15th day of June, 2015.

Honorable G. Murray Snow
United States District Judge