**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

**JONES SKELTON & HOCHULI, PLC**
2901 North Central Avenue, Ste. 800
Phoenix, Arizona  85012
(602) 263-1700

John T. Masterson, #007447
Joseph J. Popolizio, #017434
Diana J. Elston, #025461
Justin M. Ackerman, #030726
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
delston@jshfirm.com
jackerman@jshfirm.com

Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>Defendants. | NO. CV07-02513-PHX-GMS<br><br>**DEFENDANTS JOSEPH M. ARPAIO AND MARICOPA COUNTY SHERIFF'S OFFICE'S NOTICE OF FILING FOURTH QUARTERLY COMPLIANCE REPORT** |

/ / /

/ / /

/ / /

/ / /

1

Pursuant to the Court's October 2, 2013 Order (Doc. 606), Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office ("Defendants") file with the Court Defendants' Fourth Quarterly Compliance Report.  (Attached as Exhibit 1).

**DATED** this 15th day of June, 2015

**IAFRATE & ASSOCIATES**

By:   s/Michele M. Iafrate
Michele M. Iafrate
Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**JONES SKELTON & HOCHULI, PLC**

By:   s/Joseph J. Popolizio (w/permission)
John T. Masterson
Joseph J. Popolizio
Diana J. Elston
Justin M. Ackerman
Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

<u>NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE</u>

I certify that I electronically filed the foregoing with the Clerk of the Court on June 15, 2015, for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

By:   s/Jill Lafornara