Katherine E. Baker (010146)
GREEN & BAKER
9332 E. Raintree Drive, Suite 150
Scottsdale, Arizona  85260
Telephone:  (480) 991-3335
keb7333@earthlink.net
*Attorneys for Maricopa County
Deputy County Manager Sandi Wilson
(regarding bill review issues only)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br>  Plaintiffs, <br><br> vs. <br><br> Joseph M. Arpaio, et al., <br><br>  Defendants. | Case No.:   CV 07-2513-PHX-GMS <br><br> **WILSON STATUS REPORT RE:** <br><br> **(A)  PAYMENT OF MONITOR'S MAY 2015 BILL;** <br><br> **(B)  PERSONNEL TO PERFORM IN-CAMERA BILL REVIEW PROCEDURE FOR JUNE 2015 BILL;** <br><br> **(C)  LACK OF CONTRACT AMENDMENT BETWEEN MONITOR AND MARICOPA COUNTY** <br><br> (Assigned to Honorable G. Murray Snow) |

Deputy County Manager, Sandi Wilson, through counsel, herewith gives notice of her authorization for payment of the Monitor's May 2015 bill. The EFT for the Monitor's bill went out today. The Monitor's bill will therefore be paid, as ordered by the Court in its June 15, 2015 Order.

In addition, Ms. Wilson hereby reports on the status of various issues, as follows:

**I.  MS. WILSON ASKS THAT SHE AND HER COUNSEL BE ALLOWED TO CONTINUE THE IN-CAMERA REVIEW ONCE THAT PROCESS IS REINSTATED, HOPEFULLY IN TIME FOR REVIEW OF THE MONITOR'S JUNE 2015 BILL.**

The Court has suspended the County's receipt of detailed invoices [required by the County's contract with the Monitor]. The Court has undertaken to review the Monitor's

detailed bills for reasonableness, a procedure to which Maricopa County and Ms. Wilson do not object.

As described in Ms. Wilson's prior status report regarding the proposed retention of an accountant, efforts to retain an accounting firm for limited and economical Monitor bill review have been unsuccessful. Accounting experience is not necessary to effectuate the bill review. Nonetheless, Ms. Wilson made a good faith effort to evaluate the retention of a CPA firm, and found rates ranging from $260 to $372 per hour, with the former rate only being valid until August of 2015. Because Ms. Baker's rates are $160 per hour, and because she is well-versed in the current bill review procedure, Ms. Wilson asks that she and her counsel be allowed to continue the in-camera review once that process is reinstated, hopefully in time for review of the Monitor's June 2015 bill.

Ms. Wilson has not, and will not, reveal the contents of the billing detail to MCSO, the Sheriff, or to any other persons or entities. She respectfully requests that her access to the billing detail be reinstated. In the alternative, she asks that her attorney be allowed to carry forward with the in-camera bill review, pursuant to the established procedure.

## II. NO CURRENT CONTRACT AMENDMENT HAS BEEN EXECUTED BETWEEN MARICOPA COUNTY AND THE MONITOR.

In light of the Court's May 5, 2015 Order, no contract amendment for the current fiscal year was entered into between the parties.[1] Therefore, the annual "not to exceed" amount reverted to the original contract amount. That amount may be exhausted within the next two to three months, depending on the size of the Monitor's bills.

If the contract negotiations do not resume within the next few months, the current contract amount may be exhausted, leaving no approved funds for payment of the Monitor.

/ / /

/ / /

/ / /

---

[1] At the time of the 5/5/15 Order, Maricopa County and the Monitor were awaiting Court mediation of contract issues, at the request of the Monitor.

RESPECTFULLY SUBMITTED this 17th day of June, 2015.

        GREEN & BAKER

        /s/ Katherine E. Baker
        Katherine E. Baker
        9332 E. Raintree Drive, Suite 150
        Scottsdale, Arizona 85260
        Attorneys for Maricopa County Deputy
          County Manager Sandi Wilson
        *(regarding bill review issues only)*

**ORIGINAL** e-filed with the Clerk of the Court
this 17th day of June, 2015, with:

United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

**COPIES** of the foregoing served via e-filing system
this 17th day of June, 2015, to:

Honorable G. Murray Snow
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 622
401 West Washington Street, SPC 80
Phoenix, AZ 85003

ALL COUNSEL OF RECORD

/s/ Kendra Grantham