John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Diana J. Elston, Bar #025461
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7846
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
delston@jshfirm.com
jackerman@jshfirm.com

Attorneys for Defendant Joseph M. Arpaio in his official capacity as Sheriff of Maricopa County, AZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | NO. CV 07-02513-PHX-GMS |
| Plaintiff, | **NOTICE OF ERRATA** |
| v. | |
| Joseph M. Arpaio, et al., | |
| Defendant. | |

Defendant Joseph M. Arpaio files this Notice of Errata.  On June 22, 2015, Defendants electronically filed their Reply in Support of their Motion for Recusal/Disqualification of Judge G. Murray Snow.  It has come to Defendants' attention that a date in the Reply is inadvertently incorrect.   On page 5, lines 18-20 of the Reply, the following sentence should read:

> Judge Snow's actions in the April **2015** OSC hearing lend credence to the reasonable perception of bias by placing his reputation and credibility directly at issue and making both his wife and himself material witnesses to the proceeding.

4332327.1
6/23/15

DATED this 23 day of June, 2015.

                              JONES, SKELTON & HOCHULI, P.L.C.

                              By  s/ John M. Masterson
                                     John T. Masterson
                                     Joseph J. Popolizio
                                     Diana J. Elston
                                     Justin M. Ackerman
                                     2901 North Central Avenue, Suite 800
                                     Phoenix, Arizona  85012
                                     Attorneys for Defendant Joseph M. Arpaio in his official capacity as Sheriff of Maricopa County, AZ

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2015, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/  Sruti J. Patel

4332327.1
6/23/15

2