Richard K. Walker, SBN 004159
Charles W. Jirauch, SBN 004219
**WALKER & PESKIND, PLLC**
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
*rkw@azlawpartner.com*
*cwj@azlawpartner.com*
Phone: (480) 483-6336
Facsimile: (480) 483-6337
*Counsel for Defendant Maricopa County, Arizona*

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> Joseph M. Arpaio, et al., <br><br> Defendants. | **CASE NO.: 2:07-CV-02513-GMS** <br><br> **NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT MARICOPA COUNTY, ARIZONA** <br><br> [Assigned to Judge G. Murray Snow] |

Notice is hereby given that Charles W. Jirauch of the law firm of Walker & Peskind, PLLC, is appearing with Richard K. Walker, of the same firm, as co-counsel in the above-captioned action for Defendant MARICOPA COUNTY, ARIZONA ("County").

DATED this 8th day of July, 2015.

WALKER & PESKIND, PLLC

By: /s/ Richard K. Walker
Richard K. Walker, Esq.
Charles W. Jirauch, Esq.
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
Attorneys for Defendant Maricopa County, Arizona

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2015, I electronically filed the Notice of Appearance of Co-Counsel for Defendant, Maricopa County, Arizona, with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Michelle Giordano

2