UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 08 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> JOSEPH M. ARPAIO and MARICOPA COUNTY, <br><br> Defendants - Appellants. | No. 13-16285 <br><br> D.C. No. 2:07-cv-02513-GMS <br> U.S. District Court for Arizona, Phoenix <br><br> **MANDATE** |
| MANUEL DE JESUS ORTEGA MELENDRES; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> JOSEPH M. ARPAIO and MARICOPA COUNTY, <br><br> Defendants - Appellants. | No. 13-17238 <br><br> D.C. No. 2:07-cv-02513-GMS <br> U.S. District Court for Arizona, Phoenix |

The judgment of this Court, entered April 15, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk