# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, et al.,<br><br>Defendants. | NO. CV 07-02513-PHX-GMS<br><br>**Order Granting Motion to Stay** |

Upon consideration of Defendant Joseph M. Arpaio's and specially appearing Gerard Sheridan's Motion to Stay,

**IT IS HEREBY ORDERED** granting Defendant's request for Motion to Stay.

_____
The Honorable G. Murray Snow
United States District Court

DATED this _____ day of _____, 2015.

4373666.1
7/14/15