1  John T. Masterson, Bar #007447
   Joseph J. Popolizio, Bar #017434
2  Justin M. Ackerman, Bar #030726
   JONES, SKELTON & HOCHULI, P.L.C.
3  2901 North Central Avenue, Suite 800
   Phoenix, Arizona  85012
4  Telephone:  (602) 263-1700
   Fax:  (602) 200-7827
5  jmasterson@jshfirm.com
   jpopolizio@jshfirm.com
6  jackerman@jshfirm.com

7  A. Melvin McDonald, Bar #002298
   JONES, SKELTON & HOCHULI, P.L.C.
8  2901 North Central Avenue, Suite 800
   Phoenix, Arizona 85012
9  Telephone: (602) 263-1700
   Fax: (602) 200-7847
10  mmcdonald@jshfirm.com

11  and

12  Michele M. Iafrate, Bar #015115
    Iafrate & Associates
13  649 North Second Avenue
    Phoenix, Arizona 85003
14  Tel: 602-234-9775
    miafrate@iafratelaw.com
15  Attorneys for Defendant Joseph M. Arpaio in his official
    capacity as Sheriff of Maricopa County, AZ
16

17                **UNITED STATES DISTRICT COURT**

18                     **DISTRICT OF ARIZONA**

| | |
|---|---|
| 19  Manuel de Jesus Ortega Melendres, et al., | NO. CV 07-02513-PHX-GMS |
| 20                                 Plaintiffs, | |
| 21          v. | **Defendant Arpaio's Notice of Errata Regarding Motion to Stay** |
| 22  Joseph M. Arpaio, et al., | |
| 23                                 Defendants. | |

24

25

26          Defendant Arpaio files this Notice of Errata to inform the Court that the

27  Motion to Stay (Dkt. 1171) was inadvertently filed without a title on the Motion itself.

28

4374081.1
7/14/15

1   The corrected Motion bearing the appropriate title is attached to this Notice as Exhibit 1.

2   Undersigned counsel apologizes for any inconvenience that this oversight may have

3   caused.

4              DATED this 14th day of July, 2014.

5                                         JONES, SKELTON & HOCHULI, P.L.C.

6

7                                         By s/ Joseph J. Popolizio
                                             John T. Masterson
8                                            Joseph J. Popolizio
                                             Justin M. Ackerman
9                                            2901 North Central Avenue, Suite 800
                                             Phoenix, Arizona  85012
10                                           Attorneys for Defendant Joseph M. Arpaio
                                             and the Maricopa County Sheriff's Office
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4374081.1
7/14/15                                      2

1

## **CERTIFICATE OF SERVICE**

2   I hereby certify that on July 14, 2015, I electronically transmitted the attached document
to the Clerk's Office using the CM/ECF System for filing.

3

4

5

6   /s Christine Miller

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4374081.1
7/14/15

3