John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7827
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com

A. Melvin McDonald, Bar #002298
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7847
mmcdonald@jshfirm.com

and

Michele M. Iafrate, Bar #015115
Iafrate & Associates
649 North Second Avenue
Phoenix, Arizona 85003
Tel: 602-234-9775
miafrate@iafratelaw.com
Attorneys for Defendant Joseph M. Arpaio in his official capacity as Sheriff of Maricopa County, AZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, et al.,<br><br>Defendants. | NO. CV 07-02513-PHX-GMS<br><br>**Defendant Arpaio's Notice of Errata Regarding Motion to Stay** |

Defendant Arpaio files this Notice of Errata to inform the Court that the Motion to Stay (Dkt. 1171) was inadvertently filed without a title on the Motion itself.

4374081.1
7/14/15

The corrected Motion bearing the appropriate title is attached to this Notice as Exhibit 1. Undersigned counsel apologizes for any inconvenience that this oversight may have caused.

DATED this 14th day of July, 2014.

JONES, SKELTON & HOCHULI, P.L.C.

By s/ Joseph J. Popolizio
John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Attorneys for Defendant Joseph M. Arpaio and the Maricopa County Sheriff's Office

4374081.1
7/14/15

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

/s Christine Miller

4374081.1
7/14/15

3