Case: 2:07cv2513

```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

    JUL 20 2015

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

Scott Huminski

2624 S Bahama Dr.
Gilbert, AZ 85295

(Doc 1173)

