IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court has received and reviewed the Monitor's invoice dated July 2, 2015 for services rendered by the Monitor in June 2015.  The Court finds the invoice and charges to be reasonable and directs Maricopa County to authorize payment of the Monitor's invoice.

Dated this 22nd day of July, 2015.

_____
Honorable G. Murray Snow
United States District Judge