IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER SETTING HEARING JULY 24, 2015** |

The Monitor has requested an emergency hearing pertaining to his request to access certain documents and tangible things on an immediate basis from Defendants, which Defendants have declined.  A hearing on the matter will be set for **today**, **July 24, 2015**, at **3:00 P.M** in Courtroom 602 of the Sandra Day O'Connor Courthouse. The Monitor has informed the Court that he advised all parties last evening of the possibility of his making this request. Those parties wishing to appear, but who are not able to be present in person, are directed to call in at a number that will be provided them by separate email by counsel for Plaintiffs in this matter.

Dated this 24th day of July, 2015.

Honorable G. Murray Snow
United States District Judge