IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court held a hearing with the parties on July 24, 2015. Defendants are hereby ordered to turn over all items of evidence associated with DR 14-007250, including hard drives, documents, and/or any other and materials, to the custody of the United States Marshals Service by the end of the day today, July 24, 2015. The Marshals shall store this evidence in a secure location and make it available, upon request and under secure conditions, to the parties and to the United States Government for copying pursuant to the Court's previous orders. Defendants are further ordered to produce to the Marshals the 1,459 identifications that lack an associated DR number.

**IT IS SO ORDERED.**

Dated this 24th day of July, 2015.

_____
Honorable G. Murray Snow
United States District Judge