# Exhibit 1

| | |
|---|---|
| **From:** | Brian Mackiewicz |
| **To:** | Larry Klayman |
| **Cc:** | Michael Zullo; David Webb; Dina James |
| **Subject:** | Re: DC |
| **Date:** | Friday, November 07, 2014 7:55:19 AM |

Gentleman,

Good morning. Wanted to update everyone on the progress of this investigation. Significant information was learned yesterday concerning the approximately 50 hard drives Dennis Montgomery provided as evidence to to the Maricopa County Sheriff's Office in April of 2014.

Dennis Montgomery represented the hard drives contained classified and sensitive information that he obtained while working at either eTreppid, or Blixware on behalf of federal government as a CIA contractor.

When our experts examined the information contained on the drives, not only did the numerous drives NOT contain any classified or sensitive information, they were instead contained data dumps of you relevant computer information hours off video feeds for Al Jazeera news feed.

After reviewing all the hard drives our experts concluded that Dennis Montgomery deliberately complied massive amounts of data  on to these drives for the purpose of obfuscating the fact the data itself contained no evidence to support Dennis Montgomery's  claims. There was no sensitive information contained on any of these 50 hard drives.

In addition, our experts brought question in
the validity concerning an number of emails Dennis Montgomery provided in the same hard drives.

Our experts also determined that much of the information that Dennis Montgomery has alleged that was harvested by the federal government in violation of the fourth amendment protections cannot be sourced for validity based on the information contained in the 50 hard drives Dennis Montgomery provided.

Two days worth of email correspondence and telephone calls to Dennis Montgomery advising him all is required of him is to cooperate and provide all source information supporting his allegations would remedy his situation immediately. He has refused. I should add he refuses while at the same time professing to want to cooperate.


At this juncture, after a 13 month investigation, Maricopa County Sheriffs office CANNOT validate the credibility of Dennis Montgomery and or his work without his full and candid cooperation in supplying the necessary evidence for our experts to substantiate his work and deem it authentic and creditable.

Dennis Montgomery is leaving us no other alternative but to take this investigation in a completely different course going forward.

It is extremely discouraging to learn most if not all the representations made by Dennis Montgomery to investigators, the State of Arizona Attorney General, and a Federal Judge have been less then truthful.

Mr. Klayman,  if you can represent to me Dennis Montgomery's intentions of cooperating fully, candidly, without obstruction or obfuscation,  perhaps we can bring this this investigation to a successful conclusion for all parties concerned.  Please advise me immediately.



Sent from my iPad

On Nov 3, 2014, at 1:20 PM, Larry Klayman <leklayman@gmail.com> wrote:

> I don't appreciate your games...there would be no judge if not for me. I suggest you do not mess with Lamberth. There is no reason to do so at this time and your games are just to squeeze Dennis through me. I don't appreciate being played.
>
> I am preparing for an oral argument for the NSA case and these tactics are offensive at this time in particular.
>
> On Nov 3, 2014 11:35 AM, "Brian Mackiewicz" <detmack@gmail.com> wrote:
>> Larry,
>> Pardon me I included you out of courtesy. No worries point taken and I will exclude you from all other communications, between our confidential informant and the judge going forward. That is to include what path this investigation takes going forward. Have a wonderful day. Good luck in your argument.
>>
>> Sent from my iPhone
>>
>> On Nov 3, 2014, at 10:25, Larry Klayman <leklayman@gmail.com> wrote:
>>
>>> This is inappropriate! I asked Mike to have us talk after my oral argument in the NSA case. I do not appreciate this lack of respect! More later...
>>>
>>> On Mon, Nov 3, 2014 at 8:16 AM, Brian Mackiewicz <detmack@gmail.com> wrote:
>>>> Gentleman,



MELC202173

I guess I will take a minute and respond to some of the issues at hand. Dennis you have no problem defending the work because you truly believe your the only person on the face of the earth that knows what your talking about. It is easy to hide behind, "we have a lack of understanding of software development and programs" but do you really think we would ever take your word as gospel? I will admit we did take your word as gospel for some time time but that time ended when you grossly misrepresented the work that you said was completed.

It would have not been such a big deal Dennis but Mike and I represented the fact the work was complete and it wasn't. Look I am not stupid you have lied to me several times over the past 12 months. I have caught you in you lies and chosen to move forward and look past the fact you lied. I always kept hope and believed when it came to your work product and your "STORY" you were always being truthful. The problem now is were do the lies end and the truth start. I am not even sure you know the answer to that Dennis.

