Exhibit 2

**Amy Lake - SHERIFFX**                     ITR3

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Wednesday, April 29, 2015 4:55 PM |
| **To:** | Amy Lake - SHERIFFX |
| **Cc:** | Michael Zullo |
| **Subject:** | Re: Melendres / Judge Snow |

I agree good client and friend. It was never my intention to represent you, as you have Michelle Iafrate. I just wanted to coordinate my representation of Montgomery and Zullo with her. But she did not return my calls and this is frankly not professional and not in yours or anyone's best interests. We should work together for the common good.

Best,

Larry

On Wed, Apr 29, 2015 at 1:38 PM, Amy Lake - SHERIFFX <A_Lake@mcso.maricopa.gov> wrote:

Dear Larry,


I am represented by Ms. Iafrate in the Melendres matter civilly.  I am represented in that case for purposes of possible criminal content, by Mel McDonald.  Your e-mail indicates that you represent Mike Zullo and Dennis Montgomery.  That would, and does, create a conflict here in Arizona.  I want to be sure that you know that you do not represent me in this matter, here in Arizona.


Sincerely,



Joseph Arpaio

Sheriff

1

MELC198703

## Amy Lake - SHERIFFX

**From:**      Amy Lake - SHERIFFX
**Sent:**      Wednesday, April 29, 2015 1:39 PM
**To:**        leklayman@gmail.com
**Subject:**   Melendres / Judge Snow

Dear Larry,

I am represented by Ms. Iafrate in the Melendres matter civilly. I am represented in that case for purposes of possible criminal content, by Mel McDonald. Your e-mail indicates that you represent Mike Zullo and Dennis Montgomery. That would, and does, create a conflict here in Arizona. I want to be sure that you know that you do not represent me in this matter, here in Arizona.

Sincerely,

Joseph Arpaio
Sheriff

1

MELC198704

## Amy Lake - SHERIFFX

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Tuesday, April 28, 2015 2:54 PM |
| **To:** | miafrate@iafratelaw.com |
| **Cc:** | Amy Lake - SHERIFFX; Mel McDonald; Michael Zullo; Dina James |
| **Subject:** | Fwd: Dennis Montgomery and Sheriff |

---------- Forwarded message ----------
From: **Larry Klayman** <leklayman@gmail.com>
Date: Tue, Apr 28, 2015 at 2:53 PM
Subject: Dennis Montgomery and Sheriff
To: miafrate@iafratelaw.com
Cc: Amy Lake - SHERIFFX <a_lake@mcso.maricopa.gov>, Michael Zullo <1tick@earthlink.net>

Dear Ms. Iafrate:

Following our brief conversation yesterday morning, I have tried many times to speak with you after you agreed to call me back and did not.

It is important to try to coordinate how we object to what Judge Snow has done, so as not to be on cross purposes. As you know I represent both Dennis Montgomery and the Sheriff in various matters.

During our brief conversation you told me that the judge ordered the Sheriff and his office to produce records concerning Mr. Montgomery's work without giving you to opportunity to review the records for claim of privilege. You then turned over a slew of records to the judge and the monitor. The judge's conduct raises issues that may benefit all parties, since for the judge to break through privileges and work product is unethical and illegal. In addition, it is clear that the judge is using the proceeding to advance his and his wife's own personal interests. This puts him in a conflict of interest situation, for which he must now recuse himself.

I reviewed the transcripts of the Sheriff's and Jerry Sheridan's testimony last week and could not find an objection by you of this conduct by the judge. The failure to object may foreclose any appeal on these matters.

On behalf of our mutual clients we need to talk and coordinate any objections which are filed today with the judge, as under his order of yesterday, today is the deadline. We also need to request that the records be returned until this matter can be heard on appeal, etc.

Please call me now.

Thank you for your cooperation and courtesy.

Sincerely,

Larry Klayman, Esq.

MELC198705