# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated, et al., | No. CV-07-02513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona, et al., | |
| Defendants. | |

The Court held a hearing on July 24, 2015 in which certain documents or tangible things were discussed that were the subject of previous Orders by this Court and had not yet been disclosed to the parties or the Monitor by the Defendants. The Court ordered these documents, as specifically identified, to be turned over to the custody of the United States Marshal for the District of Arizona. Three specific Departmental Record numbers were identified that either involved identifications, seized by the Defendants that may belong to members of the Plaintiff class, or that may contain materials associated with the Montgomery investigation.

For those materials that were associated with a Departmental Report, Defense Counsel requested that the Court provide an order requiring that the documents and things associated with these DR numbers be transferred by the Maricopa County Sheriff's Office to the United States Marshal for purposes of establishing a chain of custody. The Court agreed to do so and Defense Counsel agreed to provide the Court with those DR

1  numbers.  On Friday the Court ordered and the MCSO turned over to the United States Marshal all items of evidence associated with DR 14-007250, including hard drives, documents, and/or any other materials to the United States Marshal.  The MCSO complied with this Order without incident.

Late Friday Defense Counsel identified the two other DR files that contain materials whose production was previously ordered by this Court.  Those DR files include DR 15-14899 and DR 15-011082.  Defendants are hereby ordered to turn over each of these Departmental Reports and all items of evidence associated with those DR files to the custody of the United States Marshal.  Representatives of the Marshal shall contact the MCSO to coordinate such transfer which shall be timely and efficiently accomplished by the MCSO.  The Marshal shall store this evidence in a secure location and make it available, upon request and under secure conditions, to the parties and the Monitor.

**IT IS SO ORDERED**.

Dated this 28th day of July, 2015.

Honorable G. Murray Snow
United States District Judge