Cecilia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
Joshua Bendor
jbendor@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys
for Plaintiffs listed on next page)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*,       )<br>     )<br>     )<br>Plaintiffs,      )<br>     )<br>v.      )<br>     )<br>Joseph M. Arpaio, *et al.*,      )<br>     )<br>Defendants.      )<br>     )<br>     ) | CV-07-2513-PHX-GMS<br><br>**PLAINTIFFS' PROPOSED REVISIONS TO THE SUPPLEMENTAL PERMANENT INJUNCTION/JUDGMENT ORDER** |

Additional Attorneys for Plaintiffs:

Andre I. Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Priscilla G. Dodson (*Pro Hac Vice*)
pdodson@cov.com
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001
Telephone: (202) 662-5996
Facsimile: (202) 778-5996

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Jorge M. Castillo (*Pro Hac Vice*)
jcastillo@maldef.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran (*Pro Hac Vice*)
talbarran@cov.com
Lauren E. Pedley (*Pro Hac Vice*)
lpedley@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

Pursuant to this Court's July 20, 2015 Order (Doc. 1179), Plaintiffs submit the following proposed revisions to the Supplemental Permanent Injunction/Judgment Order (Doc. 606) and proposed order.

On April 15, 2015, the Ninth Circuit affirmed "all of the . . . provisions of the injunction as within the discretion of the district court" except the two "particular provisions" that "require[] the Monitor to consider the 'disciplinary outcomes for *any* violations of departmental policy' and to assess whether Deputies are subject to 'civil suits or criminal charges . . . for off-duty conduct.'"  *Melendres v. Arpaio*, 784 F.3d 1254, 1267 (9th Cir. 2015) (emphasis in original); *see also* Doc. 606 at 52-53 (¶ 136 (i-j)).  The following revisions to subsections (i) and (j) of paragraph 136 narrow the scope of the Supplemental Permanent Injunction/Judgment Order to comply with the Ninth Circuit's judgment that these provisions be "narrowly tailored to address[] only the relevant violations of federal law at issue."  *Melendres*, 784 F.3d at 1267.

## **PROPOSED REVISIONS**

136.     In conducting the outcome assessments, the Monitor should measure not only the MCSO's progress in implementing the provisions of this Order, but the effectiveness of the reforms. To do so, the Monitor shall take into account the following performance-based metrics and trends:

. . .

i.     disciplinary outcomes for any violations of ~~departmental policy~~<u>MCSO Policies and Procedures issued pursuant to this Order or where such violations involve issues related to Discriminatory Policing, unlawful detentions and arrests, immigration enforcement, or violations of the Fourth or Fourteenth Amendments to the United States Constitution</u>;

j.     whether any Deputies are the subject of repeated misconduct Complaints, civil suits, or criminal charges, ~~including for off-duty conduct~~<u>involving alleged violations of MCSO Policies and Procedures issued pursuant to</u>

1   this Order, Discriminatory Policing, unlawful detentions and arrests,

2   immigration enforcement, or violations of the Fourth or Fourteenth

3   Amendments to the United States Constitution;

4   . . . .

5   RESPECTFULLY SUBMITTED this 29th day of July, 2015.

6

7                                         By: /s/ Andre Segura

8                                         Cecillia D. Wang (*Pro Hac Vice*)

9                                         Andre I. Segura (*Pro Hac Vice*)
                                          ACLU Foundation
10                                        Immigrants' Rights Project

11                                        Daniel Pochoda
12                                        Joshua Bendor
                                          ACLU Foundation of Arizona
13
                                          Anne Lai (*Pro Hac Vice*)
14

15                                        Stanley Young (*Pro Hac Vice*)
                                          Tammy Albarran (*Pro Hac Vice*)
16                                        Hyun S. Byun (*Pro Hac Vice*)
17                                        Priscilla G. Dodson (*Pro Hac Vice*)
                                          Lauren E. Pedley (*Pro Hac Vice*)
18                                        Covington & Burling, LLP

19                                        Jorge M. Castillo (*Pro Hac Vice*)
20                                        Mexican American Legal Defense and
                                          Educational Fund
21
22                                        *Attorneys for Plaintiffs*

23

24

25

26

27

28
                                          2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.


/s/ Andre Segura

1