WALKER & PESKIND, PLLC
Attorneys and Counselors
16100 North 71st Street, Suite 140
Scottsdale, AZ 85254
Telephone: (480) 483-6336

Richard K. Walker, SBN 004159
Charles W. Jirauch, SBN 004219
**WALKER & PESKIND, PLLC**
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
rkw@azlawpartner.com
cwj@azlawpartner.com
Phone: (480) 483-6336
Facsimile: (480) 483-6337
*Counsel for Defendant Maricopa County, Arizona*

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ARIZONA

Manuel de Jesus Ortega Melendres, et al,

Plaintiffs,

vs.

Joseph M. Arpaio, et al.,

Defendants.

**CASE NO.: 2:07-CV-02513-GMS**

**DEFENDANT MARICOPA COUNTY, ARIZONA'S RESPONSE IN OPPOSITION TO MOTION FOR ADMISISON PRO HAC VICE OF LARRY KLAYMAN**

[Assigned to Judge G. Murray Snow]

Maricopa County respectfully opposes the pending motion for leave to appear *pro hac vice* on behalf of Confidential Informant Dennis Montgomery.

We begin with the Court's inquiry to Movant Mr. Klayman during the July 20 status conference:

> . . . you need to explain to me now why any interest that Mr. Montgomery might have in such materials is in any way infringed by allowing the United States to review them under

WALKER & PESKIND, PLLC
Attorneys and Counselors
16100 North 71st Street, Suite 140
Scottsdale, AZ 85254
Telephone: (480) 483-6336

> seal to make sure that there are no secured documents that belong to the CIA in those materials.

(*Id.* at page 52, lines 10-14). Mr. Klayman had no answer.

The County takes the Court's inquiry to the next logical step. Even assuming Confidential Informant Dennis Montgomery has any kind of property right, including any intellectual property right, in the subject materials, their use may be relevant in this matter but does not violate such rights under the applicable 9th Circuit "fair use" exception under copyright law. *See* 17 U.S.C. § 107 (establishing fair use exception); *Jartech, Inc. v. Clancy*, 666 F.2d 403 (9th Cir. 1982) (concluding municipality's use of copyrighted material during abatement action was within fair use exception); *see also Denison v. Larkin*, 64 F.Supp.3d 1127, 1133-34 (N.D. Ill. 2014) (collecting cases).

This case is already overlong, sufficiently lawyered, and extremely expensive to the taxpayers to whom the Board of Supervisors and County Management have duties of fiscal responsibility. Mr. Klayman and his client would add nothing but more expense to the resolution of the issues now before the Court.

Moreover, Movant Mr. Klayman's client, Confidential Informant Dennis Montgomery, cannot establish the cognizable legal interest that is essential to his intervention in this matter. Federal Rule of Civil Procedure 24(a)(2) requires the putative intervenor to demonstrate both "an interest relating to the property or transaction that is the subject of the action," and "that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest."

Here, as a threshold matter, Confidential Informant Dennis Montgomery disclaimed any interest in the property contained on Maricopa County Sheriff's Office

WALKER & PESKIND, PLLC
Attorneys and Counselors
16100 North 71st Street, Suite 140
Scottsdale, AZ 85254
Telephone: (480) 483-6336

hard drives when he forwarded that information to the Sheriff's Office pursuant to his contractual relationship with that Office and as part of a criminal investigation.

Further, assuming *arguendo* that Confidential Informant Dennis Montgomery has retained some intellectual property rights in the information contained on the hard drives, those rights do not afford him an opportunity to intervene in this case because that property is not the subject of these contempt proceedings or the underlying civil rights litigation and the disposition of these proceedings will not as a practical matter impair or impede his ability to protect that alleged interest.

Accordingly, the Court should reject Mr. Klayman's efforts to appear in this matter.

DATED this 29th day of July, 2015.

WALKER & PESKIND, PLLC

By: /s/ Richard K. Walker
Richard K. Walker, Esq.
Charles W. Jirauch, Esq.
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
Attorneys for Defendant Maricopa County, Arizona

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2015, I electronically filed the Defendant, Maricopa County, Arizona's Response in Opposition to Motion for Admission Pro Hac

WALKER & PESKIND, PLLC
Attorneys and Counselors
16100 North 71st Street, Suite 140
Scottsdale, AZ 85254
Telephone: (480) 483-6336

Vice of Larry Klayman, with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Michelle Giordano