John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7827
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com

A. Melvin McDonald, Bar #002298
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7847
mmcdonald@jshfirm.com

and

Michele M. Iafrate, Bar #015115
Iafrate & Associates
649 North Second Avenue
Phoenix, Arizona 85003
Tel: 602-234-9775
miafrate@iafratelaw.com
Attorneys for Defendant Joseph M. Arpaio in his official
capacity as Sheriff of Maricopa County, AZ

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.,<br><br>                                                     Plaintiffs,<br><br>         v.<br><br>Joseph M. Arpaio, et al.,<br><br>                                                     Defendants. | NO. CV 07-02513-PHX-GMS<br><br>**Defendant Arpaio's Response to Motion for Admission Pro Hac Vice of Larry Klayman** |

Defendant Arpaio takes no position regarding the Motion for Admission Pro Hac Vice of Larry Klayman.  Permission to appear p*ro hac vice* and participate in a particular case is "in the discretion of the Court…." LR Civ. 83.1(b)(2).

1

2      DATED this 29th day of July, 2015.

3                                JONES, SKELTON & HOCHULI, P.L.C.

4

5                                By  /s/ John T. Masterson
6                                    John T. Masterson
                                     Joseph J. Popolizio
7                                    Justin M. Ackerman
                                     2901 North Central Avenue, Suite 800
8                                    Phoenix, Arizona  85012
                                     Attorneys for Defendant Joseph M. Arpaio
9                                    and the Maricopa County Sheriff's Office

10     DATED this 29th day of July, 2015.

11                               JONES, SKELTON & HOCHULI, P.L.C.

12

13                               By  /s/ A. Melvin McDonald (w/permission)
                                     A. Melvin McDonald
14                                   2901 North Central Avenue, Suite 800
                                     Phoenix, Arizona  85012
15                                   Attorneys for Defendant

16     DATED this 29th day of July, 2015.

17                               IAFRATE & ASSOCIATES

18

19                               By /s/ Michele M. Iafrate (w/permission)
                                     Michele M. Iafrate
20                                   649 North Second Avenue
                                     Phoenix, Arizona 85003
21                                   Attorneys for Defendant Joseph M. Arpaio
                                     in his official capacity as Sheriff of
22                                   Maricopa County

23

24

25

26

27

28
       4399204.1                        2
       7/29/15

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2015, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Sruti J. Patel

4399204.1
7/29/15

3