John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7827
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com

and

Michele M. Iafrate, Bar #015115
Iafrate & Associates
649 North Second Avenue
Phoenix, Arizona 85003
Tel: 602-234-9775
miafrate@iafratelaw.com
Attorneys for Defendant Joseph M. Arpaio in his official capacity as Sheriff of Maricopa County, AZ

Richard K. Walker, Bar # 004159
Walker & Peskind, PLLC
16100 North 71st Street
Scottsdale, AZ 85254
Telephone: (480) 483-6336
rkw@azlawpartner.com
Attorney for Maricopa County

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, et al.,<br><br>Defendants. | NO. CV 07-02513-PHX-GMS<br><br>**Defendant Arpaio and Maricopa County's Proposed Revisions to the Supplemental Permanent Injunction/Judgment Order** |

Defendants Joseph M. Arpaio and Maricopa County, pursuant to this Court's Order of July 20, 2015, submit their proposed revisions to the Supplemental Permanent Injunction/ Judgment Order [Doc. 606].

4399959.1

On July 8, 2015, the Ninth Circuit issued its Mandate vacating certain provisions of the Supplemental Permanent Injunction/Judgment Order that were not narrowly tailored to addressing only the relevant violations of federal law at issue in this case. The Court vacated, without specifically delineating, those particular provisions of the District Court's Order and further ordered the District Court to tailor its Order so as to address only the constitutional violations at issue. *Melendres v. Arpaio*, 784 F.3 1254, 1267 (9th Cir. 2015).

It appears that the Ninth Circuit vacated subsections (i) and (j) of paragraph 136 of the Court's Supplemental Permanent Injunction/Judgment Order as being overbroad. Defendant Arpaio submits the following revisions to subsections (i) and (j) of paragraph 136 to narrowly tailor the relief to address the relevant violations of federal law at issue in this case as follows:

i. disciplinary outcomes for any ~~violations of departmental policy~~ <u>Fourth and/or Fourteenth Amendment violations, provided such violations involve issues related to Discriminatory Policing as defined in this Order</u>.

j. whether any Deputies are the subject of repeated ~~misconduct~~ Complaints, ~~civil suits, or criminal charges,~~ <u>alleging Fourth and/or Fourteenth Amendment violations and where such violations involve issues related to Discriminatory Policing as defined in this Order</u>.

Defendants respectfully propose that the Court amend and restate the Supplemental Permanent Injunction/Judgment Order [Doc. 606] in accordance with the revisions described above as to paragraph 136 (i) and (j).

DATED this 29th day of July, 2015.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ John T. Masterson
   John T. Masterson
   Joseph J. Popolizio
   Justin M. Ackerman
   2901 North Central Avenue, Suite 800
   Phoenix, Arizona  85012
   Attorneys for Defendant Joseph M. Arpaio
   and the Maricopa County Sheriff's Office

DATED this 29th day of July, 2015.

WALKER & PESKIND, PLLC


By /s/ John T. Masterson  (*w/permission from*)
   Richard K. Walker
   16100 North 71st Street
   Scottsdale, AZ 85254
   Attorney for Maricopa County

DATED this 29th day of July, 2015.

IAFRATE & ASSOCIATES


By /s/ John T. Masterson  (*w/permission from*)
   Michele M. Iafrate
   649 North Second Avenue
   Phoenix, Arizona 85003
   Attorneys for Defendant Joseph M. Arpaio
   in his official capacity as Sheriff of
   Maricopa County

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2015, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Ginger Stahly