IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

On July 31, 2015, the Court held a hearing with the Parties and pursuant to discussions at the hearing,

**IT IS HEREBY ORDERED** that Defendants are to turn over to the United States Marshal Service:

1. The external hard drive described by MCSO Deputy Chief Bill Knight in his interview of this week with the Monitor's staff which hard drive Chief Knight described as remaining in his possession since it was provided to him by Deputy Brian Mackiewicz on or about April 24, 2015, and that was provided to him by Mackiewicz in response to the Court's orders. At hearing counsel for Defendants indicated that the hard drive is in a secure location that cannot be accessed and requested that it be surrendered to the Marshals on Monday. The Marshals have informed the Court that they have verified that the identified hard drive is in a secure location and cannot be accessed by anyone over the weekend. MCSO is therefore authorized to turn over the hard drive at

1. 9:00 on Monday Morning.

2. The identifications found in a training kit used by Sergeant Marshall and identified by Lieutenant Kratzer to the Monitor's staff last Friday that are associated with IA-15-0475. Representatives of the United States Marshal shall contact the MCSO to coordinate such transfer which shall be timely and efficiently provided. If Defendants assert that these identifications have already been provided to the Marshal, the Marshal's shall verify that they, in fact, are already in the Marshals custody.

**IT IS FURTHER ORDERED** that the Defendant shall provide the Monitor with the access and materials discussed in the sealed portion of the hearing pursuant to the previous orders of the Court relating to such matters.

The Court also memorializes in writing its Order made during the hearing of July 24, 2015 that the MCSO is not to destroy any materials stored in its property unit until such time as the Monitor may review the unit and its operation more fully with Defendants. Materials that are removed from the property unit are to be accounted for in detail and in writing which records shall be made available on request to the Monitor.

**IT IS FURTHER ORDERED** that the parties shall hold open the following dates for the resumption of the contempt hearing: **September 22-25, September 29–October 2, October 8-9, 13-14, 27-30, November 2-6, 10, 12-13, 2015**.

**IT IS FURTHER ORDERED** that Defendants shall provide to the Parties the following documents pursuant to the following deadlines:

1. E-mails of the requested Maricopa County Sheriff's Office (MCSO) personnel from archived.pst files in the possession of Maricopa County on or before **August 20, 2015**.

2. All recordings of press interviews and press conferences by Sheriff Arpaio on or before **August 6, 2015**.

3. Raw Data from MCSO's computer-aided dispatch (CAD) system for traffic stops conducted from December 23, 2011 to the present on or before **August 6, 2015**.

4. All documents relating to detentions of members of the Plaintiff class

during operations at work sites or during executions of warrants in connection with employment-related violations on or before **August 13, 2015**.

5. All documents relating to detentions of members of the Plaintiff class during operations at work sites or during execution of warrants in connection with employment-related violations on or before **August 13, 2015**.

6. All documents relating to internal affairs investigations IA 2014-542 and IA 2014-543 on or before **August 6, 2015**. This production will include all correspondence between independent investigator Donald Vogel and MCSO personnel **and counsel** and drafts, working papers and other documents relating to the foregoing investigations in the files of MCSO personnel, **counsel** or Mr. Vogel.

7. All documents relating to the approximately 20 other internal affairs investigations including 2 that were initially assigned to Mr. Vogel, but completed by MCSO personnel, on or before **August 6, 2015**.

8. All documents relating to internal affairs investigations from 2008 forward, relating to allegations of discrimination against or illegal detentions of members of the Plaintiffs class, as revised by Plaintiffs, on or before **August 20, 2015**.

9. All subpoenaed documents pertaining to communications between Tim Casey, Defendants' former counsel and Defendants, along with a log identifying any documents withheld on privilege grounds on or before **August 3, 2015**.

**IT IS FURTHER ORDERED** setting weekly Status Conferences for the following dates and times in Courtroom 602:

1. **August 11, 2015 at 9:00 a.m.**
2. **August 21, 2015 at 10:00 a.m.**
3. **August 28, 2015 at 9:30 a.m.**
4. **September 4, 2015 at 9:00 a.m.**

/ / /

/ / /

/ / /

5. **September 10, 2015 at 9:00 a.m.**

6. **September 18, 2015 at 10:30 a.m.**

Dated this 31st day of July, 2015.

_____
Honorable G. Murray Snow
United States District Judge

- 4 -