Greg S. Como (013187) Greg.Como@lewisbrisbois.com
M. Craig Murdy (011016) Craig.Murdy@lewisbrisbois.com
Dane A. Dodd (031084) Dane.Dodd@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
Attorneys for Brian Sands

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Joseph M. Arpaio, in his individual and office capacity as Sheriff of Maricopa County, Arizona; et al. <br><br> Defendants. | No. 07-cv-02513-PHX-GMS <br><br> **BRIAN SANDS' REQUEST TO BE EXCUSED FROM STATUS CONFERENCES** |

Non-party Brian Sands hereby requests to be excused from appearing at the Status Conferences in this case. Mr. Sands lives in Los Angeles, and it is expensive and time-consuming for him to attend routine Status Conferences. Therefore, he respectfully requests that he be excused from attending these conferences unless the Court specifically orders him to attend a specific Status Conference.

RESPECTFULLY SUBMITTED August 3, 2015.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By /s/ Greg S. Como
  Greg S. Como
  M. Craig Murdy
  Dane A. Dodd
Attorneys for Brian Sands

4818-1518-6470.1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2015, I electronically transmitted the foregoing **BRIAN SANDS' REQUEST TO BE EXCUSED FROM STATUS CONFERENCES** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record in this matter.

/s/ Kathleen Biondolillo

4818-1518-6470.1

2