IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER SETTING HEARING AUGUST 7, 2015** |

The Monitor has requested an expedited hearing to address Defendants' failure to timely respond to his requests that the Defendants comply with that part of this Court's Order entered during that part of the hearing dated July 31, 2015 that was held under seal and subsequently memorialized in the Court's Order of that same date. The memorialization of that Order required that Defendants "shall provide the Monitor with the access and materials discussed in the sealed portion of the hearing pursuant to the previous Orders of the Court relating to such matters." (Doc. 1208.)

**IT IS HEREBY ORDERED** that a hearing on this matter is set for tomorrow, **August 7, 2015, at 1:00 p.m.** in Courtroom 602 of the Sandra Day O'Connor Courthouse. The Monitor is to provide all parties, specially-appearing non-parties, and the Court with any written communication between the Monitor and Counsel for Defendants on which the request for expedited hearing is based. The Monitor shall be

present telephonically to summarize any oral communications that relate to the request.

Because the requested hearing relates to Orders the Court issued under seal the hearing will, initially, be under seal. Defendants shall address whether in light of developing circumstances the matter should remain under seal.  Further, Defendants shall have present the person or persons from Defendants, if any, who have made the decision not to yet respond to the Monitor's request to obtain access to the matters that the Court ordered to be provided. Defendants shall further identify and have present or available telephonically any knowledgeable representatives from the other state agency referenced by Defendants in the July 31, 2015 sealed hearing. Such representative should be prepared to discuss this matter with the Court. Defendants and the Monitor shall immediately notify the Court, other parties and specially appearing non-parties if this hearing is mooted by Defendants' compliance with the Court's Order of last week.

Those parties or specially-appearing non-parties wishing to appear, but who are not able to be present in person, are directed to call in at a number that will be provided them by separate email by counsel for Plaintiffs in this matter.

Dated this 6th day of August, 2015.

_____
Honorable G. Murray Snow
United States District Judge