John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7827
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com

and

Michele M. Iafrate, Bar #015115
Iafrate & Associates
649 North Second Avenue
Phoenix, Arizona 85003
Tel: 602-234-9775
miafrate@iafratelaw.com
Attorneys for Defendant Joseph M. Arpaio in his official capacity as Sheriff of Maricopa County, AZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Manuel de Jesus Ortega Melendres, et al., | NO. CV 07-02513-PHX-GMS |
|---|---|
| Plaintiffs, | **Defendant Arpaio's Response to United States' Motion to Intervene and Memorandum in Support** |
| v. | |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

Defendant Arpaio responds to the United States' Motion to Intervene and does not object to such intervention provided that, as asserted by United States,

> The United States does not seek to expand the scope of this litigation. The United States does not seek to re-litigate any of the merits of plaintiffs' claims, or to introduce new claims into the suit. The United States seeks only to participate in the ongoing remedial stages of this lawsuit.

[Doc. 1177 at p.2].

Based upon the above assertions by the United States, that the United States

4415298.1
8/6/15

will not raise new claims or seek new remedies, including claims or remedies that were, or could have been, made in *United States of America v. Maricopa County, Arizona et al., Case No. CV 12-00981-PHX-ROS*, Defendant Arpaio does not object to intervention.

Although Defendant Arpaio does not object to the intervention sought by the United States as set forth above, he does object and expressly denies the unnecessary and inflammatory language and other unsupported allegations set forth in the United States' Memorandum including, but not limited to, unsupported assertions as to "Defendant Arpaio's hostility to the remedial order in this case" and completely speculative and unfounded allegations that the "consequences of his defiance of the order will be closely followed by not only the general public, but by law enforcement agencies through the country." These statements and others contained in the United States' memorandum are unnecessary to the motion, unsupported, inflammatory, and are expressly denied by Defendant Arpaio.

DATED this 6th day of August, 2015.

           JONES, SKELTON & HOCHULI, P.L.C.

           By /s/ John T. Masterson
             John T. Masterson
             Joseph J. Popolizio
             Justin M. Ackerman
             2901 North Central Avenue, Suite 800
             Phoenix, Arizona  85012
             Attorneys for Defendant Joseph M. Arpaio
             and the Maricopa County Sheriff's Office

DATED this 6th day of August, 2015.

           IAFRATE & ASSOCIATES

           By /s/ John T. Masterson  (*w/permission from*)
             Michele M. Iafrate
             649 North Second Avenue
             Phoenix, Arizona 85003
             Attorneys for Defendant Joseph M. Arpaio
             in his official capacity as Sheriff of
             Maricopa County

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2015, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Ginger Stahly