**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

**JONES SKELTON & HOCHULI, PLC**
2901 North Central Avenue, Ste. 800
Phoenix, Arizona  85012
(602) 263-1700

John T. Masterson, #007447
Joseph J. Popolizio, #017434
Diana J. Elston, #025461
Justin M. Ackerman, #030726
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
delston@jshfirm.com
jackerman@jshfirm.com

Attorneys for **Defendants Joseph M. Arpaio and
        Maricopa County Sheriff's Office**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al. | ) NO. CV07-02513-PHX-GMS |
| | ) |
| Plaintiffs, | ) |
| | ) **DEFENDANT JOSEPH M.** |
| vs. | ) **ARPAIO'S NOTICE TO THE** |
| | ) **COURT REGARDING** |
| | ) **MATERIALS DISCUSSED IN** |
| Joseph M. Arpaio, et al., | ) **SEALED PORTION OF** |
| | ) **HEARING [DOC. 1208]** |
| Defendants. | ) **PROVIDED TO THE MONITOR** |

/ / /

/ / /

/ / /

/ / /

/ / /

1

Defendant Joseph M. Arapio gives notice that on August 7, 2015, Defendant Arpaio provided the Monitor with the materials discussed in the sealed portion of the hearing pursuant to the Court's Order dated July 31, 2015 (Doc. 1208).

**DATED** this 7th day of August, 2015

**IAFRATE & ASSOCIATES**


By:   s/Michele M. Iafrate
       Michele M. Iafrate
       Attorney for **Defendants Joseph M.
       Arpaio and Maricopa County Sheriff's
       Office**

**JONES SKELTON & HOCHULI, PLC**


By:   s/John T. Masterson (w/permission)
       John T. Masterson
       Joseph J. Popolizio
       Diana J. Elston
       Justin M. Ackerman
       Attorneys for **Defendants Joseph M.
       Arpaio and Maricopa County Sheriff's
       Office**

<u>NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE</u>

I certify that I electronically filed the foregoing with the Clerk of the Court on August 7, 2015, for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.


By:___s/Jill Lafonrara_____