**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

**JONES SKELTON & HOCHULI, PLC**
2901 North Central Avenue, Ste. 800
Phoenix, Arizona  85012
(602) 263-1700

John T. Masterson, #007447
Joseph J. Popolizio, #017434
Diana J. Elston, #025461
Justin M. Ackerman, #030726
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
delston@jshfirm.com
jackerman@jshfirm.com

Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al. | NO. CV07-02513-PHX-GMS |
| Plaintiffs, | |
| vs. | **DEFENDANT JOSEPH M. ARPAIO'S NOTICE TO THE COURT REGARDING DOCUMENTS PROVIDED PURSUANT TO COURT'S ORDERS [1192] and [1208]** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

1

Defendant Joseph M. Arapio gives notice that Defendant Arpaio provided the following documents to either the monitor or Plaintiffs or both pursuant to the Court's Orders dated July 24, 2015 (Doc. 1192) and July 31, 2015 (Doc. 1208):

- July 29, 2015, the report from DR14-007250;
- July 29, 2015, IA 14-0542 and IA 14-0543;
- August 4, 2015, nineteen of the closed Armendariz Spin-Off Internal Investigations; and
- August 6, 2015, raw data from MCSO's computer-aided dispatch (CAD) system for traffic stops conducted from December 23, 2011 to present.

**DATED** this 11th day of August, 2015

**IAFRATE & ASSOCIATES**

By: s/Michele M. Iafrate
Michele M. Iafrate
Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**JONES SKELTON & HOCHULI, PLC**

By: s/Joseph Popolizio (w/permission)
John T. Masterson
Joseph J. Popolizio
Diana J. Elston
Justin M. Ackerman
Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court on August 11, 2015, for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

By:   s/Jill Lafornara