Lee Stein (#12368)
lee@mitchellsteincarey.com
Barry Mitchell (#13975)
barry@mitchellsteincarey.com
MITCHELL | STEIN | CAREY, PC
One Renaissance Square
2 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 358-0293
Facsimile: (602) 358-0291
Attorneys for Chief Deputy Gerard Sheridan

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | |
| v. | **Chief Deputy Gerard Sheridan's Request to be Excused from Status Conferences and Contempt Hearings from October 11 – 23, 2015** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

Chief Deputy Gerard Sheridan, through undersigned counsel, requests to be excused from appearing at the Status Conferences, Continued Contempt Hearings, and any other hearings that will be scheduled in this Court from October 11, 2015 through October 23, 2015. Chief Deputy Sheridan is scheduled to be out of town on a prepaid vacation on the above-mentioned dates. This vacation was purchased prior to the Court setting Status Conferences and other hearing on these dates.

Accordingly, Chief Deputy Sheridan respectfully requests that he be excused from attending Status Conferences, Continued Contempt Hearings, and any other hearings in this Court from October 11, 2015 through October 23, 2015.

//

RESPECTFULLY SUBMITTED August 17, 2015.

MITCHELL | STEIN | CAREY, PC

By: *s:/ Lee Stein*

Lee Stein
Barry Mitchell
Attorneys for Chief Deputy Gerard Sheridan

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2015, I electronically transmitted the attached document using the CM/ECF system for filing, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

*s:/  B. Wolcott*