IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

This order confirms the oral Order entered by the Court in the status conference of August 11, 2015. The seal is lifted on those portions of the Court's hearings in this matter on July 31, 2015 and August 7, 2015 that were held under seal (Docs. 1232, 1246).

Further, all parties and represented non-parties who are the subject of the order to show cause shall have access to the ongoing PSB investigation denoted as IA-0034 and any related investigations that arise therefrom, and any portions of any interview conducted by the Monitor that relates to that internal investigation or investigations. Nevertheless, no party non-party, or counsel who is authorized by this Order to have access to these materials shall disclose any such materials to any other person or entity

without further authorization of this Court. The parties and represented non-parties are authorized to work out the terms of an appropriate protective order to further implement the terms of this Order.

Dated this 18th day of August, 2015.

_____
Honorable G. Murray Snow
United States District Judge