Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
Joshua Bendor
jbendor@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Joseph M. Arpaio, *et al.*,<br><br>　　　　Defendants. | CV-07-2513-PHX-GMS<br><br>**STIPULATION TO ENTRY OF PROTECTIVE ORDER** |

Additional Attorneys for Plaintiffs:

| | |
|---|---|
| Andre I. Segura (*Pro Hac Vice*) | Priscilla G. Dodson (*Pro Hac Vice*) |
| asegura@aclu.org | pdodson@cov.com |
| ACLU Foundation | Covington & Burling LLP |
| Immigrants' Rights Project | One CityCenter |
| 125 Broad Street, 17th Floor | 850 Tenth Street, NW |
| New York, NY 10004 | Washington, DC 20001 |
| Telephone: (212) 549-2676 | Telephone: (202) 662-5996 |
| Facsimile: (212) 549-2654 | Facsimile: (202) 778-5996 |
| | |
| Anne Lai (*Pro Hac Vice*) | Jorge M. Castillo (*Pro Hac Vice*) |
| alai@law.uci.edu | jcastillo@maldef.org |
| 401 E. Peltason, Suite 3500 | Mexican American Legal Defense and Educational Fund |
| Irvine, CA 92697 | 634 South Spring Street, 11th Floor |
| Telephone: (949) 824-9894 | Los Angeles, California 90014 |
| Facsimile: (949) 824-0066 | Telephone: (213) 629-2512 |
| | Facsimile: (213) 629-0266 |

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Michelle L Morin (*Pro Hac Vice*)
mmorin@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran (*Pro Hac Vice*)
talbarran@cov.com
Lauren E. Pedley (*Pro Hac Vice*)
lpedley@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

The parties have met and conferred regarding a process through which Defendants will produce documents to Plaintiffs that they seek to maintain as confidential and not subject to public disclosure. The parties therefore stipulate and request that the Court approve and adopt the following Protective Order:

A. If Defendants believe that a document or portion of a document is non-public and should be produced to Plaintiffs confidentially on the grounds that the document contains privileged or personal information, including as described in Paragraph 150 of this Court's Supplemental Permanent Injunction/Judgment Order dated October 2, 2013, Defendants shall produce the document to Plaintiffs' counsel with a cover letter identifying the document by Bates number and stating that the identified documents or specific portions of the document are produced subject to designation as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under this Stipulated Protective Order.

B. Defendants shall clearly designate documents disclosed pursuant to this stipulation by affixing a Bates number and the words "CONFIDENTIAL – ATTORNEYS' EYES ONLY" to each page of documents produced in paper format (or an electronic equivalent, such as an MS Word or PDF file). For documents produced in other formats, including but not limited to video or audio recordings, Defendants shall clearly label the relevant medium (e.g., a CD or DVD disc) with the words "CONFIDENTIAL – ATTORNEYS' EYES ONLY" and, where practicable, shall append to the filenames a designation such as "CONFIDENTIAL – AEO."

C. If Defendants so designate any document or portion of a document, Plaintiffs' counsel are prohibited from disclosing the document or the protected portion of the document to anyone other than: (1) the Court, including court reporters and the Monitor and his staff; (2) paralegals, experts or other consultants or support staff employed by Plaintiffs' counsel, who shall be subject to the same confidentiality requirements required of Plaintiffs' counsel under this Stipulated Protective Order;

(3) the individual who is the subject of the document, if it is a document designated as confidential because it contains his/her private information; (4) third party individuals or entities engaged in copying, storing or retrieving data; or (5) in processing claims for compensation in this case, to the extent needed to render such services, but only if they first sign the "Acknowledgement and Consent" form, attached as Exhibit A.

D. Defendants shall notify Plaintiffs in writing when any document or portion of a document produced subject to the confidentiality designation is no longer subject to the restriction. After such time, Plaintiffs shall not be under any obligation to restrict disclosure of the document pursuant to this Stipulated Protective Order.

E. If any party would like to use a document designated as CONFIDENTIAL-AEO that would result in disclosure to any person or entity other than those listed in Paragraph C above, the party shall notify Defendants and (1) if redaction would satisfactorily address the parties' concerns, Defendants shall provide a redacted version of the document within 7 days or by an otherwise agreed upon date; or (2) if limited disclosure to certain individuals on certain terms would satisfactorily address the parties' concerns, Defendants shall in good faith consider agreeing to such limited disclosure.

F. Plaintiffs shall be permitted to challenge any confidentiality designation by seeking relief from this Court after meeting and conferring with Defendants, but remain subject to the confidentiality obligation unless and until this Court orders the confidentiality designation to be removed from the document. In any dispute regarding a confidentiality designation, Defendants shall bear the burden of proving that the designation is proper.

G. If any document produced by Defendants subject to the confidentiality designation is submitted to this Court, the submitting party shall file the document under seal.

RESPECTFULLY SUBMITTED this 19th day of August, 2015.

*Counsel for Plaintiffs*

By: /s/ Andre Segura

*Counsel for Defendants*

By: /s/ Michele Iafrate

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

Dated this 19th day of August, 2015.

*/s/* Andre Segura

4