# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*, | ) ) ) | CV-07-2513-PHX-GMS |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **ACKNOWLEDGEMENT AND CONSENT** |
| Joseph M. Arpaio, *et al.*, | ) ) | |
| Defendants. | ) ) | |

I hereby certify that: (i) I have read the Protective Order (the "Order") that has been entered by the Court in the above-captioned matter, and I understand its terms; (ii) I understand that confidential documents subject to the terms of the Order are being provided to me pursuant to the terms of the Order; (iii) I agree to be fully bound by the provisions of the Order, including its provisions restricting disclosure and limiting the use of such documents; (iv) I hereby submit to the jurisdiction of the United States District Court for the District of Arizona for purposes of enforcement of the Order; and (v) I understand that violation of the Order is punishable by contempt of Court and such further sanction or relief as the Court may order. I also understand that, within forty-five (45) days after final conclusion of all aspects of this matter, including any appeals, or when I am no longer assigned or retained to work on this case, whichever comes earlier, I must (i) return any confidential documents to counsel for the party that provided me with them or (ii) certify in writing to counsel for the producing party that I have destroyed all such documents.

Dated: _____  Signature: _____

Print name: _____