**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

**JONES SKELTON & HOCHULI, PLC**
2901 North Central Avenue, Ste. 800
Phoenix, Arizona  85012
(602) 263-1700

John T. Masterson, #007447
Joseph J. Popolizio, #017434
Diana J. Elston, #025461
Justin M. Ackerman, #030726
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
delston@jshfirm.com
jackerman@jshfirm.com

Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al. | NO. CV07-02513-PHX-GMS |
| Plaintiffs, | |
| vs. | **DEFENDANT JOSEPH M. ARPAIO'S NOTICE TO THE COURT REGARDING DOCUMENTS PROVIDED PURSUANT TO COURT'S ORDERS [1208]** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

1

Defendant Joseph M. Arapio gives notice that documents were provided to the parties relating to internal affairs investigations from 2008 forward, relating to allegations of discrimination against or illegal detentions of member of the Plaintiffs class, as revised by Plaintiffs on August 20, 2015 pursuant to the Court's Order dated July 31, 2015 (Doc. 1208, p. 3, ll. 14-16).

**DATED** this 20th day of August, 2015

**IAFRATE & ASSOCIATES**

By:   s/Michele M. Iafrate
Michele M. Iafrate
Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**JONES SKELTON & HOCHULI, PLC**

By:   s/Joseph Popolizio (w/permission)
John T. Masterson
Joseph J. Popolizio
Diana J. Elston
Justin M. Ackerman
Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court on August 20, 2015, for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

By:   s/Jill Lafornara