**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

**JONES SKELTON & HOCHULI, PLC**
2901 North Central Avenue, Ste. 800
Phoenix, Arizona  85012
(602) 263-1700

John T. Masterson, #007447
Joseph J. Popolizio, #017434
Diana J. Elston, #025461
Justin M. Ackerman, #030726
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
delston@jshfirm.com
jackerman@jshfirm.com

Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>Defendants. | NO. CV07-02513-PHX-GMS<br><br>**DEFENDANT JOSEPH M. ARPAIO'S MOTION FOR EXTENSION OF TIME TO DISCLOSE E-MAILS** |

Defendant Joseph M. Arpaio ("Defendant"), pursuant to Rule 6(b), Federal Rules of Civil Procedure, moves this Court to extend the time to September 3, 2015, to provide to the Parties "e-mails of the requested Maricopa County Sheriff's Office (MCSO) personnel from archived.pst files that are in the possession of Maricopa County."  (Doc. 1208, p. 2, ll. 21-23.)

1  On July 31, 2015, this Court ordered Defendants to produce e-mails from archived.pst files on or before August 20, 2015.  (Doc. 1208, p. 2, ll. 21-23.)  Defendants seek an extension due to the voluminous amount of documents generated by the search terms requested by Plaintiffs' counsel and agreed upon by the parties.  The search produced 16,694 documents, document ranging from one to 200 pages in length.  Defendants' counsel could not begin to review the 16,694 documents until Tuesday, August 11, 2015, when the County's vendor created the tools and coding mechanisms necessary for document review.

Despite defense counsel's best efforts, they have not been able to review all 16,694 documents by August 20, 2015.  Defense counsel sought Plaintiffs' agreement to an extension, but Plaintiffs will not agree to Defendants' request.  However, Defendants' counsel will continue to make all good faith efforts to review the documents as expeditiously as possible and produce them on or before September 3, 2015, with the Court's permission.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

For the foregoing reasons, Defendants respectfully request the Court extend the deadline to produce the e-mails from "archived.pst" files to September 3, 2015.

**DATED** this 20th day of August, 2015

**IAFRATE & ASSOCIATES**

By:   s/Michele M. Iafrate
      Michele M. Iafrate
      Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**JONES SKELTON & HOCHULI, PLC**

By:   s/Joseph J. Popolizio (w/permission)
      John T. Masterson
      Joseph J. Popolizio
      Diana J. Elston
      Justin M. Ackerman
      Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court on August 20, 2015, for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

By:   s/Jill Lafornara