1  Cecillia D. Wang (*Pro Hac Vice*)
2  cwang@aclu.org
   ACLU Foundation
3  Immigrants' Rights Project
   39 Drumm Street
4  San Francisco, CA 94111
5  Telephone: (415) 343-0775
   Facsimile: (415) 395-0950
6
7  Daniel J. Pochoda
   dpochoda@acluaz.org
8  Joshua Bendor
   jbendor@acluaz.org
9  ACLU Foundation of Arizona
10 3707 N. 7th Street, Suite 235
   Phoenix, AZ 85014
11 Telephone: (602) 650-1854
   Facsimile: (602) 650-1376
12
13 *Attorneys for Plaintiffs (Additional attorneys*
   *for Plaintiffs listed on next page)*
14

15
                IN THE UNITED STATES DISTRICT COURT
16                 FOR THE DISTRICT OF ARIZONA

17  Manuel de Jesus Ortega Melendres,     )   CV-07-2513-PHX-GMS
18  *et al.*,                             )
                                          )
19                                        )   **MOTION TO WITHDRAW**
                                          )   **AS COUNSEL OF RECORD**
20                                        )   **JOSHUA BENDOR**
              Plaintiffs,                 )
21                                        )
                                          )
22         v.                             )
                                          )
23  Joseph M. Arpaio, *et al.*,           )
                                          )
24            Defendants.                 )
                                          )
25  _____  )
26
27
28

1

2

Additional Attorneys for Plaintiffs:

3

Andre I. Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Priscilla G. Dodson (*Pro Hac Vice*)
pdodson@cov.com
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001
Telephone: (202) 662-5996
Facsimile: (202) 778-5996

4

5

6

7

8

9

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Jorge M. Castillo (*Pro Hac Vice*)
jcastillo@maldef.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

10

11

12

13

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Michelle L Morin
mmorin@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

14

15

16

17

18

19

20

21

Tammy Albarran (*Pro Hac Vice*)
talbarran@cov.com
Lauren E. Pedley (*Pro Hac Vice*)
lpedley@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

22

23

24

25

26

27

28

1    Pursuant to Local Rule 83.3, the undersigned attorney Joshua Bendor moves to

2  withdraw as counsel of record.  As of August 22, 2015, the undersigned will no longer be

3  employed at the ACLU Foundation of Arizona.  Plaintiffs will continue to be represented

4  in this matter by ACLU Foundation of Arizona attorney Daniel J. Pochoda along with

5  other co-counsel of record.

6    Upon the granting of this motion, the undersigned requests to be removed from

7  ECF noticing in this matter.

8    Respectfully submitted this 21st day of August, 2015.

9    By: /s/ Joshua Bendor_____

10

11    Daniel Pochoda
       Joshua Bendor
12    ACLU Foundation of Arizona

13    Stanley Young (*Pro Hac Vice*)
       Tammy Albarran (*Pro Hac Vice*)
14    Hyun S. Byun (*Pro Hac Vice*)
       Priscilla G. Dodson (*Pro Hac Vice*)
15    Lauren E. Pedley (*Pro Hac Vice*)
       Michelle L Morin (*Pro Hac Vice*)
16    Covington & Burling, LLP

17

18    Cecillia D. Wang (*Pro Hac Vice*)
       Andre I. Segura (*Pro Hac Vice*)
19    ACLU Foundation
       Immigrants' Rights Project
20

21    Anne Lai (*Pro Hac Vice*)

22    Jorge M. Castillo (*Pro Hac Vice*)
       Mexican American Legal Defense and
23    Educational Fund

24    *Attorneys for Plaintiffs*

25

26

27

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/Joshua Bendor

2