Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Joseph M. Arpaio, *et al.*, <br><br> Defendants. | CV-07-2513-PHX-GMS <br><br> **PLAINTIFFS' NOTICE OF SERVICE OF SUBPOENA UPON TIMOTHY J. CASEY** |

Additional Attorneys for Plaintiffs:

Andre I. Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Priscilla G. Dodson (*Pro Hac Vice*)
pdodson@cov.com
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5996
Facsimile: (202) 778-5996

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Jorge M. Castillo (*Pro Hac Vice*)
jcastillo@maldef.org
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Michelle L Morin (*Pro Hac Vice*)
mmorin@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran (*Pro Hac Vice*)
talbarran@cov.com
Lauren E. Pedley (*Pro Hac Vice*)
lpedley@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

NOTICE IS HEREBY PROVIDED THAT on this date, pursuant to the Federal Rule of Civil Procedure Rule 45(b)(1), Plaintiffs served a Subpoena for Deposition upon Timothy J. Casey. By prior agreement with Mr. Casey, service was effected by electronic mail upon his counsel, Karen Clark of Adams & Clark, P.C., at karen@adamsclark.com. A copy of the Subpoena is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED this 26th day of August, 2015.

By: /s/ Cecillia D. Wang

Cecillia D. Wang (*Pro Hac Vice*)
Andre I. Segura (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Daniel Pochoda
ACLU Foundation of Arizona

Anne Lai (*Pro Hac Vice*)

Stanley Young (*Pro Hac Vice*)
Tammy Albarran (*Pro Hac Vice*)
Hyun S. Byun (*Pro Hac Vice*)
Priscilla G. Dodson (*Pro Hac Vice*)
Lauren E. Pedley (*Pro Hac Vice*)
Michelle L Morin (*Pro Hac Vice*)
Covington & Burling, LLP

Jorge M. Castillo (*Pro Hac Vice*)
Mexican American Legal Defense and Educational Fund
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

Dated this 26th day of August, 2015.

<u>/s/ Cecillia D. Wang</u>

2

# EXHIBIT 1

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Manuel de Jesus Ortega Melendres, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 07-2513-PHX-GMS |
| Joseph M. Arpaio, et al., | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Timothy J. Casey

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Legal Video Specialists, 3033 N. Central Avenue, Suite 100, Phoenix, Arizona, 85012 | Date and Time: 09/16/2015 9:00 am |
|---|---|

The deposition will be recorded by this method:  stenography and video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See Attachment A.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  08/26/2015

*CLERK OF COURT*

_____    OR    _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs Manuel de Jesus Ortega Melendres, et al._____, who issues or requests this subpoena, are:
Cecillia D. Wang, ACLU-IRP, 39 Drumm St., San Francisco, CA 94111, cwang@aclu. org, (415) 343-0775

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment A

1. Any DOCUMENTS RELATING TO COMMUNICATIONS between YOU and DEFENDANTS RELATING TO the Court's December 23, 2011 preliminary injunction order, including but not limited to emails between YOU and DEFENDANTS, and time or billing records RELATING TO such COMMUNICATIONS

2. Any DOCUMENTS RELATING TO production of video or audio recordings during the pretrial discovery period in this litigation

3. Any DOCUMENTS RELATING TO the Court's oral order of May 14, 2014, concerning the collection of video and audio recordings from MCSO personnel

## **DEFINITIONS AND INSTRUCTIONS**

1. "YOU" is defined to include you, and any person or entity acting or purporting to act on their behalf, at their direction, or under their supervision.

2. "DEFENDANTS" is defined to include the named defendants in this matter, Joseph Arpaio and the Maricopa County Sheriff's Office, and any person or entity acting or purporting to act on their behalf, at their direction, or under their supervision.

3. "RELATE" OR "RELATING TO" means evidencing, memorializing, referring, concerning, constituting, containing, discussing, describing, embodying, reflecting, identifying, mentioning, stating, responding or otherwise alluding to or relating to in any way, in whole or in part, the subject matter referred to in the interrogatory.

4. "DOCUMENT" and "DOCUMENTS" are defined to be synonymous in meaning and equal in scope to the usage of the terms in Federal Rule of Civil Procedure 34(a), in its broadest sense, and shall mean and include all written, printed, typed, recorded or graphic matter of every kind and description, both originals and copies, and all attachments and appendices thereto, that are in the possession, custody or control of DEFENDANTS, and each of them, or in the possession, custody or control of the attorneys for DEFENDANTS. A draft of a non-identical copy is a separate DOCUMENT within the meaning of this term. Without limiting the term "control," a DOCUMENT is deemed to be within DEFENDANTS' control if DEFENDANTS have ownership, possession or custody of the DOCUMENT, or the right to secure the DOCUMENT or copy thereof from any PERSONS or public or private entity having physical control thereof.

5. "PERSON" means, inclusively, any natural person, proprietorship, partnership, joint venture, trust, group, agency, department, association, corporation or any other entity or organization, and any agent or employee of any of those individual entities.

6. "COMMUNICATION" means any oral or written contact, regardless of method, between two or more persons, organizations, companies, or other business entities, regardless of form, and shall include, without limitation, notes, letters, memoranda, email, facsimile, reports, briefings, telegrams, telex or, by any document, oral contact by such means as face to face meetings and/or telephone conversations, or any form of transmittal of information in the form of facts, ideas, inquiries, or otherwise.

7. Words used in the plural shall be interpreted to include the singular, and words used in the singular shall be interpreted to include the plural.

8. The terms "and" as well as "or" shall be construed either disjunctively or conjunctively in order to bring within the scope of the specifications stated in a Request all responses that might otherwise be deemed outside the scope.

9. The use of a verb in any tense shall be construed as the use of the verb in all other tenses, whenever necessary to bring into the scope of the specification all responses which might otherwise be construed outside the scope.

10. The use of any masculine or feminine pronoun includes both the masculine and feminine.