IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court held a Status Conference in this matter on August 21, 2015. Pursuant to the Court's oral directives at that hearing,

**IT IS HEREBY ORDERED**:

1. Defendants' Motion for Extension of Time to Disclose E-mails (Doc. 1256) is **DENIED**. The production of e-mails for which privilege review had already been conducted should have been completed by Defendants by Monday, August 24, 2015. Defendants shall further produce all additional responsive e-mails on an expedited, batch-by-batch basis until they have fully complied with this Court's July 31, 2015 Order (Doc.

1208).

2. Chief Deputy Gerard Sheridan has moved to be excused from any in-court proceedings that occur October 11–23, 2015; the only dates during that period that the parties have been requested to hold open are October 13 and October 14. Under the terms of Chief Deputy Sheridan's in-court waiver of any objection to the continuation of the contempt hearings in his absence, this Motion (Doc. 1247) is **GRANTED**.

3. Plaintiffs are granted leave to propound twenty (20) interrogatories and twenty-five (25) requests for admission to Defendants, on a timeline for service and responses that is agreed upon by the parties.

4. Defendant Sheriff Arpaio has requested the documents identified by the Court in its May 14, 2015 Status Conference as having caused the Court concern. (*See* Tr. May 14, 2015 Status Conf. 43:21–47:7, Doc. 1097.) The Monitor shall produce copies of those documents, in their original pagination and—without generally waiving any other privileges potentially applicable to the Court or to the Monitor—with the accompanying table of contents and divider sheets prepared by the Monitor. The documents will be provided to all parties and non-parties named in the Order to Show Cause by **August 28, 2015**.

Dated this 26th day of August, 2015.

Honorable G. Murray Snow
United States District Judge