IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

On August 28, the Court held a hearing with the Parties, and pursuant to discussions at the hearing,

**IT IS HEREBY ORDERED** that the Court's Order dated July 31, 2015 (Doc. 1208) shall be amended as follows:

On page 3 of the order, lines 3-5, the text of the fifth document production date duplicates verbatim the text of the fourth document production date. This text should be eliminated.

///

///

**IT IS FURTHER ORDERED** that the Department of Justice file the complaint in intervention.

Dated this 28th day of August, 2015.

*A. Murray Snow*
/G. Murray Snow
United States District Judge