# Exhibit A

Mark Kappelhoff
  Deputy Assistant Attorney General
Judy Preston (MD Bar, no numbers issued)
Timothy D. Mygatt (DC Bar No. 1021564)
Edward G. Caspar (MA Bar No. 650566)
Jennifer L. Mondino (NY Bar No. 4141636)
Paul Killebrew (LA Bar No. 32176)
Puneet Cheema (CA Bar No. 268677)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
601 D St. NW, Suite 5200
Washington, D.C. 20004

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br>　　　　　　　Plaintiffs,<br>v.<br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al.<br>　　　　　　　Defendants. | No. 2:07-cv-02513-GMS<br><br>CERTIFICATE OF THE ATTORNEY GENERAL |

<u>CERTIFICATE OF THE ATTORNEY GENERAL</u>

I, Loretta E. Lynch, Attorney General of the United States, pursuant to Section 902 of the Civil Rights Act of 1964, hereby certify that in my judgment, the case of *Melendres v. Arpaio*, No. 2:07-cv-02513 (D. Ariz.), is a case of general public importance, and I am personally signing this Certificate in support of the United States' intervention as a plaintiff in the case.

Signed this 16th day of June, 2015, at Washington, D.C.

_____
LORETTA E. LYNCH
Attorney General of the United States