Mark Kappelhoff
  Deputy Assistant Attorney General
Judy Preston (MD Bar, no numbers assigned)
Timothy D. Mygatt (DC Bar No. 1021564)
Edward G. Caspar (MA Bar No. 650566)
Jennifer L. Mondino (NY Bar No. 4141636)
Paul Killebrew (LA Bar No. 32176)
Puneet Cheema (CA Bar No. 268677)
Matthew J. Donnelly (IL No. 6281308)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
601 D St. NW, Suite 5200
Washington, D.C. 20004

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al*.<br>　　　　　　　Plaintiffs,<br>and<br>United States of America<br>　　　　　　　Plaintiff-Intervenor,<br>v.<br>Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; *et al*.<br>　　　　　　　Defendants. | No. 2:07-cv-02513-GMS<br><br>**UNITED STATES' NOTICE OF SERVICE OF DISCOVERY REQUEST TO SHERIFF JOSEPH M. ARPAIO** |

　　　Plaintiff-Intervenor United States hereby provides notice that on August 31, 2015, it served by email and U.S. mail on Defendant Sheriff Joseph M. Arpaio a request for certain documents that Defendant previously provided to Plaintiffs.

　　　Respectfully submitted this 31st day of August, 2015.

Respectfully submitted,

Mark Kappelhoff
Deputy Assistant Attorney General
Civil Rights Division

Judy Preston
Acting Chief, Special Litigation Section

Timothy D. Mygatt
Special Counsel

/s/ Paul Killebrew
Edward G. Caspar (MA Bar No. 650566)
Special Counsel
Jennifer L. Mondino (NY Bar No. 4141636)
Paul Killebrew (LA Bar No. 32176)
Puneet Cheema (CA Bar No. 268677)
Matthew J. Donnelly (IL Bar No. 6281308)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
601 D St. NW, Suite 5200
Washington, D.C. 20004
Tel. (202) 305-3239/Fax (202) 514-6273
paul.killebrew@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I certify that on or about August 31, 2015, I used the Court's CM/ECF system to serve a true and correct copy of the foregoing filing on counsel of record.

/s/ Paul Killebrew
PAUL KILLEBREW