Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*, | CV-07-2513-PHX-GMS |
| Plaintiffs, | **NOTICE OF DEPOSITION OF EDWARD PATRICK LOPEZ** |
| v. | |
| Joseph M. Arpaio, *et al.*, | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

| | |
|---|---|
| Andre I. Segura (*Pro Hac Vice*) | Priscilla G. Dodson (*Pro Hac Vice*) |
| asegura@aclu.org | pdodson@cov.com |
| ACLU Foundation | Covington & Burling LLP |
| Immigrants' Rights Project | One CityCenter |
| 125 Broad Street, 17th Floor | 850 Tenth Street, NW |
| New York, NY 10004 | Washington, DC 20001 |
| Telephone: (212) 549-2676 | Telephone: (202) 662-5996 |
| Facsimile: (212) 549-2654 | Facsimile: (202) 778-5996 |
| | |
| Anne Lai (*Pro Hac Vice*) | Jorge M. Castillo (*Pro Hac Vice*) |
| alai@law.uci.edu | jcastillo@maldef.org |
| 401 E. Peltason, Suite 3500 | Mexican American Legal Defense and Educational Fund |
| Irvine, CA 92697 | 634 South Spring Street, 11th Floor |
| Telephone: (949) 824-9894 | Los Angeles, California 90014 |
| Facsimile: (949) 824-0066 | Telephone: (213) 629-2512 |
| | Facsimile: (213) 629-0266 |

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Michelle L Morin (*Pro Hac Vice*)
mmorin@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran (*Pro Hac Vice*)
talbarran@cov.com
Lauren E. Pedley (*Pro Hac Vice*)
lpedley@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

1  TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(a), the deposition of Edward Patrick Lopez, in his individual and official capacity in the Sheriff's Department of Maricopa County, Arizona, will be taken by Plaintiffs in *Manuel de Jesus Ortega Melendres, et al. v. Joseph M. Arpaio, et al.,* on September 9, 2015. The deposition will be taken at Legal Video Specialists, 3033 N. Central Avenue, Suite 100, Phoenix, Arizona, 85012, beginning at 2:00 p.m. for a period of up to four hours, before an officer authorized by law to administer oaths.

    PLEASE TAKE FURTHER NOTICE that pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, deposing party intends to cause the proceedings to be recorded stenographically and they may be videotaped.

    RESPECTFULLY SUBMITTED this 31st day of August, 2015.

By: /s/ Cecillia D. Wang

| | |
|---|---|
| Daniel Pochoda<br>ACLU Foundation of Arizona | Cecillia D. Wang (*Pro Hac Vice*)<br>Andre I. Segura (*Pro Hac Vice*)<br>ACLU Foundation<br>Immigrants' Rights Project |
| Stanley Young (*Pro Hac Vice*)<br>Tammy Albarran (*Pro Hac Vice*)<br>Hyun S. Byun (*Pro Hac Vice*)<br>Priscilla G. Dodson (*Pro Hac Vice*)<br>Lauren E. Pedley (*Pro Hac Vice*)<br>Michelle L Morin (*Pro Hac Vice*)<br>Covington & Burling, LLP | Anne Lai (*Pro Hac Vice*)<br><br>Jorge M. Castillo (*Pro Hac Vice*)<br>Mexican American Legal Defense and Educational Fund<br><br>*Attorneys for Plaintiffs* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

Dated this 31st day of August, 2015.

<u>/s/ Cecillia D. Wang</u>