Karen Clark, Bar No. 012665
Ralph Adams, Bar No. 015599
**ADAMS & CLARK, PC**
520 East Portland Street, Suite 200
Phoenix, AZ 85004
Tel: (602) 258-3542
karen@adamsclark.com
Attorneys for Timothy J. Casey

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **MANUEL de JESUS ORTEGA MELENDRES, et al.,**<br><br>Plaintiff(s)<br><br>v.<br><br>**JOSEPH M. ARPAIO, et al.,**<br><br>Defendant(s). | Case No.: CV-07-2513-PHX-GMS<br><br>**NON-PARTY TIMOTHY J. CASEY'S NOTICE OF POSITION REGARDING HIS DEPOSITION** |

Non-party Timothy J. Casey, by and through his undersigned specially appearing ethics counsel, submits this Notice of Position Regarding his Deposition.

Tim Casey is former counsel to Defendants Sheriff Joseph M. Arpaio and the MCSO. Plaintiffs have subpoenaed Mr. Casey to attend his deposition on September 16, 2015.

Mr. Casey has reviewed the transcript of the Status Conference held on August 28, 2015. Pursuant to the Court's discussion during the Status Conference (Transcript of Proceedings on 08/28/15 at 21:3 to 22:12), Mr. Casey requests the Court's attendance at his September 16, 2015 deposition to allow for rulings on privilege and

confidentiality objections and instructions to him as a witness.  Mr Casey urges that this will promote the efficient taking of the deposition and its completion on a single date. Mr. Casey has no objection to the deposition taking place in the federal courthouse or any other location convenient to the Court.

**RESPECTFULLY SUBMITTED** this 3rd day of September, 2015

ADAMS & CLARK, P.C.


/s/ Karen Clark
Karen Clark
Attorney for Timothy J. Casey

2

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on this 3rd day of September, 2015, I caused the

3
foregoing document to be filed electronically with the Clerk of Court through the
4

5   CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF

6   System.

7

8
By:   /s/ Beverley Thomas
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26