**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al. </br></br> Plaintiffs, </br></br> vs. </br></br> Joseph M. Arpaio, et al., </br></br> Defendants. | NO. CV07-02513-PHX-GMS </br></br> **DEFENDANT JOSEPH M. ARAPIO'S COUNSEL MICHELE M. IAFRATE'S REQUEST TO BE EXCUSED FROM SEPTEMBER 10, 2015 STATUS CONFERENCE** |

Defendant Joseph M. Arpaio's counsel, Michele M. Iafrate ("Defendant's counsel"), requests to be excused from appearing at the September 10, 2015 Status Conference due to a conflict with a scheduled settlement conference in *Paniagua v. City of Phoenix, et al.*, CV2014-009112.

Defendant Arpaio will be represented by co-counsel at the September 10, 2015 hearing. Therefore, Defendant's counsel requests she be excused from attending the September 10, 2015 conference.

**DATED** this 3rd day of September, 2015

**IAFRATE & ASSOCIATES**


By: s/Michele M.Iafrate
Michele M. Iafrate
Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

1

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court on September 3, 2015, for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

By:   s/Jill Lafornara