IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

On September 4, 2015, the Court held a hearing with the Parties, and pursuant to discussions at the hearing,

**IT IS HEREBY ORDERED** that counsel for Defendants shall review the client file that Timothy Casey provided to the Maricopa County Sheriff's Office and produce the documents requested in Plaintiff's subpoena duces tecum to Mr. Casey. Counsel for Defendants shall produce all documents consistent with the previous orders of this Court and provide a privilege log for any materials not produced.

**IT IS FURTHER ORDERED** that the Parties comply with the procedure suggested by Mr. Gomez, counsel for the United States, for the examination of the fifty

hard drives.  Any material found to be privileged is subject to strict "claw back" principles pursuant to Federal Rule of Civil Procedure 26(b)(5)(B).

**IT IS FURTHER ORDERED** that the deadline for responses to pending interrogatories and requests for admissions shall be **September 15, 2015**.

Dated this 8th day of September, 2015.

_____
Honorable G. Murray Snow
United States District Judge