IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

On September 10, 2015, the Court held a hearing with the Parties, and pursuant to discussions at the hearing,

**IT IS HEREBY ORDERED** that counsel for Defendants shall produce all materials contained in the client file Timothy Casey provided to counsel, requested in Plaintiff's subpoena duces tecum to Mr. Casey, and consistent with the previous orders of this Court. Counsel for Defendants shall also provide a privilege log for any materials not produced. Counsel for Defendants shall produce all materials over the weekend on a rolling basis, delivering materials to Plaintiff's counsel as soon as materials are ready for production. If Counsel for Defendants fails to produce all of these materials as ordered over the weekend, counsel for Defendants must file an explanation for the failure with the

Court on the morning of **Monday, September 14**.

**IT IS FURTHER ORDERED** that Richard Walker shall confer with all parties requesting the designated archived Maricopa County files to ascertain the most appropriate and workable production format that includes all relevant text, meta data, and attachments. Mr. Walker shall then arrange for the shipment of the PSP files in the agreed upon format by **Saturday, September 12, 2015** to ensure all interested parties receive the files by **Monday morning, September 14, 2015**. If Mr. Walker fails to arrange for the shipment of the PSP files by **Saturday, September 12** for a **Monday morning, September 14** delivery, Mr. Walker shall file an explanation with the Court on **Monday morning, September 14**.

Dated this 10th day of September, 2015.

/s/ A. Murray Snow
G. Murray Snow
United States District Judge