Cecilia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys
for Plaintiffs listed on next page)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Manuel de Jesus Ortega Melendres, et al., | ) ) ) | CV-07-2513-PHX-GMS |
| Plaintiff(s), | ) ) | **MOTION TO FILE UNDER SEAL EXHIBITS 8-11 AND** |
| v. | ) ) | **13-16 TO PLAINTIFFS' RULE 56.1(B) STATEMENT OF FACTS** |
| Joseph M. Arpaio, et al., | ) ) | **AND RULE 56(D) STATEMENT OF UNAVAILABLE FACTS IN** |
| Defendants(s). | ) ) ) | **OPPOSITION TO SANDS' MOTION FOR SUMMARY JUDGMENT** |

Additional Attorneys for Plaintiffs:

Andre I. Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Michelle L. Morin (*Pro Hac Vice*)
mmorin@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran (*Pro Hac Vice*)
talbarran@cov.com
Lauren E. Pedley (*Pro Hac Vice*)
lpedley@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

Priscilla G. Dodson (*Pro Hac Vice*)
pdodson@cov.com
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5996
Facsimile: (202) 778-5996

Jorge M. Castillo (*Pro Hac Vice*)
jcastillo@maldef.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Plaintiffs move to file under seal the Exhibits 8-11 and 13-16 to Plaintiffs' Rule 56.1(B) Statement of Facts and Rule 56(D) Statement of Unavailable Facts in Opposition to Sands' Motion for Summary Judgment. Plaintiffs move to seal Exhibits 8-11 because Defendants have designated them as "Confidential - Attorneys' Eyes Only" under the protective order. The exhibits contain e-mail correspondence and excerpts of internal affairs investigation files. Plaintiffs move to seal Exhibits 13-16 in an abundance of caution, because these exhibits contain transcripts of Monitor interviews that may reflect Defendants' confidential information. Plaintiffs do not necessarily agree that any of this material actually warrants confidential treatment, but file this motion in an abundance of caution in view of Defendants' confidentiality designations (which, in Plaintiffs' view, have been excessive and overbroad).

A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 11th day of September, 2015.


By: /s/ *Tammy Albarrán*

Cecillia D. Wang (*Pro Hac Vice*)
Andre I. Segura (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Daniel Pochoda
ACLU Foundation of Arizona

Anne Lai (*Pro Hac Vice*)

Stanley Young (*Pro Hac Vice*)
Tammy Albarran (*Pro Hac Vice*)
Michelle L. Morin (*Pro Hac Vice*)
Lauren E. Pedley *(Pro Hac Vice)*
Hyun S. Byun (*Pro Hac Vice*)
Priscilla G. Dodson (*Pro Hac Vice*)
Covington & Burling, LLP

Jorge M. Castillo (*Pro Hac Vice*)

1

Mexican American Legal Defense and
Educational Fund
*Attorneys for Plaintiffs*

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on September 11, 2015 I electronically transmitted the

3

attached document to the Clerk's office using the CM/ECF System for filing and

4

caused the attached document to be served via the CM/ECF System on all counsel of

5

record.

6

7

*/s/ Tammy Albarrán*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28