Richard K. Walker, SBN 004159
Charles W. Jirauch, SBN 004219
**WALKER & PESKIND, PLLC**
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
rkw@azlawpartner.com
cwj@azlawpartner.com
Phone: (480) 483-6336
Facsimile: (480) 483-6337
*Counsel for Defendant Maricopa County, Arizona*

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> Joseph M. Arpaio, et al., <br><br> Defendants. | **CASE NO.: 2:07-CV-02513-GMS** <br><br> **DEFENDANT MARICOPA COUNTY, ARIZONA'S NOTICE OF SERVICE OF ELECTRONICALLY STORED INFORMATION** <br><br> [Assigned to Judge G. Murray Snow] |

Defendant MARICOPA COUNTY ("the County")[1] hereby provides notice that, this morning, September 14, 2015, the following electronically stored information was

---

[1] "Maricopa County" and "the County," as used herein, are intended to refer to that portion of the government of Maricopa County embodied in the Maricopa County Board of Supervisors, the Maricopa County Manager, and those appointed officials and employees of the County who serve under the supervision and direction of the foregoing. The phrase is not intended, and should not be construed, to refer to any other Maricopa County officer whose office is filled by the electoral process as provided in the Arizona Constitution (Constitutional Officers), or to any of the officials and other employees of the County who serve under the supervision and direction of such Constitutional Officers.

delivered, via Federal Express courier services, to the offices of counsel for the Plaintiffs and counsel for former Chief Brian Sands: (1) copies of raw tiff images and text files corresponding to each of the documents (after de-duping) identified as a result of searches conducted on agreed upon specified pst files and using agreed upon search parameters, exclusive of documents and portions of documents withheld at the direction of counsel for Sheriff Arpaio on privilege and/or work product grounds; (2) copies of spreadsheets and audio files in "native" format'; and (3) "load" files that will make it possible for the aforementioned parties to load such tiff images into their own, respective databases and conduct searches on such data. It is the understanding of undersigned counsel that the data provided today includes emails, attachments, and metadata, and that all such data will be readily searchable, once loaded into databases as hereinbefore described.

DATED this 14th day of September 2015.

WALKER & PESKIND, PLLC

By: /s/ Richard K. Walker
 Richard K. Walker, Esq.
 Charles W. Jirauch, Esq.
 16100 N. 71st Street, Suite 140
 Scottsdale, Arizona 85254-2236
 Attorneys for Defendant Maricopa County, Arizona

2

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2015, I electronically filed Defendant, Maricopa County, Arizona's Notice of Service of Electronically Stored Information, with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Michelle Giordano

**WALKER & PESKIND, PLLC**
Attorneys and Counselors
16100 North 71st Street, Suite 140
Scottsdale, AZ 85254
Telephone: (480) 483-6336