Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*, | CV-07-2513-PHX-GMS |
| Plaintiffs, | **AMENDED NOTICE OF DEPOSITION OF JONATHAN KNAPP** |
| v. | |
| Joseph M. Arpaio, *et al.*, | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

Andre I. Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Priscilla G. Dodson (*Pro Hac Vice*)
pdodson@cov.com
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5996
Facsimile: (202) 778-5996

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Jorge M. Castillo (*Pro Hac Vice*)
jcastillo@maldef.org
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Michelle L Morin (*Pro Hac Vice*)
mmorin@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarrán (*Pro Hac Vice*)
talbarran@cov.com
Lauren E. Pedley (*Pro Hac Vice*)
lpedley@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(a), the deposition of Jonathan Knapp, in his individual and official capacity in the Sheriff's Department of Maricopa County, Arizona, will be taken by Plaintiffs in *Manuel de Jesus Ortega Melendres, et al. v. Joseph M. Arpaio, et al.,* on September 21, 2015. The deposition will be taken at Legal Video Specialists, 3033 N. Central Avenue, Suite 100, Phoenix, Arizona, 85012, beginning at 1:00 p.m. for a period of up to four hours, before an officer authorized by law to administer oaths.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, deposing party intends to cause the proceedings to be recorded stenographically and they may be videotaped.

RESPECTFULLY SUBMITTED this 15th day of September, 2015.

By: /s/ Tammy Albarrán

| | |
|---|---|
| Daniel Pochoda<br>ACLU Foundation of Arizona | Cecillia D. Wang (*Pro Hac Vice*)<br>Andre I. Segura (*Pro Hac Vice*)<br>ACLU Foundation |
| Stanley Young (*Pro Hac Vice*)<br>Tammy Albarrán (*Pro Hac Vice*)<br>Hyun S. Byun (*Pro Hac Vice*)<br>Priscilla G. Dodson (*Pro Hac Vice*)<br>Lauren E. Pedley (*Pro Hac Vice*)<br>Michelle L Morin (*Pro Hac Vice*)<br>Covington & Burling, LLP | Immigrants' Rights Project<br><br>Anne Lai (*Pro Hac Vice*)<br><br>Jorge M. Castillo (*Pro Hac Vice*)<br>Mexican American Legal Defense and Educational Fund<br><br>*Attorneys for Plaintiffs* |

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

Dated this 15th day of September, 2015.

/s/ Tammy Albarrán