**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

**JONES SKELTON & HOCHULI, PLC**
2901 North Central Avenue, Ste. 800
Phoenix, Arizona  85012
(602) 263-1700

John T. Masterson, #007447
Joseph J. Popolizio, #017434
Diana J. Elston, #025461
Justin M. Ackerman, #030726
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
delston@jshfirm.com
jackerman@jshfirm.com

Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Manuel de Jesus Ortega Melendres, et al., Plaintiffs, vs. Joseph M. Arpaio, et al., Defendants. | NO. CV07-02513-PHX-GMS<br><br>**DEFENDANT JOSEPH M. ARPAIO'S NOTICE TO THE COURT REGARDING DOCUMENT PROVIDED PURSUANT TO COURT'S ORDER [1349]** |
|---|---|

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant Joseph M. Arapio gives notice that document Casey Sub000166 was provided on August 15, 2015 pursuant to the Court's Order dated September 15, 2015 (Doc. 1349).

**DATED** this 15th day of September, 2015

                      **IAFRATE & ASSOCIATES**

                      By:   s/Michele M. Iafrate
                            Michele M. Iafrate
                            Attorney for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

                      **JONES SKELTON & HOCHULI, PLC**

                      By:   s/John T. Masterson (w/permission)
                            John T. Masterson
                            Joseph J. Popolizio
                            Diana J. Elston
                            Justin M. Ackerman
                            Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court on September 15, 2015, for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

By:   s/Jill Lafornara