John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7827
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com

A. Melvin McDonald, Bar #002298
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7847
mmcdonald@jshfirm.com

Attorneys for Defendant Joseph M. Arpaio in his official capacity as Sheriff of Maricopa County, AZ

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Joseph M. Arpaio, et al., <br><br> Defendants. | NO. CV 07-02513-PHX-GMS <br><br> **DEFENDANT ARPAIO'S NOTICE OF SERVICE OF DEFENDANT'S RESPONSE TO PLAINTIFFS' SECOND SET OF NON-UNIFORM INTERROGATORIES AND FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT ARPAIO RE CONTEMPT** |

Defendant Arpaio hereby provides notice that on September 15, 2015, he served by email, on Plaintiffs, Defendant Arpaio's Response to Plaintiffs' Second Set of Non-Uniform Interrogatories and First Set of Requests for Admission to Defendant Arpaio re Contempt.

4490394.1
9/15/15

DATED this 15th day of September, 2015.

JONES, SKELTON & HOCHULI, P.L.C.


By/s/ Joseph J. Popolizio
John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Attorneys for Defendant Joseph M. Arpaio
and the Maricopa County Sheriff's Office

DATED this 15th day of September, 2015.

JONES, SKELTON & HOCHULI, P.L.C.


By/s/ A. Melvin McDonald
A. Melvin McDonald
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Attorneys for Defendant

4490394.1
9/15/15

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2015, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/Christine Miller