**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

**JONES SKELTON & HOCHULI, PLC**
2901 North Central Avenue, Ste. 800
Phoenix, Arizona  85012
(602) 263-1700

John T. Masterson, #007447
Joseph J. Popolizio, #017434
Diana J. Elston, #025461
Justin M. Ackerman, #030726
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
delston@jshfirm.com
jackerman@jshfirm.com

Attorneys for **Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al. | NO. CV07-02513-PHX-GMS |
| Plaintiffs, | |
| vs. | **DEFENDANT JOSEPH M. ARPAIO'S NOTICE TO THE COURT REGARDING DOCUMENTS PROVIDED PURSUANT TO COURT'S ORDER [1357]** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

1

Defendant Joseph M. Arapio gives notice that documents MCAO00567-MCAO00639; MCAO00645-MCAO00649; and MCAO00654-MCAO00805 were provided on September 17, 2015 pursuant to the Court's Order dated September 16, 2015 (Doc. 1357).

**DATED** this 17th day of September, 2015

**IAFRATE & ASSOCIATES**


By: s/Michele M. Iafrate
Michele M. Iafrate
Attorney for **Defendants Joseph M. Arapio and Maricopa County Sheriff's Office**

**JONES SKELTON & HOCHULI, PLC**


By: s/John T. Masterson (w/permission)
John T. Masterson
Joseph J. Popolizio
Diana J. Elston
Justin M. Ackerman
Attorneys for **Defendants Joseph M. Arapio and Maricopa County Sheriff's Office**

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court on September 17, 2015, for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.


By:   s/Jill Lafornara