Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Daniel J. Pochoda
dpochoda@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone:  (602) 650-1854
Facsimile:  (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al.,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Joseph M. Arpaio, et al.,<br><br>　　　　　Defendants(s). | CV-07-2513-PHX-GMS<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL TESTIMONY RE: JULY 17, 2015 MEETING AND MCSO'S NONDISCLOSURE OF THE "1500 IDS"** |

Additional Attorneys for Plaintiffs:

| | |
|---|---|
| Andre I. Segura (*Pro Hac Vice*) | Priscilla G. Dodson (*Pro Hac Vice*) |
| asegura@aclu.org | pdodson@cov.com |
| ACLU Foundation | Covington & Burling LLP |
| Immigrants' Rights Project | 1201 Pennsylvania Avenue |
| 125 Broad Street, 17th Floor | Washington, DC  20004 |
| New York, NY 10004 | Telephone: (202) 662-5996 |
| Telephone: (212) 549-2676 | Facsimile: (202) 778-5996 |
| Facsimile: (212) 549-2654 | |
| | |
| Anne Lai (*Pro Hac Vice*) | Jorge M. Castillo (*Pro Hac Vice*) |
| alai@law.uci.edu | jcastillo@maldef.org |
| 401 E. Peltason, Suite 3500 | Mexican American Legal Defense and |
| Irvine, CA 92697-8000 | Educational Fund |
| Telephone: (949) 824-9894 | 634 South Spring Street, 11th Floor |
| Facsimile: (949) 824-0066 | Los Angeles, California 90014 |
| | Telephone: (213) 629-2512 |
| | Facsimile: (213) 629-0266 |

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Michelle L. Morin (*Pro Hac Vice*)
mmorin@cov.com
Hyun S. Byun (*Pro Hac Vice*)
hbyun@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran (*Pro Hac Vice*)
talbarran@cov.com
Lauren E. Pedley
lpedley@cov.com (*Pro Hac Vice*)
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

To facilitate expeditious resolution of Plaintiffs' Motion to Compel Defendants and members of the Maricopa County Sheriff's Office ("MCSO") to respond to Plaintiffs' questioning about (1) discussions that occurred between MCSO personnel and counsel on Friday, July 17, 2015 regarding approximately 1,459 identification documents that had been turned in by Sergeant Jon Knapp (hereinafter the "1,500 IDs"); and (2) any other discussions MCSO had with counsel regarding nondisclosure of the 1,500 IDs to the Monitor team in the lead up to the Monitor's site visit on July 20-24, 2015, Plaintiffs submit this abbreviated reply brief with additional authorities and deposition testimony by Chief Deputy Gerald Sheridan demonstrating that Defendants have waived any attorney-client privilege.

First, Defendants argue in their opposition brief, Doc. 1358, that it is Sheriff Arpaio who holds the privilege and that any waiver was unintentional. Plaintiffs argument, however, is that *Defendants*, not individual MCSO personnel, have waived the privilege. Counsel for Defendant Arpaio were present at the deposition and Monitor team interviews of Captain Bailey and the deposition of Lieutenant Seagraves. As Arpaio's agents, those counsel made intentional decisions about what questions to permit MCSO witnesses to answer and what questions not to permit them to answer. Plaintiffs may therefore fairly rely on those witnesses' testimony to argue that the privilege has been waived and the remainder of communications on the same subject should be disclosed. In support, Plaintiffs direct the Court to authorities contained in their Notice of Authorities filed today, September 17, 2015, in connection with the waiver of privilege as to the January 2, 2015 meeting about the Seattle investigation. Doc. 1360 ¶¶ 5-6, 9.[1]

---

[1] Defendants also object to use of the Monitor team's interview of Captain Bailey and to the rough transcript of his deposition. But Dawn Sauer, an attorney with Iafrate & Associates, which represents Sheriff Arpaio, was present at Captain Bailey's Monitor team interview. As for the transcript of Captain Bailey's deposition, counsel for Sheriff (continued…)

