# EXHIBIT D

Sheridan, Gerard - Vol. 4  9/15/2015  9:16:00 AM

IN AND FOR THE DISTRICT OF ARIZONA

MANUEL DE JESUS ORTEGA )

MELENDRES, et al., )

)

    Plaintiffs, )

)

  vs. )No. CV-07-2513-PHX-GMS

)

JOSEPH M. ARPAIO, et al., )

)

    Defendants. )

)

VIDEOTAPED DEPOSITION OF GERARD SHERIDAN

VOLUME IV

(Pages 355 to 685, inclusive)

Phoenix, Arizona

September 15, 2015

9:16 a.m.

REPORTED BY:

PAMELA A. GRIFFIN, RPR, CRR

Certified Reporter

Certificate No. 50010

PREPARED FOR:

CONDENSED/ASCII

(Certified Copy)

Sheridan, Gerard - Vol. 4  9/15/2015  9:16:00 AM

1    and lack of performance flies in the face of his numerous

2    promises pledging to complete the work," et cetera.

3           Seems to me based on this e-mail that

4    Mike Zullo was still demanding work product from

5    Dennis Montgomery as of April 20th, 2015.

6           Did you know that that was happening?

7           MR. MASTERSON:  Foundation.

8           THE WITNESS:  I know that we had paid

9    Dennis Montgomery an awful lot of money, and he had

10   nothing to show for it, and that on occasion Mike would

11   contact him.  Yes, I was aware of that.

12   BY MS. WANG:

13      Q.  And you're aware that Mike Zullo was doing that

14   up till April 20th of 2015?

15          MR. MASTERSON:  Form.  Foundation.

16          MR. WALKER:  Join.

17          THE WITNESS:  I don't recall when, but

18   obviously this e-mail gives me that date.

19   BY MS. WANG:

20      Q.  And -- okay.

21          Do you recall a meeting about the Seattle

22   investigation on or about January 2nd, 2014?  And this

23   would have been with Travis Anglin, Tim Casey, Tom Liddy,

24   John Masterson, Joe Popolizio.

25      A.  No.

Sheridan, Gerard - Vol. 4  9/15/2015  9:16:00 AM

1   STATE OF ARIZONA    )
                        ) ss.
2   COUNTY OF MARICOPA  )
3       BE IT KNOWN that the foregoing proceedings were taken before me; that the witness before testifying was
4   duly sworn by me to testify to the whole truth; that the foregoing pages are a full, true, and accurate record of
5   the proceedings, all done to the best of my skill and ability; that the proceedings were taken down by me in
6   shorthand and thereafter reduced to print under my direction.
7
        I CERTIFY that I am in no way related to any of
8   the parties hereto, nor am I in any way interested in the outcome hereof.
9
10      [X]  Review and signature was requested.
        [ ]  Review and signature was waived.
11      [ ]  Review and signature not required.
12
        I CERTIFY that I have complied with the ethical
13  obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206 J(1)(g)(1) and (2).
14      Dated at Phoenix, Arizona, this [!DATE] day of [!MONTH], 2015.
15
16
        _____  _____
17          PAMELA A. GRIFFIN, RPR, CRR
              Certified Reporter
18           Arizona CR No. 50010
19
                *   *   *   *   *
20
21      I CERTIFY that GRIFFIN & ASSOCIATES, LLC, has complied with the ethical obligations set forth in ACJA
22  7-206 (J)(1)(g)(1) through (6).
23
        _____
24          GRIFFIN & ASSOCIATES, LLC
              Registered Reporting Firm
25           Arizona RRF No. R1005