IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

On September 18, 2015, the Court held a hearing with the Parties, and pursuant to discussions at the hearing,

**IT IS HEREBY ORDERED** that the Monitor Team shall send to the Parties the tally of the 1500 identifications belonging to members of the Plaintiff Class.

**IT IS FURTHER ORDERED,** pursuant to argument, explanation, and ruling from the bench, that a subject matter waiver exists regarding the approximately 1,459 identification documents ("1500 IDs") and any communications, from July 17, 2015, until the time that the monitor sent notice of a hearing on this matter, between MCSO employees and counsel regarding whether the 1500 IDs and their disclosure or non-disclosure.

**IT IS FURTHER ORDERED,** pursuant to the Court's ruling from the bench, that a subject matter waiver exists regarding communications between MCSO employees and counsel at the January 2, 2014 meeting.

**IT IS FURTHER ORDERED** that Magistrate Judge Boyle will attend the deposition of Tom Liddy on Monday, September 21, 2015.

**IT IS FURTHER ORDERED** that the deposition of Tim Casey will continue on Tuesday, September 22, 2015. The Court will be available via telephone.

Dated this 18th day of September, 2015.

_____
Honorable G. Murray Snow
United States District Judge