# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Melendres, et al., | No. CV-07-02513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Maricopa, County of, et al., | |
| Defendants. | |

The Court has received and reviewed Maricopa County Attorney William Montgomery and Maricopa County Attorney's Office's (MCAO) Objection to Disclosure of MCAO00640 and MCAO00650. (Doc. 1367.) The Court finds that the portions of MCAO00640 and MCAO00650 to which Mr. Montgomery and MCAO assert the work-product doctrine applies are protected from disclosure and fall outside the subject-matter waiver found by the Court in its May 14, 2015 Order. Therefore, the Court sustains the objection. The discoverable portions of MCAO00640 and MCAO00650 have already been disclosed by Defendants. (*See* Doc. 1361.)

The Court has not received any objection to the disclosure of the documents Bates numbered MCAO00573-76 and MCAO00626-29. If they haven't done so already, Defendants shall disclose those documents immediately.

Dated this 21st day of September, 2015.

Honorable John Z. Boyle
United States Magistrate Judge