1  John T. Masterson, Bar #007447
   Joseph J. Popolizio, Bar #017434
2  Justin M. Ackerman, Bar #030726
   JONES, SKELTON & HOCHULI, P.L.C.
3  2901 North Central Avenue, Suite 800
   Phoenix, Arizona  85012
4  Telephone:  (602) 263-1700
   Fax:  (602) 200-7827
5  jmasterson@jshfirm.com
   jpopolizio@jshfirm.com
6  jackerman@jshfirm.com
   Attorneys for Defendant Joseph M. Arpaio in his official
7  capacity as Sheriff of Maricopa County, AZ

8  Richard K. Walker, Bar #004159
   Charles W. Jirauch, Bar #004219
9  WALKER & PESKIND, PLLC
   16100 N. 71st Street, Suite 140
10 Scottsdale, Arizona 85254-2236
   rkw@azlawpartner.com
11 cwj@azlawpartner.com
   Telephone:  (480) 483-6336
12 Fax:  (480) 483-6337
   Counsel for Defendant Maricopa County, Arizona
13
                **UNITED STATES DISTRICT COURT**
14
                     **DISTRICT OF ARIZONA**
15

16 | Manuel de Jesus Ortega Melendres, et al.,, | NO. CV 07-02513-PHX-GMS |
17 |                                Plaintiff, | **Defendants Arpaio and Maricopa County's Unopposed Motion for Extension of Time to Respond to the United States' Complaint in Intervention** |
18 |                         v.                 | |
19 | Joseph M. Arpaio, et al.,,                 | |
20 |                               Defendant.  | |

21

22         Defendants Joseph M. Arpaio and Maricopa County, pursuant to Rule 6(b),

23 Federal Rules of Civil Procedure, respectfully move for this Court to extend the time to

24 file their responsive pleading to the United States' Complaint in Intervention by 30 days,

25 to October 21, 2015.

26         Defendant Arpaio and Maricopa County seek an extension due to the

27 extensive contempt proceeding preparations and depositions that have occurred between

28 the filing of the United States' Complaint in Intervention and the original deadline to file

4497664.1
9/21/15

1  their responsive pleading on September 21, 2015.  Counsel has conferred with the United

2  States and it does not oppose extending this deadline.

3          Accordingly, for the foregoing reasons, Defendants Joseph M. Arpaio and

4  Maricopa County respectfully request the Court extend the date to file their responsive

5  pleadings to the United States' Complaint in Intervention to October 21, 2015.

6

7          DATED this 21st day of September, 2015.

                          JONES, SKELTON & HOCHULI, P.L.C.
8

9

                          By/s/Justin M. Ackerman
10                            John T. Masterson
                             Joseph J. Popolizio
11                            Justin M. Ackerman
                             2901 North Central Avenue, Suite 800
12                            Phoenix, Arizona  85012
                             Attorneys for Defendant Joseph M. Arpaio
13                            and the Maricopa County Sheriff's Office

14         DATED this 21st day of September, 2015.

15                         WALKER & PESKIND, PLLC

16

17                         By/s/Justin M. Ackerman *(w/permission from)*
                             Richard K. Walker
18                            Charles W. Jirauch
                             16100 N. 71st Street, Suite 140
19                            Scottsdale, Arizona 85254-2236
                             Counsel for Defendant Maricopa County,
20                            Arizona

21

22

23

24

25

26

27

28

4497664.1                              2
9/21/15

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2015, I caused the

foregoing document to be filed electronically with the Clerk of Court through the

CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF

system.

/s/Karen Gawel

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4497664.1
9/21/15

3