1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7                 FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 8  Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-2513-PHX-GMS |
| 9 | **ORDER** |
| 10          Plaintiffs, | |
| 11  and | |
| 12  United States of America, | |
| 13          Plaintiff-Intervenor, | |
| 14  v. | |
| 15  Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| 16 | |
| 17          Defendants. | |

18        Upon consideration of Defendants Joseph M. Arpaio and Maricopa County's

19   Unopposed Motion for Extension of Time to Respond to the United States' Complaint in

20   Intervention (Doc. 1380),

21        **IT IS HEREBY ORDERED** granting Defendants' request to extend time to file

22   their responsive pleading to the United States' Complaint in Intervention (Doc. 1277) by

23   30 days, to **October 21, 2015**.

24        Dated this 22nd day of September, 2015.

25

26   _____

27   Honorable G. Murray Snow
     United States District Judge

28