# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**AMENDED ORDER** |
|---|---|

On February 8, 2016, the Court held a hearing with the Parties, and pursuant to discussions at the hearing, it entered an Order (Doc. 1617) this morning. Nevertheless, that Order requires amendment for the following reasons.

In an action a party must first notice the Court that it is lodging a document under seal to request that it be authorized to file the document under seal. When the Court authorizes a document to be filed under seal, and the document is so filed, it creates two separate docket entries, both of which are under seal and both of which involve the same

sealed document.

In its earlier Order the Court directed the clerk to unseal a large number of docket entries some of which involve the same document. In order to alleviate further confusion (or at least in an attempt to alleviate further confusion) the Court notes that docket entries 415 and 449 involve the same document. So do docket entries 610 and 615, docket entries 814 and 826, docket entries 823 and 827, docket entries 830 and 833, docket entries 845 and 848 and docket entries 1443 and 1529. Therefore the Court revises its Order to delete from its list of documents to be unsealed those docket entries which only represent the filing of the document under seal. The fact that the earlier lodged docket entry has been deleted from the Order will not result in any information not being made public.

**IT IS HEREBY ORDERED** that a hearing is set for **March 1, 2016 at 10:00 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151, at which time Defendants may argue whether the documents lodged and/or filed under seal, Exhibit 14 to Doc. 1335, Docs. 1529 and 1456 should remain under seal, and all parties may address further matters which will be noticed by the Court.

**IT IS FURTHER ORDERED** that the following documents will remain under seal: Docs. 1062, 1259, 1313, 1314.

**IT IS FURTHER ORDERED** that Docs. 786 and 826 will remain under seal and that Defendants will file public versions of the documents with only the dates of birth of

individuals, if any, redacted. Doc. 848 will remain under seal and Defendants will file a public version of the document with the name of the business under investigation redacted.

**IT IS FURTHER ORDERED** that Doc. 449 will remain under seal and that Plaintiffs will file public versions of the documents with the names of the testifying persons redacted.

**IT IS FURTHER ORDERED** directing the Clerk of Court to unseal the following documents previously filed under seal: Docs. 615, 698, 719, 730, 783, 788, 790, 827, 833, 874, 994, 1033, 1072, 1073, 1077, 1084, 1107, 1420, 1472, and 1563.[1]

Dated this 9th day of February, 2016.

_____
Honorable G. Murray Snow
United States District Judge

---

[1] The previous Order listed Docs. 814, 845 and 1153 as being sealed. Documents 814 and 845 were actually lodged and later filed under seal at Docs. 826, 848 and will remain under seal as directed above. Document 1153 was lodged and later publicly filed at Doc. 1166 so it has been removed from this Order.