# DEFENDANTS' INFORMATION REGARDING ARMENDARIZ INVESTIGATIONS EXHIBITS 1 AND 2
## (Lodged Under Seal)

## U.S. District Court of Arizona
## Case No: CV07-02513-PHX-GMS
## Melendres, et al. v. Arpaio, et al.

**EXHIBIT 1**

ATTORNEYS EYES ONLY [AEO]

| IA # | Principal | Received | Findings | Discipline | Summary | Property | Grievance | Grievance Result | Appeal | Appeal Result |
|---|---|---|---|---|---|---|---|---|---|---|
| IA2015-0393 | Dep. Richard Dickner | 05/21/15 | OPEN | | 44 ID's and 2 Plates found in his patrol gear | | | | | |
| IA2015-0475 | Sgt. Roger Marshall | 06/22/15 | OPEN | | 42 ID's found in mock crime scene kit | | | | | |
| IA2015-0483 | Unknown | 06/25/15 | OPEN | | 5 ID's found in patrol vehicle at body shop | | | | | |
| IA2015-0511 | Sgt. John Knapp | 07/08/15 | OPEN | | 1459 ID's in Knapp's possession for training obtained from P&E | | | | | |
| IA2015-0644 | Dep. Jeff Eccles | 08/25/15 | OPEN | | 65 ID's held for training purposes | | | | | |
| IA2015-0682 | Dep. Bridgette Ruiz | 09/09/15 | OPEN | | 46 ID's at Training for training functions | | | | | |
| IA2015-0683 | Lt. Kristina Henderson | 09/09/15 | OPEN | | 3 ID's found at Dist 2 during inspections | | | | | |
| IA2015-0882 | Dep. Greg Sacco | 11/24/15 | OPEN | | 1 ID found when cleaning out assigned County vehicle | | | | | |
| IA2016-0003 | Unknown | 01/05/16 | OPEN | | 1 license plate found at MCSO Training Center | | | | | |

MELC1452838

**EXHIBIT 2**

# MARICOPA COUNTY SHERIFF'S OFFICE  *Memorandum*

| To: | Captain Fred Aldorasi #875<br>Court Implementation Division | From: | Lieutenant B. Richard Johnson #1492<br>Professional Standards Bureau |
|---|---|---|---|
| Subject: | Response to Document Request<br>Regarding #: FSV 35 | Date: | 02/18/2016 |

Joseph M. Arpaio, Sheriff

**REQUEST #:** FSV 35

**REQUEST:** *"Status of 1500 and other ID cases linking other deputies to found IDs/tags."*

**RESPONSE:**

The following are updates on the ID cases:

- IA2015-0386    Dep. Jeff Leroy found IDs at home and shredded them. Sustained on 11/19/2015 and received a Written Reprimand. Case was provided in the November 2015 Paragraph 32 response.

- IA2015-0393    Dep. Richard Dickner found 44 IDs and 2 license plates at home. An interview with Dep. Dickner has been conducted. 22 of these have been linked to Dep. Dickner. The remaining 24 items have been sent to the Arizona Department of Public Safety (AZDPS) for a log scan in an attempt to link to an MCSO Deputy. Pending response from AZDPS.

- IA2015-0475    Dep. Roger Marshall had 42 IDs for use in a training mock crime scene kit. An interview with Sgt. Marshall has been conducted. 12 of these have been linked to MCSO Deputies. 30 of these have been sent to AZDPS for a log scan in an attempt to link to an MCSO Deputy. Pending response from AZDPS.

- IA2015-0483    Six (6) IDs found in pool car. Four (4) of these have been linked to deputies working in District 2. Two (2) of these have been sent to AZDPS for a log scan in an attempt to link to an MCSO Deputy. Pending response from AZDPS.

- IA2015-0511    Sgt. Jonathan Knapp was in possession of 1459 IDs for use as training aids. There are approximately 50 more IDs to process through MCSO database checks to attempt to link to MCSO Deputies. Once completed, IDs not linked to deputies will be sent to AZDPS for a log scan to attempt to link to an MCSO deputy.

- IA2015-0644    Dep. Jeff Eccles was in possession of 65 IDs for use as training aids. Several individuals have been interviewed. 37 of these have been sent to AZDPS for a log scan in an attempt to link to an MCSO Deputy. Pending response from AZDPS.

- IA2015-0682    Dep. Brigette Ruiz reported that 46 IDs were located at the MCSO Training Division for use as training aids. 19 of these have been sent to AZDPS for a log scan in an attempt to link to an MCSO Deputy. Pending response from AZDPS.

5000-135 R10-93 (MW97 v1.0 5/27/98)

MELC1452830

- IA2015-0683    Lt. Kristina Henderson located 3 IDs at District 2. Investigation has been completed and is pending supervisor review.

- IA2015-0735    Dep. Jason Porter used a seized license plate for detective purposes. Exonerated on 01/19/2016. Case was provided with the Weekly Report for 02/12/2016.

- IA2015-0780    Dep. Todd Gambrill lost a driver's license in a patrol car during a traffic stop. It was later found in the center console. Sustained 02/04/2016 and received Coaching. Case was provided with the Weekly Report for 02/12/2016.

- IA2015-0882    Dep. Greg Sacco found a driver's license when cleaning out his assigned vehicle. Investigation has been completed and is pending supervisor review.

- IA2016-0003    A Sonora, Mexico license plate was found at the MCSO Training Center. This been sent to AZDPS for a log scan in an attempt to link to an MCSO Deputy. Pending response from AZDPS.

MELC1452831