# DEFENDANTS' INFORMATION REGARDING ARMENDARIZ INVESTIGATIONS
## (Lodged Under Seal)

## U.S. District Court of Arizona
## Case No: CV07-02513-PHX-GMS
## Melendres, et al. v. Arpaio, et al.

Additional Investigative Lead for IA #2014-0542

Captain Irene Barron-Irby

IA #2015-0018

Principals

E. Quintero

J. Silva

Templeton

Komoroski

H. Martinez

C. Lopez

R. Lopez

C. Rangel

A. Ortega

J. Cosme

D. Joya

Gandara

R. Gonzalez

S. Ross

J. Williams

M. Trombi

A. Duong

B. Palmer

P. Arend

Case Summary

On November 5, 2014 Professional Standards Bureau investigators conducted a search of the Enforcement Support Building. During this search investigators located 578 compact discs which were marked as being either original, copy or unmarked. These compact discs mostly had departmental report numbers on them along with citizen names and deputy sheriff's serial numbers. The date range for the departmental reports listed on the compact discs ranged from 2006 to 2011. Investigators also located 462 departmental reports and other documents. The departmental reports had the word "COPY" stamped on the report. The date ranges for these departmental reports were from 2006 to 2011. Investigators also located 35 license plates. On November 10, 2014 Investigators conducted a search of the Roeser Building and located one compact disc from 2013 that was marked as original and gave the appearance that the compact should have been in evidence. Investigators were also informed of two (2) Sheriff Office departmental reports in reference to identification cards / passports. Between the two departmental reports there were a total of 161 identification cards and 1 passport.

This investigation will attempt to determine how the Sheriff's Office came into possession of the identification cards. Investigators will also attempt to determine if the compact discs should have been impounded into the property room. If the compact discs should have been impounded into the property and evidence room, investigators will attempt to determine who should have impounded the compact disc and why it was not impounded into the property and evidence room. Investigators will also attempt to determine how the Sheriff's Office came into possession of the license plates. Investigators will attempt to determine if the departmental reports were already sent to the Records Division. If the departmental reports were not placed on file with the Records Division investigators will attempt to determine why the reports were not sent to the records division.

IA # 2015-0019

Principals

Deputy S. Monroe

Investigative Lead

Deputy W. Voeltz

Case Summary

On November 5, 2014 a purse was located at the Enforcement Support Building. This purse was located within a locked locker within the building. The purse was in a Sheriff's Office evidence

bag with a departmental report number. Within the purse investigators located several identification cards, a $5.00 bill and several other items. It appears the owner of this purse had been arrested during a Human Smuggling operation and the possible owner of this purse was arrested and deported via the United States Customs. This investigation will attempt to determine who secured this purse and identify the reasons the purse was not placed into the property and evidence room.

IA # 2015-0020

Principals

Deputy S. Monroe

Investigative Lead

Deputy W. Voeltz

Case Summary

On November 5, 2014 a purse was located at the Enforcement Support Building. This purse was located within a locked locker within the building. The purse was in a Sheriff's Office evidence bag with a departmental report number. Within the purse investigators located several make-up and other miscellaneous items. It appears the possible owner of this purse was arrested during a Human Smuggling operation and the possible owner of this purse was deported via the United States Customs. This investigation will attempt to determine who secured this purse and identify the reasons the purse was not placed into the property and evidence room.

IA # 2015-0021

Principals

Deputy J. Cosme

Case Summary

On November 5, 2014 Professional Standards Bureau investigators conducted a search of the Enforcement Support Building. During this search investigators located 578 compact discs which were marked as being either original, copy or unmarked. These compact discs mostly had departmental report numbers on them along with citizen names and deputy sheriff's serial numbers. The date range for the departmental reports listed on the compact discs ranged from 2006 to 2011. While conducting a background on these compact discs investigators identified one of the departmental reports associated with the compact discs. In researching the departmental report investigators found that there was $260.00 secured from a subject arrested in the case. Further investigation showed the $260.00 appeared to not have been placed onto the subject's inmate account and the money was not placed into the property and evidence room.

This investigation will attempt to determine who secured the money and identify the reasons why the money was not either placed onto the inmates account or placed into the property and evidence room.

IA # 2015-0022

Principals

Sergeant Gandara

Case Summary

On November 4, 2014 Sergeant D. Tennyson was at the Enforcement Support Building when he was provided with four (4) identification cards, two (2) compact discs and one (1) small notebook. Sergeant Tennyson was informed the identification cards were located within a locker within the building. This investigation will attempt to determine who secured the cards and why the cards were not placed into the property and evidence room. A records check showed the case agent for this case was Sergeant Gandara.

IA # 2015-0016

Principal

Deputy Danny McFarland #1362

Case Summary

During an audit of the content located on a cell phone belonging to former Deputy Charley Armendariz a string of text messages were identified that were questionable in nature as to a possible violation of MCSO policy. In the text message string dated 3/22/13, Dep. Armendariz informs Dep. McFarland that the County Attorney is going to ask his Lieutenant for a DRE report from 11/7/12 and that he can't cover for him anymore and needs the report. McFarland responds that he will have to recreate the report since he lost his notes from the incident and will get it to him immediately. It appears that McFarland notifies Armendariz that the report is done and will be printed for him the next day.

This investigation will be conducted by the Professional Standards Bureau and will address the delay in the DRE report being turned in by Dep. McFarland and the method that he used to recreate the report for the case.

IA # 2014- 0874

Principal: Sgt. G. Powe

Investigative Lead: Lt. Kim Seagraves

On December 1, 2014, Lt. Kim Seagraves was advised that Sgt. Powe had 44 drivers licenses in his possession that were licenses that were taken for an undercover operation in September/October 2013 out of licenses that were set for destruction at Property and Evidence reference the 3511 public window (ARS 28-3511.) Lt. Seagraves was present during a briefing which was held in Captain Bailey's office at the HIDTA building pertaining to an upcoming undercover operation involving Sergeant G. Powe's squad which at the time was referred to as the Human Smuggling Unit (HSU). At that time HSU was no longer investigating human smuggling cases and was looking for opportunities to be more involved in complex drug investigations.

Sergeant Powe had information about illegal activity that was taking place at a bar that had adult entertainment (topless dancers). The business was named ▮▮▮▮▮▮ and was located on the east side of the valley. The allegation involved narcotic sale inside/outside the bar and in a trailer located behind the building as well as women performing sex acts in exchange for money and/or drugs. Since the detectives assigned to HSU normally did not do undercover work, they did not have an undercover driver's license issued to them from the Motor Vehicle Department (MVD).

Sergeant Powe said they needed to have driver's licenses to gain entry into the target business because they used a license reader and the detectives could not use their own licenses for this purpose. Lt. Seagraves advised Captain Bailey that she could access suspended driver's licenses for the HSU detectives from licenses that were set for destruction at Property and Evidence reference the 3511 public window (ARS 28-3511.)

From an envelope of 200-300 licenses, Lt. Seagraves selected 44 Arizona driver's licenses that looked within the age range that she thought could possibly pass for the detectives in HSU and gave them to Lieutenant B. Jakowinicz to give to Sergeant Powe for the purpose of using them to gain entry into the target business.

Nothing further.