# DEFENDANT'S INFORMATION REGARDING ARMENDARIZ INVESTIGATIONS
## (Lodged Under Seal)

## U.S. District Court of Arizona
## Case No: CV07-02513-PHX-GMS
## Melendres, et al. v. Arpaio, et al.

IA #2016-0158

On 3/24/2016, at approximately 1735 hours, Deputy CA Pittman was looking for radar equipment in the Parks and Recreation Storage Unit at the Usery Mountain Regional Park. While searching for the radar equipment, the Deputy discovered a box on a shelf containing 28 license plates and 10 driver's licenses. The items were inventoried, photocopied and entered in MCSO property. The information was provided to the Professional Standards Board and the following investigation number was pulled: IA 2016-0158.