# DEFENDANT'S INFORMATION REGARDING OPEN ARMENDARIZ INVESTIGATIONS
## (Lodged Under Seal)

## U.S. District Court of Arizona
## Case No: CV07-02513-PHX-GMS
## Melendres, et al. v. Arpaio, et al.

| IA# | Principal | Received | Findings | Discipline | Summary |
|---|---|---|---|---|---|
| IA2015-0393 | Dep. Richard Dickner | 05/21/15 | OPEN | | 44 ID's and 2 Plates found in his patrol gear |
| IA2015-0475 | Sgt. Roger Marshall | 06/22/15 | OPEN | | 42 ID's found in mock crime scene kit |
| IA2015-0483 | Unknown | 06/25/15 | OPEN | | 5 ID's found in patrol vehicle at body shop |
| IA2015-0511 | Sgt. John Knapp | 07/08/15 | OPEN | | 1459 ID's in Knapp's possession for training obtained from P&E |
| IA2015-0644 | Dep. Jeff Eccles | 08/25/15 | OPEN | | 65 ID's held for training purposes |
| IA2015-0682 | Dep. Bridgette Ruiz | 09/09/15 | OPEN | | 46 ID's at Training for training functions |
| IA2016-0003 | Unknown | 01/05/16 | OPEN | | 1 license plate found at MCSO Training Center |
| IA2016-0158 | Unknown | 03/29/16 | OPEN | | 28 license plates and 10 ID's found at Usery Mountain Park storage |