# DEFENDANT'S
# INFORMATION REGARDING
# ARMENDARIZ INVESTIGATIONS
## (Lodged Under Seal)

# U.S. District Court of Arizona
# Case No: CV07-02513-PHX-GMS
# Melendres, et al. v. Arpaio, et al.

IA #2016-0295

Deputy Armendariz conducted a traffic stop with a prisoner in the car. He then telephones another deputy, believed to be Dep. Francisco Gamboa, and asks him to take the stop. Dep. Armendariz refers to the registered owner's name as a "287G" and of Hispanic descent. The case was assigned IA2016-0295.


IA #2016-0296

Deputy Armendariz conducted a traffic stop for a center lane violation and did not notify the Communications Division of the stop. During the traffic stop, the Deputy discovered that the driver was not in violation of the center lane usage. The case was assigned IA2016-0296.


IA #2016-0297

Deputy Armendariz uses his emergency lights and siren to get through heavy traffic for no apparent Law Enforcement reason. The case was assigned IA2016-0297.


IA #2016-0298

Deputy Armendariz conducts a traffic stop and appears to seize the license plate for "Not Valid for Highway Use." The disposition of the seized license plate is unknown. The case was assigned IA2016-0298.