# DEFENDANT'S INFORMATION REGARDING ARMENDARIZ INVESTIGATIONS
## (Lodged Under Seal)

## U.S. District Court of Arizona
## Case No: CV07-02513-PHX-GMS
## Melendres, et al. v. Arpaio, et al.

IA #2016-0327

Deputy Armendariz conducted a traffic stop for aggressive driving. It is unclear if there was an actual aggressive driving violation. Deputy Armendariz appeared to question while in custody without providing Miranda Warnings.

IA #2016-0328

Deputy Armendariz used his emergency lights and siren for no apparent Law Enforcement reason.

IA #2016-0329

Deputy Armendariz conducted a traffic stop for littering. Deputy Armendariz appeared to questions the subject while in custody without providing Miranda Warnings.

IA #2016-0330

Deputy Armendariz conducts a traffic stop for DUI interlock device required. Deputy Armendariz appeared to question the subject while in custody without providing Miranda Warnings. Deputy Armendariz later releases the subject with a citation and allows the subject to drive the vehicle home without the required interlock device.