# DEFENDANT'S INFORMATION REGARDING NEW INTERNAL AFFAIRS INVESTIGATION
## (Lodged Under Seal)

## U.S. District Court of Arizona
## Case No: CV07-02513-PHX-GMS
## Melendres, et al. v. Arpaio, et al.

5126172.1

IA2016-0381

On July 12, 2016 an Arizona Driver's License was found inside the middle radio console of District 2 vehicle #321323 while in the County Radio Shop for repair.