# DEFENDANT'S INFORMATION REGARDING ARMENDARIZ INVESTIGATIONS
### (Lodged Under Seal)

## U.S. District Court of Arizona
## Case No: CV07-02513-PHX-GMS
## Melendres, et al. v. Arpaio, et al.

IA #2016-0344

Deputy Armendariz conducted a traffic stop and appeared to seize the license plate for "plate suspended." The disposition of the seized license plate is unknown.

IA #2016-0345

Deputy Armendariz conducted a traffic stop and appeared to place the driver into custody for a civil offense. Deputy Armendariz later learned that the driver had a suspended driver's license. During the video, Deputy Armendariz seized a military identification and an airport identification from the driver. The disposition of the seized identification cards is unknown.

IA #2016-0387

Deputy Armendariz may have questioned subjects while in custody without providing Miranda Warnings. Deputy Gandara wrote the incident report with quotes from the subject, possibly using a recording device. However, no recording was placed into evidence. Additionally, no long form charging submittal was found regarding the drug charges.

IA #2016-0388

Deputy Armendariz and Sergeant Paul White appear to question subjects while in custody without providing Miranda Warnings. Additionally, Deputy Armendariz tells one subject, "I'm going to knock you some sense" and that he's going to, "hit the ground" in response to the subject not listening to Deputy Armendariz's requests.