A. Melvin McDonald, Bar #002298
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7847
Melmcdonald2@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., | NO. CV-07-02513-PHX-GMS |
|---|---|
| Plaintiffs, | **SHERIFF ARPAIO'S SUPPLEMENTAL BRIEF RE: CRIMINAL CONTEMPT REFERRAL** |
| v. | |
| Joseph M. Arpaio, in his individual and official capacity as Sheriff of Maricopa County, AZ; et al., | |
| Defendants. | |

During the Court's July 22, 2016 hearing, the Court invited Sheriff Arpaio to submit a supplemental brief regarding the efforts MCSO has made to comply with the Court's Orders under the leadership and approval of Sheriff Arpaio and MCSO command staff.  Pursuant to this Court's invitation, Sheriff Arpaio submits that the following efforts have been made under Sheriff Arpaio's leadership to implement this Court's Orders:

**I.     PAST, CURRENT, AND FUTURE COMPLIANCE EFFORTS UNDER THE LEADERSHIP OF SHERIFF ARPAIO.**

**A.     Operations/Policy Changes.**

- Evaluated and realigned first line supervisors in order to provide better leadership, guidance, and oversight for Patrol Operations.  As well as comply with court Order for supervisory ratios.

- Evaluated specialized units and reorganized them to provide better services to the citizens and oversight by the Office.

5127724.1

- Evaluated team members of special units and made personnel changes that reflect the goals of the Office.

- Reviewed and Revised Sheriff's Office Policies and Procedures.

- On December 15, 2014, MCSO voluntarily ceased worksite operations related to identity theft for the purpose of gaining employment.

- On January 6, 2015, as a direct result of US District Judge David G. Campbell's January 5, 2015 Order in *Puente Arizona v. Joseph Arpaio,* which was distributed via CID, the MCSO immediately ceased any active, pending, and future investigations related to ARS §13-2009(A)(3) and the portion of ARS § 13-2008(A) that addresses actions committed "with the intent to obtain or continue employment."

- MCSO disbanded the investigative branch known as the Criminal Employment Unit (CEU).  On January 19, 2015, MCSO reassigned the deputies to various divisions and districts as appropriate for the needs of the Office.  The CEU was removed from the Special Investigations Organizational Chart and Operations Manual and any CEU identifiers within the Office that indicated the existence of such a unit were also removed.  MCSO returned the grant funding provided by the State of Arizona to enforce the above statutes.

- In January 2015, the Policy Section worked with the Training Division to develop and implement the e-Policy system.  MCSO utilizes this system to distribute and require attestation of all Briefing Boards and published policies, consistent with paragraph 31 of the Court Order, requiring MCSO personnel receipt and comprehension of the policies and procedures.

- After a review of detective training records, MCSO continues to ensure all deputies assigned to a detective position possess a detective certification. Applicants who apply for a detective position are encouraged to obtain the certification prior to transfer. Those who are unable to obtain the certification are required to complete their certification courses within one year of their transfer. Detective classes began in December 2014 and continued throughout this reporting period.

**B.**   **Institution of the Court Implementation Unit, Bureau of Internal Oversight & Posse Personnel Management Unit.**

- In October 2013, MCSO formed a division entitled Court Compliance and Implementation Division consistent with paragraph 9 of the Court Order, with a mission to coordinate and implement all aspects of the Court Order.

In February 2015, MCSO changed the name of this unit to the Court Implementation Division (CID). This Division is currently staffed with a Captain, one Lieutenant, four Sergeants, two Deputies, one Administrative Assistant and is in the hiring process for a new Management Assistant.

- The CID is responsible for facilitating document production requests from the monitor.

- From March 24, 2014 through September 29, 2014, the CID conducted quality assurance inspections related to the Court Order.

- On September 29, 2014, the MCSO created the Bureau of Internal Oversight (BIO) to address Court Order compliance, inspections, employee performance, and employee misconduct.

- Since October 2014, BIO continues to conduct inspections in the following areas:

  o Patrol Shift Roster Inspections (for completeness and accuracy)
  o Administrative Investigations Inspections
  o Traffic Stop Data Collection Inspections
  o Employee Email Inspections
  o Supervisory Notes Inspections (Sworn/Patrol)
  o CAD and Alpha Paging Inspections
  o County Attorney Disposition Inspections
  o Supervisory Notes Inspections (Detention/Civilian)
  o District/Division Operations Inspections
  o Patrol Incident Report Inspections
  o Significant Operations Inspection

- In November 2014, CID created the Posse Personnel Management Unit (PPMU) which was tasked with establishing a list of active posse members and creating personnel files for each member to have greater management and accountability of MCSO's Posse members. This function was transferred to Enforcement Support as of May 9, 2016.

- In March 2015, MCSO was deemed in compliance with the requirements of the Court's Corrective Statement of April 17, 2014 and was no longer obligated to report on its compliance level.

