IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>    Plaintiffs,<br><br>and<br><br>United States of America,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>    Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court having reviewed Defendant Arpaio's Motion for Clarification re: Second Supplemental Permanent Injunction/Judgment Order (Doc. 1775), and good cause appearing,

**IT IS ORDERED** clarifying that IA investigations 2014-541, 2015-021, and 2015-022 should be the subject of the Independent Investigator's inquiry under paragraph

296 of the Court's Second Amended Second Supplemental Injunctive Order (Doc. 1765 at p. 54) rather than IA investigations 2105-541, 2014-021, and 2014-022.

Dated this 11th day of August, 2016.

_____
Honorable G. Murray Snow
United States District Judge