# DEFENDANT'S INFORMATION REGARDING NEW INTERNAL AFFAIRS INVESTIGATION
## (Lodged Under Seal)

## U.S. District Court of Arizona
## Case No: CV07-02513-PHX-GMS
## Melendres, et al. v. Arpaio, et al.

5215461.1

IA2016-0490

On August 23, 2016, Sergeant Azevedo found Arizona License Plate 947-YZM in the weapons safe box located in his recently assigned MCSO RICO vehicle.