Richard K. Walker (SBN 004159)
WALKER & PESKIND, PLLC
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
rkw@azlawpartner.com
Phone: 480/483-6336
Facsimile: 480/483-6337

*Counsel for Defendant Maricopa County, Arizona*

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br> Plaintiffs <br> And <br> United States of America, <br> Plaintiff-Intervenor, <br> vs. <br> Joseph. M. Arpaio, et. al., <br> Defendants. | **CASE NO: 2:07-CV-02513-GMS** <br><br> **MARICOPA COUNTY, ARIZONA'S NOTICE OF APPEAL** |

Notice is hereby given that MARICOPA COUNTY, ARIZONA ("the County"), Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit, pursuant to Rule 4(a)(1)(B)(i) of the Federal Rules of Appellate Procedure, from the following Orders entered in this case: (1) the Second Supplemental Permanent Injunction/Judgment Order entered on July 20, 2016 (Doc. 1748, attached hereto as Exhibit "A"); (2) the Amended Second Supplemental Permanent

1

1  Injunction/Judgment Order entered on July 22, 2016 (Doc. 1760, attached hereto as Exhibit
2  "B"); (3) the Second Amended Supplemental Permanent Injunction/Judgment Order
3  entered on July 26, 2016 (Doc. 1765, attached hereto as Exhibit "C"); and (4) all
4  interlocutory, non-final Orders subordinate to the foregoing.  *See Hall v. City of Los*
5  *Angeles*, 697 F.3d 1059, 1070 (9th Cir. 2012); *Bradshaw v. Zoological Soc'y of Sand*
6  *Diego*, 662 F.2d 1301, 1304 (9th Cir. 1981).  With respect to interlocutory, non-final Orders
7  in particular, the County appeals from, *inter alia*: (a) the Order re Victim Compensation
8  entered on August 19, 2016 (Doc. 1791, attached hereto as Exhibit "D"); (b) the Order
9  entered February 26, 2016 (Doc. 1630, attached hereto as Exhibit "E"); (c) the Order
10  entered May 5, 2015 (Doc. 1048, attached hereto as Exhibit "F"); and (d) the Order entered
11  May 8, 2015 (Doc. 1065, attached hereto as Exhibit "G").

DATED: This 16th day of September, 2016.

WALKER & PESKIND, PLLC

By: /s/ Richard K. Walker
    Richard K. Walker, Esquire

16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
Attorneys for Defendant Maricopa County, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, I electronically filed Maricopa County, Arizona's Notice of Appeal, with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Michelle Giordano