# DEFENDANT'S INFORMATION REGARDING NEW INTERNAL AFFAIRS INVESTIGATION
## (Lodged Under Seal)

## U.S. District Court of Arizona
## Case No: CV07-02513-PHX-GMS
## Melendres, et al. v. Arpaio, et al.

5285112.1

IA2016-0551

On September 19, 2016, Deputy D. Chavez found a Wisconsin Driver's License in a District 2 patrol bag that was stored in his recently assigned County vehicle.

5285112.1