1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9   Manuel de Jesus Ortega Melendres, on          No. CV-07-2513-PHX-GMS
    behalf of himself and all others similarly
    situated; et al.                              **ORDER**

10

11                     Plaintiffs,

    and

12

13  United States of America,

14                     Plaintiff-Intervenor,

15  v.

16  Joseph M. Arpaio, in his official capacity as
    Sheriff of Maricopa County, Arizona; et al.

17

18                     Defendants.

19

20      On November 10, 2016, the Court held a Status Conference.  Pursuant to

21  discussions between the parties and the Court, and rulings made on the record,

22      **IT IS ORDERED:**

23      1.    The Motion for Leave to File Excess Pages for Motion for Recusal of the

24  Court and Its Monitor (Doc. 1853) filed by Joseph M. Arpaio, Gerard Sheridan and

25

26  Joseph Sousa is granted.  The Clerk of Court is directed to file the lodged Motion for

27  Recusal (Doc. 1854).  Plaintiffs may have to and including **December 16, 2016** in which

28  to respond to the motion.

2. The Motion for Leave to File Motion for Discovery of Ex Parte Communications Between the Court and Its Monitor (Doc. 1855) filed by Joseph M. Arpaio, Gerard Sheridan and Joseph Sousa is denied without prejudice and, if necessary, may be refiled after consulting with Plaintiffs.

3. The oral motion to stay is denied without prejudice.

4. The Motion for Extension of Time to Extend Deadlines in the Second Supplemental Injunctive Order re IA Investigations (Doc. 1851) filed by Joseph M. Arpaio is denied without prejudice.

5. The United States Marshal or his representative is authorized to allow review of documents in their custody pertaining to ongoing PSB investigations without further notice to the parties.

6. A Status Conference is set for **November 23, 2016 at 9:00 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151. Plaintiffs' counsel is directed to obtain a call-in number and disseminate to the appropriate parties appearing telephonically no later than November 21, 2016.

Dated this 10th day of November, 2016.

_____
Honorable G. Murray Snow
United States District Judge