# DEFENDANT'S INFORMATION REGARDING NEW INTERNAL AFFAIRS INVESTIGATION
## (Lodged Under Seal)

## U.S. District Court of Arizona
## Case No: CV07-02513-PHX-GMS
## Melendres, et al. v. Arpaio, et al.

5371931.1

IA2015-0483

The Court has previously been notified of IA2015-0483 in which the Training Division borrowed a patrol car from District 2 to conduct TraCS and Traffic Stop training. The vehicle was sent to the body shop for repair and the technicians from the body shop located 6 ID's in the trunk and under the seats of the vehicle.

For purposes of investigative integrity, a spin-off IA was opened for each seizing deputy involved in IA2015-0483. The spin-off IAs are as follows:

1) IA2016-0575: Deputy Devin Chavez;
2) IA2016-0576: Deputy Scott Kikes;
3) IA2016-0577: Deputy Kevin Michels;
4) IA2016-0600: Deputy Devin Chavez; and
5) IA2016-0601: Unknown.

IA2016-0651

On October 5, 2016 at 0525 hours, Deputy Kaufman located an Arizona driver's permit folded in half in the driver's side door handle of a Queen Creek Patrol vehicle. The ID was for Michael Scott Gonzalez. An IR was pulled and the ID was impounded into evidence. It is unknown at this time who seized the ID and for what reason. No CIA. DR 16-027405.