# DEFENDANT'S UPDATE REGARDING INTERNAL AFFAIRS INVESTIGATIONS
## (Lodged Under Seal)

## U.S. District Court of Arizona
## Case No: CV07-02513-PHX-GMS
## Melendres, et al. v. Arpaio, et al.

5395069.1

| IA# | PRINCIPAL | RECEIVED | FINDINGS | DISCIPLINE | SUMMARY |
|---|---|---|---|---|---|
| IA2015-0393 | Deputy Richard Dickner | 05/21/2015 | OPEN | | 44 IDs and 2 Plates found in his patrol gear |
| IA2015-0475 | Sergeant Roger Marshall | 06/22/2015 | OPEN | | 42 IDs found in mock crime scene kit |
| IA2015-0483 | Unknown | 06/25/2015 | OPEN | | 5 IDs found in patrol vehicle at body shop |
| IA2015-0511 | Sergeant John Knapp | 07/08/2015 | OPEN | | 1459 IDs in Knapp's possession for training obtained from P&E |
| IA2015-0644 | Deputy Jeff Eccles | 08/25/2015 | OPEN | | 65 IDs held for training purposes |
| IA2015-0682 | Deputy Bridgette Ruiz | 09/09/2015 | OPEN | | 46 IDs at Training for training functions |
| IA2015-0882 | Deputy Greg Sacco | 11/24/2015 | SUSTAINED 03/28/2016 | WR 04/18/2016 | 1 ID found when cleaning out assigned County vehicle |
| IA2016-0003 | Unknown | 01/05/2015 | OPEN | | 1 license plate found at MCSO Training Center |
| IA2016-0158 | Unknown | 03/29/2016 | OPEN | | 28 license plates and 10 ID's found at Usery Mountain Park storage |
| IA2016-0266 | Unknown | 05/24/2016 | OPEN | | TX License Plate found in District 2 Sergeant's desk |
| IA2016-0269 | Deputy Tom Wleklik | 05/26/2016 | OPEN | CLOSED 10/28/2016 | 1 ID found on top of District 2 Division mailboxes |
| IA2016-0295 | Deputy Charley Armendariz / Deputy Francisco Gamboa | 06/02/2016 | OPEN | CLOSED 10/25/2016 | Deputy refers to registered owner as "287G" or Hispanic |
| IA2016-0296 | Deputy Charley Armendariz | 06/07/2016 | OPEN | CLOSED 08/10/2016 | Deputy does not advise of traffic stop or reason |
| IA2016-0297 | Deputy Charley Armendariz | 06/02/2016 | OPEN | CLOSED 10/11/2016 | Deputy uses light and siren with no apparent LE reason |
| IA2016-0298 | Deputy Charley Armendariz | 06/07/2016 | OPEN | CLOSED 10/13/2016 | Deputy seizes license plate with unknown disposition of plate |
| IA2016-0327 | Deputy Charley Armendariz | 06/08/2016 | OPEN | CLOSED 10/25/2016 | Deputy questions subject while in custody without Miranda Warnings |
| IA2016-0328 | Deputy Charley Armendariz | 06/10/2016 | OPEN | | Deputy uses light and siren with no apparent LE reason |
| IA2016-0329 | Deputy Charley Armendariz | 06/10/2016 | OPEN | CLOSED 10/25/2016 | Deputy questions subject while in custody without Miranda Warnings |
| IA2016-0330 | Deputy Charley Armendariz | 06/16/2016 | OPEN | CLOSED | Deputy questions subject while in custody |

| | | | | 10/13/2016 | without Miranda Warnings |
|---|---|---|---|---|---|
| IA2016-0344 | Deputy Charley Armendariz | 06/20/2016 | OPEN | CLOSED 10/05/2016 | Deputy seizes license plate with unknown disposition of plate |
| IA2016-0345 | Deputy Charley Armendariz | 06/21/2016 | OPEN | CLOSED 10/27/2016 | Deputy seizes two identification cards with unknown disposition |
| IA2016-0381 | Unknown | 07/12/2016 | OPEN | | 1 ID found in radio console of District 2 patrol vehicle |
| IA2016-0387 | Deputy Charley Armendariz Sergeant Daniel Gandara | 07/14/2016 | OPEN | | Deputy questions subject while in custody without Miranda Warnings; No recording placed in evidence; No charging submittal |
| IA2016-0388 | Deputy Charley Armendariz Sergeant Paul White | 07/15/2016 | OPEN | | Deputies question subjects while in custody without Miranda Warnings and were unprofessional |
| IA2016-0490 | Unknown | 08/23/2016 | OPEN | | Sergeant Azevedo found Arizona License Plate 947-YZM in the weapons safe box located in his recently assigned MCSO RICO vehicle. |
| IA2016-0509 | Deputy Charley Armendariz | 09/06/2016 | OPEN | CLOSED 10/25/2016 | Arrest of prisoner in Armendariz vehicle. Spin-off from IA2016-0295. |
| IA2016-0551 | Unknown | 09/26/2016 | OPEN | | Deputy Chavez found a Wisconsin Driver's License in a District 2 patrol bag that was stored in his recently assigned County vehicle. |
| IA2016-0575 | Deputy Devin Chavez | 10/03/2016 | OPEN | | Seizing Deputy. Spin-off from IA2015-0483. |
| IA2016-0576 | Deputy Scott Kikes | 10/03/2016 | OPEN | | Seizing Deputy. Spin-off from IA2015-0483 |
| IA2016-0577 | Deputy Kevin Michels | 10/03/2016 | OPEN | | Seizing Deputy. Spin-off from IA2015-0483 |
| IA2016-0600 | Deputy Devin Chavez | 10/10/2016 | OPEN | | Seizing Deputy. Spin-off from IA2015-0483 |
| IA2016-0601 | Unknown | 10/10/2016 | OPEN | | Seizing Deputy. Spin-off from IA2015-0483 |
| IA2016-0651 | Unknown | 10/05/2016 | OPEN | | Dep. Kaufman located an Arizona driver's permit in the driver's side door handle of a Queen Creek Patrol vehicle. |