# DEFENDANT'S INFORMATION REGARDING NEW INTERNAL AFFAIRS INVESTIGATION
## (Lodged Under Seal)

## U.S. District Court of Arizona
## Case No: CV07-02513-PHX-GMS
## Melendres, et al. v. Penzone, et al.

5534077.1

## IA2017-0048

On 01/11/17 at 0525 hours, an Arizona Driver's License was found by Maricopa County Equipment Services. It was found while removing a passenger barrier from decommissioned vehicle #311223. The ID was for Cesar Ramirez. An IR was pulled and the ID was impounded into evidence. It is unknown at this time who seized the ID and for what reason. No CIA. DR 17-001162.