# DEFENDANT'S
# INFORMATION REGARDING
# NEW INTERNAL AFFAIRS INVESTIGATION
## (Lodged Under Seal)

## U.S. District Court of Arizona
## Case No: CV07-02513-PHX-GMS
## Melendres, et al. v. Penzone, et al.

5534101.1

**IA2017-0140**

On 02/07/2017 at 1250 hours, Sgt. Travis Pierce, District 4, located a driver's license in an old patrol crate of his. Sgt. Pierce originally seized this license during a traffic stop, DR12-199282, on 11/03/2012 at 2025 hours, but failed to properly impounded it. The ID was an AZ DL for Jason Charles Pattison D05893235. Additionally, Sgt. Pierce found a video recording device with storage media in the same old patrol crate. The camera and memory chip were initially thrown away, but were recovered. An IR was pulled and the ID, camera and memory chip were impounded into evidence.

# DEFENDANT'S
# UPDATE REGARDING INTERNAL AFFAIRS INVESTIGATIONS
# (Lodged Under Seal)

# U.S. District Court of Arizona
# Case No: CV07-02513-PHX-GMS
# Melendres, et al. v. Penzone, et al.

| IA# | PRINCIPAL | RECEIVED | FINDINGS | DISCIPLINE | SUMMARY |
|---|---|---|---|---|---|
| IA2015-0393 | Deputy Richard Dickner | 05/21/2015 | OPEN | | 44 IDs and 2 Plates found in his patrol gear |
| IA2015-0475 | Sergeant Roger Marshall | 06/22/2015 | OPEN | | 42 IDs found in mock crime scene kit |
| IA2015-0483 | Unknown | 06/25/2015 | OPEN | | 5 IDs found in patrol vehicle at body shop |
| IA2015-0511 | Sergeant John Knapp | 07/08/2015 | SUSTAINED | WR 11/30/2016 | 1459 IDs in Knapp's possession for training |

5534101.1

| | | | 10/23/2016 | | obtained from P&E |
|---|---|---|---|---|---|
| IA2015-0644 | Deputy Jeff Eccles | 08/25/2015 | OPEN | | 65 IDs held for training purposes |
| IA2015-0682 | Deputy Bridgette Ruiz | 09/09/2015 | OPEN | | 46 IDs at Training for training functions |
| IA2015-0882 | Deputy Greg Sacco | 11/24/2015 | SUSTAINED 03/28/2016 | WR 04/18/2016 | 1 ID found when cleaning out assigned County vehicle |
| IA2016-0003 | Unknown | 01/05/2015 | OPEN | | 1 license plate found at MCSO Training Center |
| IA2016-0158 | Unknown | 03/29/2016 | OPEN | | 28 license plates and 10 ID's found at Usery Mountain Park storage |
| IA2016-0266 | Unknown | 05/24/2016 | OPEN | | TX License Plate found in District 2 Sergeant's desk |
| IA2016-0269 | Deputy Tom Wleklik | 05/26/2016 | NOT SUSTAINED 10/16/2016 | CLOSED 10/28/2016 | 1 ID found on top of District 2 Division mailboxes |
| IA2016-0295 | Deputy Charley Armendariz | 06/02/2016 | SUSTAINED 10/25/2016 | CLOSED 10/25/2016 | Deputy refers to registered owner as "287G" or Hispanic |
| | Deputy Francisco Gamboa | | NOT SUSTAINED 10/25/2016 | | |
| IA2016-0296 | Deputy Charley Armendariz | 06/07/2016 | SUSTAINED 08/06/2016 | CLOSED 08/10/2016 | Deputy does not advise of traffic stop or reason |
| IA2016-0297 | Deputy Charley Armendariz | 06/02/2016 | NOT SUSTAINED 10/01/2016 | CLOSED 10/11/2016 | Deputy uses light and siren with no apparent LE reason |
| IA2016-0298 | Deputy Charley Armendariz | 06/07/2016 | SUSTAINED 10/13/2016 | CLOSED 10/13/2016 | Deputy seizes license plate with unknown disposition of plate |
| IA2016-0327 | Deputy Charley Armendariz | 06/08/2016 | SUSTAINED 10/25/2016 | CLOSED 10/25/2016 | Deputy questions subject while in custody without Miranda Warnings |
| IA2016-0328 | Deputy Charley Armendariz | 06/10/2016 | NOT SUSTAINED 10/12/2016 | CLOSED 10/13/2016 | Deputy uses light and siren with no apparent LE reason |
| IA2016-0329 | Deputy Charley Armendariz | 06/10/2016 | SUSTAINED 10/25/2016 | CLOSED 10/25/2016 | Deputy questions subject while in custody without Miranda Warnings |

