WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
Deputy County Attorney
MCAO Firm No. 00032000

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
vigilj@mcao.maricopa.gov

Attorneys for Defendant Paul Penzone

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES, on behalf of himself and all others similarly situated; et. al, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL PENZONE, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **NOTICE OF COMPLIANCE REGARDING INDEPENDENT INVESTIGATOR DAN GIAQUINTO** |

Pursuant to this Court's Order dated March 17, 2017 (Doc. 1984), undersigned counsel e-mailed a copy of the Order to Mr. Giaquinto as directed by the Court and also called him to make sure he knew the Order was e-mailed to him.

/ / /

/ / /

1

**RESPECTFULLY SUBMITTED** this 17th day of March, 2017.

                        WILLIAM G. MONTGOMERY
                        MARICOPA COUNTY ATTORNEY

                        BY: /s/ Joseph I. Vigil
                              JOSEPH I. VIGIL, ESQ.
                              Attorneys for Defendant Paul Penzone

CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2017, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ Nicole Anderson
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Not of Comp re Giaquinto 031717.docx