IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

On July 21, 2017, the Court held a status conference with the parties. Pursuant to discussions between the parties and the Court,

**IT IS HEREBY ORDERED** as follows:

1. Vacating the Status Conference set for **September 22, 2017** and reset for **September 27, 2017 at 1:00 p.m.**[1] in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151. Three matters will be discussed at the status conference.

    a. Prior to the status conference, the parties shall have completed their

---

[1] At the status conference the Court set the next status conference for September 22, 2017. It has now come to the attention of the Court that Rosh Hashanah and Yom Kippur holidays fall on September 22 and 29. Therefore, the Court is resetting the next status conference for Wednesday, September 27. If this is a conflict with the parties, the Court will reset it for the next earliest available date, October 6.

1  evaluation of the initial five "test-case" interventions completed with those officers who
2  were found to be outliers in their treatment of the Plaintiff class. All adjustments
3  necessary to the intervention process based on the evaluation of the first five
4  interventions shall have been made by the parties.

5  　　　　　b.　　Prior to the status conference Dr. Wallace shall have completed her
6  report, which shall determine which of the remaining MCSO personnel need to receive
7  supervisory intervention and the basis on which that determination was made. Further,
8  the MCSO shall have prepared an efficient schedule for the completion of the remaining
9  necessary interventions. Those interventions shall either have begun or the MCSO will
10 be prepared to immediately begin those interventions as of the date of the status
11 conference.

12 　　　　　c.　　Prior to the status conference the parties shall have agreed to the
13 necessary elements and timetable for the implementation of an institutional bias
14 remediation program within the MCSO. To the extent the parties cannot agree to all the
15 terms of such a plan they shall submit a single document outlining a plan which clearly
16 indicates by color coding or otherwise, the elements of the plan on which all parties
17 agree, and the positions of each party as to the respective parts of the plan on which the
18 parties do not agree.

19 　　　　　d.　　All of these matters shall be discussed at the status conference.

20 　　Dated this 27th day of July, 2017.

_____
Honorable G. Murray Snow
United States District Judge