Cecilia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Kathleen E. Brody
kbrody@acluaz.org
Brenda Muñoz Furnish
bmfurnish@acluaz.org
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys
for Plaintiffs listed on next page)*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV-07-2513-PHX-GMS |
| Plaintiffs, and | **PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER RE: COMPENSATION PROGRAM CLAIMANTS' IDENTIFYING INFORMATION** |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, et al. | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

Andre I. Segura (*Pro Hac Vice*)
asegura@aclu.org
ACLU Foundation
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Tammy Albarran (*Pro Hac Vice*)
talbarran@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7066
Facsimile: (415) 955-6566

Julia Gomez (*Pro Hac Vice*)
jgomez@maldef.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

James B. Chanin (*Pro Hac Vice*)
jbcofc@aol.com
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819

On August 18, 2016, the Court issued an order mandating the creation of a program to compensate individuals who suffered injury as a result of any violations by the MCSO of the Court's December 23, 2011 Preliminary Injunction Order.  (Doc. 1791.)  In that Order, the Court specified that a Protective Order shall be sought to protect the confidentiality of claimants' identifying information released during the application process. *Id*. at 13.  Plaintiffs have consulted with the other Parties in the above captioned matter regarding the language of the proposed Protective Order (EXHIBIT A), and a representative for Maricopa County has expressed disagreement with paragraph 8(k) only.  Plaintiffs now ask that the Court approve and adopt the proposed language of the Order.

RESPECTFULLY SUBMITTED this 21st day of September, 2017.

By: /s/*Brenda Muñoz Furnish*
Kathleen E. Brody
Brenda Muñoz Furnish
ACLU Foundation of Arizona

Cecilia D. Wang (*Pro Hac Vice*)
Andre I. Segura (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Anne Lai (*Pro Hac Vice*)

Stanley Young (*Pro Hac Vice*)
Tammy Albarran (*Pro Hac Vice*)
Covington & Burling, LLP

Julia Gomez
Mexican American Legal Defense and
Educational Fund

James B. Chanin (*Pro Hac Vice*)

*Attorneys for Plaintiffs*

1

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2017 I electronically transmitted the

attached document to the Clerk's office using the CM/ECF System for filing. Notice of

this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system or by mail as indicated on the Notice of Electronic Filing.


*/s/ Brenda Muñoz Furnish*
Brenda Muñoz Furnish