WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
    Deputy County Attorney
    vigilj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
Facsimile (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **STIPULATION PERTAINING TO MARICOPA COUNTY SHERIFF'S OFFICE'S PARAGRAPH 70 PLAN** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., | |
| Defendants. | |

Attached hereto as Exhibit A is the stipulated plan that representatives for Sheriff Penzone, Plaintiffs and Plaintiff-Intervenors have been working on in response to the Court's July 27, 2017, Order (Document 2094) which stated:

1

Prior to the status conference [September 27, 2017] the parties shall have agreed to the necessary elements and timetable for the implementation of an institutional bias remediation program within MCSO. To the extent the parties cannot agree to all of the terms of such a plan they shall submit a single document outlining a plan which clearly indicates by color coding or otherwise, the elements of the plan on which all parties agree, and the position of each party as to the respective parts of the plan on which the parties do not agree.

The parties, to make sure they had the Plan to the Court and Monitor in plenty of time for them to review before the September 27, 2017, status conference, contacted the Monitor to determine when he wanted the plan submitted for his review. The parties were asked to submit the plan no later than September 12, 2017, in the manner ordered by the Court. The stipulated Plan was forwarded to the Monitor by close of business on September 12, 2017, for his review prior to the September 27, 2017, status conference.

The parties have consulted and diligently worked together during the interim to prepare this stipulated plan, which includes the target dates set forth therein and a strategy on moving forward. The parties request that the Court approve this Plan as submitted, though the parties understand that the Court may want to obtain input from the Monitor.

**RESPECTFULLY SUBMITTED** this 21st day of September, 2017.

    WILLIAM G. MONTGOMERY
    MARICOPA COUNTY ATTORNEY

    BY: /s/ Joseph I. Vigil
        JOSEPH I. VIGIL, ESQ.
        Attorneys for Defendant Paul Penzone

    BY: /s/ Maureen Johnston
        Paul Killebrew (LA Bar No. 32176)
        Special Counsel
        Cynthia Coe (DC Bar No. 438792)
        Matthew J. Donnelly (IL Bar No. 6281308)
        Maureen Johnston (WA Bar No. 50037)

|  |  |
|---|---|
| 1 | Trial Attorneys |
|  | U.S. Department of Justice |
| 2 | Civil Rights Division |
|  | Special Litigation Section |
| 3 | 601 D St. NW |
|  | Washington, D.C. 20004 |
| 4 | Tel. (202) 353-1121 |
|  | cynthia.coe@usdoj.gov |
| 5 | Attorneys for the United States |

BY: /s/ Brenda Munoz Furnish
Cecillia D. Wang (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Kathleen E. Brody
Brenda Muñoz Furnish
Kathryn L. Huddleston
ACLU Foundation of Arizona

Anne Lai (*Pro Hac Vice*)

Stanley Young (*Pro Hac Vice*)
Tammy Albarran (*Pro Hac Vice*)
Lauren E. Pedley (*Pro Hac Vice*)
Covington & Burling, LLP

Julia Gomez (*Pro Hac Vice*)
Mexican American Legal Defense and Educational Fund

James B. Chanin (*Pro Hac Vice*)
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2017, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ Nicole Anderson
\\Valley\public\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Stip Regarding Paragrpah 70 Plan 09132017.docx