IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Pursuant to inquiries from the Independent Disciplinary Authority, Daniel R. Alonso, and after consulting with the parties concerning them, the Court responds as follows:

**Question # 1**

Apparently as clarified by the MCSO, according to MCSO standard practice, if disciplinary charges are sustained against a former employee by the appointing authority—in this case Mr. Giaquinto—then MCSO does not make a discipline determination. Instead, "the appointing authority puts 'Retired' on the form where the discipline would normally be indicated." This is apparently the MCSO's standard policy and not a policy that applies for purposes of these disciplinary matters only. We are safe, therefore, in following it. All parties agree that in the case of a retired employee it is not

necessary for the Independent Authority to do more to appropriately implement the Court's Order in this respect. The Court so instructs the Independent Authority.

**Question # 2**

To the extent the Independent Authority's testimony is needed or sought to complete any disciplinary process, it is within the scope of his duties, and that he will be compensated for his time and necessary expenses in providing such testimony.

All parties agree and the **COURT SO ORDERS**.

**IT IS FURTHER ORDERED** directing the Clerk of Court to mail a copy of this Order to the Office of the Independent Disciplinary Authority, Daniel R. Alonso.

Dated this 27th day of September, 2017.

_____
Honorable G. Murray Snow
United States District Judge