IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court, having received and reviewed the Stipulation Pertaining to Maricopa County Sheriff's Office's Paragraph 70 Plan, (Doc. 2120), and good cause appearing,

**IT IS HEREBY ORDERED** that the Court approves this Plan.

Dated this 12th day of October, 2017.

_____
Honorable G. Murray Snow
United States District Judge