IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>                Plaintiffs,<br><br>and<br><br>United States of America,<br><br>                Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>                Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

    Pending before the Court is Defendant Maricopa County's ("the County") Unopposed Motion for Order Limiting Liability of BrownGreer, PLC (Doc. 2150). After consideration and good cause appearing,

    **IT IS ORDERED** that the Motion for Order Limiting Liability of BrownGreer, PLC (Doc. 2150) is **GRANTED**.

    **IT IS FURTHER ORDERED**, BrownGreer and its employees and representatives will not be liable to any claimant, any person or entity representing a claimant, or any other person or entity for the acts or omissions of BrownGreer, or those of any agent or employee of BrownGreer, in connection with the administration of the

Victim Compensation Plan adopted and to be implemented pursuant to this Court's Order of August 19, 2016 (Doc. 1791), except for any liability of BrownGreer to Maricopa County for breach of its Administrative Agreement with Maricopa County, or for the willful misconduct of BrownGreer or its employees and representatives. Nothing in this Order confers on any claimant, any person or entity representing a claimant, or any other person or entity any privity of contract with, or other right to institute any action against, BrownGreer.

Dated this 31st day of October, 2017.

_____
Honorable G. Murray Snow
United States District Judge