Maricopa County Sheriff's Office Comments on
Monitor's Thirteenth (13th) Quarterly Draft Report

MCSO submitted and filed with the Court on September 11, 2017, MCSO's 13th Quarterly Report which delineates what steps have been taken to implement the Orders, plans to correct problems, and responses to concerns raised in the Monitor's previous quarterly report. We ask that the content of MCSO's 13th Quarterly Report be considered as comments to the Monitor's draft 13th Quarterly Report as it contains relevant feedback.

**Paragraph 11:**
In the Monitor's 13th Draft Quarterly Report it states, "As of this writing, MCSO has not submitted its quarterly report as required by this Paragraph." MCSO would like to note the quarterly report was filed with the Court on September 11, 2017.

**Paragraph 24:**
MCSO believes Phase 1 compliance should be awarded in the Monitor's 14th Quarterly Report because MCSO GI-7 (Processing of Bias-Free Tips) was published with Monitor approval on 08/23/17. Additionally it should be noted the SILO Unit became operational on September 11, 2017.

**Paragraph 32:**
MCSO asserts it is now in Phase 1 Compliance based on the publication of GH-2 (Internal Investigations) on May 18, 2017, which delineates the requirements of Paragraph 32.

**Paragraph 57:**
MCSO does not understand why Phase 2 Compliance has not been awarded. Based on information documented in the Monitor's 13th Draft Quarterly Report it appears MCSO is in compliance in at least 94% of the cases sampled.

**Paragraph 62:**
MCSO notes the sample size for this paragraph is 30 BWC videos. The Monitor indicates in the draft report that 29 of the 30 videos were compliant with this paragraph; therefore MCSO requests Phase 2 compliance. MCSO believes samples drawn from other paragraphs should not be utilized to assess compliance when samples are already drawn specific to that respective paragraph.

**Paragraph 102:**
MCSO appears to be out of Phase 2 compliance merely due to the overall quality of investigations. However, paragraph 102 does not address quality of investigations; this dimension is addressed in various other paragraphs. The Monitor notes MCSO and supervisory personnel are identifying and addressing potential misconduct, which should be the baseline for Phase 2 compliance. MCSO is requesting Phase 2 compliance.

**Paragraph 167:**
Paragraph 167 prohibits conflicts of interest and policy GH-2 (Internal Investigations) which has been approved and published, addresses conflicts of interest. MCSO requests Phase 1 compliance.

**Paragraphs 168/169:**
Paragraphs 168/169 prohibit any form of retaliation against any person who reports or alleges misconduct. This prohibition is covered in GH-2 (Internal Investigations) and CP-11 (Anti-Retaliation). MCSO requests Phase 1 compliance.

**Paragraph 171:**
The elements of Paragraph 171 are outlined in GH-2 (Internal Investigations), therefore Phase 1 compliance should be awarded.

**Paragraph 172:**
The elements of paragraph 172 are clearly outlined in policies CP-5, GH-2 (Internal Investigations) and GC-1, therefore Phase 1 compliance should be awarded.

**Paragraph 179:**
The requirements set forth in paragraph 179 are outlined in GG-1(Peace Officer Training Administration), therefore, Phase 1 compliance should be awarded.
Phase 2 compliance is currently in a deferred status. MCSO believes Phase 2 status should be changed to "Not Applicable" as it is noted in the Monitor's 13th Draft Quarterly Report, "The training required by Paragraph becomes applicable one year after the initial Internal Investigation Training is offered." As this is not yet applicable MCSO is requesting to have a "Not Applicable" status until MCSO begins to receive a rating from the Monitor.

**Paragraphs 186/188/189/196/199/200/201/202/203/207/216/218:** MCSO believes the elements of these paragraphs are met in MCSO policy GH-2 (Internal Investigations). MCSO requests Phase 1 compliance.

**Paragraphs 224/225/226/227/228:** MCSO believes the elements of these paragraphs are met in GC-17 (Employee Disciplinary Procedures). MCSO requests Phase 1 compliance.

**Paragraphs 229/230/231/233/234/235/236:** MCSO believes the elements of these paragraphs are met in GH-2 (Internal Investigations). MCSO requests Phase 1 compliance.

**Paragraphs 248/249:** MCSO believes the elements of paragraphs 248/249 are met in GH-2 (Internal Investigations). MCSO requests Phase 1 compliance.