IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>　　　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** setting a Status Conference for **January 26, 2018 at 1:30 p.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

Dated this 11th day of January, 2018.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge