John M. Gore
Acting Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Paul Killebrew (LA Bar No. 32176)
Matthew J. Donnelly (IL Bar No. 6281308)
Cynthia Coe (DC Bar No. 438792)
Maureen Johnston (WA Bar No. 50037)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
601 D St. NW, Suite 5200
Washington, D.C. 20004

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.*<br><br>Plaintiffs,<br><br>and<br><br>United States of America<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, AZ; *et al.*<br><br>Defendants. | No. 2:07-cv-02513-GMS<br><br>**UNITED STATES' MOTION TO POSTPONE THE STATUS CONFERENCE CURRENTLY SET FOR JANUARY 26, 2018 IN LIGHT OF THE LAPSE IN APPROPRIATIONS** |

     The United States of America hereby moves to postpone the status conference currently set in this matter for January 26, 2018 at 1:30 p.m. in light of the lapse in appropriations. In support of this motion, the United States submits as follows:

     1. At midnight on January 19, 2018, the continuing resolution that had been funding the Department of Justice expired, and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

     2. Absent an appropriation or continuing resolution, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

     3. Undersigned counsel for the Department of Justice therefore requests that the status conference currently set for Friday, January 26, 2018, be postponed until Congress has restored appropriations to the Department.

     4. If this motion is granted, undersigned counsel will notify the Court, parties, and Monitor as soon as Congress has appropriated funds for the Department or enacted another continuing resolution. The Government requests that, at that point, the status conference be re-set at a time workable for all.

     5. Counsel for Plaintiffs, Defendant Penzone, and Defendant Maricopa County have authorized counsel for the Government to state that they have no objection to postponing the status conference.

     Therefore, although we greatly regret any disruption caused to the Court, the Monitor, and the parties, the Government hereby moves to postpone the status conference currently set for January 26, 2018 until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

     Respectfully submitted this 22nd day of January, 2018.

                                    John M. Gore
                                    Acting Assistant Attorney General
                                    Civil Rights Division

Steven H. Rosenbaum
Chief, Special Litigation Section

/s/ Paul Killebrew
Paul Killebrew
Special Counsel
Cynthia Coe (DC Bar No. 438792)
Matthew J. Donnelly (IL Bar No. 6281308)
Maureen Johnston (WA Bar No. 50037)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
601 D St. NW
Washington, D.C. 20579
Tel. (202) 353-1146
maureen.johnston@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>CERTIFICATE OF SERVICE</u>

I certify that on or about January 22, 2018, I filed the foregoing through the Court's CM/ECF system which will serve a true and correct copy of the filing on counsel of record.

<u>/s/ Paul Killebrew</u>