# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

　　　Pending before the Court is Defendant Paul Penzone's Motion to Extend Deadlines, (Doc. 2186), and pursuant to discussion held at the Status Conference on January 26, 2018,

　　　**IT IS HEREBY ORDERED** that the Motion (Doc. 2186) is denied.

　　　**IT IS FURTHER ORDERED** setting a weekly fifteen (15) minute Status Conference on the following dates in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151:

/ / /

1. The Friday, February 2, 2018 Status Conference is vacated and reset for Thursday, February 1, 2018 at 8:45 a.m.[1]

2. Thursday, February 8, 2018 at 9:00 a.m.

3. Friday, February 16, 2018 at 9:00 a.m.

4. Friday, February 23, 2018 at 8:45 a.m.

5. Friday, March 2, 2018 at 8:45 a.m.

6. Thursday, March 8, 2018 at 8:45 a.m.

7. Thursday, March 22, 2018 at 8:30 a.m.

8. Friday, March 30, 2018 at 8:45 a.m.

**IT IS FURTHER ORDERED** that with the concurrence of the parties and the Monitor the MCSO may permit Audits and Inspections Unit personnel and former Bureau of Internal Oversight Personnel to participate in intervention discussions with deputies in their assigned TSAR cases.

**IT IS FURTHER ORDERED** that the MCSO file a Status Report prior to the conference, **but no later than 4:00 p.m. on Wednesday, January 31, 2018**, addressing the following:

(a) submitting a methodology on the supervisor meetings and intervention discussions; (b) the Early Intervention Unit's remaining parallel reviews; (c) its comparison reviews; (d) the supervisor meeting between the Early Intervention Unit, Command staff, and the deputy's supervisor to set expectations for the intervention discussion; (e) the intervention discussion with the deputy; and (f) the drafting, approval, and implementation of the Action Plans. All meetings between the Early Intervention Unit, Command staff, and the supervisors will be calendared out. And the schedule will prioritize patrol deputies, with MCSO's goal to hold the intervention discussion with each deputy on the street by the end of February.

/ / /

---

[1] The Court has a conflict with the schedule and finds it necessary to vacate and reset the Status Conference set for this week.

**IT IS FURTHER ORDERED** directing that Sheriff Penzone, Chief Deputy Skinner, Executive Deputy Chief Molina and Chief Cherny and Captain Morrison shall all appear in person at the status conferences.

**IT IS FURTHER ORDERED** allowing any of the other parties, including the Monitor and/or his designated representative to appear telephonically.  Plaintiffs' counsel is directed to disseminate the call-in number to be used to the appropriate parties, including the Court, **no later than noon the day before each status conference**.

Dated this 30th day of January, 2018.

_____
Honorable G. Murray Snow
United States District Judge