WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:   JOSEPH I. VIGIL (018677)
       JOSEPH J. BRANCO (031474)
       Deputy County Attorneys
       vigilj@mcao.maricopa.gov
       brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al., <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **SHERIFF PAUL PENZONE'S STATUS REPORT PURSUANT TO ORDER AT DOCUMENT 2191** |

Pursuant to this Court's January 30, 2018, Order, (Doc. 2191 at 2), Maricopa County Sheriff Paul Penzone provides the Court with this Status Report pertaining to the

completion of the Traffic Stop Annual Report process currently underway for the 2015-16 data year ("TSAR process"). This Status Report addresses the TSAR process for the remaining 23 deputies that were not subject to the First or Second Pilot Programs. This process prioritizes those deputies currently on the streets in patrol.

Attached to this Status Report is a TSAR spreadsheet that outlines the anticipated completion dates for each step in the process for the remaining 23 deputies, including the anticipated dates for completing each intervention discussion and the implementation of each Action Plan. (*See* Exhibit A). The TSAR spreadsheet identifies deputies by number (*i.e.*, "Deputy 1," "Deputy 2," and so on to "Deputy 23") so that the Court, the Monitor, and the parties can discuss the progress of each TSAR case without compromising a deputy's identity. The prioritized patrol deputies on the street are highlighted in yellow; there are currently 12.

Going forward, each item on the TSAR spreadsheet will be highlighted in green as it is completed, and it will be provided weekly to the Court, the Monitor, and the parties prior to each scheduled status conference. These are projected dates, and the spreadsheet as a whole is planned so that a day or two in either direction will not throw off the whole schedule.

**A.     Methodology on the supervisor meetings and intervention discussions.**

On Monday, January 29, 2018, MCSO sent the TSAR methodology for the tasks related to the supervisor meetings and intervention discussions to the Technical Assistance working group, including the Monitoring Team. This methodology outlines how the initial discussion will take place between the Early Intervention Unit, Command

2

staff, and the deputy's supervisor. It also covers the framework for conducting the intervention discussions with the deputies. And it explains the relevance of conducting the parallel and comparison reviews. MCSO requested that the Technical Assistance working group provide any input on this methodology by noon on Thursday, February 1, 2018.[1]

### B.    The Early Intervention Unit's remaining parallel reviews.

The TSAR spreadsheet describes the Early Intervention Unit's progress on the remaining parallel reviews. As of the submission of this Status Report, the Early Intervention Unit completed 8 parallel reviews; 2 of those reviews covered patrol deputies. The completed reviews are highlighted in green on the attached spreadsheet. At present, 14 parallel reviews need to be completed, with the calendared completion date listed on the TSAR spreadsheet.[2]

To efficiently complete these parallel reviews, Sheriff Penzone has enlisted the assistance of qualified supervisory staff from the Bureau of Internal Oversight's Audits and Inspection Unit and select members of the Professional Standards Bureau and the Court Implementation Division. Additionally, two former members of the Early

---

[1]    MCSO made its request prior to the first Status Conference's change in date so that MCSO could review feedback before providing the plan to the Court at the Status Conference. Because the TSAR process is before the Court, the Monitoring Team indicated it will have no comments at this time. After reviewing feedback, the agency will produce the methodology next week.

[2]    As Sheriff Penzone previously explained, (*see* Doc. 2186 at 4), 1 of the 23 deputies is on administrative leave. As indicated on the TSAR spreadsheet, the Early Intervention Unit will perform a parallel review of that deputy's TSAR materials, but the rest of the process will not continue unless and until the deputy returns to work. MCSO will promptly update the Court, the Monitor, and the parties if this deputy's status changes.

3

Intervention Unit—the Unit's former commander and a sergeant—will continue to assist with the parallel reviews. Although MCSO could find no language in any of the Court's prior Orders restricting the use of such qualified non-Early Intervention Unit personnel in the TSAR process, MCSO made the Monitor and the parties aware of MCSO's intent to bring in personnel from those units to complete these TSAR tasks.

