WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
    JOSEPH J. BRANCO (031474)
    Deputy County Attorneys
    vigilj@mcao.maricopa.gov
    brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **SHERIFF PAUL PENZONE'S UPDATED STATUS REPORT PURSUANT TO ORDER AT DOCUMENT 2191** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., | |
| Defendants. | |

Maricopa County Sheriff Paul Penzone hereby provides the Court, Parties and Monitor with this updated Status Report in advance of the status conference set for

1

February 8, 2018. As indicated in the original January 31, 2018 Status Report, (Doc. 2197), the weekly Status Report provides the Court with an update on the progress of the Maricopa County Sheriff's Office ("MCSO") on the Traffic Stop Annual Report ("TSAR") process for the remaining 23 deputies not subject to the First or Second Pilot Programs. As previously indicated, MCSO has prioritized those deputies currently on the streets in patrol.

Attached hereto is an updated TSAR spreadsheet that outlines the anticipated completion dates for each step remaining for the 23 deputies, including the anticipated dates for completing each intervention discussion and the implementation of each Action Plan. (*See* Exhibit A). The TSAR spreadsheet identifies deputies by number (*i.e.*, "Deputy 1," "Deputy 2," and so on to "Deputy 23") so that the Court, the Monitor, and the parties can discuss the progress of each TSAR case without compromising a deputy's identity. The prioritized patrol deputies on the street are highlighted in yellow (this marking was unintentionally left off the initial spreadsheet filed with the Court) and are set forth as Deputies 1 through 12.

As indicated in the January 31, 2018 Status Report and during the February 1, 2018 Status Conference, the anticipated dates in the TSAR spreadsheet were set so that the dates could be adjusted without throwing off the whole schedule. Dates in red on the spreadsheet indicate they have been moved back and dates in blue indicate they were moved forward or completed early.[1] None of these changes negatively impact the

---

[1] Two dates in the parallel review were moved back one day because the review took longer than anticipated, but this has not affected the rest of those TSAR cases schedules. As a matter of fact, the follow-up comparisons that were scheduled for these two

remainder of the schedule because the schedule was built to accommodate a day or two in either direction.

### A. Methodology on the supervisor meetings and intervention discussions.

Since the last status conference, the Parties and Monitoring team have met to work on the remaining portions of the TSAR methodology. The only comments that could be discussed were comments provided by the Department of Justice. Counsel for the Plaintiff class have taken part in the telephone calls on these issues, however, initially relayed to the Defendants and the Technical Assistance working group that they did not intend to comment or approve the methodology at this time. After the discussion on February 5, 2018, counsel for the Plaintiff class provided some comments in the form of questions. MCSO has considered those questions and, to the extent applicable, incorporated MCSO's responses into the methodology.

The Monitoring team indicated initially that to the extent it had comments, they were already covered by the Department of Justice, and participated fully in the discussion and provided additional comments today. The parties are meeting at least one more time to discuss the methodology after this update is filed.

### B. The Early Intervention Unit's remaining parallel reviews.

The TSAR spreadsheet describes the Early Intervention Unit's progress on the remaining parallel reviews.[2] As of the submission of this Status Report, the Early

---

particular reviews were completed on February 6, 2018, one day ahead of their scheduled date of completion. Any date changes for meetings were done to accommodate work schedules and do not affect completing the process.

[2]   As Sheriff Penzone previously explained, (*see* Doc. 2186 at 4), 1 of the 23 deputies is on administrative leave (identified on the spreadsheet as Deputy 23). This deputy's

3

Intervention Unit completed 15 parallel reviews; 9 of those reviews covered patrol deputies.[3] The completed reviews are highlighted in green on the attached spreadsheet. This leaves 8 parallel reviews to be completed, with the anticipated calendared completion date listed on the TSAR spreadsheet.

As indicated in the January 31, 2018 Status Report, Sheriff Penzone has enlisted the assistance of qualified supervisory staff from the Bureau of Internal Oversight's Audits and Inspection Unit, as well as select members of the Professional Standards Bureau and the Court Implementation Division. Additionally, two former members of the Early Intervention Unit—the Unit's former commander and a sergeant—will continue to assist with the parallel reviews. In the February 1, 2018 Status Conference, the Court expressed concern that the agency may be "robbing Peter to pay Paul" by adding this extra staff. The selection of those who will assist was done with an eye toward not creating any additional backlog. Each of the individuals enlisted has undergone the orientation approved by the Technical Assistance working group, and they are working closely with other members of the Early Intervention Unit to conduct the parallel reviews.

