WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:     JOSEPH I. VIGIL (018677)
        JOSEPH J. BRANCO (031474)
        Deputy County Attorneys
        vigilj@mcao.maricopa.gov
        brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al., <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **SHERIFF PAUL PENZONE'S STATUS REPORT FOR FEBRUARY 23, 2018 STATUS CONFERENCE PURSUANT TO ORDER AT DOCUMENT 2191** |

Maricopa County Sheriff Paul Penzone hereby provides the Court, Parties and

Monitor with this updated Status Report in advance of the status conference set for

1

February 8, 2018.  As indicated in the original January 31, 2018 Status Report (Doc. 2197), the weekly Status Report provides the Court with an update on the progress of the Maricopa County Sheriff's Office ("MCSO") on the Traffic Stop Annual Report ("TSAR") process for the remaining 23 deputies not subject to the First or Second Pilot Programs.  MCSO has prioritized those deputies currently on the streets in patrol.

The attached TSAR spreadsheet has been updated as of the morning of February 22, 2018, and outlines the anticipated completion dates for each step remaining for the 23 deputies.  (*See* Exhibit A).  The TSAR spreadsheet identifies deputies by number (*i.e.*, "Deputy 1," "Deputy 2," and so on to "Deputy 23") so that the Court, the Monitor, and the parties can discuss the progress of each TSAR case without compromising a deputy's identity.  The prioritized patrol deputies on the street are highlighted in yellow and are set forth as Deputies 1 through 12.

As the Court, Parties and Monitor were previously notified, Deputy 5 is still on medical leave so he is not in a patrol capacity.  It is still anticipated that he will return to work and the intervention process will proceed with the dates outlined on the spreadsheet.

Additionally, Deputy 23, who was on administrative leave, has been terminated from the Sheriff's office.  The Early Intervention Unit completed his parallel review, but as discussed will not continue with the process now that this Deputy is no longer with the Sheriff's Office.

The anticipated dates in the TSAR spreadsheet were set so that the dates could be adjusted without throwing off the whole schedule.  Dates in red on the spreadsheet indicate they have been moved back (or completed later than anticipated) and dates in

blue indicate they were completed early or are anticipated to be completed earlier than first anticipated.  None of these changes negatively impact the remainder of the schedule because the schedule was built to accommodate a day or two in either direction.

### A.   Methodology on the supervisor meetings and intervention discussions.

As was relayed at the last status conference, the Parties and Monitor have discussed and reached a consensus on the methodology.  The Sheriff's Office is proceeding pursuant to the agreed upon terms.

### B.   The Early Intervention Unit's remaining parallel reviews.

The TSAR spreadsheet describes the Early Intervention Unit's progress on the parallel reviews.  As of the submission of this Status Report all 23 of the Early Intervention Unit parallel reviews have been completed.

### C.   Comparison reviews.

All of the comparison reviews with the exception of Deputy 23 have also been completed.

### D.   Supervisor Meetings between the Early Intervention Unit, Command staff, and the deputy's supervisor to set expectations for the intervention discussion.

As of the time of this filing, 12 Command-EIU Meetings have taken place.  These are the meeting for all of the patrol deputies that were identified at the beginning as being on the street.  There are 10 left to complete.  These discussions have included, and will continue to include, only personnel from the Early Intervention Unit, Command staff representative(s) from the deputy's chain of command, and the deputy's supervisor.  The TSAR spreadsheet sets forth the remaining dates when the discussions for those not on the

streets have been calendared.  Where there are changes in blue or red indicating changes to the schedule, these were made due to the schedules of those that needed to participate in the meetings.  These changes will not affect the completion of the process.

### E.    The intervention discussion with the deputy.

MCSO has continued to hold the Deputy Meetings (or interventions) and thus far have completed eight with one additional meeting scheduled for today.  All of these have been for those deputies on the streets.  The meetings are being held with the deputy, the deputy's immediate supervisor, a deputy chief or executive chief in the deputy's chain of command and EIU Command.  Per the Court's Order at Document 2165, each of the Deputy Meetings are being videotaped.

The current schedule anticipates that the Deputy Meetings for those patrol deputies on the streets will be completed by the end of February.[1]  These anticipated dates are set forth in the attached spreadsheet.  One date has changed since last week's status conference.  The Meeting with Deputy 10 was moved to February 27, 2018 due to scheduling conflicts.  Though this meeting has been moved back, it is still scheduled to be completed by the end of February.  Should there be any other changes due to unforeseen law enforcement obligations in the district or division or other exigent circumstances, the Court, Parties and Monitor will be notified.

MCSO will continue to update the TSAR spreadsheet weekly to reflect any changes and provide any explanation for any such changes as requested by the Court.

---

[1] As indicated previously, this does not include Deputy 5 as he is currently on medical leave.  His discussion will take place upon his return to work.

1

2

**F.      The drafting, approval, and implementation of the Action Plans.**

Action Plans have begun to be submitted to the EIU from the Supervisors as anticipated and scheduled on the spreadsheet.   Pursuant to MCSO's agreed upon methodology, each Action Plan will be drafted by the deputy's supervisor and chain of command. Each Action Plan must be reviewed and approved by the Early Intervention Unit before the deputy's supervisor implements it.   At this time, four Action Plans have been submitted to the EIU for review.

