WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:   JOSEPH I. VIGIL (018677)
      JOSEPH J. BRANCO (031474)
      Deputy County Attorneys
      vigilj@mcao.maricopa.gov
      brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **SHERIFF PAUL PENZONE'S STATUS REPORT FOR MARCH 2, 2018 STATUS CONFERENCE PURSUANT TO ORDER AT DOCUMENT 2191** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., | |
| Defendants. | |

Maricopa County Sheriff Paul Penzone hereby provides the Court, Parties and Monitor with this updated Status Report in advance of the status conference set for March

2, 2018. As indicated in the original January 31, 2018 Status Report (Doc. 2197), the weekly Status Report provides the Court with an update on the progress of the Maricopa County Sheriff's Office ("MCSO") on the Traffic Stop Annual Report ("TSAR") process for the remaining 23 deputies not subject to the First or Second Pilot Programs. MCSO has prioritized those deputies currently on the streets in patrol.

The attached TSAR spreadsheet has been updated as of the morning of March 1, 2018. (*See* Exhibit A). As previously indicated, the spreadsheet identifies deputies by number (*i.e.*, "Deputy 1," "Deputy 2," and so on to "Deputy 23"). The prioritized patrol deputies on the street are highlighted in yellow.

As the Court, Parties, and Monitor were previously notified, Deputy 5 was on medical leave. However, as anticipated the deputy has returned to work and his meeting will take place on the date set forth on the spreadsheet.

The Sheriff's Office continues to move toward completion of the interventions in accordance with the dates set forth in the spreadsheet. Should there be any changes to the schedule, those will be noted and the parties, Monitors, and Court will be notified.

**A.   Methodology on the supervisor meetings and intervention discussions.**

As noted at the last status conference, the Parties and Monitor have discussed and reached a consensus on the methodology. The Sheriff's Office has provided the Parties and Monitors with the methodology, integrating the recommendations received from the Department of Justice and the Monitors. The Sheriff's Office is proceeding pursuant to the agreed upon terms.

**B.    The Early Intervention Unit's remaining parallel reviews.**

All of the Early Intervention Unit parallel reviews have been completed.

**C.    Comparison reviews.**

All of the comparison reviews with the exception of Deputy 23, who has been terminated from the Agency, have been completed.

**D.    Supervisor Meetings between the Early Intervention Unit, Command staff, and the deputy's supervisor to set expectations for the intervention discussion.**

As of the time of this filing, 19 Command-EIU Meetings have taken place. The three remaining are scheduled to be completed this week. These discussions have included, and will continue to include, only personnel from the Early Intervention Unit, Command staff representative(s) from the deputy's chain of command, and the deputy's supervisor.

**E.    The intervention discussion with the deputy.**

MCSO has completed 11 deputy meetings, with two additional meetings scheduled for this week. This will complete all of the meetings with the deputies who were prioritized and on the streets. As has been indicated previously, the meetings are being held with the deputy, the deputy's immediate supervisor, a deputy chief or executive chief in the deputy's chain of command and EIU Command. Per the Court's Order at Document 2165, each of the Deputy Meetings are being videotaped.

Should there be any other changes due to unforeseen law enforcement obligations in the district or division or other exigent circumstances, the Court, Parties and Monitor will be notified.

**F.     The drafting, approval, and implementation of the Action Plans.**

Action Plans have begun to be submitted to the EIU from the Supervisors as scheduled. Pursuant to MCSO's agreed upon methodology, each Action Plan will be drafted by the deputy's supervisor and chain of command. Each Action Plan must be reviewed and approved by the Early Intervention Unit before the deputy's supervisor implements it. At this time, ten Action Plans have been submitted to the EIU for review.

**RESPECTFULLY SUBMITTED** this 1st day of March, 2018.

                        WILLIAM G. MONTGOMERY
                        MARICOPA COUNTY ATTORNEY

                        BY:  /s/ Joseph I. Vigil
                               JOSEPH I. VIGIL, ESQ.
                               JOSEPH J. BRANCO, ESQ.
                               Attorneys for Defendant Paul Penzone

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ Nicole Anderson
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\2018_0131_TSAR Status Report.docx

