WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:  JOSEPH I. VIGIL (018677)
     JOSEPH J. BRANCO (031474)
     Deputy County Attorneys
     vigilj@mcao.maricopa.gov
     brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al., <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **SHERIFF PAUL PENZONE'S STATUS REPORT FOR MARCH 8, 2018 STATUS CONFERENCE PURSUANT TO ORDER AT DOCUMENT 2191** |

      Maricopa County Sheriff Paul Penzone hereby provides the Court, Parties and Monitor with this updated Status Report in advance of the status conference set for March

1

8, 2018.  As indicated in the original January 31, 2018 Status Report (Doc. 2197), the weekly Status Report provides the Court with an update on the progress of the Maricopa County Sheriff's Office ("MCSO") on the Traffic Stop Annual Report ("TSAR") process for the remaining 23 deputies not subject to the First or Second Pilot Programs.  MCSO has prioritized those deputies currently on the streets in patrol.

The attached TSAR spreadsheet has been updated as of the morning of March 7, 2018.  (*See* Exhibit A).  As previously indicated, the spreadsheet identifies deputies by number (*i.e.*, "Deputy 1," "Deputy 2," and so on to "Deputy 23[1]"). The prioritized patrol deputies on the street are highlighted in yellow.

The Sheriff's Office continues to make significant progress toward completion of the interventions in accordance with the dates set forth in the spreadsheet.  Should there be any changes to the schedule, those will be noted and the parties, Monitors, and Court will be notified.

### A.    Request to Change March 30 Status Conference

The final status conference is currently set for March 30, 2018.  This is right before the Sheriff's Office is scheduled to have all of the Action Plans approved and implemented—April 2, 2018 is the scheduled completion date.  The Sheriff respectfully requests that the Court reschedule the March 30 hearing to sometime after April 2, 2018 (possibly the next Friday, April 8, 2018) so the Sheriff can provide the Court with a final status update following the anticipated completion of this process.  The Sheriff has

---

[1] As the Sheriff's Office previously informed the Court, Deputy 23 has been terminated from employment.  Therefore, there are only 22 deputies remaining in the process.

2

consulted with the Parties and they have indicated that they do not object to rescheduling the March 30, 2018 status conference.

### B. Methodology on the supervisor meetings and intervention discussions.

The Sheriff's Office is continuing to proceed pursuant to the agreed upon terms of the methodology.

### C. The Early Intervention Unit's remaining parallel reviews.

All of the Early Intervention Unit parallel reviews have been completed.

### D. Comparison reviews.

All of the comparison reviews have been completed.

### E. Supervisor Meetings between the Early Intervention Unit, Command staff, and the deputy's supervisor to set expectations for the intervention discussion.

All of the Command-EIU Meetings have taken place.

### F. The intervention discussion with the deputy.

MCSO has completed 16 deputy meetings, with the remaining six meetings scheduled to be completed this week. These meetings continue to be held with the deputy, the deputy's immediate supervisor, a deputy chief or executive chief in the deputy's chain of command and EIU Command. Per the Court's Order at Document 2165, each of the Deputy Meetings are being videotaped.

Should there be any other changes due to unforeseen law enforcement obligations in the district or division or other exigent circumstances, the Court, Parties and Monitor will be notified.

### G. The drafting, approval, and implementation of the Action Plans.

Action Plans have begun to be submitted to the EIU from the Supervisors, approved by EIU, and implemented as scheduled. Pursuant to MCSO's agreed upon methodology, each Action Plan will be drafted by the deputy's supervisor and chain of command. Each Action Plan must be reviewed and approved by the Early Intervention Unit before the deputy's supervisor implements it.

At this time, eleven Action Plans have been submitted to the EIU for review, with one more scheduled to be submitted this week. These Action Plans relate to the deputies currently on the street that have been prioritized. Four Action Plans have been reviewed and approved by EIU. One has been implemented and another is scheduled for this week. Note that Deputy 12 is going on medical leave, but his action plan will be completed and effective upon his return to duty.

As the Action Plans are approved and implemented, the parties and Monitors will be provided with the TSAR materials for that particular deputy on a rolling basis until the final intervention is completed.

**RESPECTFULLY SUBMITTED** this 7th day of March, 2018.

          WILLIAM G. MONTGOMERY
          MARICOPA COUNTY ATTORNEY

          BY: /s/ Joseph I. Vigil
               JOSEPH I. VIGIL, ESQ.
               JOSEPH J. BRANCO, ESQ.
               Attorneys for Defendant Paul Penzone

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ Nicole Anderson
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\2018_0131_TSAR Status Report.docx

