WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:   JOSEPH I. VIGIL (018677)
       JOSEPH J. BRANCO (031474)
       Deputy County Attorneys
       vigilj@mcao.maricopa.gov
       brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al., <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **SHERIFF PAUL PENZONE'S NOTICE OF COMPLETION OF TSAR PROCESS AND UPDATED STATUS REPORT PURSUANT TO ORDER AT DOCUMENT 2191** |

Maricopa County Sheriff Paul Penzone provides the Court, Monitor, and Parties with this Notice of Completion and updated Status Report for the April 6, 2018 status

conference. This report has been provided weekly to update the Court, Monitor, and parties on the progress that the Maricopa County Sheriff's Office ("MCSO") has made on the Traffic Stop Annual Report ("TSAR") process for the remaining 23 deputies not subject to the First or Second Pilot Programs. Throughout this process the MCSO prioritized those deputies currently on the streets in patrol.

The attached TSAR spreadsheet has been updated as of April 2, 2018. (*See* Exhibit A). As is outlined in this spreadsheet, the target date for the completion of all components of the interventions, including the implementation of all Action Plans, was April 2, 2018. MCSO implemented the last Action Plan on April 2, 2018, thereby completing the interventions on schedule. The parties and Monitor are being provided with the TSAR materials for each deputy on a rolling basis.

**RESPECTFULLY SUBMITTED** this 3rd day of April, 2018.

                                            WILLIAM G. MONTGOMERY
                                            MARICOPA COUNTY ATTORNEY

                                            BY: /s/ Joseph I. Vigil
                                                   JOSEPH I. VIGIL, ESQ.
                                                   JOSEPH J. BRANCO, ESQ.
                                                   Attorneys for Defendant Paul Penzone

CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ Nicole Anderson

\\Valley\public\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\TSAR Notice of Completion and Updated Status Report 040318 FINAL.docx

# EXHIBIT A

4/3/2018
External

| Deputy # | TSAR# | Field Completion | EIS Review | Comparison Completed | Command-EIU meeting | Deputy meeting | Action Plan Submitted to EIU | Approved Action Plan Returned by EIU | Action plan implemented |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TSAR2017-0034 | 1/16/2018 | 1/24/2018 | 1/26/2018 | 2/6/2018 | 2/13/2018 | 2/20/2018 | 3/2/2018 | 3/6/2018 |
| 2 | TSAR2017-0012 | 1/16/2018 | 1/26/2018 | 1/27/2018 | 2/8/2018 | 2/13/2018 | 2/20/2018 | 3/2/2018 | 3/8/2018 |
| 3 | TSAR2017-0028 | 1/22/2018 | 1/31/2018 | 2/1/2018 | 2/9/2018 | 2/14/2018 | 2/21/2018 | 3/5/2018 | 3/12/2018 |
| 4 | TSAR2017-0019 | 1/16/2018 | 2/5/2018 | 2/6/2018 | 2/8/2018 | 2/14/2018 | 2/20/2018 | 3/5/2018 | 3/12/2018 |
| 5 | TSAR2017-0016 | 1/16/2018 | 2/5/2018 | 2/6/2018 | 2/9/2018 | 3/1/2018 | 3/8/2018 | 3/19/2018 | 3/22/2018 |
| 6 | TSAR2017-0027 | 1/16/2018 | 2/6/2018 | 2/8/2018 | 2/16/2018 | 2/20/2018 | 2/27/2018 | 3/9/2018 | 3/16/2018 |
| 7 | TSAR2017-0020 | 1/16/2018 | 2/6/2018 | 2/8/2018 | 2/13/2018 | 2/21/2018 | 2/28/2018 | 3/12/2018 | 3/19/2018 |
| 8 | TSAR2017-0033 | 1/22/2018 | 2/6/2018 | 2/9/2018 | 2/15/2018 | 2/21/2018 | 2/27/2018 | 3/12/2018 | 3/17/2018 |
| 9 | TSAR2017-0018 | 1/16/2018 | 2/6/2018 | 2/12/2018 | 2/15/2018 | 2/22/2018 | 2/28/2018 | 3/12/2018 | 3/15/2018 |
| 10 | TSAR2017-0031 | 1/16/2018 | 2/11/2018 | 2/12/2018 | 2/16/2018 | 2/27/2018 | 3/6/2018 | 3/12/2018 | 3/19/2018 |
| 11 | TSAR2017-0026 | 1/26/2018 | 2/7/2018 | 2/11/2018 | 2/16/2018 | 2/22/2018 | 2/27/2018 | 3/12/2018 | 3/19/2018 |
| 12 | TSAR2017-0025 | 1/16/2018 | 2/14/2018 | 2/15/2018 | 2/20/2018 | 2/23/2018 | 2/27/2018 | 3/12/2018 | 3/19/2018 |
|  |  |  |  |  |  |  |  |  |  |
| 13 | TSAR2017-0035 | 1/22/2018 | x | 1/24/2018 | 2/26/2018 | 3/5/2018 | 3/12/2018 | 3/22/2018 | 3/26/2017 |
| 14 | TSAR2017-0029 | 1/16/2018 | 1/1/2018 | ✓ | 2/27/2018 | 3/2/2018 | 3/12/2018 | 3/22/2018 | 3/27/2018 |
| 15 | TSAR2017-0032 | 1/16/2018 | 1/9/2018 | ✓ | 2/27/2018 | 3/5/2018 | 3/13/2018 | 3/23/2018 | On Leave |
| 16 | TSAR2017-0030 | 1/16/2018 | 1/11/2018 | 1/30/2018 | 2/27/2018 | 3/6/2018 | 3/12/2018 | 3/23/2018 | 3/27/2018 |
| 17 | TSAR2017-0036 | 1/23/2018 | 1/22/2018 | 1/31/2018 | 2/26/2018 | 3/7/2018 | 3/13/2018 | 3/26/2018 | 3/27/2018 |
| 18 | TSAR2017-0022 | 1/23/2018 | 1/29/2018 | 2/4/2018 | 2/28/2018 | 3/7/2018 | 3/14/2018 | 3/26/2018 | 4/2/2018 |
| 19 | TSAR2017-0021 | 1/16/2018 | 2/11/2018 | 2/17/2018 | 3/1/2018 | 3/8/2018 | 3/15/2018 | 3/26/2018 | 3/27/2018 |
| 20 | TSAR2017-0017 | 1/16/2018 | 2/10/2018 | 2/14/2018 | 2/28/2018 | 3/8/2018 | 3/13/2018 | 3/26/2018 | 3/30/2018 |
| 21 | TSAR2017-0023 | 1/24/2018 | 2/9/2018 | 2/13/2018 | 3/2/2018 | 3/9/2018 | 3/16/2018 | 3/26/2018 | 3/28/2018 |
| 22 | TSAR2017-0024 | 1/24/2018 | 2/15/2018 | 2/16/2018 | 3/2/2018 | 3/9/2018 | 3/16/2018 | 3/26/2018 | 3/28/2018 |
| 23 | Terminated |  | 2/15/2018 | N/A |  |  |  |  |  |