Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Kathleen E. Brody
kbrody@acluaz.org
Brenda Muñoz Furnish
bmfurnish@acluaz.org
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, et al. <br><br> Defendants. | CV-07-2513-PHX-GMS <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR REPLY IN EXCESS OF PAGE LIMITS PURSUANT TO LRCiv 7.2(e)** |

Additional Attorneys for Plaintiffs:

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Julia Gomez (*Pro Hac Vice*)
jgomez@maldef.org
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

James B. Chanin (*Pro Hac Vice*)
jbcofc@aol.com
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819

Plaintiffs respectfully request leave to file their reply in support of their Second Supplemental Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses (Doc. 2257) in excess of the 11-page presumptive limit set forth in LRCiv 7.2(e). With leave of the Court, Plaintiffs' motion and the County's response (Doc. 2277) both exceeded the presumptive page limit by several pages. The County's response raises a number of specific objections regarding the necessity of Plaintiffs' counsel's work, the number of hours devoted to certain work, and the reasonableness of their claimed fees, over a period of more than one year, for the period of June 1, 2016, through August 31, 2017. Plaintiffs require additional space in their reply to adequately and responsibly address each of the County's arguments. Plaintiffs believe that this information is crucial to the Court's consideration of their motion. Counsel has made every attempt to be concise, but nevertheless request a modest extension of the page limit to 15 pages. Counsel for Maricopa County has indicated that it does not oppose this expansion of the page limits. Therefore, Plaintiffs seek permission to exceed the page limit established by the local rule and file the 15-page reply lodged herewith.

Respectfully submitted this 25th of May, 2018.

By: /s/*Kathleen E. Brody*
Kathleen E. Brody
Brenda Muñoz Furnish
ACLU Foundation of Arizona

Cecillia D. Wang (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Anne Lai (*Pro Hac Vice*)

Stanley Young (*Pro Hac Vice*)
Covington & Burling, LLP

1

Julia Gomez (*Pro Hac Vice*)
Mexican American Legal Defense and Educational Fund

James B. Chanin (*Pro Hac Vice*)

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2018 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/ *Kathleen E. Brody*
Kathleen E. Brody