Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Kathleen E. Brody
kbrody@acluaz.org
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV-07-2513-PHX-GMS |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF PLAINTIFFS' COUNSEL BRENDA MUÑOZ FURNISH** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, et al., | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Julia A. Gomez (*Pro Hac Vice*)
jgomez@maldef.org
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

James B. Chanin (*Pro Hac Vice*)
jbcofc@aol.com
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819

Pursuant to LRCiv. Local Rule 83.3(b), the ACLU Foundation of Arizona provides notice that Brenda Muñoz Furnish is no longer with the ACLU Foundation of Arizona and is no longer counsel for the Plaintiffs in this case.  Plaintiffs will continue to be represented by Co-counsel of record for Plaintiffs' Manuel de Jesus Ortega Melendres, et al.

Dated this 13th day of June, 2018.

By: /s/*Kathleen E. Brody*
Kathleen E. Brody
ACLU Foundation of Arizona

Cecillia D. Wang (*Pro Hac Vice*)
Andre I. Segura (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Anne Lai (*Pro Hac Vice*)

Stanley Young (*Pro Hac Vice*)
Covington & Burling, LLP

Julia A. Gomez (*Pro Hac Vice*)
Mexican American Legal Defense and Educational Fund

James B. Chanin (*Pro Hac Vice*)

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/ Kathleen E. Brody
Kathleen E. Brody