WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
    JOSEPH J. BRANCO (031474)
    Deputy County Attorneys
    vigilj@mcao.maricopa.gov
    brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **NOTICE OF INTENT TO TRANSFER PERSONNEL OUT OF COURT IMPLEMENTATION BUREAU AND INTO BUREAU OF INTERNAL OVERSIGHT** |

Pursuant to Paragraph 268 of the Second Amended Second Supplemental Permanent Injunction/Judgment Order (Doc. 1765) dated July 26, 2016, Defendant Sheriff Paul Penzone ("Sheriff Penzone") is notifying the Court, the Monitor, and the parties of

1

his intent to transfer Sergeants Kevin Thomas and Sean Crosby from the Court Implementation Division (CID) into the Bureau of Internal Oversight (BIO).

In addition to the above transfer, though not required by paragraph 268, Sheriff Penzone wishes to inform the Court that he is transferring Sergeant Stephen Palmer from CID into the Major Crimes Division.

Sheriff Penzone has not lodged with the Court the work history, disciplinary/IA history, and other identifiable information because Sergeants Thomas and Crosby will remain within the Compliance Bureau and the documents for them were previously provided with their respective transfers into CID and there has been no change to the disciplinary histories since their assignments to CID.  (See Notices of transfer for Sergeant Thomas at Document 2133 and for Sergeant Crosby at Document 2170.) The Monitor and parties were previously provided notice of the intent to transfer via ShareFile.

**RESPECTFULLY SUBMITTED** this 30th day of July, 2018.

        WILLIAM G. MONTGOMERY
        MARICOPA COUNTY ATTORNEY

        BY:  /s/ Joseph I. Vigil
              JOSEPH I. VIGIL, ESQ.
              JOSEPH J. BRANCO, ESQ.
              Attorneys for Defendant Paul Penzone

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ M. Rivera
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Notice Intent Transfer Thomas and Crosby CID to BIO 072718.docx