Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Kathleen E. Brody
kbrody@acluaz.org
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV-07-2513-PHX-GMS |
| Plaintiffs, | **DECLARATION OF JULIA A. GOMEZ IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND VICTIM COMPENSATION PROGRAM CLAIMS PERIOD** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, et al., | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA  94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Julia A. Gomez (*Pro Hac Vice*)
jgomez@maldef.org
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

James B. Chanin (*Pro Hac Vice*)
jbcofc@aol.com
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819

I, Julia A. Gomez, declare as follows:

1. I am an attorney admitted to practice in California and New York and have been admitted *pro hac vice* to represent Plaintiffs in this matter. I make the following statements based on my personal knowledge, except where otherwise indicated.

2. I make this declaration in support of Plaintiffs' motion to extend the Victim Compensation Program claims period.

3. On October 1, 2018, my co-counsel, Kathleen E. Brody, and I participated on a call with Jay Mense of BrownGreer PLC to discuss the practical implications of extending the Victim Compensation Program claims period. Mr. Mense agreed to provide Plaintiffs with an estimate of what it would cost to extend the Victim Compensation Program for six months.

4. On October 11, 2018, Ms. Brody and I participated on a call with Mr. Mense to discuss questions we had previously presented to BrownGreer regarding the subject of the instant motion. Prior to the call, Mr. Mense provided Plaintiffs with the below estimate of BrownGreer's monthly expenses should the Program be extended:

| **Potential Claim Filing Deadline Extension – Estimated Expenses Per Month** | | |
|---|---|---|
| | **Task** | **Estimated Amount** |
| 1. | Monthly Database and Website Maintenance; Website and Cloud Based Expenses | $750 |
| 2. | Communications Center-Monthly Maintenance | $300 |
| 3. | IVR and Long Distance Minutes | $50 |
| 4. | Communications Center Management & Reporting; Respond to Class Member Correspondence | $2,000 |
| 5. | P.O. Box (Minimum 6 Months) | $10 |
| 7. | Project Oversight | $2,775 |
| 8. | Mail Intake, Processing & Storage | $50 |
| 9. | Total | $5,935 |

5. During the call, Mr. Mense informed Plaintiffs that the costs listed in rows 4 and 7 of the table are conservative estimates. In total, BrownGreer estimates that it would cost approximately $36,000 to keep the Program open for six months past the December 3, 2018 claims deadline. Mr. Mense also informed Plaintiffs that BrownGreer estimates

that about $10,000 are left in the program budget. This money is currently allocated to a reminder notice campaign that is set to occur in November. The cost of conducting advanced skip tracing is about $10,000, and BrownGreer can reallocate money left in the program budget to conduct advanced skip tracing searches of individuals on the Track A list. Mr. Mense further informed Plaintiffs that BrownGreer did not learn that the Track A list includes only names and dates of birth of individuals, but not mailing addresses, until it received the list from MCSO in October 2017.

6.      Following our call on October 11, 2018, Mr. Mense emailed Plaintiffs an excel spreadsheet containing the list of Track A individuals. I reviewed the list and it contains the names of a total of 189 individuals.

7.      On October 15, 2018, I emailed counsel for the County, Richard Walker, to inform him about Plaintiffs' plan to file the instant motion, and to inquire as to whether the County would agree to reallocate the remaining $10,000 in the program budget to advanced skip tracing. On October 16, 2018, Mr. Walker informed Ms. Brody that the County did not object to BrownGreer reallocating the remaining $10,000 in the program budget to advanced skip tracing, but that the County would oppose a motion by Plaintiffs to extend the deadline for the Program. Mr. Walker confirmed the County's position by email shortly thereafter.

8.      Plaintiffs' counsel and other staff at the ACLU of Arizona spearheaded outreach efforts to encourage and assist eligible individuals to submit claims to the Program, including organizing and hosting three clinics with volunteer lawyers to assist people with preparing and submitting claims, participating in interviews with media, including Spanish-language media, and asking community organizations to assist with locating individuals who might be eligible.

**Exhibits**

9.      Attached hereto as Exhibit A is an email thread between BrownGreer and the parties dated April 9, 2018, to May 8, 2018, regarding "MCSO Compensation Fund Notice Plan and Administration Update."

2

10. Attached hereto as Exhibit B is an email from BrownGreer to the parties dated September 28, 2018, regarding "MCSO Compensation Plan September Update."

11. Attached hereto as Exhibit C is an email from BrownGreer to the parties dated June 26, 2018, regarding "MCSO Compensation Fund Update."

12. Attached hereto as Exhibit D is an email from BrownGreer to the parties dated August 31, 2018, regarding "MCSO Compensation Plan August Update."

I declare under penalty of perjury under the laws of the United States and Arizona that the foregoing is true and correct.

Dated this 19th day of October, 2018.

By: /s/ *Julia A. Gomez*
Julia A. Gomez