# Exhibit B

**From:** Jay Mense
**Sent:** Friday, September 28, 2018 1:41 PM
**To:** Richard K. Walker                              ; Vigil Joseph                                   ; Schwab Douglas                            ; Kathy Brody
**Cc:** Orran Brown, Jr.                              >; Orran Brown                                 ; Jessie Tyler                          >
**Subject:** MCSO Compensation Plan September Update

Counsel:

Here is an update on the current status of the Notice Program and Claims Review.

1. **Claims Review.** Tables 1 and 2 show the status of claims submitted and reviewed.  We have issued Eligibility Notices identifying three facially valid claims payable a total of $55,875.  We have sent Notices on seven other claims that are incomplete for Additional Injuries but are otherwise eligible.  The seven claims incomplete for Additional Injuries have a current total payable amount of $62,200, but that number may increase if the claimants provide documentation to prove the Additional Injuries.  Also, the Reconsideration and Rebuttal Process  may change the total amount to be paid. We are reviewing the documents sent to us in response to Deficiency and Ineligibility Notices and will issue Notices to those claimants on the results of that review.

| Table 1 | Claim Form Submission |
|---|---|
| Status | Total |
| Claims Started but not Submitted | 26 |
| Claims Submitted | 79 |
| **Total** | 104 |

| Table 2 | Claims Review Summary | |
|---|---|---|
| Status | Total | Last Month (August) |
| Eligibility Notices | 3 | N/A |
| Notices of Incomplete Additional Injuries | 7 | 2 |
| Ineligibility Notices | 27 | 2 |
| Deficiency Notices | 35 | 12 |
| Duplicate Claim Notices (Ineligible) | 5 | N/A |
| **Total Notices Issued** | **77** | **16** |

| | | |
|---|---|---|
| Under Review | 2 | N/A |
| **Total Claims in Review Process** | **2** | **N/A** |

2. **Payments.** We issued the first payment ($1,095) last month to a Track A claimant. The claimant cashed the check this week.

3. **Mexico Outreach.** CDM continues to reach out to media and local government agencies. Here are some examples of recent published media.

    a. Newsweek en Español: Se buscan víctimas del racismo de Joe Arpaio
    b. Huffington Post MX: Arizona busca compensar a migrantes que fueron víctimas de Joe Arpaio
    c. El País: La justicia busca en México a las víctimas de discriminación del exsheriff Joe Arpaio
    d. Sin Censura con Vicente Serrano (video): Se buscan a las personas que fueron víctimas de racismo
    e. TV Azteca: Video segment on Mexico's second largest broadcaster (video unavailable)

4. **Media Inquiries.** We received media inquiries recently asking about the potential to interview someone about the efforts to reach individuals in Mexico and potentially interview an eligible claimant. Based on the confidentiality rules in the Program we do not believe we should provide any contact information for claimants. However, we are happy to answer any questions about the Program and Notice Campaign that may be helpful. Our current media policy is to let the media know that we are not permitted to answer any questions and refer them to the parties. Would you like us to coordinate a response to these media inquiries? Here is the information for the two recent inquiries.

    a. Daniel Gonzalez (The Arizona Republic):
    b. Genesis Markus from a Colombian News Agency called to request an interview about the program:

Thank you,
Jay

**Jay Mense**
**BROWNGREER PLC**

Telephone:
Facsimile:
www.browngreer.com

2

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*