# Exhibit C

| | |
|---|---|
| **From:** | Jay Mense |
| **Sent:** | Tuesday, June 26, 2018 12:29 PM |
| **To:** | Kathy Brody; Richard K. Walker; Schwab Douglas; Vigil Joseph |
| **Cc:** | Orran Brown, Jr.; Orran Brown; Jessie Tyler |
| **Subject:** | MCSO Compensation Fund Update |
| **Attachments:** | MCSO Notice Packet.pdf; ArizonaRepublicLegalNoticeAd-rev.pdf; SegundoManoLegalNoticeAd-rev.pdf |

Counsel:

I hope you all are doing well.  Brenda informed me that she is no longer with the ACLU, so I am including Kathy Brody for all correspondence going forward.  Here is an update on the current status of the Notice Program and Claims Review.

1. **Mexico Outreach.** Centro de los Derechos del Migrantes is beginning its outreach campaign in Mexico.  This outreach will involve two aspects:

    a. The media portion will begin with outreach to top-tier national publications, such as El Universal and Reforma, which will organically garner media interest from local publications across Mexico; as well as media outlets whose target audience is migrants, such as Conexión Migrante.  CDM will also identify  states in Mexico, where they will conduct a similar outreach  at a local level.

    b. The government portion of the plan will start with contacting the federal National Migration Institute and the state-level Institutes and Offices for Migrant Assistance to provide an overview of the case and CDM's communication strategies to disseminate information about the Fund.  The targeted state-level offices will be in those states with the largest numbers of returnees in Mexico including Guanajuato, Mexico City, Michoacán, Jalisco, Chihuahua, Baja California, Querétaro, San Luis Potosí, Sinaloa and Zacatecas.

2. **Publication Notice.**  All radio and print advertisements for the MCSO Compensation Fund ran successfully.  The last print publication was placed in Segundo Mano on Thursday, 5/31.  I have attached examples of the print ads in Spanish and English.  We were able to secure the radio and print placements at negotiated rates below the initial estimates, which resulted in approximately $20,000 in cost savings.  We reallocated $10,000 of those savings to pay CDM for its outreach in Mexico, as discussed in Item 1 above.  The other $10,000 has been, consistent with the approved Notice Plan, reserved for a reminder notice campaign closer to the Claim Filing Deadline.  We are working on preparing different reminder campaign options for you to review.

3. **Skip Tracing.**  As you know, the Notice Plan originally contemplated our mailing direct notices to all known class members; however, when we received the class data, we learned that it included just names and dates of birth without mailing addresses.  We have had a number of exchanges with you recently regarding the possibility of "skip tracing," which is just an industry term for trying to locate an individual.  We explained that skip tracing can range from lower cost "batch searching" (where you take a list of targets and run whatever data you have on them through a commercial database to try to get a "hit" on a possible match) to more costly individualized research and private investigation.  The original Notice Plan did not call for any skip tracing and did not allocate any of the Notice Budget to skip tracing

because that Plan assumed we would already have mailing addresses. Here is an update on the Parties' options regarding skip tracing now:

   a. Batch Searching. One of our commercial data partners agreed to waive its fees for a one-time "batch search" in this program. That batch search provided results on 61 individuals that matched the first name, date of birth, and a portion of the last name. We do not know definitively whether these 61 people are, in fact, the same people in the class data. As we do not have last known mailing addresses, taxpayer IDs, or other more unique information in the class data, these results are just people whose partial name matches the names in the class data and whose dates of birth match. The results do include some addresses in Arizona, but also include results elsewhere around the country. Unless the Parties would prefer otherwise, we plan to mail the attached notice packet to these 61 people. The cost to send those letters would be covered by the original Notice Budget (which contemplated mailing direct notices to ~200 known class members).

   b. Advanced Skip Tracing. The next layer of skip tracing here would be to start researching class members one-by-one. Whereas the batch search looks for an exact data hit based on specific inputs, this approach allows a trained investigator to look for and analyze more ambiguous information in an effort to locate someone. We do this often in other programs and have a negotiated rate with one commercial data partner of $2.80 per individual search performed (often it does take multiple searches per target to find contact information or to conclude that the person cannot be located readily). We can implement this additional layer of skip tracing into this Program if the Parties prefer. Doing so, though, will require that we determine how to fund this effort because, as you know, the Notice Budget is fixed at $200,000 and is fully allocated. We could start by using the $10,000 earmarked for a reminder notice campaign. The alternative would be to ask the County to approve more funding and increase the budget to accommodate the change in the Notice Plan.

4. **Claims Review.** Tables 1 and 2 show the status of claims submitted and reviewed. We have issued three Eligibility Notices identifying facially valid claims collectively worth $29,305 (one Track A claimant eligible for detention only and two Track B claimants eligible for additional damages). The value of these claims may change as a result of the Reconsideration and Rebuttal Process (discussed more fully in Item 5 below). In addition to these Eligibility Notices, we have issued 13 Ineligibility Notices, all of which relate to detentions occurring outside of the qualifying period or detention periods that do not exceed 20 minutes. We have reviewed 42 additional claims filed more recently and are quality assuring our initial designations for those claims (12 tentatively eligible for detention-only, 22 that are incomplete, and 8 that are ineligible). We will finalize those reviews and issue notices soon. There are three other new claims that we will review this week.

| Table 1 | Claim Form Submission |
|---|---|
| Status | Total |
| Claims Started but not Submitted | 23 |
| Claims Submitted | 61 |
| Duplicate Claims | 2 |
| Total | 86 |

| Table 2 | Claims Review Summary |
|---|---|

| Status | Total |
|---|---|
| Eligibility Notice Issued | 3 |
| Ineligibility Notice Issued | 13 |
| **Total Notices Issued** | **16** |
| Under Review | 3 |
| Tentatively Eligible for Detention | 12 |
| Tentatively Incomplete | 22 |
| Tentatively Ineligible | 8 |
| **Total Claims in Review Process** | **45** |

5. **Rebuttal Process.** As noted in Item 4 above, we do have two Track B claims currently designated as eligible and will be ready for MCSO review and rebuttal this week. We set up an FTP site and will send the credentials to everyone who should have access. Once we determine a claim is ready for the rebuttal process, I will notify you that there is a new folder in the FTP site with the claimant's file. Each file will contain the information provided on the Claim Form, any supporting documents, and a cover letter detailing the summary of review, how to respond, and the deadline for any rebuttal.

Please just let us know if you have any questions or would like to discuss further.

Thank you,
Jay


**Jay Mense**
**BrownGreer PLC**

www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*