# Exhibit D

| | |
|---|---|
| **From:** | Jay Mense |
| **Sent:** | Friday, August 31, 2018 10:52 AM |
| **To:** | Richard K. Walker; Vigil Joseph; Schwab Douglas; Kathy Brody |
| **Cc:** | Orran Brown, Jr.; Orran Brown; Jessie Tyler |
| **Subject:** | MCSO Compensation Plan August Update |

Counsel:

Here is an update on the current status of the Notice Program and Claims Review.

1. **Claims Review.** Tables 1 and 2 show the status of claims submitted and reviewed. We have issued Eligibility Notices identifying facially valid claims collectively worth $55,875. There are an additional four Notices that are incomplete for Additional Injuries but are otherwise eligible. The current value for these claims is $52,200 but may increase if the claimant cures the deficiencies. The value of these claims may change as a result of the Reconsideration and Rebuttal Process.

| Table 1 | Claim Form Submission | |
|---|---|---|
| | **Status** | **Total** |
| | Claims Started but not Submitted | 26 |
| | Claims Submitted | 70 |
| | Duplicate Claims | 5 |
| | **Total** | **101** |

| Table 2 | Claims Review Summary | | |
|---|---|---|---|
| | **Status** | **Total** | **Last Month (July)** |
| | Eligibility Notice Issued | 3 | 1 |
| | Notice of Incomplete Additional Injuries | 6 | 4 |
| | Ineligibility Notice Issued | 26 | 11 |
| | Deficiency Notices Issued | 31 | 19 |
| | **Total Notices Issued** | **66** | **35** |
| | Under Review | 4 | N/A |
| | **Total Claims in Review Process** | **4** | **N/A** |

Here is a breakdown for 26 claims that are ineligible and the reasons:

| Ineligible Claims | Count |
|---|---|
| Non-Compensable Detention Time | 3 |
| Non-Compensable Date of Encounter | 19 |
| Multiple Reasons: | 3 |

1

| | |
|---|---|
| 1. Non-Compensable Detention Date, Reason and Not Stopped by MCSO.<br>2. Non-Compensable Detention Date and Reason<br>3. Non-Compensable Reason and Not Stopped by MCSO | |
| Non-Compensable Reason (Not Stopped for Immigration Status) | 1 |
| **Total** | **26** |

2. **Notice Plan.**

    a. We will begin the Paid Search terms and banner advertisements for Facebook this month for the remainder of the campaign.  This will help serve as a reminder of the claim filing deadline.

    b. CDM Outreach.

        1. Media – CDM has reached out to reporters and publications about the program.  Here are some of the articles published so far:

            i. *Reporte Indigo*: Buscan a víctimas del exalguacil Joe Arpaio, August 12, 2018
            ii. *La Opinion:* Se buscan a víctimas del sheriff Arpaio para indemnizarlas, August 9, 2018
            iii. *Conexión Migrante*: ¿Fuiste víctima de Arpaio? Te decimos cómo pedir tu indemnización, August 8, 2018
            iv. *El Diario NY*: Buscan a víctimas del sheriff Arpaio para indemnizarlas, August 9, 2018
            v. *MSN*: Se buscan a víctimas del sheriff Arpaio para indemnizarlas, August 9, 2018
            vi. *Economía Hoy*: Condado de Maricopa indemnizará a personas detenidas indebidamente por su presunto estatus migratorio, August 8, 2018

        2. Government Agencies – CDM shared information about the program and recent media with Secretariat for Migrants offices in Zacatecas, Guanajuato, Michoacán, Jalisco and Mexico City. They were very interested in the case and said they would share the information via social and traditional media. Over the next week, CDM will contact the Offices of Migrant Assistance in Baja California, Chihuahua, San Luis Potosí, Sinaloa and Querétaro.

    c. Notice Mailing.  We mailed direct Notices to 60 individuals on 8/14 with information on the program and a Claim Form in both English and Spanish.  These are addresses we identified using batch searches of the names and date of birth from the Track A list.

Please just let us know if you have any questions or would like to discuss further.

Thank you,
Jay


**Jay Mense**

**B**rown**G**reer **PLC**



[www.browngreer.com](www.browngreer.com)

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*