WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:  JOSEPH I. VIGIL (018677)
     JOSEPH J. BRANCO (031474)
     Deputy County Attorneys
     vigilj@mcao.maricopa.gov
     brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al, <br><br>　　　　　Plaintiffs, <br><br>and <br><br>United States of America, <br><br>　　　　　Plaintiff-Intervenor, <br>v. <br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br>　　　　　Defendants. | No. CV-07-2513-PHX-GMS <br><br>**NOTICE OF INTENT TO TRANSFER PERSONNEL INTO BUREAU OF INTERNAL OVERSIGHT** <br><br>**AND** <br><br>**REQUEST TO SEAL INFORMATION** |

Pursuant to Paragraph 268 of the Second Amended Second Supplemental Permanent Injunction/Judgment Order (Doc. 1765) dated July 26, 2016, Defendant Sheriff Paul Penzone ("Sheriff Penzone") has lodged with this Court the name, IA Pro résumé, personnel assignment evaluation, justification memorandum, and assignment affidavit,

1

along with any disciplinary/IA history of Sergeant Dustin Labenz #S1773 who Sheriff Penzone has chosen to transfer from the Training Division to the Bureau of Internal Oversight (BIO) upon his upcoming promotion to Lieutenant.

The lodged information and documentation has been disclosed to counsel for Plaintiffs, Plaintiff Intervener, and the Court appointed Monitor via ShareFile. The Court appointed Monitor has also sent a letter to the Court and the parties approving the transfer.

Sheriff Penzone requests that the Clerk seal the information as it pertains to Sgt. Labenz's information because it contains the name and identifiable information, work history, and disciplinary/IA history, if any, of the Sergeant.

**RESPECTFULLY SUBMITTED** this 22nd day of October, 2018.

        WILLIAM G. MONTGOMERY
        MARICOPA COUNTY ATTORNEY

        BY: /s/ Joseph I. Vigil
            JOSEPH I. VIGIL, ESQ.
            JOSEPH J. BRANCO, ESQ.
            *Attorneys for Defendant Paul Penzone*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/J. Barksdale

S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Notice to Transfer Labenz to BIO 102218.docx