WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:     JOSEPH I. VIGIL (018677)
        JOSEPH J. BRANCO (031474)
        Deputy County Attorneys
        vigilj@mcao.maricopa.gov
        brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al, | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **SHERIFF PAUL PENZONE'S RESPONSE TO PLAINTIFFS' MOTION TO EXTEND VICTIM COMPENSATION PROGRAM CLAIMS PERIOD** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., | |
| Defendants. | |

Maricopa County Sheriff Paul Penzone takes no position regarding the merits of Plaintiff's Motion to Extend Victim Compensation Program Claims Period. (Doc. 2321). But Sheriff Penzone clarifies the statement on Page 2 of the Motion that the "data" the Maricopa County Sheriff's Office provided to BrownGreer "included only names and

1

dates of birth, not mailing addresses" because that was the only information available to the Sheriff's Office—not because the Sheriff or his Office sought to hinder these proceedings.  The Sheriff has fully cooperated with Plaintiffs and BrownGreer to make sure they had the ability to reach as many people on the Track A list as possible.  A list the Sheriff stipulated to without objection.

**RESPECTFULLY SUBMITTED** this 5th day of November, 2018.

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY:  /s/ Joseph I. Vigil
JOSEPH I. VIGIL, ESQ.
JOSEPH J. BRANCO, ESQ.
*Attorneys for Defendant Paul Penzone*

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/J. Barksdale
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Penzone Resp to Plaintiff Ext Time Vict Comp Fund 110518.docx