Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Kathleen E. Brody
kbrody@acluaz.org
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV-07-2513-PHX-GMS |
| Plaintiffs, | **MOTION FOR A STATUS CONFERENCE** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, et al., | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

| | |
|---|---|
| Stanley Young (*Pro Hac Vice*) <br> syoung@cov.com <br> Covington & Burling LLP <br> 3000 El Camino Real <br> 5 Palo Alto Square <br> Palo Alto, CA  94306 <br> Telephone: (650) 632-4700 <br> Facsimile: (650) 632-4800 | Julia A. Gomez (*Pro Hac Vice*) <br> jgomez@maldef.org <br> Mexican American Legal Defense and Educational Fund <br> 634 South Spring Street, 11th Floor <br> Los Angeles, California 90014 <br> Telephone: (213) 629-2512 <br> Facsimile: (213) 629-0266 |
| Anne Lai (*Pro Hac Vice*) <br> alai@law.uci.edu <br> 401 E. Peltason, Suite 3500 <br> Irvine, CA 92697 <br> Telephone: (949) 824-9894 <br> Facsimile: (949) 824-0066 | James B. Chanin (*Pro Hac Vice*) <br> jbcofc@aol.com <br> Law Offices of James B. Chanin <br> 3050 Shattuck Avenue <br> Berkeley, CA 94705 <br> Telephone: (510) 848-4752 <br> Facsimile: (510) 848-5819 |

Plaintiffs request that the Court set a one-hour status conference during the week of the Monitor's next quarterly site visit, January 14-18, 2019. The parties were last before the Court on April 6, 2018. (Doc. 2261). Given the passage of time, Plaintiffs believe that the Court should be updated on several key aspects of MCSO's compliance efforts, including: (1) the TSAR 3 interventions that are currently underway, (2) MCSO's annual traffic stop analysis for which it is working with a new vendor for 2017-2018 data, and (3) the evolution of MCSO's Constitutional Policing Plan developed pursuant to Paragraph 70 of the Court's order (Doc. 606) to address findings of agency-wide bias within MCSO's patrol function against members of the Plaintiff class.

Counsel for Plaintiff-Intervenor the United States has informed counsel for Plaintiffs that it has no objection to this request for a status conference.

Counsel for Sheriff Penzone has informed counsel for the Plaintiffs that the Sheriff does not object to a status conference. The Sheriff does not believe, however, that updates on the issues proposed by Plaintiffs will be ready for the Court to hear during the week of the upcoming site visit week given pre-determined scheduling. If the Court does schedule a status conference, Sheriff Penzone requests that it occur on Tuesday January 15 or Wednesday January 16, so that MCSO's new data expert, CNA, can attend and speak directly to its proposed methodology for the next annual traffic stop analysis.

A proposed form of order is attached.

Respectfully submitted this this ___ day of December, 2018.

By *Kathleen E. Brody*
Kathleen E. Brody
ACLU Foundation of Arizona

Julia A. Gomez (*Pro Hac Vice*)
Mexican American Legal Defense and
Educational Fund

Cecillia D. Wang (*Pro Hac Vice*)
Andre I. Segura (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

1

| | |
|---|---|
| 1 | |
| 2 | Anne Lai (*Pro Hac Vice*) |
| 3 | Stanley Young (*Pro Hac Vice*)<br>Covington & Burling, LLP |
| 4 | |
| 5 | James B. Chanin (*Pro Hac Vice*) |
| 6 | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 21, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

    /s/ Kathleen E. Brody
    Kathleen E. Brody