Eric S. Dreiband
Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Paul Killebrew (LA Bar No. 32176)
Matthew J. Donnelly (IL Bar No. 6281308)
Cynthia Coe (DC Bar No. 438792)
Maureen Johnston (WA Bar No. 50037)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
601 D St. NW, Suite 5200
Washington, D.C. 20004

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al*.<br><br>Plaintiffs,<br><br>and<br><br>United States of America<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, AZ; *et al*.<br><br>Defendants. | No. 2:07-cv-02513-GMS<br><br>**UNITED STATES' MOTION TO POSTPONE THE STATUS CONFERENCE CURRENTLY SET FOR JANUARY 18, 2019 IN LIGHT OF LAPSE IN APPROPRIATIONS** |

The United States of America hereby moves to postpone the status conference currently set in this matter for January 18, 2019 at 1:30 p.m. in light of the lapse in appropriations. In support of this motion, the United States submits as follows:

1. At midnight on December 21, 2018, the continuing resolution that had been funding the Department of Justice expired, and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation or continuing resolution, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests that the status conference currently set for Friday, January 18, 2019, be postponed until Congress has restored appropriations to the Department.

4. If this motion is granted, undersigned counsel will notify the Court, parties, and Monitor as soon as Congress has appropriated funds for the Department or enacted another continuing resolution. The Government requests that, at that point, the status conference be re-set at a time workable for all.

5. Counsel for Sheriff Penzone has informed the United States that he does not object to the Department of Justice's request to postpone the status conference. With respect to the timing of the status conference, Sheriff Penzone reiterates his position set forth in Doc. 2349.

6. Counsel for the plaintiffs has informed the United States that plaintiffs object to a postponement of the status conference on the ground that the plaintiff class continues to be prejudiced as long as the MCSO does not have an operational Constitutional Policing Plan to address the findings of agency-wide bias within MCSO's patrol function.

Although we greatly regret any disruption caused to the Court, the Monitor, and the parties, the Government hereby moves to postpone the status conference currently set

1

for January 18, 2019 until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted this 14th day of January, 2019.

    Eric S. Dreiband
    Assistant Attorney General
    Civil Rights Division

    Steven H. Rosenbaum
    Chief, Special Litigation Section

    /s/ Paul Killebrew
    Paul Killebrew
    Special Counsel
    Cynthia Coe (DC Bar No. 438792)
    Matthew J. Donnelly (IL Bar No. 6281308)
    Maureen Johnston (WA Bar No. 50037)
    Trial Attorneys
    U.S. Department of Justice
    Civil Rights Division
    Special Litigation Section
    601 D St. NW
    Washington, D.C. 20004
    Tel. (202) 305-3239
    paul.killebrew@usdoj.gov

    ATTORNEYS FOR THE UNITED STATES

<u>CERTIFICATE OF SERVICE</u>

I certify that on or about January 14, 2019, I filed the foregoing through the Court's CM/ECF system which will serve a true and correct copy of the filing on counsel of record.

<u>     /s/ Paul Killebrew     </u>