IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>               Plaintiffs,<br><br>and<br><br>United States of America,<br><br>               Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>               Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Pending before the Court is the United States' Motion to Postpone the Status Conference (Doc. 2354). The Court will deny the motion for the following reasons.

The Court recognizes that the attorneys for the United States Department of Justice cannot appear under threat of criminal sanction. This is apparently because the Department of Justice has determined that this matter does not merit sufficient priority to receive staffing under the limitations imposed by the current government shutdown and the Anti-Deficiency Act. The Executive and/or Legislative Branch of the government can, of course, determine that the United States' representation in this matter, and other matters is less important than the strategic advantage that either or both branches achieve

in resolving the budget impasse by partially shutting down the government. While one party to this action, can make whatever decisions it desires with respect to the value of its ongoing participation, the Court is not bound by such decisions and does not view such a determination as sufficient reason to postpone the ongoing and important process of obtaining the Defendants compliance with the Court's Orders to remedy the discrimination suffered by the Plaintiff Class. Nor will the Court generally reconsider topics or actions finally resolved in the absence of the United States Government.

**IT IS THEREFORE ORDERED** that the United States' Motion to Postpone (Doc. 2354) is denied.

Dated this 15th day of January, 2019.

_____
G. Murray Snow
Chief United States District Judge