WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
JOSEPH J. BRANCO (031474)
BRIAN PALMER (023394)
Deputy County Attorneys
vigilj@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
palmeb02@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES, on behalf of himself and all others similarly situated; et. al, <br><br> Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br>     Plaintiff-Intervenor, <br><br> v. <br><br> PAUL PENZONE, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br>     Defendant. | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT PAUL PENZONE'S NOTICE OF LODGING UNDER SEAL INFORMATION REGARDING INVESTIGATIONS** |

Pursuant to this Court's October 22, 2014, Order (Document 756), Defendant Paul Penzone has, on the date set forth below, lodged under seal with this Court information

1

regarding updates of the Armendariz related internal affairs investigations, a new internal affairs investigation, and status updates regarding internal affairs investigations. Defendant Paul Penzone requests that the Clerk seal this information because it contains names, case numbers, and the nature of on-going investigations.

**RESPECTFULLY SUBMITTED** this 5th day of February, 2019.

                              WILLIAM G. MONTGOMERY
                              MARICOPA COUNTY ATTORNEY

                              BY:  /s/ Joseph I. Vigil
                                      JOSEPH I. VIGIL, ESQ.
                                      JOSEPH J. BRANCO, ESQ.
                                      BRIAN PALMER, ESQ.
                                      *Attorneys for Defendant Paul Penzone*

### CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/J. Barksdale
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Not of Lodging Under Seal 020519.docx