# Exhibit 1



# Constitutional Policing Plan

Monitor Site Visit

10/17/18

MELC0002246042



# Maricopa County Sheriff's Office

## *Constitutional Policing Plan*

*Living Document*

MELC0002246043

# Constitutional Policing Plan



- Sharpen Focus
- Tangible Goals
- Set Realistic Objectives

MELC0002246044

- 1. Enhanced implicit bias training
- 2. Enhanced cultural competency training
- 3. Outcome assessment

# Knowledge Attitude Practices

- 1. Improve recruitment and hiring of qualified candidates
- 2. Increase retention and promotion of qualified employees
- 3. Outcome assessment

- 1. Increase deputy engagement in non-enforcement contexts by attending neighborhood events, watch programs
- 2. Outcome assessment

MELC0002246045

# Constitutional Policing Plan
## Timeline

~~9/20/18 – CAB & Advisory Boards~~

~~10/2/18 – District 1 Listening Session~~

~~10/9/18 – District 2 Listening Session~~

**10/30/18 – Training Listening Session with Advisory Boards (Sheriff Penzone)**

**10/17/18 – Present Proposal to Monitors during site visit***

11/27/18 – Present final draft for Monitors/Parties/Advisory Boards/ CAB review

**12/1/18 – Present to Spanish Community Academy**

12/11/18 – Monitor/Parties/Advisory Boards/CAB – comments due

12/21/18 – Respond to feedback from Advisory Boards/CAB

1/4/19 – Submit CPP to Parties/Monitor for comments; respond to comments received

1/18/19 – Parties/Monitor comments due

1/24/19 – Respond to feedback from Parties/Monitor

**1/31/19 – Deadline - Publish**

MELC0002246046

# Constitutional Policing Plan

## 9/20/18 – CAB & Advisory Board Meeting

- African American Advisory Board – 3 members participated
- Hispanic Advisory Board – 3 members participated
- LGBTQ Advisory Board – 4 members participated
- CAB – unable to attend
- MCSO – 9 employees participated

Attendance - 19

## 10/2/19 – District 1 Listening Session – Off Site

- African American Advisory Board – 3 members participated
- Community Advisory Board – 1 member participated
- Hispanic Advisory Board – 3 members participated
- Town of Guadalupe – 3 members participated
- MCSO – 14 employees participated – including District Personnel

Attendance - 24

## 10/9/18 – District 2 Listening Session

- Community Leaders / HOA – 2 members participated
- Chamber of Commerce & local business owners - 3 members participated
- Educators – 3 members participated
- MCSO – 10 employees participated

Attendance - 18

MELC0002246047

# Enhanced Implicit Bias & Cultural Competency Training

| Advisory Boards & CAB | Listening Session D1 | Listening Session D2 |
|---|---|---|
| Importance of Listening<br>*Eric Bailey* – Strategic Innovations<br>Humanities missing – Story telling<br>*Dr. Shivers* – ASU<br>*Calvin Terrel* – Healing Historical Trauma<br>*Neal Lester* – ASU Humanities<br>1 in 10 - training<br>DATOS - ASU Ethnic Studies<br>Deputies educate refugee community on safety<br>Rename to Restorative Community Engagement<br>Having the CPP *only* identify the "Latino Community" is off-putting to other minority groups subject to implicit bias in the criminal justice system | More comprehensive plan<br>Must be familiar with Implicit Bias before Cultural Competency<br>De-escalation training needed<br>Aggression Bias awareness training<br>Guadalupe wants Deputies to be advocates for Drug/Opioid problem<br>Focus on lawsuit & gaining compliance is taking away from services to the community<br>District training for specific demographics to area<br>DV education – sensitive to victims | Implicit Bias training partnered with different organizations – outside of law enforcement and community to see different perspectives from people who are not in our profession<br><br>Society is polarized and people are working for themselves not society as a whole<br><br>*Dr. Carl Hermanns* ASU – presents on Zero Tolerance & Restorative Justice, workplace consequences achieving workable outcomes, coaching |

