WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:  JOSEPH I. VIGIL (018677)
     JOSEPH J. BRANCO (031474)
     BRIAN PALMER (023394)
     Deputy County Attorneys
     vigilj@mcao.maricopa.gov
     brancoj@mcao.maricopa.gov
palmeb02@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **SHERIFF PENZONE'S NOTICE OF CHANGE OF SINGLE POINT OF CONTACT FOR COURT IMPLEMENTATION DIVISION** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., | |
| Defendants. | |

1

Pursuant to the Supplemental Permanent Injunction, Document 606, the Maricopa County Sheriff's Office is to have a "single person to serve as a point of contact in communications with Plaintiffs, the Monitor and the Court" for the MCSO Court Implementation Division. Doc. 606, ¶ 9. Captain Frank McWilliams has been that single point of contact for the MCSO Court Implementation Division ("CID"). It is the intent of Sheriff Penzone to transfer Captain McWilliams out of CID following the Monitor approval pursuant to ¶ 268 and he will no longer be the single point of contact. The new single point of contact will be Lieutenant Todd Hoggatt, who has been a part of CID since November 2018. The parties and the Monitor have already been made aware of this intended change and the contact information for Lt. Hoggatt has been provided. Undersigned counsel will forward the contact information for Lt. Hoggatt to the Court as directed.

**RESPECTFULLY SUBMITTED** this 7th day of March 2019.

        WILLIAM G. MONTGOMERY
        MARICOPA COUNTY ATTORNEY

        BY: /s/ Joseph I. Vigil
            JOSEPH I. VIGIL, ESQ.
            JOSEPH J. BRANCO, ESQ.
            BRIAN PALMER, ESQ.
            *Attorneys for Defendant Paul Penzone*

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/J. Barksdale
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Notice re Single Point of Contact Hoggatt 030719.docx