1   WILLIAM G. MONTGOMERY
    MARICOPA COUNTY ATTORNEY
2
    By:    JOSEPH I. VIGIL (018677)
3          JOSEPH J. BRANCO (031474)
           BRIAN PALMER (023394)
4          Deputy County Attorneys
           vigilj@mcao.maricopa.gov
5          brancoj@mcao.maricopa.gov
           palmeb02@mcao.maricopa.gov
6
    CIVIL SERVICES DIVISION
7   Security Center Building
    222 North Central Avenue, Suite 1100
8   Phoenix, Arizona 85004
    Telephone (602) 506-8541
9   Facsimile (602) 506-8567
10  ca-civilmailbox@mcao.maricopa.gov
    MCAO Firm No. 00032000
11
    Attorneys for Defendant Paul Penzone
12
                    **UNITED STATES DISTRICT COURT**
13
                         **DISTRICT OF ARIZONA**
14

15  Manuel De Jesus Ortega Melendres, on behalf        No. CV-07-2513-PHX-GMS
    of himself and all others similarly situated;
16  et. al.,
                                                        **STIPULATION TO EXTEND**
17                                                      **TIME TO FILE SHERIFF**
                    Plaintiffs,                         **PENZONE'S REPLY IN**
18                                                      **SUPPORT OF MOTION TO**
    and                                                 **MODIFY PARAGRAPH 70 PLAN**
19
    United States of America,
20
                    Plaintiff-Intervenor,
21
    v.
22
    Paul Penzone, in his official capacity as
23  Sheriff of Maricopa County, Arizona, et. al.,
24                  Defendants.
25

26          Defendant Paul Penzone submits this Motion and Stipulation to extend the deadline

27  for him to submit his Reply in Support of his Motion to Modify Paragraph 70 Plan until

28

                                       1

March 22, 2019.  See Docket 2369.  Counsel consulted with the Plaintiffs and Plaintiff-Intervenors and they do not object to this short continuance.   Sheriff Penzone has requested this short extension of time to continue his evaluation of the issues and proposals raised by the Plaintiffs in their response.   As such, Sheriff Penzone requests that the Court grant this request and stipulation to extend the time to submit his Reply until March 22, 2019.

**RESPECTFULLY SUBMITTED** this 7th day of March, 2019.

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY:  /s/ Joseph I. Vigil
JOSEPH I. VIGIL, ESQ.
JOSEPH J. BRANCO, ESQ.
BRIAN PALMER, ESQ.
*Attorneys for Defendant Paul Penzone*

BY: /s/ Maureen Johnston
Paul Killebrew (LA Bar No. 32176)
Special Counsel
Cynthia Coe (DC Bar No. 438792)
Matthew J. Donnelly (IL Bar No. 6281308)
Maureen Johnston (WA Bar No. 50037)

Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
601 D St. NW
Washington, D.C. 20004
Tel. (202) 353-1121
Maureen.johnston@usdoj.gov
*Attorneys for the United States*

///

///

///

2

BY: /s/ Molly Brizgys
    Kathleen E. Brody
    Molly Brizgys
    ACLU Foundation of Arizona

    Julia Gomez (*Pro Hac Vice*)
    Mexican American Legal Defense and
    Educational Fund

    Cecilia D. Wang (*Pro Hac Vice*)
    Andre I. Segura (*Pro Hac Vice*)
    ACLU Foundation
    Immigrants' Rights Project

    Anne Lai (*Pro Hac Vice*)

    Stanley Young (*Pro Hac Vice*)
    Covington & Burling, LLP

    James B. Chanin (*Pro Hac Vice*)

    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/J. Barksdale

S:\CIVIL\CIV\Matters\CJ\2007\Melendres *CJ07-0269\Pleadings\Word*\Stip re Reply M to Modify Rule 70 Plan 030619.docx