1

Cecillia D. Wang (*Pro Hac Vice*)

2

cwang@aclu.org
ACLU Foundation

3

Immigrants' Rights Project

4

39 Drumm Street
San Francisco, CA 94111

5

Telephone: (415) 343-0775
Facsimile: (415) 395-0950

6

7

Kathleen E. Brody
kbrody@acluaz.org

8

Molly Brizgys
mbrizgys@acluaz.org

9

ACLU Foundation of Arizona

10

3707 North 7th Street, Suite 235
Phoenix, AZ 85014

11

Telephone: (602) 650-1854
Facsimile: (602) 650-1376

12

13

*Attorneys for Plaintiffs (Additional attorneys*
*for Plaintiffs listed on next page)*

14

15

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

16

17

Manuel de Jesus Ortega Melendres,
et al.,

18

   Plaintiffs,

19

and

20

United States of America,

21

   Plaintiff-Intervenor,

22

v.

23

Paul Penzone, in his official capacity

24

as Sheriff of Maricopa County, et al.,

25

   Defendants.

CV-07-2513-PHX-GMS

**UNOPPOSED MOTION**
**REQUESTING HEARING DATE**
**FOR PENDING MOTION**

26

27

28

1    Additional Attorneys for Plaintiffs:

2
        Stanley Young (*Pro Hac Vice*)          Julia Gomez
3        syoung@cov.com                         jgomez@maldef.org
         Covington & Burling LLP                Mexican American Legal Defense and
4        333 Twin Dolphin Drive, Suite 700      Educational Fund
         Redwood Shores, CA 94065               634 South Spring Street, 11th Floor
5        Telephone: (650) 632-4700              Los Angeles, California 90014
         Facsimile: (650) 632-4800              Telephone: (213) 629-2512
6                                               Facsimile: (213) 629-0266
7
        Anne Lai (*Pro Hac Vice*)               James B. Chanin (*Pro Hac Vice*)
8        alai@law.uci.edu                       jbcofc@aol.com
9        401 E. Peltason, Suite 3500            Law Offices of James B. Chanin
         Irvine, CA 92697                       3050 Shattuck Avenue
10       Telephone: (949) 824-9894              Berkeley, CA 94705
         Facsimile: (949) 824-0066              Telephone: (510) 848-4752
11                                              Facsimile: (510) 848-5819

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs move the Court to schedule a hearing on Defendant Paul Penzone's

2    Motion to Modify Paragraph 70 Plan (Doc. 2369) and respectfully request that the

3    Court schedule the hearing during the Monitor's upcoming quarterly site visit, April

4    15-19.  The briefing on this motion was completed as of March 22, 2019.

5          Counsel for Sheriff Penzone, counsel for the County, and counsel for the United

6    States have indicated that their clients do not object to this request for a hearing.

7          A proposed form of order accompanies this motion.

8       Dated this 8th day of April, 2019.

9

10                             By: /s/ Kathleen E. Brody
                                   Molly Brizgys
11                                 ACLU Foundation of Arizona

12
                                   Cecillia D. Wang (*Pro Hac Vice*)
13                                 ACLU Foundation
                                   Immigrants' Rights Project
14
                                   Anne Lai (*Pro Hac Vice*)
15
                                   Stanley Young (*Pro Hac Vice*)
16                                 Covington & Burling, LLP
17
                                   Julia Gomez
18                                 Mexican American Legal Defense and
                                   Educational Fund
19
20                                 James B. Chanin (*Pro Hac Vice*)

21                                 *Attorneys for Plaintiffs*
22

23

24

25

26

27

28                                          1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2019 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/ *Kathleen E. Brody*
Kathleen E. Brody

2