1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT

7                          FOR THE DISTRICT OF ARIZONA

8    Manuel de Jesus Ortega Melendres, on          No. CV-07-2513-PHX-GMS
9    behalf of himself and all others similarly
     situated; et al.                              **ORDER**
10
                          Plaintiffs,
11
     and
12
     United States of America,
13
                          Plaintiff-Intervenor,
14
     v.
15
     Paul Penzone, in his official capacity as
16   Sheriff of Maricopa County, Arizona; et al.
17
                          Defendants.
18
19          Pending before the Court is Plaintiffs' Unopposed Motion Requesting Hearing Date.
20   (Doc. 2392).  The motion will be granted in part and denied in part.  The parties should be
21   prepared to primarily discuss facilitating effective contact between the Monitor and the
22   Maricopa County Sherriff's Office and future Community Meetings.  If there is remaining
23   time following that discussion, the Court will allow the parties to speak on the Motion to
24   Modify Paragraph 70 Plan (Doc. 2369).
25          **IT IS THEREFORE ORDERED** granting in part and denying in part Plaintiffs'
26   Unopposed Motion Requesting Hearing Date (Doc. 2392).
27   / / /
28   / / /

1    **IT IS FURTHER ORDERED** setting a Status Conference for **April 19, 2019 at**

2    **1:30 p.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W.

3    Washington St., Phoenix, Arizona 85003-2151.

4    Dated this 12th day of April, 2019.

5

6    _____

     G. Murray Snow

7    Chief United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28