IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>             Plaintiffs,<br><br>and<br><br>United States of America,<br><br>             Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>             Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER/NOTICE** |

The Court hereby notifies the parties that the Court is going to raise concerns regarding the contacts between the Community Advisory Board and the Maricopa County Sheriff's Office, in addition to the topics outlined in the Court's Order of April 12, 2019 (Doc. 2394). As stated in that Order, if there is remaining time following that discussion, the Court will allow the parties to speak on the Motion to Modify the Paragraph 70 Plan.

Dated this 18th day of April, 2019.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge