IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>　　　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiffs' and Plaintiff-Intervenor's Unopposed Motion for Extension of Time for Parties to Submit Filings Regarding Community Meetings (Doc. 2404). After consideration and good cause appearing,

**IT IS HEREBY ORDERED** that the motion is granted. The parties may have until **May 17, 2019**, to file their written submissions regarding the community meetings.

Dated this 1st day of May, 2019.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge