Eric S. Dreiband
Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Paul Killebrew (LA Bar No. 32176)
Cynthia Coe (DC Bar No. 438792)
Maureen Johnston (WA Bar No. 50037)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
601 D St. NW, Suite 5200
Washington, D.C. 20004

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.*<br><br>       Plaintiffs,<br><br>and<br><br>United States of America<br><br>       Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, AZ; *et al.*<br><br>       Defendants. | No. 2:07-cv-02513-GMS<br><br><br>**UNITED STATES' NOTICE REGARDING COURT'S PROPOSAL FOR COMMUNITY MEETINGS** |

During the April 19, 2019, status conference, the Court raised concerns regarding the community meetings Sheriff Penzone has held pursuant to Paragraphs 107-112 of Amendments to the Supplemental Permanent Injunction/Judgment Order (Dkt. 2100) (Amended Order).  The Court then proposed to the parties that it "take the community meetings and [ ] put them back under the purview of the monitor and give him the authority to require information from [MCSO], and [the Monitor] can then hold those community meetings where they need to be held to address the community that has been damaged."  Tr. at 13.  The Court invited the parties to respond to the Court's proposal to return control of the community meetings to the Monitor.

The United States does not object to the Court's proposal to return control of the community meetings to the Monitor.

Respectfully submitted this 17th day of May, 2019.

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

Steven H. Rosenbaum
Chief, Special Litigation Section


/s/ Cynthia Coe
Paul Killebrew
Special Counsel
Cynthia Coe (DC Bar No. 438792)
Maureen Johnston (WA Bar No. 50037)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
601 D St. NW
Washington, D.C. 20004
Tel. (202) 353-1121
cynthia.coe@usdoj.gov
*Attorneys for the United States*

1

<u>CERTIFICATE OF SERVICE</u>

I certify that on or about May 17, 2019, I filed the foregoing through the Court's CM/ECF system which will serve a true and correct copy of the filing on counsel of record.

/s/ Maureen Johnston