WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:  JOSEPH I. VIGIL (018677)
     JOSEPH J. BRANCO (031474)
     BRIAN J. PALMER (023394)
     Deputy County Attorneys
     vigilj@mcao.maricopa.gov
     brancoj@mcao.maricopa.gov
     palmeb02@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT SHERIFF PAUL PENZONE'S RESPONSE TO COURT'S INQUIRY ON COMMUNITY MEETINGS** |

Pursuant to the Court's statements at the April 19, 2019 Status Conference, Defendant Sheriff Paul Penzone ("Sheriff") hereby respectfully submits the following comments regarding the quarterly community meetings:

1

Pursuant to the Monitor's quarterly reports, the Sheriff and MCSO have been in compliance with the relevant paragraphs of the Order (*see* Doc. 2100) regarding the quarterly community meetings. However, the Court, the Plaintiffs and the Community Advisory Board (CAB) have expressed concerns regarding the handling of those meetings. In order to avoid further conflict on what should be a trust-building exercise, the Sheriff agrees with the Court's suggestion to have the Monitor lead the meetings going forward. The Sheriff or his Office will participate to provide substantive comments in the meetings related to <u>Melendres</u> if requested to do so by the Monitor or the community.

The Sheriff proposes the following paragraphs in Document 2100 be amended to accommodate this change: 109-112.

**CONCLUSION**

The Sheriff respectfully submits these comments in response to the Court's statements at the April 19, 2019 Status Conference to discuss on-going compliance issues.

**RESPECTFULLY SUBMITTED** this 17th day of May, 2019.

        WILLIAM G. MONTGOMERY
        MARICOPA COUNTY ATTORNEY

        BY: /s/ *Joseph J. Branco*
             JOSEPH I. VIGIL, ESQ.
             JOSEPH J. BRANCO, ESQ.
             BRIAN J. PALMER, ESQ.
             *Attorneys for Defendant Paul Penzone*

...

...

...

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/J. Barksdale
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Response re Community meetings.docx