WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
    JOSEPH J. BRANCO (031474)
    BRIAN J. PALMER (023394)
    Deputy County Attorneys
    vigilj@mcao.maricopa.gov
    brancoj@mcao.maricopa.gov
    palmeb02@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al.,<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**DEFENDANT SHERIFF PAUL PENZONE'S NOTICE RE: MCSO CONTACTS**<br><br>**(DOC. 2431)** |

Consistent with this Court's June 3, 2019 Order, Doc. 2431, Defendant Maricopa County Sheriff Defendant Paul Penzone hereby submits a "point of contact list" among the "Executive Command" broken down by section of the relevant order. The Sheriff

consulted with the Monitor to ensure the contact list contained the necessary information for effective communication.

The three main points of contact, as specified below, are Executive Chief of Compliance Stephanie Molina, Executive Chief of Enforcement John Bailey and Commander of Special Programs Ken Mentzer. Additionally, under Paragraph 9 of the First Order, the single point of contact in the Court Implementation Division is Lt. Todd Hoggatt. *See* Doc. 606, ¶ 9.

In the absence of the Sheriff, the designee is the Chief Deputy, Russ Skinner, as the representative of the Office.

**Supplemental Permanent Injunction/Judgment Order**
**Doc. 606 ("First Order")**

Section III, Paragraphs 9–13 re: MCSO Implementation Unit: Executive Chief of Compliance Stephanie Molina;

Section V, Paragraphs 18–34 re: Policies and Procedures: Executive Chief of Compliance Stephanie Molina;

Section VI, Paragraphs 35–40 re: Pre-planned Operations: Executive Chief of Enforcement John Bailey;

Section VII, Paragraphs 41–53 re: Training: Executive Chief of Compliance Stephanie Molina;

Section VIII, Paragraphs 54–71 re: Traffic Stop Documentation and Data Collection and Review: Executive Chief of Compliance Stephanie Molina and Executive Chief of Enforcement John Bailey;

Section IX, Paragraphs 72–81 re: Early Identification System: Executive Chief of

Compliance Stephanie Molina;

Section X, Paragraphs 82–101 re: Supervision and Evaluations of Officer Performance: Executive Chief of Compliance Stephanie Molina and Executive Chief of Enforcement John Bailey;

Section XI, Paragraphs 102–06 re: Misconduct and Complaints: Executive Chief of Compliance Stephanie Molina;

Section XII, Paragraphs 107–18 re: Community Engagement[1]: Executive Chief of Compliance Stephanie Molina and Cmdr. Ken Mentzer.

**Second Amended, Second Supplemental Permanent Injunction/Judgment Order Doc. 1765 ("Second Order")**

Section XV, Paragraphs 163–260 re: Misconduct Investigations, Discipline and Grievances: Executive Chief of Compliance Stephanie Molina;

Section XVI, Paragraphs 261–262 re: Community Outreach and Community Advisory Board: Executive Chief of Compliance Stephanie Molina and Cmdr. Ken Mentzer;

Section XVII, Paragraphs 263–268 re: Supervision and Staffing: Executive Chief of Compliance Stephanie Molina and Executive Chief of Enforcement John Bailey;

Section XVIII, Paragraphs 269–272 re: Document Preservation and Production: Executive Chief of Compliance Stephanie Molina;

Section XIX, Paragraph 273 re: Additional Training: Executive Chief of Compliance Stephanie Molina;

Section XX, Paragraphs 274–337 re: Complaints and Misconduct Investigations

---

[1] *See also* Doc. 2100 as amended by Doc 2431.

Relating to Members of the Plaintiff Class: Executive Chief of Compliance Stephanie Molina.

The Sheriff further notes that after concerns raised by the Court at the January 18, 2019 Status Conference, the Sheriff filed Document 2358 on January 30, 2019, which listed the positions and points of contact in the Maricopa County Sheriff's Office responsible for overseeing implementation of various aspects of this Court's orders. *See* Doc. 2358 at 3–4. Echoing what the Sheriff said in that filing, it is the Sheriff's continued hope that these documents provide clarification to the Court and the Monitor of the individuals to whom the Monitor can direct communication regarding the Office's on-going efforts to comply with the First and Second Orders.

**RESPECTFULLY SUBMITTED** this 14th day of June, 2019.

        WILLIAM G. MONTGOMERY
        MARICOPA COUNTY ATTORNEY

        BY: /s/ *Joseph J. Branco*
             JOSEPH I. VIGIL, ESQ.
             JOSEPH J. BRANCO, ESQ.
             BRIAN J. PALMER, ESQ.
             *Attorneys for Defendant Paul Penzone*

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/J. Barksdale

4