WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:  JOSEPH I. VIGIL (018677)
     JOSEPH J. BRANCO (031474)
     BRIAN PALMER (023394)
     Deputy County Attorneys
     vigilj@mcao.maricopa.gov
     brancoj@mcao.maricopa.gov
     palmeb02@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **NOTICE OF INTENT TO TEMPORARILY REASSIGN PERSONNEL** |

Pursuant to Paragraph 268 of the Second Amended Second Supplemental Permanent Injunction/Judgment Order (Doc. 1765) dated July 26, 2016, Defendant Sheriff Paul Penzone ("Sheriff Penzone") provides the Court Notice of the Temporary Re-

1

Assignment of Captain David Lee S1695 who the Sheriff will temporarily re-assign, upon the Monitor's approval, from the Professional Standards Bureau (Commander) to District 2 (Commander).  Executive Chief Stephanie Molina, Chief of the Bureau of Compliance, including the Professional Standards Bureau (and former Commander of the Professional Standards Bureau), will assume the Commander responsibilities of the Professional Standards Bureau during Captain Lee's temporary assignment. This assignment is meant to be temporary and is being done due to recent changes within the executive staff, including the resignation of the Sheriff's Chief of Staff and Special Counsel.

The Notice of Reassignment was disclosed to counsel for Plaintiffs, Plaintiff Intervener, and the Court appointed Monitor via ShareFile.  Other than the Notice, there is no other documentation required to be produced pursuant to paragraph 268.  As such, there is no need to request the Court to seal any documentation or information.

**RESPECTFULLY SUBMITTED** this 3rd day of July, 2019.

> WILLIAM G. MONTGOMERY
> MARICOPA COUNTY ATTORNEY
>
> BY: /s/ Joseph I. Vigil
> JOSEPH I. VIGIL, ESQ.
> JOSEPH J. BRANCO, ESQ.
> BRIAN PALMER, ESQ.
> *Attorneys for Defendant Paul Penzone*

CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/J. Barksdale

S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Notice to Temp ReAssign Lee (not under seal).docx