IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>     Plaintiffs,<br><br>and<br><br>United States of America,<br><br>     Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>     Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

  The Court has received and reviewed the Monitor's invoice dated July 1, 2019 for services rendered by the Monitor in June 2019. The Court finds the invoice and charges to be reasonable and directs Maricopa County to authorize payment of the Monitor's invoice for the total amount, including any past due balance.

  Dated this 10th day of July, 2019.

_____
G. Murray Snow
Chief United States District Judge