OFFICE OF THE MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
  JOSEPH J. BRANCO (031474)
  BRIAN PALMER (023394)
  Deputy County Attorneys
  vigilj@mcao.maricopa.gov
  brancoj@mcao.maricopa.gov
  palmeb02@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
Facsimile (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **DEFENDANT PAUL PENZONE'S NOTICE OF FILING TWENTY-FIRST QUARTERLY COMPLIANCE REPORT** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., | |
| Defendants. | |

1

Pursuant to the Court's October 2, 2013, Order (Doc. 606), Defendant Paul Penzone files with the Court Defendant's Twenty-first Quarterly Compliance Report, which covers the 2nd Quarter of 2019. (Attached as Exhibit 1)

**RESPECTFULLY SUBMITTED** this 9th day of September, 2019.

OFFICE OF THE MARICOPA COUNTY ATTORNEY

BY: /s/ Joseph I. Vigil
JOSEPH I. VIGIL, ESQ.
JOSEPH J. BRANCO, ESQ.
BRIAN PALMER, ESQ.
*Attorneys for Defendant Paul Penzone*

CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ J. Barksdale

S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Not re 21st Quarterly CID Compliance Report 090919.docx