OFFICE OF THE MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
JOSEPH J. BRANCO (031474)
BRIAN PALMER (023394)
Deputy County Attorneys
vigilj@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
palmeb02@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
Facsimile (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al., <br><br> Plaintiffs, <br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **PAUL PENZONE'S NOTICE REGARDING ANNUAL COMPLIANCE REPORT FOR THE MARICOPA COUNTY SHERIFF'S OFFICE COURT IMPLEMENTATION DIVISION FOR 2019** |

Sheriff Paul Penzone, pursuant to Document 606, Paragraph 12, provides to the Court, Parties and Monitor the Annual Compliance Report for the Maricopa County

1

Sheriff's Office Court Implementation Division for 2019. A complete copy is attached as Exhibit A.

**RESPECTFULLY SUBMITTED** this 16th day of September, 2019.

OFFICE OF THE MARICOPA COUNTY ATTORNEY

BY: /s/ Joseph I. Vigil
JOSEPH I. VIGIL, ESQ.
JOSEPH J. BRANCO, ESQ.
BRIAN PALMER, ESQ.
*Attorneys for Defendant Paul Penzone*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ J. Barksdale

S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Notice re 2019 CID Annual Report 091619.docx