OFFICE OF MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
JOSEPH J. BRANCO (031474)
BRIAN PALMER (023394)
Deputy County Attorneys
vigilj@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
palmeb02@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al.,<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**DEFENDANT PAUL PENZONE'S NOTICE OF PUBLICATION OF TRAFFIC STOPS ANALYSIS REPORT FOR JULY 2017 – DECEMBER 2018** |

Sheriff Paul Penzone hereby notifies the Court that the Traffic Stops Analysis Report for July 2017 through December 2018 ("Report") was published and publicly

1

available on the Sheriff's Office's Bureau of Internal Oversight website (mcsobio.org) beginning on September 30, 2019. The Monitoring team, the parties, and the Community Advisory Board have been made aware of the publication of the Report via e-mail containing a link to the Report. A full and complete copy of that Report is attached hereto as Exhibit A.

      **RESPECTFULLY SUBMITTED** this 30th day of September, 2019.

                                  OFFICE OF MARICOPA COUNTY ATTORNEY

                                  BY: /s/ *Brian J. Palmer*
                                          JOSEPH I. VIGIL, ESQ.
                                          JOSEPH J. BRANCO, ESQ.
                                          BRIAN PALMER, ESQ.
                                          Attorneys for Defendant Paul Penzone

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ S Rojas

S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Not TSAR PUBLICATION 09302019.docx