# EXHIBIT A

**Subject:** FW: Sheriff Penzone, Oct 15, 2019 Community Meeting

**From:** Sylvia Herrera, Ph.D. Redacted
**Sent:** Thursday, October 17, 2019 10:32 AM
**To:** robin Redacted ; monitormcso Redacted
**Cc:** Molly Brizgys <MBrizgys@acluaz.org>; Cynthia.Coe@usdoj.gov; maureen.johnston@usdoj.gov; raulpina Redacted ; robertorev Redacted ; 9143xincollaves Redacted ; azguarddawg Redacted ; srza Redacted
**Subject:** Sheriff Penzone, Oct 15, 2019 Community Meeting

Chief Robert Warshaw, Court Monitor" Melendres v Penzone (Arpaio)

Dear Chief Warshaw:

   This letter is in reference to the community meeting held last night October 15, 2019 at the
Maryvale Community Center. This meeting was considered very important by many in the community affected by the Maricopa County Sheriff's Office (MCSO) given that this was the first time in years that a Melendres community meeting was accessible both in time and location to said population.
   Now that the responsibility for conducting these community meetings has been returned to the Court Monitor in consultation with the Community Advisory Board, we are optimistic that the participation by affected community residents will continue to grow as was seen last night.
   At the same time, we are compelled to convey that the community members at the meeting last night were completely appalled and shocked when it was announced that Sheriff Penzone had left the meeting. Some members mentioned that Sheriff Penzone left after questions were raised on the results of the Traffic Stops.
   While Judge Snow castigated Sheriff Penzone and MCSO for not conducting the community meetings in areas accessible to the affected parties, it is our understanding that this does not absolve Sheriff Penzone from attending and participating in the community meetings arranged by the Court Monitor.
   In fact, last night is not the first time that Sheriff Penzone has completely disengaged from a community meeting. Earlier this year, on April 15, 2019, Board of Supervisor Member Steve Gallardo hosted a community meeting on Melendres v Penzone. Community groups provided questions prior to the meetings as requested by Sheriff Penzone.
   However, Sheriff Penzone decided not to address the group and was a "no" show. It was a well attended community meetings and there were many others questions that came up. "
   Overall, Sheriff Penzone has not tried to gain the trust and confidence of the affected community as is mandated in the Court Order. In our opinion, Sheriff Penzone has shown disregard not only to the affected community but to the Court as well.
   Last night was not an isolated case but is only one of many past and recent decisions/actions taken by Sheriff Penzone that affront the affected community in Melendres v. Penzone.
We will continue to work with your office to assure that the community is informed on the status of MCSO's compliance and other topics/issues associated with Melendres v Penzone.
   For these many reasons we request the Court's intervention so that Sheriff Penzone can be directed to participate in upcoming community meetings and instructed that his attendance at community meetings is in the best interest of all parties to fulfill the Court's order in resolving the issues that still exist at MCSO.

 Sincerely,

Sylvia Herrera, Ph.D.    Raul Pina         Salvador Reza
CAB Member              CAB Member        Barrio Defense Ctes.

Ralph Martinez, President   Irene Chavez        Roberto Reveles
Somos America               Somos America       Somos America

# EXHIBIT B

**Subject:** FW: TSAR report

**From:** Ann Scheel (MCSO) <AnnScheel Redacted>
**Sent:** Monday, September 30, 2019 4:33 PM
**To:** Molly Brizgys <MBrizgys@acluaz.org>; John Girvin Redacted Redacted >; Todd Hoggatt (MCSO) <T_Hoggatt Redacted ; Cc: Annie Lai <alai@law.uci.edu>; Bea Annexy <beaannexy Redacted >; Newton Brandon <newtonb@mcao.maricopa.gov>; Cecillia Wang <cwang@aclu.org>; Coe, Cynthia (CRT <Cynthia.Coe@usdoj.gov>; Dan Doherty <danieldoherty Redacted >; William Garland (MCSO) <Redacted Redacted Gloria Torres <GTorres@acluaz.org>; James McFarland (MCSO) Jim Chanin <jbcofc@aol.com>; Johnston, Maureen (CRT <Maureen.Johnston@usdoj.gov>; Branco Joseph <brancoj@mcao.maricopa.gov>; Vigil Joseph <vigilj@mcao.maricopa.gov>; Julia Gomez <jgomez@maldef.org>; Ken Booker (MCSO) Redacted <Redacted gov>; Killebrew, Paul (CRT <paul.killebrew@usdoj.gov>; Micaela Torrez (MCSO) <Redacted Okwesa, Carolyn (Redacted Palmer Brian <palmeb02@mcao.maricopa.gov>; Raul Martinez Redacted >; Robert Warshaw Redacted ; Robin Busch-Wheaton Redacted >; Romanow, Julie R <jromanow@cov.com>; Ryan Kelleher (MCSO) Redacted Sarah Lopez Redacted Sarah Mujahid Contact <smujahid@aclu.org>; Schwab Douglas Redacted ; Sean Crosby (MCSO) Redacted Tiffani Shaw (MCSO) Redacted Shelia Mahler (MCSO) Redacted Stanley Young <syoung@cov.com>; Stephanie Molina (MCSO) Redacted Tim Palmer (MCSO) Redacted Cory Morrison (MCSO) Redacted Al Peters <Redacted ; Benjamin Armer (MCSO) Redacted

**Subject:** TSAR report

Below please find the link for our Traffic Stops Analysis Report covering July 2017-December 2018.  We will be prepared to discuss at the upcoming site visit.


July 2017 to December 2018 Traffic Stop Analysis

Ann Birmingham Scheel
Chief of Administration
Maricopa County Sheriff's Office
Direct: (602) 876-5262
Cell: (602) 882-5711



# EXHIBIT C

**FILED UNDER SEAL**