Cecillia D. Wang (*Pro Hac Vice*)
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Molly Brizgys
mbrizgys@acluaz.org
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV-07-2513-PHX-GMS |
| Plaintiffs, and | **PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBIT C TO PLAINTIFFS' MOTION FOR STATUS CONFERENCE** |
| United States of America, | |
| Plaintiff-Intervenor, | **AND** |
| v. | **NOTICE OF LODGING UNDER SEAL** |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, et al., | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

Stanley Young (*Pro Hac Vice*)
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Julia A. Gomez (*Pro Hac Vice*)
jgomez@maldef.org
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Anne Lai (*Pro Hac Vice*)
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

James B. Chanin (*Pro Hac Vice*)
jbcofc@aol.com
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819

Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under seal that Exhibit C cited in Plaintiffs' Motion for Status Conference (Doc. 2475) be filed under seal. Exhibit C contains information that has been designated as "Confidential – Attorneys' Fees Only".

A proposed order has been lodged.

Respectfully submitted this this 30th day of October, 2019.

By *Molly Brizgys*
Molly Brizgys
ACLU Foundation of Arizona

Julia A. Gomez (*Pro Hac Vice*)
Mexican American Legal Defense and Educational Fund

Cecillia D. Wang (*Pro Hac Vice*)
ACLU Foundation

Anne Lai (*Pro Hac Vice*)

Stanley Young (*Pro Hac Vice*)
Covington & Burling, LLP

James B. Chanin (*Pro Hac Vice*)

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2019 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/ *Molly Brizgys*
Molly Brizgys