Case: 2:07-cv-02513-GMS

```
   ✓ FILED      ___ LODGED
   ___ RECEIVED ___ COPY

        DEC 1 3 2019

   CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

Scott Huminski

2624 S Bahama Dr.
Gilbert, AZ 85295

Doc 2496

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
05 DEC '19
PM 8 L

NEOPOST         FIRST-CLASS MAIL
12/05/2019      $001.15⁰

RECEIVED
DEC 13 2019

ZIP 85003
041M11297591

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE      850   FE 1      0012/11/19
         RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 85003213099      *2214-04825-05-38