

**Daniel R. Alonso**
Managing Director and General Counsel
T: 212-455-9401 | E: dalonso@exiger.com

<u>VIA EMAIL</u>

December 20, 2019

The Honorable G. Murray Snow
United States District Court Judge
District of Arizona
401 West Washington Street
Phoenix, AZ 85003

      Re:    Melendres, et al. v. Penzone, et al.
               <u>Civil Docket No. CV-07-2513-PHX-GMS</u>

Dear Judge Snow:

In the Second Amended Second Supplemental Permanent Injunction Judgment/Order dated July 26, 2016 (the "Order"), ¶¶ 320-337, the Court appointed me to serve as the Independent Disciplinary Authority. I respectfully submit this letter to advise you that my duties under the Order have concluded, with the exception of my potential testimony at additional Merit Commission hearings challenging my determinations, if necessary.

Enclosed is a chart that summarizes my work under the Order. In total, the Independent Investigator sent me 17 IA files, out of which I reviewed 64 sets of charges against deputies and issued 40 determinations. The chart contains a complete breakdown.

Outside counsel for the county has advised me that it is possible that I would have to testify again at a hearing, but she will not know definitively until the first couple of months of 2020. For that reason, unless the Court directs otherwise, I plan to keep this matter open solely for the purpose of my possible testimony. Otherwise, I consider my work concluded.

Finally, please accept my personal gratitude for the honor of having served the Court in this important matter.

Respectfully Submitted,

Daniel R. Alonso

Enclosure

cc:    Parties, *Melendres v. Arpaio* (via email)

EXIGER LLC
1095 Avenue of the Americas, 5th Floor
New York, NY 10036
www.exiger.com



### Office of the Independent Disciplinary Authority
*For the Maricopa County Sheriff's Office*

## Final Numbers — December 20, 2019

- **17** Total number of IA files reviewed
- **64** Total number of subjects reviewed
- **27** Pre-determination hearings noticed
- **23** Pre-determination hearings held
- **23** Number of Deputies with multiple cases
- **0** Number of cases where Deputy was Terminated
- **14** Number of cases where Deputy was Suspended
- **13** Number of cases where Deputy received a Written Reprimand
- **11** Number of cases where all charges were Not Sustained
- **1** Number of cases where all charges were Unfounded
- **1** Number of cases where Deputy was Exonerated
- **1** Cases where further investigation was requested of the Independent Investigator
- **40 Hrs** Longest Suspension
- **8 Hrs** Shortest Suspension
- **24** Deputy retired/resigned/deceased before determination

MELENDRES, ET AL. v. PENZONE, ET AL., NO. CV-07-2513-PHX-GMS

**Daniel R. Alonso**
Independent Disciplinary Authority
Phone: 212-455-9401 | Email: dalonso@exiger.com