ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:  JOSEPH I. VIGIL (018677)
     JOSEPH J. BRANCO (031474)
     BRIAN PALMER (023394)
     Deputy County Attorneys
     vigilj@mcao.maricopa.gov
     brancoj@mcao.maricopa.gov
     palmeb02@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al, <br><br>        Plaintiffs, <br><br>and <br><br>United States of America, <br><br>        Plaintiff-Intervenor, <br><br>v. <br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br>        Defendants. | No. CV-07-2513-PHX-GMS <br><br>**NOTICE OF INTENT TO TRANSFER PERSONNEL INTO THE PROFESSIONAL STANDARDS BUREAU** <br><br>**AND** <br><br>**REQUEST TO SEAL INFORMATION** |

Pursuant to Paragraph 268 of the Second Amended Second Supplemental Permanent Injunction/Judgment Order (Doc. 1765) dated July 26, 2016, Defendant Sheriff Paul Penzone ("Sheriff Penzone") has lodged with this Court the name, IA Pro

1

résumé/employee report, personnel assignment evaluation, transfer memorandum, HUB transcript report, skills report, and assignment affidavit, along with any disciplinary/IA history of:

- Lieutenant Ashley Osolin B1744 who has been selected by Sheriff Penzone to transfer into the Administrative Section of the Professional Standards Bureau (PSB) replacing recently promoted Captain Calvin King.
- Sgt. Kenneth Camenisch B0467 who has been selected by Sheriff Penzone to transfer into the Administrative Section of the Professional Standards Bureau (PSB) replacing Sgt. Lisa Mejia, retired.

All of the lodged information and documentation has been disclosed to counsel for Plaintiffs, Plaintiff Intervener, and the Court appointed Monitor via ShareFile.

Sheriff Penzone requests that the Clerk seal the information as it pertains to the transferred personnel because it contains their names, identifiable information, and work histories.

**RESPECTFULLY SUBMITTED** this 10th day of August, 2020.

        ALLISTER ADEL
        MARICOPA COUNTY ATTORNEY

    BY: /s/ Joseph I. Vigil
        JOSEPH I. VIGIL, ESQ.
        JOSEPH J. BRANCO, ESQ.
        BRIAN PALMER, ESQ.
        *Attorneys for Defendant Paul Penzone*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/J. Barksdale

S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Notice to Transfer Osolin, Camensich 081020.docx