ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:  JOSEPH I. VIGIL (018677)
     JOSEPH J. BRANCO (031474)
     BRIAN PALMER (023394)
     Deputy County Attorneys
     vigilj@mcao.maricopa.gov
     brancoj@mcao.maricopa.gov
     palmeb02@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al., <br><br>　　　　　　Plaintiffs, <br>and <br><br>United States of America, <br><br>　　　　　　Plaintiff-Intervenor, <br><br>v. <br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br>　　　　　　Defendants. | No. CV-07-2513-PHX-GMS <br><br>**DEFENDANT PAUL PENZONE'S UNOPPOSED MOTION FOR ORDER TERMINATING KNAPP ID INVESTIGATION** |

Defendant Paul Penzone respectfully requests that the Court enter an order (1) terminating the investigation of 1459 IDs collected by Sergeant Knapp from 2006 to 2010

1

("the Knapp IDs") from the destruction bin in the Property and Evidence Room of the Maricopa County Sheriff's Office ("MCSO") ("the Knapp Investigation") and (2) implementing the Parties' agreed upon plan to inform members of the Plaintiff Class of the results of the Knapp Investigation and provide an opportunity for members of the class to retrieve their IDs. Counsel for the Plaintiff Class and Plaintiff-Intervenor have reviewed this motion and have stated to counsel undersigned that they do not oppose it. A form of order is lodged herewith.

## SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES

### I. THE KNAPP INVESTIGATION

After discovery of the Knapp IDs in July 2015, the Court ordered that the U.S. Marshal's Office ("USMO") take possession of them. MCSO's Professional Standards Bureau ("PSB") conducted an investigation of the Knapp IDs and determined that 596 of those IDs belonged to members of the Plaintiff Class ("the Plaintiff Class IDs"). MCSO and the Monitor agreed that this determination be made based on surnames indicated on the Plaintiff Class IDs, unless available evidence indicated otherwise. MCSO researched the Plaintiff Class IDs using various law enforcement and publicly available databases. In November 2018, at the request of the Monitor, a random sample comprising 25 of the Plaintiffs Class IDs was selected for log scan searches and other investigative measures.

MCSO regularly reported to the Monitor regarding the investigation as it progressed, and considered suggestions regarding the investigation's course from both the Monitor, counsel for Plaintiff Class and Plaintiff-Intervenor. As the investigation progressed, Plaintiffs' counsel and counsel for the United States objected to aspects of MCSO's

investigation, and MCSO consulted with them at that time about additional avenues of inquiry. Unfortunately, in Defendant's view, the investigation has yielded little to no usable results. At this point, given the age of the Plaintiff Class IDs, the Parties agree that the matter is stale and further investigation by MCSO is unlikely to yield further results.

## II. THE PARTIES' PLAN MOVING FORWARD

To ensure that members of the Plaintiff Class are apprised of the Knapp Investigation and resulting policy changes, and to provide an opportunity for members of the Plaintiff Class to retrieve their IDs, the Parties have worked together under the Monitor's guidance and have agreed upon the following plan.

1. <u>Preservation of the Knapp IDs</u>.

Counsel for the Plaintiff Class objects to the destruction of the Plaintiff Class IDs upon conclusion of this case, and asserts that members of the Plaintiff Class, in particular Somos America, believe that such IDs constitute historical documents about an important chapter in the history of the Latino community in Maricopa County. Counsel for the Plaintiff Class urges that the Plaintiff Class IDs remain in the custody of the USMO until this case is concluded, and that Plaintiffs thereafter take custody of the Plaintiff Class IDs. Plaintiff-Intervenor has no objection to this proposal.

MCSO does have privacy concerns regarding the release of personal identifying information that may be contained in the Plaintiff Class IDs but will defer to the Court's ruling on this matter. All IDs that are not the Plaintiff Class IDs shall also remain in the custody of the USMO for the duration of this case, and shall be destroyed within 30 days of the Court's order terminating this case.

