ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
JOSEPH J. BRANCO (031474)
Deputy County Attorneys
vigilj@mcao.maricopa.gov
brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

*Attorneys for Defendant Paul Penzone*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al.,<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**NOTICE OF WITHDRAWAL OF BRIAN PALMER AS COUNSEL FOR DEFENDANT PAUL PENZONE AND REQUEST TO REMOVE NAME FROM CM/ECF ELECTRONIC SERVICE LIST** |

Pursuant to Local Rule 83.3(b), notice is hereby given that Brian Palmer is resigning from the Maricopa County Attorney's Office and is withdrawing as counsel for Defendant Paul Penzone. Defendant Penzone will continue to be represented by Maricopa County Attorney's Office attorneys Joseph I. Vigil and Joseph J. Branco.

1

Additionally, as he is no longer representing Defendant Penzone in this matter, there is no need for Brian Palmer to continue receiving CM/ECF Service List distributions, and request is hereby made that he be removed from that list.

**RESPECTFULLY SUBMITTED** this 25th day of September, 2020.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: /s/ *Joseph I. Vigil*
JOSEPH I. VIGIL, ESQ.
JOSEPH J. BRANCO, ESQ.
*Attorneys for Defendant Paul Penzone*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ *R. Scott*
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\NOW Brian Palmer .docx