IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

This Court, having received and reviewed Defendant Paul Penzone's Unopposed Motion for Order Terminating Knapp ID Investigation (Doc. 2551) ("Motion"), and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion and terminating the investigation of 1459 IDs collected by Sergeant Knapp from 2006 to 2010 ("the Knapp IDs") from the destruction bin in the Property and Evidence Room of the Maricopa County Sheriff's Office ("MCSO") ("the Knapp Investigation").

**IT IS HEREBY FURTHER ORDERED** as follows:

1. <u>Preservation of the Knapp IDs</u>.

The 596 IDs determined during the course of the Knapp ID Investigation as belonging to members of the Plaintiff Class ("the Plaintiff Class IDs") shall remain in the custody of the U.S. Marshal's Office ("USMO") until this case is concluded, after which Plaintiffs shall take custody of the Plaintiff Class IDs. All IDs that are not the Plaintiff Class IDs shall also remain in the custody of the USMO for the duration of this case, and shall be destroyed within 30 days of the Court's order terminating this case.

2. <u>Documentation of the Plaintiff Class IDs</u>.

At a date and time agreeable to Counsel for the Plaintiff Class, Plaintiff-Intervenor and MCSO, representatives for Plaintiff Class, Plaintiff-Intervenor and MCSO will convene at the USMO to organize the Plaintiff Class IDs in alphabetical order and photograph or scan them. All parties and the Monitor will be provided (a) copies of these photographs or scans and (b) photocopies of the Plaintiff Class IDs and an Excel spreadsheet previously prepared by MCSO.

3. <u>Publication of information about the Knapp IDs on MCSO's PSB website</u>.

MCSO will publicize on its Professional Standards Bureau ("PSB") website information regarding (a) how Sergeant Knapp came into possession of the Knapp IDs, (b) the resulting Knapp ID investigation and related MCSO policy changes, (c) MCSO's activities in attempting to identify the owners of the Knapp IDs and (d) how to file a complaint with MCSO pertaining to the Knapp IDs. MCSO's PSB website will direct any persons who assert they are members of the Plaintiff Class who want to make inquiries about the Plaintiff Class IDs to counsel for the Plaintiff Class. The website content will not be contingent upon approval by counsel for the Plaintiff Class or Plaintiff-Intervenor, though they reserve the right to raise any objections with the Monitor and the Court subsequent to the posting of the information on MCSO's PSB website and after conferring with MCSO. The Knapp ID information will remain on MCSO's PSB website until the Court terminates this case.

4. <u>Inquiries from members of the Plaintiff Class</u>.

If a person makes an inquiry regarding the Plaintiff Class IDs to counsel for the

Plaintiff Class, and such counsel confirms that the person's name and identifying information (for example, date of birth or social security number) appears on at least one of the Plaintiff Class IDs, MCSO will fully cooperate in ensuring that the person's ID is returned to him or her, and will investigate any complaint that is lodged with MCSO by the person in question pursuant to its investigatory policies and procedures. If a member of the Plaintiff Class makes an inquiry to MCSO regarding the Plaintiff Class IDs, that individual will be referred to Plaintiff Class counsel for review as set forth above.

5. <u>Addressing the Knapp IDs at the Monitor's community meetings</u>.

MCSO will provide a brief presentation regarding the Knapp IDs at specified community meetings, if requested by the Monitor, who is responsible for arranging such meetings. The presentation will mirror the content on MCSO's PSB website. MCSO's presentation will not be contingent on approval by counsel for the Plaintiff Class or Plaintiff-Intervenor. Counsel for the Plaintiff Class and Plaintiff-Intervenor will be provided an opportunity to make their own statements about the Knapp IDs during the community meetings at which MCSO makes the presentation. MCSO shall be permitted, at its discretion, to respond to statements of counsel for Plaintiff Class and Plaintiff-Intervenor concerning the Knapp IDs at the meetings. To ensure that members of the Plaintiff Class have a full opportunity to hear MCSO's Knapp ID presentation, and should the Monitor request that it do so, MCSO will make the presentation at four successive community meetings. Thereafter, MCSO will not be required to make the Knapp ID presentation at future community meetings.

Dated this 6th day of October, 2020.

_____
G. Murray Snow
Chief United States District Judge