Ernest Calderón, State Bar #007677
**CALDERÓN LAW OFFICES, P.L.C.**
Twenty-Four West Camelback Road, Suite A730
Phoenix, Arizona 85013
(602) 501-2533
Calderon@azlex.com
Counsel for Attorney for William Montgomery
as former Maricopa County Attorney and the
Maricopa County Attorneys' Office

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.

Plaintiff,

v.

Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al,

Defendants.

Case No.: CV-07-2513-PHX-GMS

**ERNEST CALDERÓN'S APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR WILLIAM MONTGOMERY AND MCAO; [PROPOSED] ORDER GRANTING APPLICATION TO WITHDRAW**
(Assigned to the Hon. G. Murray Snow)

Pursuant to Local Rule Civ 83.3(b)(1), attorney Ernest Calderón, and the firm of Calderón Law Offices, P.L.C. ("CLO"), hereby apply to this Court to withdraw counsel of record for former Maricopa County Attorney William Montgomery and the Maricopa County Attorneys Office (MCAO). Justice Montgomery is a non-party, is no longer of this Court's collateral interest as he is no longer Maricopa County Attorney, and has not had any involvement in this case in over two years. As a result, Ernest Calderón and Calderón Law Offices' representation is no longer necessary, and their withdrawal would not prejudice Justice Montgomery or the MCAO. Nor does this withdrawal prejudice Allister Adel, the current Maricopa County Attorney, and the MCAO who are currently represented by other counsel. A

1  copy of Justice Montgomery's written approval is attached as Exhibit A. A copy of Maricopa
2  County Attorney Alistair Adel's written approval is attached as Exhibit B.
3       In the interest of safety, I am listing Justice Montgomery's work address rather than his
4  home address. Justice Montgomery's last known address and telephone number are:

William G. Montgomery
Arizona Supreme Court
1501 W. Washington
Phoenix, AZ 85007
480-703-1608

County Attorney Allistair Adel's last known address and telephone number are:

Allister Adel
Maricopa County Attorney's Office
225 W. Madison St., 6th Floor
Phoenix, AZ 85003
602-506-3411

Accordingly, Ernest Calderón and Calderón Law Offices' respectfully request that this Court grant this application.

**RESPECTFULLY SUBMITTED** this 13th day of October, 2020.

**CALDERÓN LAW OFFICES, P.L.C.**

By: *Ernest Calderón*

Ernest Calderón
Attorney for William Montgomery as former
Maricopa County Attorney and the
Maricopa County Attorneys' Office

Filed electronically this
13th day of October, 2020.

2

1  COPY of the foregoing mailed,
   This 13th day of October, 2020,
2  to the Honorable G. Murray Snow
   United States District Judge
3  Sandra Day O'Connor U.S. Courthouse, Suite 622
   401 West Washington Street, SPC 80
4  Phoenix, AZ 85003-2161

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT A

William G. Montgomery
Arizona Supreme Court
1501 W. Washington
Phoenix, AZ 85007
480-703-1608
montogmerylawaz@gmail.com
September 4, 2020

I, William G. Montgomery, authorize Ernest C. Calderon, Esq., to withdraw from representation on my behalf in the matter of Manuel de Jesus Ortega Melendres, et al., v. Joseph M. Arpaio, et al., Case No. CV 07-02513-PHX-GMS.

_____
William G. Montgomery

# EXHIBIT B

225 W Madison St, 6th Floor
Phoenix, AZ 85003
WWW.MARICOPACOUNTYATTORNEY.ORG

PH.    (602) 506-3411
FAX    (602) 506-8102



# Maricopa County Attorney

ALLISTER ADEL

October 13, 2020

<u>Sent Via Electronic Mail to</u> <u>calderon@azlex.com</u>

Ernest Calderon, Esq.
CALDERÓN LAW OFFICES, P.L.C.
24 West Camelback Road, Suite A730
Phoenix, AZ  85013

RE:  Consent to Withdraw from Melendres, et al., v. Arpaio, et al., CV 07-02513-PHX-GMS

Dear Mr. Calderon:

You have the consent of the Maricopa County Attorney and the Maricopa County Attorney's Office to withdraw from *Manuel de Jesus Ortega Melendres, et al., v. Joseph M. Arpaio, et al.*, Case No. CV 07-02513-PHX-GMS.  You appeared on behalf of former Maricopa County Attorney William Montgomery and this office, both of whom were non-parties in the matter.  We understand you have secured former Maricopa County Attorney, William Montgomery's consent to withdraw.  Based on the case posture, we concur that your continued representation is no longer necessary.

Sincerely,

Allister Adel
County Attorney, Maricopa County Attorney's Office