# DEFENDANT'S INFORMATION REGARDING THE QUARTERLY STATUS REPORT FOR IA # 2014-0221 ARMENDARIZ/HSU INVESTIGATION
## (Lodged Under Seal)

U.S. District Court of Arizona
Case No: CV07-02513-PHX-GMS
Melendres, et al. v. Penzone, et al.

Attached hereto, pursuant to the Court's Orders at Documents 693, 756, and 795 at p. 18, ¶ 5 is Defendant Paul Penzone's Status Report for IA # 2014-0221 Armendariz/HSU Investigation, along with the updated and associated spreadsheets to be filed under seal.

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Maricopa County Sheriff's Office

**Paul Penzone, Sheriff**

*Court Implementation Division*

# Quarterly Status Report for IA2014-0221
# October 08, 2020

## Request:
"Updates in regards to Judge Snow's Court Order of May 15, 2014 regarding IA2014-0221"

## Response:
    Document titled, "0221 Quarter Report 10-08-2020"
    Spreadsheet titled, "PSB Aremendariz Spin off Cases_10082020

MELC0003035340

# MARICOPA COUNTY SHERIFF'S OFFICE  *Memorandum*



| | | | |
|---|---|---|---|
| **To:** | Stephanie Molina #1054<br>Executive Chief<br>Bureau of Compliance | **From:** | D. Lee #1695<br>Captain<br>Professional Standards Bureau |
| **Subject:** | Quarterly Status Report<br>IA#2014-0221 Armendariz/HSU Investigation | **Date:** | 10/08/2020 |

This report assembles various investigative facts and action plans from several investigators, along with updates of the Sheriff's Office in regards to Judge Snow's Court Order of May 15, 2014. Unless otherwise noted in the report, the information is reported as of October 8, 2020. This report will encompass information for July 1, 2020 - September 30, 2020.

**PSB Interviews:**
There are no outstanding interviews to be conducted by PSB personnel in reference to IA2014-0221. IA2014-0221 has been completed and was reviewed and signed off by the Chief Deputy on 09/29/15. He reviewed and signed the Findings on 11-05-15.

**Spreadsheets:**
The spreadsheets for the Armendariz Linked spreadsheet, HSU Squad spreadsheet and Self-Reporting spreadsheet have all been updated and final copies were provided to the Monitor Team. (Please see *Armendariz Linked Spreadsheet 06-22-15* (*MELC253132*); *HSU Squad Spreadsheet 06-16-15* (*MELC253129*); *Self-Reporting Spreadsheet 06-16-15* (*MELC253134*)).

The Armendariz Spin-Off Cases Spreadsheet (10082020) has been updated to reflect additional cases and was submitted to the MCSO Legal Team for production to the Monitor Team.

**Coordination with MCAO:**
No further cases have been identified requiring follow-up with the Maricopa County Attorney's Office at this time.

