Pamela S. Karlan
Principal Deputy Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Cynthia Coe (DC Bar No. 438792)
Maureen Johnston (WA Bar No. 50037)
Nancy Glass (DC Bar No. 995831)
Beatriz Aguirre (NV Bar No. 14816)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor,
Washington, D.C. 20002

Attorneys for the United States

Cecillia D. Wang (*pro hac vice*)
ACLU Foundation
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Email: cwang@aclu.org

Stanley Young (*pro hac vice*)
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-4700
Email: syoung@cov.com

Attorneys for Plaintiffs (*additional attorneys listed on next page*)

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al*.<br><br>Plaintiffs,<br><br>and<br><br>United States of America<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, AZ; *et al*.<br><br>Defendants. | No. 2:07-cv-02513-PHX-GMS<br><br>**PLAINTIFFS' AND UNITED STATES' JOINT MOTION FOR EXTENSION OF PAGE LIMIT FOR MOTION TO ENFORCE PARAGRAPH 70 OF SUPPLEMENTAL PERMANENT INJUNCTION/JUDGMENT ORDER** |

Additional Attorneys for Plaintiffs:

Victoria Lopez – (AZ 330042)
Christine Wee – (AZ 028535)
Casey Arellano – (AZ 031242)
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
Email: cwee@acluaz.org
Email: carellano@acluaz.org

Hannah M. Chartoff (*pro hac vice*)
Amy S. Heath (*pro hac vice*)
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Email: hchartoff@cov.com
Email: aheath@cov.com

Adrian Hernandez (*pro hac vice*)
MALDEF
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Email: ahernandez@maldef.org

Plaintiffs and the United States respectfully request that the Court authorize them to file the lodged Joint Motion to Enforce Paragraph 70 of the Supplemental Permanent Injunction/Judgment Order, which exceeds the 17-page limit authorized by LRCiv 7.2(e)(1). The Joint Motion exceeds the Court's page limits due to the complex factual history and extensive record – six years – that illuminate any discussion of the Maricopa County Sheriff's Office's noncompliance with Paragraph 70.

Respectfully submitted this 9th day of March, 2021.

    Pamela S. Karlan
    Principal Deputy Assistant Attorney General
    Civil Rights Division

    Steven H. Rosenbaum
    Chief, Special Litigation Section

    Cynthia Coe
    Acting Special Counsel (DC Bar No. 438792)

    */s/ Maureen Johnston*
    Maureen Johnston (WA Bar No. 50037)
    Nancy Glass (DC Bar No. 995831)
    Beatriz Aguirre (NV Bar No.14816)
    Trial Attorneys
    U.S. Department of Justice
    Civil Rights Division
    Special Litigation Section
    Tel. (202) 598-9883
    maureen.johnston@usdoj.gov

    ATTORNEYS FOR THE UNITED STATES

By */s/ Casey Arellano*
ACLU Foundation of Arizona
Victoria Lopez (AZ 330042)
Christine K. Wee (AZ 028535)
Casey Arellano (AZ 031242)
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
vlopez@acluaz.org
cwee@acluaz.org
carellano@acluaz.org

ACLU Foundation
Cecillia D. Wang (*pro hac vice*)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
cwang@aclu.org

Covington & Burling LLP
Stanley Young (*pro hac vice*)
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-4700
syoung@cov.com
Hannah M. Chartoff (*pro hac vice*)
Amy S. Heath (*pro hac vice*)
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
hchartoff@cov.com
aheath@cov.com

MALDEF
Adrian Hernandez (*pro hac vice*)
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
ahernandez@maldef.org

ATTORNEYS FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on or about March 9, 2021, I filed the foregoing through the Court's CM/ECF system which will serve a true and correct copy of the filing on counsel of record.

                                                      */s/ Maureen Johnston*