IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.*<br><br>       Plaintiffs,<br><br>and<br><br>United States of America<br><br>       Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, AZ; *et al.*<br><br>       Defendants. | No. 2:07-cv-02513-PHX-GMS<br><br>**[PROPOSED] ORDER TO SHOW CAUSE** |

  Pending before the Court is Plaintiffs' and the United States' Joint Motion for an Order to Show Cause (Doc. __) and Defendants' response (Doc. __).

  **IT IS THEREFORE ORDERED** that Plaintiffs' and the United States' Joint Motion for an Order to Show Cause (Doc. __) is granted.

  **IT IS FURTHER ORDERED** that, after an appropriate hearing, the Court will determine whether the Defendants have committed contempt of court by violating this

1

Court's Second Amended Second Supplemental Permanent Injunction/Judgement Order (Doc. 1765), and will determine the sanctions for any such violations.

**IT IS FURTHER ORDERED** that Plaintiffs and the United States are to file a motion for discovery related to the Order to Show Cause (Doc. ___).

The Court hereby sets an evidentiary hearing for ____, 2021.