| | |
|---|---|
| Cecillia D. Wang (*pro hac vice*) | Victoria Lopez (AZ 330042) |
| ACLU FOUNDATION | Christine Wee (AZ 028535) |
| 39 Drumm St. | Casey Arellano (AZ 031242) |
| San Francisco, CA 94111 | ACLU Foundation of Arizona |
| Telephone: + 1 (415) 343-0775 | 3707 North 7th Street, Suite 235 |
| Facsimile: + 1 (415) 395-0950 | Phoenix, AZ 85014 |
| Email: cwang@aclu.org | Telephone: (602) 650-1854 |
| | Email: vlopez@acluaz.org |
| Stanley Young (*pro hac vice*) | Email: cwee@acluaz.org |
| COVINGTON & BURLING LLP | Email: carellano@acluaz.org |
| 3000 El Camino Real | |
| 5 Palo Alto Square, 10th Floor | Adrian Hernandez (*pro hac vice*) |
| Palo Alto, California 94306 | MALDEF |
| Telephone: + 1 (650) 632-4704 | 634 S. Spring St., 11th Floor |
| Facsimile: + 1 (650) 632-4804 | Los Angeles, CA 90014 |
| Email: syoung@cov.com | Telephone: (213) 629-2512 |
| | Email: ahernandez@maldef.org |
| Hannah Chartoff (*pro hac vice*) | |
| Amy Heath (*pro hac vice*) | |
| COVINGTON & BURLING LLP | |
| Salesforce Tower | |
| 415 Mission Street, Suite 5400 | |
| San Francisco, California 94105-2533 | |
| Telephone: + 1 (415) 591-6000 | |
| Facsimile: + 1 (415) 591-6091 | |
| Email: hchartoff@cov.com | |
| Email: aheath@cov.com | |

Attorneys for Plaintiffs
*(Attorneys for the United States listed on next page)*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | Civil Case No.: 2:07-cv-2513-PHX-GMS |
| Plaintiffs, | |
| and | **DECLARATION OF CASEY ARELLANO IN SUPPORT OF PLAINTIFFS' AND UNITED STATES' MEMORANDUM OF LAW AND FACTS RE CONTEMPT PROCEEDINGS AND REQUEST FOR ORDER TO SHOW CAUSE** |
| United States of America | |
| Plaintiff-Intervenor, | |

v.

Paul Penzone, Sheriff, et al.,

    Defendants.

Attorneys for the United States:
Pamela S. Karlan
Principal Deputy Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Cynthia Coe (DC Bar No. 438792)
Maureen Johnston (WA Bar No. 50037)
Nancy Glass (DC Bar No. 995831)
Beatriz Aguirre (NV Bar No. 14816)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
150 M. Street NE, 10th Floor,
Washington, D.C. 20002

**DECLARATION OF CASEY ARELLANO**

I, Casey Arellano, declare as follows:

1. I am an attorney at the ACLU Foundation of Arizona. This declaration is offered in support of Plaintiffs' and United States' Memorandum of Law and Facts Re Contempt Proceedings and Request for Order to Show Cause.

2. Attached as **Exhibit 1** is a true and correct copy of a July 10, 2020 letter from Monitor Robert S. Warshaw ("Monitor Warshaw") to Sheriff Paul Penzone.

3. Attached as **Exhibit 2** is a true and correct copy of a February 3, 2021 email from Nancy Glass, counsel for the United States, to Monitor Warshaw and Ann Scheel.

4. Attached as **Exhibit 3** is a true and correct copy of a November 25, 2020 email from Kimberly Friday, counsel for Maricopa County Sheriff's Office ("MCSO"), to Plaintiffs and the United States.

5. Attached as **Exhibit 4** is a true and correct copy of a December 2, 2020 email from Cecilia Wang, counsel for Plaintiffs, to MCSO and the United States.

6. Attached as **Exhibit 5** is a true and correct copy of a November 16, 2020 letter from Maureen Johnston, counsel for the United States, to MCSO and Plaintiffs.

7. Attached as **Exhibit 6** is a true and correct copy of a December 4, 2020 email from Nancy Glass to Plaintiffs and MCSO.

8. Attached as **Exhibit 7** is a true and correct copy of an email from the Community Advisory Board to Sheriff Penzone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2021, at Phoenix, AZ.

CASEY ARELLANO