# EXHIBIT 7

## Rios, Daniel

| | |
|---|---|
| **From:** | Sylvia Herrera, Ph.D. REDACTED |
| **Sent:** | Friday, October 2, 2020 2:35 PM |
| **To:** | Victoria Lopez; Casey Arellano; Christine Wee; REDACTED, REDACTED, REDACTED |
| **Cc:** | REDACTED, REDACTED, REDACTED, REDACTED |
| **Subject:** | Letter to Sheriff Penzone for Mtg on Pending Investigations. |

Hi All:

FYI

Sheriff Paul Penzone
Maricopa County Sheriff's Office
550 W. Jackson
Phoenix AZ 85003

October 1, 2020

Dear Sheriff Penzone:            Via Email

In the last conversation with the Community Advisory Board (CAB) on June 29 via a Zoom Call, we all agreed to touch base on a regular basis even though we did not finalize a schedule. We are coming upon a quarterly timeframe, so it seems appropriate to request another Zoom Call appointment as soon as possible.

Specifically, we want to discuss how MCSO will began to address the 1,900 pending complaints and the amount of time that it is taking to complete these investigations. As we all know, improving the Professional Standards Bureau was one of the important areas covered in the Melendres consent decree.

As CAB members, one of our responsibilities is to advise the community on how to file a complaint if they feel that MCSO has violated their rights by racial profiling. When we were able to have Melendres community meetings, various CAB members would take the opportunity to provide the information on the complaint process to the audience. Now, its questionable whether to encourage the community to file a complaint when the process is so flawed and non functional.

From the community standpoint, there is urgency for MCSO to address these major deficiencies not only because it does not meet the requirements of the consent decree but because the last 2 years of Traffic Stops Annual Reports (TSARs) which are based on MCSO's data still show racial profiling of the affected community.

Again, the CAB looks forward in discussing these matters with you.

Sincerely,

Ron Gomez, Sr.    Sylvia Herrera, Ph.D.    Ayensa Millan    Raul Piña    Carlos Velasco