1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                       FOR THE DISTRICT OF ARIZONA
8    Manuel de Jesus Ortega Melendres, on        No. CV-07-2513-PHX-GMS
9    behalf of himself and all others similarly
     situated; et al.                            **ORDER**
10                         Plaintiffs,
11   and
12   United States of America,
13                         Plaintiff-Intervenor,
14   v.
15
16   Paul Penzone, in his official capacity as
     Sheriff of Maricopa County, Arizona; et al.
17                         Defendants.
18
19
20         Pending before the Court is Plaintiffs' and United States' Joint Motion for
21   Extension of Page Limit for their Motion to Enforce Paragraph 70 of the
22   Supplemental/Permanent Injunction/Judgment Order (Doc. 2606). After consideration,
23   and good cause appearing:
24   / / /
25   / / /
26   / / /
27   / / /
28

1     **IT IS ORDERED** that the Motion for Extension of Page Limit (Doc. 2606) is

2     **GRANTED**. Plaintiffs' and United States' lodged Joint Motion to Enforce Paragraph 70

3     of the Supplemental/Permanent Injunction/Judgment Order (Doc. 2607) shall be deemed

4     filed as of the date it was lodged.

5         Dated this 1st day of April, 2021.

6

7                                 G. Murray Snow
                                G. Murray Snow
8                         Chief United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28