IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Defendants' Unopposed Motion for an Extension of Time to File Response to Plaintiffs' and United States' Joint Motion to Enforce Paragraph 70 of Supplemental Permanent Injunction and for Leave to Extend the Page Limit for Defendants' Response (Doc. 2619). After consideration and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Unopposed Motion (Doc. 2619) is granted. Defendants shall have an extension to **April 23, 2021** in which to respond to Plaintiffs' and United States' Motion to Enforce Paragraph 70 of Supplemental Permanent Injunction (Doc. 2607) and shall not exceed 29 pages in length.

/ / /

**IT IS FURTHER ORDERED** that the deadlines and page limits shall not be further extended absent extraordinary circumstances.

Dated this 12th day of April, 2021.

_____
G. Murray Snow
Chief United States District Judge