IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** granting the Motion to Seal (Doc. 2620) and directing the Clerk of the Court to file under seal the lodged document (Doc. 2621) regarding Defendant Paul Penzone's intent to transfer Sergeant Shane Painter S1745 into the Professional Standards Bureau (PSB) and transfer Sergeant Joel Campa S1819 from the Professional Standards Bureau (PSB) to the Enforcement Bureau.

Dated this 13th day of April, 2021.

_____
G. Murray Snow
Chief United States District Judge