# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Motion to Seal (Doc. 2626) is granted. The Clerk of the Court is directed to file under seal the lodged document (Doc.2627 ) regarding Defendant Paul Penzone's Quarterly Status Report for IA #2014-0221 Armendariz/HSU Investigation.

Dated this 20th day of April, 2021.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge