IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>        Plaintiffs,<br><br>and<br><br>United States of America,<br><br>        Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>        Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** granting the Motion to Seal Document (Doc. 2630). The Clerk of Court is directed to file under seal the lodged document (Doc. 2631) regarding Defendant Paul Penzone's intent to transfer Sergeant Joe Garcia S1434 into the Bureau of Internal Oversight (BIO).

Dated this 26th day of April, 2021.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge