# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-02513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

The Court finds it would be beneficial to schedule this matter for oral argument on the pending Joint Motion for an Order to Show Cause, (Doc. 2610), and to schedule an evidentiary hearing on the pending Joint Motion to Enforce Paragraph 70 of Supplemental Permanent Injunction/Judgment Order, (Doc. 2607).

For oral argument on the Motion for an Order to Show Cause, the parties should be prepared to discuss:

1. Whether expedited discovery is necessary prior to any contempt hearing.

///

For the evidentiary hearing on the Motion to Enforce Paragraph 70, the parties should be prepared to present evidence on:

1. Whether the following components of the Traffic Stop Monthly Report's methodology are flawed:

   a. Classification of the time and location of traffic stops

   b. Use of the Bonferroni correction

   c. Use of a 1% threshold versus a 5% threshold for statistical significance

   d. Aspects of the comparative and descriptive analyses specifically referenced in Doc. 2635, footnote 1

2. Whether a deputy-level analysis is necessary.

**IT IS THEREFORE ORDERED** that this matter is set for oral argument and an evidentiary hearing **in person** on Thursday, **June 3, 2021** at **1:00 p.m. (AZ time)**. The Court will allow the parties to appear telephonically, if they choose.

Dated this 12th day of May, 2021.

_____
G. Murray Snow
Chief United States District Judge