# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-02513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

The parties attended a telephonic status conference on May 21, 2021 to discuss discovery related to the evidentiary hearing set for June 3, 2021. (Doc. 2636.)

**IT IS HEREBY ORDERED** that the June 3, 2021 hearing will no longer include an evidentiary hearing on the Joint Motion to Enforce Paragraph 70 of Supplemental Permanent Injunction/Judgment Order. (Doc. 2607.) Oral argument for the Motion for Order to Show Cause (Doc. 2610) is still set for June 3, 2021.

**IT IS FURTHER ORDERED** that the parties shall meet and confer about what discovery they seek regarding the Joint Motion to Enforce Paragraph 70. Discovery that the parties agree upon may be produced immediately. If there is requested discovery that

the parties cannot agree upon, the parties may raise their dispute at the June 3 hearing. An evidentiary hearing on the Joint Motion to Enforce Paragraph 70 will be set at that time if indicated.

Dated this 26th day of May, 2021.

_____
G. Murray Snow
Chief United States District Judge