Kristen Clarke
Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Cynthia Coe (DC Bar No. 438792)
Maureen Johnston (WA Bar No. 50037)
Nancy Glass (DC Bar No. 995831)
Beatriz Aguirre (NV Bar No. 14816)
U.S. Department of Justice,
Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor,
Washington, D.C.

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.*<br><br>    Plaintiffs,<br>and<br><br>United States of America<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, AZ; *et al.*<br><br>    Defendants. | Civil Case No.: 2:07-cv-2513-PHX-GMS<br><br>**UNITED STATES' MOTION TO APPEAR TELEPHONICALLY AT JUNE 3, 2021 HEARING** |

In its order scheduling a hearing in this matter for June 3, 2021, the Court indicated that the parties may appear telephonically. Dkt. 2636. Counsel for the United States wish to appear at

the hearing in person and telephonically. Accordingly, the United States respectfully requests a call-in number for the hearing.

    Respectfully submitted this 28th day of May, 2021.

> Kristen Clarke
> Assistant Attorney General
> Civil Rights Division
>
> Steven H. Rosenbaum
> Chief, Special Litigation Section
>
> Cynthia Coe
> Acting Special Counsel (DC Bar No. 438792)
>
> /s/     Nancy Glass
> Nancy Glass (DC Bar No. 995831)
> Maureen Johnston (WA Bar No. 50037)
> Beatriz Aguirre (NV Bar No.14816)
> Trial Attorneys
> U.S. Department of Justice
> Civil Rights Division
> Special Litigation Section
> Telephone: (202) 598-0139
> nancy.glass@usdoj.gov
>
> ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I certify that on or about May 28, 2021, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

/s/ *Nancy Glass*