1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8
9

Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.

No. CV-07-2513-PHX-GMS

**ORDER**

10

Plaintiffs,

11

and

12

United States of America,

13

Plaintiff-Intervenor,

14

v.

15
16

Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.

17

Defendants.

18
19
20

Pending before the Court is Plaintiff-Intervenor United States of America's Motion

21

to Appear Telephonically at June 3, 2021 Hearing (Doc. 2646).  Accordingly,

22

**IT IS HEREBY ORDERED** granting the Motion (Doc. 2646).  Plaintiff-Intervenor

23

United States of America may appear telephonically.

24

Dated this 1st day of June, 2021.

25
26
27

G. Murray Snow
Chief United States District Judge

28