Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
Casey Arellano
carellano@acluaz.org
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, et al., <br><br> Defendants. | CV-07-2513-PHX-GMS <br><br> **PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY AT JUNE 3, 2021 HEARING** |

Additional Attorneys for Plaintiffs:

| | |
|---|---|
| Cecillia D. Wang* | Belinda Escobosa** |
| cwang@aclu.org | Bescobosa@MALDEF.org |
| ACLU Foundation | Mexican American Legal Defense and |
| Immigrants' Rights Project | Educational Fund |
| 39 Drumm Street | 634 South Spring Street, 11th Floor |
| San Francisco, CA 94111 | Los Angeles, California 90014 |
| Telephone: (415) 343-0775 | Telephone: (213) 629-2512 |
| Facsimile: (415) 395-0950 | Facsimile: (213) 629-0266 |

Stanley Young*
syoung@cov.com          ** *Pro Hac Vice forthcoming*
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Amy S. Heath*
aheath@cov.com
Hannah M. Chartoff*
hchartoff@cov.com
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Daniel Rios*
drios@cov.com
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  2001-4956
Telephone: (202) 662-5889

*Pro Hac Vice*

The Court has scheduled oral argument on the Motion for Order to Show Cause for June 3, 2021 further allowing parties to appear telephonically. (Doc. 2636, 2642). Plaintiffs' counsel respectfully requests they be allowed to appear in person and telephonically and request a call-in number.

Respectfully submitted this 1st day of June, 2021.

By: /s/ *Christine K. Wee*
    Victoria Lopez
    Christine K. Wee
    Casey Arellano
    ACLU Foundation of Arizona

    Cecillia D. Wang (*Pro Hac Vice*)
    ACLU Foundation
    Immigrants' Rights Project

    Stanley Young (*Pro Hac Vice*)
    Amy S. Heath (*Pro Hac Vice*)
    Hannah M. Chartoff (*Pro Hac Vice*)
    Daniel Rios
    Covington & Burling, LLP

    Belinda Escobosa (*Pro Hac Vice forthcoming*)
    Mexican American Legal Defense
    and Educational Fund


*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/  *Christine K. Wee*
*Christine K. Wee*