# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion to Appear Telephonically at June 3, 2021 Hearing (Doc. 2651). Accordingly,

**IT IS HEREBY ORDERED** granting the Motion (Doc. 2651). Plaintiffs' counsel may appear in person and telephonically.

Dated this 1st day of June, 2021.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge