# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-02513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

The Court met with the parties on June 3, 2021 for oral argument on the Motion for Order to Show Cause, (Doc. 2610), and to discuss the other pending motions, (Docs. 2607, 2647).

**IT IS HEREBY ORDERED** that the parties shall have until **June 10, 2021** to confer and submit a report stipulating whether a show cause hearing, (Doc. 2610), will focus only on contempt remedies or will also encompass whether all reasonable steps were taken to comply with the Court's Order, and what discovery the parties request.

**IT IS FURTHER ORDERED** that the Court will meet with the parties' experts and the Monitor's experts to address the Joint Motion to Enforce Paragraph 70. (Doc. 2607.) The parties will not be allowed to depose the experts prior to this meeting. The parties shall confer and submit their experts' joint availabilities in July, August, and September 2021 for this meeting no later than **June 17, 2021**. Thereafter, the Court will schedule the meeting on the Joint Motion to Enforce Paragraph 70, (Doc. 2607), and the show cause hearing, (Doc. 2610).

**IT IS FURTHER ORDERED** that briefing for the Motion to Modify Second Order, (Doc. 2647), is suspended.

Dated this 4th day of June, 2021.

_____
G. Murray Snow
Chief United States District Judge