Mary R. O'Grady, 011434
Kimberly I. Friday, 035369
Joshua Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kfriday@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Paul Penzone

Joseph I. Vigil, 018677
Joseph J. Branco, 031474
Maricopa County Attorney's Office
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4137
vigilj@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone and Maricopa County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **JOINT NOTICE REGARDING EXPERT AVAILABILITY** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| vs. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al., | |
| Defendants. | |

1       This Joint Notice Regarding Expert Availability is submitted to comply with this Court's order (Doc. 2658 at 2) that the parties "confer and submit their experts' joint availabilities in July, August, and September 2021" for a meeting on the Joint Motion to Enforce Paragraph 70 (Doc. 2607). The parties have conferred and experts for all three parties are available on the following dates:

            July 19, 27, 28, 30;

            August 3-6, 9-11, 13, 19, 23; and

            September 13-17, 20, and 21.

      Additionally, MCSO's and DOJ's experts are available on October 1, 5-8, and 25-29. Plaintiffs strongly prefer for the hearing to go forward in August as discussed during the status conference, but their experts are available during the same dates in October as listed above.

      Plaintiffs and the United States suggest that preparation for the Traffic Stop Monthly Report meeting and the meeting itself will be more efficient if the parties advise the Court in advance of the identities of their expert witnesses. In addition, Plaintiffs and the United States suggest that it would be helpful to have the Court's guidance regarding the format for the meeting (e.g. whether the Court anticipates that the experts will begin with a presentation, and whether the Court expects that the parties will conduct direct examination and cross examination). MCSO does not have a position on these suggestions.

      MCSO also provides notice that if the Court desires to schedule the show cause hearing consecutive to the expert meeting on the Joint Motion to Enforce Paragraph 70, one of MCSO's witnesses for the show cause hearing is not available from September 5 through September 28.

//
//
//
//

Dated this 17th day of June, 2021.

                      OSBORN MALEDON, P.A.

                      By     s/*Kimberly I. Friday*
                              Mary R. O'Grady
                              Kimberly I. Friday
                              Joshua Messer
                              2929 North Central, Suite 2100
                              Phoenix, Arizona 85012-2793

Attorneys for Defendant Paul Penzone

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

                  By:    *s/Joseph Branco* (with permission)
                              Joseph I. Vigil (018677)
                              Joseph J. Branco (031474)
                              Maricopa County Attorney's Office
                              Civil Services Division
                              225 West Madison Street
                              Phoenix, Arizona 85003

Attorneys for Defendant Paul Penzone and Maricopa County

COVINGTON & BURLING LLP

                  By:    *s/Casey Arellano* (with permission)
                              Daniel Rios (*pro hac vice*)
                              One CityCenter, 850 10th Street NW
                              Washington, D.C. 20001
                              Telephone: +1 (202) 662-6000
                              Facsimile: +1 (202) 662-6291
                              Email: drios@cov.com

                              Stanley Young (*pro hac vice*)
                              3000 El Camino Real
                              5 Palo Alto Square, 10th Floor
                              Palo Alto, California 94306
                              Telephone: + 1 (650) 632-4704
                              Facsimile: + 1 (650) 632-4804
                              Email: syoung@cov.com

Amy Heath (*pro hac vice*)
Hannah Chartoff (*pro hac vice*)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  aheath@cov.com
Email:  hchartoff@cov.com

ACLU Foundation
Cecillia D. Wang (*pro hac vice*)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
cwang@aclu.org

ACLU Foundation of Arizona
Victoria Lopez (AZ 330042)
Christine K. Wee (AZ 028535)
Casey Arellano (AZ 031242)
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
vlopez@acluaz.org
cwee@acluaz.org
carellano@acluaz.org

MALDEF
Belinda Escobosa Helzer (*pro hac vice*)
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
bescobosa@maldef.org

Attorneys for Plaintiffs

UNITED STATES OF AMERICA

Kristen Clarke
Assistant Attorney General
Civil Rights Division

Steven H. Rosenbaum
Chief, Special Litigation Section

Cynthia Coe
Acting Special Counsel (DC Bar No. 438792)

| | | |
|---|---|---|
| | By: | *s/Beatriz Aguirre* (with permission) |
| | | Beatriz Aguirre (NV Bar No. 14816) |
| | | Nancy Glass (DC Bar No. 995831) |
| | | Maureen Johnston (WA Bar No. 50037) |
| | | Trial Attorneys |
| | | U.S. Department of Justice |
| | | Civil Rights Division |
| | | Special Litigation Section |
| | | Telephone: (202) 598-1507 |
| | | Beatriz.aguirre2@usdoj.gov |
| | | |
| | | Attorneys for the United States |