Kristen Clarke
Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Cynthia Coe (DC Bar No. 438792)
Maureen Johnston (WA Bar No. 50037)
Nancy Glass (DC Bar No. 995831)
Beatriz Aguirre (NV Bar No. 14816)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
150 M. Street NE, 10th Floor,
Washington, D.C. 20002

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Paul Penzone, Sheriff, et al., <br><br> Defendants. | Civil Case No.: 2:07-cv-2513-PHX-GMS <br><br> **UNITED STATES' NOTICE REGARDING INDEPENDENT INVESTIGATOR** |

In its Second Order, the Court appointed Dan Giaquinto as the Independent Investigator. Second Amended Second Supplemental Permanent Injunction/Judgement Order (Second Order), Dkt. 1765, ¶ 296 (July 26, 2016). The Second Order set forth Mr. Giaquinto's duties to investigate and assess the adequacy of certain investigations; prepare investigative reports setting forth findings of fact, the basis for the findings, and recommended discipline; and report to the parties bi-monthly. Second Order at ¶¶ 296 through 319.

On June 11, 2019, Mr. Giaquinto filed a Notice of the Independent Investigator's Compliance with the Second Amended Second Supplemental Permanent Injunction/Judgement Order, Dkt. 2444 (June 11, 2019) (Notice). The Notice stated, "[T]he Independent Investigator notifies the Court that he has discharged and fulfilled all the duties of the Independent

Investigator as set forth in the Court's [Second Order] (Doc. 1765, ¶¶ 296 through 319, and 330)." Notice at 3. The Notice continued, "Although not identified as a duty of the Independent Investigator in the Court's [Second Order], there remains a possibility that the Independent Investigator could be requested to testify as a witness during an appeal of discipline to the Maricopa County Law Enforcement Merit Commission. The Independent Investigator has not been called as a witness in such appeals that have taken place to date, and he does not anticipate being a witness in any such appeal." Notice at 3.

On June 21, 2021, counsel for Defendants confirmed that Mr. Giaquinto's last remaining matter as Independent Investigator has closed. Counsel for Plaintiffs have advised that they have no objection to Mr. Giaquinto's accepting an unrelated engagement on behalf of the United States. Counsel for Defendants state that MCSO does not have a position on the United States' request.

During a status conference with the parties on April 6, 2018, the Court stated that the United States should not move forward with engaging Mr. Giaquinto in another matter "until [the United States] understand[s] where he is in his investigation and review the matter with the parties and, please, with the Court." Transcript of Status Conference at 8 (April 6, 2018). The United States hereby requests clarification by minute order that the United States may move forward to engage Mr. Giaquinto or, in the alternative, a status conference to address any concerns the Court may have.

ATTORNEYS FOR THE UNITED STATES

Kristen Clarke
Assistant Attorney General

Steven H. Rosenbaum
Chief, Special Litigation Section

Cynthia Coe
Acting Special Counsel (DC Bar No. 438792)

/s/ *Nancy Glass*
Nancy Glass (DC Bar No. 995831)
Maureen Johnston (WA Bar No. 50037)

Beatriz Aguirre (NV Bar No.14816)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Telephone: (202) 598-0139
nancy.glass@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that on or about June 23, 2021, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

/s/ *Nancy Glass*