Kristen Clarke
Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Cynthia Coe (DC Bar No. 438792)
Maureen Johnston (WA Bar No. 50037)
Nancy Glass (DC Bar No. 995831)
Beatriz Aguirre (NV Bar No. 14816)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor,
Washington, D.C. 20002

Attorneys for the United States:

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Paul Penzone, Sheriff, et al., <br><br> Defendants. | Civil Case No.: 2:07-cv-2513-PHX-GMS <br><br> **UNITED STATES' NOTICE OF UNAVAILABILITY** |

On June 17, 2021, the Parties filed a Joint Notice Regarding Expert Availability (Doc. 2664) setting forth dates from July through October, 2021, on which their statistical experts would be available to meet with the Court regarding the Joint Motion to Enforce Paragraph 70 (Doc. 2607). The United States respectfully files this Notice of Unavailability to apprise the Court that counsel for the United States will be now unavailable on July 27, 28, and 30, due to obligations on another matter for the United States. The United States respectfully requests that no proceedings requiring counsel for the United States be scheduled on those dates. Counsel remain available for the other dates submitted in the June 17 Notice:

- July 19;
- August 3-6, 9-11, 13, 19, 23;

- September 13-17, 20, 21; and
- October 1, 5-8, 25-29.

Respectfully Submitted,

ATTORNEYS FOR THE UNITED STATES

Kristen Clarke
Assistant Attorney General

Steven H. Rosenbaum
Chief, Special Litigation Section

Cynthia Coe
Acting Special Counsel (DC Bar No. 438792)

/s/ *Maureen Johnston*
Maureen Johnston (WA Bar No. 50037)
Nancy Glass (DC Bar No. 995831)
Beatriz Aguirre (NV Bar No. 14816)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Telephone: (202) 598-9883
maureen.johnston@usdoj.gov