# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　Plaintiff-Intervenor,<br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　　Defendants. | No. CV-07-02513-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Joint Report regarding the show cause hearing. (Doc. 2663.) Upon consideration,

**IT IS THEREFORE ORDERED** that the Court, through consultation with the Monitor, will select a single management expert to prepare a management study. The management study will identify the sources of MCSO's failure to comply with the deadline for investigations in the Second Order, (Doc. 1765), and recommend actions necessary for compliance. The parties may submit their recommendations for the appointment of such an expert to the monitor within 21 days of the date of this order. The Court and the expert

will determine what discovery is necessary for the management study, and such discovery shall be prioritized. The parties shall be made aware of the discovery obtained and shall have access to it absent compelling justifications.

**IT IS FURTHER ORDERED** setting a Telephonic[1] Status Conference on **September 17, 2021 at 10:30 a.m. (Arizona time)** to discuss the expert meeting for the Joint Motion to Enforce Paragraph 70, (Doc. 2607), as well as any outstanding requests by the parties. Defendants shall provide a call-in number to the parties and the Court no later than **September 10, 2021**.

Dated this 13th day of July, 2021.

G. Murray Snow
Chief United States District Judge

---

[1] To avoid challenges posed by the use of cell phones, headsets or other devices, the parties are directed to utilize landlines for the Telephonic Status Conference to enable clear communication with the Court and accurate transcription by the Court Reporter.