Richard K. Walker, SBN 004159
**WALKER & PESKIND, PLLC**
8777 E. Via de Ventura , Suite 315
Scottsdale, AZ 85258
*rkw@azlawpartner.com*
Phone: (480) 483-6336
Facsimile: (480) 483-6337
*Counsel for Defendant Maricopa County, Arizona*

# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> Paul Penzone, et al., <br><br> Defendants. | **CASE NO.: 2:07-CV-02513-GMS** <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL FOR MARICOPA COUNTY** <br><br> [Assigned to Judge G. Murray Snow] |

Richard K. Walker and the law firm of Walker & Peskind, PLLC, hereby provide notice to the Court and parties of their withdrawal as counsel of record for Defendant MARICOPA COUNTY, ARIZONA ("the County"), in this matter. On March 24, 2021, Joseph I. Vigil and Joseph J. Branco, both of the Maricopa County Attorney's Office, entered their appearance as co-counsel to the County (Doc. 2615), and Messrs. Vigil and Branco and the County Attorney's Office will provide continuing representation for the County in this case going forward.

DATED this 13th day of July, 2021.

WALKER & PESKIND, PLLC


By: /s/ *Richard K. Walker*
Richard K. Walker, Esquire
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
Attorney for Defendant Maricopa County, Arizona

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I electronically filed the foregoing Notice of Withdrawal of Counsel for Maricopa County with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ *Katherine F. Walker*
Katherine F. Walker