Kristen Clarke
Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Cynthia Coe (DC Bar No. 438792)
Maureen Johnston (WA Bar No. 50037)
Nancy Glass (DC Bar No. 995831)
Beatriz Aguirre (NV Bar No. 14816)
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor
Washington, D.C. 20002
Telephone: +1 (202) 598-0139
nancy.glass@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.* <br><br> Plaintiffs, <br> and <br><br> United States of America <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, AZ; *et al*. <br><br> Defendants. | Civil Case No.: 2:07-cv-2513-PHX-GMS <br><br> **UNITED STATES' AND PLAINTIFFS' JOINT NOTICE REGARDING MANAGEMENT EXPERT** |

The United States and Plaintiffs submit this notice in response to the Court's July 13, 2021, Order, Dkt. 2668, permitting the Parties to submit recommendations for a management expert to be appointed to: (1) prepare a management study identifying the sources of the Maricopa County Sheriff's Office's (MCSO) failure to comply with the deadlines for investigations in the Second Amended Supplemental Permanent Injunction/Judgment Order (Second Order), Dkt. 1765, and (2) recommend actions necessary for compliance.

It is essential that the selected expert have demonstrated an ability to analyze police accountability systems and identify weaknesses and gaps that prevent such systems from functioning, thus undermining public trust and confidence in law enforcement. The expert should also have a demonstrated ability to achieve systemic reform, preferably in a system that has withstood significant challenges to its capacity. Candidates without specific expertise in achieving reform of accountability systems would not be well equipped to evaluate the complex issues that have contributed to Defendants' violations and propose proven solutions. Similarly, an expert without experience in systemic reforms to law enforcement internal affairs functions would not be in the best position to advise the Court on how to tailor additional remedies to ensure that administrative misconduct investigations are appropriately prioritized at MCSO.

The United States and Plaintiffs respectfully recommend that the Court select Judge Anne Levinson (Ret.) as its management expert. Judge Levinson is a nationally regarded expert on police accountability and has spent the past decade helping to lead the reform of the Seattle Police Department's (SPD) accountability system.[1] From 2010 to 2016, Judge Levinson served as the Seattle Office of Professional Accountability[2] (OPA) Auditor, providing independent oversight of SPD's accountability systems. As OPA Auditor, Judge Levinson reviewed thousands of complaints and investigations of misconduct involving SPD personnel, and issued public reports twice each year to City officials. These reports included recommendations for strengthening

---

[1] Judge Levinson's CV is attached as Exhibit A.

[2] The office is now called the Office of Police Accountability. *See* Office of Police Accountability, City of Seattle, available at http://www.seattle.gov/opa/about-us.

SPD's accountability system.

Judge Levinson has held positions in which she demonstrated expertise in internal affairs policies and practices, including supervision, training, complaint-handling and classification, investigations, and disciplinary procedures. From 2017 to 2019, Judge Levinson provided subject matter advice on accountability systems to King County's Office of Law Enforcement Oversight and the Seattle Community Police Commission (CPC).[3] In 2020-2021, she co-chaired a Port of Seattle police accountability task force. She has regularly reviewed national research and consulted with other subject matter experts who work extensively on police accountability issues in other jurisdictions, and she has participated in National Association for Civilian Oversight of Law Enforcement (NACOLE) presentations. In 2018, she was awarded the Contribution to Oversight Award by NACOLE at its annual conference.

Judge Levinson's extensive experience evaluating, reporting on, and recommending reforms to SPD's accountability systems, combined with her broad experience in systems reform, gives her the expertise needed to serve as the Court's management consultant. She is in a position to both identify the systemic issues that have led to Defendants' delays in closing administrative misconduct cases, and to propose solutions to make MCSO's accountability system function as the Second Order intends. In consultation with the Court, Judge Levinson would utilize additional personnel to assist with her review and analysis.

For the foregoing reasons, the United States and Plaintiffs respectfully recommend that the Court appoint Judge Anne Levinson as its management expert.

Respectfully submitted this 3rd day of August, 2021.

    Kristen Clarke
    Assistant Attorney General
    Civil Rights Division

    Steven H. Rosenbaum

---

[3] The CPC was established pursuant to the consent decree between the City of Seattle and the United States to address a pattern or practice of misconduct by law enforcement. *See United States v. City of Seattle*, No. 2:12-cv-01282-JLF (W.D. Wash.) (Dkt. 3-3, ¶¶6-12).

| | |
|---|---|
| 1 | Chief, Special Litigation Section |
| 2 | |
| 3 | Cynthia Coe<br>Acting Special Counsel (DC Bar No. 438792) |
| 4 | */s/ Nancy Glass*<br>Nancy Glass (DC Bar No. 995831) |
| 5 | Maureen Johnston (WA Bar No. 50037) |
| 6 | Beatriz Aguirre (NV Bar No.14816)<br>Trial Attorneys |
| 7 | U.S. Department of Justice<br>Civil Rights Division |
| 8 | Special Litigation Section<br>Telephone: (202) 598-0139 |
| 9 | nancy.glass@usdoj.gov |
| 10 | |
| 11 | ATTORNEYS FOR THE UNITED STATES |
| 12 | |
| 13 | ACLU FOUNDATION |
| 14 | By: *Cecillia D. Wang*<br>Cecillia D. Wang (*pro hac vice*) |
| 15 | 39 Drumm Street<br>San Francisco, CA 94111 |
| 16 | Telephone: (415) 343-0775<br>Email: cwang@aclu.org |
| 17 | COVINGTON & BURLING LLP |
| 18 | Stanley Young (*pro hac vice*)<br>3000 El Camino Real |
| 19 | 5 Palo Alto Square, 10th Floor<br>Palo Alto, California 94306 |
| 20 | Telephone: + 1 (650) 632-4704<br>Email:  syoung@cov.com |
| 21 | |
| 22 | Amy Heath (*pro hac vice*)<br>Hannah Chartoff (*pro hac vice*) |
| 23 | Salesforce Tower<br>415 Mission Street, Suite 5400 |
| 24 | San Francisco, California 94105-2533<br>Telephone: + 1 (415) 591-6000 |
| 25 | Email:  aheath@cov.com<br>Email:  hchartoff@cov.com |
| 26 | |
| 27 | Daniel Rios (*pro hac vice*)<br>One CityCenter, 850 10th Street NW |
| 28 | Washington, D.C. 20001<br>Telephone: +1 (202) 662-6000 |

Email: drios@cov.com
ACLU Foundation of Arizona
Victoria Lopez (AZ 330042)
Christine K. Wee (AZ 028535)
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
vlopez@acluaz.org
cwee@acluaz.org

MALDEF
Belinda Escobosa Helzer (*pro hac vice*)
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
bescobosa@maldef.org

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on or about August 3rd, 2021, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

<u>/s/ *Nancy Glass*</u>