Mary R. O'Grady, 011434
Kimberly I. Friday, 035369
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kfriday@omlaw.com

Attorneys for Defendant Paul Penzone

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>    Plaintiffs,<br>and<br>United States of America,<br><br>    Plaintiff-Intervenor,<br>vs.<br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,<br><br>    Defendants. | No. CV-07-2513-PHX-GMS<br><br>**NOTICE REGARDING MANAGEMENT EXPERT RECOMMENDATION** |

    Defendant Maricopa County Sheriff Paul Penzone respectfully notifies the Court that he provided his recommendation for a management expert to the monitor on August 3, 2021, in accordance with the Court's Order (Doc. 2668).

    The Sheriff recommended 21CP Solutions, a highly-qualified and well-regarded consulting firm with experience across multiple federal and state consent decrees relating to law enforcement. As detailed in the submission packet that the Sheriff provided to the monitor, 21CP has assembled a case team with the expertise and

resources to provide the Court with a timely management study and recommendations to bring the Maricopa County Sheriff's Office into compliance with the Court's orders.

Dated this 4th day of August, 2021.

OSBORN MALEDON, P.A.

By   s/ Kimberly Friday
Mary R. O'Grady
Kimberly I. Friday
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2793

Attorneys for Defendant Paul Penzone

9088937