1  Mary R. O'Grady, 011434
2  Kimberly I. Friday, 035369
   Kristin L. Windtberg, 024804
3  OSBORN MALEDON, P.A.
   2929 North Central Avenue, Suite 2100
4  Phoenix, Arizona  85012-2793
   (602) 640-9000
5  mogrady@omlaw.com
   kfriday@omlaw.com
6  kwindtberg@omlaw.com

7  Attorneys for Defendant Paul Penzone

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE DISTRICT OF ARIZONA

| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., | No. CV-07-2513-PHX-GMS |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL WITHIN SAME FIRM** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| vs. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Kristin L. Windtberg Osborn Maledon, P.A. hereby appears as counsel of record on behalf of Defendant Paul Penzone in this matter. Mary R. O'Grady and Kimberly I. Friday continue to serve as Defendant Paul Penzone's counsel.

All filings, correspondence, and notice should be sent to the attention of Defendant Paul Penzone's counsel, whose contact information is as follows:

| | |
|---|---|
| 1 | Mary R. O'Grady |
| 2 | Kimberly I. Friday |
| | Kristin L. Windtberg |
| 3 | Osborn Maledon, P.A. |
| | 2929 N. Central Avenue, Suite 2100 |
| 4 | Phoenix, Arizona 85012-2793 |
| | Phone: (602) 640-9000 |
| 5 | mogrady@omlaw.com |
| | kfriday@omlaw.com |
| 6 | kwindtberg@omlaw.com |

Dated this 9th day of August, 2021.

OSBORN MALEDON, P.A.

By s/ Kristin L. Windtberg
Mary R. O'Grady
Kimberly I. Friday
Kristin L. Windtberg
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2793

**Attorneys for Defendant Paul Penzone**

9094282

2