Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, et al., <br><br> Defendants. | CV-07-2513-PHX-GMS <br><br> **PLAINTIFFS' NOTICE REGARDING COURT'S PROPOSED EXPERT SELECTION OF MICHAEL GENNACO AND THE OIR GROUP** |

Additional Attorneys for Plaintiffs:

Cecillia D. Wang*  
cwang@aclu.org  
ACLU Foundation  
Immigrants' Rights Project  
39 Drumm Street  
San Francisco, CA 94111  
Telephone: (415) 343-0775  
Facsimile: (415) 395-0950  

Belinda Escobosa*  
Bescobosa@MALDEF.org  
Mexican American Legal Defense and Educational Fund  
634 South Spring Street, 11th Floor  
Los Angeles, California 90014  
Telephone: (213) 629-2512  
Facsimile: (213) 629-0266  

Stanley Young*  
syoung@cov.com  
Covington & Burling LLP  
3000 El Camino Real  
5 Palo Alto Square, 10th Floor  
Palo Alto, CA 94306-2112  
Telephone: (650) 632-4700  
Facsimile: (650) 632-4800  

Amy S. Heath*  
aheath@cov.com  
Hannah M. Chartoff*  
hchartoff@cov.com  
Covington & Burling LLP  
415 Mission St., Ste. 5400  
San Francisco, CA 94105  
Telephone: (415) 591-6000  
Facsimile: (415) 591-6091  

Daniel Rios*  
drios@cov.com  
Covington & Burling LLP  
One CityCenter  
850 Tenth Street, NW  
Washington, DC 2001-4956  
Telephone: (202) 662-5889  

*Pro Hac Vice

Plaintiffs submit this notice in response to the Court's ruling at the August 27, 2021 status conference allowing the Parties to file objections to the Court's proposed expert selection of Michael Gennaco and the OIR Group as the Court-appointed management expert to identify the sources of MCSO's failure to comply with the deadline for investigations in the Second Order and recommend remedial actions. Plaintiffs have no objection to the Court's selection.

Respectfully submitted this 2nd day of September, 2021.

By: /s/ *Christine K. Wee*
Victoria Lopez
Christine K. Wee
ACLU Foundation of Arizona

Cecillia D. Wang (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Stanley Young (*Pro Hac Vice*)
Amy S. Heath (*Pro Hac Vice*)
Hannah M. Chartoff (*Pro Hac Vice*)
Daniel Rios
Covington & Burling, LLP

Belinda Escobosa (*Pro Hac Vice)*
Mexican American Legal Defense
and Educational Fund

*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2021 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

<u>/s/ Christine K. Wee</u>
Christine K. Wee