IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al().,<br><br>        Plaintiffs,<br><br>and<br><br>United States of America,<br><br>        Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>        Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

      The Court has received and reviewed the Monitor's invoice dated September 1, 2021 for services rendered by the Monitor in August 2021. The Court finds the invoice and charges to be reasonable and directs Maricopa County to authorize payment of the Monitor's invoice for the total amount, including any past due balance.

      Dated this 9th day of September, 2021.

*[Signature: G. Murray Snow]*
G. Murray Snow
Chief United States District Judge