ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
JOSEPH J. BRANCO (031474)
Deputy County Attorneys
vigilj@mcao.maricopa.gov
brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Paul Penzone
and Maricopa County

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT PAUL PENZONE'S NOTICE OF FILING QUARTERLY STATUS REPORT RE: ARMENDARIZ/HSU INVESTIGATION** |

Pursuant to the Court's Orders at Documents 693, 756, and 795 at p. 18, ¶ 5 Defendant Paul Penzone has provided the Monitor and parties with the Status Report for IA # 2014-0221 Armendariz/HSU Investigation, along with the updated and associated spreadsheets.

1

Defendant Paul Penzone also provides Notice that this same information has, on the date set forth below, lodged under seal with the Court information regarding the same information. Defendant Penzone requests that the Clerk seal this information because it contains names, case numbers and the nature of ongoing investigations.

**RESPECTFULLY SUBMITTED** this 21st day of October, 2021.

        ALLISTER ADEL
        MARICOPA COUNTY ATTORNEY

    BY: /s/ *Joseph I. Vigil*
        JOSEPH I. VIGIL, ESQ.
        JOSEPH J. BRANCO, ESQ.
        *Attorneys for Defendants Paul Penzone*
        *and Maricopa County*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ *J. Barksdale*
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Not re Quart Status Update Armenderiz Final 10212021 .docx