# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** granting the Motion to Seal (Doc. 2729) and directing the Clerk of the Court to file under seal the lodged document (Doc. 2730) regarding Defendant Paul Penzone's intent to transfer Sergeant(s) Nathaniel Tomaszewski S1996 and Angelo Calderon S1820 into the Professional Standards Bureau (PSB) and transfer Sergeant Emmanuel Sanchez S1840 and Lieutenant Matthew Hunter S1833 from the Professional Standards Bureau (PSB) to the Enforcement Bureau.

Dated this 10th day of December, 2021.

_____
G. Murray Snow
Chief United States District Judge