RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:  JOSEPH I. VIGIL (018677)
     JOSEPH J. BRANCO (031474)
     Deputy County Attorneys
     vigilj@mcao.maricopa.gov
     brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Paul Penzone
 and Maricopa County

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT PAUL PENZONE'S NOTICE OF FILING THIRTY-SECOND QUARTERLY COMPLIANCE REPORT** |

Pursuant to the Court's October 2, 2013, Order (Doc. 606), Defendant Paul Penzone files with the Court Defendant's Thirty-Second Quarterly Compliance Report, which covers the First Quarter of 2022, January 1, 2022 through March 31, 2022. (Attached as Exhibit 1.)

**RESPECTFULLY SUBMITTED** this 17th day of June, 2022.

                                RACHEL H. MITCHELL
                                MARICOPA COUNTY ATTORNEY

                          BY: /s/ *Joseph I. Vigil*
                                JOSEPH I. VIGIL, ESQ.
                                JOSEPH J. BRANCO, ESQ.
                                *Attorneys for Defendants Paul Penzone*
                                  *and Maricopa County*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 17, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ *J. Barksdale*