RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
JOSEPH J. BRANCO (031474)
Deputy County Attorneys
vigilj@mcao.maricopa.gov
brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

*Attorneys for Defendant Paul Penzone*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT PAUL PENZONE'S NOTICE OF PUBLICATION OF TRAFFIC STOPS ANALYSIS REPORT FOR JANUARY 2021 THROUGH DECEMBER 2021** |

Sheriff Paul Penzone hereby notifies the Court that the Traffic Stops Analysis Report for January 2021 through December 2021 ("Report") was published and publicly available on the Sheriff's Office's Bureau of Internal Oversight website (mcsobio.org) beginning June

1

30, 2022. A full and complete copy of the Report and its appendices is attached hereto as <u>Exhibit A</u>. A full and complete copy of the Sheriff's Statement is attached hereto as <u>Exhibit B</u>.

**RESPECTFULLY SUBMITTED** this 13th day of July, 2022.

                        RACHELL H. MITCHELL
                        MARICOPA COUNTY ATTORNEY

BY: /s/ *Joseph I. Vigil*
      JOSEPH I. VIGIL, ESQ.
      JOSEPH J. BRANCO, ESQ.
      *Attorneys for Defendant Paul Penzone*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 13, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ *J. Christiansen*
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Notice re Publication TSAR6 Jan 2020 to Dec 2020_Final 06082021.docx