# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

　　　　The Court is in receipt of, and has read, the expert report of Michael Gennaco. The Court wishes to allow the parties to be heard concerning the report prior to taking any action thereon. It therefore will set a hearing at which Mr. Gennaco shall be present on August 23, 2022. The parties may there be heard concerning the report. Any party wishing to do so may file a Response to the report prior to the date of the hearing. A Response is not required, but any Response shall not exceed twenty pages and shall be filed no later than **August 16, 2022**. Each party shall have 20 minutes at the hearing.

　　　　**IT IS HEREBY ORDERED** setting a Telephonic Status Conference for **August 23, 2022 at 10:00 a.m. (AZ Time)**. Defendants shall provide a call-in number to the parties and the Court no later than **Noon on August 16, 2022**.

1   **IT IS FURTHER ORDERED** that at the Telephonic Status Conference, the parties shall be prepared to discuss how to proceed in light of the expert report of Michael Gennaco.

**IT IS FURTHER ORDERED** that to avoid challenges posed by the use of cell phones, headsets or other devices, the parties are directed to utilize landlines for the Telephonic Status Conference to enable clear communication with the Court and accurate transcription by the Court Reporter. The parties are reminded that the PUBLIC listen only line is for *public and media only*. It is no for attorneys or parties calling in.

Dated this 26th day of July, 2022.

_____
G. Murray Snow
Chief United States District Judge