Kristen Clarke
Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Maureen Johnston (WA Bar No. 50037)
Nancy Glass (DC Bar No. 995831)
Beatriz Aguirre (NV Bar No. 14816)
Suraj Kumar (NY Bar No. 5620745)
U.S. Department of Justice,
Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor,
Washington, D.C.

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.* | Civil Case No.: 2:07-cv-2513-PHX-GMS |
| Plaintiffs,<br>and | **NOTICE OF SERVICE** |
| United States of America | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, AZ; *et al*. | |
| Defendants. | |

I certify that copies of the Court's August 24, 2022, Order (Doc. 2806) in the above-captioned case were served on the Arizona Attorney General, the Speaker of the Arizona House

of Representatives, and the President of the Arizona Senate by email on August 24, 2022, and by mail on August 25, 2022, as follows:

>Honorable Russell Bowers
>Speaker of the House
>Arizona House of Representatives
>1700 West Washington
>Phoenix, AZ 85007 - 2890
>Email: rbowers@azleg.gov
>
>Honorable Karen Fann
>Senate President
>Arizona State Senate
>1700 West Washington
>Phoenix, AZ 85007 - 2890
>Email: kfann@azleg.gov
>
>Honorable Mark Brnovich
>Attorney General of Arizona
>Office of the Arizona Attorney General
>c/o Appeals & Constitutional Litigation Division
>2005 North Central Avenue
>Phoenix, AZ 85004
>Email: acl@azag.gov

Respectfully submitted this 25th day of August, 2022.

/s/ Nancy Glass
Nancy Glass (DC Bar No. 995831)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Telephone: (202) 598-0139
nancy.glass@usdoj.gov

ATTORNEY FOR THE UNITED STATES