1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8

Manuel de Jesus Ortega Melendres, on
behalf of himself and all others similarly
situated; et al.

No. CV-07-2513-PHX-GMS

9

**ORDER**

10

Plaintiffs,

11

and

12

United States of America,

13

Plaintiff-Intervenor,

14

v.

15
16

Paul Penzone, in his official capacity as
Sheriff of Maricopa County, Arizona; et al.

17

Defendants.

18
19

     The Court has received and reviewed the Monitor's invoice dated September 1,

20

2022 for services rendered by the Monitor in August 2022.  The Court finds the invoice

21

and charges to be reasonable and directs Maricopa County to authorize payment of the

22

Monitor's invoice for the total amount, including any past due balance.

23

     Dated this 8th day of September, 2022.

24
25
26

G. Murray Snow
Chief United States District Judge

27
28