Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Paul Penzone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., <br><br>              Plaintiffs, <br>and <br><br>United States of America, <br><br>              Plaintiff-Intervenor, <br><br>vs. <br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br>              Defendants. | No. CV-07-2513-PHX-GMS <br><br>**DEFENDANT MARICOPA COUNTY SHERIFF PAUL PENZONE'S RECOMMENDATION FOR CONSTITUTIONAL POLICING AUTHORITY** |

Pursuant to the Court's August 23, 2022 Minute Entry Order (Doc. 2804), Defendant Maricopa County Sheriff Paul Penzone recommends Daniel Giaquinto, Esq. to the Court for the role of Constitutional Policing Authority ("CPA").

Mr. Giaquinto has experience working with multiple law enforcement agencies subject to court oversight, including the Maricopa County Sheriff's Office ("MCSO"). The Court previously appointed Mr. Giaquinto to serve in the capacity of Independent Investigator under the Court's Second Amended Second Supplemental

Permanent Injunction/Judgment Order ("Second Order"). (Second Order (Doc. 1765) ¶ 296.) As a result of his prior work in connection with this case, Mr. Giaquinto is familiar with both the operations of MCSO's Professional Standards Bureau ("PSB") and the processes and standards set forth in the Court's Second Order governing the operations of the PSB. His prior experience, both with this case and in others, makes him well suited to serve in the role of CPA. A copy of Mr. Giaquinto's Curriculum Vitae is attached hereto as **Exhibit A**.

Dated this 12th day of September, 2022.

OSBORN MALEDON, P.A.

By s/ Kristin L. Windtberg
Mary R. O'Grady
Kristin L. Windtberg
Joshua J. Messer
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2793

**Attorneys for Defendant Paul Penzone**

9600098