Kristen Clarke
Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Maureen Johnston (WA Bar No. 50037)
Nancy Glass (DC Bar No. 995831)
Beatriz Aguirre (NV Bar No. 14816)
Suraj Kumar (NY Bar No. 5620745)
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor
Washington, D.C. 20002
Telephone: +1 (202) 598-0139
nancy.glass@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.* <br><br> Plaintiffs, <br><br> and <br><br> United States of America <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, AZ; *et al.* <br><br> Defendants. | Civil Case No.: 2:07-cv-2513-PHX-GMS <br><br> **UNITED STATES' NOTICE REGARDING CONSTITUTIONAL POLICING AUTHORITY** |

The United States submits this notice to recommend candidates for the position of a Constitutional Policing Authority at the Maricopa County Sheriff's Office, in response to the Court's August 23, 2021, Order, Dkt. 2804. The United States respectfully suggests that the Court consider Daniel Giaquinto, Andrew Lah, or Sarena Townsend for this position.[1] Each is an expert in law enforcement accountability systems, and each has practical experience implementing reforms of law enforcement misconduct complaint systems. Their resumes are attached at Exhibit A.

Mr. Giaquinto is well known to this Court, having served as the Independent Investigator in this matter. Dkt. 1765, at ¶ 296. Mr. Giaquinto currently serves as a deputy monitor overseeing implementation of the United States' settlement agreement with the City of Albuquerque. *United States v. Albuquerque*, No. 14-cv-01025 (D. N.M. Nov. 14, 2014), ECF No. 9-1. Since the conclusion of Mr. Giaquinto's engagement as the Independent Investigator in this case, the United States retained him as a consultant in an on-going pattern or practice investigation. Mr. Giaquinto is also in discussions about an additional engagement with the United States.

Mr. Lah is a managing partner at Moel Lah Fakhoury LLP, a litigation firm in Oakland, California. He is currently engaged as an advisor to the Albany, New York, Community Police Review Board (CPRB) to help the CPRB implement investigative authority it has recently received. Mr. Lah is also engaged by the Independent Police Auditor in San José, California, to review the San José Police Department's internal affairs process and make recommendations for procedural and structural improvements. Mr. Lah formerly worked for the Office of the San Francisco District Attorney, managing the unit responsible for investigating criminal complaints of law enforcement misconduct. Earlier in his career, he served as an investigator for the New York City Civilian Complaint Review Board.

Ms. Townsend is a partner at Townsend, Mottola & Uris Law, PLLC in Brooklyn, New York. She was formerly appointed by the monitor in *Nunez v. New York*, No. 11-cv-05845 (D. S.D.N.Y.) to serve as a "Disciplinary Manager." In that capacity, Ms. Townsend oversaw reforms

---

[1] The United States presents these candidates in alphabetical order.

of the internal accountability system in the New York City Department of Correction. Among other strategies, she implemented an intake "strike squad" to triage a significant backlog of misconduct complaint investigations.

Respectfully submitted this 13th day of September, 2022.

Kristen Clarke
Assistant Attorney General
Civil Rights Division

Steven H. Rosenbaum
Chief, Special Litigation Section

Maureen Johnston
Acting Deputy Chief (WA Bar No. 50037)

*/s/ Nancy Glass*
Nancy Glass (DC Bar No. 995831)
Beatriz Aguirre (NV Bar No.14816)
Suraj Kumar (NY Bar No. 5620745)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Telephone: (202) 598-0139
nancy.glass@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

CERTIFICATE OF SERVICE

I certify that on or about September 13, 2022, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

*/s/ Nancy Glass*