Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, et al., <br><br> Defendants. | CV-07-2513-PHX-GMS <br><br> **PLAINTIFFS' RECOMMENDATION FOR CONSTITUTIONAL POLICING AUTHORITY** |

Additional Attorneys for Plaintiffs:

| | |
|---|---|
| Cecillia D. Wang* <br> cwang@aclu.org <br> ACLU Foundation <br> Immigrants' Rights Project <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Telephone: (415) 343-0775 <br> Facsimile: (415) 395-0950 | Leticia M. Saucedo* <br> lsaucedo@MALDEF.org <br> Mexican American Legal Defense and Educational Fund <br> 1512 14th St. <br> Sacramento, CA 95814 <br> Telephone: (916) 444−3031 |
| Stanley Young* <br> syoung@cov.com <br> Covington & Burling LLP <br> 3000 El Camino Real <br> 5 Palo Alto Square, 10th Floor <br> Palo Alto, CA 94306-2112 <br> Telephone: (650) 632-4700 <br> Facsimile: (650) 632-4800 | Andres Holguin-Flores* <br> aholguin-Flores@MALDEF.org <br> Mexican American Legal Defense and Educational Fund <br> 634 South Spring Street, 11th Floor <br> Los Angeles, California 90014 <br> Telephone: (213) 629-2512 <br> Facsimile: (213) 629-0266 |

Amy S. Heath* 
aheath@cov.com 
Covington & Burling LLP 
415 Mission St., Ste. 5400 
San Francisco, CA 94105 
Telephone: (415) 591-6000 
Facsimile: (415) 591-6091

*Pro Hac Vice*

For the role of the Constitutional Policing Authority ("CPA"), Plaintiffs believe that any of the candidates submitted by the Plaintiff-Intervenor (Doc. 2814) for the Court's consideration pursuant to the Minute Entry Order entered on August 23, 2022 (Doc. 2804) would serve well in the role. Plaintiffs also believe that the current Monitor, Chief Robert Warshaw, would serve well in the role of the CPA.

Dated this 13th day of September, 2022.

By: /s/ *Christine K. Wee*
    Victoria Lopez
    Christine K. Wee
    ACLU Foundation of Arizona

    Cecillia D. Wang (*Pro Hac Vice*)
    ACLU Foundation
    Immigrants' Rights Project

    Stanley Young (*Pro Hac Vice*)
    Amy S. Heath (*Pro Hac Vice*)
    Covington & Burling, LLP

    Leticia M. Saucedo (*Pro Hac Vice*)
    Andres Holguin-Flores (*Pro Hac Vice*)
    Mexican American Legal Defense
    and Educational Fund

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

*/s/ Christine K. Wee*
Christine K. Wee