RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
JOSEPH J. BRANCO (031474)
Deputy County Attorneys
vigilj@mcao.maricopa.gov
brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
Ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

*Attorneys for Defendant Paul Penzone
and Maricopa County*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al,<br><br>　　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　　Plaintiff-Intervenor,<br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et. al.,<br><br>　　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**PAUL PENZONE'S NOTICE REGARDING ANNUAL COMPLIANCE REPORT BY THE MARICOPA COUNTY SHERIFF'S OFFICE COURT IMPLEMENTATION DIVISION FOR 2022** |

Sheriff Paul Penzone, pursuant to Document 606, Paragraph 12, provides to the Court, Parties and Monitor the Annual Compliance Report by the Maricopa County

1

Sheriff's Office Court Implementation Division for 2022.  A complete copy is attached as Exhibit A.

**RESPECTFULLY SUBMITTED** this 15th day of September 2022.

>RACHEL H. MITCELL
>MARICOPA COUNTY ATTORNEY
>
>BY: /s/ *Joseph I. Vigil*
>     JOSEPH I. VIGIL, ESQ.
>     JOSEPH J. BRANCO, ESQ.
>     *Attorneys for Defendant Paul Penzone*
>      *and Maricopa County*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

s/*J. Christiansen*

S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\A-JD\Annual Compliance Report\Notice re 2022 CID Annual Report 091521.docx

2