# Exhibit A

2022 Annual Compliance Report

July 1, 2021 - June 30, 2022

MARICOPA COUNTY SHERIFF'S OFFICE
PAUL PENZONE, SHERIFF

# COURT IMPLEMENTATION DIVISION



# 2022 ANNUAL COMPLIANCE REPORT

**JULY 1, 2021-JUNE 30, 2022**

# TABLE OF CONTENTS

Executive Summary ....................................................................................................................... 1

Court Implementation and Document Production ........................................................................ 5

Inspections and Quality Assurance Audits .................................................................................. 8

Annual Policy Assessment ......................................................................................................... 18

Pre-Planned Operations ............................................................................................................. 28

Training ...................................................................................................................................... 29

Traffic Stop Documentation and Data Collection and Review .................................................. 31

Early Identification System (EIS) .............................................................................................. 33

Supervision and Evaluations of Deputy Performance .............................................................. 35

Misconduct and Complaints Annual Report .............................................................................. 38

Community Engagement ............................................................................................................ 41

Conclusion ................................................................................................................................. 53

Appendix A: MCSO Melendres Court Order Compliance Chart ............................................. 54

Appendix B: List of MCSO Acronyms ..................................................................................... 60

# EXECUTIVE SUMMARY

This 2022 Annual Report assesses the Maricopa County Sheriff's Office's ("MCSO" or "Office") level of compliance with the Hon. G. Murray Snow's October 2, 2013, Supplemental Permanent Injunction/Judgment Order (Doc. 606), as amended (the "First Order"), and the July 26, 2016, Second Supplemental Permanent Injunction/Judgment Order (Doc. 1765), as amended (the "Second Order") (collectively, the "Court's Order"). The reporting period for this annual report covers July 1, 2021 through June 30, 2022. This Annual Report is submitted to comply with Paragraphs 12 and 13 of the Court's Order. This Annual Report also summarizes the Monitor's assessment of MCSO's compliance with the Court Order. There are two phases to the compliance assessment. The Phase 1 compliance assessment entails consideration of whether the MCSO has developed and approved requisite policies and procedures, and personnel have received documented training on the content. Phase 2 compliance is typically considered operational implementation and must comply with Court Order requirements more than 94% of the time or more than 94% of the instances under review. Overall, the Monitor gives MCSO a compliance rating on 208 Paragraphs of the Court's Order.

Under the direction of Sheriff Penzone, the MCSO is committed to achieving compliance with the Court's Order. MCSO has implemented a Bureau of Compliance consisting of several sections: Court Implementation Division ("CID"), Bureau of Internal Oversight ("BIO"), Professional Standards Bureau ("PSB"), and the Training Division. While each of these sections maintains a specific purpose, collectively their focus is to promote compliance efforts and ensure existing compliance measures are maintained while collaborating with the Monitoring Team and the Parties to meet the requirements of the Court's Order. This is accomplished through the development and application of policies and procedures, directives along with internal audits and inspections, and updating and developing training protocols and lesson plans.

The MCSO continues to promulgate all Office Policies and Procedures related to Patrol Operations and complete the comprehensive instruction required in each of these substantive areas.

The COVID-19 Pandemic has caused numerous challenges which MCSO has had to adjust for. While maintaining the guidelines set forth by the Centers for Disease Control and Prevention ("CDC") to mitigate the spread of the virus, numerous changes in operations have had to occur while still focusing on essential services. Throughout this reporting period, Executive Command continues to evaluate and adjust operations as needed to comply with CDC guidelines while working to meet the needs of the community and the organization. The MCSO remains dedicated to serving the community during this time, while exercising all needed safety measures and continued efforts towards achieving compliance with the Court's Order.

In an effort to continue moving forward towards compliance efforts, Sheriff Penzone has made changes in the executive command staff to include the promotion of Captain Dave Letourneau to Deputy Chief over patrol east which includes District 1 (East Mesa and Guadalupe), District 4 (Carefree, Cave Creek, New River, and Anthem), and District 7 (Fountain Hills). Former Chief of Custody, Barry Roska was promoted to Executive Chief over all Enforcement Operations. Deputy Chief Michael Dawson was promoted to Executive Chief of Custody. Captains Jennifer Crosby and Jesse Spurgin were promoted to Deputy Chiefs over Detention.

Over the past year, a summary of the MCSO's efforts related to obtaining compliance with the Court's Order include:

- The Auditing and Inspections Unit ("AIU"), within BIO, conducted over 217 inspections in various areas including: CAD Messaging/Alpha Paging, Misconduct Investigations, Incident Reports, Patrol Shift Rosters, Traffic Stop Data Collection, Employee Emails, Facilities and Property, Complaint Intake Testing, Supervisory Notes (sworn, detention, and civilian), TraCS (Traffic and Criminal Software) Discussions, TraCS supervisory review, Patrol Activity Logs, Early Identification System ("EIS") Alerts,

Post-Stop Ethnicity Inspections, Semi-Annual Bias-Free Reinforcement Inspections, Constitutional Policing Plan Briefing Inspections, Targeted Integrity Inspections, and Passenger Contacts and Searches. These inspections provide information to the MCSO management to ensure employee compliance with Office policies and procedures and provide corrections where deficiencies are noted.

- BIO made significant progress on a program (the Traffic Stop Monthly Report, or "TSMR") that analyzes traffic stop data on a monthly basis and intervenes with deputies who show warning signs or indicia of bias-based policing. The TSMR is an innovative, data-driven program that analyzes the traffic stop enforcement behavior of all patrol deputies over a rolling 12-month period. The analysis is designed to identify deputies whose traffic stops are racially or ethnically disparate from their peers on five benchmarks: stop length, citation rate, search rate, arrest rate, and seizure rate. With the Monitoring Team's approval, a pilot TSMR program began in April 2021. During this reporting period, the pilot continued, and BIO worked with the Monitoring Team and Parties to improve and adjust the methodology used in the program. The TSMR pilot is expected to last through the third quarter of 2022.

- BIO successfully published the seventh Traffic Stop Analysis Report ("TSAR") during the second Quarter of 2022. This TSAR analyzed traffic stops occurring during the 2021 calendar year.

- The Research and Reporting Unit ("RRU") within the Bureau of Internal Oversight was further developed to provide expertise to the MCSO in reviewing and analyzing traffic stop data. This unit has worked collaboratively with the Monitoring Team and Parties in the development of methodologies for the TSMR and TSAR, as well as quarterly "deep dive" reports on traffic stop topics of interest ("TSQRs"). This reporting period, the RRU completed three TSQRs that focused on disparities at the district level, in citations issued, and in arrests. The RRU works with the assistance of our research and analytical partner, CNA Analytics and Solutions ("CNA"). The RRU is expected to eventually assume all responsibilities for collecting and analyzing traffic stop data as well as meeting the research needs of the Office.

- The MCSO continued to timely create and update its policies and procedures. Policy Assessments are critical to establishing foundations for employees to have a clear understanding of expectations and procedures. To ensure compliance with the Court's Order, the MCSO continues to comprehensively review all Office patrol operations policies and procedures. Court Order related policies and procedures are also submitted to the Monitoring Team and Parties for review and approval. During this review period, MCSO reviewed approximately 185 Office Policies in preparation for revision, continued with its annual review of all Critical Policies, and published 74 Briefing Boards and 128 Administrative Broadcasts. This includes the publication of 38 Court Order related Office Policies, 10 Briefing Boards, and 17 MCSO Administrative Broadcasts that were directly related to the Court's Order.

- The MCSO focused in particular on implementing the New Office Policy GC-4(S), *Employee Performance Management for Sworn Personnel*, which was published in December of 2021, and delivered a corresponding training curriculum for supervisors. The MCSO's Human Resources Bureau also continued its work to configure a new online performance appraisal system for sworn performance appraisals.

- The MCSO continues to collaborate with several community advisory boards, including the Court-ordered Community Advisory Board ("CAB"). A member of the MCSO's Executive Command is appointed as the single point of contact responsible for facilitating and organizing meetings, providing documents for review, and soliciting feedback from CAB members. The Sheriff also periodically speaks with the CAB to address feedback received. MCSO is sensitive to requests from CAB members and makes an effort to address them in a timely fashion.

- The MCSO's quarterly reports and the Monitor's quarterly reports are placed on the online learning tool, The HUB, to allow all employees access to the reports. Employees at the rank of Lieutenant and above are required to read these reports. The MCSO leadership made these reports required reading by Lieutenants and above because they want all leadership at the MCSO to understand the importance of gaining compliance with the Court's Order along with what steps need to be taken to achieve compliance in areas in which they may have influence.

- The MCSO continues to implement the CID Liaison Program with the Patrol Districts. Due to the COVID-19 pandemic, the program is limited to emails, phone calls, and sharing of documents. This CID Liaison Program continues to extend to several other divisions within the Compliance Bureau, under the same parameters, to include BIO and the PSB. The effects of this program continue to be positive and the MCSO plans to develop and expand these practices with the expectation that it will help future gains in compliance.

- The MCSO's Training Division completed the documentary-style video that focused on the Town of Guadalupe. The video was created as part of MCSO's Constitutional Policing Plan. The MCSO sought input from the Monitor Team, Parties, and CAB on the video, which includes interviews of Guadalupe residents. The MCSO will implement this video as part of the 2022 ACT and will continue its efforts in working with the Monitor, Parties, and CAB on future projects.

- MCSO's PSB implemented several initiatives during this reporting period aimed at compliance with the Court's Order, including implementation of an enhanced case processing tracking mechanism, an audit of open cases, elimination of the backlog of cases delayed in the review stage(s), restructuring and reorganization of staff responsibilities and assignments to maximize investigative capabilities; hiring to fill positions that became vacant due to retirements or resignations as well as hiring additional staff, and contracting with an outside vendor to bring on contracted investigators to assist with investigations of misconduct complaints.

The below chart is excerpted from the Monitor's Thirty-Second Quarterly Report (Doc. 2802). It displays the compliance assessments in the Monitor's quarterly reports covering the reporting periods from the time Sheriff Penzone took office. The chart reflects that the MCSO has successfully maintained compliance in many areas and continues to make progress in its compliance efforts on others.

| | | | Report 12 | Report 13 | Report 14 | Report 15 | Report 16 | Report 17 | Report 18 | Report 19 | Report 20 | Report 21 | Report 22 | Report 23 | Report 24 | Report 25 | Report 26 | Report 27 | Report 28 | Report 29 | Report 30 | Report 31 | Report 32 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October 2, 2013 "First Order" | Phase 1 | | 79% | 88% | 85% | 85% | 85% | 85% | 97% | 97% | 97% | 96% | 96% | 96% | 96% | 96% | 98% | 98% | 98% | 98% | 99% | 99% | 99% |
| | Phase 2 | | 57% | 67% | 62% | 65% | 64% | 66% | 77% | 75% | 78% | 76% | 77% | 79% | 82% | 81% | 78% | 79% | 77% | 77% | 79% | 81% | 80% |
| July 20, 2016 "Second Order" | Phase 1 | | 12% | 72% | 75% | 77% | 77% | 78% | 78% | 99% | 99% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| | Phase 2 | | 60% | 63% | 66% | 72% | 75% | 80% | 81% | 90% | 89% | 91% | 91% | 92% | 93% | 90% | 91% | 92% | 90% | 89% | 91% | 92% | 93% |

Per the Monitor's Thirty-Second Quarterly Report, MCSO is in "Full and Effective Compliance," with 72 Paragraphs of the Court's Order of the 208 paragraphs the MCSO is rated on. "Full and Effective Compliance" means that the MCSO has successfully complied with the requirements in the paragraph for over three years.

The MCSO is committed to achieving its goal of "Full and Effective Compliance" with all paragraphs in the Court's Order, and this is a top priority for Sheriff Penzone. The MCSO continues to dedicate financial and personnel resources to advance the organization towards compliance. The MCSO's path to compliance is a truly collaborative effort among the MCSO, the Monitor Team, and the attorneys representing the Plaintiffs and the Department of Justice, including technical assistance from the Monitor when requested and substantive suggestions from the Parties and CAB groups.

# COURT IMPLEMENTATION AND DOCUMENT PRODUCTION

In October 2013, the MCSO formed a division titled the Court Compliance and Implementation Division consistent with Paragraph 9. In February 2015, MCSO changed the name of this division to the Court Implementation Division, or "CID." The CID is currently comprised of 11 MCSO personnel with interdisciplinary backgrounds and various ranks: 1 Captain, 2 Sergeants, 2 Deputies, 5 Management Analysts and 1 Administrative Assistant.

Members of the CID work very closely with MCSO legal counsel and MCSO Command Staff to ensure that MCSO maintains a sustained effort to achieve its goal of full and effective compliance with the Court's Order. CID coordinates site visits and other activities with the Monitoring Team and Parties, as the Court's Order requires.

The CID strives to maintain a positive and professional working relationship with the Monitor and Parties. CID is committed to its vital role in the reform process and reaching MCSO Executive Command's directive and sincere goal to achieve full and effective compliance with the Court's Order expeditiously. CID and BIO continue to increase their role in assisting commanders from various divisions and districts in identifying areas for improvement in connection with the Office's efforts towards compliance and in working collaboratively with the Monitor and Parties to identify different methods to work towards compliance with Court's Order.

The CID, with the Sheriff's approval, ensures the proper allocation of document production requests to the appropriate MCSO units to achieve full and effective compliance with the Court's Order. Thus, the efforts to achieve compliance and to fulfill the Monitor's requests involve the efforts of MCSO divisions, bureaus, personnel, and command staff, as well as personnel from the Maricopa County Attorney's Office ("MCAO"). This shared effort and allocation of assignments are set forth in Table 1:

**TABLE 1: MCSO UNIT ASSIGNMENTS FOR COURT'S ORDER**

| MCSO UNIT ASSIGNMENTS FOR COURT'S ORDER | |
|---|---|
| **SECTION** | **UNIT NAME** |
| III. MCSO Implementation Unit and Internal Agency-Wide Assessment (First Order) | CID<br>MCAO |
| IV. Monitor Review Process (First Order) | CID<br>MCAO |
| V. Policies and Procedures (First Order) | CID<br>Human Resources Bureau, Administrative Services Division (ASD), Policy Development Section (PDS)<br>MCAO |
| VI. Pre-Planned Operations (First Order) | CID<br>ASD, PDS<br>Detective and Investigations Bureau |
| VII. Training (First Order) | CID<br>MCAO<br>Training Division |
| VIII. Traffic Stop Documentation and Data Collection and Review (First Order) | CID<br>BIO |
| IX. Early Identification System ("EIS") (First Order) | CID<br>BIO/Early Intervention Unit (EIU) |

| MCSO UNIT ASSIGNMENTS FOR COURT'S ORDER | |
|---|---|
| **SECTION** | **UNIT NAME** |
| X. Supervision and Evaluation of Officer Performance (First Order) | CID<br>Command Staff<br>Human Resources Bureau, ASD, PDS and Personnel Services Division<br>BIO/EIU<br>Enforcement Bureau<br>MCAO<br>Training Division |
| XI. Misconduct and Complaints (First Order) | CID<br>Command Staff<br>PSB<br>Supervisors in each unit |
| XII. Community Engagement (First Order) | CID<br>Community Outreach Division (COrD) |
| XV. Misconduct Investigations, Discipline, and Grievances (Second Order) | CID<br>PSB<br>Training Division<br>CorD<br>MCSO Command Staff and District Commanders<br>ASD, PDS |
| XVI. Community Outreach and the Community Advisory Board (Second Order) | CID<br>CorD<br>PSB |
| XVII. Supervision and Staffing (Second Order) | CID<br>Command Staff<br>Human Resources Bureau, ASD and Personnel Services Division<br>BIO/EIU<br>Enforcement Bureau |
| XVIII. Document Preservation and Production (Second Order) | CID<br>Command Staff<br>Human Resources Bureau, ASD and Personnel Services Division |
| XIX. Additional Training (Second Order) | CID<br>MCAO<br>Training Division |
| XX. Complaint and Misconduct Investigations Relating to Members of the Plaintiff class (Second Order) | CID<br>MCAO<br>PSB |

The First Order, Section IV, directs MCSO to submit various policies and procedures to the Monitor for review. The CID is responsible for facilitating the MCSO data collection and document production. During this annual reporting period, the CID responded to numerous combined document requests and produced approximately

500,000 pages of documents. In addition to the Monitor's document requests, the CID facilitates the production of training material and policies and procedures to the Monitor for review and approval.

