tMary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Paul Penzone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**SHERIFF PAUL PENZONE'S NOTICE PURSUANT TO PARAGRAPH 338 OF COURT'S NOVEMBER 8, 2022 ORDER** |

In accordance with Paragraph 338 of the Court's November 8, 2022 Order, Sheriff Paul Penzone hereby notifies the Court that the cost to the Maricopa County Sheriff's Office ("MCSO") of a budgeted PSB sworn sergeant position for one year is $191,415.12. This amount is calculated using the mid-range salary for an MCSO sworn sergeant position, along with the associated mandatory retirement contributions, employer taxes, and the cost of benefits paid by MCSO in connection with such a position. This amount does not include any recruitment or hiring costs. MCSO, like other law enforcement

agencies subject to the County's merit selection rules, does not hire sworn sergeants laterally from outside of the organization because the merit selection rules do not provide for the lateral hiring of ranked sworn officers. As a result, when a sworn sergeant joins the PSB, MCSO does not incur any additional recruiting or hiring costs. This amount also does not include additional training costs because although sergeants who are transferred into PSB receive on-the-job training from their superiors, MCSO cannot reasonably assign a specific cost to this training. Further, because PSB sergeants are required to attend the same formal trainings as all other MCSO sergeants, MCSO does not incur any additional PSB-specific training cost when a sergeant is transferred in to the PSB from another division within the agency.

Dated this 22nd day of November, 2022.

OSBORN MALEDON, P.A.

By s/ Kristin L. Windtberg
Mary R. O'Grady
Kristin L. Windtberg
Joshua J. Messer
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2793

**Attorneys for Defendant Paul Penzone**

9693461