Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Paul Penzone

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**SHERIFF PAUL PENZONE AND MARICOPA COUNTY'S NOTICE OF FILING OF METHODOLOGY PURSUANT TO PARAGRAPH 362 OF COURT'S THIRD SUPPLEMENTAL ORDER** |

In accordance with Paragraph 362 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) Defendants Sheriff Paul Penzone and Maricopa County submit the Methodology and Work Plan prepared by the Center for Public Safety Management, LLC ("CPSM") in connection with the sworn staffing study commissioned by MCSO. A copy of CPSM's Methodology and Work Plan is attached as **Exhibit A**.

Dated this 8th day of December, 2022.

OSBORN MALEDON, P.A.

By <u>s/ Kristin L. Windtberg</u>
   Mary R. O'Grady
   Kristin L. Windtberg
   Joshua J. Messer
   2929 North Central, Suite 2100
   Phoenix, Arizona 85012-2793

**Attorneys for Defendant Paul Penzone**

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By <u>s/ Joseph I. Vigil (with permission)</u>
   Joseph I. Vigil
   Joseph J. Branco
   225 West Madison Street
   Phoenix, Arizona 85003

**Attorneys for Defendants Paul Penzone and Maricopa County**

9716666