# EXHIBIT A



December 7, 2022

Maricopa County
301 West Jefferson Street
Phoenix, Arizona 85003
Submitted via email to: AnnScheel@mcso.maricopa.gov

**RE: Methodology and Work Plan for Staffing Study**

The Center for Public Safety Management, LLC (CPSM), the exclusive provider of public safety technical assistance for the International City/County Management Association (ICMA), submits the following explanation of our methodology and update on the progress of the staffing study we are currently working on for the County and the Sheriff's Office. This explanation and update are intended to supplement our original proposal and provide additional detail given the most recent Court Order, No. CV-07-2513-PHX-GMS

CPSM specializes in comprehensive evaluations and analysis of police and sheriff departments using our unique, systematic methodology and leading industry subject matter expertise. Depending on our client's specific needs, we may examine department organizational structure and culture, identify workload and staffing needs, and align department operations with industry best practices. Our public safety consultants have conducted more than 400 studies in 46 states and provinces and 307 communities ranging in population from 8,000 (Boone, Iowa) to 800,000 (Indianapolis, Indiana).

Our project team has been selected specifically for Maricopa County's Sworn Staffing Analysis for the Sheriff's Office and collectively offers hundreds of years of practical experience managing police departments; a record of research, academic teaching and training, and professional publications; and extensive consulting experience completing hundreds of similar studies nationwide. Our operational consulting team member bios are included in the following Appendix for additional information. The remainder of the team member bios, company qualifications, and other information is in the original proposal submitted earlier this year.

CPSM is aware of the unique circumstances of the study we are conducting and the operational staffing study's relationship to the Court's requirements outlined in the Melendres Court Orders. We are confident we can provide a robust analysis of the Maricopa County Sheriff's Office in the context of and in compliance with the Orders. In addition, we have added additional focus on the PSB backlog issue and are confident we can meet the requirements of the Court in Order CV-07-2513-PHX-GMS.

December 7, 2022
Page 2 of 2

My colleagues at CPSM and I greatly appreciate this opportunity and would be pleased to address any comments you may have. You may contact me at 714-916-7439 or via email at rhandy@cpsm.us

Sincerely,

*Robert Handy*

Robert Handy, Senior Consultant
Center for Public Safety Management, LLC

# CPSM STAFFING STUDY METHODOLOGY

## Understanding of the Scope of Work

Maricopa County and the Maricopa County Sheriff's Office (MCSO) retained CPSM to perform a comprehensive staffing analysis and coverage plan of its sworn functions. The scope of the analysis includes patrol, specialized, Professional Standards Bureau, and Administrative/Compliance/Support functions. In part to address issues raised by the Court, the independent study will determine: The most efficient way for MCSO to allocate its personnel in light of existing authorized staffing levels, the requirements of this Court's Orders, the timely elimination of the existing backlog of PSB investigations, and state law; the necessary staffing level for MCSO to fulfill these obligations regardless of existing staffing levels; and, the PSB staffing level required to maintain the timely completion of investigations in compliance with the Orders of this Court and state law. The study will also consider delegating tasks to non-sworn staff to optimize sworn deputy time, and the report will include recommendations for hiring and retaining sworn deputies. The study will exclusively focus on operations other than detention. Other than some administrative sections overlapping (HR, PSB, etc.), there will not be any study or recommendations relative to detention operations.

CPSM has performed similar staffing studies as part of its organizational and operational reviews of police departments and law enforcement agencies since 2007. Our subject matter experts are seasoned law enforcement professionals who bring hands-on experience managing and staffing such organizations and knowledge of best practices and innovations from their studies of police departments and agencies nationwide. We get specific experience working with police departments and sheriff's offices in Arizona, including Pinal County, Prescott, Queen Creek, Scottsdale, Tucson, Youngtown, and El Mirage.

