# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court has received Sheriff Paul Penzone and Maricopa County's Request for Approval of Consultant Pursuant to Paragraph 362 of Court's November 8, 2022 Order (Doc. 2828). It has also received Sheriff Paul Penzone and Maricopa County's Notice of Filing of Methodology Pursuant to Paragraph 362 of the Court's Third Supplemental Order (Doc. 2832). The parties and the Monitor may provide the Court with objections or comments as to whether the Court should approve the study in accordance with Paragraphs 361 and 362 of the Third Order.

///

///

**IT IS THEREFORE ORDERED** that each party and the Monitor may file one brief with objections or comments to the proposed consultant and/or methodology by **December 30, 2022**.

Dated this 16th day of December, 2022.

_____
G. Murray Snow
Chief United States District Judge