# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>    Plaintiffs,<br><br>and<br><br>United States of America,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>    Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** granting the Motion to Seal (Doc. 2835) and directing the Clerk of the Court to file under seal the lodged document (Doc. 2836) regarding Defendant Paul Penzone's intent to transfer Lieutenant Kelly Bocardo into the Bureau of Internal Oversight (BIO) and Lieutenant Sean Crosby and Sergeant Tarah Harris into the Professional Standards Bureau (PSB).

Dated this 20th day of December, 2022.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge