Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona  85012-2793
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Paul Penzone

Joseph I. Vigil (018677)
Joseph J. Branco (031474)
vigilj@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
MARICOPA COUNTY ATTORNEY'S OFFICE
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
(602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Paul Penzone and Maricopa County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | |
| and | **DEFENDANT PAUL PENZONE'S NOTICE OF COMPLIANCE WITH PARAGRAPHS 340-342 OF AMENDED THIRD SUPPLEMENTAL PERMANENT INJUNCTION/JUDGMENT ORDER** |
| United States of America, | |
| Plaintiff-Intervenor, | |
| vs. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al., | |
| Defendants. | |

Defendant Sheriff Paul Penzone hereby provides notice to the Court that, as required by Paragraphs 340-342 of the Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), the Maricopa County Sheriff's Office ("MCSO") has filled seven budgeted, yet vacant, investigator positions within the Professional Standards Bureau ("PSB") referred to in the report by Michael Gennaco, the Court's Management Expert (Doc. 2790 at 15). Sheriff Penzone further notifies the Court that the number of investigators employed by the PSB exceeds the "minimum investigator staffing number" of 39 investigators required by Paragraphs 340-342 of the Third Order. This Notice is supported by the Declaration of Deputy Chief Andrew Mesquita, attached as **Exhibit A**, and the Declaration of Captain Gregory Lugo, Commander of the PSB, attached as **Exhibit B**.

**A. MCSO has satisfied the investigator hiring requirements in Paragraphs 340-342 of the Third Order.**

Paragraph 340 of the Court's Third Order requires that MCSO "fill the seven currently budgeted, yet vacant, positions at the PSB referred to in Mr. Gennaco's report, through hiring or internal transfers," within 60 days. (Third Order ¶ 340). Based on the date of issuance of the Third Order, the deadline to fill these seven investigator positions is January 7, 2023. (*Id*.)[1] Paragraph 340 further indicates that the "staffing referred to by Mr. Gennaco, together with the full staffing of the vacant positions, is 39 investigators. This is the minimum investigator staffing number." (*Id*.) As set forth in Mr. Gennaco's report, in April 2022, MCSO employed 32 investigators, excluding criminal investigators, within the PSB. (Doc. 2790 at 15.) These 32 investigators consisted of: 11 sworn investigators, 15 detention investigators, and six civilian investigators. (*Id*.)

---

[1] The Court first issued its Order finding Sheriff Penzone in contempt and imposing remedies on November 8, 2022 (Doc. 2827). Thereafter, on November 30, 2022, the Court issued an amended order, the Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830), modifying only the title of its prior Order. MCSO has calculated the deadlines in Paragraph 340-342 using the date the original Order was issued.

1      In August 2022, following the filing of Mr. Gennaco's report, and prior to the

2  issuance of the Third Order, MCSO renewed efforts to fill vacant positions within the PSB

3  with additional civilian investigators.  (Ex. A ¶ 3; Ex. B ¶ 3.)   MCSO converted five

4  sworn sergeant positions and one detention lieutenant position into nine civilian

5  investigator positions, one administrative supervisor position, and three administrative

6  support staff positions.  (Ex. B ¶ 3; *see also* Defendant Paul Penzone's Response to Court

7  Management Expert Report on Maricopa County Sheriff's Office Internal Investigations

8  (Doc. 2800) at 3.)  MCSO has worked to fill these civilian investigator positions since that

9  time.  (Ex. A ¶ 4; Ex. B ¶ 4.)

10      As of January 6, 2023, MCSO will have hired 10 new civilian investigators into

11  the PSB since the issuance of the Third Order.  (Ex. A ¶ 5.)  Consequently, MCSO has

12  filled seven budgeted investigator positions referred to in Paragraph 340 of the Third

13  Order with civilian investigators.  Of these 10 civilian investigators, seven have already

14  begun their MCSO employment and three have scheduled start dates between January 9

15  and January 17, 2023.  (*Id*.)  In addition, three other individuals have accepted conditional

16  offers of employment from MCSO for civilian investigator positions within the PSB and

17  are currently proceeding through MCSO's background check process.  (*Id*.)  MCSO is still

18  seeking additional qualified civilian investigator candidates for employment within the

19  PSB and will continue to evaluate candidates as they apply for potential PSB employment.

20  (*Id*. ¶ 6.)

21      In addition to hiring the civilian investigators, MCSO has continued to fill other

22  positions within the PSB as they have become open through retirements, resignations, or

23  transfers out of the Bureau.  (Ex. B ¶ 5.)  For example, as reflected in Sheriff Penzone's

24  Notice of Intent to Transfer Personnel into Professional Standards Bureau and Bureau of

25  Internal Oversight and Request to Seal Information dated December 19, 2022 (Doc. 2835),

26  on November 27, 2022, the Monitor approved the transfer of a sworn lieutenant and a

27  detention sergeant into the PSB, both of whom are serving in investigator roles.  (*Id*.)

28

1   Additionally, as reflected in Sheriff Penzone's Notice of Intent to Transfer Personnel into

2   Professional Standards Bureau and Request to Seal Information dated January 4, 2022

3   (Doc. 2840), on December 24, 2022, the Monitor approved the transfer of two additional

4   detention lieutenants who will serve in detention investigator roles for the PSB.  (*Id*.)

5   MCSO is counting these recent transfers as part of the total number of investigators

6   currently employed by the PSB, as discussed below.  (*Id*.)

### B. MCSO currently employs 41 investigators within the PSB, exceeding the minimum investigator staffing number required by Paragraph 340 of the Third Order.

With the hiring of the 10 new civilian investigators discussed above, the total number of investigators working in the PSB as of January 6, 2023, excluding criminal investigators, is 41.  (*Id*. ¶ 6.)  This total includes 12 sworn investigators, 12 civilian investigators, and 17 detention investigators.  (*Id*.)  By January 17, 2023, MCSO expects the total number of investigators, excluding criminal investigators, to increase to 44, after the three additional civilian investigators who have scheduled start dates between January 9 and January 17 will have started their employment.  (*Id*.)  If the three individuals who have accepted conditional offers successfully complete the background check process, MCSO expects the total number of investigators, excluding criminal investigators, to increase to 47.  (*Id*.)  MCSO will continue its efforts to fill positions within the PSB as they become open, either through hiring or internal transfers.  (*Id*. ¶ 7.)

Dated this 6th day of January, 2023.

OSBORN MALEDON, P.A.

By s/  Kristin L. Windtberg
     Mary R. O'Grady
     Kristin L. Windtberg
     Joshua J. Messer
     2929 North Central, Suite 2100
     Phoenix, Arizona  85012-2793

Attorneys for Defendant Paul Penzone

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARICOPA COUNTY ATTORNEY'S
OFFICE

By s/ Joseph I. Vigil (with permission)
    Joseph I. Vigil
    Joseph J. Branco
    Civil Services Division
    225 West Madison Street
    Phoenix, Arizona 85003

Attorneys for Defendant Paul Penzone and
Maricopa County

9750713

5