Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Paul Penzone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> vs. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **SHERIFF PENZONE'S NOTICE OF APPEAL** |

Notice is hereby given that Defendant Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, appeals to the United States Court of Appeals for the Ninth Circuit from the Court's November 8, 2022 Order (Doc. 2827) and November 30, 2022 Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830).

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit rule 3-2(b), a Representation Statement is attached to this Notice of Appeal.

Dated this 9th day of January, 2023.

1
2
3
4
5
6
7
8   9755246
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OSBORN MALEDON, P.A.


By s/ Mary R. O'Grady
   Mary R. O'Grady
   Kristin L. Windtberg
   Joshua J. Messer
   2929 North Central, Suite 2100
   Phoenix, Arizona  85012-2793

**Attorneys for Defendant Paul Penzone**

# REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit rule 3-2(b), the above-captioned Defendant/Appellant hereby files his Representation Statement. The following is a list of all parties in the action, along with the names, addresses, and telephone numbers of their respective counsel.

**On appeal, Defendant/Appellant Paul Penzone will be represented by:**

Eric M. Fraser, No. 027241
Brandon T. Delgado, No. 035924
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
(602) 640-9000
efraser@omlaw.com
bdelgado@omlaw.com

**Plaintiff-Intervenor/Appellee United States of America is represented by:**

Kristen Clarke
Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Maureen Johnston (WA Bar No. 50037)
Beatriz Aguirre (NV Bar No. 14816)
Nancy Glass (DC Bar No. 995831)
Suraj Kumar (NY Bar No. 5620745)
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor,
Washington, D.C. 20002
(202) 598-1507
maureen.johnston@usdoj.gov
Beatriz.Aguirre2@usdoj.gov
nancy.glass@usdoj.gov
suraj.kumar@usdoj.gov

**Plaintiffs/Appellees Manuel de Jesus Ortega Melendres, et al., are represented by:**

Victoria Lopez
Christine K. Wee
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
(602) 650-1854
vlopez@acluaz.org
cwee@acluaz.org

Leticia M. Saucedo (Pro Hac Vice)
Mexican American Legal Defense and Educational Fund
1512 14th St.
Sacramento, CA 95814
(916) 444−3031
lsaucedo@MALDEF.org

Cecillia D. Wang (Pro Hac Vice)
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0775
cwang@aclu.org

Andres Holguin-Flores (Pro Hac Vice)
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
(213) 629-2512
aholguin-Flores@MALDEF.org

Stanley Young (Pro Hac Vice)
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4700
syoung@cov.com

1  Amy S. Heath (Pro Hac Vice)
2  Covington & Burling LLP
   415 Mission St., Ste. 5400
3  San Francisco, CA 94105
   Telephone: (415) 591-6000
4  aheath@cov.com
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28