# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., | No. CV-07-02513-PHX-GMS<br><br>**ORDER** |
| Plaintiffs, | |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al., | |
| Defendants. | |

The Court has received the United States' and Plaintiffs' Comments and Recommendations Regarding Defendants' Staffing Study Methodology (Doc. 2839) in response to Sheriff Paul Penzone and Maricopa County's Request for Approval of Consultant Pursuant to Paragraph 362 of the Third Order (Doc. 2828) and Sheriff Paul Penzone and Maricopa County's Notice of Filing of Methodology Pursuant to Paragraph 362 of the Third Order (Doc. 2832). Defendants may provide the Court with a reply to the

Plaintiffs' comments and recommendations as to whether the Court should approve the study in accordance with Paragraphs 361 and 362 of the Third Order.

**IT IS THEREFORE ORDERED** that Defendants may file one reply brief addressing Plaintiffs' recommendations or comments on the proposed consultant and/or methodology by **January 23, 2023**.

Dated this 9th day of January, 2023.

G. Murray Snow
Chief United States District Judge