# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court finds it would be beneficial to set this matter for a hearing after the receipt of Defendant's Reply to Plaintiffs' comments and recommendations regarding the proposed consultant and methodology pursuant to Paragraphs 361 and 362 of the Amended Third Supplemental Permanent Injunction Judgment Order. The parties should be prepared to discuss:

1. How the Court should proceed under Paragraphs 361 and 362 of the Amended Third Supplemental Permanent Injunction Judgment Order (Doc. 2830) in light of the parties' comments and recommendations.

**IT IS THEREFORE ORDERED** that this matter is set for an in-person status hearing on **Friday, January 27, 2023, at 2:00 p.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003. Each party shall have 30 minutes at the hearing.

Dated this 11th day of January, 2023.

_____
G. Murray Snow
Chief United States District Judge