Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Paul Penzone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs, <br> and <br> United States of America, <br><br> Plaintiff-Intervenor, <br> vs. <br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT PAUL PENZONE'S NOTICE RE: PSB STAFFING FUND PURSUANT TO PARAGRAPH 345** |

Pursuant to Paragraph 345 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), Defendant Penzone provides notice to the Court and Monitor that the current balance in the Professional Standards Bureau ("PSB") Staffing Fund is $0.00.

///

Dated this 19th day of January, 2023.

OSBORN MALEDON, P.A.


By <u>s/ Kristin L. Windtberg</u>
　　Mary R. O'Grady
　　Kristin L. Windtberg
　　Joshua J. Messer
　　2929 North Central, Suite 2100
　　Phoenix, Arizona 85012-2793

**Attorneys for Defendant Paul Penzone**

9771327