Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Paul Penzone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **DEFENDANT PAUL PENZONE'S NOTICE RE: BACKLOG PURSUANT TO PARAGRAPH 364** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| vs. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al., | |
| Defendants. | |

Pursuant to Paragraph 364 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), Defendant Penzone provides notice to the Court that the backlog of open administrative misconduct cases as of December 31, 2022 was 2087 cases. The Maricopa County Sheriff's Office previously provided this same information to the Monitor and parties in conjunction with a monthly document request.

1   Dated this 19th day of January, 2023.

2   OSBORN MALEDON, P.A.

4   By s/ Kristin L. Windtberg
5      Mary R. O'Grady
       Kristin L. Windtberg
6      Joshua J. Messer
       2929 North Central, Suite 2100
7      Phoenix, Arizona 85012-2793

8   **Attorneys for Defendant Paul Penzone**

9771132