Kristen Clarke
Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Maureen Johnston (WA Bar No. 50037)
Beatriz Aguirre (NV Bar No. 14816)
Nancy Glass (DC Bar No. 995831)
Suraj Kumar (NY Bar No. 5620745)
U.S. Department of Justice,
Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor,
Washington, D.C. 20002
beatriz.aguirre@usdoj.gov
202-598-1507

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.*<br><br>        Plaintiffs,<br>and<br><br>United States of America<br><br>        Plaintiff-Intervenor,<br><br>    v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, AZ; *et al.*<br><br>        Defendants. | Civil Case No.: 2:07-cv-2513-PHX-GMS<br><br>**UNITED STATES' MOTION TO APPEAR TELEPHONICALLY AT JANUARY 27, 2023 HEARING** |

In its order setting a status conference for January 27, 2023, the Court indicated that the parties must appear in person to discuss how this Court "should proceed under Paragraphs 361

and 362 of the Amended Third Supplemental Permanent Injunction Judgement Order (Doc. 2830) in light of the parties' comments and recommendations. (Doc. 2849 at 1.)  Counsel for the United States will appear in person for the hearing. However, additional attorneys of record wish to attend the hearing telephonically. Accordingly, the United States respectfully requests a call-in number for the hearing.

    Respectfully submitted this 19th day of January, 2023.

    Kristen Clarke
    Assistant Attorney General
    Civil Rights Division

    Steven H. Rosenbaum
    Chief, Special Litigation Section

    Maureen Johnston (WA Bar No. 50037)
    Acting Deputy Chief

    */s/ Beatriz Aguirre*
    Beatriz Aguirre (NV Bar No.14816)
    Nancy Glass (DC Bar No. 995831)
    Suraj Kumar (NY Bar No. 5620745)

    ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I certify that on or about January 19, 2023, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

/s/ *Beatriz Aguirre*