# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Before the Court is the United States' Motion to Appear Telephonically At January 27, 2023 Hearing (Doc. 2855). Upon consideration,

**IT IS HEREBY ORDERED** granting the Motion (Doc. 2855). Counsel for the United States shall appear in person. Additional attorneys of record for the United States shall appear telephonically for the January 27, 2023 hearing.

Dated this 20th day of January, 2023.

_____
G. Murray Snow
Chief United States District Judge