Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
Benjamin L. Rundall
brundall@acluaz.org
Vanessa L. Pineda
vpineda@acluaz.org
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV-07-2513-PHX-GMS |
| Plaintiffs, and | **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS** |
| United States of America, | |
| Plaintiff-Intervenor, v. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, et al., | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Amy S. Heath*
aheath@cov.com
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Leticia M. Saucedo*
lsaucedo@MALDEF.org
Mexican American Legal Defense and
Educational Fund
1512 14th St.
Sacramento, CA 95814
Telephone: (916) 444−3031

Andres Holguin-Flores*
aholguin-Flores@MALDEF.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

*Pro Hac Vice

Pursuant to Local Rule 83.3, Benjamin L. Rundall of the ACLU Foundation of Arizona hereby enters his appearance as co-counsel of record for the Plaintiffs.

Dated this 24th day of January 2023.

By: */s/ Benjamin L. Rundall*
Benjamin L. Rundall
Victoria Lopez
Christine K. Wee
Vanessa L. Pineda
ACLU Foundation of Arizona

Cecillia D. Wang (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Stanley Young (*Pro Hac Vice*)
Amy S. Heath (*Pro Hac Vice*)
Covington & Burling, LLP

Leticia M. Saucedo (*Pro Hac Vice*)
Andres Holguin-Flores (*Pro Hac Vice*)
Mexican American Legal Defense and Educational Fund

*Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on January 24, 2023, I electronically transmitted the attached |
| 3 | document to the Clerk's office using the CM/ECF System for filing. Notice of this filing |
| 4 | will be sent by e-mail to all parties by operation of the Court's electronic filing system or |
| 5 | by mail as indicated on the Notice of Electronic Filing. |

/s/*Benjamin L. Rundall*
Benjamin L. Rundall