Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
Benjamin L. Rundall
brundall@acluaz.org
Vanessa L. Pineda
vpineda@acluaz.org
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., <br><br> Plaintiffs, <br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br> v. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, et al., <br><br> Defendants. | CV-07-2513-PHX-GMS <br><br> **PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY AT THE JANUARY 27, 2023 STATUS CONFERENCE** |

Additional Attorneys for Plaintiffs:

| | |
|---|---|
| Cecillia D. Wang* <br> cwang@aclu.org <br> ACLU Foundation <br> Immigrants' Rights Project <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Telephone: (415) 343-0775 <br> Facsimile: (415) 395-0950 | Leticia M. Saucedo* <br> lsaucedo@MALDEF.org <br> Mexican American Legal Defense and Educational Fund <br> 1512 14th St. <br> Sacramento, CA 95814 <br> Telephone: (916) 444−3031 |
| Stanley Young* <br> syoung@cov.com <br> Covington & Burling LLP <br> 3000 El Camino Real <br> 5 Palo Alto Square, 10th Floor <br> Palo Alto, CA 94306-2112 <br> Telephone: (650) 632-4700 <br> Facsimile: (650) 632-4800 | Andres Holguin-Flores* <br> aholguin-Flores@MALDEF.org <br> Mexican American Legal Defense and Educational Fund <br> 634 South Spring Street, 11th Floor <br> Los Angeles, California 90014 <br> Telephone: (213) 629-2512 <br> Facsimile: (213) 629-0266 |
| Amy S. Heath* <br> aheath@cov.com <br> Covington & Burling LLP <br> 415 Mission St., Ste. 5400 <br> San Francisco, CA 94105 <br> Telephone: (415) 591-6000 <br> Facsimile: (415) 591-6091 | |

*Pro Hac Vice*

Plaintiffs respectfully request a call-in number for the status conference scheduled for January 27, 2023 for attorneys of record who wish to attend telephonically. Counsel for Plaintiffs will appear in person for the status conference scheduled for January 27, 2023 to address how the Court "should proceed under Paragraphs 361 and 362 of the Amended Third Supplemental Permanent Injunction Order (Doc. 2830) in light of the parties' comments and recommendations." (Doc. 2849).

Dated this 25th day of January 2023.

By: */s/ Christine K. Wee*
Christine K. Wee
Benjamin L. Rundall
Victoria Lopez
Vanessa L. Pineda
ACLU Foundation of Arizona

Cecillia D. Wang (*Pro Hac Vice*)
ACLU Foundation
Immigrants' Rights Project

Stanley Young (*Pro Hac Vice*)
Amy S. Heath (*Pro Hac Vice*)
Covington & Burling, LLP

Leticia M. Saucedo (*Pro Hac Vice*)
Andres Holguin-Flores (*Pro Hac Vice*)
Mexican American Legal Defense
and Educational Fund

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 25, 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

           */s/Christine K. Wee*
            Christine K. Wee