1  Mary R. O'Grady, 011434
2  Kristin L. Windtberg, 024804
   Joshua J. Messer, 035101
3  OSBORN MALEDON, P.A.
   2929 North Central Avenue, Suite 2100
4  Phoenix, Arizona 85012-2793
   (602) 640-9000
5  mogrady@omlaw.com
   kwindtberg@omlaw.com
6  jmesser@omlaw.com
7  Attorneys for Defendant Paul Penzone

8                     IN THE UNITED STATES DISTRICT COURT

9                         FOR THE DISTRICT OF ARIZONA

10 | Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., | No. CV-07-2513-PHX-GMS |

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor,

vs.

Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,

Defendants.

**DEFENDANT PAUL PENZONE'S JANUARY 2023 NOTICE AND CORRECTION OF DECEMBER 2022 NOTICE RE: BACKLOG PURSUANT TO PARAGRAPH 364**

Pursuant to Paragraph 364 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), Defendant Paul Penzone provides notice to the Court that the backlog of open administrative misconduct cases as of January 31, 2023 was 2,015 cases, as reflected in the Monthly Production Request Response submitted to the Monitor and parties, attached hereto as **Exhibit A**. This number reflects the total number of open administrative misconduct cases that have not been completed within the time limits set forth in Paragraph 204 of the Court's Second

Order (Doc. 1765) and that do not have an approved extension from the Monitor.  (*See* Third Order ¶ 356.)

Sheriff Penzone further notifies the Court that the backlog of open administrative misconduct cases as of December 31, 2022 was 2,074 cases. (*See* Ex. A.)  This figure is a corrected figure as of December 31, 2022.  Sheriff Penzone previously reported that the number of open administrative misconduct cases in the backlog as of December 31, 2022 totaled 2,087 cases.  (Doc. 2854.)  However, this number did not accurately represent the number of cases in the backlog, as defined by Paragraph 356 of the Third Order.  The number previously reported as of December 31, 2022, included administrative misconduct cases that had been fully investigated and signed off on by the Professional Standards Bureau Commander, but had not yet been administratively closed.  After discussions with the Monitoring Team, MCSO understands that these cases will not be included in the backlog.  To ensure consistency in reporting on the size of the backlog pursuant to Paragraph 364, Sheriff Penzone hereby corrects his prior filing (Doc. 2854).

Dated this 17th day of February, 2023.

OSBORN MALEDON, P.A.

By s/ Kristin L. Windtberg
Mary R. O'Grady
Kristin L. Windtberg
Joshua J. Messer
2929 North Central, Suite 2100
Phoenix, Arizona  85012-2793

**Attorneys for Defendant Paul Penzone**