# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>　　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court has received and reviewed the Monitor's invoice dated March 1, 2023 for services rendered by the Monitor in February 2023. The Court finds the invoice and charges to be reasonable and directs Maricopa County to authorize payment of the Monitor's invoice for the total amount, including any past due balance.

Dated this 7th day of March, 2023.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge