Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Paul Penzone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> vs. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT PAUL PENZONE'S FEBRUARY 2023 NOTICE RE: PSB STAFFING FUND PURSUANT TO PARAGRAPH 345** |

Pursuant to Paragraph 345 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), Defendant Penzone provides notice to the Court and Monitor that the balance in the Professional Standards Bureau ("PSB") Staffing Fund as of February 2023 is $0.00, as reflected in Monthly Document Request Response, attached hereto as **Exhibit A.**

/ / /

1     Dated this 20th day of March, 2023.

2                               OSBORN MALEDON, P.A.

4     By s/ Joshua J. Messer
       Mary R. O'Grady
5       Kristin L. Windtberg
       Joshua J. Messer
6       2929 North Central, Suite 2100
       Phoenix, Arizona 85012-2793

**Attorneys for Defendant Paul Penzone**

9843760