# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** granting the Motion entitled Notice of Intent to Transfer Personnel into the Professional Standards Bureau (Doc. 2878) and directing the Clerk of the Court to file under seal the lodged document (Doc. 2879) regarding Defendant Paul Penzone's intent to transfer Sergeant Cameron McDade into the Bureau of Internal Oversight and Sergeant Mike Lawson out of the Bureau of Internal Oversight.

Dated this 13th day of April, 2023.

G. Murray Snow
Chief United States District Judge