Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Paul Penzone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **DEFENDANT PAUL PENZONE'S APRIL 2023 NOTICE RE: BACKLOG PURSUANT TO PARAGRAPH 364** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| vs. | |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al., | |
| Defendants. | |

Pursuant to Paragraph 364 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), Defendant Penzone provides notice to the Court that the backlog of open administrative misconduct cases as of April 30, 2023, was 1,930 cases, as reflected in the Monthly Production Request Response submitted to the Monitor and parties, attached hereto as **Exhibit A**.

/ / /

/ / /

1  Dated this 23rd day of May, 2023.

2                           OSBORN MALEDON, P.A.

3

4

5  By s/ Joshua J. Messer
    Mary R. O'Grady
    Kristin L. Windtberg
6      Joshua J. Messer
    2929 North Central, Suite 2100
7      Phoenix, Arizona  85012-2793

8  **Attorneys for Defendant Paul Penzone**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28