# Exhibit A



# Maricopa County Sheriff's Office
**Paul Penzone, Sheriff**

*Court Implementation Division*

# MONTHLY PRODUCTION REQUEST

**FOR THE MONTH OF:** April 2023 (Amended)

**PARAGRAPH #: 339,360**

**REQUEST:**

*"Provide a report listing the information below, as of the close of the previous month:*

- *The number of open administrative investigations, number of new investigations received, number of investigations completed, and the number of investigations in the backlog.*
- *The number of administrative investigations assigned to PSB investigators, number of investigations outsourced, the number of investigations assigned to Districts and Divisions outside of PSB, the number of investigations diverted.*
- *PSB staffing numbers, to include the number of sworn investigators, the number of Detention investigators, the number of civilian investigators, and the number of civilian support personnel. Include personnel staffing by name, job responsibility, and date assigned to PSB.*
- *PSB Budgeted staff positions by job description, classification, and rank. Include vacant positions, if any."*

**RESPONSE:**

Provided are the numbers of the investigation types requested for this reporting period.

There were 0 investigations diverted.

| P339,360 | Running Total | APR 2023 Open | APR 2023 Closed |
|---|---|---|---|
| IA, CI | 2236 | 54 | 73 |
| Backlog | 1930 | | |
| | | | |
| PSB | 2069 | 44 | 50 |
| District | 98 | 9 | 15 |
| Jensen-Hughes | 54 | 1 | 8 |
| Sobraske | 15 | 0 | 0 |

**Please Note**: The number of pending PSB Cases in the table above has been updated to 2069 from the original 2068. This was the result of the Investigative Unit not appearing for one case in the original spreadsheet.



# Maricopa County Sheriff's Office
Paul Penzone, Sheriff

*Court Implementation Division*

Provided is the PSB Staffing information as requested above.

| PSB Staff by Function | Filled Positions |
|---|---|
| Sworn Reviewers | 5 |
| Sworn Investigators | 11 |
| Detention Reviewers | 2 |
| Detention Investigators | 17 |
| Criminal Reviewer | 1 |
| Criminal Investigators/Support | 4 |
| Division Reviewer | 1 |
| Civilian Investigators | 16 |
| Admin Functons Staff | 14 |
| Security | 2 |

The TOTAL NUMBER of Administrative Investigator Positions is **44** for this reporting period.

**Author of Response:** Mariusz Kurowski B5112

**Bureau/Division:** Professional Standards Bureau

**Date of Response:** 5/16/2023

**ATTACHMENTS:**

- PSB Staffing Information P339,360_04-30-2023.pdf