Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Paul Penzone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**DEFENDANT PAUL PENZONE'S APRIL 2023 NOTICE RE: PSB STAFFING FUND PURSUANT TO PARAGRAPH 345** |

Pursuant to Paragraph 345 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), Defendant Penzone provides notice to the Court and Monitor that the balance in the Professional Standards Bureau ("PSB") Staffing Fund as of April 2023 is $0.00, as reflected in the Monthly Document Request Response submitted to the Monitor and parties, attached hereto as **Exhibit A**.

/ / /

/ / /

/ / /

1    Dated this 23rd[th] day of May, 2023.

2                                              OSBORN MALEDON, P.A.

4    By s/ Joshua J. Messer
         Mary R. O'Grady
5        Kristin L. Windtberg
         Joshua J. Messer
6        2929 North Central, Suite 2100
         Phoenix, Arizona  85012-2793

     **Attorneys for Defendant Paul Penzone**