# Exhibit A



# Maricopa County Sheriff's Office
**Paul Penzone, Sheriff**

*Court Implementation Division*

# Response to 2023 – April Monthly Document Request related to Paragraph # 340, 341, 342, 345, 368

## Request:

*"Provide a report on the accounting of the PSB Staffing Fund, to include any payments made into the PSB Staffing Fund, and the reason such payments were made; and withdrawals from the fund and the reasons for the expenditures."*

## Response:

The attached document was received by Director Dan Campion, MCSO Finance, as it was obtained from Maricopa County Finance.

- PDF document titled "PSB Staffing Fund 511 - April 2023 Payment & Withdrawal Report"

| Report ID: | FIN-AP-MC004 | FIN-AP-MC004 - Revenue & Expense by Unit, Department, and Fund - Rev & Exp Fund | Page 20 of 20 |
|---|---|---|---|
| Run Date: | 5/12/23 | Fiscal Year: 2023 | |
| Run Time: | 7:54:09 AM | Period Ending:  April | |

**Fund:  511 - Established by the Court Order issued by the US District Court on 11/8/22, in CV-07-2513-PHX-GMS**

<------------ Current Period ------------>   <------------ Fiscal Year-To-Date ------------>   <------------------------------- Fiscal Year ------------------------------->

### REVENUE SUMMARY

| REVENUE SOURCE | | CURRENT BUDGET | CURRENT REVENUES | CURRENT VAR | YTD BUDGET | YTD REVENUES | YTD VAR |
|---|---|---|---|---|---|---|---|
| | Total | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | 0.00% |

### EXPENSE SUMMARY

| OBJECT | | CURRENT BUDGET | CURRENT EXPENDITURES | CURRENT VAR | YTD BUDGET | YTD EXPENDITURES | YTD VAR | PRE-ENCUMBRANCES | ENCUMBRANCES | FUNDS AVAILABLE | TOTAL BUDGET | TOTAL VAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Total | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |

### NET SUMMARY

| CURRENT REV - EXP | YTD REV - EXP | YTD REV - EXP - PreENC- ENC |
|---|---|---|
| $0.00 | $0.00 | $0.00 |