# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor,

v.

Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.

Defendants.

No. CV-07-2513-PHX-GMS

**ORDER**

In the July 26, 2016 Order (Doc. 1765 ¶ 199), this Court has established qualifications for service as an internal affairs investigator. That same order, ¶ 268, requires that any transfer of sworn personnel into or from the PSB requires the advanced approval from the Monitor. Thereafter, in light of MCSO's asserted difficulty in transferring additional sworn personnel into the PSB, the Court approved the use by MCSO of civilian and/or non-sworn investigators. In doing so, the Court apparently did not specifically order that the credentials of all such investigators had to be pre-approved by the Monitor. The MCSO now apparently takes the position that it will only provide the credentials of such PSB investigators after it has hired them. At first blush, there seems to the Court to be at least as much if not more reason to approve in advance the employment

of non-sworn investigators as PSB investigators than sworn MCSO personnel. The Court will, however, hear MCSO's reasons for not wishing to provide such credentials in advance in a hearing on **August 11, 2023**. The Court will further accept, if the MCSO wishes, a brief not to exceed five pages to be filed two weeks before the hearing, justifying this position.

**IT IS HEREBY ORDERED** that this matter is set for an in-person status conference on **August 11, 2023 at 2:00 p.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 West Washington Street, Phoenix, Arizona, 85003. Each party shall have 20 minutes at the hearing.

Dated this 20th day of June, 2023.

_____
G. Murray Snow
Chief United States District Judge