Kristen Clarke
Assistant Attorney General
Steven H. Rosenbaum (NY Bar No. 1901958)
Maureen Johnston (WA Bar No. 50037)
Beatriz Aguirre (NV Bar No. 14816)
Nancy Glass (DC Bar No. 995831)
Suraj Kumar (NY Bar No. 5620745)
U.S. Department of Justice,
Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor,
Washington, D.C. 20002

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.*<br><br>Plaintiffs,<br>and<br><br>United States of America<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, AZ; *et al*.<br><br>Defendants. | Civil Case No.: 2:07-cv-2513-PHX-GMS<br><br>**UNITED STATES' MOTION TO APPEAR TELEPHONICALLY AT AUGUST 11, 2023 HEARING** |

## INTRODUCTION

In its order setting a status conference for August 11, 2023, the Court indicated that the parties must appear in person to discuss MCSO's reasons for not submitting to the Monitor the

necessary credentials to approve the employment of civilian investigators. Doc. 2898. Counsel for the United States will appear in person for the hearing. However, additional attorneys of record wish to attend the hearing telephonically. Accordingly, the United States respectfully requests a call-in number for the hearing.

Respectfully submitted this 7th day of August, 2023.

Kristen Clarke
Assistant Attorney General
Civil Rights Division

Steven H. Rosenbaum
Chief, Special Litigation Section

Maureen Johnston
Acting Deputy Chief (WA Bar No. 50037)

*/s/ Beatriz Aguirre*
Beatriz Aguirre (NV Bar No. 14816)
Nancy Glass (DC Bar No. 995831)
Suraj Kumar (NY Bar No. 5620745)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Telephone: (202) 598-1507
Beatriz.Aguirre2@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

# CERTIFICATE OF SERVICE

I certify that on or about August 7, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

<u>/s/ *Beatriz Aguirre*</u>