Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona  85012
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Paul Penzone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> vs. <br><br> Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **STIPULATION TO MODIFY DEADLINE FOR STAFFING STUDY** |

As referenced at the August 11, 2023, hearing, MCSO believes that the modified policies for investigations must be adopted and certification of the backlog of PSB investigations must be completed before it can finish the staffing study required by Paragraph 361 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) ("Third Order").  The parties now stipulate to modify the deadline for the staffing study to require that MCSO submit the staffing study to the parties, the Monitor and the Court within eight weeks after certification of the

backlog by the Monitor pursuant to Paragraph 356 of the Third Order or by November 8, 2023, whichever is later.

The Third Order sets out a process by which the Monitor would develop new policies and procedures to divert certain cases from full PSB investigations into more streamlined resolutions. (Third Order ¶¶ 353-357.) This process began with the Monitor submitting proposed new policies to the Court on March 8, 2023, followed by comments on those proposals from MCSO and the parties on March 23, 2023. (*Id.* ¶¶ 353-354.) Thereafter, the Court is to review and approve the policies and, after that approval, MCSO and the Monitor will apply the revised policies to the current backlog of cases to determine which cases could be diverted from PSB investigations. (*Id.* ¶ 355.) After that analysis is complete, the Monitor is to certify to the Court and the parties "the number of administrative investigations remaining in the backlog." (*Id.* ¶ 356.) Because the Court has not yet approved the pending policies, the Monitor has yet to certify the number of investigations remaining in the backlog.

Relatedly, Paragraph 361 of the Third Order directs MCSO to "commission an independent study" of MCSO's staffing and personnel allocation in light of the "existing backlog of PSB investigations." The Third Order sets the completion time for this study as "within one year of the entry" of the Third Order. As the Third Order was entered on November 8, 2022, MCSO's current deadline under Paragraph 361 is November 8, 2023. To properly assess staffing levels in compliance with the Court's Orders and effectuate "the timely elimination of the existing backlog of PSB investigations" (*id.*), the applicable policies and the precise number of cases in the backlog must be known. However, that cannot be calculated until the Court approves the policies currently pending before it and the Monitor certifies "the number of administrative investigations remaining in the backlog" (*id.* ¶ 356).

Because of the need for the information described above, the parties request that the Court modify the deadline in Paragraph 361 of the Third Order so that MCSO must

1 complete the staffing study within eight weeks after the Monitor's certification of the
2 backlog number under Paragraph 356 or by November 8, 2023, whichever is later.
3     Dated this 28th day of August, 2023.

                    OSBORN MALEDON, P.A.

                    By s/Joshua J. Messer
                        Mary R. O'Grady
                        Kristin L. Windtberg
                        Joshua J. Messer
                        2929 North Central, Suite 2000
                        Phoenix, Arizona 85012

**Attorneys for Defendant Paul Penzone**

                    MARICOPA COUNTY

                    s/Jospeh I. Vigil (w/ permission)
                    Joseph I. Vigil, Esq.
                    Joseph J. Branco, Esq.

**Attorneys for Defendants Paul Penzone and Maricopa County**

                    Kristen Clarke
                    Assistant Attorney General
                    Civil Rights Division

                    Steven H. Rosenbaum
                    Chief, Special Litigation Section

                    Maureen Johnston
                    Acting Deputy Chief (WA Bar No. 50037)

                    s/Nancy Glass (w/ permission)
                    Beatriz Aguirre (NV Bar No. 14816)
                    Nancy Glass (DC Bar No. 995831)
                    Suraj Kumar (NY Bar No. 5620745)
                    Nabanita Pal (MD Bar No. 1512160166)
                    Trial Attorneys
                    150 M Street NE, 10th Floor
                    Washington, DC 20002
                    Telephone: (202) 598-0139
                    Nancy.glass@usdoj.gov
                    **Attorneys for the United States**

|   |   |
|---|---|
| 1 | ACLU Foundation of Arizona |
| 2 |  |
|   | s/Christine K. Wee |
| 3 | Victoria Lopez |
|   | vlopez@acluaz.org |
| 4 | Christine K. Wee |
| 5 | cwee@acluaz.org |
|   | 3707 North 7th Street, Suite 235 |
| 6 | Phoenix, AZ 85014 |
| 7 |  |
|   | Cecillia D. Wang* |
| 8 | cwang@aclu.org |
|   | ACLU Foundation |
| 9 | Immigrants' Rights Project |
| 10 | 39 Drumm Street |
|   | San Francisco, CA 94111 |
| 11 |  |
| 12 | Stanley Young* |
|   | syoung@cov.com |
| 13 | Covington & Burling LLP |
|   | 3000 El Camino Real |
| 14 | 5 Palo Alto Square, 10th Floor |
| 15 | Palo Alto, CA 94306-2112 |
| 16 | Amy S. Heath* |
|   | aheath@cov.com |
| 17 | Covington & Burling LLP |
| 18 | 415 Mission St., Ste. 5400 |
|   | San Francisco, CA 94105 |
| 19 |  |
| 20 | Eduardo Casas* |
|   | ecasas@maldef.org |
| 21 | Mexican American Legal Defense and |
| 22 | Educational Fund |
|   | 634 South Spring Street, 11th Floor Los |
| 23 | Angeles, California 90014 |
| 24 | **Attorneys for Plaintiffs** |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |