IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR STAFFING STUDY** |

Having considered the Stipulation to Extend the Deadline for Staffing Study and good cause appearing therefore,

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. \_\_\_\_). MCSO shall have eight weeks from the certification of the number of investigative cases in the backlog pursuant to Paragraph 356 of this Court's Amended Third Supplemental Permanent Injunction/Judgment Order ("Third Order," Doc. 2830) or until November 8, 2023, whichever is later, to complete the staffing study required under Paragraph 361 of the Third Order.