# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court having reviewed Defendants' Motion entitled Notice of Intent to Transfer Personnel into Bureau of Internal Oversight and Request to Seal Information (Doc. 2942), accordingly,

**IT IS ORDERED** granting Defendants' Motion entitled Notice of Intent to Transfer Personnel into Bureau of Internal Oversight and Request to Seal Information (Doc. 2942).

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file under seal the lodged document (Doc. 2943) regarding Defendant Paul Penzone's intent to transfer

Sergeant Elias Miranda into the Bureau of Internal Oversight and Sergeant Cameron McDade into the Patrol Bureau.

Dated this 31st day of October, 2023.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge