1

2

3

4

5

6            **IN THE UNITED STATES DISTRICT COURT**

7              **FOR THE DISTRICT OF ARIZONA**

8    Manuel de Jesus Ortega Melendres, on         No. CV-07-2513-PHX-GMS
     behalf of himself and all others similarly
9    situated; et al.                             **ORDER**

10                        Plaintiffs,

11   and

12   United States of America,

13                        Plaintiff-Intervenor,

14   v.

15
     Paul Penzone, in his official capacity as
16   Sheriff of Maricopa County, Arizona; et al.

17                        Defendants.

18

19          The Court has received and reviewed the Monitor's invoice dated December 1, 2023

20   for services rendered by the Monitor in November 2023.  The Court finds the invoice and

21   charges to be reasonable and directs Maricopa County to authorize payment of the

22   Monitor's invoice for the total amount, including any past due balance.

23          Dated this 8th day of December, 2023.

24

25                              _____
                                        G. Murray Snow
26                              Chief United States District Judge

27

28