# Exhibit A



# Maricopa County Sheriff's Office

**Paul Penzone, Sheriff**

*Court Implementation Division*

## MONTHLY PRODUCTION REQUEST

**FOR THE MONTH OF: December 2023**

**PARAGRAPH #: 357,364**

**REQUEST:**

*"Provide a list of all "backlog" cases completed.  List should include:*
- *The IA number*
- *The date the complaint was received*
- *Whether the complaint was internally or externally generated*
- *The date the investigative report was approved by the PSB Commander*

*The number of open cases in the backlog at the end of each month."*

**RESPONSE:**

The attached list accounts for previously reported PSB backlog cases that have been removed from the backlog during this reporting period.

Of the 1,737 backlog cases reported in the November 2023 response, 47 cases have been removed as of December 31, 2023. As of this reporting period, the PSB backlog of cases consists of 1,732 Administrative Investigations.

**Author of Response:** Mariusz Kurowski B5112

**Bureau/Division:**     Professional Standards Bureau

**Date of Response:**    01/03/2024

**ATTACHMENTS:**

- 357 COMPLETED_PSB Backlog_12312023