# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court having reviewed Defendant Maricopa County Sheriff Paul Penzone's Motion entitled Notice of Resignation of Paul Penzone and Designation of Defendant by Title Pursuant to Rule 17(D) Pending Appointment of Successor (Doc.2975), accordingly,

**IT IS HEREBY ORDERED** that Defendant Maricopa County Sheriff Paul Penzone's Motion entitled Notice of Resignation of Paul Penzone and Designation of Defendant (Doc. 2975) is granted.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), Russ Skinner, in his official capacity as Sheriff of Maricopa County, is substituted as Defendant in this action in place of Paul Penzone, in his official capacity as Sheriff of Maricopa County. The Clerk of Court is directed to change the caption accordingly and

all parties are directed to file all future documents under the updated caption as referenced above.

Dated this 14th day of February, 2024.

_____
G. Murray Snow
Chief United States District Judge