Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Maricopa County Sheriff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> vs. <br><br> Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br><br> **DEFENDANT RUSS SKINNER'S NOTICE RE: BACKLOG PURSUANT TO PARAGRAPH 364** |

Pursuant to Paragraph 364 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), Defendant Skinner provides notice to the Court that the backlog of open administrative misconduct cases as of January 31, 2024, was 1,695 cases, as reflected in the Monthly Production Request Response submitted to the Monitor and parties, attached hereto as **Exhibit A**.

Dated this 16th day of February, 2024.

OSBORN MALEDON, P.A.

By <u>s/ Joshua J. Messer</u>
  Mary R. O'Grady
  Kristin L. Windtberg
  Joshua J. Messer
  2929 North Central, Suite 2000
  Phoenix, Arizona 85012-2793

Attorneys for Defendant Maricopa County Sheriff