Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Maricopa County Sheriff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> vs. <br><br> Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT RUSS SKINNER'S JANUARY 2024 2024 NOTICE RE: PSB STAFFING FUND PURSUANT TO PARAGRAPH 345** |

Pursuant to Paragraph 345 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), Defendant Skinner provides notice to the Court and Monitor that the balance in the Professional Standards Bureau ("PSB") Staffing Fund as of January 31, 2024, is $0.00, as reflected in the Monthly Document Request Response submitted to the Monitor and parties, attached hereto as **Exhibit A**.

/ / /

Dated this 16th day of February, 2024.

OSBORN MALEDON, P.A.

By <u>s/ Joshua J. Messer</u>
   Mary R. O'Grady
   Kristin L. Windtberg
   Joshua J. Messer
   2929 North Central, Suite 2000
   Phoenix, Arizona 85012-2793

Attorneys for Defendant Maricopa County Sheriff