```
1   Cecillia D. Wang*
2   cwang@aclu.org
    ACLU Foundation
3   425 California Street, Suite 700
    San Francisco, CA 94104
4   Telephone: (415) 343-0775
5
    Attorney for Plaintiffs (Additional attorneys
6   for Plaintiffs listed on next page)
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | CV-07-2513-PHX-GMS |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
ACLU Foundation of Arizona
2712 North 7th Street
Phoenix, AZ 85006
Telephone: (602) 650-1854

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Amy S. Heath*
aheath@cov.com
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*Pro Hac Vice

Pursuant to Local Rule 83.3(d), notice is hereby given of a change of address for Plaintiffs' counsel of record, Cecillia D. Wang, ACLU Foundation, as follows:

Cecillia D. Wang
ACLU Foundation
425 California Street, Suite 700
San Francisco, CA 94104

All other contact information (telephone, email) remains unchanged.

Dated this 22nd day of February, 2024.

By: */s/ Cecillia D. Wang*
Cecillia D. Wang*
ACLU Foundation

Christine K. Wee
Victoria Lopez
ACLU Foundation of Arizona

Stanley Young*
Amy S. Heath*
Covington & Burling, LLP

Eduardo Casas*
Mexican American Legal Defense
and Educational Fund

*Attorneys for Plaintiffs*

*Pro Hac Vice*

1

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

*/s/Cecillia D. Wang*
Cecillia D. Wang