# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** setting this matter for an in-person oral argument on Defendants' Motion for Approval of Staffing Study Pursuant to Paragraphs 361 and 362 (Doc. 2984) for **Thursday, May 2, 2024, at 2:00 p.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003. Each side shall have 30 minutes at the hearing and 20 minutes for the parties to hear from the Monitor.

Dated this 6th day of March, 2024.

_____
G. Murray Snow
Chief United States District Judge