# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Oral argument is scheduled for May 2, 2024 on Defendants' Motion for Approval of Staffing Study Pursuant to Paragraphs 361 and 362 (Doc. 2984). The Court is aware that neither Plaintiffs nor the Plaintiff-Intervenor objects to the approval of the staffing study. Nevertheless, it would be helpful for the Court's consideration of the Motion for the parties to address at oral argument the extent to which they believe the staffing study complies with the requirements of the November 8, 2022 Order, Doc. 2827 ¶ 361.

Dated this 1st day of May, 2024.

_____
G. Murray Snow
Chief United States District Judge