# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

During the May 2, 2024 oral argument, the parties consulted as to whether they could arrive at an agreement that would allow them to complete the purposes of the required staffing study.

Accordingly,

**IT IS ORDERED** the parties shall have sixty days from the date of the hearing within which to confer and provide the Court with their proposals.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Defendant Maricopa County shall have two weeks from the date of the hearing to brief issues related to the practical time in which investigations must be completed to be effective.

Dated this 3rd day of May, 2024.

_____
G. Murray Snow
Chief United States District Judge