# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>    Plaintiffs,<br><br>and<br><br>United States of America,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>    Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Before the Court is Defendants Russ Skinner and Maricopa County's Motion to Vacate and Reschedule the July 16, 2024 (Doc. 3040). The Motion is unopposed.

**IT IS HEREBY ORDERED** granting Defendants Motion to Vacate (Doc. 3040). The Hearing on the Joint Submission of Parties Regarding Completion of Purposes of Staffing Study currently set for July 16, 2024 is vacated and reset to **July 26, 2024, at 2:00 p.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 West Washington Street, Phoenix, AZ 85003.

Dated this 8th day of July, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge