1  RACHEL H. MITCHELL
   MARICOPA COUNTY ATTORNEY
2
3  By:    JOSEPH I. VIGIL (018677)
          Deputy County Attorneys
4         vigilj@mcao.maricopa.gov

5  CIVIL SERVICES DIVISION
6  225 West Madison Street
   Phoenix, Arizona 85003
7  Telephone (602) 506-8541
   Facsimile (602) 506-4316
8  ca-civilmailbox@mcao.maricopa. gov
9  MCAO Firm No. 00032000

10 *Attorneys for Defendants Russell Skinner*
11  *and Maricopa County*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Russell Skinner, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT RUSSELL SKINNER'S NOTICE OF FILING FORTIETH QUARTERLY COMPLIANCE REPORT** |

Pursuant to the Court's October 2, 2013, Order (Doc. 606), Defendant Russell Skinner files with the Court Defendant's Fortieth Quarterly Compliance Report, which covers the First Quarter of 2024, January 1, 2024, through March 31, 2024. (Attached as Exhibit 1.)

**RESPECTFULLY SUBMITTED** this 8th day of July 2024.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: s/ *Joseph I. Vigil*
JOSEPH I. VIGIL, ESQ.
*Attorneys for Defendants Russell Skinner and Maricopa County*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

s/*J. Christiansen*