# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for Counsel to Appear Telephonically for the July 26, 2024 Hearing (Doc. 3044). Upon consideration,

**IT IS ORDERED** granting Plaintiffs' Motion (Doc. 3044). Counsel for Plaintiffs may appear telephonically for the July 26, 2024 hearing at 2:00 p.m. (AZ Time). Plaintiff's counsel Sebrina M. Shaw shall appear for the hearing in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 West Washington Street, Phoenix, AZ 85003. The Court shall provide the call-in information to Plaintiffs' Counsel prior to the hearing.

Dated this 22nd day of July, 2024.

_____
G. Murray Snow
Chief United States District Judge