# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>    Plaintiffs,<br><br>and<br><br>United States of America,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>Russel Skinner, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>    Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

At the Hearing on the Joint Submission of Parties Regarding Completion of Purposes of Staffing Study held this date, the Court advised counsel they would have the opportunity to submit comments regarding the Proposed Revisions handed out in Court.

**IT IS ORDERED** counsel shall have five working days from the date of this Order to file their comments.

**IT IS FURTHER ORDERED** directing the Court's chambers' staff to email a copy of the Proposed Revisions to counsel who announced in Court.

Dated this 26th day of July, 2024.

_____
G. Murray Snow
Chief United States District Judge