# EXHIBIT A

**Defendants' Exhibit A - Proposed Revisions**

356.  Doc. 1765 ¶ ~~24~~ 204 shall be amended to specify that ~~any investigation~~ internal affairs investigators (whether in PSB or a Division) will complete their administrative investigations of employee misconduct ~~shall be completed~~ within one hundred ~~eighty~~ forty (~~180~~140) days after its receipt by MCSO~~. MCSO's investigation will qualify as being complete on the date the employer is served with the notice of discipline or notice of findings and the complainant will have been advised of the outcome~~.  Within five business days of this order, the Monitor shall certify to the parties and the Court the number of administrative investigations remaining in the backlog that are open and have not been completed within the time limits required by the Court (or in other words the extent to which the backlog is reduced by the extended timeline authorized above for Doc. 1765 ¶ ~~24~~204.)   At the beginning of each month, the number of open cases whose investigations have exceeded the time by which Doc. 1765 ~~¶204~~ ¶ 204 as amended required that they be completed shall be the remaining backlog.  This backlog shall not include any cases for which the Monitor has granted an extension of the investigation deadline pursuant to ¶ 365 of this order.

357.  The cases in this remaining backlog should be identified by year, giving priority to the oldest cases, i.e, the cases that were filed first. The expectation should be to address the oldest cases first, without ignoring the continuing caseload. In their monthly report, the MCSO shall specify in which year each case eliminated from the backlog was filed.

358.  Beginning on ~~September~~ October 1, 2024, the MCSO will be required to reduce the backlog number remaining on the last day of the previous calendar-quarter by 35 cases per month for a minimum total reduction of 105 cases during the last calendar quarter of 2024. Beginning on January 1, 2025 the amount of required case reduction will increase to a 40 case reduction per month from the number of the backlog existing on the last day of the previous quarter (Dec. 31, 2024) for a minimum total reduction of 120 cases for the first calendar quarter of 2025.  Beginning on April 1, 2025 the amount of required case reduction will increase to a 45 case reduction per month from the number of the backlog existing on the last day of the previous

quarter (March 31, 2025) for a minimum total reduction of 135 caseload reduction for the second calendar quarter of 2025. Beginning on July 1, 2025 the minimum amount of required case reduction from the backlog number on the last day of the previous quarter (June 30, 2025) will increase to a 50 case reduction per month and a 150 minimum caseload reduction for the third calendar-quarter of 2025. This backlog reduction number of 50 per month and 150 per quarter will remain the required minimum backlog caseload reduction per quarter from the backlog number on the last day of the previous quarter until the backlog is eliminated. For each calendar-quarter in which PSB cannot reduce the remaining backlog by the requisite number of cases from the number of the backlog existing on the last day of the previous quarter, the MCSO and/or Maricopa County shall pay into the PSB Staffing fund two times the amount identified in ¶ 338 ($191,415.12) for each month in that quarter in which the PSB did not reduce the backlog by the requisite number of cases during the month. Up until ~~September~~ October 1, 2024, for each month in which the PSB cannot reduce the remaining backlog by 20 cases from the previous month's number, the MCSO and/or Maricopa County shall pay into the PBS Staffing Fund two times the amount identified in ¶ 338 above. The Court may consider modifications to the payment schedule in this paragraph after October 1, 2025.

# EXHIBIT B

**Defendants' Exhibit B - Proposed Revisions**

356.   Doc. 1765 ¶ ~~24~~ 204 shall be amended to specify that any investigation of employee misconduct shall be completed within one hundred eighty (180) days after its receipt by MCSO.  MCSO's investigation will qualify as being complete on the date the ~~employer~~ employee is served with the notice of discipline or notice of findings ~~and the complainant will have been advised of the outcome.  Within five business~~ .  This notice may be a Closed Case Notification, Coaching Service Form, Written Reprimand, Predetermination Hearing Notice or similar notice prescribed by MCSO policy.  Within twenty-one days of this order, the Monitor shall certify to the parties and the Court the number of administrative investigations remaining in the backlog that are open and have not been completed within the time limits required by the Court (or in other words the extent to which the backlog is ~~reduced~~ changed by the extended timeline authorized above for Doc. 1765 ¶ ~~24~~204.)  At the beginning of each month, the number of open cases whose investigations have exceeded the time by which Doc. 1765 ~~¶204~~ ¶ 204 as amended required that they be completed shall be the remaining backlog.  This backlog shall not include any cases for which the Monitor has granted an extension of the investigation deadline pursuant to ¶ 365 of this order.  The Monitor shall suspend the timeline as required by state law and may grant such other requests for extensions that the Monitor determines are reasonable.

357.   The cases in this remaining backlog should be identified by year, giving priority to the oldest cases, i.e, the cases that were filed first.  The expectation should be to address the oldest cases first, without ignoring the continuing caseload.  In their monthly report, the MCSO shall specify in which year each case eliminated from the backlog was filed.

358.   Beginning on ~~September~~ October 1, 2024, the MCSO will be required to reduce the backlog number remaining on the last day of the previous calendar-quarter by 35 cases per month for a minimum total reduction of 105 cases during the last calendar quarter of 2024. Beginning on January 1, 2025 the amount of required case reduction will increase to a 40 case reduction per month from the number of the backlog existing on the

last day of the previous quarter (Dec. 31, 2024) for a minimum total reduction of 120 cases for the first calendar quarter of 2025.  Beginning on April 1, 2025 the amount of required case reduction will increase to a 45 case reduction per month from the number of the backlog existing on the last day of the previous quarter (March 31, 2025) for a minimum total reduction of 135 caseload reduction for the second calendar quarter of 2025. Beginning on July 1, 2025 the minimum amount of required case reduction from the backlog  number on the last day of the previous quarter (June 30, 2025) will increase to a 50 case reduction per month and a 150 minimum caseload reduction for the third calendar- quarter of 2025. This backlog reduction number of 50 per month and 150 per quarter will remain the required minimum backlog caseload reduction per quarter from the backlog number on the last day of the previous quarter until the backlog is eliminated.  For each calendar- quarter in which PSB cannot reduce the remaining backlog by the requisite number of cases  from the number of the backlog existing on the last day of the previous quarter, the MCSO and/or Maricopa County shall pay into the PSB Staffing fund two times the amount identified in ¶ 338 ($191,415.12) for each month in that quarter in which the PSB did not reduce the backlog by the requisite number of cases during the month.  Up until ~~September~~ October 1, 2024, for each month in which the ~~PSB~~ MCSO cannot reduce the remaining backlog by 20 cases from the previous month's number, the MCSO and/or Maricopa County shall pay into the PBS Staffing Fund two times the amount identified in ¶ 338 above. After October 1, 2025, the parties may request that the Court consider modifications to the payment schedule in this paragraph.

369. In addition to the purposes authorized in Paragraph 345, the PSB Staffing Fund may be used for the hiring and payment of staff in the Conduct Resolution Section to assist in providing the notices described in Paragraph 356 in a timely manner.