# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court has received and reviewed the Monitor's invoice dated August 1, 2024 for services rendered by the Monitor in July 2024. The Court finds the invoice and charges to be reasonable and directs Maricopa County to authorize payment of the Monitor's invoice for the total amount, including any past due balance.

Dated this 5th day of August, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge