Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Maricopa County Sheriff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., <br><br>Plaintiffs, <br><br>and <br><br>United States of America, <br><br>Plaintiff-Intervenor, <br><br>vs. <br><br>Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br>Defendants. | No. CV-07-2513-PHX-GMS <br><br>**DEFENDANT RUSS SKINNER'S JULY 2024 NOTICE RE: BACKLOG PURSUANT TO PARAGRAPH 364** |

Pursuant to Paragraph 364 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), Defendant Skinner provides notice to the Court that the backlog of open administrative misconduct cases as of July 31, 2024, was 1,340 cases, as reflected in the Monthly Production Request Response submitted to the Monitor and parties, attached hereto as **Exhibit A**.

/ / /

/ / /

1    Dated this 8th day of August, 2024.

                                    OSBORN MALEDON, P.A.


                                    By s/ Joshua J. Messer
                                       Mary R. O'Grady
                                       Kristin L. Windtberg
                                       Joshua J. Messer
                                       2929 North Central, Suite 2000
                                       Phoenix, Arizona  85012

                                    Attorneys for Defendant Maricopa County Sheriff

2