Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Russ Skinner

Joseph I. Vigil, 018677
Maricopa County Attorney's Office
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4137
vigilj@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Russ Skinner and Maricopa County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> vs. <br><br> Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DOC. 3061** |

Defendants oppose Plaintiffs' Motion for Leave to File Response to Doc. 3061 (Doc. 3063) ("Motion"). Document 3061 is Defendants' Comments on Proposed Court Order regarding PSB backlog issues. In their Motion, Plaintiffs seek the opportunity to "rebut" comments filed by Defendants regarding A.R.S. § 38-1109, claiming they "did not have a chance" to do so in their own comments. (Doc. 3063 at 3.)

This Court set the same deadline for all parties to submit comments on the Court's Proposed Revisions regarding the PSB backlog. (Doc. 3054.) The Court's order did not provide *any p*arty the opportunity to respond to or "rebut" the comments of the other parties. Defendants do not think that approach should be modified now.

Before the filing deadline, Defendants provided information to all counsel about the issues it was considering raising in their comments on the Proposed Revisions. Plaintiffs made no effort to do the same.

Nevertheless, if this Court permits the Plaintiffs the opportunity to "rebut" portions of Defendants' comments on the Proposed Revisions, Defendants request the opportunity to also file a supplemental brief addressing Plaintiffs' comments.

Rather than extend the briefing, Defendants request that the Court deny Plaintiffs' Motion.

Dated this 8th day of August, 2024.

OSBORN MALEDON, P.A.

By s/ Mary O'Grady
   Mary R. O'Grady
   Kristin L. Windtberg
   Joshua J. Messer
   2929 North Central, Suite 2000
   Phoenix, Arizona  85012

*Attorneys for Defendant Maricopa County Sheriff*

2

10494104

|   |   |
|---|---|
| 1 | /s/ *Joseph Vigil w/permission* |
| 2 |   |
| 3 | Joseph I. Vigil, 018677<br>Maricopa County Attorney's Office<br>Civil Services Division |
| 4 | 225 West Madison Street<br>Phoenix, Arizona 85003 |
| 5 | Telephone (602) 506-8541<br>Facsimile (602) 506-4137 |
| 6 | vigilj@mcao.maricopa.gov<br>ca-civilmailbox@mcao.maricopa.gov |
| 7 | MCAO Firm No. 00032000 |
| 8 | *Attorneys for Defendants Russ Skinner and Maricopa County* |

3

10494104