# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>   Plaintiffs,<br><br>and<br><br>United States of America,<br><br>   Plaintiff-Intervenor,<br><br>v.<br><br>Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>   Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Due to clerical error in scheduling when Defendants may file a supplemental brief,

**IT IS ORDERED** vacating the Court's Order (Doc. 3069) in its entirety and affirming that Defendants may file a supplemental brief addressing Plaintiffs' comments on or before **August 22, 2024** pursuant to the Court's Order (Doc.3067).

Dated this 15th day of August, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge