# EXHIBIT A

(MCSO's CID 2024 Annual Compliance Report)

# MARICOPA COUNTY SHERIFF'S OFFICE
# RUSS SKINNER, SHERIFF

# COURT IMPLEMENTATION DIVISION



# 2024 ANNUAL COMPLIANCE REPORT

## JULY 1, 2023-JUNE 30, 2024

# TABLE OF CONTENTS

EXECUTIVE SUMMARY ........................................................................................................1

COORDINATING COMPLIANCE WITH *MELENDRES* COURT ORDERS ..................................5

INSPECTIONS AND QUALITY ASSURANCE AUDITS ................................................................6

ANNUAL POLICY ASSESSMENT....................................................................................................17

PRE-PLANNED OPERATIONS ....................................................................................................30

TRAINING ....................................................................................................................................31

TRAFFIC STOPS:  DOCUMENTATION,  ANALYSIS AND FOLLOW UP ACTIONS ...............34

EARLY IDENTIFICATION SYSTEM (EIS)..................................................................................40

SUPERVISION AND EVALUATIONS OF DEPUTY PERFORMANCE ......................................42

MISCONDUCT AND COMPLAINTS..............................................................................................43

COMMUNITY ENGAGEMENT....................................................................................................46

COMPLIANCE COSTS ................................................................................................................48

CONCLUSION..............................................................................................................................49

APPENDIX A: *MELENDRES* COURT ORDERS COMPLIANCE CHART ................................50

APPENDIX B: LIST OF MCSO ACRONYMS ..............................................................................58

APPENDIX C: MELENDRES COMPLIANCE COSTS FY08 THROUGH FY24..........................59

# EXECUTIVE SUMMARY

This 2024 Annual Report reviews the Maricopa County Sheriff's Office's ("MCSO" or "Office") level of compliance with the Hon. G. Murray Snow's October 2, 2013 Supplemental Permanent Injunction/Judgment Order (Doc. 606), as amended (the "First Order"), the July 26, 2016 Second Supplemental Permanent Injunction/Judgment Order (Doc. 1765), as amended (the "Second Order") and the November 8, 2022, Amended Third Supplemental Permanent Injunction/Judgment Order ("Third Order," Doc. 2827) (collectively, the "Court's Orders"). This report covers the fiscal year from July 1, 2023, through June 30, 2024.

This Annual Report is submitted to comply with Paragraphs 12 and 13 of the Court's Orders. It includes a summary of the Monitor's quarterly assessments of MCSO's compliance with the Court's Orders and a description of some of the major work during the past year. There are two phases to the Monitor's compliance assessment. The Phase 1 compliance assessment entails consideration of whether MCSO has developed and approved requisite policies and procedures and personnel have received documented training on that content. Phase 2 compliance is typically considered operational implementation and requires MCSO to comply with the requirements of the Court's Orders more than 94% of the time or in more than 94% of the instances under review. Overall, the Monitor gives MCSO a compliance rating on 226 Paragraphs of the Court's Orders.

Under the direction of Sheriff Skinner, MCSO is committed to achieving compliance with the Court's Orders. Progress continues to be made. When the 2023-24 fiscal year began, MCSO was in 100% Phase 1 compliance and 88% Phase 2 compliance with the First Order. It was in 100% Phase 1 compliance and 93% Phase 2 compliance with the Second Order. By the end of the First Quarter of 2024, MCSO continued to be in 100% Phase 1 compliance with both the First and Second Orders. It was in 90% Phase 2 compliance with the First Order and 91% Phase 2 compliance with the Second Order. It also began its compliance efforts with the new Third Order in this fiscal year. By the end of the First Quarter of 2024, MCSO was in 25% Phase 1 compliance with the Third Order and 53% Phase 2 compliance.

According to the Monitor's Fortieth Quarterly Report (First Quarter 2024), MCSO is in "Full and Effective Compliance," with 162 Paragraphs of the 208 Paragraphs in the First and Second Orders on which MCSO is rated. "Full and Effective Compliance" means that MCSO has successfully complied with the paragraph requirements for at least three years, and the Monitor has concurred with MCSO's assertion of Full and Effective Compliance. When the 2023-24 fiscal year began, MCSO was in Full and Effective Compliance with 158 Paragraphs.

Compliance requires an extensive commitment throughout MCSO. MCSO has a Bureau of Compliance consisting of several sections: the Court Implementation Division ("CID"), the Bureau of Internal Oversight ("BIO"), the Professional Standards Bureau ("PSB"), and the Training Division. While each of these sections maintains a specific purpose, collectively their focus is to promote compliance efforts and ensure existing compliance is maintained while collaborating with the Monitoring Team and the Parties to meet the requirements of the Court's Orders. This is accomplished through developing, updating, and implementing policies, procedures, training protocols, and lesson plans and through internal audits, inspections, and reports.

Former Sheriff Paul Penzone resigned his position in January 2024, and the Maricopa County Board of Supervisors subsequently appointed Russ Skinner to serve as Maricopa County Sheriff.  Sheriff Skinner has extensive experience with the Court's Orders and with MCSO's compliance efforts.  Sheriff Skinner promoted Stephanie Molina to serve as Chief Deputy.  Chief Deputy Molina also has extensive experience with the Office's work to comply with the Court's Orders.

MCSO's efforts related to compliance with the Court's Orders over the past year include:

- **Audits and Inspections.**  Over the course of the year, the Auditing and Inspections Unit ("AIU"), within BIO, conducted inspections in various areas including:  CAD Messaging/Alpha Paging, Misconduct Investigations, Incident Reports, Patrol Shift Rosters, Traffic Stop Data Collection, Employee Emails, Facilities and Property, Complaint Intake Testing, Supervisory Notes (sworn, detention, and civilian), TraCS (Traffic and Criminal Software) Discussions, TraCS supervisory review, Patrol Activity Logs, Early Identification System ("EIS") Alerts, Post-Stop Ethnicity Inspections, Semi-Annual Bias-Free Reinforcement Inspections, Constitutional Policing Plan Briefing Inspections, Targeted Integrity Inspections, and Passenger Contacts and Searches. These inspections provide information to MCSO management to ensure employee compliance with Office policies and procedures and provide corrections where deficiencies are noted.

- **Traffic Stop Studies.**  MCSO continued to conduct a variety of sophisticated analyses of its traffic stop data to identify potential disparities based on race or ethnicity and develop a foundation for further follow up as needed.  This work includes monthly, quarterly, and annual traffic stop studies, each of which has a different focus.

  **Monthly Traffic Stop Reviews and Interventions.**  The pilot for the Traffic Stop Monthly Report ("TSMR") that began in April 2021 was completed in this fiscal year, and this monthly review of traffic stops has become part of MCSO's standard practices. The TSMR analyzes traffic stop data on a monthly basis and based on the TSMR, MCSO intervenes with deputies who show warning signs or indicia of bias-based policing.  The TSMR is an innovative, data-driven program that analyzes the traffic stop enforcement behavior of all patrol deputies over a rolling 12-month period.  The analysis is designed to identify deputies whose traffic stop outcomes are racially or ethnically disparate from their peers on five benchmarks:  stop length, citation rate, search rate, arrest rate, and seizure rate.

  **Annual Analysis of Traffic Stops.**  MCSO published its ninth Traffic Stop Annual Report ("TSAR") during the Second Quarter of 2024.  This TSAR analyzed traffic stops occurring during the 2023 calendar year.  It identified no statistically significant disparities relating to the Plaintiffs' class.  There were, however, statistically significant disparities for certain benchmarks when all minorities are analyzed as a group.

  **Quarterly Traffic Stop Studies.**  MCSO completed three quarterly "deep dive" reports on traffic stop topics of interest ("TSQRs") in this fiscal year.  This year's TSQRs analyzed traffic stops in the MCSO districts based on 2022 data, the use of extended stop indicators, and traffic stops in districts based on 2023 data.

**Follow up on Traffic Stop Analyses.** The traffic stop analyses provide the basis for further action by MCSO. MCSO conducts town halls to inform MCSO personnel of the results of the traffic stop analyses, and the TSQRs and TSARs are all available to the public on MCSO's website. This year, MCSO established an internal review group to consider the results of the analyses and any recommendations MCSO receives about actions to reduce disparities. The action plans developed as a result of this work are published on MCSO's website and provided to the Monitor and parties. Because disparate outcomes based on race and ethnicity have been identified in studies, MCSO continues to provide training and take other actions to attempt to reduce disparities. The TSMR process, which provides individual interventions, is an integral part of the effort to reduce disparities in traffic stop outcomes.

- **Ongoing Policy Assessments.** MCSO continued to timely create and update its policies and procedures. Policy Assessments are critical to establishing foundations for employees to have a clear understanding of Office expectations and procedures. To ensure compliance with the Court's Orders, MCSO continues to comprehensively review all Office patrol operations policies and procedures. Court Order related policies and procedures are also submitted to the Monitoring Team and Parties for review and for Monitor approval.

- **Employee Performance Appraisals.** MCSO continued to enhance its new Employee Performance Appraisal (EPA) system in this reporting year. This ongoing effort is intended to enhance employee performance management and maintain compliance with the requirements of the Court's Orders regarding employee reviews and the overall employee appraisal process.

- **Training.** As it has since compliance efforts began, MCSO provides specific training to address the requirements of the Court's Orders. The comprehensive program involves developing and updating curriculum, delivering training through qualified teachers, and tracking employee completion of training requirements. The Training Division continues to look for ways to improve its programs to be responsive to the needs of MCSO and progress toward compliance with the Court's Orders. This year included training focusing on the TSAR results.

- **Community Engagement.** MCSO continues to collaborate with several community advisory boards, including the Court-ordered Community Advisory Board ("CAB"). The BIO Commander is the single point of contact responsible for facilitating and organizing meetings, providing documents for review, and soliciting feedback from CAB members. MCSO's Community Outreach Division ("COrD") coordinates an extensive outreach program that provides varied opportunities for engagement with the community throughout the year.

- **Quarterly Compliance Assessments.** Both MCSO and the Monitor are required to prepare quarterly compliance reports. The Monitor's quarterly reports are placed on MCSO's online learning tool, The HUB, to allow all employees access to the reports. MCSO employees at the rank of Lieutenant and above are required to read these reports to emphasize the importance of gaining compliance with the Court's Orders along with the steps necessary to achieve compliance in areas in which they may have influence.

3

- **Administrative Investigations.**  During this year, the Court approved policy changes required by the Third Order that address administrative investigations.  The Third Order focuses on eliminating the backlog of administrative investigations.  During this reporting period, the backlog dropped from 1,842 cases to 1,373 cases.  Eliminating the backlog, while continuing to conduct quality investigations, remains a high priority for the Office.

The major outstanding areas for compliance include eliminating the backlog of misconduct investigation investigations, continuing to take actions to reduce disparities identified in traffic stop studies, implementing a new non-traffic control form and analyzing those for potential disparities, and continuing to improve the implementation of employee performance appraisals.  Some documentation issues fall short of the 94% standard necessary for compliance, including the use of passenger contact forms at the time of contact and timely supervisor review of certain incident review report, and MCSO is addressing those issues.

MCSO is committed to achieving its goal of "Full and Effective Compliance" with all paragraphs in the Court's Orders.  This is a top priority for Sheriff Skinner.  MCSO continues to dedicate significant financial and personnel resources to advance the organization toward compliance.

# COORDINATING COMPLIANCE WITH *MELENDRES* COURT ORDERS

In October 2013, MCSO formed the Court Compliance and Implementation Division consistent with Paragraph 9.  In February 2015, MCSO changed the name of this division to the Court Implementation Division, or "CID."  In this fiscal year, CID was comprised of 25 MCSO personnel with interdisciplinary backgrounds and various ranks including:  1 Captain, 2 Lieutenants, 1 Director, 5 Sergeants, 2 Civilian Supervisors, 2 Deputies, 3 Research Analysts, 6 Management Analysts, 1 Management Assistant and 2 Administrative Assistants.

CID works closely with MCSO legal counsel and MCSO Command Staff to ensure that MCSO maintains a sustained effort to achieve its goal of Full and Effective Compliance with the Court's Orders.  CID coordinates site visits and other activities with the Monitoring Team and Parties, as the Court's Orders require.  CID strives to maintain a positive and professional working relationship with the Monitor and Parties.  It is committed to its vital role in the reform process and reaching MCSO Executive Command's goal to expeditiously achieve Full and Effective Compliance.  CID assists commanders from various divisions and districts in identifying areas for improvement in connection with the Office's efforts toward compliance.

A significant part of CID's responsibilities involves producing documents as required by the Court's Orders.  During this fiscal year, CID produced approximately 381,340 pages of documents.  In addition to the Monitor's document requests, the CID facilitates the production of training material and policies and procedures to the Monitor for review and approval.  With the Sheriff's approval, CID ensures the proper allocation of document production requests to the appropriate MCSO units.  This document production work involves MCSO divisions, bureaus, and command staff, as well as personnel from the Maricopa County Attorney's Office ("MCAO").

CID is in Full and Effective Compliance with all of its responsibilities under the Court's Orders (Paragraphs 9-13) and continues to work with other areas within MCSO as well as the Monitoring Team and Parties to support all compliance efforts.

# INSPECTIONS AND QUALITY ASSURANCE AUDITS

Consistent with the Court's mandate to engage in periodic audits, on September 29, 2014, the MCSO created the Bureau of Internal Oversight ("BIO") to provide timely and professional auditing, inspections, technical, and review services.  The BIO provides assessments of employee performance, management performance, and division performance, among other topics, with the goal of promoting the integrity, economy, efficiency, and effectiveness of MCSO programs, services, and activities.  BIO inspections and audits allow MCSO to assess whether personnel are in compliance with the Court's Orders and MCSO Policy.

