Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona  85012
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Maricopa County Sheriff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**DEFENDANT RUSS SKINNER'S AUGUST 2024 NOTICE RE: BACKLOG PURSUANT TO PARAGRAPH 364** |

Pursuant to Paragraph 364 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), Defendant Skinner provides notice to the Court that the backlog of open administrative misconduct cases as of August 31, 2024, was 1,286 cases.  Of the 89 backlog cases that were removed from the backlog in August 2024:

- 3 were based on complaints filed in 2017
- 5 were based on complaints filed in 2018

- 8 were based on complaints filed in 2019
- 7 were based on complaints filed in 2020
- 11 were based on complaints filed in 2021
- 5 were based on complaints filed in 2022
- 26 were based on complaints filed in 2023
- 24 were based on complaints filed in 2024

This information is reflected in the Monthly Production Request Response submitted to the Monitor and parties, attached hereto as **Exhibit A**.

This notice identifies cases removed from the backlog pursuant to the Court's Third Order. *See* Doc. 3036-1 (Monitoring Team's Sixth Quarterly Progress Report) at 5 n.3 (explaining when cases were removed from backlog). Future notices will report cases removed from the backlog pursuant to the Court's Amended Fourth Amended Supplemental Permanent Injunction/Judgment Order (Doc. 3076).

Dated this ___th day of _____, 2024.

OSBORN MALEDON, P.A.

By s/_____
Mary R. O'Grady
Kristin L. Windtberg
Joshua J. Messer
2929 North Central, Suite 2000
Phoenix, Arizona 85012

Attorneys for Defendant Maricopa County Sheriff