# EXHIBIT A



# Maricopa County Sheriff's Office
*Sheriff Russ Skinner*
*Court Implementation Division*

# MONTHLY PRODUCTION REQUEST

**FOR THE MONTH OF:** August 2024

**REFERENCE PARAGRAPH:** 357,364

**PRODUCTION REQUEST:**

*"Provide a list of all "backlog" cases completed. List should include:*
- *The IA number*
- *The date the complaint was received*
- *Whether the complaint was internally or externally generated*
- *The date the investigative report was approved by the PSB Commander*

*The number of open cases in the backlog at the end of each month."*

**RESPONSE:**

The attached list accounts for previously reported PSB backlog cases that have been removed from the backlog during this reporting period.

Of the 1,340 backlog cases reported in the July 2024 response, 89 cases have been removed as of August 31, 2024. As of this reporting period, the PSB backlog of cases consists of 1,286 Administrative Investigations.

**Author of Response:** Mariusz Kurowski B5112

**Bureau/Division:** Professional Standards Bureau

**Date of Response:** 09/01/2024

**ATTACHMENTS:**

- 357 COMPLETED_PSB Backlog_08312024

Professional Standards Bureau
Paragraph #357, 364
Removed PSB Backlog as of August 31, 2024
Total PSB Backlog: 1,286

| IA No | Received Date | Incident Type | Commander Approval Date |
|---|---|---|---|
| REDACTED | 06/21/2023 | External Complaint | 08/03/2024 |
| | 12/05/2023 | External Complaint | 08/03/2024 |
| | 05/26/2023 | External Complaint | 08/04/2024 |
| | 03/10/2023 | External Complaint | 08/05/2024 |
| | 02/09/2024 | External Complaint | 08/05/2024 |
| | 03/30/2024 | External Complaint | 08/05/2024 |
| | 04/12/2024 | Internal Complaint | 08/05/2024 |
| | 03/16/2021 | External Complaint | 08/07/2024 |
| | 09/25/2018 | Internal Complaint | 08/08/2024 |
| | 06/16/2021 | External Complaint | 08/08/2024 |
| | 03/04/2023 | External Complaint | 08/08/2024 |
| | 03/10/2023 | External Complaint | 08/08/2024 |
| | 05/18/2023 | External Complaint | 08/08/2024 |
| | 10/06/2023 | Internal Complaint | 08/08/2024 |
| | 05/07/2024 | External Complaint | 08/08/2024 |
| | 08/02/2021 | Internal Complaint | 08/09/2024 |
| | 12/10/2023 | External Complaint | 08/09/2024 |
| | 03/18/2024 | Internal Complaint | 08/10/2024 |
| | 05/03/2024 | Internal Complaint | 08/12/2024 |
| | 12/16/2017 | Internal Complaint | 08/14/2024 |

Professional Standards Bureau
Paragraph #357, 364
Removed PSB Backlog as of August 31, 2024
Total PSB Backlog: 1,286

| IA No | Received Date | Incident Type | Commander Approval Date |
|---|---|---|---|
| REDACTED | 07/12/2022 | External Complaint | 08/14/2024 |
| | 01/30/2018 | External Complaint | 08/15/2024 |
| | 03/23/2020 | External Complaint | 08/15/2024 |
| | 06/10/2020 | Internal Complaint | 08/15/2024 |
| | 09/07/2022 | External Complaint | 08/15/2024 |
| | 12/20/2023 | External Complaint | 08/15/2024 |
| | 12/20/2023 | Internal Complaint | 08/15/2024 |
| | 11/16/2023 | External Complaint | 08/16/2024 |
| | 05/13/2021 | External Complaint | 08/18/2024 |
| | 07/02/2019 | External Complaint | 08/19/2024 |
| | 07/06/2022 | External Complaint | 08/19/2024 |
| | 03/18/2024 | External Complaint | 08/19/2024 |
| | 03/29/2024 | External Complaint | 08/19/2024 |
| | 04/28/2020 | External Complaint | 08/20/2024 |
| | 08/21/2021 | External Complaint | 08/20/2024 |
| | 09/14/2023 | Internal Complaint | 08/20/2024 |
| | 02/28/2024 | External Complaint | 08/20/2024 |
| | 08/02/2023 | Internal Complaint | 08/21/2024 |
| | 08/10/2023 | External Complaint | 08/21/2024 |
| | 09/05/2023 | External Complaint | 08/21/2024 |

