# EXHIBIT A



# Maricopa County Sheriff's Office
### Sheriff Russ Skinner
## *Court Implementation Division*

# Response to 2024 – August Monthly Document
# Request related to Paragraph # 340, 341, 342, 345, 368

## Request:

*"Provide a report on the accounting of the PSB Staffing Fund, to include any payments made into the PSB Staffing Fund, and the reason such payments were made; and withdrawals from the fund and the reasons for the expenditures."*

## Response:

File folder titled, "MMPR,P340,341,342,345,368 AUG2024" containing the following:

- PDF document titled "P340341342345368 AUGUST 2024 Return Form"
- PDF document titled "PSB Staffing Fund 511 - FY25 - 02 August 2024 Payment & Withdrawal Report"

| Report ID: | FIN-AP-MC004 | FIN-AP-MC004 - Revenue & Expense by Unit, Department, and Fund w/ Subtotals - Rev & Exp Fund | Page 1 of 1 |
|---|---|---|---|
| **Run Date:** | 9/16/24 | **Fiscal Year: 2025** | |
| **Run Time:** | 8:00:05 AM | **Period Ending: August** | |

**Fund:  511 - Established by the Court Order issued by the US District Court on 11/8/22, in CV-07-2513-PHX-GMS**

<----------- **Current Period** ------------>   <----------- **Fiscal Year-To-Date** ------------>   <------------------------- **Fiscal Year** ------------------------->

### REVENUE SUMMARY

| REVENUE SOURCE | | CURRENT BUDGET | CURRENT REVENUES | CURRENT VAR | YTD BUDGET | YTD REVENUES | YTD VAR |
|---|---|---|---|---|---|---|---|
| | Total | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | 0.00% |

### EXPENSE SUMMARY

| OBJECT | | CURRENT BUDGET | CURRENT EXPENDITURES | CURRENT VAR | YTD BUDGET | YTD EXPENDITURES | YTD VAR | PRE-ENCUMBRANCES | ENCUMBRANCES | FUNDS AVAILABLE | TOTAL BUDGET | TOTAL VAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Total | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |

### NET SUMMARY

| CURRENT REV - EXP | YTD REV - EXP | YTD REV - EXP - PreENC- ENC |
|---|---|---|
| $0.00 | $0.00 | $0.00 |