RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   JOSEPH I. VIGIL (018677)
      Deputy County Attorneys
      vigilj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa. gov
MCAO Firm No. 00032000

*Attorneys for Defendants Russell Skinner
 and Maricopa County*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Russell Skinner, in his official capacity as Sheriff of Maricopa County, Arizona, et. al.,<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**DEFENDANT RUSSELL SKINNER'S NOTICE OF FILING FORTY FIRST QUARTERLY COMPLIANCE REPORT** |

Pursuant to the Court's October 2, 2013, Order (Doc. 606), Defendant Russell Skinner files with the Court Defendant's Forty-first Quarterly Compliance Report, which covers the Second Quarter of 2024, April 1, 2024, through June 30, 2024. (Attached as Exhibit 1.)

**RESPECTFULLY SUBMITTED** this 1st day of October 2024.

        RACHEL H. MITCHELL
        MARICOPA COUNTY ATTORNEY

    BY: s/ *Joseph I. Vigil*
        JOSEPH I. VIGIL, ESQ.
        *Attorneys for Defendants Russell Skinner*
        *and Maricopa County*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2024 I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

s/*J. Christiansen*