1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9
10
11
12
13
14
15
16
17
18

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

19      The Court has reviewed Defendant Sheriff Russel Skinner's ("Sheriff Skinner")
20 Notice of Intent to Transfer Personnel Into Bureau of Internal Oversight and Request to
21 Seal Information (Doc. 3087), which the Court will interpret as a Motion.  Accordingly,
22      **IT IS HEREBY ORDERED** granting Defendant Sheriff Russel Skinner's Motion
23 entitled Notice of Intent to Transfer Personnel Into Bureau of Internal Oversight and
24 Request to Seal Information (Doc. 3087).
25
26 / / /
27 / / /
28 / / /

**IT IS FURTHER ORDERED** directing the Clerk of Court to file under seal the lodged document (Doc. 3088) regarding Defendant Russel Skinner's intent to transfer Deputy Dave Bowen into the Bureau of Oversight (BIO).

Dated this 1st day of October, 2024.

G. Murray Snow
Chief United States District Judge