Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona  85012
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Russ Skinner

Joseph I. Vigil, 018677
Maricopa County Attorney's Office
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4137
vigilj@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Russ Skinner and Maricopa County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | |
| and | **DEFENDANTS' NOTICE OF ERRATA RE: MOTION TO MODIFY ORDER REGARDING COMPLIANCE COSTS (DOC. 3092)** |
| United States of America, | |
| Plaintiff-Intervenor, | |
| vs. | |
| Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona, et al., | |
| Defendants. | |

Defendants Maricopa County Sheriff Russ Skinner and Maricopa County file this Notice of Errata to correct an error in their Motion to Modify Order Regarding Compliance Costs (Doc. 3092).  When filing, Defendants inadvertently left the word "Draft," rather than counsel's name, in the signature line for counsel for Maricopa County.  (*See id.* at 5.) Defendants are concurrently filing an amended version of their Motion that corrects this error.  Defendants have made no other changes to the Motion.

Dated this 10th day of October, 2024.

OSBORN MALEDON, P.A.

By s/Mary R. O'Grady
  Mary R. O'Grady
  Kristin L. Windtberg
  Joshua J. Messer
  2929 North Central, Suite 2000
  Phoenix, Arizona  85012

*Attorneys for Defendant Maricopa County Sheriff*

/s/Joseph I. Vigil (w/permission)
Joseph I. Vigil, 018677
Maricopa County Attorney's Office
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4137
vigilj@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

*Attorneys for Defendants Russ Skinner and Maricopa County*