UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES; et al.,<br><br>        Plaintiffs - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>        Intervenor-Plaintiff - Appellee,<br><br>  v.<br><br>RUSS SKINNER, in his official capacity as Sheriff of Maricopa County,<br><br>        Defendant - Appellant. | No. 23-15036<br><br>D.C. No. 2:07-cv-02513-GMS<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered August 19, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $45.50.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT