Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
ACLU Foundation of Arizona
2712 North 7th Street
Phoenix, AZ 85006
Telephone: (602) 650-1854

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona, *et al.* <br><br> Defendants. | CV-07-2513-PHX-GMS <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' AMENDED MOTION TO MODIFY ORDER REGARDING COMPLIANCE COSTS (DOC. 3093-1)** |

Additional Attorneys for Plaintiffs:

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Amy S. Heath*
aheath@cov.com
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Sebrina M. Shaw (024545)
Shaw Law Firm, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
Telephone: (928) 646-0369
admin@shawlawfirmaz.com
sshaw@acluaz.org

*Pro Hac Vice

Plaintiffs take no position regarding Defendants' Amended Motion to Modify Order regarding Compliance Costs (Doc. 3093-1).

Dated this 17th day of October, 2024.

By: /s/ Christine K. Wee
Christine K. Wee
Victoria Lopez
ACLU Foundation of Arizona

Cecillia D. Wang *(Pro Hac Vice)
ACLU Foundation
Immigrants' Rights Project

Stanley Young*(Pro Hac Vice)
Amy S. Heath*(Pro Hac Vice)
Covington & Burling, LLP

Eduardo Casas* (Pro Hac Vice)
Mexican American Legal Defense
and Educational Fund

Sebrina M. Shaw
Shaw Law Firm, P.L.L.C.

*Attorneys for Plaintiffs*

*Pro Hac Vice

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/Christine K. Wee
Christine K. Wee