Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona  85012
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Russ Skinner

Joseph I. Vigil, 018677
Maricopa County Attorney's Office
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4137
vigilj@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Russ Skinner and Maricopa County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **NOTICE OF SERVICE OF RESPONSE TO COURT ORDER REGARDING COSTS (DOC. 3083)** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| vs. | |
| Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona, et al., | |
| Defendants. | |

Defendants Maricopa County Sheriff Russ Skinner and Maricopa County hereby provide notice to the Court that they have produced documents to the Monitor in response to the Court's September 17, 2024 Order (Doc. 3083). Attached as **Exhibit A** is the memorandum that was provided to the Monitor with the production of documents.

Dated this 17th day of October, 2024.

OSBORN MALEDON, P.A.

By /s/ Mary O'Grady
Mary R. O'Grady
Kristin L. Windtberg
Joshua J. Messer
2929 North Central, Suite 2000
Phoenix, Arizona 85012

*Attorneys for Defendant Maricopa County Sheriff*

/s/ Joseph I. Vigil w/permission
Joseph I. Vigil, 018677
Maricopa County Attorney's Office
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4137
vigilj@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

*Attorneys for Defendants Russ Skinner and Maricopa County*

2

10584776