**EXHIBIT A**


# Maricopa County Sheriff's Office
*Sheriff Russ Skinner*

*Court Implementation Division*

# MCSO PRODUCTION RESPONSE

### COURT ORDER TO PRODUCE DOCUMENTS (Doc. 3083)

"The Defendants shall . . . provide to the Monitor and/or his Budget Analyst:

(1) each separate expenditure, for each fiscal year, beginning in 2014, that make up the Department/Operating Costs that they attribute to the *Melendres* Orders;

(2) the financial documentation verifying the amount of each expenditure;

(3) the cost of services, supplies, hardware, and software attributed to the *Melendres* orders and the amount and percentage of such costs that are attributable to the *Melendres* orders, as opposed to their use for other MCSO functions and operations;

(4) the personnel cost attributable to the *Melendres* orders, including the identification of positions and the function of the positions that are wholly dedicated to *Melendres* compliance the identification of positions which are only partly attributable to *Melendres* compliance, the other functions performed by those employees, the costs of such positions, and the percentage of all employee time attributable to *Melendres* compliance for each position;

(5) the specific paragraph or paragraphs of the *Melendres* orders to which each expense is attributed;

(6) all budget requests made to the County by the MCSO and the narratives that support these budget requests; and

(7) any additional document or clarification sought by the Monitor or his Budget Analyst consistent with this order."

The Court directed MCSO and Maricopa County to provide the information described above to the Monitor and/or his budget analysis within 30 days of the Court's September 17, 2024 Order described above.

**RESPONSE:**

Documents responsive to the Court's Order are being produced with this memorandum to the Monitor through ShareFile. If the Monitor and/or his Budget Analysis requires the information in



# Maricopa County Sheriff's Office
*Sheriff Russ Skinner*

*Court Implementation Division*

a different manner, MCSO and the County will work to accommodate those requests. The information that is being produced in response to the Court's Order is described below.

**(1) Each separate expenditure, for each fiscal year, beginning in 2014, that make up the Department/Operating Costs that they attribute to the *Melendres* Orders.**

MCSO and the County are producing a report from Maricopa County's general ledger that lists all expenditures beginning in fiscal year 2014 that were allocated to the *Melendres* compliance fund. The County developed the table of Department/Operating costs that is in MCSO's Annual Report based on the expenses identified in the general ledger. Any variations between the totals reflected in the general ledger and the total costs identified in the Annual Report for a particular year are the result of rounding. The County's fiscal year runs from July 1 through June 30.

**(2) The financial documentation verifying the amount of each expenditure.**

MCSO and the County understand the "financial documentation" requested to be the invoices or other documentation of the expenditures that are described in the general ledger. For payroll costs, additional detail supporting these expenditures is included with this production. Counsel for Defendants advised the Monitor of the challenges producing all of the documentation for costs other than payroll costs and filed a motion with the Court seeking authorization to provide that additional financial documentation as requested by the Monitor. That motion is pending as of this date.

**(3) The cost of services, supplies, hardware, and software attributed to the *Melendres* orders and the amount and percentage of such costs that are attributable to the *Melendres* orders, as opposed to their use for other MCSO functions and operations.**

The costs of services, supplies, hardware and software attributed to the *Melendres* order are detailed in the general ledger report that is being produced.

Currently, MCSO has no methodology for allocating a portion of a cost/expenditure to *Melendres*. Thus, if a particular expenditure is attributed to the *Melendres* orders, all costs associated with that expenditure are attributed to the *Melendres* order. Examples of costs that are associated with *Melendres* compliance include body worn camera technology, the Open Axes product that is being transitioned to Exterro, costs for patrol cars, and other costs related to personnel added to comply with *Melendres*.

The costs that are attributed to *Melendres*, and reflected in the general ledger, are considered direct costs of the *Melendres* orders. MCSO also incurs administrative costs for personnel and other items that contribute to compliance with the *Melendres* orders, but also benefit other MCSO



# Maricopa County Sheriff's Office
Sheriff Russ Skinner

*Court Implementation Division*

functions and divisions. These indirect administrative costs are not reflected in the general ledger as *Melendres*-related costs because MCSO does not allocate partial expenditures to *Melendres* compliance. Examples of administrative costs related to *Melendres* compliance but not reflected in the general ledger as *Melendres*-related include costs associated with executive management, finance, technology, human resources, procurement, and fleet management.

**(4) The personnel cost attributable to the *Melendres* orders, including the identification of positions and the function of the positions that are wholly dedicated to *Melendres* compliance, the identification of positions which are only partly attributable to *Melendres* compliance, the other functions performed by those employees, the costs of such positions, and the percentage of all employee time attributable to *Melendres* compliance for each position.**

The information produced includes the personnel costs attributable to the *Melendres* orders and the related positions and divisions for those personnel. If a position is attributed to *Melendres*, it is considered a direct cost of *Melendres,* and all costs associated with that position are attributed to *Melendres*.

