Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Maricopa County Sheriff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> vs. <br><br> Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT RUSS SKINNER'S SEPTEMBER 2024 NOTICE RE: BACKLOG PURSUANT TO PARAGRAPHS 357 AND 364** |

Pursuant to Paragraph 364 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order") and Paragraph 357 as amended in the Court's Fourth Amended Supplemental Permanent Injunction/Judgment Order (Doc. 3076) ("Fourth Order"), Defendant Skinner provides notice to the Court that the backlog of open administrative misconduct cases as of September 30, 2024, was 1,307 cases. This backlog number is based on the calculation set out in Paragraph 204 as amended in the Fourth Order.

During the month of September 2024, 69 cases were removed from the backlog in September 2024. Of these 69 cases:

- 5 were based on complaints filed in 2019
- 4 were based on complaints filed in 2020
- 10 were based on complaints filed in 2021
- 6 were based on complaints filed in 2022
- 35 were based on complaints filed in 2023
- 9 were based on complaints filed in 2024

This information is reflected in the Monthly Production Request Response submitted to the Monitor and parties, attached hereto as **Exhibit A**.

Dated this 17th day of October, 2024.

OSBORN MALEDON, P.A.


By s/ Mary R. O'Grady
　　Mary R. O'Grady
　　Kristin L. Windtberg
　　Joshua J. Messer
　　2929 North Central, Suite 2000
　　Phoenix, Arizona  85012

Attorneys for Defendant Maricopa County Sheriff

10573903