**EXHIBIT A**



# Maricopa County Sheriff's Office
*Sheriff Russ Skinner*
*Court Implementation Division*

# MONTHLY PRODUCTION REQUEST

**FOR THE MONTH OF:** September 2024

**REFERENCE PARAGRAPH:** 357, 364

**PRODUCTION REQUEST:**

*"Provide a list of all "backlog" cases completed. List should include:*
- *The IA number*
- *The date the complaint was received*
- *Whether the complaint was internally or externally generated*
- *The date the investigative report was approved by the PSB Commander*

*The number of open cases in the backlog at the end of each month."*

**RESPONSE:**

The attached list accounts for previously reported PSB backlog cases that have been removed from the backlog during this reporting period.

In the August 2024 response, 1,286 backlog cases were reported. These cases were calculated according to the court's previous guidelines. As of 08/31/2024, the backlog number was recalculated according to the new guidelines, totaling 1,331 cases. One case was added to this total in September, as it was opened with a retroactive Received Date, making it an automatic backlog case. As of September 30th, 69 backlog cases have been removed. As of this reporting period, the PSB backlog of cases consists of 1,307 Administrative Investigations.

**Author of Response:** Mariusz Kurowski B5112

**Bureau/Division:** Professional Standards Bureau

**Date of Response:** 10/01/2024

**ATTACHMENTS:**
- 357 COMPLETED_PSB Backlog_09302024

Professional Standards Bureau
Paragraph #357, 364
Removed PSB Backlog as of September 30, 2024
Total PSB Backlog: 1,307

| IA No | Received Date | Incident Type | Closure Date |
|---|---|---|---|
| REDACTED | 02/07/2024 | Internal Complaint | 09/04/2024 |
| | 08/10/2023 | External Complaint | 09/04/2024 |
| | 03/10/2023 | External Complaint | 09/05/2024 |
| | 04/14/2020 | Internal Complaint | 09/05/2024 |
| | 07/20/2019 | Internal Complaint | 09/05/2024 |
| | 02/16/2024 | Internal Complaint | 09/06/2024 |
| | 03/14/2019 | Internal Complaint | 09/06/2024 |
| | 03/17/2023 | External Complaint | 09/06/2024 |
| | 03/20/2023 | Internal Complaint | 09/06/2024 |
| | 09/05/2023 | External Complaint | 09/06/2024 |
| | 09/12/2023 | External Complaint | 09/06/2024 |
| | 10/13/2023 | Internal Complaint | 09/06/2024 |
| | 12/06/2023 | External Complaint | 09/06/2024 |
| | 01/24/2023 | Internal Complaint | 09/09/2024 |
| | 02/07/2023 | Internal Complaint | 09/10/2024 |
| | 02/11/2024 | Internal Complaint | 09/10/2024 |
| | 04/10/2023 | Internal Complaint | 09/10/2024 |
| | 07/29/2019 | External Complaint | 09/10/2024 |
| | 01/24/2024 | Internal Complaint | 09/11/2024 |
| | 03/22/2023 | External Complaint | 09/11/2024 |

Professional Standards Bureau
Paragraph #357, 364
Removed PSB Backlog as of September 30, 2024
Total PSB Backlog: 1,307

| IA No | Received Date | Incident Type | Closure Date |
|---|---|---|---|
| REDACTED | 09/07/2023 | External Complaint | 09/11/2024 |
| | 03/22/2023 | Internal Complaint | 09/12/2024 |
| | 02/12/2024 | Internal Complaint | 09/13/2024 |
| | 04/07/2020 | External Complaint | 09/13/2024 |
| | 04/18/2023 | External Complaint | 09/13/2024 |
| | 04/22/2021 | Internal Complaint | 09/13/2024 |
| | 08/07/2019 | Internal Complaint | 09/13/2024 |
| | 10/11/2019 | External Complaint | 09/13/2024 |
| | 10/30/2023 | External Complaint | 09/13/2024 |
| | 12/10/2023 | External Complaint | 09/13/2024 |
| | 01/06/2024 | Internal Complaint | 09/16/2024 |
| | 03/26/2023 | External Complaint | 09/16/2024 |
| | 09/21/2020 | External Complaint | 09/16/2024 |
| | 07/06/2022 | External Complaint | 09/17/2024 |
| | 04/10/2023 | External Complaint | 09/18/2024 |
| | 04/10/2023 | External Complaint | 09/18/2024 |
| | 05/18/2023 | External Complaint | 09/18/2024 |
| | 08/23/2021 | External Complaint | 09/18/2024 |
| | 08/25/2023 | Internal Complaint | 09/18/2024 |
| | 12/05/2023 | External Complaint | 09/18/2024 |

Professional Standards Bureau
Paragraph #357, 364
Removed PSB Backlog as of September 30, 2024
Total PSB Backlog: 1,307

| IA No | Received Date | Incident Type | Closure Date |
|---|---|---|---|
| REDACTED | 04/19/2022 | Internal Complaint | 09/19/2024 |
| | 05/26/2023 | External Complaint | 09/19/2024 |
| | 06/14/2022 | External Complaint | 09/19/2024 |
| | 08/15/2022 | Critical Incident | 09/19/2024 |
| | 09/07/2022 | External Complaint | 09/19/2024 |
| | 09/18/2021 | External Complaint | 09/19/2024 |
| | 10/20/2021 | External Complaint | 09/19/2024 |
| | 11/22/2021 | External Complaint | 09/19/2024 |
| | 12/05/2023 | Internal Complaint | 09/19/2024 |
| | 01/29/2023 | Internal Complaint | 09/20/2024 |
| | 01/26/2021 | External Complaint | 09/23/2024 |
| | 02/22/2024 | External Complaint | 09/23/2024 |
| | 04/25/2023 | External Complaint | 09/23/2024 |
| | 04/27/2021 | External Complaint | 09/23/2024 |
| | 08/31/2022 | External Complaint | 09/23/2024 |
| | 09/16/2023 | External Complaint | 09/23/2024 |
| | 12/20/2023 | External Complaint | 09/23/2024 |
| | 12/20/2023 | External Complaint | 09/23/2024 |
| | 02/29/2024 | Internal Complaint | 09/24/2024 |
| | 04/28/2020 | External Complaint | 09/24/2024 |

Professional Standards Bureau
Paragraph #357, 364
Removed PSB Backlog as of September 30, 2024
Total PSB Backlog: 1,307

| IA No | Received Date | Incident Type | Closure Date |
|---|---|---|---|
| REDACTED | 06/16/2021 | External Complaint | 09/24/2024 |
| | 07/10/2021 | Internal Complaint | 09/24/2024 |
| | 08/12/2021 | External Complaint | 09/24/2024 |
| | 09/11/2023 | External Complaint | 09/24/2024 |
| | 09/11/2023 | External Complaint | 09/24/2024 |
| | 09/14/2023 | Internal Complaint | 09/24/2024 |
| | 10/06/2023 | Internal Complaint | 09/24/2024 |
| | 11/16/2023 | External Complaint | 09/24/2024 |
| | 02/21/2024 | External Complaint | 09/25/2024 |