Kristen Clarke
Assistant Attorney General
Regan Rush (DC Bar No. 980252)
Megan R. Marks (NY Bar No. 5495676)
Nancy Glass (DC Bar No. 995831)
Suraj Kumar (NY Bar No. 5620745)
Nabanita Pal (MD Bar No. 1512160166)
U.S. Department of Justice,
Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor,
Washington, D.C. 20530

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.* <br><br> Plaintiffs, <br> and <br><br> United States of America <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Russ Skinner, in his official capacity as Sheriff of Maricopa County, AZ; *et al*. <br><br> Defendants. | Civil Case No.: 2:07-cv-2513-PHX-GMS <br><br> **UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO MODIFY ORDER REGARDING COMPLIANCE COSTS** |

The United States takes no position on Defendants' Motion to Modify Order Regarding Compliance Costs. Dkt. 3093-1.

Respectfully submitted this 17th day of October, 2024.

        Kristen Clarke
        Assistant Attorney General
        Civil Rights Division

        Regan Rush
        Acting Chief, Special Litigation Section

        Megan R. Marks
        Deputy Chief (NY Bar No. 5495676)

        */s/ Nancy Glass*
        Nancy Glass (DC Bar No. 995831)
        Suraj Kumar (NY Bar No. 5620745)
        Nabanita Pal (MD Bar No. 1512160166)
        Trial Attorneys
        U.S. Department of Justice
        Civil Rights Division
        Special Litigation Section
        Telephone: (202) 598-0139
        nancy.glass@usdoj.gov

        ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I certify that on October 17, 2024, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

/s/ *Nancy Glass*