# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court has reviewed Defendant Sheriff Russel Skinner's ("Sheriff Skinner") Notice of Intent to Transfer Personnel Into Bureau of Internal oversight and Request to Seal Information (Doc. 3103), which the Court will interpret as a Motion. Accordingly,

**IT IS HEREBY ORDERED** granting Defendant Sheriff Russel Skinner's Motion entitled Notice of Intent to Transfer Personnel Into Bureau of Internal Oversight and Request to Seal Information (Doc. 3103).

**IT IS FURTHER ORDERED** directing the Clerk of Court to file under seal the lodged document (Doc. 3104) regarding Defendant Russel Skinner's intent to transfer Sgt.

/ / /

/ / /

Monica Bretado and Sgt. Calbert Gillette into the Bureau of Internal Oversight (BIO) and Sgt. Kathleen Garcia into the Custody Bureau.

Dated this 26th day of November, 2024.

_G. Murray Snow_
G. Murray Snow
Senior United States District Judge