# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Russ Skinner, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

　　　The Court has received and reviewed the Monitor's invoice dated December 1, 2024 for services rendered by the Monitor in November 2024. The Court finds the invoice and charges to be reasonable and directs Maricopa County to authorize payment of the Monitor's invoice for the total amount, including any past due balance.

　　　Dated this 5th day of December, 2024.

_____
G. Murray Snow
Senior United States District Judge