# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>               Plaintiffs,<br>and<br>United States of America,<br><br>               Plaintiff-Intervenor,<br>v.<br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>               Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Before the Court is Defendants' Motion to Automatically Substitute Public Officer as Defendant (Doc. 3113).

The substitution takes place automatically as a result of Fed. R. Civ. P. 25(d) and a motion need not have been filed to accomplish substitution.

**IT IS ORDERED** Gerard A. Sheridan is substituted as Defendant in this action in place of Russell Skinner. The Clerk of Court is directed to change the caption accordingly and all parties are directed to file all future documents under the updated caption as referenced above.

Dated this 7th day of January, 2025.

_G. Murray Snow_
G. Murray Snow
Senior United States District Judge