Kristen Clarke
Assistant Attorney General
Regan Rush (DC Bar No. 980252)
Megan R. Marks (NY Bar No. 5495676)
Nancy Glass (DC Bar No. 995831)
Suraj Kumar (NY Bar No. 5620745)
Nabanita Pal (MD Bar No. 1512160166)
U.S. Department of Justice,
Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor,
Washington, D.C. 20530

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.* <br><br> Plaintiffs, <br> and <br><br> United States of America <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Jerry Sheridan, in his official capacity as Sheriff of Maricopa County, AZ; *et al*. <br><br> Defendants. | Civil Case No.: 2:07-cv-2513-PHX-GMS <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL TIMOTHY MYGATT FOR PLAINTIFF-INTERVENOR UNITED STATES** |

Pursuant to Local Rule 83.3(b), notice is hereby given that Timothy Mygatt has transferred out of the Special Litigation Section of the Civil Rights Division in the Department of Justice and is no longer counsel for Plaintiff-Intervenor in this case. No substitution of counsel is necessary because the United States continues to be represented by other attorneys of record at the Department of Justice whose names appear in the signature block below. Based on this withdrawal notice, service on Mr. Mygatt is no longer necessary, and the address timothy.mygatt@usdoj.gov may be removed from your service list.

Respectfully submitted this 14th day of January, 2025.

> Kristen Clarke
> Assistant Attorney General
> Civil Rights Division
>
> Regan Rush
> Chief, Special Litigation Section
>
> Megan R. Marks
> Deputy Chief (NY Bar No. 5495676)
>
> */s/ Nancy Glass*
> Nancy Glass (DC Bar No. 995831)
> Suraj Kumar (NY Bar No. 5620745)
> Nabanita Pal (MD Bar No. 1512160166)
> Trial Attorneys
> U.S. Department of Justice
> Civil Rights Division
> Special Litigation Section
> Telephone: (202) 598-0139
> nancy.glass@usdoj.gov
>
> ATTORNEYS FOR THE UNITED STATES

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 14, 2025, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

<u>/s/ *Nancy Glass*</u>