**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated, et al., | No. CV-07-02513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al., | |
| Defendants. | |

The Court held an emergency telephonic hearing this afternoon at 4:30 in response to MCSO's request. In the hearing, MCSO requested that it cancel the community meeting scheduled for this evening at 6:30 PM at Frank Elementary School in Guadalupe. The Community Meeting is required by Court Order. *See* Doc. 2431 at ¶ 109.

Community meetings can be at times active and even have attracted organized protests, but the Monitor has had a history of running them without incident for the last eleven years. The Court has been advised that the site was previewed by the MCSO this Monday and the cafeteria was selected by them as the optimal location. The MCSO has, however, deemed it necessary to raise security concerns this afternoon in light of protests

in the Phoenix area regarding immigration policies of the new administration, one of which, in Glendale, required police intervention. There has been a separate and peaceful protest at the state capitol earlier today. The MCSO is aware of no specific threats regarding the Community Meeting. The Monitor has had personnel surveying the site since earlier this afternoon. There is, at present, no indication of a crowd or any other protest activity. The MCSO plans on providing twenty officers as security for the event. It has done no formal risk assessment and is aware of no specific threats. Certainly, however, in light of recent events, the focus of the meeting could become uncontrollable and go beyond that authorized by Court order.

Plaintiff is reluctant to cancel the community meeting, especially at this late hour. It has been advertised for many weeks prior to the event and is viewed by the Plaintiff as an effective and necessary way to provide MCSO with community feedback. Unwarranted concern about threats, when there are no specific threats, could deter further participation at this and other community meetings.

The Monitor is experienced at making risk assessments. The meeting will, therefore, go forward as usual under the direction of the Monitor. However, the Court empowers the Monitor to make an assessment whether the meeting can safely proceed, and, if necessary to cancel or terminate the meeting if security concerns, or a lack of control dictate such a course of action. Chief Hawthorne's consultation with the Monitor in this respect is welcome.

Dated this 5th day of February, 2025.

_____
G. Murray Snow
Senior United States District Judge