RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   JOSEPH I. VIGIL (018677)
      Deputy County Attorney
      vigil@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

*Attorneys for Defendant Gerard Sheridan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al,<br><br>　　　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et. al.,<br><br>　　　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**NOTICE OF INTENT TO TRANSFER PERSONNEL INTO BUREAU OF INTERNAL OVERSIGHT**<br><br>**AND**<br><br>**REQUEST TO SEAL INFORMATION** |

Pursuant to Paragraph 268 of the Second Amended Second Supplemental Permanent Injunction/Judgment Order (Doc. 1765) dated July 26, 2016, Defendant Sheriff Gerard A. Sheridan ("Sheriff Sheridan") has lodged with the Court the name, Notice of Intent to Transfer, Curriculum Vitae, EIS Employee résumé, and any disciplinary/IA history of:

1

- Sergeant Kathleen Garcia, B0745, who has been selected by Sheriff Sheridan to transfer from the 4th Avenue Jail into the Bureau of Internal Oversight (BIO).

In addition to transferring Sergeant Garcia into BIO, Sheriff Sheridan will be transferring Sergeant Calbert Gillett, B0045 out of BIO and into Operations Command.

All the lodged information and documentation has been disclosed to counsel for Plaintiffs, Plaintiff Intervener, and the Court appointed Monitor via ShareFile. Additionally, the Monitor, on February 19, 2025, notified the parties, including the Sheriff, that the Monitor approved the transfer and notified the Court of the same.

Sheriff Sheridan requests that the Clerk seal the information as it pertains to the transferred personnel because it contains their names, identifiable information, and work histories.

**RESPECTFULLY SUBMITTED** this 20th day of February 2025.

    RACHEL H. MITCHELL
    MARICOPA COUNTY ATTORNEY

    BY: s/*Joseph I. Vigil*
        JOSEPH I. VIGIL, ESQ.
        *Attorney for Defendant Gerard Sheridan*

# CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ *J. Christiansen*
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Docs filed under Seal\Notice to Transfer - Garcia & Gillett.docx

3