Andrew McCoy Warner
Deputy Assistant Attorney General
Regan Rush (DC Bar No. 980252)
Megan R. Marks (NY Bar No. 5495676)
Nancy Glass (DC Bar No. 995831)
Suraj Kumar (NY Bar No. 5620745)
U.S. Department of Justice,
Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor,
Washington, D.C. 20530

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.* <br><br> Plaintiffs, <br> and <br><br> United States of America <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Jerry Sheridan, in his official capacity as Sheriff of Maricopa County, AZ; *et al*. <br><br> Defendants. | Civil Case No.: 2:07-cv-2513-PHX-GMS <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL NABANITA PAL FOR PLAINTIFF-INTERVENOR UNITED STATES** |

      Pursuant to Local Rule 83.3(b), notice is hereby given that Nabanita Pal is no longer employed by the Department of Justice and is no longer counsel for Plaintiff-Intervenor in this

case. No substitution of counsel is necessary because the United States continues to be represented by other attorneys of record at the Department of Justice whose names appear in the signature block below. Based on this withdrawal notice, service on Ms. Pal is no longer necessary, and the address nabanita.pal@usdoj.gov may be removed from your service list.

Respectfully submitted this 26th day of February, 2025.

    Andrew McCoy Warner
    Deputy Assistant Attorney General
    Civil Rights Division

    Regan Rush
    Chief, Special Litigation Section

    Megan R. Marks
    Deputy Chief (NY Bar No. 5495676)

    */s/ Nancy Glass*
    Nancy Glass (DC Bar No. 995831)
    Suraj Kumar (NY Bar No. 5620745)
    Trial Attorneys
    U.S. Department of Justice
    Civil Rights Division
    Special Litigation Section
    Telephone: (202) 598-0139
    nancy.glass@usdoj.gov

    ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I certify that on February 26, 2025, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

/s/ *Nancy Glass*