# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

The Court is informed that the Monitor has made various requests for documents and interviews to the Maricopa County Sheriff's Office pursuant to Doc. 606 ¶¶ 145, 147 and 149 with which the MCSO has not yet complied and about which it has raised concerns. There is also an apparent disagreement about whether the Monitor must approve the appointment of the Commander of the Court Implementation Division pursuant to Doc. 606 ¶ 9 and Doc. 1765 ¶ 268.

**IT IS THEREFORE ORDERED** setting an in-person hearing tomorrow, **April 17, 2025 at 9:00 a.m.**, in Courtroom 602, Sandra Day O'Connor U. S. Federal Courthouse,

/ / /

1  401 West Washington Street, Phoenix, Arizona 85003, at which these matters will be
2  discussed.
3          Dated this 16th day of April, 2025.

_G. Murray Snow_
G. Murray Snow
Senior United States District Judge