1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

# FOR THE DISTRICT OF ARIZONA

8
9

Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.

No. CV-07-2513-PHX-GMS

**ORDER**

10

Plaintiffs,

11

and

12

United States of America,

13

Plaintiff-Intervenor,

14

v.

15
16

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.

17
18

Defendants.

19

Before the Court is Defendants' Emergency Request for Hearing (Doc. 3152).

20

**IT IS ORDERED** granting Defendants' Emergency Request for Hearing (Doc.

21

3152).

22

**IT IS FURTHER ORDERED** setting a hearing today, **April 21, 2025 at 11:30**

23

**a.m.**, in Courtroom 602, Sandra Day O'Connor U. S. Federal Courthouse, 401 West

24

Washington Street, Phoenix, Arizona 85003.  For those appearing telephonically, the Court

25

will send an email with call-in information.

26

Dated this 21st day of April, 2025.

27
28

G. Murray Snow
Senior United States District Judge