# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

After consultation with the Monitor, the Court has concluded that there is a good faith basis for the Monitor's investigation or investigations, that the investigation or investigations are not duplicative of the referenced investigation being conducted by an independent law enforcement agency, and that the Monitor's inquiry shall continue as scheduled, pursuant to the matters resolved in the Court's hearing this morning.

Dated this 21st day of April, 2025.

_____
G. Murray Snow
Senior United States District Judge