| | |
|---|---|
| 1 | Harmeet Dhillon |
| 2 | Assistant Attorney General |
| 3 | Regan Rush (DC Bar No. 980252) |
| 4 | Megan R. Marks (NY Bar No. 5495676) |
| 5 | Nancy Glass (DC Bar No. 995831) |
| 6 | Suraj Kumar (NY Bar No. 5620745) |
| 7 | U.S. Department of Justice, |
| 8 | Civil Rights Division |
| 9 | Special Litigation Section |
|   | 150 M Street NE, 10th Floor, |
|   | Washington, D.C. 20530 |

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.* | Civil Case No.: 2:07-cv-2513-PHX-GMS |
| Plaintiffs, and | **NOTICE OF WITHDRAWAL OF COUNSEL NANCY GLASS FOR PLAINTIFF-INTERVENOR UNITED STATES** |
| United States of America | |
| Plaintiff-Intervenor, | |
| v. | |
| Jerry Sheridan, in his official capacity as Sheriff of Maricopa County, AZ; *et al.* | |
| Defendants. | |

Pursuant to Local Rule 83.3(b), notice is hereby given that Nancy Glass is no longer counsel for Plaintiff-Intervenor in this case. No substitution of counsel is necessary because the

United States continues to be represented by other attorneys of record at the Department of Justice whose names appear in the signature block below. Based on this withdrawal notice, service on Ms. Glass is no longer necessary, and the address nancy.glass@usdoj.gov may be removed from your service list.

Respectfully submitted this 22nd day of April, 2025.

Harmeet Dhillon
Assistant Attorney General
Civil Rights Division

Regan Rush
Chief, Special Litigation Section

Megan R. Marks
Deputy Chief (NY Bar No. 5495676)

*/s/ Nancy Glass*
Nancy Glass (DC Bar No. 995831)
Suraj Kumar (NY Bar No. 5620745)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Telephone: (202) 598-0139
nancy.glass@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

<u>CERTIFICATE OF SERVICE</u>

I certify that on April 22, 2025, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

<u>/s/ *Nancy Glass*</u>