**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>                     Plaintiffs,<br><br>and<br><br>United States of America,<br><br>                     Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>                     Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Pending before the Court are the Monitor's requests concerning his present inquiry which are set forth in Doc. 3160. Defendant MCSO was the only party to file any objections, although it did not object to all of the Monitor's requests. Doc. 3161. After consideration of Defendant's objections

   **IT IS ORDERED:**

1. The designated investigators for the Monitor on the current investigation are: 1. Chief Don Anders, 2. Major Al Peters and 3. Sherry Kiyler. Should the Monitor seek to designate additional investigators, the Monitor shall seek the authorization of the Court.

2. The Monitor and the designated investigators are authorized to discuss any information derived from unclosed PSB investigations with Beatriz Annexy. Ms. Annexy will be under the same obligations as are the Monitor and the designated investigators with respect to information derived from unclosed PSB investigations.

3. If the Monitor perceives a need to do so, then Chief Noel Rojas and Colonel Rick Brown may review documents pertaining to this investigation that are a part of PSB investigations that are not yet closed. Chief Rojas and Colonel Brown are under the same obligations as are the Monitor and the designated investigators with respect to information derived from unclosed PSB investigations.

Dated this 28th day of April, 2025.

_____
G. Murray Snow
Senior United States District Judge