Harmeet K. Dhillon
Assistant Attorney General
Regan Rush (DC Bar No. 980252)
Megan R. Marks (NY Bar No. 5495676)
Suraj Kumar (NY Bar No. 5620745)
U.S. Department of Justice,
Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor,
Washington, D.C. 20530

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.*<br><br>               Plaintiffs,<br>and<br><br>United States of America<br><br>               Plaintiff-Intervenor,<br><br>   v.<br><br>Jerry Sheridan, in his official capacity as Sheriff of Maricopa County, AZ; *et al*.<br><br>               Defendants. | Civil Case No.: 2:07-cv-2513-PHX-GMS<br><br>**NOTICE OF WITHDRAWAL OF CYNTHIA COE, PAUL KILLEBREW, MEGAN MARKS, AND APARNA PATRIE AS COUNSEL FOR PLAINTIFF-INTERVENOR UNITED STATES** |

      Pursuant to Local Rule 83.3(b), notice is hereby given that Cynthia Coe, Paul Killebrew, Megan Marks and Aparna Patrie are no longer counsel for Plaintiff-Intervenor in this case. No

substitution of counsel is necessary because the United States continues to be represented by another attorney of record at the Department of Justice, Suraj Kumar. Mr. Kumar is now the lead attorney to be noticed for the United States.

Based on this withdrawal notice, service on Ms. Coe, Mr. Killebrew, Ms. Marks, and Ms. Patrie is no longer necessary, and the addresses Cynthia.Coe@usdoj.gov, Paul.Killebrew@usdoj.gov, Megan.Marks@usdoj.gov, and Aparna.Patrie@usdoj.gov may be removed from your service list.

Respectfully submitted this 1st day of May, 2025.

>Harmeet K. Dhillon
>Assistant Attorney General
>Civil Rights Division
>
>Regan Rush
>Chief, Special Litigation Section
>
>*/s/ Megan R. Marks*
>Megan R. Marks (NY Bar No. 5495676)
>Deputy Chief
>Suraj Kumar (NY Bar No. 5620745)
>Trial Attorney
>Special Litigation Section
>Civil Rights Division
>U.S. Department of Justice
>Telephone: (202) 598-0135
>megan.marks@usdoj.gov
>
>ATTORNEYS FOR THE UNITED STATES

<u>CERTIFICATE OF SERVICE</u>

I certify that on May 1, 2025, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

<u>/s/ *Megan R. Marks*</u>