RACHEL MITCHELL
MARICOPA COUNTY ATTORNEY

By:  JOSEPH I. VIGIL (018677)
     Deputy County Attorneys
     vigilj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Gerard A. Sheridan
and Maricopa County

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al, <br><br>　　　　　　　Plaintiffs, <br><br>and <br><br>United States of America, <br><br>　　　　　　　Plaintiff-Intervenor, <br>v. <br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br>　　　　　　　Defendants. | No. CV-07-2513-PHX-GMS <br><br>**SHERIFF SHERIDAN'S NOTICE OF CHANGE OF SINGLE POINT OF CONTACT FOR COURT IMPLEMENTATION DIVISION** |

Pursuant to the Supplemental Permanent Injunction, Document 606, the Maricopa County Sheriff's Office is to have a "single person to serve as a point of contact in communications with Plaintiffs, the Monitor and the Court" for the MCSO Implementation Division. Doc. 606, ¶ 9. Captain Matt Summers has been the single point of contact for the MCSO Court Implementation Division ("CID"). Captain Summers has been named the Deputy Chief of the Compliance Bureau. As such, the new

1

single point of contact is Commander Clint Doyle. The contact information for Commander Doyle is:

Commander Clint Doyle<br>
Court Implementation Division<br>
550 West Jackson Street<br>
Phoenix, Arizona 85003<br>
(602) 876-4654<br>
Clinton.doyle@mcso.maricopa.gov

Should the Court require any additional information, it will be provided upon request.

**RESPECTFULLY SUBMITTED** this 5th day of May, 2025.

                                    RACHEL MITCHELL
                                    MARICOPA COUNTY ATTORNEY

BY: /s/ *Joseph I. Vigil*
       JOSEPH I. VIGIL, ESQ.
       *Attorneys for Defendants Gerard A.*
       *Sheridan and Maricopa County*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ *R.S.*

C:\Users\scottr\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\B9DU0CJ5\Notice re Single Point of Contact 03052025.docx