IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>　　　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Pending before the Court is MCSO's Request for a Thirty Day Extension to Respond (Doc. 3174).

**IT IS ORDERED** the Request (Doc. 3174) is granted in part and denied in part.

**IT IS FURTHER ORDERED** the response is extended for seven days. Parties must therefore file any responses by **May 22, 2025**.

Dated this 14th day of May, 2025.

_____
G. Murray Snow
Senior United States District Judge