John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official
capacity as Sheriff of Maricopa County, Arizona

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Plaintiff-Intervenor. <br><br> ――――――――――――― <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendants, | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT GERARD A. SHERIDAN'S APRIL 2025 NOTICE RE: PSB STAFFING FUND PURSUANT TO PARAGRAPH 345** |

/ / /

/ / /

/ / /

118462858.1

1    Pursuant to Paragraph 345 of the Court's Amended Third Supplemental

2  Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), Defendant Gerard

3  A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, provides notice to

4  the Court and Monitor that the balance in the Professional Standard Bureau ("PSB") Staffing

5  Fund as of April 30, 2025 is $0.00, as reflected in the Monthly Document Request Response

6  submitted to the Monitor and parties, attached hereto as **Exhibit A**.

7

8    DATED this 19th day of May, 2025.

9                              JONES, SKELTON & HOCHULI, P.L.C.

10

11                              By /s/ Joseph J. Popolizio
                                    John T. Masterson
12                                  Joseph J. Popolizio
                                    Justin M. Ackerman
13                                  Daniel A. Shudlick
                                    40 N. Central Avenue, Suite 2700
14                                  Phoenix, Arizona 85004
                                    Attorneys for Gerard A. Sheridan, in his
15                                  official capacity as Sheriff of Maricopa
                                    County, Arizona
16

17

18

19                    **CERTIFICATE OF SERVICE**

20    I hereby certify that on this 19th day of May, 2025, I caused the foregoing

21  document to be filed electronically with the Clerk of Court through the CM/ECF System for

22  filing; which will serve as a true and correct copy of the filing of counsel on record.

23

24  /s/ Megan Axlund

25

26

27

28

2