1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al, | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| United States of America, | |
| Plaintiff-Intervenor. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al., | |
| Defendants, | |

Pursuant to Defendant Sheridan's Motion for In Camera Inspection and good cause appearing;

**IT IS ORDERED** granting the Motion for In Camera Inspection.

**IT IS FURTHER ORDERED** allowing MCSO to submit the Complaint for in camera inspection.  After review, the Court will enter any additional Orders, as necessary, detailing MCSO's disclosure obligations regarding the Complaint.

118465250.1