IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Should any party or the Monitor have an objection to Defendant Sheridan and Maricopa County's requests for in camera inspection (Doc. 3178) they shall file such objection by **5:00 p.m. on Tuesday, May 27, 2025**.

Dated this 23rd day of May, 2025.

_____
G. Murray Snow
Senior United States District Judge