From day one I thought we all had a common goal in mind when it came to this investigation. If your "STORY" was based on facts and the information you provided was all truthful Mike, I, and the Office was dedicated do anything in our powers LEGALLY to help bring your story forward and expose the TRUTH. I truly believe Mike, I, and the Office have lived up to out part of the deal. We have given you approximately 120,000 dollars plus in exchange for information. We brought you before the Arizona State Attorney General, we found you two different Attorneys, and we opened the door to a Federal Judge to give you as much protection as possible. Mike and I went to the Administration several times and asked for extensions to continue this investigation because we believed your "STORY" and the information you provided. When you had a stroke and you had NO one to turn you I was on a plane to assist you and you family. Not to mention the personal sacrifices Mike and I have made over the past 12 months to make sure you and you family were taken care of. Dennis if you don't remember Mike and I even gave you 200.00 dollars a piece out of our own pockets so you could have a Thanksgiving with you family last year. Just to later find out you worked Tim for 500.00 dollars also.

And to address one other issue that has seemed to come up more then once. If I remember correctly it was you choice to get on a plane and fly to Washington DC. Mike, I, or the Office was not aware you were advised by your Doctor not to travel UNTIL after you flew back to Seattle.  I remember Mike and I specifically told when you after you informed us of that information you would have to provide a doctors letter before we would let you travel again. I also remember you getting so intoxicated at dinner while in Washington DC I had to tell the waiter to start serving you cocktails with no alcohol. Mike, I, or the Office would have never let you flight to Washington DC if we knew it was against your Doctors orders.

You also mention, "I was forced to sacrifice my recovery to adhere to your ridiculous timeframes to further are agenda".  Dennis I want to be clear last time I knew you were an adult. As adults sometimes we have to make certain choices in life that might effect our future. Mike, I, or the Office did not hold a gun to your head telling you had to do anything.

Dennis for some reason I think you believe it is Mike, I, and the Offices responsibility to support you and your family's lifestyle, and to fix all your problems. From the beginning we all agreed we had some obstacles to overcome based on what other people have said about you. I believe Mike, and I have and will continue to overcome those obstacles if you are truthful with us.

Dennis your not a stupid person. You know exactly what we need and want to be able to move forward. You know everything you provide us has to get verified by a third party. If I just believed everything people told me without verifying it by facts or evidence everyone would be locked up. If you CANT or WONT provide Mike, and I with what is necessary to prove and verify everything then be honest and tell us. There is more then one way to skin a cat.

As far is Larry Klayman is concerned his involvement in this investigation is non existent. we understand he is your attorney and he is representing you. BUT he has no bearing at all on how this case is investigated and what the outcome maybe. You might be able to play Larry for what you need for a little while but in the end you and Larry still need someone with CREDIBILITY to verify the information and your "STORY" .

And for my last and final point. Dennis I have been a Deputy Sheriff for almost 18 Years. When I graduated the Police Academy I took an Oath of Office which I still keep believe in. I know you have heard me say this more then once but this is one investigation of many in my Career. My job is to find the facts, verify the facts, and come to a logical conclusion that a reasonable person would believe based on those facts. I have no agenda is this investigation Dennis. When we decide this investigation is over I will look at all the facts, statements, and evidence that has been collected over the past year and ask myself what would a reasonable person would think. Remember that Oath I mention, it means no matter how I feel personally regarding the outcome of this investigation I am sworn to do the right thing Dennis. I truly hope in the end we all accomplish the same goal we all had in the beginning, but remember if not I am NOT AFRAID and I can promise you I will do the right thing.

Dennis it is a great possibility that your future depends on what you do from here. We have days not weeks, not months. Time is of the essence

Detective Brian Mackiewicz #1227

Sent from my iPad

MELC202174

> On Nov 2, 2014, at 9:54 PM, David Webb <dwebb605@gmail.com> wrote:
>
> I have no problem defending my work. You have a lack of understanding of software development and programs. This is what is hindering the work from moving forward.
>
> If you look at the previous email I sent you, you will find all of the build numbers you have been looking for.. The website is also up and contains the latest information on the various adobe builds.
>
> You can't expect the technology to find data that Adobe leaves out in some of their formats.
>
> Regarding the issue of money, I will leave that to the sheriff and Brian Mackweitz to address.
>
> Regarding my commitment, at your and Brian Mickiewicz's request, I got on a plane 4 weeks after my stroke and brain coiling
>
> against medical advice. In addition, I was forced to sacrifice my recovery to adhere to you ridiculous timeframe and further your agenda.
> ,
> Once again you are upset at me for not getting on a plane to meet your NSA advisors, when my doctors have advised against it.
>
> As you well know I have lost the use of my left arm and hand. I have made some progress in moving my arm, and hand, but it is impossible to program with it.
>
> You told me in previous emails that you wanted this to get back on track. You most recent email convinces me otherwise.
>
> Go find someone else to do this work.

MELC202175