1

In addition, Plaintiffs wish to notify this Court of testimony that Chief Deputy Sheridan gave, without objection by MCSO counsel, on Wednesday, September 15, 2015, relevant to the issue of subject matter waiver. During Chief Deputy Sheridan's deposition, he stated, regarding the July 20, 2015 meeting with the Monitor team:

> Q. Okay. Are you aware that Chief Sherry Kiyler of the monitor team asked Captain Bailey and other PSB personnel about various IA cases about ID documents?
>
> A. Yes.
>
> Q. And are you aware that after asking about some specific pending cases, she asked whether there were other cases?
>
> MR. MASTERSON: Form.
>
> BY MS. WANG:
>
> Q. Involving IDs?
>
> A. Yes.
>
> MR. MASTERSON: Form.
>
> BY MS. WANG:
>
> Q. And that Captain Bailey said no in response to that question. Are you aware of that?
>
> MR. MASTERSON: Form. Foundation.
>
> THE WITNESS: Yes.
>
> BY MS. WANG:
>
> Q. Do you have an opinion about whether that statement by Captain

---

Arpaio did not object to use of the rough transcript for this briefing during the conference with the Court on September 8, 2015. In any event, since the final transcript of Captain Bailey's deposition is now available, Plaintiffs attach to this reply the relevant excerpts from the final transcript. *See* Transcript of Deposition of Steve Bailey, Supplemental Declaration of Anne Lai ("Lai Supp. Decl."), Ex. A.

2

1  Bailey was true or false?

2  MR. MASTERSON: Form. Foundation.

3  MR. WALKER: Join.

4  THE WITNESS: Yes.

5  BY MS. WANG:

6  Q. What's your opinion?

7  MR. MASTERSON: Form. Foundation.

8  MR. WALKER: Join.

9  THE WITNESS: I don't think I can answer that question.

10  BY MS. WANG:

11  Q. Why not?

12  A. Goes back to the attorney-client privilege issue from earlier.

13  Q. So are you saying you do have an opinion about whether Captain Bailey's answer was truthful, but your opinion is based on advice of counsel?

14  MR. MASTERSON: Form. Foundation.

15  MR. WALKER: Join.

16  THE WITNESS: Yes.

Transcript of Deposition of Gerald Sheridan, Lai Supp. Decl., Ex. B, at 525:6-526:20. If Defendants believe their failure to disclose the discovery of the 1,500 IDs was reasonable, then they should state the grounds for that belief so that it may be evaluated by this Court. As discussed by Plaintiffs in their initial motion, Defendants cannot contend their actions were justified based on advice of counsel and then obstruct Plaintiffs' efforts to conduct discovery into their reasons by hiding behind the cloak of attorney-client privilege. *See* Doc. 1315 at 4-5; *see also* Doc. 1360 ¶¶ 2, 10, 13 (discussing subject matter waiver).

3

1  For all the reasons discussed herein and in Plaintiffs' Motion to Compel
2  Testimony Re: July 17, 2015 Meeting and MCSO's Nondisclosure of the "1500 IDs",
3  the Court should grant Plaintiffs' Motion.

5  Dated this 18th day of September, 2015.

By:  /s/ Anne Lai

Anne Lai (*Pro Hac Vice*)

Cecillia D. Wang (*Pro Hac Vice*)
Andre I. Segura (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Daniel Pochoda
ACLU Foundation of Arizona

Stanley Young (*Pro Hac Vice*)
Tammy Albarran (*Pro Hac Vice*)
Michelle L. Morin (*Pro Hac Vice*)
Lauren E. Pedley (*Pro Hac Vice*)
Hyun S. Byun (*Pro Hac Vice*)
Priscilla G. Dodson (*Pro Hac Vice*)
Covington & Burling, LLP

Jorge M. Castillo (*Pro Hac Vice*)
Mexican American Legal Defense and
Educational Fund

*Attorneys for Plaintiffs*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

Dated: September 18, 2015
Phoenix, AZ

/s/ Anne Lai

5