- On May 6, 2015, PPMU completed its initial task of establishing a roster of active posse members who completed the mandatory 20 hour Bias Free Policing and Detentions, Arrests, and Immigration Related training and completed the Corrective Statement Attestation and the Self-Reporting Audio Video Survey. As of June 30, 2016, the active posse member roster contained 834 members.

5127724.1

3

- Currently, the CID has produced two Annual Compliance Reports/ Internal Comprehensive Assessments and eight Quarterly Compliance Reports.

**C.** **Training Changes.**

- Enhanced the MCSO E-Learning system.

- Utilization of the Integrity, Accountability and Community Initiative (IAC) within all lesson plans.

- Implemented mandatory training on the Sheriff's directive on illegal immigration for all Sworn, Reserve, and Posse.

- Revamped training documentation retention procedures.

- Created and conducted multiple supervisor academies.

- Completed training on the new RMS/CAD system throughout the Office.

- Worked with the Arizona Attorney General's Office to audit and create mandatory Victim Rights Training.

- To improve/change culture – outside vendors like Franklin Covey's "Leadership at the speed of trust" and "Blue Courage" were added to the Training Calendar.

- Created Instructor files with curriculum vitae's and annual PSB reviews on every instructor to provide an overview of experience and other qualifications.

- On September 8, 2014, MCSO, consistent with paragraph 44, published a training schedule for Bias-Free Policing and Detentions, Arrests, and Immigration-Related Laws and delivered the training. The training was provided to all sworn deputies and posse members. MCSO continues to provide the training to all new sworn deputies and posse members.

- On December 31, 2014, MCSO also completed training for policy GJ-33, Significant Operations.

- The Training Division worked with CID and Taser International to develop a lesson plan for body-worn cameras. On September 16, 2016 the Training Division started training all sworn deputies on the equipment, operation, functionality, and Office policy GJ-35, Body-Worn Cameras. The Training Division continues to provide the Body Worn Camera Training to new sworn deputies.

- The Training Division developed Supervisor Responsibilities: Effective Law Enforcement Training consistent with paragraph 52. On June 1st 2016 the

5127724.1

4

Training Division started training all sworn supervisors and as of July 15th, 2016, 90% of all supervisors have received the training.

- As required by the Court Order the Training Division has developed lesson plans and provided training to sworn deputies in the following subjects:

  o Supervisor Responsibilities: Effective Law Enforcement Training.
  o Blue Team
  o TraCs
  o 4th and 14th Amendment Training
  o Administrative Investigations Checklist / Standardized

### D.    Community Outreach Changes.

- In November 2013, MCSO initiated the creation of a bilingual Community Liaison Deputy position to provide contact information publically to help facilitate communication and answer any community questions regarding the MCSO.  On December 23, 2013, this position was filled by Deputy H. Martinez.  CID has received numerous commendations from the public on Deputy Martinez's professionalism.

- On December 21, 2013, the first Community Outreach Meetings were held at all MCSO Patrol Districts throughout Maricopa County.

- MCSO held 3 Significant Operation follow-up meetings:

  o Vargas Operation Meeting (November 5, 2013).
  o Holiday DUI Task Force Operation Meeting (January 29, 2014).
  o Operation Borderline Meeting (December 16, 2014).

- Added a full time Spanish Speaking Deputy to the PIO/ MRO's Office.

- Continued importance placed on service to the local community through the Combined Charitable Campaign, local food drives, Special Olympics, blood drives, bottled water drives, toy drives, and other charity related activities.

- Implemented a Sheriff's Citizens Academy to allow citizens an inside view of Sheriff's Operations, tools, and programs.

- Established a Community Outreach program in order to open communications and regain the trust and relationship between the citizens and the Office.

5127724.1                                                5

- Produced a Community based information pamphlet in English and Spanish to inform the community members of MCSO's commitment to Integrity, Accountability, and Community (IAC).

- Developed and Implemented a Community Outreach and Public Information Program at each MCSO Patrol District.

- Began a new community media plan through the PIO's Office and opened Facebook and Twitter accounts for better communication with the public.  Currently, the official MCSO Facebook page has over 57,500 Likes (more than doubling in size from the previous year) and the MCSO Twitter handle @MaricopaSheriff has over 7,000 followers.

- From January 2015 – June 2016, MCSO participated in numerous community events.   These activities were documented through photographic record on the MCSO Facebook page. MCSO continues to consistently plan and participate in community events.

E.   **Supervision / Patrol Operations / Data Collection Changes.**

- On January 17, 2014, the MCSO created three new sworn lieutenant classifications and twelve new sworn sergeant classifications.  This resulted in the promotion of three lieutenants and fifteen sergeants; ten of the sergeants were assigned directly to the Patrol Bureau to address paragraph 84 of the Court Order.  The sergeants were promoted and assigned to ensure every deputy reported to one single and consistent supervisor with no more than twelve deputies assigned to a first-line supervisor, consistent with paragraph 82 of the Court Order.