| IA2016-0330 | Deputy Charley Armendariz | 06/16/2016 | SUSTAINED 10/13/2016 | CLOSED 10/13/2016 | Deputy questions subject while in custody without Miranda Warnings |
|---|---|---|---|---|---|
| IA2016-0344 | Deputy Charley Armendariz | 06/20/2016 | SUSTAINED 10/13/2016 | CLOSED 10/05/2016 | Deputy seizes license plate with unknown disposition of plate |
| IA2016-0345 | Deputy Charley Armendariz | 06/21/2016 | EXONERATED 10/21/2016 | CLOSED 10/27/2016 | Deputy seizes two identification cards with unknown disposition |
| IA2016-0381 | Unknown | 07/12/2016 | OPEN | | 1 ID found in radio console of District 2 patrol vehicle |
| IA2016-0387 | Deputy Charley Armendariz / Sergeant Daniel Gandara | 07/14/2016 | OPEN | | Deputy questions subject while in custody without Miranda Warnings; No recording placed in evidence; No charging submittal |
| IA2016-0388 | Deputy Charley Armendariz / Sergeant Paul White | 07/15/2016 | OPEN | | Deputies question subjects while in custody without Miranda Warnings and were unprofessional |
| IA2016-0490 | Deputy Azevedo | 08/23/2016 | OPEN | | Deputy Azevedo found Arizona License Plate 947-YZM in the weapons safe box located in his recently assigned MCSO RICO vehicle. |
| IA2016-0509 | Deputy Charley Armendariz | 09/06/2016 | SUSTAINED 10/25/2016 | CLOSED 10/25/2016 | Arrest of prisoner in Armendariz vehicle. Spin-off from IA2016-0295. |
| IA2016-0551 | Deputy Devin Chavez | 09/26/2016 | OPEN | | Deputy Chavez found a Wisconsin Driver's License in a District 2 patrol bag that was stored in his recently assigned County vehicle. |
| IA2016-0575 | Deputy Devin Chavez | 10/03/2016 | OPEN | | Seizing Deputy. Spin-off from IA2015-0483. |
| IA2016-0576 | Deputy Scott Kikes | 10/03/2016 | OPEN | | Seizing Deputy. Spin-off from IA2015-0483 |
| IA2016-0577 | Deputy Kevin Michels | 10/03/2016 | EXONERATED 12/21/2016 | | Seizing Deputy. Spin-off from IA2015-0483 |
| IA2016-0577 | Deputy Alden Jackson / Deputy Arthur Watkins | 11/08/2016 | NOT SUSTAINED 12/21/2016 / NOT SUSTAINED | | Seizing Deputy. Spin-off from IA2015-0483 |

5534101.1

| | | | 12/21/2016 | | |
|---|---|---|---|---|---|
| IA2016-0600 | Deputy Devin Chavez | 10/10/2016 | OPEN | | Seizing Deputy. Spin-off from IA2015-0483 |
| IA2016-0601 | Unknown | 10/10/2016 | NOT SUSTAINED 12/21/16 | | Seizing Deputy. Spin-off from IA2015-0483 |
| IA2016-0651 | Unknown | 10/05/2016 | NOT SUSTAINED 01/09/2017 | | Dep. Kaufman located an Arizona driver's permit in the driver's side door handle of a Queen Creek Patrol vehicle. |
| IA2017-0048 | Unknown | 01/12/2017 | OPEN | | On 01/11/17 at 0525 hours, an Arizona Driver's License was found by Maricopa County Equipment Services. It was found while removing a passenger barrier from decommissioned vehicle #311223. |
| IA2017-0140 | Sgt. Travis Pierce | 02/07/2017 | OPEN | | On 02/07/2017 at 1250 hours, Sgt. Pierce, located a driver's license that was seized during a traffic stop on 11/03/2012 in an old patrol crate of his. Sgt. Pierce also found a video recording device with storage media in the same patrol crate. |