    **C.**    **Comparison reviews.**

At present, 6 comparison reviews are complete. On the TSAR spreadsheet, MCSO has calendared the completion of the remaining comparison reviews. Just as Sheriff Penzone has enlisted additional personnel for completing the parallel reviews from the Professional Standards Bureau, Court Implementation Division, and the Audits and Inspection Unit, he has done so to efficiently complete these comparison reviews.

    **D.**    **Supervisor Meetings between the Early Intervention Unit, Command staff, and the deputy's supervisor to set expectations for the intervention discussion.**

As noted above, MCSO provided the methodology for conducting these discussions to the Technical Assistance working group for feedback. These discussions will take place as MCSO completes the comparison reviews. These discussions will include only personnel from the Early Intervention Unit, Command staff representative(s) from the deputy's chain of command, and the deputy's supervisor. Members of the Professional Standards Bureau, the Court Implementation Division, and the Audits and Inspection Unit will not participate in this stage.

On the TSAR spreadsheet, MCSO has calendared the dates for completing these discussions. These targeted dates anticipate the supervisory discussions taking place during the week of the calendared date, and may change based on unforeseen law enforcement obligations in the district or division or other exigent circumstances. MCSO will update the TSAR spreadsheet weekly to reflect any changes.

### E. The intervention discussion with the deputy.

As noted above, MCSO provided the methodology for conducting these discussions to the Technical Assistance working group for feedback. These discussions will take place after MCSO completes each supervisory discussion. On the TSAR spreadsheet, MCSO has calendared the dates for completing these discussions. Like the supervisory discussions, these targeted dates anticipate the intervention discussions taking place during the week of the calendared date, and may change based on unforeseen law enforcement obligations in the district or division or other exigent circumstances. MCSO will update the TSAR spreadsheet weekly to reflect any changes.

The calendared dates ensure that each intervention discussion with the deputies currently on the street occurs before the end of February.

### F. The drafting, approval, and implementation of the Action Plans.

MCSO has scheduled the dates for implementing each Action Plan on the TSAR spreadsheet. Pursuant to MCSO's methodology, each Action Plan will be drafted by the deputy's supervisor and chain of command. Each Action Plan must be reviewed and approved by the Early Intervention Unit before the deputy's supervisor implements it.

**RESPECTFULLY SUBMITTED** this 31st day of January, 2018.

                WILLIAM G. MONTGOMERY
                MARICOPA COUNTY ATTORNEY

            BY:  /s/ Joseph I. Vigil
                    JOSEPH I. VIGIL, ESQ.
                    JOSEPH J. BRANCO, ESQ.
                    Attorneys for Defendant Paul Penzone

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ Nicole Anderson
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\2018_0131_TSAR Status Report.docx