---

status has not changed since the February 1, 2018 Status Conference. It is still the intent of the Sheriff's Office for the Early Intervention Unit to perform a parallel review of that deputy's TSAR materials, but the rest of the process will not continue unless and until the deputy returns to work. MCSO will promptly update the Court, the Monitor, and the parties if this deputy's status changes.

[3] Since the last update to the Court, Deputy #1 submitted his two week notice and his last day with the office will be February 16. The Supervisor Meeting for Deputy 1 took place on February 6 and the meeting with the Deputy is scheduled to take place on February 13. These meetings will move forward. If Deputy 1 requests Reserve status with the MCSO, the action plan will be put in place with the appropriate division overseeing the Reserves.

**C.   Comparison reviews.**

At present, 11 comparison reviews are complete. On the TSAR spreadsheet, MCSO has calendared the completion of the remaining comparison reviews. Just as Sheriff Penzone has enlisted additional personnel for completing the parallel reviews, he has done so to efficiently complete these comparison reviews as well.

**D.   Supervisor Meetings between the Early Intervention Unit, Command staff, and the deputy's supervisor to set expectations for the intervention discussion.**

As of the time of this filing, the only discussion that was calendared, and was completed, is that of Deputy # 1. As stated in footnote 3, Deputy # 1 has resigned and will no longer be with MCSO as of February 16, 2018.

As previously indicated, the discussions will include only personnel from the Early Intervention Unit, Command staff representative(s) from the deputy's chain of command, and the deputy's supervisor. The TSAR spreadsheet sets forth the dates when these discussions have been calendared. On the spreadsheet, there are four dates in red and two dates in blue, indicating moving dates back or forward, respectively, due to the schedules of those that needed to participate in the meetings. These changes will not affect the completion of the process.

**E.   The intervention discussion with the deputy.**

MCSO has calendared the dates for completing the intervention discussions with the deputy. Like the supervisory discussions, these dates may change based on unforeseen law enforcement obligations in the district or division or other exigent

circumstances. MCSO will continue to update the TSAR spreadsheet weekly to reflect any changes and provide any explanation for any such changes as requested by the Court.

The calendared dates ensure that the intervention discussions with the deputies currently on the street occur by the end of February.

**F.     The drafting, approval, and implementation of the Action Plans.**

MCSO has scheduled the dates for implementing each Action Plan on the TSAR spreadsheet. Pursuant to MCSO's methodology, each Action Plan will be drafted by the deputy's supervisor and chain of command. Each Action Plan must be reviewed and approved by the Early Intervention Unit before the deputy's supervisor implements it.

**RESPECTFULLY SUBMITTED** this 7th day of February, 2018.

                                      WILLIAM G. MONTGOMERY
                                    MARICOPA COUNTY ATTORNEY

                                    BY: /s/ Joseph I. Vigil
                                             JOSEPH I. VIGIL, ESQ.
                                           JOSEPH J. BRANCO, ESQ.
                                           Attorneys for Defendant Paul Penzone

CERTIFICATE OF SERVICE

    I hereby certify that on February 7, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ Nicole Anderson
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\2018_0131_TSAR Status Report.docx