**RESPECTFULLY SUBMITTED** this 22nd day of February, 2018.

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY:  /s/ Joseph I. Vigil
        JOSEPH I. VIGIL, ESQ.
        JOSEPH J. BRANCO, ESQ.
        Attorneys for Defendant Paul Penzone

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 22, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ Nicole Anderson
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\2018_0131_TSAR Status Report.docx

5

# EXHIBIT A

2/22/2018
External

| Deputy # | TSAR# | Field Completion | EIS Review | Comparison Completed | Command-EIU meeting | Deputy meeting | Action Plan Submitted to EIU | Approved Action Plan Returned by EIU | Action plan implemented |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TSAR2017-0034 | 1/16/2018 | 1/24/2018 | 1/26/2018 | 2/6/2018 | 2/13/2018 | 2/20/2018 | 3/2/2018 | 3/9/2018 |
| 2 | TSAR2017-0012 | 1/16/2018 | 1/26/2018 | 1/27/2018 | 2/8/2018 | 2/13/2018 | 2/20/2018 | 3/2/2018 | 3/9/2018 |
| 3 | TSAR2017-0028 | 1/22/2018 | 1/31/2018 | 2/1/2018 | 2/9/2018 | 2/14/2018 | 2/21/2018 | 3/5/2018 | 3/12/2018 |
| 4 | TSAR2017-0019 | 1/16/2018 | 2/5/2018 | 2/6/2018 | 2/8/2018 | 2/14/2018 | 2/20/2018 | 3/5/2018 | 3/12/2018 |
| 5 | TSAR2017-0016 | 1/16/2018 | 2/5/2018 | 2/6/2018 | 2/9/2018 | 3/1/2018 | 3/8/2018 | 3/19/2018 | 3/26/2018 |
| 6 | TSAR2017-0027 | 1/16/2018 | 2/6/2018 | 2/8/2018 | 2/16/2018 | 2/20/2018 | 2/27/2018 | 3/9/2018 | 3/16/2018 |
| 7 | TSAR2017-0020 | 1/16/2018 | 2/6/2018 | 2/8/2018 | 2/13/2018 | 2/21/2018 | 2/28/2018 | 3/12/2018 | 3/19/2018 |
| 8 | TSAR2017-0033 | 1/22/2018 | 2/6/2018 | 2/9/2018 | 2/15/2018 | 2/21/2018 | 2/28/2018 | 3/12/2018 | 3/19/2018 |
| 9 | TSAR2017-0018 | 1/16/2018 | 2/6/2018 | 2/12/2018 | 2/15/2018 | 2/22/2018 | 3/1/2018 | 3/12/2018 | 3/19/2018 |
| 10 | TSAR2017-0031 | 1/16/2018 | 2/11/2018 | 2/12/2018 | 2/16/2018 | 2/27/2018 | 3/6/2018 | 3/16/2018 | 3/23/2018 |
| 11 | TSAR2017-0026 | 1/26/2018 | 2/7/2018 | 2/11/2018 | 2/16/2018 | 2/22/2018 | 3/2/2018 | 3/12/2018 | 3/19/2018 |
| 12 | TSAR2017-0025 | 1/16/2018 | 2/14/2018 | 2/15/2018 | 2/20/2018 | 2/23/2018 | 3/2/2018 | 3/12/2018 | 3/19/2018 |
| | | | | | | | | | |
| 13 | TSAR2017-0035 | 1/22/2018 | x | 1/24/2018 | 2/26/2018 | 3/5/2018 | 3/12/2018 | 3/22/2018 | 3/29/2018 |
| 14 | TSAR2017-0029 | 1/16/2018 | 1/1/2018 | ✓ | 2/27/2018 | 3/2/2018 | 3/12/2018 | 3/22/2018 | 3/26/2018 |
| 15 | TSAR2017-0032 | 1/16/2018 | 1/9/2018 | ✓ | 2/27/2018 | 3/6/2018 | 3/13/2018 | 3/23/2018 | 3/30/2018 |
| 16 | TSAR2017-0030 | 1/16/2018 | 1/11/2018 | 1/30/2018 | 2/27/2018 | 3/6/2018 | 3/13/2018 | 3/23/2018 | 3/27/2018 |
| 17 | TSAR2017-0036 | 1/23/2018 | 1/22/2018 | 1/31/2018 | 2/26/2018 | 3/7/2018 | 3/14/2018 | 3/26/2018 | 4/2/2018 |
| 18 | TSAR2017-0022 | 1/23/2018 | 1/29/2018 | 2/4/2018 | 2/28/2018 | 3/7/2018 | 3/14/2018 | 3/26/2018 | 4/2/2018 |
| 19 | TSAR2017-0021 | 1/16/2018 | 2/11/2018 | 2/17/2018 | 3/1/2018 | 3/8/2018 | 3/15/2018 | 3/26/2018 | 4/2/2018 |
| 20 | TSAR2017-0017 | 1/16/2018 | 2/10/2018 | 2/14/2018 | 2/28/2018 | 3/8/2018 | 3/15/2018 | 3/26/2018 | 4/2/2018 |
| 21 | TSAR2017-0023 | 1/24/2018 | 2/9/2018 | 2/13/2018 | 2/28/2018 | 3/9/2018 | 3/16/2018 | 3/26/2018 | 4/2/2018 |
| 22 | TSAR2017-0024 | 1/24/2018 | 2/15/2018 | 2/16/2018 | 3/2/2018 | 3/9/2018 | 3/16/2018 | 3/26/2018 | 4/2/2018 |
| 23 | HOLD LIST | | 2/15/2018 | N/A | | | | | |