# EXHIBIT A

3/1/2018
External

| Deputy # | TSAR# | Field Completion | EIS Review | Comparison Completed | Command-EIU meeting | Deputy meeting | Action Plan Submitted to EIU | Approved Action Plan Returned by EIU | Action plan implemented |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TSAR2017-0034 | 1/16/2018 | 1/24/2018 | 1/26/2018 | 2/6/2018 | 2/13/2018 | 2/20/2018 | 3/2/2018 | 3/9/2018 |
| 2 | TSAR2017-0012 | 1/16/2018 | 1/26/2018 | 1/27/2018 | 2/8/2018 | 2/13/2018 | 2/20/2018 | 3/2/2018 | 3/9/2018 |
| 3 | TSAR2017-0028 | 1/22/2018 | 1/31/2018 | 2/1/2018 | 2/9/2018 | 2/14/2018 | 2/21/2018 | 3/5/2018 | 3/12/2018 |
| 4 | TSAR2017-0019 | 1/16/2018 | 2/5/2018 | 2/6/2018 | 2/8/2018 | 2/14/2018 | 2/20/2018 | 3/5/2018 | 3/12/2018 |
| 5 | TSAR2017-0016 | 1/16/2018 | 2/5/2018 | 2/6/2018 | 2/9/2018 | 3/1/2018 | 3/8/2018 | 3/19/2018 | 3/26/2018 |
| 6 | TSAR2017-0027 | 1/16/2018 | 2/6/2018 | 2/8/2018 | 2/16/2018 | 2/20/2018 | 2/27/2018 | 3/9/2018 | 3/16/2018 |
| 7 | TSAR2017-0020 | 1/16/2018 | 2/6/2018 | 2/8/2018 | 2/13/2018 | 2/21/2018 | 2/28/2018 | 3/12/2018 | 3/19/2018 |
| 8 | TSAR2017-0033 | 1/22/2018 | 2/6/2018 | 2/9/2018 | 2/15/2018 | 2/21/2018 | 2/27/2018 | 3/12/2018 | 3/19/2018 |
| 9 | TSAR2017-0018 | 1/16/2018 | 2/6/2018 | 2/12/2018 | 2/15/2018 | 2/22/2018 | 2/28/2018 | 3/12/2018 | 3/19/2018 |
| 10 | TSAR2017-0031 | 1/16/2018 | 2/11/2018 | 2/12/2018 | 2/16/2018 | 2/27/2018 | 3/6/2018 | 3/16/2018 | 3/23/2018 |
| 11 | TSAR2017-0026 | 1/26/2018 | 2/7/2018 | 2/11/2018 | 2/16/2018 | 2/22/2018 | 2/27/2018 | 3/12/2018 | 3/19/2018 |
| 12 | TSAR2017-0025 | 1/16/2018 | 2/14/2018 | 2/15/2018 | 2/20/2018 | 2/23/2018 | 2/27/2018 | 3/12/2018 | 3/19/2018 |
| 13 | TSAR2017-0035 | 1/22/2018 | x | 1/24/2018 | 2/26/2018 | 3/5/2018 | 3/12/2018 | 3/22/2018 | 3/29/2018 |
| 14 | TSAR2017-0029 | 1/16/2018 | 1/1/2018 | ✓ | 2/27/2018 | 3/2/2018 | 3/12/2018 | 3/22/2018 | 3/26/2018 |
| 15 | TSAR2017-0032 | 1/16/2018 | 1/9/2018 | ✓ | 2/27/2018 | 3/5/2018 | 3/13/2018 | 3/23/2018 | 3/30/2018 |
| 16 | TSAR2017-0030 | 1/16/2018 | 1/11/2018 | 1/30/2018 | 2/27/2018 | 3/6/2018 | 3/13/2018 | 3/23/2018 | 3/27/2018 |
| 17 | TSAR2017-0036 | 1/23/2018 | 1/22/2018 | 1/31/2018 | 2/26/2018 | 3/7/2018 | 3/14/2018 | 3/26/2018 | 4/2/2018 |
| 18 | TSAR2017-0022 | 1/23/2018 | 1/29/2018 | 2/4/2018 | 2/28/2018 | 3/7/2018 | 3/14/2018 | 3/26/2018 | 4/2/2018 |
| 19 | TSAR2017-0021 | 1/16/2018 | 2/11/2018 | 2/17/2018 | 3/1/2018 | 3/8/2018 | 3/15/2018 | 3/26/2018 | 4/2/2018 |
| 20 | TSAR2017-0017 | 1/16/2018 | 2/10/2018 | 2/14/2018 | 2/28/2018 | 3/8/2018 | 3/15/2018 | 3/26/2018 | 4/2/2018 |
| 21 | TSAR2017-0023 | 1/24/2018 | 2/9/2018 | 2/13/2018 | 3/2/2018 | 3/9/2018 | 3/16/2018 | 3/26/2018 | 4/2/2018 |
| 22 | TSAR2017-0024 | 1/24/2018 | 2/15/2018 | 2/16/2018 | 3/2/2018 | 3/9/2018 | 3/16/2018 | 3/26/2018 | 4/2/2018 |
| 23 | Terminated | | 2/15/2018 | N/A | | | | | |