# EXHIBIT A

3/7/2018
External

| Deputy # | TSAR# | Field Completion | EIS Review | Comparison Completed | Command-EIU meeting | Deputy meeting | Action Plan Submitted to EIU | Approved Action Plan Returned by EIU | Action plan implemented |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TSAR2017-0034 | 1/16/2018 | 1/24/2018 | 1/26/2018 | 2/6/2018 | 2/13/2018 | 2/20/2018 | 3/2/2018 | 3/6/2018 |
| 2 | TSAR2017-0012 | 1/16/2018 | 1/26/2018 | 1/27/2018 | 2/8/2018 | 2/13/2018 | 2/20/2018 | 3/2/2018 | 3/9/2018 |
| 3 | TSAR2017-0028 | 1/22/2018 | 1/31/2018 | 2/1/2018 | 2/9/2018 | 2/14/2018 | 2/21/2018 | 3/5/2018 | 3/12/2018 |
| 4 | TSAR2017-0019 | 1/16/2018 | 2/5/2018 | 2/6/2018 | 2/8/2018 | 2/14/2018 | 2/20/2018 | 3/5/2018 | 3/12/2018 |
| 5 | TSAR2017-0016 | 1/16/2018 | 2/5/2018 | 2/6/2018 | 2/9/2018 | 3/1/2018 | 3/8/2018 | 3/19/2018 | 3/26/2018 |
| 6 | TSAR2017-0027 | 1/16/2018 | 2/6/2018 | 2/8/2018 | 2/16/2018 | 2/20/2018 | 2/27/2018 | 3/9/2018 | 3/16/2018 |
| 7 | TSAR2017-0020 | 1/16/2018 | 2/6/2018 | 2/8/2018 | 2/13/2018 | 2/21/2018 | 2/28/2018 | 3/12/2018 | 3/19/2018 |
| 8 | TSAR2017-0033 | 1/22/2018 | 2/6/2018 | 2/9/2018 | 2/15/2018 | 2/21/2018 | 2/27/2018 | 3/12/2018 | 3/19/2018 |
| 9 | TSAR2017-0018 | 1/16/2018 | 2/6/2018 | 2/12/2018 | 2/15/2018 | 2/22/2018 | 2/28/2018 | 3/12/2018 | 3/19/2018 |
| 10 | TSAR2017-0031 | 1/16/2018 | 2/11/2018 | 2/12/2018 | 2/16/2018 | 2/27/2018 | 3/6/2018 | 3/16/2018 | 3/23/2018 |
| 11 | TSAR2017-0026 | 1/26/2018 | 2/7/2018 | 2/11/2018 | 2/16/2018 | 2/22/2018 | 2/27/2018 | 3/12/2018 | 3/19/2018 |
| 12 | TSAR2017-0025 | 1/16/2018 | 2/14/2018 | 2/15/2018 | 2/20/2018 | 2/23/2018 | 2/27/2018 | 3/12/2018 | 3/19/2018 |
| 13 | TSAR2017-0035 | 1/22/2018 | x | 1/24/2018 | 2/26/2018 | 3/5/2018 | 3/12/2018 | 3/22/2018 | 3/29/2018 |
| 14 | TSAR2017-0029 | 1/16/2018 | 1/1/2018 | ✓ | 2/27/2018 | 3/2/2018 | 3/12/2018 | 3/22/2018 | 3/26/2018 |
| 15 | TSAR2017-0032 | 1/16/2018 | 1/9/2018 | ✓ | 2/27/2018 | 3/5/2018 | 3/13/2018 | 3/23/2018 | 3/30/2018 |
| 16 | TSAR2017-0030 | 1/16/2018 | 1/11/2018 | 1/30/2018 | 2/27/2018 | 3/6/2018 | 3/13/2018 | 3/23/2018 | 3/27/2018 |
| 17 | TSAR2017-0036 | 1/23/2018 | 1/22/2018 | 1/31/2018 | 2/26/2018 | 3/7/2018 | 3/14/2018 | 3/26/2018 | 4/2/2018 |
| 18 | TSAR2017-0022 | 1/23/2018 | 1/29/2018 | 2/4/2018 | 2/28/2018 | 3/7/2018 | 3/14/2018 | 3/26/2018 | 4/2/2018 |
| 19 | TSAR2017-0021 | 1/16/2018 | 2/11/2018 | 2/17/2018 | 3/1/2018 | 3/8/2018 | 3/15/2018 | 3/26/2018 | 4/2/2018 |
| 20 | TSAR2017-0017 | 1/16/2018 | 2/10/2018 | 2/14/2018 | 2/28/2018 | 3/8/2018 | 3/15/2018 | 3/26/2018 | 4/2/2018 |
| 21 | TSAR2017-0023 | 1/24/2018 | 2/9/2018 | 2/13/2018 | 3/2/2018 | 3/9/2018 | 3/16/2018 | 3/26/2018 | 4/2/2018 |
| 22 | TSAR2017-0024 | 1/24/2018 | 2/15/2018 | 2/16/2018 | 3/2/2018 | 3/9/2018 | 3/16/2018 | 3/26/2018 | 4/2/2018 |
| 23 | Terminated | | 2/15/2018 | N/A | | | | | |