MELC0002246048

# Increase Non-Enforcement Deputy Engagement

| Advisory Boards & CAB | Listening Session D1 | Listening Session D2 |
|---|---|---|
| Spanish FB & Twitter | Under/Over Policing | Deputies carry toys for kids during calls |
| Mentorship at High Schools | Deputies need to focus on where people gather: Schools, Parks, Events | Partner with schools to eat lunch with kids |
| Kids need to see Deputies as people | Connect with kids & parents will follow | Bring back Officer Friendly |
| Listening sessions proven effective | Hold "Mini-Community Academies" for 1 day | Promote our Rx take back at Districts |
| Volunteer at large special events (marathons or fundraising events) | Hold 1 day topic specific informational events for community (Drugs, Policies, Homelessness, etc.) | Create Recycling Days |
| Do a PSA on TV to appeal to parents | Increase transparency – hold Town Halls in Districts | Community Block Watch |
| Start an anti-bullying movement | Work with other agencies for Community Engagements | Opioid/Drug prevention programs |
| Begin in Districts | Close the loop with suggestions, want to know their input is being heard | Attend HOA meetings to see trends |
| Promote Community Academy | Form a Baseball Team to play with kids | Community Services to areas/individuals in need |
| Read to kids in Libraries | | Vacation watch |
| Go where the people are – parks, barbershops, etc. | | Sponsor CPR programs |
| Know your limit at local events | | Work with Chamber of Commerce |
| | | Highlight Deputy of the week on social media |
| | | Promote positive BWC video |

MELC0002246049

# Recruitment-Retention-Promotion of Qualified Candidates

## Advisory Boards & CAB

Advertise Out of State

Educate applicants on what to expect from working in AZ

"Know the Facts" to combat negative image for applicants information

Review what this job looks like for applicants

Streamline process for out of state

Overlap with Education & Policing

Make people want to work at MCSO

Rebrand – new identity to distance us from prior administration

"New Sheriff – New Style"

*Million Dollar Block*- local employees

Philadelphia PD/AG & Birmingham have all rebranded successfully

Develop "Hashtag" for social media

*Walt Gray* – HEAAL

MCC posting MCSO Jobs

## District 1 Listening Session

Historical Black College & University will help advertise opportunities

HEAAL advertise opportunity postings

Reach out to Colleges & Metro Tech to post openings

Rebrand advertise the opportunity for growth and diversity

Feature diverse employees in variety of jobs on social media to inspire others to apply

Recruiting video – social media

Get in front of the public and screenings of controversial movies that focus on law enforcement in a negative light to show we are human

## District 2 Listening Session

Combat the negative perception of LE by emphasizing the positive

Work with High Schools – interact with Counselors – Open House at Training for interested students – invite parents

Promote our Training Facility with High Schools – have Career Day

Promotional Video for Recruiting

Create Mentorship for growth within office

Promote we are top Law Enforcement Agency

All employees need to be recruiters with consistent positive message (elevator speech)

MELC0002246050

# Constitutional Policing Plan

## Focus on Open Communication



**Continued email correspondence with attendees to Listening Sessions, CAB & Advisory Board**

Sent "Thank you" emails to all who attended and participated with contact information for follow up

Continued updates on progress of CPP, informing what recommendations will be incorporated & what contacts followed up on



MCSO will continue with Listening Sessions, providing feedback on evolving CPP

Plan on future Community Meetings at District Level

MELC0002246051

# Constitutional Policing Plan



MELC0002246052

# Exhibit 2

# Meeting

| | |
|---|---|
| **Time** | 1300-1400 |
| **Dates** | December 11, 2018 |
| **Location** | HQ Conference Room 230 (EOR) |

| AGENDA ITEMS ||||
|---|---|---|---|
| | Item(s) | Presenter | Time |
| 1. | Opening | Executive Chief Bailey | |
| 2. | Furthers "what is submitted to the County Attorney | Captain Morrison | |
| 3. | MDC Refresh project update | Rachel Evans | |
| 4. | CAD upgrade | Captain Johnson | |
| 5. | Pairing Policy with Compliance as it relates to the Span of Control | Deputy Chief Rustenburg | |
| 6. | CPP | Deputy Chief Rustenburg and Deputy Chief Booker | |
| 7. | Vehicle Audit & License Plates | Deputy Chief Lopez | |
| | **Next Captains Meeting & Melendres Meeting - TBD** ||| 
| | Employee of the 4th Quarter 2018 is scheduled for February 21, 2019 **Nominations are due to MaLinda via Blue Team-Minor Awards no later than February 1, 2019** |||