2. <u>Documentation of the Plaintiff Class IDs</u>.

For the purpose of prosecuting its investigation, MCSO made photocopies of the Plaintiff Class IDs and organized them in an Excel spreadsheet. MCSO has offered to provide these photocopies and Excel spreadsheet to all Parties. In addition, counsel for Plaintiff Class and Plaintiff-Intervenor propose that, at a date and time agreeable to all Parties and the USMO, representatives for Plaintiff Class, Plaintiff-Intervenor and MCSO will convene at the USMO to organize the Plaintiff Class IDs in alphabetical order and photograph or scan them. MCSO has no objection to this proposal. All Parties and the Monitor will be provided copies of the photographs or scans.

3. <u>Publication of information about the Knapp IDs on MCSO's PSB website</u>.

MCSO will publicize on its PSB website information regarding (a) how Sergeant Knapp came into possession of the Knapp IDs, (b) the resulting Knapp ID investigation and related MCSO policy changes, (c) MCSO's activities in attempting to identify the owners of the Knapp IDs and (d) how to file a complaint with MCSO pertaining to the Knapp IDs. MCSO's PSB website will direct any persons who assert they are members of the Plaintiff Class who want to make inquiries about the Plaintiff Class IDs to counsel for the Plaintiff Class. The website content will not be contingent upon approval by counsel for the Plaintiff Class or Plaintiff-Intervenor, though they reserve the right to raise any objections with the Monitor and the Court subsequent to the posting of the information on MCSO's website and after conferring with MCSO. The Knapp ID information will remain on MCSO's PSB website until the Court terminates this case.

///

4. <u>Inquiries from members of the Plaintiff Class</u>.

If a person makes an inquiry regarding the Plaintiff Class IDs to counsel for the Plaintiff Class, and such counsel confirms that the person's name and identifying information (for example, date of birth or social security number) appears on at least one of the Plaintiff Class IDs, MCSO will fully cooperate in ensuring that the person's ID is returned to him or her, and will investigate any complaint that is lodged with MCSO by the person in question pursuant to its investigatory policies and procedures. If a member of the Plaintiff Class makes an inquiry to MCSO regarding the Plaintiff Class IDs, that individual will be referred to Plaintiff Class counsel for review as set forth above.

5. <u>Addressing the Knapp IDs at the Monitor's community meetings</u>.

MCSO will provide a brief presentation regarding the Knapp IDs at specified community meetings, if requested by the Monitor, who is responsible for arranging such meetings. The presentation will mirror the content on MCSO's PSB website. MCSO's presentation will not be contingent on approval by counsel for the Plaintiff Class or Plaintiff-Intervenor. Counsel for the Plaintiff Class and Plaintiff-Intervenor will be provided an opportunity to make their own statements about the Knapp IDs during the community meetings at which MCSO makes the presentation. MCSO shall be permitted, at its discretion, to respond to statements of counsel for Plaintiff Class and Plaintiff-Intervenor concerning the Knapp IDs at the meetings.

To ensure that members of the Plaintiff Class have a full opportunity to hear MCSO's Knapp ID presentation, and should the Monitor request that it do so, MCSO will make the presentation at four successive community meetings. Thereafter, MCSO will not be

required to make the Knapp ID presentation at future community meetings.

### III. CONCLUSION

For the forgoing reasons, Defendant Penzone respectfully requests that this unopposed motion be granted.

**RESPECTFULLY SUBMITTED** this 14th day of September 2020.

                ALLISTER ADEL
                MARICOPA COUNTY ATTORNEY

                BY: /s/ *Brian Palmer*
                      JOSEPH I. VIGIL, ESQ.
                      JOSEPH J. BRANCO, ESQ.
                      BRIAN PALMER, ESQ.
                      *Attorneys for Defendant Paul Penzone*

### CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ *J. Barksdale*

S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\KNAPP Motion Final 9.14.20.docx