**Additional Armendariz Video Cases Opened:**

- None

**Additional ID/License Plate Cases Opened:**

- None

**ID/License Plate/Video Cases Closed:**

- None

Revised: 03.07.17

MELC0003035341

**ID/License Plate/Cases Pending:**
- IA2015-0682
- IA2016-0158
- IA2019-0536

# Armendariz Spinoff Spreadsheet

| IA # | Principal | Received | Findings | Discipline | Summary | Property | Grievance | Grievance Result | Appeal | Appeal Result |
|---|---|---|---|---|---|---|---|---|---|---|
| CIA2015-0018 | Cosme | 01/08/15 | No Charges | N/A- Admin Case | $260 discovered not put into P&E and not accounted for | | | | | |
| CIA2015-0081 | Dep. Richard Dickner | 07/20/15 | No Charges | N/A- Admin Case | 44 ID's and 2 Plates found in his patrol gear | | | | | |
| CIA2015-0082 | Sgt. John Knapp | 07/21/15 | No Charges | N/A- Admin Case | 1459 ID's in Knapp's possession for training obtained from P&E | | | | | |
| IA2014-0221 | Armendariz | 05/02/14 | Sustained 11/05/15 | N/A - Deceased | Property found at Armendariz home | Numerous items | | | | |
| IA2014-0253 | none | 05/23/14 | See *IA's | | place holder | thousands of audio/video files | | | | |
| IA2014-0295 | Unknown | 06/13/14 | N/A | | Criminal Case- Possibly Cisco Perez about HSU | N/A | | | | |
| IA2014-0302 | Dep. Armendariz | 06/16/14 | Unfouned | | Duplicate IA of IA2014-0339 | N/A | | | | |
| IA2014-0339 | No Principals ID'd | 06/24/14 | Unfounded | | Reported that 267 was found in locker at HSU but unk who placed in there | N/A | | | | |
| IA2014-0451 | Jeremy Blaine | 08/07/14 | Sustained 01/26/15 | WR 01/26/15 | Failure to properly handle or discipline officer | N/A | | | | |
| | Lt. Pete Metzler | | Sustained 01/26/15 | WR 01/26/15 | | | | | | |
| IA2014-0541 | Dep. Jesus Cosme | 09/12/14 | Not Sustained 05/22/15 | | Investigation of how Property was handled within HSU regarding license plates and other items taken from drop houses | | | | | |
| | Sgt. Darrin Frei | | Not Sustained 05/22/15 | | | | | | | |
| | Dep. Francisco Gamboa | | Sustained 05/28/15 | WR 05/26/15 | | | | | | |
| | Dep. Chris Hechavarria | | Not Sustained 05/22/15 | | | | | | | |
| | Lt. Brian Jakowinicz | | Sustained 05/28/15 | WR 05/28/15 | | | | | | |
| | Cpt. David Letourneau | | Sustained 05/28/15 | WR 05/28/15 | | | | | | |
| | Dep. Chris Lopez | | Sustained 05/28/15 | WR 05/28/15 | | | | | | |
| | Dep. Richard Lopez | | Sustained 05/28/15 | WR 05/28/15 | | | | | | |
| | Sgt. Manuel Madrid | | Sustained 05/28/15 | WR 05/28/15 | | | | | | |
| | Dep. Susan Monroe | | Not Sustained 05/22/15 | | | | | | | |
| | Off. Ralphaelita Montoya | | Not Sustained 05/22/15 | | | | | | | |
| | Off. Victor Navarrette | | Not Sustained 05/22/15 | | | | | | | |
| | Sgt. Brett Palmer | | Sustained 06/16/15 | WR 06/17/15 | | | 07/08/15 | Original WR stands on 09/01/15 | | |
| | Sgt. Glen Powe | | Not Sustained 05/22/15 | | | | | | | |
| | Dep. Carlos Rangel | | Sustained 05/28/15 | WR 05/28/15 | | | | | | |
| | Dep. Sean Ross | | Not Sustained 05/22/15 | | | | | | | |
| | Dep. Juan Silva | | Not Sustained 05/22/15 | | | | | | | |
| | Lt. Joseph Sousa | | Sustained 06/16/15 | WR 06/17/15 | | | 06/25/15 | WR Revised on 07/28/15 | | |
| | Lt. Matt Summers | | Sustained 05/28/15 | WR 05/28/15 | | | | | | |
| | Sgt. Michael Trowbridge | | Sustained 05/28/15 | WR 06/08/15 | | | | | | |
| IA2014-0542 | Sgt. Madrid | 09/12/14 | Not Sustained 05/04/15 | | Supervision of Dep. Armendariz | N/A | | | | |
| | Sgt. Trowbridge | | Not Sustained 05/17/15 | | | | | | | |
| | Lt. Sousa | | Sustained 05/17/15 | WR 05/18/15 | | | 05/26/15 | Original 05/18/15 WR was rescinded on 06/01/15 | | |
| | Lt. Jakowinicz | | Not Sustained 05/17/15 | | | | | | | |
| | Chief Trombi | | Sustained 05/18/15 | Suspended 06/08/15 | | | | | | |
| | Captain Letourneau | | Exonerated 05/04/15 | | | | | | | |
| | Sgt. Scott | | Exonerated 05/04/15 | | | | | | | |
| | Chief Lopez | | Exonerated 05/04/15 | | | | | | | |
| | Sgt. Glen Powe | | Exonerated 04/11/16 | | | | | | | |
| IA2014-0543 | Chief Trombi | 09/12/14 | Not Sustained 06/05/15 | | How a traffic stop was handled and investigation into how members of command failed to implement a Court Order relating to traffic stops. | | | | | |
| | Lt. Sousa | | Not Sustained 06/05/15 | | | | | | | |
| | Sgt. Trowbridge | | Not Sustained 06/05/15 | | | | | | | |
| | Lt. Jakowinicz | | Not Sustained 06/05/15 | | | | | | | |
| | Chief Sheridan | | Not Sustained 06/05/15 | | | | | | | |
| | Chief MacIntyre | | Not Sustained 06/05/15 | | | | | | | |
| IA2014-0544 | Dep. Daniel Gandara | 09/12/14 | Exonerated 01/23/15 | | Lt. Review, lack of PC for stop | N/A | | | | |
| *IA2014-0545 | Dep. Roland Gonzalez | 09/12/14 | Sustained 02/14/15 | WR 02/14/15 | Did not inform driver of reason for stop | N/A | | | | |
| IA2014-0546 | Dep. Chris Hechavarria | 09/12/14 | Not Sustained 11/14/14 | | Fail to notify supervisor of other deputies lack of PC for traffic stop | N/A | | | | |
| IA2014-0547 | Dep. David Joya | 09/12/14 | Not Sustained 01/22/15 | | Inappropriate comment made after stop | | | | | |
| | Dep. Chris Lopez | | Sustained 01/22/15 | Coaching 01/22/15 | | | | | | |
| | Sgt. Brett Palmer | | Not Sustained 01/22/15 | | | | | | | |
| | Dep. Juan Silva | | Not Sustained 01/22/15 | | | | | | | |
| IA2014-0548 | Dep. Charley Armendariz | 09/12/14 | Sustained 01/20/15 | N/A- Deceased | Excessive use of force, tases in custody subject twice | Ticket | | | | |
| *IA2014-0562 | Dep. Jesus Cosme | 09/19/14 | Sustained 02/11/15 | WR 02/11/15 | Fail to confiscate MI susp plates, fail to notify dispatch of traffic stop | | | | | |