Consistent with Paragraph 14 of the Court's Order, the MCSO responded expeditiously to all requests for documentation. Consistent with Paragraph 15, the MCSO also completed resubmissions when requested (e.g., format changes to document requests, changes to training curriculum via the consultant, etc.). In accordance with Paragraphs 19 and 30 of the Court's Order, the CID, working with the Policy Development Section, reviewed applicable Office Policies and Procedures. (*See* Annual Policy Assessment section of this report for further details.) Additionally, as required by Paragraphs 16 and 31, the MCSO promptly disseminated Office Policies and Procedures, and other documents following Monitor approval.

# INSPECTIONS AND QUALITY ASSURANCE AUDITS

Consistent with the Court's mandate to engage in periodic audits, on September 29, 2014, the MCSO created the BIO to provide timely and professional auditing, inspections, technical and review services. The BIO provides assessments of employee performance, management performance, and division performance, among other topics, with a goal of promoting the integrity, economy, efficiency and effectiveness of Office programs, services and activities. The BIO inspections and audits allow the MCSO to assess whether personnel are in compliance with the Court's Order and MCSO Policy.

The BIO includes three MCSO units, the Audits and Inspections Unit ("AIU") the Early Intervention Unit ("EIU") and the Traffic Stop Analysis Unit ("TSAU"). The BIO team is comprised of a combination of sworn, detention and civilian staff.

The AIU's primary function is to conduct audit and non-audit services for the Office. The AIU conducts audits and routine compliance inspections on an ongoing basis. The purpose of the audits is to determine compliance with Office policy, promote proper supervision, and support compliance with the Court's Order.

The EIU is responsible for the implementation, maintenance, and operation of the Early Identification System ("EIS") and for providing training and assistance to the EIS users. The unit conducts data analysis and where applicable, data input, and follow-up interventions to address problematic conduct and/or operating procedures.

The TSAU is responsible for implementation, support, and maintenance of the Traffic Stop Analysis program. The unit conducts data analysis, data input, and review of traffic stop data to address potentially problematic conduct or operating procedures. The TSAU assists in the research and development of the TSAR, TSMR, and TSQR. The unit also meets the research needs of the rest of the Office.

One of the most important functions of the BIO is that it enables MCSO to audit and inspect MCSO and MCSO personnel to assure compliance with the Court's Order. During this annual review period, BIO completed the following inspections to verify compliance with the Court's Order requirements and identify any deficiencies. Below each inspection description are the corresponding compliance findings of each inspection.

### *CAD/Alpha Paging Messaging Inspection*
CAD Messaging/Alpha Paging System Inspection: The CAD Messaging/Alpha Paging System inspection is to ensure that CAD and Alpha Paging Messaging system entries adhere to Office Policy and that those systems were not used by employees to discriminate or denigrate any persons, in compliance with the Court's Order. During the October 2019 Monitor Team Site Visit, it was agreed that the CAD Messaging/Alpha Paging Inspection would be changed from a monthly to quarterly inspection.



*Misconduct Investigations Inspection*
The purpose of this inspection is to determine if the selected administrative misconduct investigation cases were conducted in compliance with Office Policy and Paragraphs 33, 102, and 104 of the Court's Order. This inspection is completed monthly, and all cases closed during the two calendar months prior to the month of inspection are inspected. If more than 25 cases are closed, a random sample of 25 closed cases are selected by the Monitor for inspection.



*Incident Report Inspection*
The Incident Report Inspection seeks to ensure that incident reports adhere to Office Policy, federal and state law, promote proper supervision, and support compliance with Paragraphs 75, 93, 94, and 96 of the Court's Order. The current methodology for the Incident Report Inspection was approved on June 6, 2019. The Monitor randomly selects up to 20 Incident Reports turned down by the County Attorney for no probable cause, 20 in-custody reports and 20 criminal citations. Each inspection is reviewed using a 27-point inspection matrix. Using this matrix, compliance ratings are given for each inspection point and all inspections are calculated using validated, objective methodology. This methodology typically involves staff performing 1,080 total inspection points each month.



*Patrol Shift Roster Inspection*
The Patrol Shift Roster Inspection is conducted to ensure consistency with Office Policy GB-2, *Command Responsibility*, and with Paragraphs 82, 84, and 86 of the Court's Order. This inspection is conducted by reviewing all Patrol Shift Rosters for the month inspected. During the October 2019 Monitor Team Site Visit, it was agreed that a Patrol Shift Roster Inspection would be changed from a monthly to a quarterly inspection. The

quarterly inspection consists of a random selection of 12 calendar days per month, in which the shift rosters completed in those calendar days are inspected. Each roster is inspected using an inspection matrix with 4 compliance inspection points. Additional non-compliance related areas are inspected such as the accurate input of information in the roster. During this reporting period, MCSO transitioned the shift roster from an Excel based spreadsheet requiring supervisors to manually input every data point to a Praxis program which improved accuracy by automated data points for each selected employee.



*Employee Email Inspection*
The Employee Email Inspection is conducted to ensure that employee email accounts are utilized in compliance with Office Policy and Paragraphs 23 and 103 of the Court's Order. During the October 2019 Monitor Team Site Visit, it was agreed the inspection would be changed from a monthly to a quarterly inspection. A total of 50 employees' emails are randomly selected each quarter (17 employees for two months and 16 for the third month) for inspection.



*Complaint Intake Testing Inspection*
The Complaint Intake Testing Inspection is conducted to ensure consistency with Office Policy GH-4, *Bureau of Internal Oversight*, AIU Operations Manual, and with Paragraphs 254-260 of the Court's Order. This testing program is designed to assess whether MCSO employees are providing civilians appropriate and accurate information about the complaint process and whether MCSO employees are notifying PSB upon the receipt of a

civilian complaint. The Complaint Intake Testing Annual Report methodology was approved in March 2020 and is published annually on the MCSO website.



*Note: there were no Complaint Intake Tests conducted during Jul,Aug,Sep 2021*

***Supervisory Notes Inspection***

The Supervisory Notes Inspection is conducted on sworn, detention, and civilian personnel to ensure that Supervisory Note entries in the Blue Team application are compliant with Office Policy and with Paragraphs 69, 70, 72, 75, 79, 81, 97 and 103 of the Court's Order. This inspection is conducted by uniformly inspecting the Supervisor Note entries within the IAPro database for the randomly selected employees, utilizing the matrix developed by AIU in accordance with Office Policies CP-8, *Preventing Racial and Other Bias-Based Profiling*, EA-11, *Arrest Procedures* EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance* and EB-2, *Traffic Stop Data Collection*, GB-2, *Command Responsibility* and GJ-35, *Body-Worn Cameras*.







*Facility and Property Inspection*

The Facility and Property Inspections are conducted to ensure that all MCSO Sworn and Detention facilities are operating within Office Policy and that Property and Evidence is being properly secured and stored at the respective facility. These inspections additionally ensure that facilities are not being used in any way that discriminates against or denigrates anyone. The Facility and Property Inspection typically alternates monthly between Sworn and Detention facilities (July-Detention, August-Sworn, etc.). The AIU conducted one inspection between the months of March 1, 2020 – present. All of the scheduled facility inspections, both Sworn and Detention, are temporarily postponed due to the COVID-19 pandemic.



***TraCS Discussed Inspection***

The TraCS Discussed Inspection is completed to determine supervisory compliance with Office Policy and Paragraphs 69, 81, 85 of the Court's Order, as well as to promote proper supervision. This inspection is conducted using the TraCS System. A random sample of traffic stops selected by the Monitor is uniformly inspected utilizing the AIU matrix, in accordance with the procedures outlined in Office Policies EA-11, *Arrest Procedures*, EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance* and GB-2, *Command Responsibility*. The goal is to determine if a supervisor discussed the traffic stop with the deputy within 30 days of the stop being made.



***TraCS Reviewed Inspection***

The TraCS Reviewed Inspection is completed to determine supervisory compliance with Office Policy and Paragraphs 69, 81, 85 of the Court's Order, as well as to promote proper supervision. This inspection is conducted using the TraCS System. A random sample of traffic stops selected by the Monitor is uniformly inspected utilizing the AIU matrix, in accordance with the procedures outlined in Office Policies EA-11, *Arrest Procedures*, EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance* and MCSO Administrative Broadcast Number 16-56. The goal is to determine if a supervisor reviewed a traffic stop conducted by a deputy within 72 hours.



*Patrol Activity Log Inspection*

The Patrol Activity Log Inspection is conducted to ensure compliance with Office Policy and with Paragraphs 83 and 103 of the Court's Order, as well as promoting proper supervision. Patrol Activity Logs are uniformly inspected utilizing the AIU matrix, in accordance with procedures outlined in MCSO Administrative Broadcast Numbers 16-53, 16-100, and 17-48. The Monitor selects a sample of 35 deputies each month from all Patrol Districts/Divisions. All the patrol activity logs generated by each deputy during the month are inspected using the AIU matrix.



*EIS Alerts Inspection*

The EIS Alerts Inspection is conducted to ensure consistency with Office Policies GB-2, *Command Responsibility* and GH-5, *Early Identification System* and to promote proper supervision. The AIU conducts inspections of the EIS Alerts monthly. The Monitor selects a random sample of closed EIS Alerts for inspection. AIU uses the EIS Alerts Inspection Matrix to ensure that the selected EIS Alerts are returned to the EIU in the required timeframe. Starting in May 2020, BIO began to track all new EIS Alerts using project management software to assist Divisions in submitting the Alerts in the timeframes required by Office Policy. In addition to the system generated reminders, BIO utilizes liaisons to assist Divisions. BIO Commanders also will contact the Divisions as the due dates approach to offer assistance. MCSO expects that as Alerts opened prior to May 2020 are closed, and only Alerts generated after May 2020 are being inspected, compliance numbers should improve greatly.



*Post Stop Ethnicity Inspection*

The Post-Stop Ethnicity Inspection is conducted to ensure that Sworn personnel accurately record pre-stop and post-stop ethnicity selections during traffic stops on the Vehicle Stop Contact Forms and are adhering to Office Policies EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance*, EB-2, *Traffic Stop Data Collection*,

GJ-35, *Body-Worn Cameras*, CP-2, *Code of Conduct*, CP-5, *Truthfulness*, and CP-8, *Preventing Racial and Other Bias-Based Profiling*. To achieve accurate inspection results, the inspector will utilize data obtained from the TraCS system, Body-Worn Camera video, and a list of Hispanic surnames approved by the Monitor on May 20, 2019. These entries are uniformly inspected utilizing a matrix developed by the BIO.



## Semi Annual Bias-Free Reinforcement Inspection

The Semi Annual Bias-Free Reinforcement Inspection is conducted to ensure compliance by Sworn, Detention, Civilian, Reserve, and Posse personnel with the requirements of MCSO Policy CP-8 to unequivocally and consistently reinforce that biased-based profiling and/or discriminatory policing are unacceptable. It is important that all supervisors unequivocally reinforced to their subordinates that discriminatory policing is unacceptable through documentation in Blue Team Supervisor Note entries or Briefing Note entries in accordance with Office Policy as well as HUB Training requirements outlined in Administrative Broadcast 21-71.



## Constitutional Policing Plan Briefing Inspection

The Constitutional Policing Plan ("CPP") Briefing Inspection is conducted to ensure that CPP Roll Call briefings are being conducted. The purpose of the inspection is to ensure compliance with Office Policy and to promote proper supervision. It adheres to Paragraph 70 of the Court's Order. Six inspections were completed during this annual reporting timeframe period, in July, September, October, and December 2021, and April and May 2022.



**CPP Briefing Inspection MCSO Historical Trend**

*Targeted Integrity Inspection*

The AIU conducts Targeted Integrity Inspections on an as-needed basis to examine specific employees, or a group of employees, who has or have been identified through an analysis conducted by the BIO, the PSB, the EIS, or through other data collection methods, as displaying indications of, or concerns regarding, potentially improper or illegal behavior. All documents are inspected for adherence to Office Policies EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance*, EB-2, *Traffic Stop Data Collection*, GJ-35, *Body-Worn Camera* and Section 303 of the AIU Operations Manual. The AIU conducted 3 inspections during this annual reporting period, in July and November 2021, and March 2022. In two of the three conducted inspections, AIU determined that the disposition was a PROCEDURAL FAIL, meaning that the behavior did not comply with MCSO Policy but did not constitute criminal or serious misconduct.



**Targeted Integrity Inspection**

*Passenger Contact Inspection*

The AIU conducts Passenger Contact Inspections on a monthly basis to ensure proper supervision, adherence with MCSO policies, compliance with the Court's Order and established local and federal law. A total of 35 traffic stops are selected each month for review. To accomplish this inspection, TraCS data is examined for those traffic stops with passenger contact documented on the Vehicle Stop Contact Forms. The inspector analyzes the Vehicle Stop Contact Form, Citation/Warning, Incidental Contact Receipt, CAD printout, JWI Printout (if applicable) AIU-designed Matrix, Inspection Report Template Form, and Body Worn Camera footage files. AIU conducted its first Passenger Contact Inspection in December 2021.



*Search Inspection*

The AIU conducts Search Inspections on a monthly basis to ensure proper supervision, adherence with Office Policies, compliance with the Court's Order and established local and federal law. A total of 35 traffic stops are selected each month for review. To accomplish this inspection, TraCS data is examined for those traffic stops with a search documented on the Vehicle Stop Contact Forms. The inspector analyzes the Vehicle Stop Contact Form, Citation/Warning, Incidental Contact Receipt, CAD printout, JWI Printout (if applicable) AIU-designed Matrix, Inspection Report Template Form, and Body Worn Camera footage files. AIU conducted its first inspection in December 2021.



In an effort to adequately provide the public with current information about the audits and compliance inspections conducted by MCSO, updates are made to the BIO website on a routine basis to meet the requirements of the Court's Order. All audits and compliance inspections; the current MCSO Office Policy GH-4; *Bureau of Internal Oversight Audits and Inspections*, the current MCSO Office Policy GH-5; *Early Identification System*, the BIO organizational chart; and contact information for BIO can be found on the BIO website: http://www.mcsobio.org.

# ANNUAL POLICY ASSESSMENT

The Policy Development Section of the MCSO is comprised of 10 employees, who are responsible for reviewing and revising Office Policies. The Administrative Services Division Director oversees the Policy Development Section which consists of (1) section commander, (1) detention sergeant, (1) sworn sergeant, (1) detention officer, and (6) management analysts.

All MCSO Policies go through a six-stage process during the review and revision period. These stages consist of internal review, command review, Monitor and Party review, approval, publication, and electronic distribution. The policy database, Office Policy files, and MCSO publications are reviewed for inclusion, if necessary, within the policy. In addition, input is received from subject matter experts in the affected areas of the MCSO to include command personnel. Each Office Policy is reviewed for proper grammar, sentence structure, and formatting. Office Policies related to the Court's Order are subjected to additional review and approval by the Monitor. Since the amendment of the Second Order, the CAB has also played a part in the review of policies to provide recommendations that will increase community trust. Once the Office Policy has been finalized, approval is needed from the Policy Development Section chain of command, Executive Chiefs, and the Chief Deputy or designee.

Consistent with the requirements in Paragraph 18 of the Court's Order that MCSO deliver police services consistent with the Constitution, and the laws of the United States and Arizona, MCSO Policy and the Court's Order, MCSO is committed to ensuring equal protection under the law and bias-free policing. To ensure compliance with the Court's Order, MCSO continues to comprehensively review all Office patrol operations policies and procedures, consistent with Paragraph 19 of the Court's Order.

Consistent with the Court's Order, Paragraph 31 requirements regarding MCSO personnel's receipt and comprehension of the Office Policies and Procedures, the Training Division utilizes TheHUB system to distribute and require attestation of all *Briefing Boards* and published Office Policies. TheHUB system memorializes and tracks employee compliance with MCSO Office Policy and Procedures, and through TheHUB, employees acknowledge they understand and shall abide by the requirements of Office Policies and Procedures. MCSO provides the Critical, Detention, Enforcement, and General Policies through TheHUB as a resource for all MCSO personnel.