**Project Management and Coordination with County Staff**

The original CPSM team assigned to this project was changed at the point of the first kickoff call.  Our project manager is responsible for project execution and contractual compliance.  Chief Robert (Rob) Handy is the project manager for this contract.  He is leading our project team in performing the required scope of services in accordance with the contract scope of work, CPSM's quality standards, and the established project budget and schedule.  As the project manager, Rob will serve as a principal point of contact with Maricopa County.

Rob has led similar assessments of police departments since 2021, and he will ensure that CPSM performs the required Sworn Staffing Analysis of the Maricopa Sheriff's Office with the same exceptional quality and service for which CPSM is recognized.  Rob reports to CPSM Managing Director Leonard Matarese, who will oversee our performance of the study and contract compliance.  Leonard will also be available to the team as a technical resource, having performed organizational and operational assessments of police departments for more than 16 years.  In addition, three other subject matter experts are working on the operational review: Chief Craig Junginger, Chief Jarrod Burguan, and Chief John Perez.  All of the bios for the team are in the attached Appendix.

In conjunction with our subject matter experts, our project manager will review and evaluate the information provided by the Sheriff's Office and gathered through onsite and stakeholder meetings, interviews, and by request.  This same team will be responsible for identifying findings, benchmarking the Sheriff's Office, developing recommendations, preparing the study report, and providing any presentation on the report.

CPSM maintains a full-time data assessment team with extensive capabilities in extracting and presenting statistical analysis regarding police activities.  Under the direction of Dov Chelst, Ph.D., our quantitative data analysis lead, our team will produce a series of unique analyses regarding workload, unit response activities, call distribution, unit and station workloads, response times, call durations, unit availability, and other activity

reports that create a comprehensive understanding of workload and community need.


**Proposed Project Plan**

CPSM will perform a comprehensive organizational and operational analysis of the current organizational structure, staffing levels, and operations of the Maricopa County Sheriff's Office, excluding detention operations.  CPSM will develop options and recommendations to optimize effectiveness and efficiency in managing and delivering law enforcement services to the County's residents.  This will involve examining the Sheriff's Office status based on data gathered and analyzed, evaluating previous reports and recommendations, and reviewing the information we collect via interviews, meetings, and survey tools, as appropriate.  This will include reviewing the Sheriff's Office mission and strategic priorities, completing interviews with key stakeholders to gain an understanding of the current community needs, evaluating current allocation and distribution of resources, and evaluating the current delivery of police services.  Our analysis and recommendations will be conducted in consideration of and in compliance with the provisions contained in the orders by the Court.  We will use the results of our comprehensive assessment of the Sheriff's Office to develop recommendations for optimal staffing requirements for sworn and civilian staff and a recommended strategy for anticipated staffing needs for the short and long-term that considers potential population and economic growth and community needs.

For this project, CPSM has assembled a team of law enforcement subject matter experts with experience performing similar assessments of and strategic planning for police departments and agencies nationwide.  Our Project Manager, Rob Handy, will lead our project team in performing the analysis of the Sheriff's Office, developing recommendations, and preparing the report.

CPSM will follow the standardized approach we have developed to conduct analyses of police departments and sheriff's offices by combining the experience of dozens of subject matter experts.  This approach is outlined

below.  Our quality control process includes peer technical review of all data analyses and reports to ensure the quality of our work products.  All projects are performed on a fixed-price basis, which ensures our projects are completed within established budgets.  Our project manager manages schedule performance to ensure the timely completion of project deliverables.

CPSM's Sworn Staffing Analysis of the Sheriff's Office will address, but will not be limited to, the items addressed in the scope of work for this project.


**Project Kickoff (Complete)**

CPSM began this project with a kickoff meeting in September, where we introduced our project team to the County's project team and exchanged contact information, proposed work plan, the draft project schedule, and information needs.  This multi-purpose meeting provided an opportunity for the project team to get acquainted and discuss points of contact, ensure mutual understanding of and agreement on our approach to performing the project, and discuss the initial information/data needed.  This step established a foundation for effective project communication and performance.