BIO-AIU's primary function is to conduct audit and non-audit services for MCSO.  The AIU conducts audits and routine compliance inspections on an ongoing basis.  The purpose of the audits is to determine compliance with MCSO policy, promote proper supervision, and support compliance with the Court's Orders.  During this annual review period, BIO completed the following inspections to verify compliance with the Court's Orders requirements and identify any deficiencies.  Once deficiencies are identified, information is sent to supervisors using the EIS.  Additionally, BIO reviews inspection reports for patterns and trends.  Identified issues are then disseminated in the EIS Quarterly Evaluation and briefed during internal town halls.  Below each inspection description are the corresponding compliance findings of each inspection in this reporting period.

### BIO Action Form Study
The Bureau of Internal Oversight completed its third BIO Action Form (BAF) Tracking Study this year.  This year's study covered all issued BAFs approved from January 2022 through December 2022.  The study identifies underlying patterns found within the agency, divisions, and individual supervisor levels.  The two main categories for deficiencies were Lack of Documentation Issues and Time Management Issues.  The latest BAF Study reviewed the impact of an electronic Shift Roster implementation through the PRAXIS system.  The data showed that the number of deficiencies and issued BAFs were significantly reduced, and the inspection was no longer considered to have a high deficiency rate.  A review of the data indicated that there are very few repetitive deficiencies, or patterns of deficiencies, for any individual supervisors' subordinates, and no agency and division-wide patterns were noted.  Findings are provided to the enforcement command.

### Computer Aided Dispatch ("CAD")/Alpha Paging Messaging Inspection
The CAD Messaging/Alpha Paging System inspection is to ensure that CAD and Alpha Paging Messaging system entries adhere to MCSO Policy and that those systems are not used by employees to discriminate or denigrate any persons.  This inspection is conducted quarterly.

6



***Misconduct Investigations Inspection***

The purpose of this inspection is to determine if the selected administrative misconduct investigations were conducted in compliance with MCSO Policy and Paragraphs 33, 102, and 104 of the Court's Orders. This inspection is completed monthly and a random sample of 10 closed cases are selected by the Monitor for inspection. This assessment does not consider the timeliness of the investigations.



***Incident Report Inspection***

The Incident Report Inspection seeks to ensure that incident reports adhere to MCSO Policy, federal and state law, promote proper supervision, and support compliance with Paragraphs 75, 93, 94, and 96 of the Court's Orders. For this inspection, the Monitor randomly selects up to 20 in-custody reports, and 20 criminal citations. Each inspection is reviewed using a 28-point inspection matrix. Using this matrix, compliance ratings are given for each inspection point and all inspections are calculated using validated, objective methodology. This methodology typically involves staff performing 1,120 total inspection points each month.



### Patrol Shift Roster Inspection

The Patrol Shift Roster Inspection is conducted to ensure compliance with MCSO Policy GB-2, *Command Responsibility*, and with Paragraphs 82, 84, and 86 of the Court's Orders. The quarterly inspection consists of a random selection of 12 calendar days per month, in which the shift rosters completed in those calendar days are inspected. Each roster is inspected using an inspection matrix with 4 compliance inspection points. Additional non-compliance related areas are inspected such as the accurate input of information in the roster.



### Employee Email Inspection

The Employee Email Inspection is conducted to ensure that employee email accounts are utilized in compliance with MCSO Policy and Paragraphs 23 and 103 of the Court's Orders. A total of 50 employees' emails are randomly selected each quarter (17 employees for two months and 16 for the third month) for inspection.



***Complaint Intake Testing Inspection***

The Complaint Intake Testing Inspection is conducted to ensure consistency with MCSO Policy GH-4, *Bureau of Internal Oversight*, the AIU Operations Manual, and with Paragraphs 254-260 of the Court's Orders. This testing program is designed to assess whether MCSO employees are providing civilians appropriate and accurate information about the complaint process and whether MCSO employees are notifying PSB upon the receipt of a community member complaint. The Complaint Intake Testing Annual Report is published annually on the MCSO website.



***Supervisory Notes Inspection***

The Supervisory Notes Inspection is conducted on sworn, detention, and civilian personnel to ensure that Supervisory Note entries in the Blue Team application are compliant with MCSO Policy and with Paragraphs 69, 70, 72, 75, 79, 81, 97, and 103 of the Court's Orders. This inspection is conducted by uniformly inspecting the Supervisor Note entries within the IAPro database for the randomly selected employees, utilizing the matrix developed by AIU in accordance with Office Policies CP-8, *Preventing Racial and Other Bias-Based Profiling*, EA-11, *Arrest Procedures* EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance* EB-2, *Traffic Stop Data Collection*, GB-2, *Command Responsibility,* and GJ-35, *Body-Worn Cameras*.







***Facility and Property Inspection***

The Facility and Property Inspections are conducted to ensure that (1) all MCSO Sworn and Detention facilities are operating within MCSO Policy and (2) property and evidence is being properly secured and stored at the respective facility.  These inspections additionally ensure that facilities are not being used in any way that discriminates against or denigrates anyone.  The Facility and Property Inspection typically alternates monthly between Sworn and Detention facilities (July-Detention, August-Sworn, etc.).



***TraCS Discussed Inspection***

The TraCS Discussed Inspection is completed to determine supervisory compliance with MCSO Policy and Paragraphs 69, 81, and 85 of the Court's Orders, as well as to promote proper supervision.  This inspection is conducted using the TraCS System.  A random sample of traffic stops selected by the Monitor is uniformly inspected utilizing the AIU matrix, in accordance with the procedures outlined in Office Policies EA-11, *Arrest Procedures*, EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance*, and GB-2, *Command Responsibility*.  The goal is to determine if a supervisor discussed the traffic stop with the deputy within 30 days of the stop being made.



11

### TraCS Reviewed Inspection

The TraCS Reviewed Inspection is completed to determine supervisory compliance with MCSO Policy and Paragraphs 69, 81, and 85 of the Court's Orders, as well as to promote proper supervision. This inspection is conducted using the TraCS System. A random sample of traffic stops selected by the Monitor is uniformly inspected utilizing the AIU matrix, in accordance with the procedures outlined in Office Policies EA-11, *Arrest Procedures*, EB-1, and *Traffic Enforcement, Violator Contacts, and Citation Issuance*. The goal is to determine if a supervisor reviewed a traffic stop conducted by a deputy within 72 hours.



### Patrol Activity Log Inspection

The Patrol Activity Log Inspection is conducted to ensure compliance with MCSO Policy and with Paragraphs 83 and 103 of the Court's Orders, as well as promoting proper supervision. Patrol Activity Logs are uniformly inspected utilizing the AIU matrix. The Monitor selects a sample of 35 deputies each month from all Patrol Districts/Divisions. All the patrol activity logs generated by each deputy during the month are inspected using the AIU matrix.



12

***EIS Alerts Inspection***

The EIS Alerts Inspection is conducted to ensure consistency with MCSO Policies GB-2, *Command Responsibility* and GH-5, *Early Identification System* and to promote proper supervision. The AIU conducts inspections of the EIS Alerts monthly. The Monitor selects a random sample of closed EIS Alerts for inspection. AIU uses the EIS Alerts Inspection Matrix to ensure that the selected EIS Alerts are returned to the EIU in the required timeframe.



***Post Stop Ethnicity Inspection***

The Post-Stop Ethnicity Inspection is conducted to ensure that Sworn personnel accurately record pre-stop and post-stop ethnicity selections during traffic stops on the Vehicle Stop Contact Forms and are adhering to MCSO Policies EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance*, EB-2, *Traffic Stop Data Collection*, GJ-35, *Body-Worn Cameras*, CP-2, *Code of Conduct*, CP-5, *Truthfulness*, and CP-8, *Preventing Racial and Other Bias-Based Profiling*. To achieve accurate inspection results, the inspector will utilize data obtained from the TraCS system, Body-Worn Camera video, and a list of Hispanic surnames approved by the Monitor. These entries are uniformly inspected utilizing a matrix that BIO developed.



13

*Semi Annual Bias-Free Reinforcement Inspection*

The Semi-Annual Bias-Free Reinforcement Inspection is conducted to ensure compliance by Sworn, Detention, Civilian, Reserve, and Posse personnel with the requirements of MCSO Policy CP-8 to unequivocally and consistently reinforce that biased-based profiling or discriminatory policing are unacceptable.  It is important that all supervisors unequivocally reinforce to their subordinates that discriminatory policing is unacceptable through documentation in Blue Team Supervisor Note entries or Briefing Note entries in accordance with MCSO Policy as well as HUB Training requirements outlined in MCSO Training Bulletin 2024-030.



*Targeted Integrity Inspection*

The AIU conducts Targeted Integrity Inspections on an as-needed basis to examine specific employees, or a group of employees, who have or have been identified through an analysis conducted by BIO, PSB, EIS, or through other data collection methods, as displaying indications of, or concerns regarding, potentially improper or illegal behavior.  All documents are inspected for adherence to MCSO Policies EB-1, Traffic Enforcement, Violator Contacts, and Citation Issuance, EB-2, Traffic Stop Data Collection, GJ-35, Body-Worn Camera, and Section 303 of the AIU Operations Manual.  AIU conducted 2 inspections during this annual reporting period, in September 2023 and April 2024.  The September targeted test inspected detention Captains on IAPro items which have timeline requirements for compliance with policy.  AIU determined that the disposition for the inspection in September was a "Procedural Fail," meaning that the behavior did not comply with MCSO Policy but did not constitute criminal or serious misconduct.  The April targeted inspection randomly selected 16 traffic stops for review to identify violations of Office policy for evidence of criminal, serious or continual, repetitive, and willful acts of minor misconduct.  The April inspection resulted in a "Procedural Pass."



### Passenger Contact Inspection

The AIU conducts Passenger Contact Inspections monthly to ensure proper supervision, adherence with MCSO policies, compliance with the Court's Orders and local and federal law.  A total of 35 traffic stops are selected each month for review.  To accomplish this inspection, TraCS data is examined for those traffic stops with passenger contact documented on the Vehicle Stop Contact Forms.  The inspector analyzes the Vehicle Stop Contact Form, Citation/Warning, Incidental Contact Receipt, CAD printout, JWI Printout (if applicable) AIU-designed Matrix, Inspection Report Template Form, and Body Worn Camera footage files.



### Search Inspection

The AIU conducts Search Inspections on a monthly basis to ensure proper supervision, adherence with MCSO Policies, compliance with the Court's Orders and established local and federal law.  A total of 35 traffic stops are selected each month for review.  To accomplish this inspection, TraCS data is examined for those traffic stops with a search documented on the Vehicle Stop Contact Forms.  The inspector analyzes the Vehicle Stop Contact Form, Citation/Warning, Incidental Contact Receipt, CAD printout, JWI Printout (if applicable), AIU-designed Matrix, Inspection Report Template Form, and Body Worn Camera footage files.



***Traffic Stop Data Inspections***

During this reporting period, BIO conducted twelve traffic stop-related inspections to comply with the Court's Orders, Paragraph 64.  Information about these inspections is in the chapter on Traffic Stop Documentation and Data Collection and Review.

*****

In an effort to provide the public with current information about the audits and compliance inspections conducted by MCSO, updates are made to the BIO website on a routine basis to meet the requirements of the Court's Orders.  All audits and compliance inspections; the current MCSO Office Policy GH-4, *Bureau of Internal Oversight Audits and Inspections*; the current MCSO Office Policy GH-5, *Early Identification System*; the BIO organizational chart; and contact information for BIO can be found on the BIO website: http://www.mcsobio.org.

# ANNUAL POLICY ASSESSMENT

The Policy Development Section of the Maricopa County Sheriff's Office (MCSO) is comprised of 10 employees, who are responsible for reviewing and revising Office Policies. The Administrative Services Division Director Tiffani Shaw oversees the Policy Development Section which consists of (1) section commander, (1) detention sergeant, (1) sworn sergeant, (1) detention officer, and (6) management analysts.

All MCSO Policies go through a six-stage process during the review and revision period.  These stages consist of review, staff, advance, approval, publication, and electronic distribution.  The policy database, Office Policy files, and MCSO publications are reviewed for inclusion, if necessary, within the policy. In addition, input is received from subject matter experts in the affected areas of the MCSO to include command personnel.  Each Office Policy is reviewed for proper grammar, sentence structure, and formatting.  Office Policies related to the Court's Orders are subjected to additional review and approval by the Monitor.  Since the amendment of the Second Order, the CAB has also played a part in the review of policies to provide recommendations that will increase community trust.  Once the Office Policy has been finalized, approval is needed from the Policy Development Section chain of command, Executive Chiefs, and the Chief Deputy or designee.

Consistent with Paragraph 18's requirements that MCSO deliver police services consistent with the Constitution, and the laws of the United States and Arizona, MCSO continually reviews its Office Policies and Procedures.  In fulfillment of its duties and obligations under Federal and Arizona law, MCSO is committed to ensuring equal protection under the law and bias-free policing.  To ensure compliance with the Court's Orders, MCSO continues to comprehensively review all Office patrol operations policies and procedures, consistent with Paragraph 19 of the Court's Orders.

MCSO uses TheHUB system to distribute and require attestation of all *Briefing Boards* and published Office Policies.  TheHUB system memorializes and tracks employee compliance with MCSO Office Policy and Procedures; employees acknowledge they understand and shall abide by the requirements of Office Policies and Procedures.  MCSO provides the Critical, Detention, Enforcement, and General Policies through TheHUB as a resource for all MCSO personnel.