Professional Standards Bureau
Paragraph #357, 364
Removed PSB Backlog as of August 31, 2024
Total PSB Backlog: 1,286

| IA No | Received Date | Incident Type | Commander Approval Date |
|---|---|---|---|
| REDACTED | 03/15/2024 | External Complaint | 08/21/2024 |
| | 07/31/2018 | External Complaint | 08/22/2024 |
| | 07/29/2019 | External Complaint | 08/22/2024 |
| | 11/12/2021 | External Complaint | 08/22/2024 |
| | 01/06/2024 | Internal Complaint | 08/22/2024 |
| | 02/12/2024 | Internal Complaint | 08/22/2024 |
| | 02/17/2024 | Internal Complaint | 08/22/2024 |
| | 02/25/2024 | Internal Complaint | 08/22/2024 |
| | 04/02/2024 | External Complaint | 08/22/2024 |
| | 04/18/2023 | External Complaint | 08/23/2024 |
| | 03/05/2024 | External Complaint | 08/23/2024 |
| | 04/19/2022 | Internal Complaint | 08/24/2024 |
| | 03/15/2024 | External Complaint | 08/24/2024 |
| | 05/01/2024 | Internal Complaint | 08/24/2024 |
| | 03/13/2023 | External Complaint | 08/25/2024 |
| | 08/15/2023 | External Complaint | 08/25/2024 |
| | 03/10/2024 | Internal Complaint | 08/25/2024 |
| | 10/19/2019 | Internal Complaint | 08/26/2024 |
| | 11/22/2021 | External Complaint | 08/26/2024 |
| | 04/09/2023 | External Complaint | 08/26/2024 |

Professional Standards Bureau
Paragraph #357, 364
Removed PSB Backlog as of August 31, 2024
Total PSB Backlog: 1,286

| IA No | Received Date | Incident Type | Commander Approval Date |
|---|---|---|---|
| REDACTED | 03/27/2024 | Internal Complaint | 08/26/2024 |
| | 04/26/2024 | External Complaint | 08/26/2024 |
| | 09/20/2017 | External Complaint | 08/27/2024 |
| | 10/08/2017 | External Complaint | 08/27/2024 |
| | 03/22/2019 | Internal Complaint | 08/27/2024 |
| | 02/14/2020 | External Complaint | 08/27/2024 |
| | 08/15/2022 | Critical Incident | 08/27/2024 |
| | 01/20/2023 | External Complaint | 08/27/2024 |
| | 03/21/2023 | External Complaint | 08/27/2024 |
| | 04/04/2024 | Internal Complaint | 08/27/2024 |
| | 10/30/2018 | Internal Complaint | 08/28/2024 |
| | 06/23/2020 | External Complaint | 08/28/2024 |
| | 07/23/2021 | Internal Complaint | 08/28/2024 |
| | 04/10/2023 | External Complaint | 08/28/2024 |
| | 05/31/2023 | External Complaint | 08/28/2024 |
| | 09/14/2023 | Internal Complaint | 08/28/2024 |
| | 01/07/2024 | External Complaint | 08/28/2024 |
| | 08/06/2019 | External Complaint | 08/29/2024 |
| | 04/02/2024 | Internal Complaint | 08/29/2024 |
| | 03/12/2018 | External Complaint | 08/30/2024 |

Professional Standards Bureau
Paragraph #357, 364
Removed PSB Backlog as of August 31, 2024
Total PSB Backlog: 1,286

| IA No | Received Date | Incident Type | Commander Approval Date |
|---|---|---|---|
| REDACTED | 10/11/2019 | External Complaint | 08/30/2024 |
| | 01/26/2021 | External Complaint | 08/30/2024 |
| | 08/23/2021 | External Complaint | 08/30/2024 |
| | 04/25/2023 | External Complaint | 08/30/2024 |
| | 06/25/2019 | External Complaint | 08/31/2024 |
| | 11/20/2019 | External Complaint | 08/31/2024 |
| | 01/19/2020 | External Complaint | 08/31/2024 |
| | 05/21/2020 | External Complaint | 08/31/2024 |
| | 04/27/2021 | External Complaint | 08/31/2024 |