For example, if Maricopa County approved MCSO adding positions to comply with the Court order span of control requirements, training requirements, or to meet the increased needs to conduct misconduct investigations, all of the costs associated with those positions are attributed to *Melendres*. Costs associated with other positions that were not created to comply with the *Melendres* order are not attributed to *Melendres*, even if the position involves substantial *Melendres* work. For example, the Captain of the Training Division, the Chief of Administration, the Human Resources Commander and others may spend significant portions of their time on *Melendres* compliance work, but none of the costs associated with their positions are attributed to *Melendres* compliance.

**(5) The specific paragraph or paragraphs of the *Melendres* orders to which each expense is attributed.**

The budget information produced with this response and described below in response to #6 includes specific paragraphs of the *Melendres* orders associated with the expenditures allocated to *Melendres*.

**(6) All budget requests made to the County by the MCSO and the narratives that support these budget requests.**

Information on budget requests made by MCSO is being produced from fiscal year 2014 to the present. This includes a summary spreadsheet of each year's budget, narratives supporting the



# Maricopa County Sheriff's Office
*Sheriff Russ Skinner*

*Court Implementation Division*

budget requests, and additional backup documentation related to budget requests. The information also identifies relevant paragraphs of the *Melendres* orders related to requests.

The Maricopa County Board of Supervisors ("Board") is responsible for approving the budget for the County, including the budget for all elected officials such as the Maricopa County Sheriff. The process for approving the budget for all elected county officials is as follows:

- In December of any given year, the Office of Budget and Finance ("OBF"), on behalf of the County, will send to each elected official their department's baseline budget. The County follows the incremental budgeting philosophy where the budget continues to be built on the prior year budget plus adjustments. The baseline budget consists of the prior year adopted budget plus any adjustments approved by the Board during the fiscal year. Departments are required to submit their budget within baseline.

- In January, at a date set by the Board, the elected officials provide a PowerPoint presentation to the members of the Board, in a public meeting, outlining the budget priorities for the next fiscal year and any additional funding requests above the baseline budget.

- Two weeks after this presentation and the approval of the Budget Guidelines and Priorities by the Board, the elected official is to submit their requested budget in the OBF's system.

- Once the budget is submitted, OBF begins the review process to determine why the elected official needs the additional funding and the purpose. OBF works with the elected official to find ways to fit the new requests within the existing budget and on other details related to the budget. The elected officials are then invited to present the budget to the Chiefs of Staff for the Board to explain the requested budget further.

- OBF then works on finalizing the budget recommendation based on guidance from the Board, County leadership, and discussions with the elected official. Once the recommendation is finalized by OBF, the elected is notified of the recommended budget in April and sent a recommended budget agreement. In May, OBF presents the recommended budget, and the Board adopts the tentative budget.

- Pursuant to statute, the final budget is adopted by the Board in June.

The process described above is the normal budget approval process. If the elected official has a need for additional funding after the formal budget is approved, then an agenda item is put before the Board of Supervisors to explain what is needed and why. Any mid-year funding requests come



# Maricopa County Sheriff's Office
*Sheriff Russ Skinner*

*Court Implementation Division*

from a drawdown of unreserved contingency funds.  If MCSO requests additional funding and the Board approves the funding, MCSO's budget would receive an appropriation adjustment.

Since fiscal year 2014, funding for the *Melendres* matter has gone through this process on a yearly basis, including requests for initial funding by the Sheriff related to *Melendres*.  The County, when approving the *Melendres* budget, does not mandate where and how the Sheriff is to spend the funds as long as the funds are spent on *Melendres* compliance.  The County also scrutinizes and approves all positions that are created.

**Information for Response provided by:**

      **Daniel Campion, MCSO , Financial Administrator**

      **Jim Prindiville, MCSO Chief Financial Officer**

      **Cal Davidson, MCSO Finance Manager**

      **Kirstin Prindle, Maricopa County Deputy Budget Director**

**Date of Response:  October 17, 2024**

**Attachments:**

- **General Ledger Entries Allocated to Melendres Compliance (MELC0004770383)**

- **Activity Code List for General Ledger Entries (MELC0004770375)**

- **Payroll Records for Fiscal years 2014-2024 and for Year-to-Date 2025 (MELC0004770385-MELC0004770396)**

- **MCSO *Melendres* Compliance Budget Request Spreadsheet (MELC0004770384)**

- **MCSO *Melendres* Compliance Budget Request Narrative (MEL0004770364-MEL004770374)**

- **Backup Documentation for MCSO Budget Requests (MELC0004770228-MELC0004770336; MELC0004770338-MELC0004770363; MELC0004770376-MELC0004770388)**