- On January 20, 2014, MCSO created the Early Intervention Unit (EIU) to assist in the identification of employees who may exhibit problematic behaviors that if addressed and corrected, may assist employees in continuing to function in an efficient and productive manner.

- The EIU supports the effective supervision and management of employees, including the identification of and response to potentially problematic behaviors, including racial profiling and unlawful detentions and arrests, consistent with Court Order paragraph 72.  Additionally, the EIU is responsible for the implementation, maintenance, and operation of the Early Identification System (EIS) and for providing training and assistance to the EIS users.

- On July 20, 2014, MCSO promoted an additional seventeen sergeants to meet supervision requirements requiring no more than 12 deputies for every one

5127724.1                                    6

supervisor, consistent with paragraph 82 of the Court Order.

- On September 1, 2014, the Deputy Chief of the Patrol Bureau implemented a standardized shift roster for all patrol districts to use to ensure continued compliance with the 12:1 ratio requirement.

- On September 12, 2014, MCSO promoted an additional six lieutenants and seventeen sergeants to meet supervision requirements requiring no more than 12 deputies for every one supervisor, consistent with paragraph 82 of the Court Order.

- On October 10, 2014, MCSO promoted an additional thirteen sergeants to meet supervision requirements requiring no more than 12 deputies for every one supervisor, consistent with paragraph 82 of the Court Order.

- In January 2015, the BIO and EIU began working with Arizona State University (ASU) to develop a methodology and regular analysis of all traffic stop data. Maricopa County approved an intergovernmental agreement (IGA) between MCSO and ASU to analyze traffic stop data. The BIO staff met with Dr. Charles Katz, Associate Professor of the School of Criminology and Criminal Justice at ASU, and his colleagues to discuss the initial examination and assessment of existing traffic stop data, develop a future work plan, and coordinate a training schedule for MCSO. ASU advised they would create a draft methodology to provide a statistically defensible approach in identifying warning signs or indicia of racial profiling and other police conduct, consistent with the Court Order paragraphs 67 and 69.

- On August 12, 2015, MCSO promoted an additional four sergeants to meet supervision requirements requiring no more than 12 deputies for every one supervisor, consistent with paragraph 82 of the Court Order.

- On May 9, 2016, MCSO promoted an additional nine sergeants to meet supervision requirements requiring no more than 12 deputies for every one supervisor, consistent with paragraph 82 of the Court Order.

- On May 25, 2016, ASU completed the Preliminary Yearly Report for the Maricopa County Sheriff's Office Years 2014-2015. MCSO is currently in the process of reviewing the data.

- On June 1, 2016, MCSO implemented Patrol Activity Logs for use within the Patrol Bureau. The Patrol Activity Logs were designed to document patrol deputy activity including dispatched calls and self-initiated activity performed

5127724.1

during their shifts, consistent with Court Order paragraph 83.

- On July 4, 2016, MCSO implemented a new 4/10 schedule within the Patrol Bureau. The schedule change resulted in more deputies on duty during peak hours as well as decreased span of control, consistent with court Order paragraph 82.

**F.     Information Technology/Data Collection Changes.**

- Effective April 1, 2014, Traffic Stop Data was collected during all significant operations and traffic stop activities. This data was collected from new MCSO Vehicle Stop Contact Face and Supplemental Sheets, Arizona Traffic Citations, MCSO Written Warnings, and MCSO Incidental Contact Forms.

  o MCSO implemented a new "hard copy" Vehicle Stop Contact Form. This form is intended to collect traffic stop data to assist with reporting and monitoring of Deputies conducting traffic stop operations.

  o MCSO implemented a new "hard copy" written receipt system for all vehicle traffic stops providing a mechanism to provide the public with instructions on how to contact MCSO with any compliments, concerns or complaints; this will be contained on all traffic citations, written traffic warnings or incidental traffic contact reports.

  o Once TraCS and E-Ticket are in place this data will be collected from the Patrol Bureau electronically. All prior hard copies collected since April 2014 will be entered into the system manually as the systems become available.

- In 2014, MCSO began developing software with CI Technologies to allow employees and supervisors to record incidents, performance, and conduct into the Blue Team system.

- On May 9, 2014, MCSO implemented the IA Pro system.

- On October 10, 2014, the Court amended its Order as MCSO and the Plaintiffs agreed that MCSO would purchase, utilize, and maintain on-person audio and video equipment.

- On October 20, 2014, MCSO implemented the Blue Team system.

- On December 17, 2014, MCSO began entry of existing handwritten traffic stop data into TraCS as the Court Order

5127724.1                                          8

requires.  The goal of TraCS is to minimize collecting required data on paper forms and to transition to collecting electronic data only, consistent with paragraph 60 of the Court Order.