6

# EXHIBIT A

| Deputy # | TSAR# | Field Completion | EIS Review | Comparison Completed | Command-EIU meeting | Deputy meeting | Action Plan Submitted to EIU | Approved Action Plan Returned by EIU | Action plan implemented |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TSAR2017-0034 | 1/16/2018 | 1/24/2018 | 1/26/2018 | 2/6/2018 | 2/13/2018 | 2/20/2018 | 3/2/2018 | 3/9/2018 |
| 2 | TSAR2017-0012 | 1/16/2018 | 1/26/2018 | 1/27/2018 | 2/8/2018 | 2/13/2018 | 2/20/2018 | 3/2/2018 | 3/9/2018 |
| 3 | TSAR2017-0028 | 1/22/2018 | 2/4/2018 | 2/7/2018 | 2/9/2018 | 2/14/2018 | 2/21/2018 | 3/5/2018 | 3/12/2018 |
| 4 | TSAR2017-0019 | 1/16/2018 | 2/4/2018 | 2/7/2018 | 2/8/2018 | 2/16/2018 | 2/22/2018 | 3/5/2018 | 3/12/2018 |
| 5 | TSAR2017-0016 | 1/16/2018 | 2/4/2018 | 2/7/2018 | 2/9/2018 | 2/16/2018 | 2/22/2018 | 3/5/2018 | 3/12/2018 |
| 6 | TSAR2017-0027 | 1/16/2018 | 2/6/2018 | 2/9/2018 | 2/12/2018 | 2/20/2018 | 2/27/2018 | 3/9/2018 | 3/16/2018 |
| 7 | TSAR2017-0020 | 1/16/2018 | 2/6/2018 | 2/9/2018 | 2/13/2018 | 2/21/2018 | 2/28/2018 | 3/12/2018 | 3/19/2018 |
| 8 | TSAR2017-0033 | 1/22/2018 | 2/6/2018 | 2/9/2018 | 2/13/2018 | 2/21/2018 | 2/28/2018 | 3/12/2018 | 3/19/2018 |
| 9 | TSAR2017-0018 | 1/16/2018 | 2/6/2018 | 2/9/2018 | 2/15/2018 | 2/22/2018 | 3/1/2018 | 3/12/2018 | 3/19/2018 |
| 10 | TSAR2017-0031 | 1/16/2018 | 2/11/2018 | 2/14/2018 | 2/16/2018 | 2/23/2018 | 3/2/2018 | 3/12/2018 | 3/19/2018 |
| 11 | TSAR2017-0026 | 1/26/2018 | 2/11/2018 | 2/14/2018 | 2/16/2018 | 2/23/2018 | 3/2/2018 | 3/12/2018 | 3/19/2018 |
| 12 | TSAR2017-0025 | 1/16/2018 | 2/14/2018 | 2/16/2018 | 2/19/2018 | 2/23/2018 | 3/2/2018 | 3/12/2018 | 3/19/2018 |
|  |  |  |  |  |  |  |  |  |  |
| 13 | TSAR2017-0035 | 1/22/2018 | x | 1/24/2018 | 2/26/2018 | 3/5/2018 | 3/12/2018 | 3/22/2018 | 3/29/2018 |
| 14 | TSAR2017-0029 | 1/16/2018 | 1/1/2018 | ✓ | 2/26/2018 | 3/5/2018 | 3/12/2018 | 3/22/2018 | 3/26/2018 |
| 15 | TSAR2017-0032 | 1/16/2018 | 1/9/2018 | ✓ | 2/27/2018 | 3/6/2018 | 3/13/2018 | 3/23/2018 | 3/30/2018 |
| 16 | TSAR2017-0030 | 1/16/2018 | 1/11/2018 | 1/30/2018 | 2/27/2018 | 3/6/2018 | 3/13/2018 | 3/23/2018 | 3/27/2018 |
| 17 | TSAR2017-0036 | 1/23/2018 | 1/22/2018 | 1/31/2018 | 2/28/2018 | 3/7/2018 | 3/14/2018 | 3/26/2018 | 4/2/2018 |
| 18 | TSAR2017-0022 | 1/23/2018 | 1/29/2018 | 2/14/2018 | 2/28/2018 | 3/7/2018 | 3/14/2018 | 3/26/2018 | 4/2/2018 |
| 19 | TSAR2017-0021 | 1/16/2018 | 2/11/2018 | 2/16/2018 | 3/1/2018 | 3/8/2018 | 3/15/2018 | 3/26/2018 | 4/2/2018 |
| 20 | TSAR2017-0017 | 1/16/2018 | 2/11/2018 | 2/16/2018 | 3/1/2018 | 3/8/2018 | 3/15/2018 | 3/26/2018 | 4/2/2018 |
| 21 | TSAR2017-0023 | 1/24/2018 | 2/11/2018 | 2/16/2018 | 3/2/2018 | 3/9/2018 | 3/16/2018 | 3/26/2018 | 4/2/2018 |
| 22 | TSAR2017-0024 | 1/24/2018 | 2/18/2018 | 2/21/2018 | 3/2/2018 | 3/9/2018 | 3/16/2018 | 3/26/2018 | 4/2/2018 |
| 23 | HOLD LIST |  | 2/18/2018 | N/A |  |  |  |  |  |