# EXHIBIT A

2/7/2018
External

| Deputy # | TSAR# | Field Completion | EIS Review | Comparison Completed | Command-EIU meeting | Deputy meeting | Action Plan Submitted to EIU | Approved Action Plan Returned by EIU | Action plan implemented |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TSAR2017-0034 | 1/16/2018 | 1/24/2018 | 1/26/2018 | 2/6/2018 | 2/13/2018 | 2/20/2018 | 3/2/2018 | 3/9/2018 |
| 2 | TSAR2017-0012 | 1/16/2018 | 1/26/2018 | 1/27/2018 | 2/8/2018 | 2/13/2018 | 2/20/2018 | 3/2/2018 | 3/9/2018 |
| 3 | TSAR2017-0028 | 1/22/2018 | 1/31/2018 | 2/1/2018 | 2/9/2018 | 2/14/2018 | 2/21/2018 | 3/5/2018 | 3/12/2018 |
| 4 | TSAR2017-0019 | 1/16/2018 | 2/5/2018 | 2/6/2018 | 2/8/2018 | 2/16/2018 | 2/22/2018 | 3/5/2018 | 3/12/2018 |
| 5 | TSAR2017-0016 | 1/16/2018 | 2/5/2018 | 2/6/2018 | 2/9/2018 | 2/16/2018 | 2/22/2018 | 3/5/2018 | 3/12/2018 |
| 6 | TSAR2017-0027 | 1/16/2018 | 2/6/2018 | 2/9/2018 | 2/16/2018 | 2/20/2018 | 2/27/2018 | 3/9/2018 | 3/16/2018 |
| 7 | TSAR2017-0020 | 1/16/2018 | 2/6/2018 | 2/9/2018 | 2/13/2018 | 2/21/2018 | 2/28/2018 | 3/12/2018 | 3/19/2018 |
| 8 | TSAR2017-0033 | 1/22/2018 | 2/6/2018 | 2/9/2018 | 2/15/2018 | 2/21/2018 | 2/28/2018 | 3/12/2018 | 3/19/2018 |
| 9 | TSAR2017-0018 | 1/16/2018 | 2/6/2018 | 2/9/2018 | 2/15/2018 | 2/22/2018 | 3/1/2018 | 3/12/2018 | 3/19/2018 |
| 10 | TSAR2017-0031 | 1/16/2018 | 2/11/2018 | 2/14/2018 | 2/16/2018 | 2/23/2018 | 3/2/2018 | 3/12/2018 | 3/19/2018 |
| 11 | TSAR2017-0026 | 1/26/2018 | 2/11/2018 | 2/14/2018 | 2/16/2018 | 2/23/2018 | 3/2/2018 | 3/12/2018 | 3/19/2018 |
| 12 | TSAR2017-0025 | 1/16/2018 | 2/14/2018 | 2/16/2018 | 2/20/2018 | 2/23/2018 | 3/2/2018 | 3/12/2018 | 3/19/2018 |
| 13 | TSAR2017-0035 | 1/22/2018 | X | 1/24/2018 | 2/26/2018 | 3/5/2018 | 3/12/2018 | 3/22/2018 | 3/29/2018 |
| 14 | TSAR2017-0029 | 1/16/2018 | 1/1/2018 | ✓ | 2/27/2018 | 3/5/2018 | 3/12/2018 | 3/22/2018 | 3/26/2018 |
| 15 | TSAR2017-0032 | 1/16/2018 | 1/9/2018 | ✓ | 2/27/2018 | 3/6/2018 | 3/13/2018 | 3/23/2018 | 3/30/2018 |
| 16 | TSAR2017-0030 | 1/16/2018 | 1/11/2018 | 1/30/2018 | 2/27/2018 | 3/6/2018 | 3/13/2018 | 3/23/2018 | 3/27/2018 |
| 17 | TSAR2017-0036 | 1/23/2018 | 1/22/2018 | 1/31/2018 | 2/26/2018 | 3/7/2018 | 3/14/2018 | 3/26/2018 | 4/2/2018 |
| 18 | TSAR2017-0022 | 1/23/2018 | 1/29/2018 | 2/4/2018 | 2/28/2018 | 3/7/2018 | 3/14/2018 | 3/26/2018 | 4/2/2018 |
| 19 | TSAR2017-0021 | 1/16/2018 | 2/11/2018 | 2/16/2018 | 3/1/2018 | 3/8/2018 | 3/15/2018 | 3/26/2018 | 4/2/2018 |
| 20 | TSAR2017-0017 | 1/16/2018 | 2/11/2018 | 2/16/2018 | 2/28/2018 | 3/8/2018 | 3/15/2018 | 3/26/2018 | 4/2/2018 |
| 21 | TSAR2017-0023 | 1/24/2018 | 2/11/2018 | 2/16/2018 | 3/2/2018 | 3/9/2018 | 3/16/2018 | 3/26/2018 | 4/2/2018 |
| 22 | TSAR2017-0024 | 1/24/2018 | 2/18/2018 | 2/21/2018 | 3/2/2018 | 3/9/2018 | 3/16/2018 | 3/26/2018 | 4/2/2018 |
| 23 | HOLD LIST | | 2/18/2018 | N/A | | | | | |