**NOTES:**

**Executive Chief Bailey:**
- Welcome

**Commander Evans:**
- MCDs are delayed due to safety concerns with new modem issue with connecting with Verizon. Carrier options – Investigating other carriers, AT & T
- CAD – Upgrade to 9.4 by December 2019, an approved memo going to Finance

**Deputy Chief Rustenburg & Deputy Chief Booker:**
- No more CPP presentations. With changes to CPP each district will be required to do a presentation, Coffee with Cops
- Form created for Community Outreach. Districts are not fulfilling their duties.
- More engagement needed
- Pick 4 things in your District once a quarter, like...
    - Go to women shelter for discussion
    - Things that happen in your community
    - Habitat for Humanity
    - Participating at school
- We want to demonstrate in our community

**Deputy Chief Lopez:**
- Vehicle Audit:
    - ZBB got turned down by Board of Supervisors, they want to go to an outside vendor

MELC0002274947


- - o   RICO account is way down
  - o   The Auditors will come out to speak with you about your fleet
  - o   Documentation all your complaints, provide facts, back up your opion
  - o   Include RICO seizures as part of your documentation
  - o   Goal is to get rid of all lease vehicles
  - o   Keep your documentation in a folder
  - o   Don't delay in building your folders, we will be more successful
  - o   Audit for kick off is on the 17th

- Specialty Plate Stops:
  - o   There are disputes with Deputies and Communications regarding a special plate
  - o   Deputies need to learn how to run a specialty plate

**Chief Deputy Skinner:**
- Deputies get pay raises:
  - o   Spoke with Kelly Grennan, they used the years of what you had with MCSO, that how they made adjustment.

MELC0002274948

# Exhibit 3

# Molly Brizgys

| | |
|---|---|
| **From:** | Larry Levi Sandigo <​​​​​​​​​​​​​​​​​​​​​​​​​> |
| **Sent:** | Wednesday, February 13, 2019 9:41 AM |
| **To:** | Kip Rustenburg (MCSO) |
| **Cc:** | Lydia Guzman () (); Sylvia Herrera ; Raul Pina ( Victor Flores () (); Kathy Brody; Robin Busch-Wheaton ; Johnston, Maureen (CRT); Lopez, Sarah (CRT); Molly Brizgys; Coe, Cynthia (CRT); Stephanie Cherny (MCSO); Frank McWilliams (MCSO); Branco Joseph; Stephanie Molina (MCSO); Ken Booker (MCSO) |
| **Subject:** | Re: CCF 036 - Review of Paragraph 70 Draft |

Hello,

I raised this issue with Chief Rustenburg, but I'd like to flag it with everyone on this chain: the CAB cannot do a one-week turnaround. Please remember that we are volunteers. I understand that you are going to move forward without our comments, but I request that in the future you do not put us in this tight time frame.

Thank you,

Larry

On Mon, Feb 4, 2019 at 3:28 PM Kip Rustenburg (MCSO) <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:

> Greetings CAB Members,
>
> Please review the CCF #036 along with the working draft of the Paragraph 70 CPP.  We are looking for any input or recommendations the CAB has on this document.
>
> If you could please respond in one consolidated response by next Monday 2/11/19, we would appreciate it.
>
> Thanks for your guidance,
>
> *Kip Rustenburg #1266*
>
> *Deputy Chief, Support Services Bureau*
>
> *Maricopa County Sheriff's Office*

1

*550 W. Jackson St.*

*Phoenix, AZ 85003*

*602-876-5318*