# Armendariz Spinoff Spreadsheet

| IA # | Principal | Received | Findings | Discipline | Summary | Property | Grievance | Grievance Result | Appeal | Appeal Result |
|---|---|---|---|---|---|---|---|---|---|---|
| *IA2014-0563 | Dep. Roland Gonzalez | 09/19/14 | Sustained 02/04/15 | WR 02/04/15 | Fail to run driver or obtain insurance, registration. Did not inform of reason for stop | | | | | |
| IA2014-0564 | Posse David LaFond | 09/19/14 | Not Sustained 01/27/15 | | Searched home of suspect and detained him at Armendariz instructions | | | | | |
| *IA2014-0565 | Dep. Jesus Cosme | 09/19/14 | Sustained 01/26/15 | WR 01/26/15 | Did not void citation as per policy | | | | | |
| *IA2014-0566 | Res. Dep. Wisda | 09/19/14 | Not Sustained 04/16/15 | | Traffic stop for move over law and his interpretation of law | | | | | |
| *IA2014-0567 | Dep. Roland Gonzalez | 09/19/14 | Exonerated 12/15/14 | | Failed to explain Miranda to suspect | | | | | |
| IA2014-0568 | Dep. Chris Hechavarria | 09/19/14 | Exonerated 01/22/15 | | Stopped to back up deputy on traffic stop with an inmate in his car | | | | | |
| IA2014-0569 | Dep. Carlos Rangel | 09/19/14 | Not Sustained 01/08/15 | | Fail to provide Miranda and search of vehicle with no PC | | | | | |
| | Dep. Roland Gonzalez | | Exonerated 01/08/15 | | | | | | | |
| IA2014-0570 | Dep. Chris Hechavarria | 09/19/14 | Unfounded 01/27/15 | | Length of traffic stop of Armendariz | | | | | |
| | Sgt. Trowbridge | | Unfounded 01/27/15 | | | | | | | |
| IA2014-0571 | Dep. Chris Hechavarria | 09/19/14 | Sustained 01/22/15 | Coaching 01/22/15 | Unlawful pat down search of subject | | | | | |
| *IA2014-0572 | Res. Dep. Wisda | 09/19/14 | Sustained 04/16/15 | Coaching 04/16/15 | Unsafe positioning of patrol car on traffic stop and bad info to driver | | | | | |
| *IA2014-0573 | Dep. Carlos Rangel | 09/19/14 | Sustained 01/15/15 | Coaching 01/14/15 | Failed to obtain insurance and registration proof from violator | | | | | |
| *IA2014-0574 | Res. Dep. Wisda | 09/19/14 | Sustained 04/16/15 | Coaching 04/16/15 | Failure to run registration on trailer | | | | | |
| *IA2014-0575 | Dep. Roland Gonzalez | 09/19/14 | Sustained 02/04/15 | WR 02/04/15 | Used profanity towards driver on stop | | | | | |
| *IA2014-0576 | Res. Dep. Wisda | 09/19/14 | Sustained 02/23/15 | Coaching 02/23/15 | Unsafe positioning of patrol car, fail to mirandize, did not explain cite | | | | | |
| IA2014-0577 | Dep. Jesus Cosme | 09/19/14 | Exonerated 02/11/15 | | Employee's conduct while assisting Dep. Armendariz | | | | | |
| *IA2014-0578 | Res. Dep. Wisda | 09/19/14 | Sustained 04/16/15 | Coaching 04/16/15 | Unsafe positioning of patrol car on stop, comments about stopping other car | | | | | |
| IA2014-0579 | Dep. Daniel Ochoa | 09/19/14 | Unfounded 01/09/15 | | Fail to notify supervisor of comments Armendariz made on traffic stop | Driver's License | | | | |
| *IA2014-0580 | Dep. Richard Lopez | 09/19/14 | Sustained 01/22/15 | Coaching 01/22/15 | Failure to Mirandize suspect | | | | | |
| IA2014-0581 | Duplicate to IA2014-0582 | 09/19/14 | | | | | | | | |