During this annual period, the Policy Development Section reviewed, revised, and published 38 Office Policies related to the Court's Order. These Office Policies were reviewed and approved by the Monitor. (*See* Table # 2):

**TABLE 2: DISSEMINATION OF COURT ORDER RELATED POLICIES FOR 2021/2022**

| POLICY NO. | POLICY NAME | PUBLISHED DATE |
|---|---|---|
| DISSEMINATION OF COURT ORDER RELATED POLICIES | | |
| CP-2 | *Code of Conduct* | 10/27/2021 |
| CP-2 | *Code of Conduct* | 04/26/2022 |
| CP-3 | *Workplace Professionalism* | 12/15/2021 |
| CP-5 | *Truthfulness* | 03/02/2022 |
| CP-8 | *Preventing Racial and Other Bias-Based Profiling* | 11/03/2021 |
| CP-11 | *Anti-Retaliation* | 01/05/2022 |
| EA-2 | *Patrol Vehicles* | 03/15/2022 |
| EA-11 | *Arrest Procedures* | 04/04/2022 |
| EB-1 | *Traffic Enforcement, Violator Contacts, and Citation Issuance* | 04/26/2022 |

| DISSEMINATION OF COURT ORDER RELATED POLICIES | | |
|---|---|---|
| **POLICY NO.** | **POLICY NAME** | **PUBLISHED DATE** |
| ED-2 | *Covert Operations* | 04/26/2022 |
| ED-3 | *Review of Cases Declined for Prosecution* | 12/03/2021 |
| GA-1 | *Development of Written Orders* | 01/11/2022 |
| GC-4 | *Employee Performance Appraisals* | 08/03/2021 |
| GC-4 | *Employee Performance Appraisals* | 04/26/2022 |
| GC-4(S) | *Employee Performance Management* | 11/09/2021 |
| GC-7 | *Transfer of Personnel* | 10/28/2021 |
| GC-11 | *Employee Probationary Periods* | 01/11/2022 |
| GC-12 | *Hiring and Promotional Procedures* | 07/22/2021 |
| GC-12 | *Hiring and Promotional Procedures* | 04/12/2022 |
| GC-13 | *Awards* | 03/16/2022 |
| GC-16 | *Employee Grievance Procedures* | 12/07/2021 |
| GC-17 | *Employee Disciplinary Procedures* | 04/05/2022 |
| GD-9 | *Litigation Initiation, Document Preservation, and document Production Notices* | 09/14/2021 |
| GE-3 | *Property Management and Evidence Control* | 06/28/2022 |
| GE-4 | *Use, Assignment, and Operation of Vehicles* | 04/05/2022 |
| GF-1 | *Criminal Justice Data Systems* | 02/09/2022 |
| GF-3 | *Criminal History Records Information and Public Records* | 03/16/2022 |
| GF-5 | *Incident Report Guidelines* | 03/23/2022 |
| GH-5 | *Early Identification System* | 12/15/2021 |
| GI-1 | *Radio and Enforcement Communications Procedures* | 12/07/2021 |
| GI-5 | *Voiance Language Services* | 12/07/2021 |
| GJ-2 | *Critical Incident Response* | 01/10/2022 |
| GJ-3 | *Search and Seizure* | 05/04/2022 |
| GJ-5 | *Crime Scene Management* | 06/28/2022 |
| GJ-24 | *Community Relations and Youth Services* | 04/06/2022 |
| GJ-33 | *Significant Operations* | 04/05/2022 |
| GJ-35 | *Body-Worn Cameras* | 02/01/2022 |
| GM-1 | *Electronic Communications, Data and Voice Mail* | 01/11/2022 |

During this annual period, the Policy Development Section completed a Statement of Annual Review (SOAR) for the following Office Policies requiring no changes during the reporting period. The following SOAR Office Policies were acknowledged and approved by the Monitor. (*See* Table # 3):

**TABLE 3: SOAR POLICES FOR 2021/2022**

| SOAR POLICIES | | |
|---|---|---|
| **POLICY NO.** | **POLICY NAME** | **APPROVAL DATE** |
| EB-2 | *Traffic Stop Data Collection* | 12/02/2021 |
| EB-7 | *Traffic Control and Services* | 03/01/2022 |

| GC-7 | *Transfer of Personnel* | 04/14/2022 |
|---|---|---|
| GD-9 | *Litigation Initiation, Document Preservation, and Document Production Notices* | 03/01/2022 |
| GH-4 | *Bureau of Internal Oversight Audits and Inspections* | 12/02/2021 |
| GG-1 | *Peace Officer Training Administration* | 12/02/2021 |
| GG-2 | *Detention/Civilian Training Administration* | 12/02/2021 |
| GI-7 | *Processing of Bias-Free Tips* | 12/02/2021 |
| GJ-26 | *Sheriff's Reserve Deputy Program* | 03/01/2022 |
| GJ-27 | *Sheriff's Posse Program* | 03/01/2022 |
| GJ-35 | *Body-Worn Cameras* | 05/03/2022 |
| GJ-36 | *Use of Digital Recording Devices* (Non Body-Worn Cameras) | 03/01/2022 |

During this annual period, the Policy Development Section has continued to review and revise the following Office Policies. (*See* Table # 4):

TABLE 4:  ORDER RELATED POLICIES UNDER REVIEW/REVISION FOR 2021/2022

| ORDER RELATED POLICIES UNDER REVIEW/REVISION | | |
|---|---|---|
| **POLICY NO.** | **POLICY NAME** | **DATE OPENED** |
| CP-2 | *Code of Conduct* | 01/14/2022 |
| CP-3 | *Workplace Professionalism* | 07/01/2021 |
| CP-5 | *Truthfulness* | 06/25/2021 |
| CP-8 | *Preventing Racial and Other Bias-Based Profiling* | 07/01/2021 |
| CP-11 | *Anti-Retaliation* | 06/25/2021 |
| EA-2 | *Patrol Vehicles* | 06/30/2021 |
| EA-3 | *Non-Traffic Contact* | 07/15/2019 |
| EA-11 | *Arrest Procedures* | 07/01/2021 |
| EB-1 | *Traffic Enforcement, Violator Contacts, and Citation Issuance* | 07/07/2021 |
| EB-2 | *Traffic Stop Data Collection* | 07/01/2021 |
| EB-7 | *Traffic Control and Services* | 07/01/2021 |
| ED-2 | *Covert Operations* | 07/01/2021 |
| ED-3 | *Review of Cases Declined for Prosecution* | 07/01/2021 |
| GA-1 | *Development of Written Orders* | 06/25/2021 |
| GB-2 | *Command Responsibility* | 07/27/2020 |
| GC-4 | *Employee Performance Appraisals* | 08/12/2021 |
| GC-4 (S) | *Employee Performance Management* | 10/02/2019 |
| GC-7 | *Transfer of Personnel* | 02/10/2022 |
| GC-11 | *Employee Probationary Periods* | 07/01/2021 |
| GC-12 | *Hiring and Promotional Procedures* | 08/19/2021 |
| GC-13 | *Awards* | 06/30/2021 |
| GC-16 | *Employee Grievance Procedures* | 07/07/2021 |
| GC-17 | *Employee Disciplinary Procedures* | 07/07/2021 |

| ORDER RELATED POLICIES UNDER REVIEW/REVISION | | |
|---|---|---|
| **POLICY NO.** | **POLICY NAME** | **DATE OPENED** |
| GD-9 | *Litigation Initiation, Document Preservation, and Document Production Notices* | 09/15/2021 |
| GE-3 | *Property Management and Evidence Control* | 07/01/2021 |
| GE-4 | *Use, Assignment, and Operation of Vehicles* | 07/01/2021 |
| GF-1 | *Criminal Justice Data Systems* | 07/01/2021 |
| GF-3 | *Criminal History Record Information and Public Records* | 06/30/2021 |
| GF-5 | *Incident Report Guidelines* | 07/01/2021 |
| GG-1 | *Peace Officer Training Administration* | 07/07/2021 |
| GG-2 | *Detention/Civilian Training Administration* | 07/07/2021 |
| GH-2 | *Internal Investigations* | 07/07/2021 |
| GH-4 | *Bureau of Internal Oversight Audits and Inspections* | 07/07/2021 |
| GH-5 | *Early Identification System* | 07/07/2021 |
| GI-1 | *Radio and Enforcement Communications Procedures* | 07/07/2021 |
| GI-5 | *Voiance Language Services* | 07/01/2021 |
| GI-7 | *Processing of Bias Free Tips* | 06/30/2021 |
| GJ-2 | *Critical Incident Response* | 03/09/2022 |
| GJ-3 | *Search and Seizure* | 07/01/2021 |
| GJ-5 | *Crime Scene Management* | 07/01/2021 |
| GJ-24 | *Community Relations and Youth Programs* | 06/30/2021 |
| GJ-26 | *Sheriff's Reserve Deputy Program* | 07/01/2021 |
| GJ-27 | *Sheriff's Posse Program* | 07/01/2021 |
| GJ-33 | *Significant Operations* | 07/01/2021 |
| GJ-35 | *Body-Worn Cameras* | 04/05/2022 |
| GJ-36 | *Use of Digital Recording Devices (Non Body-Worn Cameras)* | 07/01/2021 |
| GM-1 | *Electronic Communications, Data and Voicemail* | 07/01/2021 |

The CAB had access to the Office Policies below on the Maricopa County Sheriff's Office Website for input/recommendations throughout this annual reporting period. The Office Policies were separated by each quarter for input/and recommendations. (*See* Table # 5):

**TABLE 5: POLICIES FOR CAB INPUT/RECOMMENDATIONS FOR 2021/2022**

| POLICIES FOR CAB INPUT/RECOMMENDATIONS | | |
|---|---|---|
| **POLICY NO.** | **POLICY NAME** | **CAB QUARTERLY REVIEW** |
| CP-2 | *Code of Conduct* | 07/01/2021 |
| CP-8 | *Preventing Racial and Other Bias-Based Profiling* | 07/01/2021 |
| CP-11 | *Anti-Retaliation* | 07/01/2021 |
| EA-3 | *Non-Traffic Contact* | 10/01/2021 |
| EA-11 | *Arrest Procedures* | 10/01/2021 |

| EB-1 | *Traffic Enforcement, Violator Contacts, and Citation Issuance* | 10/01/2021 |
|------|------|------|
| GC-13 | *Awards* | 01/01/2022 |
| GH-2 | *Internal Investigations* | 01/01/2022 |
| GI-5 | *Voiance Language Services* | 01/01/2022 |
| GI-7 | *Processing of Bias-Free Tips* | 04/01/2022 |
| GJ-24 | *Community Relations and Youth Programs* | 04/01/2022 |

*The Briefing Board* is an official informational publication used by MCSO to announce revised, time-sensitive changes to MCSO Office Policy. The *Briefing Board* has the same force and effect as written Office Policy. During this reporting period, the Policy Development Section published **10** Court Order related *Briefing Boards*.

The following *Briefing Boards* were published during this reporting period. (*See* Table # 6):

**TABLE 6: MCSO BRIEFING BOARDS FOR 2021/2022**

| MCSO BRIEFING BOARDS | | |
|------|------|------|
| **BB NO.** | **SUBJECT** | **DATE ISSUED** |
| BB 21-46 | Immediate Policy Change – GE-3, *Property Management and Evidence Control* | 08/19/2021 |
| BB 21-47 | Immediate Policy Change – GJ-5, *Crime Scene Management* | 08/19/2021 |
| BB 21-52 | Immediate Policy Change – EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance* | 09/13/2021 |
| BB 21-60 | Policy Revision CP-8, *Preventing Racial and Other Bias-Based Profiling* | 11/03/2021 |
| BB 21-64 | Immediate Policy Change – GC-4(S), *Employee Performance Management* | 11/30/2021 |
| BB 21-67 | Special Briefing Board – Information Every Employee Needs To Know | 12/08/2021 |
| BB 22-04 | Immediate Policy Change – GC-13, *Awards* | 01/13/2022 |
| BB 22-08 | Immediate Policy Change – GB-2, *Command Responsibility* | 02/01/2022 |
| BB 22-16 | Immediate Policy Change – GJ-26, *Sheriff's Reserve Deputy Program* | 03/03/2022 |
| BB 22-36 | Immediate Policy Change – GC-4, *Employee Performance Appraisals* and GC-17, *Employee Disciplinary Procedures* | 05/24/2022 |

Further explanation of the Briefing Boards published during this reporting period:

- MCSO Briefing Board 21-46, published August 19, 2021, announced an immediate policy change to Office Policy GE-3, *Property Management and Evidence Control* regarding handling and packaging of firearms and ammunition.

- MCSO Briefing Board 21-47, published August 19, 2021, advised employees of a policy change to Office Policy GJ-5, *Crime Scene Management*, regarding handling and packaging of firearms and ammunition.

- MCSO Briefing Board 21-52, published September 13, 2021, with MCSO Administrative Broadcast 21-101, advised employees of a policy change to Office Policy EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance*, regarding acceptable identification and accepting Consular identification cards due to a change in ARS.

- MCSO Briefing Board 21-60, published November 03, 2021, announced the annual requirements for viewing of the Sheriffs video associated with the publication of Office Policy CP-8, *Preventing Racial and Other Bias-Based Profiling*, completion of associated test questions and acknowledgment.

- MCSO Briefing Board 21-64, published August 19, 2021, advised employees of a policy change to Office Policy GC-4(S), *Employee Performance Management*, specified that the rating supervisor shall be responsible for completing the Employee Performance Appraisal ("EPA").

- MCSO Briefing Board 21-67, published December 08, 2021, announced an annual reminder to all MCSO employees to ensure they familiarize themselves with Office Policies identified in the Briefing Board announcement as being critical to Office operations and the conduct of each employee.

- MCSO Briefing Board 22-04, published January 13, 2022, advised employees of an immediate policy change to Office Policy GC-13, *Awards*, advising that the Medical Aid Award is moved to the Minor Award category.

- MCSO Briefing Board 22-08, published February 01, 2022, advised employees of an immediate policy change to Office Policy GB-2, *Command Responsibility*, directing that body-worn camera reviews are to be completed as specified in Office Policy GJ-35, *Body-Worn Cameras*.

- MCSO Briefing Board 22-16, published March 03, 2022, advised employees of an immediate policy change to Office Policy GJ-26, *Sheriff's Reserve Deputy Program*, specific to vehicle use and off-duty employment authorization as directed by new Office Policy EA-18, *Law Enforcement Extra Duty and Off Duty Employment*.

- MCSO Briefing Board 22-36, published May 24, 2022, advised employees of an immediate policy change to Office Policies GC-4, *Employee Performance Appraisals* and GC-17, *Employee Disciplinary Procedures.* The change advised employees that when the budget allows for a performance-based salary increase, the Office will utilize the criteria adopted by the Maricopa County Board of Supervisors to determine employee eligibility. Additionally, employees who served a suspension and obtained a "Meets Standards" during the applicable performance rating period may be eligible to receive a reduced salary increase as determined by the Sheriff or designee.

The MCSO Administrative Broadcast is an official Office informational publication used by MCSO for Office-wide announcements including, but not limited to, written directives, critical information, procedural clarifications, and updates. During this reporting period, the Policy Development Section published 10 Court Order related MCSO Administrative Broadcasts.