The County project team includes Deputy County Manager Lee Ann Bohn, MCSO Executive Chief of Administration Ann Scheel, MCSO Chief Deputy of Operations Russ Skinner, and Lieutenant Jonathon Halverson. Lieutenant Halverson has been the daily point of contact for the CPSM team to facilitate our requests.  Thus far in the project, our subject matter experts have worked collaboratively with the County and keep the County's project team apprised of project status and planned activities while being careful not to disrupt normal operations. Thus far, we have successfully coordinated data and document production, stakeholder interviews, meetings, etc., with the County's team.  The CPSM team has had unfiltered access to data, MCSO employees, facilities, and everything we have asked for to date.

**Information/Data Needed (Complete)**

After the contract was awarded, CPSM submitted a detailed list of information/data and documents to the Sheriff's Office needed for our assessment, along with instructions for electronic submittal.   This list included the following types of information/data:

- Organization charts (County and Office)
- County and Office Missions, Vision, Values statements
- Previous assessments, audits, etc.
- Strategic planning documents
- Case management data
- Oversight reports
- Training program information
- Policies, Standard Operating Procedures (SOP's) and any other rules and regulations
- Maps such as jurisdictional, response area, etc.
- Fleet and equipment inventories
- Budget
- CAD Data

The Sheriff's Office staff was requested to provide the information required upon project start and participate in interviews and discussions to collect information for the assessment.   To date, County and Sheriff's Office participation in the project has been robust and consistent.   The overwhelming majority of data and documents produced thus far have been delivered and is being analyzed by our team.

**Obtaining the Data Necessary to Perform the Required Analysis (In Progress)**

CPSM's project team has obtained the majority of data necessary to perform the organizational and operational assessment.  While working through the data and other information provided by MCSO, our team is regularly requesting additional meetings, documents, and data to further understand, interpret, or clarify issues.

We are currently in a forensic and comprehensive data analysis and writing phase.  During this phase, we begin to understand and capture the various inputs needed to develop a comprehensive profile of the Sheriff's Office and its workload.  We are evaluating service delivery outcomes, deployment

practices along with an evaluation of the physical facilities and their support functions.

We will look at neighboring communities and other similar communities to evaluate any appropriate comparisons or develop a basis for benchmarking. We have completed a Draft Data report and are reviewing this with the County point(s) of contact to verify key data sets upon which our assessment will be made. Once the data has been verified, our team will finalize their assessments and recommendation in a draft report.

Our observations and recommendations will be developed around several key performance measures and detailed analysis, including:

Comprehensive Data Analysis
- o Incident Type Workload
- o Response Time
- o Call duration and on-scene times
- o Unit Workload
- o Analysis of availability and simultaneous responses
- o Governance and Administration
- o Organizational Structure
- o Organizational Leadership
- o Staffing and Deployment
- o External Relations
- o Current and Future Demographics
- o Regional and National Trends related to and impacting police service
- o Financial Resources (Operating and Capital Resources)

**Onsite Operational Review**

CPSM conducted an onsite operational review of the Maricopa County Sheriff's Office in November. Before the onsite arrival of CPSM's team, we obtained key operational documents (e.g., policies and procedures, assets list, staffing plan, etc.) to compare what we found on paper with our observations. The operational review involves an evaluation of all operational divisions, sections, units, and specialized assignments. Onsite

operational reviews involved interviews with management and supervisors, rank and file deputies, attendance at roll calls, and ride-along with deputies. We reviewed case files with investigators and observed dispatch operations to assess compliance with the provided written documentation.

Based on our onsite visits and data assessments, our subject matter experts will produce a SWOT analysis (strengths, weaknesses, opportunities, and threats).  We have found that following this standardized approach ensures that we consider, measure, and observe all the critical components of agencies.