During this annual period, the Policy Development Section reviewed, revised, and published 36 Office Policies relative to the Court's Orders.  These Office Policies were reviewed and approved by the Monitor (*See* Table #1):

**Table 1: Dissemination of Court Order Related Policies for 2023/2024**

| Dissemination of Court Order Related Policies | | |
|---|---|---|
| Policy No. | Policy Name | Published Date |
| CP-2 | *Code of Conduct* | 01/10/2024 |
| EA-2 | *Patrol Vehicles* | 01/10/2024 |
| EB-2 | *Traffic Stop Data Collection* | 05/07/2024 |
| EB-7 | *Traffic Control and Services* | 02/29/2024 |
| ED-3 | *Review of Cases Declined for Prosecution* | 06/04/2024 |

| GA-1 | *Development of Written Orders* | 11/08/2023 |
| GB-2 | *Command Responsibility* | 12/04/2023 |
| GC-4 | *Detention/Civilian Employee Performance Appraisals* | 03/04/2024 |
| GC-4(S) | *Sworn Employee Performance Appraisals and Management* | 03/04/2024 |
| GC-7 | *Transfer of Personnel* | 01/11/2024 |
| GC-11 | *Employee Probationary Periods, Unclassified Employees, and Releases* | 11/29/2023 |
| GC-13 | *Awards* | 04/22/2024 |
| GC-16 | *Employee Grievance Procedures* | 11/13/2023 |
| GC-17 | *Employee Disciplinary Procedures* | 02/21/2024 |
| GC-17 | *Employee Disciplinary Procedures DISCIPLINE MATRICES Attachment A **(ONLY)*** | 11/13/2023 |
| GC-17 | *Employee Disciplinary Procedures CATEGORIES OF OFFENSES Attachment B **(ONLY)*** | 11/13/2023 |
| GD-9 | *Litigation Initiation, Document Preservation, and Document Production Notices* | 10/25/2023 |
| GE-3 | *Property Management and Evidence Control* | 04/22/2024 |
| GE-4 | *Use, Assignment, and Operation of Vehicles* | 01/11/2024 |
| GF-3 | *Criminal History Records Information and Public Records* | 10/30/2023 |
| GF-5 | *Incident Report Guidelines* | 05/06/2024 |
| GG-1 | *Peace Officer Training Administration* | 10/25/2023 |
| GG-2 | *Detention/Civilian Training Administration* | 10/25/2023 |
| GH-2 | *Internal Investigations* | 11/13/2023 |
| GH-4 | *Bureau of Internal Oversight Audits and Inspections* | 02/21/2024 |
| GH-5 | *Early Identification System* | 03/04/2024 |
| GI-5 | *Voiance Language Services* | 10/30/2023 |
| GI-7 | *Processing of Bias-Free Tips* | 10/30/2023 |
| GJ-3 | *Search and Seizure* | 11/08/2023 |
| GJ-5 | *Crime Scene Management* | 01/08/2024 |
| GJ-24 | *Community Relations and Youth Programs* | 11/08/2023 |
| GJ-26 | *Sheriff's Reserve Deputy Program* | 10/30/2023 |
| GJ-27 | *Sheriff's Posse Program* | 01/18/2024 |
| GJ-33 | *Significant Operations* | 03/06/2024 |
| GJ-36 | *Use Of Digital Recording Devices (Non Body-Worn Cameras)* | 03/06/2024 |
| GM-1 | *Electronic Communications, Data and Voice Mail* | 03/06/2024 |

During this annual period, the Policy Development Section completed 11 Statements of Annual Review (SOAR) for the following Office Policies requiring no changes during the reporting period. The following SOAR Office Policies were acknowledged and approved by the Monitor Team. (*See* Table #2)

**Table 2:     SOAR POLICIES for 2023/2024**

| SOAR Policies | | |
|---|---|---|
| **Policy No.** | **Policy Name** | **Approval Date** |
| CP-3 | *Workplace Professionalism* | 08/28/2023 |
| CP-5 | *Truthfulness* | 11/08/2023 |
| CP-8 | *Preventing Racial and Other Bias-Based Profiling* | 10/02/2023 |
| CP-11 | *Anti-Retaliation* | 08/28/2023 |
| ED-2 | *Covert Operations* | 11/08/2023 |
| GC-12 | *Hiring and Promotional Procedures* | 08/28/2023 |
| GF-1 | *Criminal Justice Data Systems* | 08/28/2023 |
| GH-2 | *Internal Investigation* | 01/04/2024 |
| GI-1 | *Radio and Enforcement Communications Procedures* | 12/06/2023 |
| GJ-2 | *Critical Incident Response* | 04/15/2024 |
| GJ-3 | *Search and Seizure* | 12/06/2023 |

During this annual period, the Policy Development Section has continued to review and revise the following Office Policies (*See* Table #3):

**Table 3: Order Related Policies Under Review/Revision for 2023/2024**

| Order Related Policies Under Review/Revision | | |
|---|---|---|
| **Policy No.** | **Policy Name** | **Date Opened** |
| CP-2 | *Code of Conduct* | 06/06/2023 |
| CP-3 | *Workplace Professionalism* | 07/03/2023 |
| CP-5 | *Truthfulness* | 07/03/2023 |
| CP-8 | *Preventing Racial and Other Bias-Based Profiling* | 04/03/2023 |
| CP-11 | *Anti-Retaliation* | 07/03/2023 |
| EA-2 | *Patrol Vehicles* | 07/03/2023 |
| EA-3 | *Non-Traffic Contact* | 07/15/2019 |
| EA-11 | *Arrest Procedures* | 07/03/2023 |
| EB-1 | *Traffic Enforcement, Violator Contacts, and Citation Issuance* | 07/03/2023 |
| EB-2 | *Traffic Stop Data Collection* | 07/03/2023 |
| EB-7 | *Traffic Control and Services* | 07/03/2023 |
| ED-2 | *Covert Operations* | 07/03/2023 |
| ED-3 | *Review of Cases Declined for Prosecution* | 07/03/2023 |
| GA-1 | *Development of Written Orders* | 06/06/2023 |
| GB-2 | *Command Responsibility* | 07/27/2020 |
| GC-4 | *Detention/Civilian Employee Performance Appraisals* | 06/06/2023 |
| GC-4 (S) | *Sworn Employee Performance Appraisals and Management* | 06/06/2023 |
| GC-7 | *Transfer of Personnel* | 07/03/2023 |

| GC-11 | *Employee Probationary Periods and Unclassified Employees* | 07/03/2023 |
|---|---|---|
| GC-12 | *Hiring and Promotional Procedures* | 06/06/2023 |
| GC-13 | *Awards* | 07/03/2023 |
| GC-16 | *Employee Grievance Procedures* | 07/03/2023 |
| GC-17 | *Employee Disciplinary Procedures* | 07/03/2023 |
| GD-9 | *Litigation Initiation, Document Preservation, and Document Production Notices* | 07/03/2023 |
| GE-3 | *Property Management and Evidence Control* | 07/03/2023 |
| GE-4 | *Use, Assignment, and Operation of Vehicles* | 07/03/2023 |
| GF-1 | *Criminal Justice Data Systems* | 07/03/2023 |
| GF-3 | *Criminal History Record Information and Public Records* | 07/03/2023 |
| GF-5 | *Incident Report Guidelines* | 07/03/2023 |
| GG-1 | *Peace Officer Training Administration* | 07/03/2023 |
| GG-2 | *Detention/Civilian Training Administration* | 07/03/2023 |
| GH-2 | *Internal Investigations* | 12/28/2023 |
| GH-4 | *Bureau of Internal Oversight Audits and Inspections* | 07/03/2023 |
| GH-5 | *Early Identification System* | 07/03/2023 |
| GI-1 | *Radio and Enforcement Communications Procedures* | 07/03/2023 |
| GI-5 | *Voiance Language Services* | 07/03/2023 |
| GI-7 | *Processing of Bias Free Tips* | 07/03/2023 |
| GJ-2 | *Critical Incident Response* | 07/03/2023 |
| GJ-3 | *Search and Seizure* | 07/07/2023 |
| GJ-5 | *Crime Scene Management* | 07/03/2023 |
| GJ-24 | *Community Relations and Youth Programs* | 07/03/2023 |
| GJ-26 | *Sheriff's Reserve Deputy Program* | 07/03/2023 |
| GJ-27 | *Sheriff's Posse Program* | 07/03/2023 |
| GJ-33 | *Significant Operations* | 07/03/2023 |
| GJ-35 | *Body-Worn Cameras* | 06/06/2023 |
| GJ-36 | *Use of Digital Recording Devices (Non Body-Worn Cameras)* | 07/03/2023 |
| GM-1 | *Electronic Communications, Data and Voicemail* | 07/03/2023 |

The Community Advisory Board (CAB) has the opportunity to provide input and recommendations on MCSO policies. The Policy Section reviews any comments received and follows up as appropriate. Although the CAB is always able to comment on any policies, in the past year, the CAB was specifically provided the opportunity to make suggestions on each of the policies listed below based on an established review schedule (*See* Table #4):

**Table 4: Policies for CAB input/recommendations for 2023/2024**

| Policies for CAB input/recommendations | | | |
|---|---|---|---|
| **Policy** | **Policy Name** | **CAB** | **Quarterly** |

| No. | | Review |
|---|---|---|
| CP-2 | CP-2, *Code of Conduct*<br>• No policy input or recommendations were received. | 07/01/2023 |
| CP-8 | CP-8, *Preventing Racial and Other Bias-Based Profiling*<br>• CAB provided general information about one of the examples for relevant training topics under Section 4(A) of this policy; however, no direct policy changes were recommended. | 07/01/2023 |
| CP-11 | CP-11, *Anti-Retaliation*<br>• No policy input or recommendations were received. | 07/01/2023 |
| EA-3 | EA-3, *Non-Traffic Contact*<br>• CAB provided general comments but no specific policy input or recommendations were received. | 10/01/2023 |
| EA-11 | EA-11, *Arrest Procedures*<br>• Comments were received related to ICE agents working inside the intake/release areas of the jails. At this time, MCSO is not making any policy revisions related to this matter. | 10/01/2023 |
| EB-1 | EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance*<br>• Comments were received related to data storage records of LIDAR and Radar units used by deputies; however no direct policy changes were recommended. | 10/01/2023 |
| GC-13 | GC-13, *Awards*<br>• Comments received from the CAB; however, no policy changes were recommended. | 01/01/2024 |
| GH-2 | GH-2, *Internal Investigations*<br>• No policy comments were received. | 01/01/2024 |
| GI-5 | GI-5, *Voiance Language Services*<br>• No policy comments were received. | 01/01/2024 |
| GI-7 | GI-7, *Processing of Bias-Free Tips*<br>• No policy input or recommendations were received. | 04/01/2024 |
| GJ-24 | GJ-24, *Community Relations and Youth Programs*<br>• Policy recommendations were received. MCSO considered suggestions and determined not to initiate policy changes related to the CAB policy recommendations. | 04/01/2024 |

*The Briefing Board* is an official informational publication used by MCSO to announce revised, time-sensitive changes to MCSO Office Policy. The *Briefing Board* has the same force and effect as written Office Policy. During this reporting period, the Policy Development Section published **29** Court Order related *Briefing Boards*.

The following *Briefing Boards* were published during this reporting period (*See* Table #5):

21

**Table 5: MCSO Briefing Boards for 2023/2024**

| MCSO Briefing Boards | | |
|---|---|---|
| **BB No.** | **Subject** | **Date Issued** |
| BB 23-28 | Immediate Policy Change<br>GE-3, *Property Management and Evidence Control* | 07/10/2023 |
| BB 23-29 | Immediate Policy Change<br>GF-5, *Incident Report Guidelines* | 07/10/2023 |
| BB 23-35 | Briefing 8 of 8<br>Policy Acknowledgement<br>CP-8, *Preventing Racial and Other Bias-Based Profiling* | 10/02/2023 |
| BB 23-38 | Policy Revision<br>GD-9, *Litigation Initiation, Document Preservation, and Document Production Notices*, and the GD-9, *User Guide*; GG-1, *Peace Officer Training Administration*; and GG-2, *Detention/Civilian Training Administration* | 10/25/2023 |
| BB 23-39 | Policy Revision<br>GF-3, *Criminal History Record Information and Public Records*; GI-5, *Voiance Language Services*; GI-7, *Processing of Bias-Free Tips*; GJ-26, *Sheriff's Reserve Deputy Program* | 10/30/2023 |
| BB 23-41 | Policy Revision<br>GA-1, *Development of Written Orders*; GJ-3, *Search and Seizure*; GJ-24, *Community Relations and Youth Programs* | 11/08/2023 |
| BB 23-42 | Policy Revision<br>GC-16, *Employee Grievance Procedures*; GH-2, *Internal Investigations, Employee Disciplinary Procedures DISCIPLINE MATRICES Attachment A (**ONLY**), and Employee Disciplinary Procedures CATEGORIES OF OFFENSES Attachment B (**ONLY**)* | 11/13/2023 |
| BB 23-43 | Immediate Policy Change<br>GC-17, *Employee Disciplinary Procedures* | 11/13/2023 |
| BB 23-44 | Immediate Policy Change<br>GH-5, *Early Identification System* | 11/13/2023 |
| BB 23-48 | Policy Revision<br>GC-11, *Employee Probationary Periods, Unclassified Employees, and Releases* | 11/29/2023 |
| BB 23-49 | Special Briefing Board - Information Every Employee Needs to Know<br>Various Office Polices indicated to include but not limited to:  CP-3, *Workplace Professionalism*; CP-5, *Truthfulness;* CP-8, *Preventing Racial and Other Bias-Based Profiling*; GC-17, *Employee Disciplinary Procedures*; GJ-28, *Prison Rape Elimination Act*; and GC-20, *Uniform Specifications* | 12/04/2023 |
| BB 23-50 | Policy Revision<br>GB-2, *Command Responsibility* | 12/04/2023 |
| BB 24-02 | Policy Revision<br>GJ-5, *Crime Scene Management* | 01/08/2024 |
| BB 24- | Policy Revision | 01/10/2024 |