- In January 2015, MCSO implemented the EI Pro system.

- On January 21, 2015, Maricopa County approved the contract between Maricopa County and Taser International (14113-IGA) to purchase 700 Taser Axon Flex camera systems, docking stations, CAD integration with EVIDENCE.com digital storage solution, and additional storage.

- In December 2015, MCSO began issuing the Body Worm Cameras in one of the patrol districts.

- On May 16, 2016, Body Worn Cameras were assigned and deployed to all patrol deputies.

- As of June 30, 2016, all MCSO marked patrol vehicles are equipped with a TraCS system and E-Ticket, to capture traffic stop data consistent with paragraph 54 of the Court Order.

- The Technology Management Bureau continues to evaluate the IT infrastructure to determine the Patrol Districts upload capabilities to support the videos uploaded from the body worn cameras.

**G.   Implementation of Second Supplemental Injunction.**

- As of the date of this filing, Sheriff Arpaio has directed the immediate and swift implementation of the Court's Second Supplemental Injunctive Order.  Staff meetings have already occurred regarding implementation of the Court's injunctive Order in MCSO's policies and training.  MCSO has also began the search for a new location for PSB to be housed off site pursuant to the Court's Orders.  In addition, Sheriff Arpaio looks forward to working with the Court, its Monitor, and the independent authorities regarding IA investigations.

Sheriff Arpaio acknowledges that the majority of these developments have occurred pursuant to this Court's remedial Orders.  He highlights them because they clearly reflect his compliance with the existing Court Orders and demonstrate the all-encompassing and monumental changes undertaken by MCSO in its efforts to comply with this Court's Orders.  The changes are both in law enforcement policy and procedures, training, and internal accountability for all MCSO employees.  These sweeping changes

5127724.1                                                    9

are to the institution of MCSO and have occurred under the leadership and with the approval of Sheriff Arpaio. It is the institution that carries over to the future for MCSO and the community it serves. The institution has changed. The institution is better. Based on the Court's Orders, the institution will continue to evolve and improve. A reasonable and appropriate civil remedy has been achieved. A criminal referral is unnecessary.

## II.    A CRIMINAL REFERRAL WILL NOT ASSIST FUTURE COMPLIANCE EFFORTS.

In addition, as noted during the Court's July 22, 2016 hearing, a criminal referral of Sheriff Arpaio in this matter will not help future compliance efforts by MCSO with the Court's Orders. The Court's Second Supplemental Injunctive Order set forth various deadlines placing immediate, time-sensitive burdens over the next three months on MCSO to implement the Court's extensive remedial orders. A criminal recommendation by this Court for Sheriff Arpaio and other MCSO leadership will require significant time, resources and attention that would be better spent implementing the Court's important and expansive Orders.

In addition, Sheriff Arpaio has brought on a new team of attorneys to advise him and MCSO on compliance efforts. This new team has dedicated massive time and resources to the second area targeted in the Show Cause hearing – compliance with court orders. Moreover, this new team has dramatically increased MCSO's responsiveness to production requests by the Court's Monitor, policy and training implementation, and overall compliance with the Court's Orders. Given these ongoing changes and efforts, Sheriff Arpaio submits that any criminal referral should be reserved for future review so that these redoubled efforts can continue without distinction, and so that the Court can see the Sheriff's renewed commitment to ensuring that the Court's injunctive relief is fully implemented by MCSO. The remedy of a criminal referral would remain in the Court's future arsenal of possible options. Imposing that remedy at this time may hinder compliance with the Court's July 20th and July 22nd orders by pulling resources, and the

5127724.1                                        10

Sheriff's energy and time, from the civil directives to the criminal referral and criminal defense.

## III.   SHERIFF ARPAIO'S "SKIN IN THE GAME."

Consistent with Sheriff Arpaio's original commitment prior to the contempt trial, he reiterates that, as an alternative to a referral for criminal contempt, he will *personally* put "skin in the game" consistent with the suggestions discussed in 2015. Sheriff Arpaio believes that these significant accomplishments, and his willingness to put "skin in the game" provides an adequate civil remedy for any harm to the Plaintiff class found by this Court, and a sanction arising out of the Court's findings that the Sheriff was untruthful in portions of his testimony, thereby negating the need for a criminal referral.[1]

RESPECTFULLY SUBMITTED this 27th day of July, 2016.

JONES, SKELTON & HOCHULI, P.L.C.


By  /s/ A. Melvin McDonald
A. Melvin McDonald
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004

### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2016, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/  Diana Weeks

---

[1] As noted during the hearing on July 22, 2016, and for purposes of this supplemental motion only, Sheriff Arpaio is not challenging or disputing the Court's findings of fact as they pertain to Sheriff Arpaio's credibility.

5127724.1                               11