| IA2014-0582 | Dep. Christopher Lopez | 09/19/14 | Not Sustained 01/06/15 | | Failure to conduct inventory search prior to tow of vehicle | | | | | |
| IA2014-0582 | Dep. Frank Gamboa | 09/19/14 | Sustained 01/22/15 | Coaching 01/22/15 | | | | | | |
| IA2014-0583 | Sgt. Glenn Powe | 09/19/14 | Exonerated 01/09/15 | | Failure to Mirandize suspect | | | | | |
| IA2014-0584 | Sgt. Trowbridge | 09/19/14 | Sustained 02/24/15 | WR 02/24/15 | Failed to mirandize suspect, inappropriate language to driver | | | | | |
| *IA2014-0585 | Dep. Leonard Miller | 09/19/14 | Exonerated 03/18/14 | | How subject was handled at alarm call at bank | | | | | |
| | Dep. Richard Ranck | | Exonerated 03/18/14 | | | | | | | |
| IA2014-0586 | Dep. Steve Studzinski | 09/19/14 | Exonerated 01/16/15 | | Transport of prisoners without notifying dispatch | | | | | |
| IA2014-0587 | Sgt. Chris Dowell | 09/19/14 | Sustained 01/08/15 | Coaching 01/08/15 | Foul language used towards arrestee | DL & Traffic ticket | | | | |
| IA2014-0588 | Sgt. Duncanson | 09/19/14 | Sustained 01/22/15 | Demoted 05/01/15 | Handling of incident involving Dep. Armendariz | Navy Credit Union card and ID card | | | | |
| IA2014-0589 | Dep. Kevin Carr | 09/19/14 | Sustained 02/10/15 | Coaching 02/10/15 | Failure to report to supervisor Armendariz's failure to mirandize | | | | | |
| IA2014-0590 | Sgt. Tony Cruz | 09/19/14 | Exonerated 01/08/15 | | Miranda issue with suspect Armendariz dealt with | | | | | |
| IA2014-0591 | Dep. Kevin Carr | 09/19/14 | Exonerated 01/09/15 | | Search of vehicle without consent | | | | | |
| *IA2014-0592 | Dep. Juan Silva | 09/19/14 | Not Sustained 01/22/15 | | Validity of reason for stop | | | | | |
| IA2014-0749 | Sgt. James Alger | 11/10/14 | Exonerated 12/17/14 | | How scene was handled ref Armendariz's home and items of evidence | | | | | |
| | Dep. Donald Hess | | Exonerated 12/17/14 | | | | | | | |
| | Dep. Timothy Robinson | | Exonerated 12/17/14 | | | | | | | |
| | Dep. Jeremy Williams | | Exonerated 12/17/14 | | | | | | | |
| IA2014-0761 | Sgt. Duncanson | 11/18/14 | Sustained 03/16/15 | Demoted 05/01/15 | How civil standby was conducted and review of report after | | | | | |
| | Dep. Aaron Moreno | | Sustained 03/16/15 | Coaching 03/16/15 | How civil standby was conducted and review of report after | | | | | |
| IA2014-0774 | Dep. Jemery Williams | 11/25/14 | Not Sustained 05/22/15 | | How debit card for Worley was in possession of Armendariz | Debit card | | | | |
| | Dep. Marie Trombi | | Not Sustained 05/22/15 | | | | | | | |
| IA2014-0775 | Dep. Sean Ross | 11/25/14 | Not Sustained 05/20/15 | | How ID card and DL was in possession of Armendariz | MX ID card & WA DL | | | | |
| IA2014-0776 | Dep. Brent Komorowski | 11/25/14 | Not Sustained 05/27/15 | | how identifications were in possession of Armendariz | MX voter ID card & MX Consular card | | | | |
| | Dep. Richard Lopez | | Not Sustained 05/27/15 | | | | | | | |
| IA2014-0777 | Dep. Ortega | 11/25/14 | Not Sustained 05/22/15 | | How identifications were in possession of Armendariz | MX Voter ID card, MX DL, & MX Voter ID card | | | | |