The following MCSO Administrative Broadcasts were published during this reporting period. (*See* Table # 7):

**TABLE 7: MCSO ADMINISTRATIVE BROADCASTS FOR 2021/2022**

| MCSO ADMINISTRATIVE BROADCASTS | | |
|---|---|---|
| **AB NO.** | **SUBJECT** | **DATE ISSUED** |
| AB 21-82 | Constitutional Policing Plan Implicit Bias Roll Call Briefing | 07/15/2021 |
| AB 21-93 | Reminder: Constitutional Policing Plan Cultural Competency Roll Call Briefing | 08/13/2021 |
| AB 21-101 | SB1420 Amend ARS 41-5001 | 09/13/2021 |
| AB 21-112 | REMINDER GE-3, *Property Management and Evidence Control* Impounding Property and/or Evidence Items | 10/12/2021 |

| MCSO ADMINISTRATIVE BROADCASTS | | |
|---|---|---|
| **AB NO.** | **SUBJECT** | **DATE ISSUED** |
| AB 21-115 | PRAXIS New Tools and Enhancements | 10/27/2021 |
| AB 21-119 | UPDATE: PRAXIS New Tools and Enhancements | 11/03/2021 |
| AB 21-123 | Constitutional Policing Plan Cultural Competency Roll Call Briefing | 11/10/2021 |
| AB 21-128 | REMINDER/UPDATE Constitutional Policing Plan Cultural Competency Roll Call Briefing | 12/07/2021 |
| AB 21-129 | REMINDER: Review and Acknowledgement Requirements for Office Policy CP-8, *Preventing Racial and Other Bias-Based Profiling* | 12/07/2021 |
| AB 22-20 | Office Policy CP-8 Required Video Viewing and Supervisor Documented Discussions Or Briefings | 03/03/2022 |
| AB 22-21 | Constitutional Policing Plan Cultural Competency Roll Call Briefing | 03/10/2022 |
| AB 22-25 | REMINDER – Office Policy CP-8 Required Video Viewing and Supervisor Documented Discussions or Briefings | 03/21/2022 |
| AB 22-28 | REMINDER – Constitutional Policing Plan Implicit Bias Roll Call Briefing | 03/28/2022 |
| AB 22-29 | REMINDER/ UPDATE– Office Policy CP-8 Required Video Viewing and Supervisor Documented Discussions or Briefings | 04/01/2022 |
| AB 22-36 | FINAL REMINDER – Office Policy CP-8 Required Video Viewing and Supervisor Documented Discussions or Briefings Constitutional Policing Plan Roll Call Briefing | 05/03/2022 |
| AB 22-50 | Constitutional Policing Plan Roll Call Briefing — Fair and Impartial Decision Making | 06/07/2022 |
| AB 22-61 | Reminder – Constitutional Policing Plan Roll Call Briefing — Fair and Impartial Decision Making | 06/27/2022 |

Further explanation of the MCSO Administrative Broadcasts published during this reporting period:

- MCSO Administrative Broadcast 21-82, published July 15, 2021, announced a CPP 2021 roll call briefing related to trends in traffic stop data. The most recent annual traffic stop study had concluded that Latino drivers receive different post-stop outcomes than white drivers. This was deployed to all supervisors who supervise Sworn personnel for a required briefing with their Sworn staff. This is the second of three roll call briefings to be completed in 2021.

- MCSO Administrative Broadcast 21-93, published August 13, 2021, was a reminder to MCSO Administrative Broadcast 21-82, published July 15, 2021, announcing a CPP 2021 roll call briefing related to trends in traffic stop data. This was deployed to all supervisors who supervise Sworn personnel for a required briefing with their Sworn staff. This is the second of three roll call briefings to be completed in 2021.

- MCSO Administrative Broadcast 21-101, published September 13, 2021, was provided to Sworn employees as additional information regarding *The Briefing Board* 21-52, published September 13, 2021. The Arizona Governor signed Senate Bill 1420 into law which effectively amends Arizona Revised Statute 41-5001.

- MCSO Administrative Broadcast 21-112, published October 12, 2021, was published as a reminder to Office employees when impounding property and/or evidence items such as backpacks, purses, and luggage, each individual item contained within, shall be inventoried and packaged separately.

- MCSO Administrative Broadcast 21-115, published October 27, 2021, was published to inform all supervisors and other Praxis authorized users about the update to the process for new tools and enhancements available to help manage employee performance and prepare EPAs.

- MCSO Administrative Broadcast 21-119, published November 03, 2021, was published as an update to AB 21-115 informing all supervisors and other Praxis authorized users about the new tools and enhancements available to help manage employee performance and prepare EPAs.

- MCSO Administrative Broadcast 21-123, published November 10, 2021, announced a CPP 2021 roll call briefing related to trends in traffic stop data. The most recent annual traffic stop study had concluded that Latino drivers receive different post-stop outcomes than white drivers. This was deployed to all supervisors who supervise Sworn personnel for a required briefing with their Sworn staff. This is the third of three roll call briefings to be completed in 2021.

- MCSO Administrative Broadcast 21-128, published December 07, 2021, was a reminder to MCSO Administrative Broadcast 21-123, published November 10, 2021, announcing a CPP 2021 roll call briefing related to trends in traffic stop data. This was deployed to all supervisors who supervise Sworn personnel for a required briefing with their Sworn staff. This is the third of three roll call briefings to be completed in 2021.

- MCSO Administrative Broadcast 21-129, published December 07, 2021, was a reminder to Office employees to complete the requirements for Office Policy CP-8, *Preventing Racial and Other Bias-Based Profiling* distributed through *The Briefing Board* 21-60 published November 03, 2021.

- MCSO Administrative Broadcast 22-20, published March 03, 2022, announced the required video viewing and supervisory documented discussions or briefings specific to the requirements of Office Policy CP-8, *Preventing Racial and Other Bias-Based Profiling*, in order to reinforce that racial and bias-based profiling and/or discriminatory policing are unacceptable. Attached reference material was also provided with this announcement.

- MCSO Administrative Broadcast 22-21, published March 10, 2022, announced a CPP 2022 roll call briefing related to trends in traffic stop data. The most recent annual traffic stop study had concluded that Latino drivers receive different post-stop outcomes than white drivers. This was deployed to all supervisors who supervise Sworn personnel for a required briefing with their Sworn staff. This was the first of three roll call briefings to be completed for 2022.

- MCSO Administrative Broadcast 22-25, published March 21, 2022, announced a reminder to Administrative Broadcast 22-20, announcing the required video viewing and supervisory documented discussions or briefings specific to the requirements of Office Policy CP-8, *Preventing Racial and Other Bias-Based Profiling*, in order to reinforce that racial and bias-based profiling and/or discriminatory policing are unacceptable.

- MCSO Administrative Broadcast 22-28, published March 28, 2022, announced a reminder to MCSO Administrative Broadcast 22-21, published March 10, 2022, announcing a CPP 2022 roll call briefing related to trends in traffic stop data. This was deployed to all supervisors who supervise Sworn personnel for a required briefing with their Sworn staff. This was the first of three roll call briefings to be completed for 2022.

- MCSO Administrative Broadcast 22-29, published April 01, 2022, announced a reminder/update for the required video viewing and supervisory documented discussions or briefings specific to the requirements of Office Policy CP-8, *Preventing Racial and Other Bias-Based Profiling*, in order to reinforce that racial and bias-based profiling and/or discriminatory policing are unacceptable. Attached reference material was also provided with this announcement.

- MCSO Administrative Broadcast 22-36, published May 03, 2022, announced the final reminder for the required video viewing and supervisory documented discussions or briefings specific to the requirements of Office Policy CP-8, *Preventing Racial and Other Bias-Based Profiling*, in order to reinforce that racial and bias-based profiling and/or discriminatory policing are unacceptable. Attached reference material was also provided with this announcement.

- MCSO Administrative Broadcast 22-50, published June 07, 2022, announced a CPP 2022 roll call briefing. The required briefing followed the viewing of the Fair and Impartial Decision-Making video titled, "*Sheriff Offers Job to Man Mistaken for Suspected Burglar*." This announcement completion requirement was specific to all Sworn supervisors and all supervisors who supervise deputies, reserve deputies, and Deputy Services Aides (DSAs).

- MCSO Administrative Broadcast 22-61, published June 27, 2022, announced a reminder to MCSO Administrative Broadcast 22-50, published June 07, 2022, announcing a CPP 2022 roll call briefing. This announcement completion requirement was specific to all Sworn supervisors and all supervisors who supervise deputies, reserve deputies, and DSAs.

During this reporting period, the Policy Development Section has taken major steps toward compliance with the Court's Order by:

- Revising Office Policy CP-8, *Preventing Racial and Other Bias-Based Profiling*, to clearly prohibit discriminatory policing, pursuant to Paragraph 21 of the Court's Order. On November 3, 2021, Briefing Board 21-60 was published to require all employees to log into TheHUB to view the Sheriff's video, answer associated test questions, and acknowledge the viewing of the video and Office Policy CP-8, *Preventing Racial and Other Bias-Based Profiling*. The publication of MCSO Administrative Broadcast 22-20, published March 3, 2022, advised that supervisors shall unequivocally and consistently reinforce to subordinates that racial and bias-based profiling and/or discriminatory policing are unacceptable. Such direction shall occur, at a minimum, once in the first half of the calendar year and once in the second half of the calendar year.

- The publication of MCSO Administrative Broadcast 22-20, published March 03, 2022, advise that supervisors shall unequivocally and consistently reinforce to subordinates that racial and bias-based profiling and/or discriminatory policing are unacceptable. Such direction shall occur, at a minimum, once in the first half of the calendar year and once in the second half of the calendar year.

- To further reinforce the requirements of Paragraph 70 of the First Order, the MCSO has implemented the CPP. Sworn employees, reserve deputies, and deputy services aides were required to complete video viewing and discussions with their supervisors related to Roll Call Briefings through the publications of MCSO Administrative Broadcasts, AB 21-82 published July 15, 2021, AB 21-123 published November 10, 2021, and AB 22-50 published June 07, 2022.

- Reviewing and revising policy related to traffic enforcement (EB-1, *Traffic Enforcement, Violator Contacts, and Citation issuance*, EB-2, *Traffic Stop Data Collection,* GH-5, *Early Intervention System*), to prohibit racial profiling in the enforcement of traffic laws, pursuant to Paragraph 25 of the Court's

Order.

- Reviewing and revising policies and procedures as necessary upon notice of a policy deficiency during audits or reviews, pursuant to Paragraph 34 of the Court's Order.

The Policy Development Section will continue to review all patrol operations policies and procedures and make appropriate amendments as needed to ensure they reflect the Court's permanent injunction and the Court's Order and remain current with professional standards and the laws of the State of Arizona and the United States Constitution.

During this annual period, the Policy Development Section reviewed approximately 185 MCSO Office Policies in preparation for revision, continued with its annual review of all Critical Policies, and published 74 Briefing Boards and 128 Administrative Broadcasts.

This includes the publication of 38 MCSO Office Policies, 10 Briefing Boards, and 17 MCSO Administrative Broadcasts that were directly related to the Court's Order.

# PRE-PLANNED OPERATIONS

Paragraph 36 of the Court's Order requires that MCSO develop a written protocol including a statement of operational motivations and objectives, parameters for supporting documentation, operational plans, and instructions for supervisors, deputies, and posse members for any Significant Operation or Patrol involving 10 or more MCSO personnel. To comply with Paragraph 36, MCSO developed and disseminated Office Policy GJ-33, *Significant Operations*. GJ-33 includes protocol templates and instructions for Significant Operations and Patrols as the Court's Order, Section VI directs.

MCSO did not conduct any Significant Operations during this annual reporting period.

MCSO has been in Phase 1 and Phase 2 compliance with Section V (Pre-Planned Operations) of the Court's Order (delineated in Paragraphs 35-40), since December 31, 2014.

# TRAINING

The MCSO Training Division continues to create high quality classes and content in accordance with the Court's Order and is committed not only to achieving full and effective compliance with the Court's Order, but remains dedicated to the mission of keeping the MCSO on the leading edge of best practices. The past several years have presented many new challenges, mostly related to the Covid-19 pandemic. This year was no exception. The MCSO continues to host in-person training sessions in accordance with current CDC guidelines. Training Division staff have been organized and proactive regarding unforeseen employee illnesses and re-scheduling mandatory training sessions where necessary.

To accomplish the goal of full and effective compliance, the Training Division has continued to evolve and deliver quality and impactful training. The First Order requires the MCSO to develop three types of training: (1) Bias-Free Policing consistent with Paragraphs 48 and 49; (2) Detentions, Arrests, and Immigration-Related Laws consistent with Paragraphs 50 and 51; and (3) Supervisor and Command Level Training consistent with Paragraphs 52 and 53. The Second Order requires the MCSO to develop additional misconduct related training and misconduct investigations training for supervisors consistent with Paragraphs 178-182.

The MCSO has worked towards making changes to meet industry standards as well as incorporate Monitor and Party recommendations including non-binding recommendations when possible.

During this annual reporting period, the MCSO has secured an outside vendor to deliver content related to In-Custody Deaths to the staff of PSB for the 2022 PSB-8 Internal class. This instructor has been approved and the class is scheduled to occur on August 31, 2022. The content related to the 2022 PSB-8 External class is still under development but is expected to be delivered to staff on time.

The 2022 Supervisor Responsibilities: Effective Law Enforcement ("SRELE") was submitted for review and approval on May 24, 2022, and after receiving it back with only a few comments the MCSO is confident this offering will be approved soon and delivered on time to staff.

The 2022 Annual Combined Training  ("ACT") began with Train the Trainer ("TTT") held on May 16, 2022. This class is on track for one of the earliest deliveries to staff in its history. This is a testament to the quality of work put in by the Training Division. After the 2021 ACT was completed, the MCSO immediately began work on the 2022 class. The majority of the training will be delivered between July and September 2022, but within this annual reporting period, the Training Division has delivered five classes, which have received positive feedback from students.

The CPP has several goals that relate directly to training classes and other offerings of CPP materials. The Training Division has worked hard to streamline this process and the reporting for it. Annually there are three Roll Call Briefings related to topics of Implicit Bias, Fair and Impartial Decision Making, and Cultural Competency. There are three Captain's Meetings held addressing each of these topics as well. The Training Division has the responsibility of disseminating these materials and recently received approval to transition the reporting process from Blue Team Notes which require manual audits to TheHUB learning management system. This process will allow for more accurate reporting and lessen the workload on staff members.

The CPP also has an "Enhanced Training" component. This is a class focused on a particular community served by the MCSO. During this annual reporting period, the MCSO developed a class that focused on the community in the Town of Guadalupe. This class was built from the community's perspective and when they had a chance to see the class they were pleased and felt it captured their voices well. The MCSO believes in these classes that come completely from the community perspective and is beginning work on the next version of the class which will focus on the community of Gila Bend.

The Training Division continues to evolve with the guidance and assistance from the Monitoring Team and Parties. The vision that Constitutional Policing is the best and only way to provide law enforcement services guides MCSO's training and curriculum development.

| FY 2022 MCSO CORT TRAINING SUMMARY: | | | | |
|---|---|---|---|---|
| **COURSE TITLE** | **SESSIONS OFFERED** | **STUDENTS ATTENDED** | **HOURS COMPLETED** | **NOTES** |
| **2021 ACT** | 25 | 758 | 250 | 9/20/21 TTT |
| **2022 ACT** | 5 | 136 | 50 | 5/16/22 TTT |
| **Bias Free/4th & 14th** | 6 | 96 | 120 | |
| **EIS (2Hr)** | 2 | 21 | 4 | |
| **EIS (10Hr)** | 5 | 66 | 50 | 5/5/22 TTT |
| **EPA** | 4 | 56 | 36 | |
| **EEPM** | 6 | 180 | 24 | 10/27/21 TTT |
| **SRELE** | 6 | 179 | 36 | 10/27/21 TTT |
| **Blue Team** | 4 | 38 | 8 | |
| **BWC** | 6 | 58 | 24 | |
| **TraCS** | 7 | 65 | 42 | 3/1/22 TTT |
| **TraCS for Sup** | 2 | 16 | 6 | 3/1/22 TTT |
| **PSB 40** | 2 | 26 | 80 | |
| **PSB 8** | 6 | 194 | 48 | |

# TRAFFIC STOP DOCUMENTATION
# AND DATA COLLECTION AND REVIEW

During this reporting period, the BIO conducted twelve traffic stop-related inspections to comply with the Court's Order, Paragraph 64. The Monitor chose a random sample of traffic stops for each inspection. The inspections comply with MCSO Policies EB-1, *Traffic Enforcement, Violator Contacts, and Citations Issuance*, and EB-2, *Traffic Stop Data Collection*; and is consistent with the Court's Order, Paragraphs 54 a-m, 55, 56, and 57. Respective division commanders received BIO Action Forms for any deficiencies identified.

- During the third quarter of 2021, the overall compliance rate for the quarter was 98%. August's and September's compliance rates were 99%, and July's compliance rate was 95%.

- The fourth quarter of 2021 had an overall compliance rate of 99%. The monthly compliance rates were 99% for October, November, and December.

- The first quarter of 2022 had an overall compliance rate of 99%. The monthly compliance rates were 99% for January, February, and March.

- The second quarter of 2022 had an overall compliance rate of 99%. The monthly compliance rates were 99% for April, May, and June.



In addition to the Monthly Traffic Stop Data Inspections completed by the BIO, MCSO continues its partnership with CNA. CNA is an organization with over 75 years of experience helping federal, state, and local law enforcement agencies analyze and improve their organizations in a variety of areas. CNA aids in the analysis and review of Traffic Stops and Traffic Stop Data.