CPSM's approach to studying, understanding, evaluating, and reporting on police departments around the country is described below.  Although no two law enforcement organizations are the same, a standardized approach to department evaluation ensures a rigorous and methodological process that permits benchmarking, comparing, and assessing within the context of the best practices of American law enforcement.  Each locality has unique characteristics that present policing challenges.  Integrating a standardized approach within the context of local variability permits an accurate assessment of the organization in its political environment, and further permits CPSM to offer recommendations that comport with the best practices in policing, while tailored to the specific community.

**Benchmark the Community**

To understand the service levels, protection needs, community dynamics, and overall environment in which the Sheriff's Office operates, CPSM's study will involve interviews with community stakeholders, which could include elected officials and employee groups who would be contacted to solicit their opinions about the Department, public safety needs of their constituency, and perceived gaps in service levels currently provided.  We will meet with key stakeholders, both within and outside of the County organization.   Working with the County, we will identify community members and other individuals that can provide important information, e.g., the Monitor, OIR Group Management Expert Mr. Michael Gennaco, MCSO advisory boards, and others.  Additionally, we will compare the Maricopa

County Sheriff's Office to comparable size organizations regarding crime, demographics, and cost-efficiency.

## Patrol Operations

Police agencies routinely speak about "recommended officers per 1,000 population" or a "National Standard" for staffing or comparisons to other counties or municipalities.  There are no such standards, nor are there "recommended numbers" of "officers per thousand."  The International Association of Chiefs of Police (IACP) states: "Ready-made, universally applicable patrol staffing standards do not exist.  Ratios, such as officers-per-thousand population, are inappropriate as a basis for staffing decisions."  Staffing decisions, particularly in patrol, must be made based upon actual workload, and very few police agencies have the capability to conduct that analysis.  Once we complete an analysis of the Department's actual workload, a determination can be made as to the amount of discretionary patrol time that should exist, consistent with the local government's ability to fund.

CPSM's team of doctoral-level experts in Operations Research in Public Safety have created *The CPSM Patrol Workload & Deployment Analysis System©,* which allows us to produce detailed information on workload even in those agencies without sophisticated management information systems.  Using raw data extracted from the Department's CAD system, our team converts calls for service ("CFS") into police services workload and effectively graphs workload reflecting seasonal, weekday/weekend, and time-of-day variables.  Using this information, the Office can contrast actual workload with deployment and identify the amount of discretionary patrol time available (as well as time commitments to other police activities).

Police service workload is differentiated from CFS, which reflects the incidents recorded.  Workload is a time measurement recording the actual amount of police time required to handle CFS from inception to completion.  Various types of service calls require differing amounts of time (and thus affect staffing requirements).  As such, call volume (number of calls) as a

percentage of total number of calls could be significantly different than workload in a specific area as a percentage of total workload.

CPSM has found that the most effective way to manage operations in a law enforcement agency is to make decisions based upon data and analysis. To achieve this, we will conduct an analysis of the Sheriff's Office workload, staffing, and deployment.   By objectively looking at the availability of deployed hours and comparing those hours to those necessary to conduct operations, staffing expansion and/or reductions can be determined and projected.   Additionally, the time necessary to conduct proactive patrol activities will be reviewed to provide the Sheriff's Office with a meaningful methodology to determine appropriate staffing levels.

### Workload vs. Deployment Analysis

Workload vs. Deployment Analysis is one way we show the amount of available, non-committed patrol time compared to workload.  We break out the various patrol activities, convert them to time and then compare them to available workforce.

CPSM's study will include the calculation of service demands placed on the Sheriff's Office, workload levels, service times for CFS, and response times.  This information was developed by first extracting data from the Office's CAD system.  The extracted information is then processed, and workload is calculated.  This workload is then compared to deployment levels.  The product of this analysis is the variance between service demands and available personnel, and appropriate recommendations are made for staffing levels and an optimal deployment schedule to meet these service demands.  This permits exploration of the following questions:

- What are the service demands made by the public as measured through the CAD system?
- What is the workload?
- Based on this workload, is the alignment of Districts and Divisions appropriate?
- Based on workload, is shift schedule aligned appropriately, and what alternatives are most efficient?