| | | | |
|---|---|---|---|
| 03 | | CP-2, *Code of Conduct* | |
| BB 24-04 | | Policy Revision<br>EA-2, *Patrol Vehicles* | 01/10/2024 |
| BB 24-05 | | Policy Revisions<br>GC-7, *Transfer of Personnel*<br>GE-4, Use, *Assignment, and Operations of Vehicles* | 01/11/2024 |
| BB 24-06 | | Policy Revision<br>GJ-27, *Sheriff's Posse Program* | 01/18/2024 |
| BB 24-11 | | Immediate Policy Change<br>GJ-5, *Crime Scene Management* | 02/20/2024 |
| BB 24-12 | | Policy Revisions<br>GC-17, *Employees Disciplinary Procedures*<br>GH-4, *Bureau of Internal Oversight* | 02/21/2024 |
| BB 24-14 | | Policy Revision<br>EB-7, *Traffic Control and Services* | 02/29/2024 |
| BB 24-15 | | Policy Revisions<br>GC-4, *Detention/Civilian Employee Performance Appraisals*<br>GC-4 (S), *Sworn Employee Performance Appraisals and Management*<br>GH-5, *Early Identification System* | 03/04/24 |
| BB 24-16 | | Policy Revisions<br>GJ-33, *Significant Operations*<br>GJ-36, *Use of Digital Recording Devices* (Non Body-Worn Cameras)<br>GM-1, *Electronic Communications, Data and Voice Mail* | 03/06/2024 |
| BB 24-19 | | Immediate Policy Change<br>CP-2, *Code of Conduct* | 03/25/2024 |
| BB 24-22 | | Immediate Policy Change<br>GC-17, *Employee Discipline Procedures* | 04/01/2024 |
| BB 24-26 | | Policy Revision<br>GC-13, *Awards*<br>GE-3, *Property Management and Evidence Control* | 04/22/2024 |
| BB 24-29 | | Immediate Policy Change<br>EB-7, *Traffic Control and Services* | 04/25/2024 |
| BB 24-32 | | Policy Revisions<br>GF-5, *Incident Report Guidelines* | 05/06/2024 |
| BB 24-33 | | Policy Revision<br>EB-2, *Traffic Stop Data Collection* | 05/07/2024 |
| BB 24-35 | | Policy Revision<br>ED-3, *Review of Cases Declined for Prosecution* | 06/04/2024 |

Further explanation of the Briefing Boards published during this reporting period:

- MCSO Briefing Board 23-28, published July 10, 2023, advised employees of an immediate policy change to GE-3, Property Management and Evidence Control, related to the packaging of seized or recovered property and/or evidence items.

- MCSO Briefing Board 23-29, published July 10, 2023, advised employees of an immediate policy change to GF-5, Incident Report Guidelines, related clarification of IR Supplement requirements.

- MCSO Briefing Board 23-35, published October 2, 2023, required employees to read Office Policy CP-8, *Preventing Racial and Other Bias-Based Profiling* to ensure they are familiar with this policy. Employees were also required to log into TheHUB to view the CP-8 reinforcement video, confirm their review of the policy, answer the associated test questions, and acknowledge the viewing of the video and the understanding of the content of the policy.

- MCSO Briefing Board 23-38, published October 25, 2023, advised employees of policy revisions to Office Policies GD-9, *Litigation Initiation, Document Preservation, and Document Production Notices*, and the GD-9, *User Guide*; GG-1, *Peace Officer Training Administration*; and GG-2, *Detention/Civilian Training Administration.*

- MCSO Briefing Board 23-39, published October 30, 2023, advised employees of policy revisions to Office Policies GI-5, *Voiance Language Services*; GI-7, *Processing of Bias-Free Tips*; GJ-26, *Sheriff's Reserve Deputy Program.*

- MCSO Briefing Board 23-41, published November 8, 2023, advised employees of policy revisions to Office Policies GA-1, *Development of Written Orders*; GJ-3, *Search and Seizure*; and GJ-24, *Community Relations and Youth Programs.*

- MCSO Briefing Board 23-42, published November 13, 2023, advised employees of policy revisions to Office Policy GC-16, *Employee Grievance Procedures* and GH-2, *Internal Investigations, Employee Disciplinary Procedures DISCIPLINE MATRICES Attachment A (**ONLY**), and Employee Disciplinary Procedures CATEGORIES OF OFFENSES Attachment B (**ONLY**).*

- MCSO Briefing Board 23-43, published November 13, 2023, advised employees of immediate policy changes to Office Policy GC-17, *Employee Disciplinary Procedures*.

- MCSO Briefing Board 23-44, published November 13, 2023, advised employees of immediate policy changes to Office Policy GH-5, *Early Identification System.*

- MCSO Briefing Board 23-48, published November 29, 2023, advised employees of policy revisions to Office Policy GC-11, *Employee Probationary Periods, Classified Employees, and Releases.*

- MCSO Special Briefing Board 23-49, *Information Every Employee Needs to Know*, published December 4, 2023, was distributed to remind Office employees of their obligations with respect to the Office Policies referenced and to reinforce the Office's commitment to ensure full compliance.

- MCSO Briefing Board 23-50, published December 4, 2023, advised employees of policy revisions to Office Policy GB-2, *Command Responsibility*.

- MCSO Briefing Board 24-02, published January 8, 2024, advised employees of policy revisions to Office Policy GJ-5, *Crime Scene Management*.

- MCSO Briefing Board 24-03, published January 10, 2024, advised employees of policy revisions to Office Policy CP-2, *Code of Conduct.*

- MCSO Briefing Board 24-04, published January 10, 2024, advised employees of policy revisions to Office Policy EA-2*, Patrol Vehicles*.

- MCSO Briefing Board 24-05, published January 11, 2024, advised employees of policy revisions to Office Policies GC-7, *Transfer of Personnel* and GE-4, Use, *Assignment, and Operations of Vehicles.*

- MCSO Briefing Board 24-06, published January 18, 2024, advised employees of policy revisions to Office Policy GJ-27, *Sheriff's Posse Program*.

- MCSO Briefing Board 24-11, published February 20, 2024, advised employees of immediate policy changes to Office Policy GJ-5, *Crime Scene Management.*

- MCSO Briefing Board 24-12, published February 21, 2024, advised employees of policy revisions to Office Policies GC-17, *Employees Disciplinary Procedures* and GH-4, *Bureau of Internal Oversight.*

- MCSO Briefing Board 24-14, published February 29, 2024, advised employees of policy revisions to Office Policy EB-7, *Traffic Control and Services*.

- MCSO Briefing Board 24-15*,* published March 4, 2024, advised employees of policy revisions to Office Policies GC-4, *Detention/Civilian Employee Performance Appraisals*, GC-4 (S), *Sworn Employee Performance Appraisals and Management*, and GH-5, *Early Identification System*.

- MCSO Briefing Board 24-16, published March 6, 2024, advised employees of policy revisions to Office Policies GJ-33, *Significant Operations*, GJ-36, *Use of Digital Recording Devices* (Non Body-Worn Cameras), and GM-1, *Electronic Communications, Data and Voice Mail*.

- MCSO Briefing Board 24-19, published March 25, 2024, advised employees of immediate policy changes to Office Policy CP-2, *Code of Conduct*.

- MCSO Briefing Board 24-22, published April 1, 2024, advised employees of immediate policy changes to Office Policy GC-17, *Employee Discipline Procedures.*

- MCSO Briefing Board 24-26, published April 22, 2024, advised employees of policy revisions to Office Policies GC-13, *Awards* and GE-3, *Property Management and Evidence Control*.

- MCSO Briefing Board 24-29, published April 25, 2024, advised employees of immediate policy changes to Office Policy EB-7, *Traffic Control and Services*.

- MCSO Briefing Board 24-32, published May 6, 2024, advised employees of policy revisions to Office Policy GF-5, *Incident Report Guidelines*.

- MCSO Briefing Board 24-33, published May 7, 2024, advised employees of policy revisions to Office Policy EB-2, *Traffic Stop Data Collection.*

- MCSO Briefing Board 24-35, published June 4, 2024, advised employees of policy revisions to Office Policy ED-3, *Review of Cases Declined for Prosecution*.

The MCSO Administrative Broadcast is an official informational publication used by MCSO for Office-wide announcements including, written directives, critical information, procedural clarifications, and updates.  During this reporting period, the Policy Development Section published **14** Court Order related MCSO Administrative Broadcasts.

The following MCSO Administrative Broadcasts were published during this reporting period (*See* Table #6):

**Table 6: MCSO Administrative Broadcasts for 2023/2024**

| MCSO Administrative Broadcasts | | |
|---|---|---|
| **AB No.** | **Subject** | **Date Issued** |
| AB   23-58 | Briefing 6 of 8 - August 2023 CPP Cultural Competency Roll Call Briefing Required Video Viewing and Employee Acknowledgement | 08/01/2023 |
| AB   23-67 | UPDATE Briefing 6 of 8 – August 2023 CPP Cultural Competency Roll Call Briefing Required Video Viewing and Employee Acknowledgement | 08/28/2023 |
| AB   23-68 | Briefing 7 of 8 – September 2023 CPP Captain's Meeting Cultural Competency Briefing Required Video Viewing and Employee Acknowledgement | 09/01/2023 |
| AB   23-72 | UPDATE Briefing 7 of 8 – September 2023 CPP Captain's Meeting Cultural Competency Briefing Required Video Viewing and Employee Acknowledgement | 09/26/2023 |
| AB   23-74 | Updated Citation Form in TraCS | 09/28/2023 |
| AB   23-77 | Upcoming Internal Town Hall Meeting | 10/10/2023 |
| AB   23-83 | REMINDER - EXTENSION for CP-8 Review and TheHUB Acknowledgement | 10/30/2023 |
| AB   23-84 | Body-Worn Camera Placement Requirement Reminder | 10/30/2023 |
| AB   23-89 | Court's Third Order Related Policy Publications | 11/13/2023 |
| AB   24- | UPDATE Patrol District Watch Commander Call Signs | 03/04/2024 |

26

| | | | |
|---|---|---|---|
| 16 | | | |
| AB 24-36 | | Immigration-Related Inquiry, Investigation, and or Arrest Identity Theft or Lack of an Identity Document Investigation and/or Arrest | 06/06/2024 |
| AB 24-37 | | Internal Town Hall Meeting Traffic Stop Annual Report 9 | 06/06/2024 |
| AB 24-39 | | Qualified Armed Posse Members Breast Badges | 06/19/24 |
| AB 24-41 | | Follow Up - Court's Third Order-MCSO AB 2389 | 06/24/2024 |

Further explanation of the MCSO Administrative Broadcasts published during this reporting period:

- MCSO Administrative Broadcast 23-58, published August 01, 2023, announced the directive to complete Briefing 6 of 8 - August 2023 CPP Cultural Competency Roll Call Briefing requiring video viewing and Employee Acknowledgement. This announcement was specific to all sworn supervisors and all supervisors who supervise deputies, reserve deputies, and Deputy Services Aides (DSAs).

- MCSO Administrative Broadcast 23-67, published August 28, 2023 announced an extension to the directive to complete Briefing 6 of 8 - August 2023 CPP Cultural Competency Roll Call Briefing requiring video viewing and Employee Acknowledgement. This announcement was specific to all sworn supervisors and all supervisors who supervise deputies, reserve deputies, and Deputy Services Aides (DSAs).

- MCSO Administrative Broadcast 23-68, published September 01, 2023, announced the directive to complete Briefing 7 of 8 – September 2023 CPP Captain's Meeting Cultural Competency Briefing requiring video viewing and employee acknowledgement. This announcement was specific to all sworn supervisors and all supervisors who supervise deputies, reserve deputies, and Deputy Services Aides (DSAs).

- MCSO Administrative Broadcast 23-72, published September 26, 2023 announced an extension to the directive to complete Briefing 7 of 8 – September 2023 CPP Captain's Meeting Cultural Competency Briefing requiring video viewing and employee acknowledgement. This announcement was specific to all sworn supervisors and all supervisors who supervise deputies, reserve deputies, and Deputy Services Aides (DSAs).

- MCSO Administrative Broadcast 23-74, published September 28, 2023, announced the updates to the Citation Form in TraCS occurring on this date.

- MCSO Administrative Broadcast 23-77, published October 10, 2023, was provided as an invitation to all Office employees to attend discussions hosted by the Bureau of Compliance regarding current compliance topics.

- MCSO Administrative Broadcast 23-83, published October 30, 2023, was provided as a reminder extension to complete the annual requirements for Office Policy CP-8, Preventing

Racial and Other Bias-Based Profiling, distributed through The Briefing Board 23-35.

- MCSO Administrative Broadcast 23-84, published October 30, 2023, was provided as a reminder to requirements specific to employee Body-Worn Camera (BWC) placement, as specified in Office Policy GJ-35, Body-Worn Cameras.

- MCSO Administrative Broadcast 23-89, published November 13, 2023, provided employees information specific to the publication of revised Office Policies related to employee misconduct investigations and disciplinary processes occurring that day, November 13, 2023, as they related to the Third Order.

- MCSO Administrative Broadcast 24-16, published March 4, 2024, announced the update to Patrol District Watch Commander Cal Signs.  The update provides designated watch commander call sign identifiers (WC1 – WC4 and WC7) for ALL patrol districts.

- MCSO Administrative Broadcast 24-36, published June 6, 2024, provided a directive to all sworn personnel that while conducting an inquiry, investigation, or arrest involving any immigration-related crime, the basis of an individual not having identity documents or a social security number (SSN) does not constitute that the person is in the United States (U.S.) unlawfully.  The broadcast further provided a reminder to *The Briefing Board* 14-12, published on February 12, 2014, which instructed all sworn personnel that while conducting an inquiry, investigation, or arrest involving any immigration-related crime, or any identity theft or lack of an identity document investigation, or arrest, sworn personnel shall follow procedures, as specified in Office Policies EA-11, *Arrest Procedures* and EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance*.

- MCSO Administrative Broadcast 24-37, published June 6, 2024, announced the Bureau of Internal Oversight hosting of an Internal Town Hall on June 26, 2024, to discuss the 9th Annual Traffic Stop Study Report.