Updated: 10/12/2020

# Armendariz Spinoff Spreadsheet

| IA # | Principal | Received | Findings | Discipline | Summary | Property | Grievance | Grievance Result | Appeal | Appeal Result |
|---|---|---|---|---|---|---|---|---|---|---|
| IA2014-0778 | Dep. Carlos Rangel | 11/25/14 | Not Sustained 05/22/15 | | How identifications were in possession of Armendariz | MX Voter ID, MX Voter registration, MX DL, MX ID, MX Electoral card, MX Consular card, WI DL, ID | | | | |
| IA2014-0779 | Dep. David Joya | 11/25/14 | Not Sustained 05/20/15 | | How identifications were in possession of Armendariz | AZ ID card, ID card, MX DL, ID, DL, MX Voter ID card | | | | |
| IA2014-0780 | Dep. Jesus Cosme | 11/25/14 | Not Sustained 05/22/15 | | How identifications were in possession of Armendariz | MX Voter ID card, MX Consular card, MX National Registration card, Photos/Docs | | | | |
| IA2014-0781 | Dep. Ernest Quintero | 11/25/14 | Not Sustained 05/22/15 | | How ID was in possession of Armendariz | MX Voter ID card | | | | |
| IA2014-0782 | Dep. Daniel Gandara | 11/25/14 | Not Sustained 05/20/15 | | How ID was in possession of Armendariz | MX Voter registration card | | | | |
| IA2014-0783 | Dep. Cisco Perez | 11/25/14 | Not Sustained 05/20/15 | | How identifications were in possession of Armendariz | MX Voter ID card & MX DL | | | | |
| IA2014-0801 | Dep. Armendariz | 12/03/14 | Sustained 05/20/15 | | How license plate was in possession of Armendariz | AZ License plate 693GYJ | | | | |
| IA2014-0817 | Sgt. Trowbridge | 12/11/14 | Exonerated 03/16/15 | | traffic stop video in which Armendariz siezes drugs | | | | | |
| IA2014-0874 | Sgt. Powe | 01/08/15 | N/A | | Duplicate to IA 15-0357 | | | | | |
| IA2015-0016 | Dep. Danny McFarland | 01/08/15 | Not Sustained 05/22/15 | | Missing DR referenced in data from Armendariz cell records | MCSO evidence bag containing (2) Medical Marijuana cards for "Jon Dugger" Item 703 – Medical Marijuana cards (2) Item 2000 – MCSO Vehicle towing/Impound sheet | | | | |
| IA2015-0017 | Dep. Kevin Gilliland | 12/15/14 | Not Sustained 07/16/15 | | Items located at District 1 in Dec 2014 and handling of evidence | 1 NM ID and 3 tapes | | | | |
| | Dep. Sean Mendoza | | Not Sustained 07/16/15 | | | | | | | |
| | Dep. Jason Porter | | Not Sustained 07/16/15 | | | | | | | |
| IA2015-0018 | Dep. Ernest Quintero | 01/08/15 | Not Sustained 05/28/15 | | Items located at Enforcement Support in Nov 2014 and handling of evidence | Items found at Enforcement Support – Reports, CD's | | | | |
| | Dep. Jesus Cosme | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Daniel Gandara | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Brent Komorowski | | Sustained 06/02/15 | WR 06/02/15 | | | | | | |
| | Dep. James Cope | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Michael Garcia | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Loren Gaytan | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Hector Martinez | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Susan Monroe | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Daniel Ochoa | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Ortega | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Sean Ross | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Juan Silva | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Jeremy Templeton | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Wade Voeltz | | Not Sustained 05/28/15 | | | | | | | |