BIO's Traffic Stop Analysis unit has three graduate-level researchers who work with CNA to analyze traffic stop data. The TSAU will eventually take over all responsibilities for collecting and analyzing traffic stop data. The TSAU has contributed across all units in BIO where practical.

During this reporting period TSAU primarily focused on the TSMR, a data-driven program designed to analyze traffic stop data on a monthly basis and intervene with deputies who show warning signs or indicia of bias-based policing.

TSAU worked tirelessly to refine and implement the approved methodology for the TSMR. The approved methodology analyzes the traffic stop enforcement behavior of all patrol deputies over a rolling 12-month period. The analysis is designed to identify deputies whose traffic stops are racially or ethnically disparate from their peers on five benchmarks: stop length, citation rate, search rate, arrest rate, and seizure rate. During this annual reporting period, TSAU continued the pilot TSMR program that began in April 2021 and worked with the Monitoring Team and Parties to improve and adjust the methodology used in the TSMR. The pilot is expected to last through October 2022.

The TSAU has assisted or conducted 3 Traffic Stop Quarterly Reports over the last year.

- TSQR5, published in September 2021, analyzed District Level disparities observed using the Traffic Stop Annual Report (TSAR) 6 methodology. The findings and recommendations for each district were discussed with command staff with a focus on recommendations at the local level.

- TSQR6 was published in March 2022 and served as the quarterly report for Quarter 4 of 2021 and Quarter 1 of 2022 due to the extensive nature of the report. The research in this quarterly report aligned with the findings of the 6th TSAR, as the data used for both reports represented all stops from calendar year 2020. However, this report identified specific offenses and disparities in the outcomes of these stops not explored in the TSAR. Specifically, the MCSO examined not only disparities in stop outcomes, but also disparities in documented driving behavior. This examination was approved as a mechanism to identify potential MCSO responses to the disparity in citation outcomes identified in TSAR 6 and to identify potential methodological adjustments to the TSAR and TSMR.

- TSQR7 was published in June 2022. This research explored arrest data to identify why drivers were arrested to categorize the arrests for comparison and thereby help identify where arrest disparities arise. Three years of Traffic Stop Annual Report (TSAR) data were used to determine why drivers were arrested and document the types of arrests that were being made by MCSO deputies. The research shed light on arrest types that resulted in considerable detainment of drivers (e.g., booked arrests) or technical arrests (e.g., cited and released), the severity of the charges against drivers (misdemeanor or felony arrests), non-discretionary arrests (e.g., warrant arrests), arrests related to traffic offenses, drug arrests precipitated by traffic stops, and arrests that involved non-incidental searches (searches that were conducted at the discretion of the deputy rather than as a result of policy requirements for the given situation).

The Monitoring Team and Parties have agreed in principle on the topics for forthcoming quarterly reports that will be completed by either MCSO (TSAU) or CNA as methodologies are approved.

The MCSO has worked with the Monitor Team, the Parties, and CNA to develop the TSAR. The seventh TSAR was published during the second quarter 2022, and analyzed traffic stop data for calendar year 2021.

Additionally, the TSAU reports out on MCSO's Traffic Stop Survey which provides information on MCSO deputies' adherence to procedural justice principles as part of MCSO's CPP Goal 5: Delivering enhanced training on cultural competency and community perspectives on policing. The survey has been designed to capture the community's perspective on how well MCSO is meeting procedural justice principles. The four principles of procedural justice covered by the survey include: (1) treating people with dignity and respect, (2) giving individuals voice during encounters, (3) being neutral and transparent in decision making, and (4) conveying trustworthiness.

The TSAU also assisted with the CPP Goal 9: Building a workforce that provides constitutional and community-oriented policing and reflects the community we serve; by working with the MCSO Human Resources Bureau to develop, deploy and report out on an Employee Engagement Survey.

# EARLY IDENTIFICATION SYSTEM (EIS)

The EIU was created to assist in the identification of employees who may exhibit problematic behaviors that, if addressed and corrected, may assist employees in continuing to function in an efficient and productive manner. In addition, the EIU supports the effective supervision and management of employees, including the identification of and response to potentially problematic behaviors, including racial profiling and unlawful detentions and arrests.

The EIU is responsible for administration of the EIS along with development and updates of Office Policy GH-5, *Early Identification System*. EIU has continuously worked to revise, update and develop sections of the BIO/EIU Operations Manual, and create training courses which provide procedures and effective resources for the EIS. The EIS is designed to assist supervisors with consistently evaluating employees, conducting performance evaluations, identifying outstanding employee performance, identifying those whose performance warrants further review, intervention, and when appropriate, a referral to the PSB for alleged misconduct. It is the policy of the Office to use data from the EIS to support effective supervision, evaluation, and management of employees to promote lawful, ethical, and professional police practices; to identify behavior that represents a risk to the employee, community, or the Office; and to evaluate Office operating procedures.

EIU command regularly works with personnel from the CID, PSB, Training, Administrative Services Division, MCSO Human Resources, MCSO Technology Bureau, and the Policy Development Section to achieve shared goals related to the EIS. Additional assistance is provided by outside vendors CNA and CI Technologies.

During this reporting period, the IA Pro system triggered 440 alerts:

- The EIU forwarded 189 alerts to supervisors for further review.
- The EIU processed and quality-assured the following:

| INCIDENT TYPE | July/Sept 2021 | Oct/Dec 2021 | Jan/Mar 2022 | Apr/Jun 2022 | TOTALS |
|---|---|---|---|---|---|
| Academy Notes | 37 | 65 | 56 | 32 | **190** |
| Award Recipient | 74 | 128 | 28 | 1112 | **1342** |
| Briefing Notes | 469 | 702 | 604 | 539 | **2314** |
| Coaching | 52 | 49 | 3 | 116 | **220** |
| Commendation | 105 | 265 | 157 | 199 | **726** |
| Critical Incident | 16 | 8 | 5 | 4 | **33** |
| Data Validation | 15 | 5 | 14 | 20 | **54** |
| E I S Action | 41 | 37 | 75 | 65 | **218** |
| EIS Alert | 54 | 52 | 28 | 55 | **189** |
| Employee reported activity | 131 | 159 | 56 | 202 | **548** |
| Firearm discharge | 3 | 1 | 2 | 1 | **7** |
| Forced entry | 2 | 6 | 2 | 6 | **16** |
| Higher Award Nomination | 13 | 50 | 0 | 130 | **193** |
| IR Memorialization | 4 | 2 | 1 | 0 | **7** |
| Line Level Inspection | 588 | 667 | 393 | 398 | **2046** |
| MCAO Further Notice | 32 | 48 | 55 | 97 | **232** |
| MCAO Turndown Notice | 116 | 94 | 153 | 186 | **549** |
| Minor Award Nomination | 1 | 0 | 0 | 21 | **22** |

| INCIDENT TYPE | July/Sept 2021 | Oct/Dec 2021 | Jan/Mar 2022 | Apr/Jun 2022 | TOTALS |
|---|---|---|---|---|---|
| Performance Assessment Measure | 311 | 137 | 83 | 264 | **795** |
| Supervisor Notes | 11808 | 12595 | 13872 | 14603 | **52878** |
| Vehicle accident | 21 | 49 | 31 | 19 | **120** |
| Vehicle pursuit | 16 | 0 | 0 | 3 | **19** |
| **Total:** | **13909** | **15119** | **15618** | **18072** | **62718** |

During this reporting period, the EIU has continued efforts to maintain the day-to-day basic functions of the EIS and utilizes the system to its full potential and while continually working to improve the EIS through enhancement and modification. Aside from the day-to-day maintenance of the EIS, there are numerous ongoing projects that further the EIU goal to improve efficiency and support effective supervision.

Completed projects for this reporting period include updates to the Blue Team one- and two-hour training lesson plans. These courses are the introductory classes taught at the Sworn and Detention academy. Both lesson plans were due for an update and EIU staff worked with the Training Division to complete the project.

The EIU made progress on many of its ongoing projects this year. The lesson plan for the EIS Supervisor Class was approved and the "Train the Trainer" course has been completed. Instructors are now using the updated lesson plan. The EIS Threshold Analysis Project remains in progress. The proposal for analysis was approved in 2022. Currently, EIU staff are working the RRU to analyze threshold sensitivity using the approved process. The EIU staff tested and planned for the Blue Team Nextgen rollout during the second quarter 2022. EIU plans to update to NextGen in the third quarter 2022.

# SUPERVISION AND EVALUATIONS
# OF DEPUTY PERFORMANCE

Performance management is recognized as critical to the Office's operational effectiveness. Ensuring proper supervision requires providing supervisors with the training, resources, and skills necessary to managing employee performance in order to serve our communities in the most efficient, professional, and unbiased manner.

Building upon work started in 2019 by an MCSO workgroup established to explore improvements to the Office's EPA, the Human Resources Bureau continued its initiative aimed at improving supervisor effectiveness in evaluating employee performance while also streamlining methods so supervisors and employees benefit from an efficient performance management process. During this year, key topical areas towards this effort included:

- Adopting a revised performance management policy for Sworn personnel that promotes a philosophy of supervisors managing to consistent employee competencies and role-based performance expectations.

- Delivering performance management training on the new policy geared towards promoting a performance management attitude that includes:

  o Goal setting and performance planning at the beginning of the performance cycle;
  o An evaluation scale with ratings that permit recognition of variations in employee performance (i.e., successful, exceptional, improvement needed); and
  o An appraisal template with sections designed to promote consistency in how supervisors document required performance areas in a manner necessary to achieving compliance.

- Deploying a user-friendly electronic application for evaluators to prepare performance appraisals in an efficient and streamlined manner that includes ready access to supervisor notes.

Implementing Office Policy GC-4(S), *Employee Performance Management for Sworn Personnel*, and delivering a corresponding training curriculum, was the primary focus during the first half of this year. Following approval, the MCSO published the new Office Policy and released the related training in December 2021. The training was held in conjunction with the SRELE training offered across all levels of sworn supervisory personnel.

Concurrent with the efforts which led to the new policy and training, the Human Resources Bureau continued its work, with assistance from the Office's IT Bureau, to license and configure a new online performance appraisal system. Following the release of GC-4(S) and related training in the final quarter of 2021, focus shifted to the configuration of the appraisal application to replace the outdated system being used for Sworn performance appraisals. While work stalled early in the second half of this year due to a significant surge in COVID-19 cases among the workforce in January and February 2022, significant progress was made with system configurations and testing as the year progressed to its end.

Parallel to the system configuration, which includes developing a custom integration for supervisors to have access to their supervisor notes within the performance appraisal system, the Human Resources Bureau began to develop a second phase appraisal application training. This training, focused on reinforcing concepts from the earlier training while emphasizing use of the new Perform application, is targeted for delivery to Sworn supervisors concurrent with the release of the new appraisal system. As of June 2022, this second phase of training is targeted for delivery, again paired with SRELE, in late 2022 and is timed specifically to be delivered "just in time" for supervisors who will be preparing their first annual evaluations of staff under the new policy.

Finally, as an interim performance management related measure, the MCSO added to the questions that serve as prompts for the "Quality of Supervisory Review/Supervisor Accountability" rating within the currently approved

EPA format. This change was meant to specifically address recurring deficiencies in EPAs completed for supervisors and commanders. These additions serve as reinforcements of the direct requirements of the Court's Order intended to improve compliance until such time as the new performance management process is fully implemented.

Beyond the scope of work on performance management, the Human Resource Bureau furthered its recruitment and retention efforts consistent with the CPP Goal 9 to recruit and retain a diverse workforce.

In FY22, the following key initiatives were undertaken by the Human Resources Bureau:

- The MCSO continued its efforts with a third-party advertising agency to market careers as a Detention Officer and Deputy Sheriff. This effort included digital advertising, social media, radio, email, etc.

- The MCSO finalized a contract with a third-party vendor responsible for providing promotional tests to Sworn and Detention officers. The new promotional exam process was completed for the ranks of Detention Officer Captain, Sworn Sergeant, and Sworn Lieutenant. MCSO received positive feedback from candidates, subject-matter experts, and panelists.

- The MCSO contracted with a third-party recruiting agency to assist in finding suitable candidates to fill Detention Officer vacancies. The purpose of this partnership was to supplement current recruitment efforts and increase the candidate pipeline for Detention Officers. This relationship is still ongoing.

- The MCSO partnered with a local Arizona workforce development center (AZ@Work) to engage with residents and enhance interest in considering MCSO as an employer.

- The MCSO successfully implemented a Detention Officer Employee Referral Incentive Program that would allow a current MCSO employee to receive a monetary incentive if they were to refer a candidate for hire as a Detention Officer.

- The MCSO successfully collaborated with Maricopa County leadership to implement market adjustments (salary increases) for Detention Officers in the areas of highest turnover and increase the base pay rate. Additionally, a $3,000 sign-on incentive and $1,500 relocation assistance (residing out-of-county) were implemented for Detention Officer candidates.

- The MCSO successfully collaborated with Maricopa County leadership to implement market adjustments (salary increases) for Deputy Sheriffs in the areas of highest turnover and increase the base pay rate. Additionally, a $3,500 sign-on incentive (trainees) and $5,000 sign-on incentive (laterals) were implemented for Deputy Sheriff candidates.

- The MCSO implemented a revised version of policy GC-7, Transfer of Personnel to require all openings for specialized assignments to be processed through the Maricopa County jobs website, with centralized review of the applications by MCSO Human Resources to ensure consistency and objectivity before applicants are referred for potential consideration.

- The MCSO implemented a performance-based retention pay increase for employees currently meeting standards of at least 9.72% to their base pay rate. Civilian employees in market ranges with high turnover were provided with a more significant pay increase of between 12.5%-13.5% to support retention and allow for more competitive offers to be made to new hires.

- The MCSO implemented a pilot employee engagement survey for Custody Region IV. The results were reviewed with the bureau's command staff and employee focus groups are currently underway to solicit input and recommendations for enhancing areas of lower engagement.

The below table summarizes the MCSO hiring statistics during FY22:

| CLASSIFICATION | # HIRES FY22 | # HIRES FY21 | % CHANGE |
|---|---|---|---|
| Civilian | 178 | 106 | 67.9% increase |
| Detention Officer | 83 | 96 | 13.5% decrease |
| Deputy Sheriff* | 48 | 50 | 4% decrease |
| Overall | 309 | 252 | 22.6% increase |

*It is important to note that while the Deputy Sheriff/Trainee numbers above are specific to new hires/rehires only, during FY22, there were 15 current MCSO employees that transitioned to Deputy Sheriff Trainee.

While challenges still exist in the hiring of Detention Officers and Deputy Sheriffs, progress was made in the hiring of civilian staff when compared to FY21 hiring statistics.

The MCSO acknowledges and understands the seriousness of the staffing issues, particularly in Custody Services. These are problems faced by law enforcement and detention agencies across the country. MCSO is taking comprehensive steps, as described, to attempt to address these challenges.

The PSB contracted with a subject matter expert to assist with providing specialized misconduct training to all investigators in the organization that conduct misconduct investigations. The training focused on advanced interviewing strategies for misconduct investigations. During this reporting period, the training was delivered to members of the organization currently conducting misconduct investigations as well as several candidates that may be considered for a future assignment where they would conduct misconduct investigations.

Consistent with the Court's Order, Paragraph 251c, in 2020 the PSB created a survey to collect demographic information from its complainants to ensure that complainants are treated fairly and without bias. The survey is available on-line and in print format and sent to complainants upon closure of the investigation. During this annual reporting period, PSB received 24 responses from the approximately 288 surveys that were sent out.

During this reporting period, the PSB continued to experience an influx of complaints, resulting in a significant backlog of investigations and division case review. The PSB attempted to address the large case load by implementing the following:

- Hiring three civilian investigators to bring the total to five civilian investigators to assist with administrative investigations.

- Hiring three administrative staff members to provide case and administrative support to investigators.

- Initiating a strategic planning process to further enhance efficiency of operations within PSB by identifying top priority tasks/goals. PSB completed five top priority tasks/goals, which included:

  o The implementation of an enhanced case processing tracking mechanism;
  o An audit of all open cases assigned to investigators;
  o The completion/elimination of the backlog of cases delayed in the review stage(s);
  o The restructure/reorganization of staff responsibilities and assignments to maximize investigative capabilities; and
  o Hiring to fill positions that have become vacant due to retirements or resignations.