- How many deputies and supervisors are needed to staff patrol functions to meet workload demands?
- How long does it take to respond to CFS (both response and total time), and how can these be reduced?
- How many deputies are assigned to each call, and how can these assignments be minimized?
- What categories of calls does the agency handle, and in what frequency, and what measures can be adopted to minimize unnecessary responses?
- How much time is spent on administrative duties?
- How much time is spent on directed patrol activities and specialized enforcement?

The study will determine the gaps in patrol coverage and recommendations for modifying temporal and spatial deployment. With the appropriate "best fit" of patrol coverage identified, a determination can be made about the exact number of deputies required to meet service demands, and in what shift/district/division combinations to maximize resources. All of this analysis will take into account the requirements of the Court Orders in applicable areas, such as span of control or other requirements specified in the Orders.

In addition to the analysis of patrol operations from the CAD system and workload, the CPSM study will focus on the qualitative aspects of patrol. The study will observe deputies on patrol through ride-a longs, interviews, and general observations. We will amass all available documents, plans, and data available to understand the patrol approach in the Department. We will observe the special operations teams, e.g., the problem/nuisance unit, etc. to evaluate their role within the overall Department mission and patrol operations. We will evaluate the performance of the units, identify improvement opportunities, and justify and recommend appropriate staffing levels.

The CPSM study will also evaluate the implementation of technology on patrol, weapons available, and equipment used, as well as opportunities for improvement.

CPSM advocates community policing as its operational philosophy. The CPSM study will evaluate the implementation of community policing, in quantifiable and anecdotal terms, and identify improvement opportunities where appropriate.

Similarly, the CPSM study will evaluate the relationship of patrol operations to the rest of the Office.  To what extent does this bureau work, coordinate, and communicate with the other Office operational and support functions?  How should it?  What are the Office strategic, management, and planning functions with regards to the patrol function and how do patrol operations respond to the mission of the organization?  How are crime, traffic, disorder, and quality of life problems handled?  For example, how does the Sheriff's Office respond to homeless and mental health issues in the communities they serve?  Are deputies integrated with social service employees or partner provider agencies?

## Investigations

The CPSM study will assess criminal investigations – both reactive and proactive. We will explore:

- Staffing — Are there sufficient investigators available to handle the workload?
- Workload — What is the workload? How many cases do investigators handle? Is the specialization appropriate?
- Case management— Is there an effective case management system in place?
- Effectiveness & Efficiency — How much time does it take to investigate cases? Are victims kept informed? Are cases cleared and offenders held accountable? How much overtime is spent?

11

- Intelligence — How is intelligence gathered and disseminated (inside and outside the department)? Does the investigations' function make use of intelligence?
- Civilianization opportunities — What are the potential areas for civilianization?
- Technological opportunities — Is technology leveraged to improve investigations?
- Crime scene — Are crime scenes processed efficiently and are appropriate follow-ups conducted?
- Proactive investigations — the same approach and inquiries found in sections above are applied to each of the Office's specialized investigative units.

CPSM will evaluate each criminal investigative unit operating in the agency. This evaluation will assess the performance of the unit, how the unit operates within the Office's mission, compare operations to best practices in law enforcement, identify improvement opportunities, and identify appropriate staffing levels.  Case management, workload, training, and policy compliance will all be examined.


**Administration and Support**

CPSM will evaluate the Sheriff's Office administrative and support units. This evaluation will involve staffing, workload, civilianization possibilities, cost-saving opportunities, outsourcing opportunities, best practice comparisons, and opportunities for improvement.