- MCSO Administrative Broadcast 24-39, published June 19, 2024, inform Office employees that at the direction of the Sheriff, and effective immediately, Qualified Armed Posse (QAP) members are authorized to wear an MCSO issued breast badge containing the words "Sheriff's Posse," on their Class A or B uniform shirt.

- MCSO Administrative Broadcast 24-41, published June 24, 2024, served as a follow up to MCSO Administrative Broadcast 2389 issued on November 13, 2023, pertaining to associated changes with Office Policy GH-2, *Internal Investigations*.  This announcement provided that those newly implemented requirements regarding the investigative plan process and the review timeline will be in place for all administrative investigations opened on or after July 1, 2024.

The Policy Development Section will continue to review all patrol operations policies and procedures and make appropriate amendments as needed to ensure they reflect the Court's Orders and remain current with professional standards and the laws of the state of Arizona and the United States Constitution.

During this annual period, the Policy Development Section reviewed approximately 215 MCSO Office Policies in preparation for revision, continued with its annual review of all Critical Policies, and published 61 Briefing Boards and 88 Administrative Broadcasts.  This includes the publication of 36 MCSO Office Policies, 11 Statement of Annual Reviews (SOARs), 29 Briefing Boards, and 14 MCSO Administrative Broadcasts that were directly related to the Court's Orders.

# PRE-PLANNED OPERATIONS

Paragraph 36 of the Court's Orders require that MCSO develop a written protocol including a statement of operational motivations and objectives, parameters for supporting documentation, operational plans, and instructions for supervisors, deputies, and posse members for any Significant Operation or Patrol involving 10 or more MCSO personnel. To comply with Paragraph 36, MCSO developed and disseminated Office Policy GJ-33, *Significant Operations*. GJ-33 includes protocol templates and instructions for Significant Operations and Patrols as the Court's Orders direct.

MCSO did not conduct any Significant Operations during this reporting period.

MCSO has been in Phase 1 and Phase 2 compliance with the requirements of the Court's Orders regarding Pre-Planned Operations (Paragraphs 35-40) since December 31, 2014. It is in Full and Effective Compliance with these requirements.

# TRAINING

The MCSO Training Division has made significant strides in delivering Court Order related courses that are pivotal to the agency's overall success.  MCSO recognizes the importance of training and understands that these efforts are essential not only for achieving Full and Effective compliance but also for maintaining constitutionally sound policing practices.

To meet the compliance goals, the Training Division has continuously evolved, providing high-quality and impactful training.  The requirements are divided into two key orders:

1.  First Order:  This mandates the development of three specific types of training:
    o   Bias-Free Policing:  aligns with Paragraphs 48 and 49.
    o   Detentions, Arrests, and Immigration-Related Laws:  aligns with Paragraphs 50 and 51.
    o   Supervisor and Command Level Training:  aligns with Paragraphs 52 and 53.

2.  Second Order:  This requires the development of additional training focused on:
    o   40-hour Misconduct-Related Training:  aligns with Paragraphs 178-182
    o   Misconduct Investigations Training for Supervisors:  aligns with Paragraphs 179.

In addition to these four major classes, the Training Division creates and annually updates Court Order Related Training ("CORT") class curricula in a variety of Order-related topics, including Body Worn Camera, TraCS, Employee Performance Evaluations, and Early Intervention Systems.  During fiscal year 23-24, the Training Division undertook a comprehensive series of updates and content deployments to enhance the effectiveness and compliance of its training programs.  MCSO has proactively worked towards integrating changes that meet industry standards and incorporating recommendations from the Monitor and Parties.  This approach ensures that MCSO's training programs are not only compliant but also of the highest quality and relevance to current policing standards.

2024 annual updates for all CORT classes are underway, ensuring that the division's training programs remain current and effective.  Overall, the Training Division's planning and execution continue to foster a culture of continuous improvement and compliance, significantly advancing the training landscape for the organization.

The Training Division maintains a robust video library, expanding to 41 videos covering crucial topics such as CP-8, Cultural Competency, Fair and Impartial Decision Making, and Implicit Bias.

As an example of the Training Division's forward thinking and innovative efforts to find new ways to increase cultural competency, MCSO hosted the first of several Spanish classes designed for patrol deputies in March of 2024.  This class was extremely well received by those that attended and MCSO has more of them scheduled in the future.

The Training Division also looked to new ways to create community connections and to understand what the community needs from MCSO.  MCSO understands that one of the tenets of community policing is providing the policing that the community needs and wants.  In this spirit, the Training Division launched a first-of-its-kind survey project and will be using the data gathered to inform future training offerings.

The "Policing Needs in My Community" survey was conducted between February 8th, 2024, and February 29th, 2024. A total of 288 surveys were collected throughout 10 sites representing five MCSO districts.

A grassroots methodological approach was taken to data collection in which the Training Division, Analytics and CORT Units reached out to key stakeholders and businesses to identify sites directly patrolled by MCSO deputies.  Means of surveying community members included canvasing, hosting pop-up tables outside store fronts and at school events, and speaking to participants while they waited in carlines (school or foodbank box pick-up).

While the majority (83.3%) of survey participants desired to complete the survey in English, 16.7% (roughly 1 of every 5 survey participants) completed the survey in Spanish.

Surveyors generally received positive feedback to survey inquiries; emotions supportive of community policing and procedural justice through this outreach effort are observed through comments received such as:
- "Glad you're out here - good idea" – Aguila
- "Appreciate your presence" – Tonopah
- "It felt good voicing my concerns" – Gila Bend

MCSO continues to ensure that all new employees receive the Complaint Reception and Processing class upon hire.  Compliance/Completion percentages for this class are regularly above 99%.

The Training Division refocused the 2023 CPP Enhanced Training on Paragraph 70 TSAR related topics, initially approved and deployed in December 2023.  This class achieved high completion rates for sworn officers and Deputy Service Aides ("DSA") by the end of 2023, and later, all Posse members of rank Intermediate and Qualified Armed Posse, reaching full completion by June 2024.  The June 2024 Captain's Meeting addressed Traffic Stop Quarterly Report 13 (TSQR), which addressed the use of extended stop indicators, in accordance with the Training Division's commitment to refocus Briefings and Captains Meeting topics towards traffic stop related topics when appropriate.  The 2024 CPP Enhanced Training will address the newly released TSAR 9.

Another major undertaking involved updating trainings related to internal investigations to incorporate court-approved policy changes adopted in October 2023 as a result of the Third Order.

MCSO's Training Division has hosted a total of 1,771 students during this reporting period and deployed over 669 hours of instructions solely related to Court Ordered topics.  See the chart below for specific classes and offering details.

Through these dedicated efforts, the MCSO Training Division has demonstrated its commitment to fostering a culture of continuous improvement and excellence in law enforcement training.  These initiatives are crucial for sustaining constitutionally sound policing and achieving full and effective compliance with court orders.

The MCSO Training Division recognizes the importance of consistent and impactful training delivered in accordance with the Court's Orders and with the goal of obtaining Full and Effective Compliance.  The Training Division delivers several Court Order related courses with these goals in mind.

In order to accomplish the goal of compliance, the Training Division continues to evaluate its current courses to determine the areas that can be improved upon, as well as taking appropriate steps to shift the direction of other courses for a sustainable and long-term training plan.  MCSO has made changes to meet industry standards and to incorporate Monitor and Party recommendations.

**Fiscal Year 2023 - 2024 CORT CLASSES SUMMARY**

|  | Class Offerings | Students Attended | Hours of Training |
|---|---|---|---|
| **2023 ACT** | 19 | 723 | 190 |
| **Bias Free / 4th & 14th** | 3 | 62 | 60 |
| **2022 EIS (10 Hr)** | 4 | 79 | 40 |
| **2017 EPA** | 4 | 80 | 40 |
| **2022 EEPM** | 1 | 18 | 10 |
| **2022 SRELE** | 1 | 16 | 6 |
| **2023 SRELE** | 7 | 175 | 42 |
| **2021 Blue Team 1 Hr** | 2 | 56 | 2 |
| **2021 Blue Team 2 Hr** | 13 | 157 | 26 |
| **2021 BWC** | 6 | 37 | 24 |
| **2021 TraCS** | 6 | 37 | 24 |
| **2023 TraCS for Posse** | 5 | 67 | 15 |
| **2021 TraCS - Superv.** | 1 | 16 | 6 |
| **2020 PSB40** | 3 | 34 | 120 |
| **2023 PSB8 External** | 8 | 214 | 64 |

# TRAFFIC STOPS:  DOCUMENTATION, ANALYSIS AND FOLLOW UP ACTIONS

MCSO, with the assistance of the Office's research and analytical partner, CNA, conduct sophisticated analyses of MCSO's traffic stops and traffic stop data.  CNA is an organization with over 75 years of experience helping federal, state, and local law enforcement agencies analyze and improve their organizations in a variety of areas.  TSAU has six graduate-level researchers who work with CNA to analyze traffic stop data.  TSAU will eventually assume all responsibilities for collecting and analyzing traffic stop data as well as meeting other research needs of MCSO.  Because the foundation for this analytical work is accurate traffic stop data, extensive work is done to ensure the quality of this data set.

MCSO works closely with the Monitoring Team and the Parties, in particular experts in statistics for the Monitor and the Parties.  In this fiscal year, the traffic stop analyses includes monthly, quarterly, and annual traffic stop studies, each of which has a different focus.

With these studies in addition to other policies, procedures, and training, MCSO is at the forefront of addressing racial disparities in policing.  Since the Court entered its First Order in 2013, MCSO has worked closely with the Monitoring Team and Parties to transform a previously unusable data collection into a comprehensive, computerized database with ongoing improvement and oversight.  This change took considerable time, effort and resources and has provided the foundation for sophisticated analytics required to measure disparate outcomes.

In addition, the analytic methods used in MCSO's reports were just beginning to be used to measure racial and ethnic disparities in law enforcement when the First Order was issued.  MCSO now has the data and analytic skills to conduct analyses that can identify disparities and inform decisions regarding strategies to reduce disparities.  The Court's Orders do not require elimination of all statistical disparities in traffic stop outcomes.  They do, however, require that MCSO continue to monitor traffic stop data to identify evidence of potential bias and take appropriate action when it is identified.

**Monthly Traffic Stop Data Inspections**

During this reporting period, the BIO conducted twelve traffic stop-related inspections to comply with the Court's Orders, Paragraph 64.  The Monitor chose a random sample of traffic stops for each inspection. The inspections comply with MCSO Policies EB-1, *Traffic Enforcement, Violator Contacts, and Citations Issuance*, and EB-2, *Traffic Stop Data Collection*; and is consistent with the Court's Orders, Paragraphs 54 a-m, 55, 56, and 57.  Respective division commanders received BIO Action Forms for any deficiencies identified.

- During the third quarter of 2023, the overall compliance rate for the quarter was 99%.  June's, August's, and September's compliance rates were 99%.

- The fourth quarter of 2023 had an overall compliance rate of 99%.  The monthly compliance rates were 99% for October, November, and December.

- The first quarter of 2024 had an overall compliance rate of 99%.  The monthly compliance rates were 99% for January, February, and March.

- The second quarter of 2024 had an overall compliance rate of 99%. The monthly compliance rates were 99% for April, May, and June.



## TSMR

One of the most important functions of TSAU is the TSMR, a data-driven program designed to analyze traffic stop data on a monthly basis and intervene with deputies who show warning signs or potential indicia of bias-based policing. This ongoing work includes a statistical analysis each month as well an initial vetting of those results and, if necessary, an exhaustive qualitative review of traffic stop forms, data not utilized in the statistical analysis, and body worn cameras to determine if an intervention is necessary. The Monitoring Team has been actively involved in all of those decisions and has thus far agreed that MCSO is appropriately implementing the approved process.

TSAU continues to work tirelessly to implement the approved methodology for the TSMR. The approved methodology analyzes the traffic stop enforcement behavior of all patrol deputies over a rolling 12-month period. The analysis is designed to identify deputies whose traffic stop outcomes are racially or ethnically disparate from their peers on five benchmarks: stop length, citation rate, search rate, arrest rate, and seizure rate. During this fiscal year, the TSMR process identified 130 flags. Twenty-nine were advanced for further review; the Monitoring team agreed with all of MCSO's vetting decisions and, where applicable, interventions.

None of the deputies who received interventions through the TSMR process were found to be racially profiling individuals, and none of the reviews completed in this fiscal year through this monthly process found any explicit bias.

## TSQR

TSQRs focus on specific topics selected by MCSO and approved by the Monitor. The Monitor and the Parties have input into the methodology for each report and Monitor approval of the methodology is required. MCSO produced three TSQRs over the last year:

- **TSQR 12: District Analysis**, was published in December 2023 and satisfied the Court requirements for Quarters 3 and 4 of 2023, as additional analyses were added during the approval process that the Monitoring Team recognized would require additional time. This report analyzed the benchmarks of stop length, citation rate, search rate, arrest rate and seizure rate following a search (hit rates) for both within and between districts disparities. The report includes a variety of information about the traffic stops in the different MCSO districts as well as an analysis of racial and ethnic disparities in the different districts based on the established benchmarks (stop length, citations, arrests, searches).

Each district was briefed regarding the results of the TSQR, and various actions were considered as a result of both internal and external (Monitoring Team and Parties) feedback. The input considered and actions planned in response to TSQR 12, along with updates regarding the implementation of the response is in the *MCSO Response Plan to Traffic Stop Quarterly Report 12* at TRAFFIC STOP REPORTS | mcso-bio (mcsobio.org) and is described further below.