| | Ofc. Victor Navarrette | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Darin Frei | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Jesus Jerez | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. Roland Gonzalez | | Not Sustained 05/28/15 | | | | | | | |
| | Dep. David Joya | | Sustained 06/03/15 | WR 06/02/15 | | | | | | |
| | Dep. Chris Lopez | | Sustained 06/03/15 | WR 06/02/15 | | | | | | |
| | Dep. Richard Lopez | | Sustained 06/11/15 | WR 06/18/15 | | | | | | |
| | Dep. Carlos Rangel | | Sustained 06/04/15 | WR 06/04/15 | | | | | | |
| IA2015-0019 | Dep. Susan Monroe | 01/08/15 | Sustained 05/27/15 | WR 05/27/15 | Purse located at Enf Supp linked to Monroe case | Purse | | | | |
| | Dep. Wade Voeltz | | Not Sustained 05/20/15 | | | | | | | |
| IA2015-0020 | N/A | 01/08/15 | N/A | N/A | Duplicate IA of IA2015-0019 | | | | | |
| IA2015-0021 | Dep. Jesus Cosme | 01/08/15 | Sustained 05/20/15 | WR 05/28/15 | Report indicated $260 taken from SP was put into P&E but no record | | | | | |
| | Ofc. Rafael Montoya | | Not Sustained 05/20/15 | | | | | | | |
| IA2015-0022 | Dep. Daniel Gandara | 01/08/15 | Sustained 06/04/15 | WR 06/04/15 | Property at Enf Supp in locker and not secured into P&E | 4 ID cards, 2CD's, 1 Notebook | | | | |
| | Dep. Carlos Rangel | | Sustained 06/04/15 | WR 06/04/15 | | | | | | |
| | Dep. Chris Hechavarria | | Not Sustained 05/28/15 | | | | 07/14/15 | Original 05/21/15 WR rescinded. | | |
| *IA2015-0103 | Dep. Chris Lopez | 02/05/15 | Sustained 04/21/15 | Coaching 04/21/15 | Deputy used foul language directed toward subject on stop | | | | | |
| IA2015-0356 | Sgt. Lee Anderson | 06/12/14 | Not Sustained 06/04/15 | | Illegally detained as part of a homicide investigation | | | | | |
| | Sgt. Stephen Fax | | Not Sustained 06/04/15 | | **** This is not connected to Armendariz ***** | | | | | |
| | Dep. Christopher Osborn | | Not Sustained 06/04/15 | | | | | | | |
| IA2015-0357 | Dep. Glen Powe | 12/01/14 | Not Sustained 06/04/15 | | Deputy in possession of 44 ID's; duplicate of IA-14-0874 | | | | | |
| | Lt. Brian Jakowinicz | | Not Sustained 06/04/15 | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | Armendariz Spinoff Spreadsheet | | | | | | |
| 2 | IA # | Principal | Received | Findings | Discipline | Summary | Property | Grievance | Grievance Result | Appeal | Appeal Result |
| 153 | | Lt. Kim Seagraves | | Sustained 06/04/15 | Coaching 06/04/15 | | | | | | |
| 154 | | Captain Bailey | | Sustained 06/04/15 | Coaching 06/04/15 | | | | | | |
| 155 | *IA2015-0447 | Dep. Trevor Clancy | 06/11/15 | Exonerated 09/01/15 | | Deputy prolonged stop and asked driver numrous times to search vehicle | | | | | |
| 156 | IA2015-0386 | Dep. Jeff Leroy | 05/21/15 | Sustained 11/19/15 | WR 11/23/15 | 20-25 ID's found in his gear and shredded them | | | | | |
| 157 | IA2015-0393 | Dep. Richard Dickner | 05/21/15 | Sustained 01/20/17 | Coaching 02/06/17 | 44 ID's and 2 Plates found in his patrol gear | | | | | |
| 158 | IA2015-0475 | Sgt. Roger Marshall | 06/22/15 | Sustained 05/16/17 | WR 05/16/17 | 42 ID's found in mock crime scene kit | | | | | |
| 159 | IA2015-0483 | Dep. AJ Jackson | 06/25/15 | Sustained 01/22/17 | Coaching 01/22/17 | 6 ID's found in patrol vehicle at body shop | | | | | |
| 160 | IA2015-0511 | Sgt. John Knapp | 07/08/15 | Sustained 10/23/16 | WR 11/30/16 | 1459 ID's in Knapp's possession for training obtained from P&E | | | | | |
| 161 | IA2015-0644 | Dep. Jeff Eccles | 08/25/15 | Exonerated 07/10/18 | | 65 ID's held for training purposes | | | | | |