- Implementing an updated complaint intake process to more efficiently review, categorize, and identify complaints that (a) do not involve allegations of misconduct; (b) are more appropriately handled via a supervisory intervention; and (c) are more appropriately handled through the "fast track" investigative process established during this reporting period.

- Implementing a "fast track" investigative process to strategically investigate qualifying cases in accordance with the Court's Order but with a streamlined approach. This approach utilizes a small subset of PSB investigators combined with a strategic investigative plan resulting in the completion of these cases under the mandated investigative timelines.

- Utilizing a protocol for streamlining investigations and reducing unnecessary witness interviews, such as where evidence demonstrates clearly that misconduct either did nor did not occur.

- Utilizing a protocol of offering in-person interviews of external complainants, witnesses, and investigative leads, but when appropriate, conducting interviews over the phone to expedite information gathering.

- Utilized the Employee Retention and Performance Division under the Human Resources Bureau in a limited pilot program, to identify matters that can be appropriately addressed through Human Resource consultations rather than administrative investigations.

- Contracted with an outside vendor to provide five (5) contract investigators to assist with the current backlog of administrative investigations.

The PSB continued to publish on its website the Semi-Annual Public Report of Misconduct (as required by Paragraph 251 of the Court's Order) and monthly website summaries of completed investigations (as required by Paragraph 252).

To assure that MCSO's actions comply with the Court's Order and the high standards the Office expects, MCSO continued with a multi-step approach to address misconduct and complaints.

- First, PSB continues to require all division level investigations to be reviewed by the respective Bureau Commander prior to submission to the PSB for review. This promotes an additional level of review, accountability, and mentorship by the immediate chain of command of those involved in conducting the investigations to improve the quality and timeliness of the investigations conducted.

- Second, PSB reviews and provides feedback to division level investigators and their chains of command to improve the thoroughness of the investigations, obtain structure and consistency in format, ensure the inclusion of proper forms, and aid with future investigations. The intent of the feedback is to evaluate, educate, assist, and provide suggestions for future division level investigations. The PSB also documents the reviews and tracks investigative deficiencies, pursuant to the Second Order, Paragraph 211 to further assist the organization in achieving compliance.

The PSB also initiated a process to revise Office Policies GH-2, *Internal Investigations* and GJ-2, *Critical Incident Response*, to enhance efficiency and consistency in evaluating incidents such as inmate deaths that do not include allegations of employee misconduct. The MCSO submitted the revised policies to the Monitoring Team and Parties for review during this reporting period.

Pursuant to Paragraph 275 of the Second Order, the Monitor is vested with the authority to supervise and direct all administrative investigations pertaining to Class Remedial Matters ("CRMs"). The PSB continued to meet with the Monitoring Team to determine and establish protocols on how to proceed with the reporting, investigation, and review of CRM investigations (Paragraph 278). The PSB commander continues to meet regularly with members of the Monitoring Team to review and discuss CRM investigations and subsequent discipline in sustained investigations.

Consistent with the Court's Order, Paragraph 102, the MCSO mandates that any internal or external misconduct allegations must be reported to the PSB. Whenever misconduct is alleged, the PSB must assign an IA case number. During this annual reporting period, the PSB assigned 635 IA case numbers and completed and closed 498 IA cases. PSB assigned 17 CIA (criminal) cases and closed 31 CIA cases. The PSB also assigned 40 critical incidents and closed 33 critical incidents.

Consistent with the Court's Order, Paragraph 102, requiring all personnel to report without delay alleged or apparent misconduct by other MCSO personnel, during this reporting period, PSB received 229 internal complaints, demonstrating compliance with the Court's Order. Of the 229 internal complaints received, 221 were administrative investigations and 8 were criminal investigations. Additionally, PSB received 438 service complaints (Paragraph 188).

Consistent with the Court's Order, Paragraph 32, requiring that all patrol operations personnel report violations of policy; during this reporting period, PSB received 231 complaints from patrol personnel.

Consistent with Court's Order, Paragraph 33, requiring personnel engaging in discriminatory policing to be subject to administrative investigation and discipline; during this reporting period PSB received 24 complaints and completed 23 investigations alleging discriminatory policing.

Consistent with the Court's Order, Paragraphs 90, 91, and 249, requiring that PSB track as a separate category, allegations of unlawful stops, searches and seizures, or arrests; during this reporting period PSB received nine complaints and completed three investigations alleging unlawful stops, searches, seizures, or arrests.

Consistent with the Court's Order, Paragraph 24, requiring a response to hotline complaints, during this reporting period the PSB received two complaints via the PSB hotline.

# COMMUNITY ENGAGEMENT

Community Engagement is an area the MCSO strives to promote with our Civilian Employees, Detention Officers, and Sworn Personnel. Deputies in the field are encouraged to develop positive relationships with community members and the local businesses we serve. In furtherance of the community activities and meetings we attend, the Community Outreach Division (COrD) is dedicated to building relationships and regaining the community's trust. This is not only a requirement of the Court's Order, but this is also consistent with Sheriff Penzone's vision and values to improve and build relationships within the community in a non-law enforcement environment.

MCSO's quarterly reports record community policing activities performed by MCSO Patrol Deputies across the county. During this annual assessment period, the MCSO registered several hundred events, where combined public attendance exceeded thousands. During this same period, the MCSO recorded numerous occasions of community policing utilizing the Computer Aided Dispatch System; those engagements totaled thousands of staff hours and are primarily attributed to the community policing activities of Patrol Deputies.

In all these endeavors, the MCSO puts forth the effort to build sustainable outreach programs, many of which are listed on the MCSO webpage. MCSO also utilizes social media to communicate and share information about events taking place within the community as well as about employees, public safety announcements, and recruitments.

There are many programs that benefit community members that are rarely spoken about, such as MCSO's liaison program with the Central American Consulates. This program has facilitated unprecedented access for the Consulate's staff to perform official duties and outreach within the jail system. The collaborative relationship with the Central American Consulates expanded to include their donation of Spanish language books for distribution to Mexican national inmates within the jail system, promoting literacy.

Several community advisory boards have been created at the direction of Sheriff Penzone, in addition to the Court-ordered Community Advisory Board. These community advisory boards advise the Sheriff on important matters that affect the community as well as being a voice to and for the communities they represent. Hispanic, African American and LGBTQ+ Advisory Boards are made up of Dreamers, businesspeople, activists, educators, and community leaders. Each person serving on these boards was identified by members in the community as individuals with strong voices and active members.

In July 2021, the Community Outreach Division was involved a few virtual community membership meetings that dealt with youth issues and concerns in the community with the following organizations HEAL Coalition, ABLE, In and Out Network, ACYR, ASU School of Law, Arizona Department of Corrections Rehabilitation and Reentry, and AZ Department of Economic Security.

In July 2021, the Community Outreach Division attended several presentations. The Community Outreach Division represents to the Sworn Deputies and Detention Officers the importance of volunteering their time at community events. COrD presentations are given to the recruits before their graduation. The COrD team has provided a Community Outreach presentation to graduating detention and deputy classes for several months. The exhibition includes contact information for District Community Outreach Liaisons, contact information for Detention Facility Liaisons, community events, contact the COrD, and advertising of the Community Outreach and Humanitarian Awards.

On July 13, 2021, Community Outreach Division Liaison Ron Gomez met with Mayor Molina of the Town of Guadalupe and Charles Cobbs of the Tempe Union High School District. The meeting encompassed discussion related to the violence at Marcos de Niza High School. Recently, an uptick in violence and disruptive behavior has been taking place at the educational institution, some of the youth associated with the violence live in the

Town of Guadalupe. All parties involved are seeking an answer to end the violence and troublesome behavior. The meetings are ongoing.

On July 21, 2021, the Community Outreach Division and other MCSO staff were honored to escort the late Detention Officer Joshua Kinnard's daughter, Julianna, on her first day of school. The Office wanted to show its support for Julianna on her first day as a kindergartener!

On July 23, 2021, the Community Outreach Division assisted AZLEOS in filling up over 2,500 backpacks with school supplies. The backpacks were then given to different law enforcement agencies so they would be able to assist children within their jurisdictions and communities to start school with the supplies needed to succeed.

On July 29, 2021, the Community Outreach Division attended the "Back to School" parent night at Joseph Zito Elementary School. MCSO partnered with Counselor Mrs. Egwu and she kindly asked the MCSO to attend the first parent night back after the pandemic. Joseph Zito Elementary School consists primarily of Spanish speaking students. Liaison Sergeant Isidro Caro was able to quickly present on our partnership with the school and donate over 1,000 children's books to all the students and relatives in attendance. Every student that was in attendance received several books to take home and promote literacy in the community.

On August 8, 2021, multiple divisions of the MCSO came together to assist a community in need. MCSO employees from Enforcement Support, District II, Community Outreach, and other areas came together to assist the Town of Gila Bend residents after a very serious flood had occurred. The flood unfortunately took lives of two people from the town and left multiple people without homes. MCSO came together to help community members impacted by helping with clearing debris from community partners' homes and assisted with loading large trash dumpsters. After several hours of cleaning, MCSO was able to assist multiple homeowners with lifting heavy objects and properly disposing of them.

On August 8, 2021, Community Outreach in collaboration with The Aguila Fire Department had their annual "Back to School" event in the Town of Aguila. Haircuts and backpacks filled with school supplies were given along with food, information, and a refreshing water day for the kids. Events like this allow MCSO to fully integrate within the communities it serves allowing the public to feel comfortable and giving the opportunity to ask any questions they would like in a "safe" environment for them.

On August 20, 2021, District II patrol Deputies and Detectives, Enforcement Support, Posse, Lake Patrol, MCSO Community Outreach, and MCSO Training staff visited the Town of Gila Bend to help clean up the devastation left behind from the unprecedented floods. This was an all-out team effort to help restore what was left of the area. We thank the staff for their willingness and eagerness to help those in their greatest time of need.

During the month of August, COrD assisted several schools with distributing school supplies.

August 08, 2021 -  Aguila Community Schools (in-person, 50 participants)
August 11, 2021 -  Franklin Elementary School (in-person, 100 participants)
August 25, 2021 -  Ignacio Conchos Elementary School Supplies (in-person, 75 participants)
August 26, 2021 -  Mobile Elementary School (in-person, 35 participants)

By participating in these events, it shows a positive connection to the community and school for law enforcement.

On September 11, 2021, Director James Collins attended an event held by the Southwest Family Advocacy Center. This event was centered around giving back to the children of the community. The center was presented with a check for $3,000, and the "Put on a Cape" characters were given another $3,000 to shop with the children at the Five Below store. The Avondale and Goodyear Police Departments were also a part of the event. Director

James Collins received a "thank you card" for MCSO's participation in this event, from the Director Reem of Southwest Family Advocacy Center.

On September 22, 2021, Sheriff Penzone and the COrD team were honored to attend the 6th Annual Law Enforcement Appreciation breakfast which is a "Recognition and Honor Breakfast" for municipal, county, state, and federal law enforcement officials throughout the State of Arizona. The intent of this breakfast was to recognize the hard work of law enforcement officers, first responders who function as representatives of the state daily and place their lives on the line to maintain law and order in our communities statewide.

On September 25, 2021, the Community Outreach Division along with Enforcement Support, took part in the Old Navy "Kids Safety" event. The team was stationed outside with the MCSO booking van, alongside the local fire department and ambulance services. This event was a hit with the kids as they were all allowed to enter and tour the booking van! The fire department allowed them to put on some equipment and ambulance services showed them how to use the equipment. The event was a hit with both parents/guardians and the kids! The MCSO Cadets also attended, and it was a wonderful thing to see community teens interacting with them and asking how to become a Cadet.

On September 29, 2021, the MCSO honored, celebrated, and remembered the Arizona Peace Officers alongside their family, friends, and loved ones. This year, the 47th Annual Peace Officers Memorial paid tribute to those who made the ultimate sacrifice in 2019 and 2020.

On September 30, 2021, Director Shannon Scheel and Officer Isidro Caro presented training to the Maryvale Cartwright District Promotors. The training included drug trafficking trends and drug prevention strategies. COrD also provided training to the group on using Naloxone/NARCAN, the opioid overdose reversal drug used to prevent Fentanyl overdose.

The Combined Charitable Campaign (CCC) ended on October 1, 2021. Many participated in these challenging times and donated to these worthy causes. MCSO continues to make a positive difference in the community. The MCSO surpassed its goal of $25,000 once again this year and raised $37,355.40 for its community partners. The MCSO also exceeded the participation goal of 10% and reached a 13% participation rate.

On October 06, 2021, the Community Outreach Division participated in Coffee with a Cop alongside District II and the Avondale Police Department. This event brings together deputies, police officers and community members they serve to discuss issues and learn more about each other over coffee.

On October 09, 2021, the Community Outreach Division alongside MCSO Cadets participated in the Laveen Kiwanis Kickball Tournament, the MCSO built a team alongside Kiwanis kids and played some great games, building community trust and engagement with the youth participants and their families. Programs like these are a wonderful gate into building relationships within the communities we serve as it allows for easier more comfortable conversations.

On October 12, 2021, the Community Outreach Division instructed a hands-on class on felony high risk vehicle stops at the Franklin Police and Fire High School. This class was a success and we were able to teach students on some of the dangers of law enforcement and safety issues when conducting these types of scenarios.

On October 15, 2021, the Community Outreach Division attended the Annual Officer/Fire Fighter of the Year Awards Luncheon which was hosted at the Embassy Suites by Hilton at the Scottsdale Resort.

Beginning in October 2021 through March 2022, The Laveen Community Action Committee which is a compilation of elementary and high school administrators, faith-based leaders, non-profits, community leaders

and volunteers, invited the MCSO to give away almost a million pounds of food over the course of six months. The food giveaways are intended to promote services into the community and help those in need.

During the month of October, Community Outreach Division Management Analyst Derek Jeske attended several community events with the Tempe Police Department, community providers, youth employment job fairs, fund raising events, and award ceremonies that represented how MCSO COrD supports community events and fellow law enforcement agencies/departments. Derek also continued to be a part of other virtual and in-person community coalition events that support disadvantaged youth.

October 05, 2021 -  Community Provider Meeting, Reveille Foundation (5 participants)
October 06, 2021 -  Coffee with a Cop, Tempe PD (35 participants)
October 15, 2021 -  Annual Officer/Fire Fighter of the Year Awards Luncheon at the Embassy Suites by Hilton Scottsdale Resort (200 participants)
October 21, 2021 -  AZ Youth Force Employment - Boys and Girls Club of the Valley
October 24, 2021 -  Hero Fundraiser for Dep. Ruiz (120 participants)
October 25, 2021 -  HEAAL Coalition Meeting (20 participants)
October 27, 2021 -  Red Ribbon Presentation at Palo Verde Elementary School (130 participants)
October 28, 2021 -  Fuel of Dreams, Special Olympics (75 participants)
October 29, 2021 -  AZ Works Meeting (4 participants)

By participating in these events, COrD is able to keep in contact with community organizations that work with youth, and helps COrD to identify, develop, and implement various programs in the community that will benefit youth, law enforcement, and the community.

The Community Outreach Division of MCSO recognized Arizona Law Enforcement Outreach Support ("AZLEOS"). For more than 19 years, AZLEOS has been implementing Community Policing programs that bring law enforcement and the communities they serve together. AZLEOS fosters proactive community policing by providing a framework where diverse groups work toward common goals.

The MCSO is proud to be a partner of AZLEOS. Since teaming up over three years ago, AZLEOS has been a role model of compassion and service. For example, AZLEOS provided hundreds of holiday gifts to children and teens who otherwise may not have received anything. As a result, MCSO Deputies identified these children. Their generosity shines brightly with every back-to-school backpack giveaway event and countless other contributions. They see a need in the community and fulfill it. AZLEOS strives to make the world a better place, and they are succeeding.

On November 2, 2021, the Community Outreach Division facilitated a tour of the Intake Transfer Release (ITR) facility to the Korean Consulate. The Korean consulate mentioned that the MCSO was always ready to assist with their needs and was always willing to help then when they traveled to Arizona from Los Angeles, California.

On November 3, 2021, the Phoenix Police Department invited Community Liaison Deputy Hector Martinez and Director James Collins to meet the Ecuador Consulate. MCSO, the Phoenix Police Department and the Ecuadorian Consulate held a productive meeting on how we can work together to assist Ecuador nationals when they are in our custody. MCSO offered a tour of the ITR as well so they may become familiar on the booking procedures for the MCSO.