Our police management and administration subject matter experts will explore administration and support activities in professional standards (internal investigations, hiring and recruitment, disciplinary system, promotional system), training (both academy and in-service), and records management.  We will evaluate critical, frequent, and high-liability policies, as well as facility, fleet, equipment, IT, property management system, laboratory, planning and research, sick-time management, overtime, communications, dispatch, etc.  In general, we look at every unit identified as a discrete operational/support entity for the following:

- Functions of the unit.
- Performance of the unit (in most cases, this is a quantitative evaluation).
- Identification of improvement opportunities; and
- An evaluation, justification, and recommendation for appropriate staffing levels.

## Professional Standards

CPSM is aware of and has reviewed the most recent Court Order: CV-07-2513-PHX-GMS.  In addition to the standard analysis of the Professional Standards Bureau detailed in the original scope of work, CPSM will also determine the most efficient way for MCSO to allocate its personnel considering the existing authorized staffing levels, the requirements and expectations of its served communities, the requirements of the Court Orders, and the timely elimination of the existing backlog of PSB investigations.  We will make recommendations on the necessary staffing level for MCSO to fulfill these obligations regardless of the existing vacancies.   These levels will be consistent with the requirements to maintain the timely completion of PSB investigations in compliance with the Court Orders, the Court Monitor, and the parties.

As part of this portion of the analysis, CPSM will develop a thorough understanding of the PSB processes and case load.  Our team members have already met with PSB investigators and command staff members during our site visit.  Our consultants will meet with the Court's Monitor and the Court's Consultant to ensure a comprehensive understanding of the issues and challenges with the lack of compliance from their perspectives. Our recommendations will consider the current operational structure and capability of the Sheriff's Office, in context with the backlog in PSB, along with the requirements of the Court and perspectives of the Court's Monitor and Consultant.

Our team will also undertake a more detailed analysis of every current sergeant and lieutenant assignment in the Sheriff's Office to determine the appropriateness of the assignment in relation to the mission of the Office

13

given the most recent Court Order.  The examination will recommend potential reassignments of current personnel to assist in the reduction of cases backlogged in PSB.  In addition to reassignment of staff, consideration will also be given to alternative ways of reducing the backlog of cases in PSB.

A significant portion of the PSB analysis is currently underway and should be complete by the end of January 2023.  However, the final analysis and recommendations may be impacted by new processes or procedures to be established in accordance with the latest Court order.  Alterations to existing procedures that may impact timelines and caseloads of PSB investigations will need to be considered.  Therefore, depending upon the status of approved changes made to PSB protocols, delivery of the final PSB recommendations may be delayed accordingly.


**Organizational Culture**

During the operational evaluation, organizational themes emerge.  What does the Sheriff's Office think about providing police service to the community, and how does this thinking align with the stated mission and policies?  How does the Sheriff's Office interact with the community and internally with its own members?  In general, what is the organization culture?

The culture of a police organization reflects its members and the community it serves.  Through focus groups, interviews, and observations, CPSM will evaluate operational readiness and need.  This part of our study is critical to the overall project success, as it provides a better understanding of the Sheriff's Office and how the workload, staffing, and community dynamics shape the organization's mission, goals, operations, and needs.

**Organizational Structure and Administration**

Based on the above, we can analyze current management structure and practice and make recommendations to improve organizational administration. The product of this analysis is a proposed staffing mode: a leaner, flatter, and more efficient organizational design.

14

**Performance Management**

CPSM's overarching philosophy is to evaluate the Sheriff's Office in terms of performance management.   Identifying workload, staffing, and best practices is just the beginning. It is also important to assess the organization's ability to carry out its mission. Essentially, does the Office know its goals, and how does it know they are being met?  It is difficult for an organization to succeed at any given level of staffing unless it has a clear picture of success.  How does the department "think" about its mission? How does it identify and measure what is important to the community?  How does it communicate internally and externally? How does it hold managers accountable?  And how does it know the job is getting done?  CPSM will evaluate the Sheriff's Office and make recommendations to assist with improving capacity in this area, if necessary.