The response to TSQR 12 addressed a variety of issues. It included recommendations regarding the use of Extended Stop Indicators, which are addressed in more detail in the recommendations regarding TSQR 13. In response to recommendations from the Department of Justice, MCSO is making more "real time traffic data" available to patrol supervisors. A dashboard is being made available to supervisors to implement this proposal. TSAU sergeants will provide guidance on the dashboard's use. Because TSQR 12 identified disparities for certain stop sign violations in District 5 that warranted further examination, MCSO conducted a Targeted Integrity Inspection focusing on that issue. The Inspection received a pass compliance rating, and its results are published at www.mcsobio.org.

Recommendations from the Department of Justice also addressed officewide traffic enforcement priorities. MCSO continues to consider this issue, recognizing the need to be responsive to the community, MCSO's diverse service area, and its contractual obligations to provide law enforcement services to specific municipalities and communities within the County, in addition to its overall responsibility to provide law enforcement services in unincorporated areas. The response to TSQR 12 also noted that MCSO may consider policy issues in its review of policies related to traffic stops, including EB-1 and EB-5.

- **TSQR 13: 2023 Extended Stop Indicator Use,** published in March 2024. This research sought to determine whether extended stop indicators (ETSIs) are continuing to be utilized appropriately by deputies to document delays during traffic stops as well as describe the prevalence of delays and what types of delays are impacting stop length during MCSO traffic stops. It builds upon the findings from TSQR 3 that validated the use of extended stop indicators by MCSO deputies in 2020 as this report duplicated that validation with 2023 data. Again, MCSO considered recommendations and action items, and those recommendations and action items are documented in the *MCSO Response Plan to Traffic Stop Quarterly Report 13* at TRAFFIC STOP REPORTS | mcso-bio (mcsobio.org).

Using body worn camera footage and comments on Vehicle Stop Contact Forms, TSQR 13 confirmed that deputies were using ETSI indicators correctly. ETSIs are common reasons a traffic stop might take longer to complete. MCSO currently uses seven ETSIs:  arrests, driving

documentation issues, DUI investigations, language barriers, searches, technical issues, vehicle tows, training stops and other issues.  In addition to confirming whether deputies were properly documenting ETSIs in traffic stops, TSQR 13 analyzed the impact of different ETSIs on the length of traffic stops.  It analyzed the use of the different ETSIs officewide, by district, deputy, beat and, for technical issues, by vehicle number.  It also analyzed the use of ETSIs by race and ethnicity.

According to the study, the most common ETSI was driver documentation issues, and stops that included a tow had the largest impact on traffic length.  Documented delays for ETSIs were higher for Black, Hispanic and Minority drivers than White drivers.  There were documented delays for 7,332 traffic stops (39.35% of stops made in 2023).

The follow up actions included additional data validation.  For example, if "other" was selected as the explanation for the extended stop and there is no clear description of the reason for the delay in the Vehicle Stop Contact Form, TSAU sends out data validations.  Changes to the Vehicle Stop Contact Form have been recommended to reduce this problem.  TSAU also reviews stops that have no ETSI that extend 20 minutes and follow up as necessary.  The lessons learned from this review and follow up provides information that may used for other briefings and trainings to better understand and document the reasons for extended stops.  MCSO also used this TSQR to develop a strategy to address technical issues that contribute to delays.

- **TSQR1 4: District Analysis**, published in June 2024, duplicated the district level analyses performed in TSQR 12:  District Analysis, with the 2023 traffic stop data.  Patrol Districts will be briefed on the TSQR 14 results and recommendations and action items will be published in a MCSO Response to TSQR 14 document at the end of the third quarter of 2024.  The release of this analysis, in conjunction with the Traffic Stop Annual Report 9 allows MCSO to brief and consider both results in conjunction when formulating response plans.

- **Topic for TSQR 15.**  The Monitoring Team and Parties have agreed on the topic for the 15th quarterly traffic stop study.  This analysis will focus on violations of A.R.S. § 28-2151(A), which prohibits driving without a license, validate whether deputies ask for licensure information consistently, and identify the impact of § 28-3151 on any overall disparities observed in the TSAR analysis.

## TSAR

TSAR 9 was published during the second quarter of 2024, and analyzed traffic stop data for calendar year 2023.  The TSAR analyzes patterns of patrol activity within MCSO; it does not analyze individual deputies.  This report provides 15 analyses that looked for disparities in the outcomes of traffic stops.  It compares the outcomes of Hispanic, Black, and all racial and ethnic minority drivers as a group to the outcomes of White drivers across five benchmarks:  stop length, citation rate, search rate, arrest rate, and seizures following a search.

MCSO is pleased to report that TSAR 9 identified no statistically significant disparate outcomes between white drivers and the Plaintiffs class.  TSAR 9 also found no statistically significant differences between Black drivers and white drivers.  When white drivers are compared to all minority drivers as a whole, the TSAR found two statistically significant disparate outcomes:  an 18.87-second longer stop length and a

2.50 percentage point difference in citation rate for minority drivers as a whole group.  Findings of statistical significance for certain benchmarks may guide which actions and efforts MCSO prioritizes, but MCSO is committed to continuous monitoring and intervention across all of the benchmarks as appropriate to prevent biased policing.

Some of the information from TSAR 9 included:

- 18,632 traffic stops were made by MCSO deputies in 2023
- 63% of the stops involved White, non-Hispanic drivers; 25% involved Hispanic drivers; and 12% involved other minorities
- 2 out of 3 stops were finished in less than 15 minutes
- 52% of all stops ended with a citation
- Approximately 1 in 250 stops ended with a driver getting booked into jail
- Less than 3% of all stops included a driver of vehicle search
- There were no disparities in seizure rates (i.e., "hit rates") based on race or ethnicity following discretionary searches
- There were no statistically significant disparate outcomes between Hispanic drivers and white drivers
- Minority driver stops averaged an additional 16.87 seconds longer than stops of White drivers, and minority drivers were cited at a rate 2.5% higher than White drivers.

The full report is available at TRAFFIC STOP REPORTS | mcso-bio (mcsobio.org)

MCSO's response and recommended actions to TSAR 9 will be published at the end of the third quarter 2024.

## TRAFFIC STOP SURVEY

The traffic stop studies are an important part of the goals set in the CPP.  In addition, MCSO has a survey to capture the community's perspective on how well MCSO is meeting procedural justice principles.  The four principles of procedural justice covered by the survey include:  (1) treating people with dignity and respect, (2) giving individuals voice during encounters, (3) being neutral and transparent in decision making, and (4) conveying trustworthiness.  These anonymous surveys are available to any person subject to an MCSO traffic stop.  The overall response to these surveys remains below .5%, indicating responses are not generalizable to all of the people who have been stopped by MCSO deputies.  Most survey responses, however, have been favorable. The least favorable responses have been from people who were not actually subject to a traffic stop but were issued a citation following a traffic accident.

*****

As a result of the Court's Orders, MCSO has comprehensive information, training and policies to combat biased policing.  MCSO continues to review its training and other issues that may reduce those disparities.  Although the Monitor has not yet found MCSO to be in compliance with Paragraph 70, which addresses the agency's response to disparities, MCSO believes that its ongoing efforts to monitor and intervene on disparities warrant a compliance finding.  Moreover, the results of the recent TSAR, which showed no disparities for the Plaintiffs' class, is an important milestone.

All of the traffic stop studies are available for public review on the MCSO website:  TRAFFIC STOP REPORTS | mcso-bio (mcsobio.org).

# EARLY IDENTIFICATION SYSTEM (EIS)

The EIU was created to assist in the identification of employees who may exhibit problematic behaviors that, if addressed and corrected, may assist employees in continuing to function in an efficient and productive manner.  In addition, the EIU supports the effective supervision and management of employees, including the identification of and response to potentially problematic behaviors, including racial profiling and unlawful detentions and arrests.

The EIU is responsible for administration of the EIS along with development and updates of Office Policy GH-5, *Early Identification System*.  EIU has continuously worked to revise, update, and develop sections of the BIO/EIU Operations Manual, and create training courses which provide procedures and effective resources for the EIS.  The EIS is designed to assist supervisors with consistently evaluating employees, conducting performance evaluations, identifying outstanding employee performance, identifying those whose performance warrants further review, intervention, and when appropriate, a referral to the PSB for alleged misconduct.  It is the policy of the Office to use data from the EIS to support effective supervision, evaluation, and management of employees to promote lawful, ethical, and professional police practices; to identify behavior that represents a risk to the employee, community, or the Office; and to evaluate Office operating procedures.

EIU command regularly works with personnel from the CID, PSB, Training, Administrative Services Division, MCSO Human Resources, MCSO Technology Bureau, and the Policy Development Section to achieve shared goals related to the EIS.  Additional assistance is provided by outside vendors CNA and CI Technologies.

During this reporting period, the IAPro system triggered 428 alerts while supervisors completed a total of 112 EIS alerts.

The EIU processed and quality-assured the following:

| INCIDENT TYPE | July/Sept 2023 | Oct/Dec 2023 | Jan/Mar 2024 | Apr/Jun 2024 | TOTALS |
|---|---|---|---|---|---|
| Academy Notes | 95 | 19 | 45 | 72 | **231** |
| Award Recipient | 112 | 46 | 28 | 42 | **228** |
| Briefing Notes | 160 | 118 | 166 | 140 | **584** |
| Coaching | 48 | 52 | 56 | 60 | **216** |
| Commendation | 219 | 181 | 201 | 202 | **803** |
| Critical Incident | 5 | 14 | 12 | 4 | **35** |
| Data Validation | 17 | 41 | 32 | 24 | **114** |
| E I S Action | 50 | 83 | 80 | 68 | **281** |
| EIS Alert | 43 | 18 | 26 | 25 | **112** |
| Employee Reported Activity | 277 | 179 | 112 | 123 | **691** |
| Firearm Discharge | 4 | 6 | 4 | 4 | **18** |
| Forced Entry | 3 | 0 | 4 | 2 | **9** |

| INCIDENT TYPE | July/Sept 2023 | Oct/Dec 2023 | Jan/Mar 2024 | Apr/Jun 2024 | TOTALS |
|---|---|---|---|---|---|
| Higher Award Nomination | 16 | 51 | 0 | 0 | **67** |
| IR Memorialization | 0 | 11 | 5 | 3 | **19** |
| Line Level Inspection | 1,694 | 1,573 | 1,710 | 1,542 | **6,519** |
| MCAO Further Notice | 83 | 77 | 42 | 81 | **283** |
| MCAO Turndown Notice | 204 | 131 | 124 | 98 | **557** |
| Minor Award Nomination | 9 | 13 | 99 | 9 | **130** |
| Performance Assessment Measure | 194 | 141 | 154 | 151 | **640** |
| Supervisor Notes | 11,987 | 11,632 | 11,310 | 11,647 | **46,576** |
| Vehicle Accident | 44 | 30 | 38 | 43 | **155** |
| Vehicle Pursuit | 0 | 0 | 1 | 8 | **9** |
| **Total:** | **15,264** | **14,416** | **14,249** | **14,348** | **58,277** |

During this reporting period, the EIU has continued efforts to maintain the day-to-day basic functions of the EIS and utilizes the system to its full potential while continually working to improve the EIS through enhancement and modification.  Aside from the day-to-day maintenance of the EIS, there are numerous ongoing projects that further the EIU goal to improve efficiency and support effective supervision.

The EIU utilized the Threshold Analysis Review Process to expand the alert thresholds for external complaints in the Third Quarter of 2023.  The analysis of the external complaint threshold concluded the threshold was too sensitive and therefore rose from 2 external complaints in 6 months to 3 external complaints in 6 months.

In the Fourth Quarter of 2023, the EIU again utilized the Threshold Analysis Review Process to expand the alert thresholds for internal complaints.  The analysis of the internal complaint threshold concluded the threshold was too sensitive as well and increased the threshold from 2 internal complaints to 3 internal complaints in 6 months.

For the First Quarter of 2024, the EIU Alert Review Committee (ARC) observed an improvement in the quality of the alert interventions, such as identifying patterns during this reporting period because of the threshold expansion for external and internal complaints.  The EIU continued to provide oversight and quality assurance of data being entered into EIS.

The EIU submitted the Threshold Analysis Review Process findings for BIO Action Form Incidents in Quarter 2 of 2024.  In this review, the EIU ARC continued to notice disparities with sworn personnel alerting more frequently for BIO Action Forms over any other classification.  It was recommended to increase the threshold from 3 BAFs in 12 months to 5 BAFs in 12 months for sworn personnel.

# SUPERVISION AND EVALUATIONS
# OF DEPUTY PERFORMANCE

The MCSO's Human Resources Bureau continued the initiative to enhance supervisory effectiveness in managing and evaluating employee performance in fiscal year 2023-2024. Significant efforts towards this objective included the following:

- Updating the *Perform Supervisor Tips* document and presenting an overview of the Monitor audits and the Employee Retention and Performance Division's (ERPD) observations and recommendations related to Sworn Employee Performance Appraisals (EPAs) at the July Enforcement Commander's meeting.

- Designing, testing, and implementing an automated procedure to run full integration files each week from the County's Workday HRIS system. This was a collaboration with the MCSO's IT Bureau, Maricopa County's Office of Enterprise Technology, the vendor for the Perform application (NEOGOV) and the ERPD. The enhancement captures changes to data elements that were not being updated by daily integration files as quickly as desired and has greatly improved data accuracy in the Perform application while reducing the need for staff to troubleshoot and manually update employee records.

- Working with MCSO IT and the product vendor to develop an enhancement to MCSO's performance management application that would make supervisor notes available to an employee's chain of command within the system when drafting and reviewing EPAs. Other efforts to enhance this system included adding the specific EPA due date (in MM/DD/YYYY format) to the EPA header and adding user tips to the system dashboard.

- Conducting *Effective Employee Performance Management* training for newly promoted sworn sergeants.