| 162 | IA2015-0682 | Unknown | 09/09/15 | OPEN | | 46 ID's at Training for training functions | | | | | |
| 163 | IA2015-0683 | Lt. Kristina Henderson | 09/09/15 | Exonerated 03/08/16 | | 3 ID's found at Dist 2 during inspections | | | | | |
| 164 | IA2015-0735 | Dep. Jason Porter | 09/28/15 | Exonerated 01/19/16 | | License plate used for UC work. Plate taken from "box" | | | | | |
| 165 | IA2015-0780 | Dep. Todd Gambrill | 10/12/15 | Sustained 02/02/16 | Coaching 02/02/16 | 1 ID found in metal bracket of console of patrol vehicle | | | | | |
| 166 | IA2015-0882 | Dep. Greg Sacco | 11/24/15 | Sustained 03/28/16 | WR 04/18/16 | 1 ID found when cleaning out assigned County vehicle | | | | | |
| 167 | IA2016-0003 | Unknown | 01/05/16 | Sustained 05/10/17 | | 1 license plate found at MCSO Training Center | | | | | |
| 168 | IA2016-0158 | Unknown | 03/29/16 | OPEN | | 28 license plates and 10 ID's found at Usery Mountain Park storage | | | | | |
| 169 | IA2016-0266 | Dep. Kevin Carr | 05/24/16 | Not-Sustained 01/26/17 | | TX License Plate found in District 2 Sgt Desk | | | | | |
| 170 | | Dep. Paul Dore | 05/24/16 | Not-Sustained 01/26/17 | | | | | | | |
| 171 | IA2016-0269 | Dep. Tom Wleklik | 05/26/16 | Not Sustained 10/16/16 | | 1 ID found on top of District 2 Division mailboxes | | | | | |
| 172 | IA2016-0295 | Dep. Charley Armendariz | 06/02/16 | Sustained 10/25/16 | deceased | Deputy refers to registered owner as "287G" or Hispanic | | | | | |
| 173 | | Dep. Francisco Gamboa | 06/02/16 | Not Sustained 10/25/16 | | | | | | | |
| 174 | IA2016-0296 | Dep. Charley Armendariz | 06/07/16 | Sustained 08/06/16 | deceased | Deputy does not advise of traffic stop or reason | | | | | |
| 175 | IA2016-0297 | Dep. Charley Armendariz | 06/02/16 | Not Sustained 10/01/16 | | Deputy uses light and siren with no apparent LE reason | | | | | |
| 176 | IA2016-0298 | Dep. Charley Armendariz | 06/07/16 | Sustained 10/13/16 | deceased | Deputy seizes license plate with unknown disposition of plate | | | | | |
| 177 | IA2016-0327 | Dep. Charley Armendariz | 06/08/16 | Sustained 10/25/16 | deceased | Deputy questions subject while in custody without Miranda Warnings | | | | | |
| 178 | IA2016-0328 | Dep. Charley Armendariz | 06/10/16 | Not Sustained 10/12/16 | | Deputy uses light and siren with no apparent LE reason | | | | | |
| 179 | IA2016-0329 | Dep. Charley Armendariz | 06/10/16 | Sustained 10/25/16 | deceased | Deputy questions subject while in custody without Miranda Warnings | | | | | |
| 180 | IA2016-0330 | Dep. Charley Armendariz | 06/16/16 | Sustained 10/13/16 | deceased | Deputy questions subject while in custody without Miranda Warnings | | | | | |
| 181 | IA2016-0344 | Dep. Charley Armendariz | 06/20/16 | Sustained 10/13/16 | deceased | Deputy seizes license plate with unknown disposition of plate | | | | | |
| 182 | IA2016-0345 | Dep. Charley Armendariz | 06/21/16 | Exonerated 10/21/16 | | Deputy seizes two identification cards with unknown disposition | | | | | |
| 183 | IA2016-0381 | Dep. Elissa Allen | 07/12/16 | Sustained 01/31/17 | WR 02/02/17 | 1 ID found in radio console of District 2 patrol vehicle | | | | | |
| 184 | IA2016-0387 | Dep. Charley Armendariz | 07/14/16 | Sustained 01/12/17 | deceased | Deputy questions subject while in custody without Miranda Warnings; No recording placed in evidence; No charging submittal | | | | | |
| 185 | | Sgt. Daniel Gandara | 07/14/16 | Sustained 01/12/17 | 8hr Suspension 01/12/17 | | | | | | |
| 186 | IA2016-0388 | Dep. Charley Armendariz | 07/15/16 | Sustained 01/10/17 | deceased | Deputies question subjects while in custody without Miranda Warnings and were unprofessional | | | | | |