On November 4, 2021, a large event was held in Maryvale for health awareness. This Spanish speaking event was held at Carl Hayden High School and offered many resources to community members. The event consisted of free mammograms and glucose checks while Spanish speaking performances were held to unite the community while assisting with medical information. The MCSO was proud to participate and socialize with community members.

On November 5, 2021, the Community Outreach Division participated in a Public Safety Event at the Nada-burg School District located in Wittman, AZ. This event was the first of its kind in this small community that is in the MCSO jurisdiction.

On November 6, 2021, the Community Outreach Division was invited to Northern Arizona University Pathways; where the MCSO was part of a panel consisting of about 8-10 different law enforcement agencies ranging from city, state, county; allowing participants in the program to literary ask any job-related question from the panel. The Community Outreach Division was able to give a small presentation about the MCSO and answered questions such as the hiring process, department/divisions, services provided and much more.

Also on November 6, 2021, the Community Outreach Division attended the Maricopa County Public Safety Fair in Sun City West. The purpose for this safety fair is to provide Sun City West residents with an opportunity to obtain safety information and to hear from the Sheriff and County Attorney.

On November 7, 2021, the Community Outreach Division and other police agencies attended New Vision Christian Fellowship Third Annual Veterans and First Responder Recognition Award and Fellowship Dinner Service.

On November 13, 2021, the Community Outreach Division attended the Golden Gate Community Center's "drive-thru" event by handing out turkeys to its community, along with other goodies, and resources.

On December 1, 2021, the Community Outreach Division presented two different classes at the Phoenix International Academy. The classes presented were Bullying and the Constitution regarding Law Enforcement. The presentations were a success with the students, and they had many questions about the two topics.

On December 2, 2021, the Community Outreach Division was invited to participate in honoring Deputy Zane Hagen by Youngtown Town Council for his dedication and service to the Town over the past couple years. The Council held a Proclamation and provided Deputy Zane Hagen with the key to the Town.

On December 8, 2021, the Community Outreach Division attended the Southwest Family Advocacy Center Wine & Chocolate Fundraiser event.

On December 4, 11 & 12 of 2021, the Community Outreach Division participated with the Annual AZ LEOS program for "Shop with a Cop." Between the three events, MCSO was able to give over 150 kids a Christmas to remember. The children were paired up with an MCSO employee and given $100-$150 to shop. All children came from low income and/or marginalized communities therefore, being able to participate in this event was not only a great holiday present but many also bought clothes and other necessities. The kids that participated where all from locations MCSO patrols, including children from Aguila, Gila Bend, Whitman, Guadalupe to name a few.

On December 18, 2021, the Community Outreach Division participated in the "Shop with a Cop" event with the Fraternal Order Police (FOP) Maricopa Lodge 5. The Community Outreach wanted to make a child's Christmas extra special!

On December 20, 2021, the Community Outreach Division participated in the 4th Ave Jail 10th Annual Toy Drive distribution at the Valley-wise Comprehensive Health Center for children in the hospital.
During the month of December, Management Analyst Derek Jeske attended several in-person community events that showed how MCSO COrD supports youth in the community.

December 04, 2021 -  AZ LEO Shop with Cop Scottsdale (75 participants)

December 06, 2021 -  AZ DES Quarterly Meeting Virtual (320 participants)
December 11, 2021 -  AZ LEO Shop with Cop Mesa (100 participants)
December 12, 2021 -  AZ LEO Shop with Cop Chandler (120 participants)
December 16, 2021 -  David's Hope Community Meeting Virtual (35 participants)

Derek continues to work diligently on the Y-J.A.I.L. and C.O.R.E. Programs that will generate a meaningful relationship with youth, law enforcements, school districts, community providers, and other MCSO divisions to support and keep youth out of the judicial system.

On January 17, 2022, the Community Outreach Division participated in two Martin Luther King Jr. Parade events. The parades were hosted by the City of Phoenix and the City of Mesa respectively. This allowed a continuous effort to raise awareness of the importance of honoring and supporting the efforts of not only the legacy of Rev. Dr. Martin Luther King Jr. but the communities that embrace change.

While at the events, the COrD interacted with community members in attendance. Information was shared concerning crime prevention and MCSO souvenirs were handed out. The Community Outreach Division hosted a table and was able to answer recruiting and advocated for the continued mission of MCSO within the communities.

On January 18, 2022, the Community Outreach Division participated in a presentation at Washington High School in Phoenix, AZ. The presentation was to interact with students that reside in a marginalized area and provide them an opportunity to see career options within the MCSO, specifically Detention and Civilian, which hire at 18 years of age. The presentation was geared towards students currently enrolled in a criminal justice elective and showed interest in a career in law enforcement. Putting MCSO community liaisons in front of the students benefits the MCSO as it provides another option for them to expand their views and create interest to become an MCSO employee.

On January 20, 2022, the Community Outreach Division and MCSO's Enforcement Support attended the "Touch a Truck" event where they were able to help introduce the Grace Christian Academy preschool in Tempe students to different forms of transportation and the amazing community helpers/first responders who operate them.

On January 29, 2022, the Community Outreach Division attended a presentation offered by the Boys & Girls Club of the East Valley. During the event, members of the COrD presented information to the high school students in attendance regarding disqualifiers from employment related to law enforcement careers. The presentation covers the dos and don'ts of social media, the use of illicit drugs, integrity, and the history of law enforcement. The COrD is in a continued partnership with the Boys & Girls Club of the East Valley and routinely participates in this opportunity.

On February 2, 2022, the Community Outreach Division facilitated a meeting between Sheriff Penzone and Aliento, a non-profit community organization that is DACA, undocumented, and youth led. This organization works with the community of those directly impacted by the inequities of lacking an immigration status. The meeting sought to discuss the issues surrounding the court reforms of MCSO and to seek information regarding the Aliento community and how the MCSO can provide their constituents information regarding the present status of MCSO's policies regarding immigration and to provide an update of Melendres Compliance.

On February 5, 2022, the Community Outreach Division attended and participated in the Parade del Sol in Laveen, AZ. During this event, COrD members interacted with community members and handed out souvenirs.

Also on February 5, 2022, the Community Outreach Division made their rounds that weekend by participating in several "Touch a Truck" events throughout the valley. The team participated in annual Public Safety Day in El

Mirage, AZ. Children and adults alike enjoyed learning all about the different types of community, emergency and first responder vehicles.

On February 6, 2022, the Community Outreach Division along with the MCSO Mounted Unit participated in an event called "Kids Day at the Ranch" in Laveen, AZ. The event was for approximately 80 foster kids with their families. The Mounted Unit participated in the event on the horses handing out stickers and speaking with the families.

On February 7, 2022, the MCSO Training Division hosted active shooter training for post academy, newly graduated Deputies. Training Administrative Assistant Gracie Guerrero-Aguilar contacted Community Outreach in search of actors to assist with this training. A phone call was made to Principal Cabrera from the Franklin Police and Fire High School and over the course of two weeks, 20 students signed up and assisted with the training. Franklin High School students provided positive feedback to MCSO Instructors and displayed motivation to pursue a career within the MCSO.

On February 7, 2022, the Director of AZ Chapters of the National Hispanic Christian Leadership Pastor Edwin Mendoza invited the Community Outreach Division to participate in a dinner called "Cena para-Pastores y Pastoras" with Spanish speaking pastors throughout the States of Arizona, California, and New Mexico. Representing the MCSO were Liaisons Deputy Hector Martinez, Officer Isidro Caro, and Chief Deputy Irene Barron-Irby. The purpose of the event was to connect pastors throughout the State of Arizona and become resourceful in helping Hispanic members of the community. Pastors representing the State of Arizona joined from Prescott, Flagstaff, Tucson, and the Phoenix Metropolitan Area to support this worthy endeavor. During the dinner, Pastor Mendoza highlighted the MCSO Community Outreach Division for the support and leadership of MCSO in the community. In pastor Mendoza's speech, he mentioned that the MCSO was in attendance to help the public and spoke about the positive changes that have occurred under Sheriff Penzone's leadership.

On February 11, 2022, the Community Outreach Division met with Guadalupe Mayor Molina and discussed MCSO's efforts to assist in the community of Guadalupe. The mayor shared the need for assistance in the upcoming summer months for summer programs. COrD has assisted with establishing a summer program and will assist during the summer program by providing staff to be in attendance during the summer activities.

Also on February 11, 2022, the Community Outreach Division and other MCSO employees participated in the charitable cause "Tip a Cop" event at Chompies. This event consisted of posse, detention, deputy, civilian and executive staff who collected donations in support of the Special Olympics of Arizona.

On February 15, 2022, the Community Outreach Division did a presentation at the Anthem Civic Center for the Anthem gun club members. The presentation was designed to provide information regarding what Community Outreach does, concealed weapon laws and what to do if stopped by law enforcement.

On February 25, 2022, the Community Outreach Division participated in the Mesa Community College Recruitment event. This allowed over 500 high school students to explore career paths and discover the opportunities that MCSO has to offer. The staff brought special equipment and vehicles that best represented their units and spent time talking to the students about their daily tasks and about the Office.

Also on February 25, 2022, the Community Outreach Division along with the MCSO Mounted Unit organized a presentation on the horses for Higley High School students in Gilbert, AZ. The presentation showcased what the Mounted Unit role is within the MCSO. The Mounted Unit has been going to Higley High School for several years now and has maintained a good relationship with them.

On February 26, 2022, the Community Outreach Division attended the Family Hope Fest in Buckeye, AZ. The focus was to provide resources and education to the community with an emphasis on human trafficking safety.

During the month of February, the Community Outreach Division was invited to American Leadership Academy to share the vision of the MCSO and how it could be integrated into the educational system within AZ.

During the first week of March 2022, the MCSO was invited to Taft Elementary School in east Mesa, Arizona. The attendance of the MCSO was important as this school falls under the patrol jurisdiction of the MCSO. The Community Outreach Division invited uniformed deputies from Lake Patrol, Enforcement Support, District I and District II to participate in reading a Dr. Seuss book to elementary aged students. Students had an opportunity for a brief Q&A with deputies that patrolled their area and were given junior deputy stickers.

On March 4, 2022, the Community Outreach Division and Lake Patrol Deputy Bowes were invited to celebrate Career Day at Paseo Pointe Elementary School in Laveen, AZ. Deputy Bowes spoke about all the interesting things he and his K9 partners do for work. To complete the day, Deputy Bowes provided students a 15–20-minute presentation discussing his duties as a Search and Rescue K-9. Students also had an opportunity to meet the bloodhound K-9s assigned to Deputy Bowes. Community Outreach has attended prior years and looks forward to continuing the tradition.

On March 6, 2022, the Community Outreach Division participated in the 18th Annual 5k Memorial Run that took place at Wesley Bolin Memorial Plaza for Concerns of Police Survivors (C.O.P.S.). MCSO represented with 34 staff members, Academy Class MCLETA 156, representatives from Detention Class 973 and 974 were recognized as the law enforcement agency with the largest contingency. Staff from CISM, Training, other divisions and recruits attended by showing support for the families of fallen officers. Also in attendance were the families of fallen Deputy Bill Coleman and fallen Detention Officer Gene "Jim" Lee. Proceeds from the event help rebuild the lives of survivors and co-workers affected by a line of duty death.

MCSO employees achieved the following awards: 2nd Place Detention Officer Stacy Brockman, 3rd Place Detention Officer Kaylee Keiser, 1st Place Detention Officer Brandon Rice, 1st Place Detention Officer Recruit Seth Garza.

On March 10, 2022, the Community Outreach Division participated in a Neighborhood Watch meeting regarding concerns of crime in a county island between Gilbert and Chandler in Chandler, AZ. This unincorporated community falls with the jurisdiction of the MCSO in providing calls for services. The Community Outreach Division has an ongoing relationship with this community to find ways to deter crime.

On March 12, 2022, the Community Outreach Division participated in the St. Patrick's Day Parade. During this event, COrD members interacted with community members and handed out souvenirs.

On March 15, 2022, the Community Outreach Division and Training Division staff presented certificates signed by the Training Sergeant to Franklin High School students. While students were in formation for the end of the day, uniformed Detention Officers and Deputies called out the names of the 20 participants while the school cheered them on for volunteering and collaborating with MCSO. The Community Outreach Division and Training staff socialized with students supporting school fundraisers and purchasing food the students had for sale. Actions like these truly humanizes the badge and brings the community closer to the MCSO.

Also on March 15, 2022, the Community Outreach Division attended an event at the Vision Christian Fellowship Church in Mesa, AZ. Community Outreach members were recognized for the ongoing community relationships with the church community.

Additionally on March 15, 2022, the Community Outreach Division attended a safety presentation at Leisure World in Mesa, AZ. Outreach members provided the elderly community tips for staying safe from becoming a victim against common fraud and cybercrimes.

On March 22, 2022, the Community Outreach Division participated in a Safety event at Sun Lakes, AZ. A table with safety tips pamphlets and souvenirs were handed out to Sun Lakes Community members.

On March 30, 2022, the Community Outreach Division participated in Jobs for Arizona Graduates (JAG) during their Interview Skills Competition. The role of the Community Outreach Division was to evaluate the student participants on a series of questions regarding a potential job opportunity. Over the course of the day, 10 interviews were conducted. The competition is important to the contestants as they spend many hours preparing for the opportunity and in preparation for the future employment.

On April 6, 2022, the Community Outreach Division was invited to participate in Cactus Shadow College and Career Expo recruitment event providing young students information about our employment options. Students were able to connect with MCSO Community Outreach staff, tour the Jail Wagon and the Booking Van. It was held near MCSO District IV, and we wanted to represent the Office as well.

On April 9, 2022, MSCO Cadets competed in the "Put on the Cape: A Foundation of Hope" 4th Annual Superhero 5k. This event presented by PLEA Charities benefited Friends of the Southwest Family Advocacy Center (SWFAC). MCSO Cadets and the Community Outreach had a great time taking part in this fun competition.

On April 13, 2022, the Community Outreach Division participated in a meeting between Mayor Molina of Guadalupe and Thunderbird Charities. The meeting enabled the parties to meet and discuss the lack of funding within the Town of Guadalupe for summer programming. Through this meeting, Thunderbird Charities was able to gift the Town of Guadalupe $5,000.00 to assist with summer programs and to initiate a baseball program. The Office was able to connect the parties and reenforce Mayor Molina's position to the charity. Also, the funding will allow for the Town to start a program for the MCSO to interact with the youth of Guadalupe.

On April 19, 2021, the Community Outreach Division partnered up with Morristown Elementary for a fundraiser benefiting Special Olympics Arizona. Morristown Elementary had "Penny Wars" & "Change for Change," and all the classes went against each other to see who would raise the most. As a whole, they brought in over $600 benefiting Special Olympics AZ. MCSO appeared at an assembly at the school, which included the K9 Unit and was broken into two different presentations so they would be age appropriate (for questions/visuals). We also spoke about Special Olympics and the "Inclusion Revolution," and how their fundraiser will be used and how much their efforts and kindness was appreciated. We ended with passing otter pops to all the students and staff for a finally end of year celebration!

On April 20, 2022, the Community Outreach Division was invited to tour a new facility the Newfound Hope Wellness and Detox Center in Tempe, AZ. Twenty people attended the event. The center caters to Native Americans only and has several locations where they offer mental health, substance abuse, day care, and educational programs aimed at uniting the families. The purpose of this event was to understand and form long-term partnerships with new and existing community resources available within MCSO districts.

On April 21, 2022, the Community Outreach Division attended a presentation via Zoom with the AZ Youth Force. The Community Outreach has been involved with the AZ Youth Force for approximately two years to help teenagers make the right choices in life for a better future. There were approximately 30 teens in attendance. We have an ongoing relationship with AZ Youth Force.

On April 23, 2022, the Community Outreach Division was invited to participate at Golden Gate Community Center's Spring Event, which is a community resource fair in combination with Dia del Niño. There were games, crafts, and many more interactive activities for the kids; parents were also able to obtain many community resources available to them as individuals and families. The MCSO provided drug information (facts, truth, myths) packages, gun locks, crime prevention information and much more. Events such as this allow the

community to not only come out and have some fun with the family but also be aware and obtain resources that they might not have known are available for them and their community.