**Meetings**

For this study, both teleconference and in-person meetings have been conducted to discuss the project as well as to gather information required for study completion.  At a minimum, meetings to support this study included a project kickoff meeting; meetings to interview Sheriff's Office leadership, staff, and other stakeholders (to gain understanding of existing operations and expectations and to review and discuss current and expected level of service); and will (not yet completed) include meetings to review preliminary draft and final findings and recommendations with the County and MCSO executives.  The specific meetings and proposed schedule for the meetings were discussed with the County's project team during the project kickoff meeting.  This provided an opportunity to discuss the purpose of meetings, appropriate participants for each meeting, schedule, etc., and to finalize the meeting organization.

**Deliverables**

Upon completion of the organizational and operational review, CPSM will prepare a report that provides the data, findings, and recommendations from our study of the Sheriff's Office.  This report will address all requested services identified in the County's proposal specifications, including:

- An executive summary;
- Description of the study methodology;
- A summary review of strengths and opportunities for improvement and change;
- Response and service-level data;
- An explanation of proposed changes and recommendations including optimal staffing levels and organizational chart; pros and cons and funding and implementation alternatives for each staffing option; and best practice models for future service delivery;
- Methodology for calculating future staffing needs and associated equipment and office space needs;
- Recommendations for enhanced recruiting and retention of sworn deputies;
- Supporting data and rationale for all recommendations;
- Supporting statistics and other visual data to fully illustrate the current situation (including court requirements) and consultant recommendations.

CPSM will provide a draft report to the County and MCSO for review and comment by the end of January 2023.  We may revise portions of the draft report based on the County or MCSO's consolidated comments as we deem appropriate.  CPSM will maintain complete autonomy over all findings and recommendations and only make changes to the draft deemed appropriate by the CPSM team.  A portion of the report may be delayed depending upon the progress of changes to PSB protocols and procedures.  Once the draft report has been reviewed and feedback received, we will deliver a final version of the report to the County and MCSO.

If requested, we will conduct a formal presentation of the study findings and recommendations. If such a presentation is requested, we will work with the County to identify the meeting participants and venue.   CPSM routinely conducts presentations on the studies we perform.

## Appendix A
## CPSM Subject Matter Expert Bios

**Chief Robert Handy, M.S., Associate**
Chief Robert Handy is a 30-year law enforcement professional having served in a wide variety of assignments from Patrol Officer to Police Chief.  Handy served in three separate jurisdictions: Huntington Beach, California; San Bernardino, California; and Phoenix, Arizona.

Chief Handy worked a wide variety of assignments from officer/detective through leadership positions in all divisions of a police agency and has been involved in training and teaching for decades.  His broad-base of experience includes firearms instructor, arrest tactics/use of force instructor, academy instructor, in-service instructor, and veteran university teacher.  Chief Handy has obtained a Bachelor's and Master's degree in Public Administration and is a graduate of the FBI National Academy.

Chief Handy has taught and developed police officers and police leaders from agencies across the country.  His diverse experiences from three jurisdictions, combined with years of academic research and teaching, has provided Handy with vast knowledge and expertise in police practices, training, and every other aspect of contemporary policing.

**Chief Craig Junginger, B.S., M.P.A.**
Chief Junginger has 40 years' experience as a law enforcement professional.  In his last position before retirement, he served as the Chief of the Gresham, Oregon, Police Department for 8 years.  Gresham is a community of 120,000 population just to the east of the City of Portland, Oregon.  He led a department of 140 sworn personnel and 30 civilian personnel with a budget of $33 million.

Since retirement in 2016, Junginger has remained active in law enforcement by doing three interim police chief positions, as well as operating his own business conducting administrative personnel investigations for cities, counties, universities, and assorted municipal district entities. He is also currently on staff at Golden West Community College and instructs in their criminal justice program and police academy.