- Giving a presentation at the October Enforcement Commander's Meeting that included a review of compliant and non-compliant EPA examples, a comparison of ERPD and Monitor audit protocols, feedback obtained from the Monitor's report, and progress and continuing challenges regarding MCSO's EPA compliance efforts. The ERPD also facilitated a question-and-answer session with discussion of strategies to improve EPA compliance. Commanders were provided a handout with compliant and deficient examples of the *Quality and Effectiveness of Supervision* section, Monitor comments regarding EPAs that were deemed deficient, and a summary of how Paragraphs 87, 92, 95, and 98 relate to the MCSO *Performance Management Guide*.

- Conducting internal audits of employee performance appraisals submitted in the Perform application in order to reinforce training and quality expectations. Appraisals of sworn personnel are audited by human resources analysts for compliance with MCSO Policy GC-4(S) and the Court's Orders, with feedback provided to individuals in the chain of command reviewing the EPA for approval.

# MISCONDUCT AND COMPLAINTS

PSB continued to receive new complaints while working to decrease the backlog of investigations. During this year, MCSO continued to work with the Monitor to address these issues based on the parameters of the Third Order. This work has included:

- Hiring additional qualified civilian investigators to assist with administrative investigations.

- Hiring additional administrative staff members to provide case and administrative support to investigators.

- Further refinement of processes to enhance efficiency of operations within PSB by identifying top priority tasks. PSB continued to focus on the following goals:

    o The continued evolution of an enhanced case processing tracking mechanism via the electronic database;
    o The implementation of the Court's approved policies to implement portions of the Third Order;
    o Increasing investigator efficiency and performance;
    o Hiring/recruitment/solicitation to fill positions that become vacant due to retirements or resignations; and
    o Refinement of the PSB diversion process to ensure appropriate review and documentation is completed for incidents that qualify for a diversion in lieu of a full administrative investigation.

- Refinement of the complaint intake process to more efficiently review, categorize, and identify complaints that (a) do not involve allegations of misconduct; (b) are more appropriately handled via a supervisory intervention; and (c) are more appropriately handled through the "fast track" investigative process established during this reporting period.

- Expanding a "fast track" investigative process to strategically investigate qualifying cases in accordance with the Court's Orders but with a streamlined approach. This approach utilizes a small subset of PSB investigators combined with a strategic investigative plan resulting in the completion of these cases under the mandated investigative timelines.

- Utilizing a protocol for streamlining investigations and reducing unnecessary witness interviews, such as where evidence demonstrates clearly that misconduct either did or did not occur.

- Utilizing a protocol of offering in-person interviews of external complainants, witnesses, and investigative leads, but, when appropriate, conducting interviews over the phone to expedite information gathering.

- Continuing to evaluate the utilization/assistance of the Employee Retention and Performance Division under the Human Resources Bureau to identify matters that can be appropriately addressed through Human Resource consultations by PSB investigators.

- Contracting with an outside vendor to expand the number of contract investigators to assist with the current backlog of administrative investigations.

- Contracting with a new vendor for conflict cases to expedite the work on those matters.

With respect to investigative timeframes for administrative investigations completed by MCSO during this reporting period it should be noted with the increased focus/attention on older cases completed in the backlog of investigations, and the overall decrease of the number of cases in the backlog, the average number of days to complete administrative investigations is temporarily skewed in an upward direction.

PSB continued to publish on its website the Semi-Annual Public Report of Misconduct (as required by Paragraph 251 of the Court's Orders) and monthly website summaries of completed investigations (as required by Paragraph 252).

To ensure that MCSO's actions comply with the Court's Orders and the high standards MCSO expects, MCSO continued with a multi-step approach to address misconduct and complaints.

- PSB continues to require all division-level investigations to be reviewed by the respective Bureau Commander prior to submission to the PSB for review. This promotes an additional level of review, accountability, and mentorship by the immediate chain of command of those involved in conducting the investigations to improve the quality and timeliness of the investigations conducted.

- PSB reviews and provides feedback to division-level investigators and their chains of command to improve the thoroughness of the investigations, obtain structure and consistency in format, ensure the inclusion of proper forms, and aid with future investigations. The intent of the feedback is to evaluate, educate, assist, and provide suggestions for future division level investigations. PSB also documents the reviews and tracks investigative deficiencies, pursuant to Paragraph 211 to further assist the organization in achieving compliance.

Paragraph 275 of the Second Order gives the Monitor authority to supervise and direct all administrative investigations pertaining to Class Remedial Matters ("CRMs"). PSB continued to meet with the Monitoring Team to determine and establish protocols on how to proceed with the reporting, investigation, and review of CRM investigations (Paragraph 278). The PSB Commander continues to meet regularly with members of the Monitoring Team to review and discuss CRM investigations and subsequent discipline in sustained investigations.

Below are additional statistics regarding misconduct cases this fiscal year:

- Consistent with Paragraph 102, MCSO mandates that any internal or external misconduct allegations must be reported to PSB. Whenever misconduct is alleged, PSB must assign an IA case number. During this annual reporting period, PSB assigned 645 IA case numbers and completed and closed 1,155 IA cases. PSB assigned 28 CIA (criminal) cases and closed 26 CIA cases. PSB also assigned 1 critical incidents and closed 35 critical incidents.

- PSB received 313 internal complaints, and of these, 298 were administrative investigations and 15 were criminal investigations. Additionally, PSB received 342 service complaints.

On November 8, 2022, the Court issued the Third Order pertaining primarily to PSB Operations. The Third Order expanded the authority of the Monitor with the goal of reducing the backlog of administrative investigations within MCSO. The backlog of administrative investigations on November 8, 2022, was identified as 2,136 cases. Through the continued implementation of the previously mentioned processes, at the end of this reporting period, MCSO had reduced the backlog to 1,373 cases, an approximate reduction of 763 cases, or 36%.

The Third Order established staffing requirements within PSB. MCSO filled all investigator positions prior to the Court-imposed deadline. MCSO expanded the staffing within PSB to exceed the Third Order's minimum staff requirements with 46 investigators at the end of this reporting period. This excluded the 10 private contract investigators MCSO currently utilizes to assist with investigations. PSB's total overall staffing at the end of this reporting period included 71 personnel.

Under the Third Order, the Monitor has the independent authority to make the ultimate decision pertaining to initial intake and routing of complaints. The PSB Commander meets, on average, once a week with the Monitoring Team to review all initial intake and routing decisions pertaining to complaints.

The Third Order also required certain policy changes. MCSO conferred with the Parties on these issues and drafted and submitted updated policies, procedures, and documentation related to various administrative investigation procedures for consideration. The Monitor's proposed policy changes authorized by the Third Order, and comments on those proposals from MCSO and the Parties, were submitted to the Court in March 2023 and finalized by the Court in October 2023.

Additionally, MCSO commissioned an independent staffing study during this fiscal year. Although MCSO initiated its staffing study before the Third Order was issued, because the Third Order also required a staffing study, MCSO expanded the scope of work to comply with the Third Order requirements. That staffing study was completed and submitted to the Court for its approval.

PSB and the MCSO Training Division developed and deployed agency-wide training to all supervisors that conduct administrative investigations within MCSO related to the Third Order policy changes. This training includes investigative deficiencies, areas in which MCSO would like to further improve its compliance efforts, and additional requirements such as review periods and investigative planning. The payoffs of this training are expected to be realized in future reporting periods.

# COMMUNITY ENGAGEMENT

Community Engagement is an area MCSO strives to promote with our civilian employees, Detention Officers, and Sworn Personnel.  Deputies in the field are encouraged to develop positive relationships with community members and the local businesses we serve.  In furtherance of the community activities and meetings we attend, the Community Outreach Division (COrD) is dedicated to building relationships and regaining the community's trust.  This is not only a requirement of the Court's Orders but is also consistent with Sheriff Skinner's vision and values to improve and build relationships within the community in a non-law enforcement environment.

Each member of COrD has attended cultural sensitivity and diversity training to ensure they understand and respect the diverse backgrounds and perspectives of the community members they serve.

In May 2024, COrD was realigned from the Patrol Resources Bureau to the Bureau of Compliance.  With this move, COrD will enhance the mission of the Bureau of Compliance to maintain full and effective compliance while continuing in its role to engage and interact with the community, establish and build partnerships, and to promote public safety and education, among other responsibilities specific to the Office.  These include facilitating the Hispanic, African American, and LGBTQ+ Advisory Boards, implementing the newly created School Safety Program, command of the MCSO Cadet Program, and organizing the Community Academy held in English and Spanish, to name a few.

MCSO's quarterly reports record community policing activities performed by MCSO Patrol Deputies across the county.  During this fiscal year, the MCSO registered several hundred events, where combined public attendance exceeded thousands.  During this same period, the MCSO also recorded numerous occasions of community policing utilizing the Computer Aided Dispatch System; those engagements totaled thousands of staff hours and are primarily attributed to the community policing activities of Patrol Deputies.

In all these endeavors, the MCSO puts forth the effort to build sustainable outreach programs, many of which are listed on the MCSO webpage.  MCSO also utilizes social media to communicate and share information about events taking place within the community as well as about employees, public safety announcements, and recruitments.

As part of its ongoing efforts, COrD has developed and introduced various programs intended to engage young members of the community.  This includes school leadership programs in partnership with Higley High School and the Hope Academy, organizing youth camps for boys and girls in collaboration with the Franklin Police and Fire High School, and the School Safety Program that works with schools in the county with technical cooperation from Motorola.

Another innovative COrD program that benefits community members is the Take F.L.I.G.H.T. Program (Freedom, Lessons, Interventions, Goals for Higher Thinking).  Designed as a Cognitive Behavioral Evidence Based Program, it utilizes the educational component of the Decision Points curriculum.  From September 2023 to March 2024, the Take F.L.I.G.H.T. Program was instrumental in reaching out to 35 groups with the Issac School District (two locations), four separate groups homes, Turning Point Healing Centers (two locations), Canyon State Academy, as well as several individual sessions.  Over 685 individuals participated, ranging between the ages of 12-24 from diverse backgrounds.

COrD also participated in many more school related activities throughout the year, both inside and outside MCSO's patrol areas.  This included events for all age groups on topics ranging from career days and job fairs, back to school activities, car seat checkup events, and presentations on the dangers of various drugs and substances.  In particular, due to increasing concerns over the use and prevalence of fentanyl, COrD and the MCSO's Director of Drug Prevention and Education Initiatives facilitated several presentations in both English and Spanish language at schools and broader community groups.

COrD also had an active presence in cultural events and celebrations within the community to demonstrate support and foster a sense of unity in our continued efforts in building trust and legitimacy.  These events include the Asian Festival, numerous parades including St. Patrick's Day and the Fiesta Bowl, the Luke Days Air Show, and the Supporting Our Heroes Day.  COrD also remains committed to charitable endeavors and during the holiday season of 2023 participated in a wide range of activities to make this time of year a little more special for those who otherwise would not have much opportunity to celebrate.

The above highlights are just a sample of MCSO's dedication to engaging with its community and help show that today's MCSO under Sheriff Skinner is committed to serving everyone.  In all these endeavors, the MCSO puts forth the effort to build sustainable outreach programs, many of which are listed on the MCSO webpage.  MCSO also utilizes social media to communicate and share information about events taking place within the community as well as about employees, public safety announcements, and recruitments.  And as noted, MCSO's community engagement activities are reported in detail in its quarterly reports.

Another aspect of MCSO's community engagement involves working with the CAB.  MCSO responds to inquiries from CAB members, considers input CAB members provide on policies and other issues, provides the CAB information relating to MCSO's work to comply with the Court's Orders, and offers opportunities for briefings and meetings concerning issues of interest to the CAB.  The Commander of BIO is MCSO's point of contact for the CAB.

## COMPLIANCE COSTS

Complying with the *Melendres* Court orders has required significant investments.  There are ongoing operational costs within MCSO, legal expenses, Monitor fees, and other costs that are paid by Maricopa County.  For legal fees, Maricopa County pays its own expenses as well as the legal fees of the Plaintiffs because they prevailed in this civil rights lawsuit.  MCSO's operational costs for this fiscal year, based on information available as of August 31, 2024, were $35,440,814.  Although MCSO's increased operational costs attributed to the *Melendres* litigation arose out of compliance efforts, these costs will likely continue to be necessary even after judicial oversight ends to sustain the reforms that have been implemented. Examples of the operational costs attributed to Melendres include body worn cameras and staffing.

Since 2008, Maricopa County's total costs related to the *Melendres* litigation and subsequent compliance efforts total approximately $273,873,671 through FY2024. The largest categories of expenditures in this fiscal year and over the life of the case are described below, and more detail regarding costs is in Appendix C.

| Largest Categories of Expenditures in FY 2024 and over Life of Case | | |
|---|---|---|
| | Fiscal year 2024 | Total through FY2024 |
| MCSO Operational costs | $35,440,814 | $176,769,276 |
| Monitor Fees | 2,811,683 | 27,877,569 |
| Legal costs | | |
|    MCSO | 549,033 | 10,224,003 |
|    Plaintiffs | 486,000 | 12,739,439 |
|    Total legal costs | 1,035,033 | 22,963,442 |

## CONCLUSION

Throughout fiscal year 2023-2024, MCSO continued to focus on its obligations under the Court's Orders. Ongoing training, policy review, audits, reports and other processes continued as required.  There were significant efforts toward a more systematic and comprehensive response to the results of traffic stop studies as part of the effort to address disparities that those studies identify.  This work is in addition to the ongoing TSMR program and other work that support bias-free policing within MCSO.  MCSO also continues its work to eliminate the backlog of administrative investigations.  Although it is making progress, there is still significant work to be done.  All these efforts are aimed at providing the policies, accountability, and culture that will comply with the Court's Orders and prevent the type of constitutional violations that led to this Court's Orders from reoccurring at MCSO.