| 187 | | Sgt. Paul White | 07/15/16 | Not Sustained 01/10/17 | | | | | | | |
| 188 | IA2016-0490 | Dep. Jesus Cosme | 08/24/16 | Not-Sustained 02/08/17 | | deputy found AZ plate in weapon safe box in his recently assigned vehicle | | | | | |
| 189 | | Dep. Jeremy Templeton | 08/24/16 | Not-Sustained 02/08/17 | | | | | | | |
| 190 | IA2016-0509 | Dep. Charley Armendariz | 09/06/16 | Sustained 10/25/16 | deceased | Spin-off from IA2016-0295 to determine how the prisoner in Armendariz vehicle was arrested | | | | | |
| 191 | IA2016-0551 | Sgt. Rudy Acosta | 09/23/16 | Not-Sustained 12/21/16 | | deputy found Wisconsin DL in district patrol bag in his recently assigned vehicle | | | | | |
| 192 | IA2016-0575 | Dep. Devin Chavez | 10/03/16 | Sustained 01/17/17 | Coaching 01/17/17 | Spin-off from IA2015-0483 by each seizing deputy | | | | | |
| 193 | IA2016-0576 | Dep. Scott Kikes | 10/03/16 | Sustained 01/17/17 | Coaching 01/17/17 | Spin-off from IA2015-0483 by each seizing deputy | | | | | |
| 194 | IA2016-0577 | Dep. Kevin Michels | 10/03/16 | Exonerated 12/21/16 | | Spin-off from IA2015-0483 by each seizing deputy | | | | | |
| 195 | | Dep. Alden Jackson | 11/08/16 | Not Sustained 12/21/16 | | | | | | | |
| 196 | | Dep. Arthur Watkins | 11/08/16 | Not Sustained 12/21/16 | | | | | | | |
| 197 | IA2016-0600 | Dep. Devin Chavez | 10/10/16 | Sustained 02/09/17 | Coaching 02/13/17 | Spin-off from IA2015-0483 by each seizing deputy | | | | | |
| 198 | | Dep. Kelly Leonard | 10/10/16 | Not-Sustained 02/09/17 | | | | | | | |
| 199 | IA2016-0601 | Unknown | 10/10/16 | Not Sustained 12/21/16 | | Spin-off from IA2015-0483 by each seizing deputy | | | | | |
| 200 | IA2016-0651 | Dep. Felix Castorena | 10/27/16 | Not Sustained 01/09/17 | | Deputy found AZ ID in district 6 patrol vehicle door handle | | | | | |
| 201 | IA2017-0048 | Unknown | 01/12/17 | Sustained 05/15/17 | | ID was found under passenger barrier of vehicle at County Shop while being taken out of service | | | | | |
| 202 | IA2017-0140 | Sgt. Travis Pierce | 02/09/17 | Sustained 06/14/17 | WR 06/19/17 | A Deputy Sergeant located a driver's license and a video recording device with storage media in an old patrol crate of his. | | | | | |
| 203 | IA2017-0629 | Dep. Bill Coleman | 8/25/2017 | Sustained 1/24/18 | deceased | box containing IR's with IDs attached and digital media was found in a box in the garage of a deceased deputy--Mardin Guerro Melendez Vega; Anabel Salinas Morales | | | | | |
| 204 | IA2017-0630 | Dep. Bill Coleman | 8/25/2017 | Sustained 12/21/17 | deceased | box containing IR's with IDs attached and digital media was found in a box in the garage of a deceased deputy---Lorena Rameriz; Salvador Paterno  (GE-3 Property Management) | | | | | |

# Armendariz Spinoff Spreadsheet

| IA # | Principal | Received | Findings | Discipline | Summary | Property | Grievance | Grievance Result | Appeal | Appeal Result |
|---|---|---|---|---|---|---|---|---|---|---|
| IA2017-0631 | Dep. Bill Coleman | 8/25/2017 | Sustained 02/22/18 | deceased | box containing IR's with IDs attached and digital media was found in a box in the garage of a deceased deputy---Mauricio Mora Enriquez | | | | | |
| IA2017-0632 | Dep. Bill Coleman | 8/25/2017 | Sustained 12/21/17 | deceased | box containing IR's with IDs attached and digital media was found in a box in the garage of a deceased deputy---Arnulfo Mirando Mendoza (GE-3 Property Management) | | | | | |