On April 26, 2022, the Community Outreach Division, along with MCSO Pre-Employment, was invited to have a resource table with the JOBS for AZ Graduates at the Mesa Convention Center in Mesa, AZ. There were over 400 students from around Arizona that attended. Attending this event allowed a significant collaboration between MCSO divisions to discuss and recruit potential employees those interested in law enforcement careers (available civilian, detention (18+ years old), and Sworn) opportunities within MCSO.

On April 30, 2022, the MCSO Community Outreach Division, Tactical Unit (TOU), and MCSO Cadets attended the "5-0" Car Show benefiting Special Olympics Arizona. Community members enjoyed current and classic cars from various law enforcement agencies.

On May 2, 2022, the Community Outreach Division presented via virtual with Edgar Olivo from Compass CBS Foundation. The presentation was pre-recorded for 1k+ small businesses throughout the valley. The presentation was about crime prevention in the business area.

On May 5, 2022, the Community Outreach Division met with Vanessa Ruiz, Vice President of Arizona State University Community Relations. The conversation between the MCSO and Ms. Ruiz stemmed from a request from the Office to learn what the Community Outreach Division can do to establish better relationships with the Hispanic community. Ms. Ruiz offered suggestions that focused on collaborating with non-profit organizations such as Chicanos Por la Causa and Friendly House. These organizations are established and well known within the Hispanic communities to support Latino communities. Other suggestions were to partner with faith-based organizations. The meeting was informative, however the information shared did not create a new initiative. It did conclude with Ms. Ruiz advising she would investigate other opportunities and follow up with the Outreach Division.

On May 14, 2022, the Community Outreach Division participated at Old Navy's "Kids Safety Event." Old Navy has the Safety Event in all their stores in the Phoenix area annually. Safety resources for children and parents are offered by community partners. The MCSO was able to provide child finger printing service; this is a great resource to have, even though as parents we all wish we never have to use it but if the child goes missing parents would have a card to give to law enforcement agencies which has the child's full identifying information and the fingerprints. The event was a huge success!

On May 14, 2022, Community Outreach team was invited to attend a Youth Leadership Summit, 8440 S. 35th Ave, Laveen Village, AZ 85339 with MCSO Pre-Employment Division. The purpose was to show the community the collaboration among the various divisions within MCSO. The event was attended by over 200 people from the various communities that surround Laveen. Information was provided to community members, as well as other providers about the various employment opportunities within the MCSO and to engage in positive dialogue with youth interested in a career in law enforcement.

On May 14, 2022, the Community Outreach Division attended a coffee with a cop in the Town of Guadalupe. In attendance were some community members including the Guadalupe Town Mayor.

The MCSO is doing more of these community events to interact with the community and solve issues that are happening in the community.

At approximately 1200 hours, Community Outreach attended another presentation with the AZ Youth Force via Zoom with approximately 50 teens. The presentation involved other community role models to talk to teens and prepare them for their future careers.

At approximately 1700 hours, Community Outreach attended a Hispanic event at 4302 E. Broadway Rd, Phoenix, AZ named Día de Las Madres. The event was hosted by La Hermosa Radio for the Hispanic community. There were about 500+ people in attendance. Community Outreach has an ongoing relationship with La Hermosa Radio who has helped us communicate information to the Hispanic community via Radio.

On May 18, 2022, the MCSO Chaplain Director Vince Piano invited Sheriff Penzone and the MCSO to the Law Enforcement and Firefighters Prayer Breakfast 2022. This annual breakfast is hosted at Grand Canyon University located in Maryvale, by Chaplain Carlos, and unites community members with first responders. Sheriff Penzone invited line level staff to provide them an opportunity to see community members and church leaders that support law enforcement daily. Civilian, Detention and Sworn members of the MCSO had an opportunity to socialize with community leaders in attendance to include Mexican Consulate Jorge Mendoza Yescas.

During the week of June 6 – 9, 2022, the Community Outreach Division hosted two different camps at Franklin Police and Fire High School: Camp Franklin, and Camp Thunder. The camps were divided by gender with the females being Camp Franklin and the males being Camp Thunder. The camps were for youth between the ages of 14-16. The course work for the attendees offered instruction related to firefighting and law enforcement. The youth were given training relating to both firefighter and law enforcement responsibilities. The camps were well received by the over 100 participants. The MCSO provided numerous resources to the program from various details within the organization.

Sheriff Penzone was present for Camp Franklin and Camp Thunder to meet the students and answer questions they had.

Camp Franklin is a unique summer camp hosted out of the Franklin High School, and is intended for young women ages 14-17 that are interested in a career as a first responder, whether it is Law Enforcement or Fire Science. Approximately 60 teenagers attended the camp. Community Liaisons ensured all the classes were organized and all the students were where they needed to be. Students received presentations on cell searches, vehicle searches, knowing their rights, cyber-crimes, and fire science.

Camp Thunder was also hosted by the MCSO, and was an opportunity for all incoming freshman boys to attend camp and familiarize themselves with Franklin HS staff and MCSO. Students received presentations on MASH, Dispelling Myths About Law Enforcement, Pre-Employment Requirements, Character Counts as well as presentations from the Phoenix Fire Department.

On June 16, 2022, the Community Outreach Division did a presentation via La Unica Radio internet station at 4831 N. 35th Ave, Phoenix, AZ. The presentation was in Spanish regarding firearms safety. Community Outreach has been having an ongoing relationship with La Unica Radio for several years. The relationships we have with several radio outlets is vital to be able to communicate MCSO information to the Hispanic community.

On June 21 through June 24, 2022, the Community Outreach Division attended The Policia International Sonora Arizona Conference, located in Tucson, Arizona. The conference aimed to improve international communication, train officials in laws and procedures across borders and continue the cooperation achieved between law enforcement agencies in neighboring countries. Community Outreach was able to learn a lot about the different aspects of Law Enforcement that pertain to Mexico and other Countries.

On June 24, 2022, the MCSO participated in a "listening session" that was hosted by the Arizona United States Attorney's Office and Department of Justice Community Outreach Bureau. The Office contacted community leaders from Districts I, II, and III requesting they attend the "listening session" and provide feedback to the United States Attorney and Department of Justice, and representatives from the Office were also in attendance. The event was attended by all community leaders invited and was well received with a follow up planned by the United States Attorney's Office and Department of Justice.

On June 27, 2022, the Community Outreach Division presented live virtually on Univision/Hablemos De Negosyo's. The host, Edgar Olivo, was from the Compass CBS Foundation. The presentation was about crime prevention in small businesses and was conducted in Spanish. The presentation was shown on Univision's AZ Social Media network and aired on several Spanish radio stations throughout Arizona.

On June 28, 2022, the Community Outreach Division had a meeting with the Mexican Consulate. As a new member of the team, Director James Collins had the opportunity to meet with the Consulate and make connections with the Consul's there. We were able to represent the MCSO well and maintain a positive relationship with them.

# CONCLUSION

Fiscal year 2021-2022 continued to pose unique challenges because of COVID-19, but the MCSO continued to focus on its obligations under the Court's Order. Ongoing training, policy review, audits, reports and other processes continued as required. The monthly traffic-stop report pilot continued and resulted in improvements to the methodology used. Community outreach efforts were somewhat changed because of COVID-19, but they continued. Completing in a timely manner the volume of administrative investigations that are opened under the Court's Order remains a challenge, and the MCSO continues to work to address that issue, but the MCSO has taken steps to address the current backlog of cases. All these efforts are aimed at providing the policies, accountability, and culture that will prevent the type of constitutional violations that led to this Court's Order from occurring at the MCSO.

# APPENDIX A:
## MCSO MELENDRES COURT ORDER COMPLIANCE CHART

| Para No. | 07/01/2021- | 09/30/2021 | 10/01/202- | 12/31/2021 | 01/01/2022- | 03/31/2022 | 04/01/2022- | 6/30/2022 | Date of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| | 30th Report | | 31st Report | | 32nd Report | | 33rd Report | | |
| | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | |
| 9 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2015 |
| 10 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2015 |
| 11 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2015 |
| 12 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 13 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 19 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/30/2018 |
| 21 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/30/2017 |
| 22 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2019 |
| 23 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 24 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2017 |
| 25 | In Compliance | Deferred | In Compliance | Deferred | In Compliance | Deferred | Pending | Pending | 9/30/2017 |
| 26 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2015 |
| 27 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2014 |
| 28 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 29 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 30 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 31 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2016 |
| 32 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 33 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 34 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2015 |
| 35 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 36 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 37 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 38 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2015 |
| 39 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 40 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 42 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2018 |
| 43 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 44 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 45 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2016 |
| 46 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2016 |
| 47 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 48 | Not Applicable | In Compliance | Not Applicable | In Compliance | Not Applicable | In Compliance | Pending | Pending | 12/31/2014 |
| 49 | Not Applicable | In Compliance | Not Applicable | In Compliance | Not Applicable | In Compliance | Pending | Pending | 12/31/2014 |
| 50 | Not Applicable | In Compliance | Not Applicable | In Compliance | Not Applicable | In Compliance | Pending | Pending | 12/31/2014 |
| 51 | Not Applicable | In Compliance | Not Applicable | In Compliance | Not Applicable | In Compliance | Pending | Pending | 12/31/2014 |

| Para No. | 07/01/2021- 09/30/2021 | | 10/01/202- 12/31/2021 | | 01/01/2022- 03/31/2022 | | 04/01/2022- 6/30/2022 | | Date of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| | 30th Report | | 31st Report | | 32nd Report | | 33rd Report | | |
| | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | |
| 52 | Not Applicable | In Compliance | Not Applicable | In Compliance | Not Applicable | In Compliance | Pending | Pending | 9/30/2016 |
| 53 | Not Applicable | In Compliance | Not Applicable | In Compliance | Not Applicable | In Compliance | Pending | Pending | 9/30/2016 |
| 54 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 55 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 56 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2021 |
| 57 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 58 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2016 |
| 59 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2015 |
| 60 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 61 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2016 |
| 62 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 63 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2016 |
| 64 | Not In Compliance | Not In Compliance | Not In Compliance | Not In Compliance | Not In Compliance | Not In Compliance | Pending | Pending | |
| 65 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 66 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2019 |
| 67 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 68 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 69 | In Compliance | Not In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2021 |
| 70 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 71 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 72 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 73 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 74 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/30/2019 |
| 75 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/30/2019 |
| 76 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 77 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 78 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 79 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 80 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2017 |
| 81 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 83 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 84 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2016 |
| 85 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 86 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 87 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 88 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 89 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2016 |
| 90 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |

| Para No. | 07/01/2021-09/30/2021 | | 10/01/202-12/31/2021 | | 01/01/2022-03/31/2022 | | 04/01/2022-6/30/2022 | | Date of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| | 30th Report | | 31st Report | | 32nd Report | | 33rd Report | | |
| | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | |
| 91 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2020 |
| 92 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 93 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 94 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2021 |
| 95 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 96 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2021 |
| 97 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 98 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 99 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 100 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 101 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 102 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 103 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2020 |
| 104 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 105 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 106 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2015 |
| 109 | Not Applicable | In Compliance | Not Applicable | In Compliance | Not Applicable | In Compliance | Pending | Pending | 9/30/2018 |
| 110 | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Pending | Pending | 9/30/2018 |
| 111 | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Pending | Pending | 9/30/2018 |
| 112 | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Pending | Pending | 9/30/2018 |
| 113 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2018 |
| 114 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2018 |
| 115 | In Compliance | Not In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2018 |
| 116 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2018 |
| 117 | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Pending | Pending | 9/30/2018 |
| 118 | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Pending | Pending | 9/30/2018 |
| 165 | Not Applicable | Deferred | Not Applicable | In Compliance | Not Applicable | In Compliance | Pending | Pending | 12/31/2021 |
| 167 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 168 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 169 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 170 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 171 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 172 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 173 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2018 |
| 174 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 175 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2020 |
| 176 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2020 |
| 177 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |

| Para No. | 07/01/2021- 09/30/2021 | | 10/01/202- 12/31/2021 | | 01/01/2022- 03/31/2022 | | 04/01/2022- 6/30/2022 | | Date of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| | 30th Report | | 31st Report | | 32nd Report | | 33rd Report | | |
| | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | |
| 178 | Not Applicable | In Compliance | Not Applicable | In Compliance | Not Applicable | In Compliance | Pending | Pending | 12/31/2017 |
| 179 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/30/2019 |
| 180 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 181* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2017 |
| 182 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 184 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2017 |
| 185 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 186 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 187 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 188 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 189 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 190 | In Compliance | In Compliance | Not Applicable | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2018 |
| 191 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 192 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 193 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 194 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 195 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 196 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 197 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 198 | Not Applicable | In Compliance | Not Applicable | In Compliance | Not Applicable | In Compliance | Pending | Pending | 6/30/2018 |
| 199 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 200 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 201 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 202 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 203 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 204 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 205 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 206 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 207 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 208 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2017 |
| 209 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 210 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 211 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 212 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2018 |
| 213 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 214 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 215 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 216 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 217 | In Compliance | Not Applicable | In Compliance | Not Applicable | In Compliance | Not Applicable | Pending | Pending | 6/30/2017 |

| Para No. | 07/01/2021-09/30/2021 | | 10/01/202-12/31/2021 | | 01/01/2022-03/31/2022 | | 04/01/2022-6/30/2022 | | Date of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| | 30th Report | | 31st Report | | 32nd Report | | 33rd Report | | |
| | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | |
| 218 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 220 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2020 |
| 221 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 222 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 223 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 224 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 225 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 226 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 227 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 228 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 229 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 230 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 231 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 232 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 233 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 234 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 235 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 236 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 238 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 239 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 240 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 241 | Not Applicable | In Compliance | Not Applicable | In Compliance | Not Applicable | In Compliance | Pending | Pending | 6/30/2018 |
| 242 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 243 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 244 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2016 |
| 245 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2016 |
| 246 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2018 |
| 247 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 248 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 249 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 250 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 251 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 252 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 253 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 254 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 255 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 256 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 257 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 258 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 259 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |

| Para No. | 07/01/2021- 09/30/2021 | | 10/01/202- 12/31/2021 | | 01/01/2022- 03/31/2022 | | 04/01/2022- 6/30/2022 | | Date of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| | 30th Report | | 31st Report | | 32nd Report | | 33rd Report | | |
| | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | |
| 260 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2020 |
| 261 | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Pending | Pending | |
| 262 | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Pending | Pending | |
| 264 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 265 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2021 |
| 266 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2016 |
| 267 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2021 |
| 268 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 269 | In Compliance | Deferred | In Compliance | Deferred | In Compliance | Deferred | Pending | Pending | 12/31/2019 |
| 270 | In Compliance | Deferred | In Compliance | Deferred | In Compliance | Deferred | Pending | Pending | 6/30/2019 |
| 271 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2018 |
| 272 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 273 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 276 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 278 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 279 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 281 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 282 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 284 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 286 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 287 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 288 | Not Applicable | Not In Compliance | Not Applicable | Not In Compliance | Not Applicable | Not In Compliance | Pending | Pending | |
| 289 | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Pending | Pending | |
| 292 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 300 | Not Applicable | Deferred | Not Applicable | Deferred | Not Applicable | Deferred | Pending | Pending | |
| 337 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |

| Legend |
|---|
| Phase 1 – Development of Policy and Procedures |
| Phase 2 – Operation Implementation |

# APPENDIX B: LIST OF MCSO ACRONYMS

ACT:        Annual Combined Training
AIU:        Audits and Inspections Unit
BIO:        Bureau of Internal Oversight
CAB:        Community Advisory Board
CAD:        Computer Aided Dispatch
CID:        Court Implementation Division
CNA:        CNA Analytics and Solutions
COrD:       Community Outreach Division
CRM:        Class Remedial Matter
EIS:        Early Identification System
EIU:        Early Intervention Unit
EPA:        Employee Performance Appraisal
IR:         Incident Report
MCAO:       Maricopa County Attorney's Office
NTCF:       Non-Traffic Contact Form
PSB:        Professional Standards Bureau
RRU:        Research Review Unit
SOAR:       Statement of Annual Review
SRELE:      Supervisor Responsibilities: Effective Law Enforcement
TraCS:      Traffic and Criminal Software
VSCF:       Vehicle Stop Contact Form
TSAR:       Traffic Stop Annual Report
TSAU:       Traffic Stop Analysis Unit
TSMR:       Traffic Stop Monthly Report
TSQR:       Traffic Stop Quarterly Report
VSCF:       Vehicle Stop Contact Form