Chief Junginger began his career at the Bell-Cudahy Police department in 1979.  He worked as a K-9 Officer, Detective and Patrol Officer.  In 1985 he transferred to the Huntington Beach Police Department where he remained until his retirement in November 2008.  While at Huntington Beach, he was a Patrol Officer, Beach Detail Officer, Field Training Officer, SWAT Officer, Traffic Motor Officers, Community Policing Officer and Narcotics Detective. In 1999 he promoted to Sergeant where he worked Patrol, Downtown Foot Beat, Support Services, Vice and Intelligence and Internal Affairs.  He promoted to Lieutenant in 2003 and worked as the Community Policing Commander responsible for all major event planning, Watch Commander and as the Chief's Executive Officer.  In 2007 he promoted to the rank of Captain and was assigned to Administrative Operations consisting of Communications, Budget, Personnel, and Property and Evidence.

He holds a Master's Degree from California State University, Long Beach, a Bachelor's Degree from University of La Verne and an Associate's Degree from Rio Hondo Community College.

He attended the FBI National Academy Class 224 in Quantico Virginia, California Post Command College, West Point Leadership Program, POST Executive Development Program and the POST Supervisory Leadership Institute.  While in Command College he was published for his article "How will we train police recruits of the millennial generation in the year 2012."

He was awarded the Medal of **Valor** in 1989 for his encounter with an armed bank robber while at HBPD, and the Distinguished Service Medal upon retirement from Gresham PD.

**Chief John E. Perez, B.S., M.S., Ph.D.**
John E. Perez has served as the **Chief** of Police for the City of Pasadena (CA) since 2018 and has been with the Department since 1985.  His 35 years of public safety experience includes an array of specialized assignments in enforcement, special tactics, administration, and community initiatives.  He served as the Counter-Terrorism Intelligence Officer immediately after the 9/11 terrorist attack in developing security/safety measures for Pasadena's Tournament of Roses Parade, Rose Bowl, and special events.  After serving as the Special Enforcement Section Sergeant and developing policing initiatives in lowering gang violence while improving community trust and confidence, he was appointed by California's Commission on Peace Officer Standards and Training to provide best practices on developing statewide initiatives.  He is the recipient of Mayor's Special Service Award for his work in developing community initiatives and has been twice awarded with the Police Chief's Excellence in Policing merit award.  Chief Perez has served in the various ranks of the Department, including Deputy Chief of Police from 2016-2018.

Chief Perez led the development of several internal initiatives that decreased the use of force by 50% through immersive training and self-improvement from use of Body-Worn Camera (BWC), as well other initiatives to increase community awareness of policing challenges through programs such as "Policing 101" and "Community Conversations" – each intended to develop and educate community members, youth, and the media on policing topics as well as learning from the community.

Chief Perez serves on the Pasadena Educational Foundation, Patron Saints Foundation, and is a graduate of the California Peace **Officers** and Standards Executive Management School as well as holding a POST executive certificate.  Chief Perez possesses a Bachelor's degree in Criminal Justice, a Master's degree in Behavior Science, and a PhD in Public Administration.  He serves on the board of the California Police Chiefs Association and the National Police Foundation.

**Chief Jarrod Burguan, B.S., M.A.**
Chief Burguan served 29 years in local law enforcement, with 10 years of that experience in senior management positions.  He retired as the Chief of Police for the San Bernardino (Ca) Police Department in 2019.

During his career, Chief Burguan worked a variety of assignments in the patrol, traffic, investigative and administrative **divisions** of the department.  He has the unique experience of managing a police department through a municipal bankruptcy while maintaining day to day operational effectiveness.  He has been an invited speaker at conferences and training events throughout the country and internationally on police response to active shooter events following both an elementary school active shooter in 2016 and the 2015 terrorist attack in San Bernardino.

Since retiring from the department in 2019, Chief Burguan has continued to work as a consultant for municipal **government** and media organizations and has served as an advisor for the Department of Justice – ICITAP program.  He holds a Bachelor's degree in Business and a Master's degree in Management from the University of Redlands.  He is also a graduate of the California Command College, the FBI's Law Enforcement Executive Development program and the Senior Management Institute for Police through the PERF.