# APPENDIX A: *MELENDRES* COURT ORDERS COMPLIANCE CHART

*Legend:*
*Phase 1 – Policies and Procedures*
*Phase 2 – Operation and Implementation*
*\* Indicates Full and Effective Compliance as of the Monitor's 40th Report (requires minimum of 3 years of Phase 1 and Phase 2 compliance)*

| Para No. | 07/01/2023- 09/30/2023 | | 10/01/2023- 12/31/2023 | | 01/01/2024- 03/31/2024 | | 04/01/2024- 6/30/2024 | | Date of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| | 38th Report | | 39th Report | | 40th Report | | 41st Report | | |
| | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | |
| **First Order** | | | | | | | | | |
| 9* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2015 |
| 10* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2015 |
| 11* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2015 |
| 12* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 13* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 19* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/30/2018 |
| 21* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/30/2017 |
| 22* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2019 |
| 23* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 24* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2017 |
| 25 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 26* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2015 |
| 27* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2014 |
| 28* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 29* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 30* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 31* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2016 |
| 32 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 33 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 34* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2015 |
| 35* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 36* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 37* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 38* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 39* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 40* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 42 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2018 |
| 43* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |

| Para No. | 07/01/2023- 09/30/2023 | | 10/01/2023- 12/31/2023 | | 01/01/2024- 03/31/2024 | | 04/01/2024- 6/30/2024 | | Date of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| | 38th Report | | 39th Report | | 40th Report | | 41st Report | | |
| | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | |
| 44* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 45* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2016 |
| 46* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2016 |
| 47* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 48* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 49* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 50* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 51* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 52* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 53* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 54 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 55* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 56 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2021 |
| 57* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 58* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2016 |
| 59* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2015 |
| 60* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 61* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2016 |
| 62* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 63* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2016 |
| 64 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2023 |
| 65 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2023 |
| 66* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2019 |
| 67 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 09/30/2023 |
| 68* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 69 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2021 |
| 70 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 71* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 72 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 73* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 74* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/30/2019 |
| 75 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/30/2019 |
| 76* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 77* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2014 |
| 78* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 79 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |

| Para No. | 07/01/2023- | 09/30/2023 | 10/01/2023- | 12/31/2023 | 01/01/2024- | 03/31/2024 | 04/01/2024- | 6/30/2024 | Date of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| | 38th Report | | 39th Report | | 40th Report | | 41st Report | | |
| | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | |
| 80* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2017 |
| 81 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 83* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 84* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2016 |
| 85* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 86* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 87 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 03/31/2024 |
| 88* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 89* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2016 |
| 90* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 91* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2020 |
| 92 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2023 |
| 93* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 94 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2021 |
| 95 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2023 |
| 96 | In Compliance | In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 97 | In Compliance | In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 98 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 03/31/2024 |
| 99 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 09/30/2023 |
| 100 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 03/31/2024 |
| 101* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2015 |
| 102* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 103 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2020 |
| 104* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 105* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 106* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2015 |
| 109 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | 9/30/2018 |
| 110 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | 9/30/2018 |
| 111 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | 9/30/2018 |
| 112 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | 9/30/2018 |
| 113* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2018 |
| 114* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2018 |
| 115 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2018 |
| 116* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2018 |
| 117 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | 9/30/2018 |
| 118 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | 9/30/2018 |

| Para No. | 07/01/2023- | 09/30/2023 | 10/01/2023- | 12/31/2023 | 01/01/2024- | 03/31/2024 | 04/01/2024- | 6/30/2024 | Date of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| | 38th Report | | 39th Report | | 40th Report | | 41st Report | | |
| | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | |
| **2nd Order** | | | | | | | | | |
| 165 | N/A | In Compliance | N/A | In Compliance | N/A | In Compliance | Pending | Pending | 12/31/2021 |
| 167* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 168* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 169* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 170* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 171* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 172* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 173 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2018 |
| 174* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 175 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2020 |
| 176 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2020 |
| 177* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 178* | In Compliance | In Compliance | Deferred | Deferred | Deferred | Deferred | Pending | Pending | 12/31/2017 |
| 179* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/30/2019 |
| 180* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 181* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2017 |
| 182* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 184* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2017 |
| 185* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 186* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 187* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 188* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 189* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 190* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2018 |
| 191* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 192* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 193* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 194 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 195 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 196* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 197* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 198* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2018 |
| 199* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 200* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 201* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |

| Para No. | 07/01/2023- 09/30/2023 | | 10/01/2023- 12/31/2023 | | 01/01/2024- 03/31/2024 | | 04/01/2024- 6/30/2024 | | Date of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| | 38th Report | | 39th Report | | 40th Report | | 41st Report | | |
| | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | |
| 202* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 203* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 204 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 205* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 206* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 207 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 208* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2017 |
| 209* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 210* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 211 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 212* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2018 |
| 213 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 214* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 215* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 216 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 217* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 218* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 220* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2020 |
| 221* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 222* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 223* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 224* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 225* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 226* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 227* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 228* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 229* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 230* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 231* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 232* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 233* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 234* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 235* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 236* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 238* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 239* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |

| Para No. | 07/01/2023- | 09/30/2023 | 10/01/2023- | 12/31/2023 | 01/01/2024- | 03/31/2024 | 04/01/2024- | 6/30/2024 | Date of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| | 38th Report | | 39th Report | | 40th Report | | 41st Report | | |
| | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | |
| 240* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 241* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2018 |
| 242* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2017 |
| 243* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 244* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2016 |
| 245* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2016 |
| 246* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 3/31/2018 |
| 247* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 248* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 249* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 250* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 251* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 252* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 253* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 254* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 255* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 256* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 257* | In Compliance | Deferred | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 258* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 259* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 260* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2020 |
| 261 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | |
| 262 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | |
| 264* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 265 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2021 |
| 266* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2016 |
| 267 | In Compliance | In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 268* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 269 | In Compliance | Deferred | In Compliance | Deferred | In Compliance | Deferred | Pending | Pending | 12/31/2019 |
| 270 | In Compliance | Deferred | In Compliance | Deferred | In Compliance | Deferred | Pending | Pending | 6/30/2019 |
| 271 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2018 |
| 272* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2017 |
| 273* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 276* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 278* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 279* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |

| Para No. | 07/01/2023-09/30/2023 | | 10/01/2023-12/31/2023 | | 01/01/2024-03/31/2024 | | 04/01/2024-6/30/2024 | | Date of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| | 38th Report | | 39th Report | | 40th Report | | 41st Report | | |
| | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | Phase 1 | Phase 2 | |
| 281 | In Compliance | Not In Compliance | In Compliance | Not In Compliance | In Compliance | Not In Compliance | Pending | Pending | |
| 282* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 284* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 286* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2018 |
| 287* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| 288 | N/A | In Compliance | N/A | In Compliance | N/A | In Compliance | Pending | Pending | |
| 289 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | |
| 292* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 9/30/2016 |
| 300 | N/A | Deferred | N/A | Deferred | N/A | Deferred | Pending | Pending | |
| 337* | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 6/30/2017 |
| **3rd Order** | | | | | | | | | |
| 338 | N/A | In Compliance | N/A | In Compliance | N/A | In Compliance | Pending | Pending | |
| 339 | N/A | In Compliance | N/A | In Compliance | N/A | In Compliance | Pending | Pending | |
| 340 | N/A | In Compliance | N/A | In Compliance | N/A | In Compliance | Pending | Pending | |
| 341 | N/A | In Compliance | N/A | In Compliance | N/A | In Compliance | Pending | Pending | |
| 342 | N/A | In Compliance | N/A | In Compliance | N/A | In Compliance | Pending | Pending | |
| 343 | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | In Compliance | Pending | Pending | 12/31/2022 |
| 344 | N/A | Deferred | N/A | Deferred | N/A | Deferred | Pending | Pending | |
| 345 | N/A | In Compliance | N/A | In Compliance | N/A | In Compliance | Pending | Pending | |
| 346 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | |
| 347 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | |
| 348 | Deferred | Deferred | Deferred | Deferred | Deferred | Deferred | Pending | Pending | |
| 349 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | |
| 350 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | |
| 351 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | |
| 352 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | |
| 353 | Deferred | Deferred | Deferred | Deferred | Deferred | Deferred | Pending | Pending | |
| 355 | N/A | Deferred | N/A | Deferred | N/A | Deferred | Pending | Pending | |
| 356 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | |
| 357 | N/A | Deferred | N/A | Deferred | N/A | Deferred | Pending | Pending | |
| 360 | N/A | N/A | N/A | N/A | N/A | N/A | Pending | Pending | |
| 361 | N/A | Deferred | N/A | Deferred | N/A | Deferred | Pending | Pending | |
| 362 | N/A | Deferred | N/A | Deferred | N/A | Deferred | Pending | Pending | |
| 364 | N/A | In Compliance | N/A | In Compliance | N/A | In Compliance | Pending | Pending | |
| 365 | Deferred | Deferred | Deferred | Deferred | Deferred | Deferred | Pending | Pending | |
| 368 | N/A | In Compliance | N/A | In Compliance | N/A | In Compliance | Pending | Pending | |

| Legend |
|---|
| Phase 1 – Development of Policy and Procedures |
| Phase 2 – Operation Implementation |
| *Full and Effective Compliance |

# APPENDIX B: LIST OF MCSO ACRONYMS

ACT:        Annual Combined Training

AIU:        Audits and Inspections Unit

BIO:        Bureau of Internal Oversight

CAB:        Community Advisory Board

CAD:        Computer Aided Dispatch

CID:        Court Implementation Division

CNA:        CNA Analytics and Solutions

COrD:       Community Outreach Division

CRM:        Class Remedial Matter

EIS:        Early Identification System

EIU:        Early Intervention Unit

EPA:        Employee Performance Appraisal

IR:         Incident Report

MCAO:       Maricopa County Attorney's Office

NTCF:       Non-Traffic Contact Form

PSB:        Professional Standards Bureau

RRU:        Research Review Unit

SOAR:       Statement of Annual Review

SRELE:      Supervisor Responsibilities: Effective Law Enforcement

TraCS:      Traffic and Criminal Software

VSCF:       Vehicle Stop Contact Form

TSAR:       Traffic Stop Annual Report

TSAU:       Traffic Stop Analysis Unit

TSMR:       Traffic Stop Monthly Report

TSQR:       Traffic Stop Quarterly Report

VSCF:       Vehicle Stop Contact Form

# APPENDIX C: MELENDRES COMPLIANCE COSTS FY08 THROUGH FY24

## Melendres Legal Costs

| PLAINTIFF/DEFENSE COUNSEL COSTS | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Defense | 8,332 | 324,985 | 397,528 | 337,547 | 122,558 | 212,415 | 342,067 | 1,677,835 | 2,652,808 | 1,195,904 | 228,718 | 245,042 | 157,069 | 394,169 | 601,979 | 776,014 | 549,033 | 10,224,003 |
| Plaintiff | - | - | - | 94,707 | - | - | 18,688 | 4,439,242 | 4,589,295 | 465,138 | - | 747,836 | 734,384 | 375,607 | 263,543 | 525,000 | 486,000 | 12,739,439 |
| Total | 8,332 | 324,985 | 397,528 | 432,254 | 122,558 | 212,415 | 360,755 | 6,117,076 | 7,242,103 | 1,661,042 | 228,718 | 992,878 | 891,453 | 769,776 | 865,522 | 1,301,014 | 1,035,033 | 22,963,442 |

## Melendres Non-Attorney Related Costs in Non Departmental Budget

| MONITOR/INVESTIGATOR COSTS | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monitor Fees | - | - | - | - | - | - | 727,668 | 2,701,856 | 2,734,256 | 3,608,386 | 2,956,417 | 2,495,547 | 2,275,448 | 2,576,721 | 2,391,057 | 2,598,529 | 2,811,683 | 27,877,569 |
| Luhrs Building Lease & Cox | - | - | - | - | - | - | 25,656 | 83,474 | 85,648 | 88,032 | 88,330 | 94,031 | 102,116 | 96,713 | 105,165 | 106,978 | 73,439 | 949,581 |
| Green & Baker Ltd | - | - | - | - | - | - | 464 | 39,528 | 1,840 | - | - | - | - | - | - | - | - | 41,832 |
| Independent Investigator | - | - | - | - | - | - | - | - | - | 484,726 | 476,660 | 124,701 | - | - | - | - | - | 1,086,086 |
| Independent Disciplinary Authority | - | - | - | - | - | - | - | - | - | 98,298 | 155,244 | 280,357 | 68,354 | - | - | - | - | 602,253 |
| Third Party Claims Administrator | - | - | - | - | - | - | - | - | - | - | 275,400 | 14,707 | 455 | - | - | - | - | 290,562 |
| Community Advisory Board | - | - | - | - | - | - | - | - | - | - | - | 15,000 | - | - | - | - | - | 15,000 |
| Victim Compensation | - | - | - | - | - | - | - | - | - | - | - | 14,360 | 56,106 | 11,285 | 144,003 | 30,545 | 10,000 | 266,298 |
| Management Consultant | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 39,530 | 8,875 | - | 48,405 |
| Total | - | - | - | - | - | - | 753,787 | 2,824,859 | 2,821,744 | 4,279,442 | 3,952,052 | 3,038,703 | 2,502,478 | 2,684,719 | 2,679,755 | 2,744,927 | 2,895,122 | 31,177,587 |

## MCSO Department Costs

| MCSO DEPARTMENT COSTS | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCSO | | | | | | | 3,000,477 | 12,913,177 | 8,608,282 | 17,791,576 | 19,641,334 | 21,074,261 | 21,543,268 | 24,205,783 | 25,525,005 | 29,988,665 | 35,440,814 | 219,732,642 |
| | | | | | | | | | | | | | | | | | | |
| TOTAL MELENDRES RELATED | 8,332 | 324,985 | 397,528 | 432,254 | 122,558 | 212,415 | 4,115,019 | 21,855,112 | 18,672,129 | 23,732,060 | 23,822,104 | 25,105,842 | 24,937,199 | 27,660,278 | 29,070,282 | 34,034,606 | 39,370,969 | 273,873,671 |

As of August Close

1