Eduardo Casas (pro hac vice)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: ecasas@maldef.org

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, *et al.* <br><br> Defendants. | CV-07-2513-PHX-GMS <br><br> **PLAINTIFFS' RESPONSE TO THE COURT'S MAY 23, 2025 ORDER (DOC. 3185)** |

Additional Attorneys for Plaintiffs:

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775

Jenn Rolnick Borchetta*
jborchetta@aclu.org
ACLU Foundation
Criminal Law Reform Project
125 Broad Street
New York NY 10004
Telephone (914) 462-2363

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

Amy S. Heath*
aheath@cov.com
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512

Sebrina M. Shaw (024545)
Shaw Law Firm, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
Telephone: (928) 646-0369
sshaw@acluaz.org

*Pro Hac Vice

1 | Plaintiffs submit this response to the Court's order (Doc. 3185), directing the Parties to submit any objections to Defendants' request for in camera inspection of a complaint received by MCSO Executive Command (Doc. 3178) by May 27, 2025, which allegedly raises "criticism of" the Monitor. Id. at 2. For the following reasons, Plaintiffs object to Defendants' request.

Defendant's request is highly unusual because MCSO does not investigate criticism of the Monitor and it is therefore unclear why MCSO received this complaint to begin with. Furthermore, MCSO has not explained why this complaint should be a matter of the Court's concern at all. This is ostensibly a request to file under seal—a request that can only be granted when an appropriate showing is made based on identified legal authorities, see LRCiv 5.6, yet MCSO has failed to identify any privilege or confidentiality doctrine that would make this supposed complaint non-public. While Defendants suggest the document at issue could related to an internal misconduct investigation, see Doc. 3178 at 2, that suggestion appears to be mere conjecture. Defendants acknowledge these deficiencies and hinge their justification for in camera review on a sweeping and unsupported characterization of the Monitor's involvement in this case as equally unusual. Consent decrees and monitorships are common, particularly in the area of law enforcement, so it is unclear what exactly Defendants are referring to.

Plaintiffs therefore object to Defendants' request for in camera review because Plaintiffs' rights are directly implicated by any effort to cause the Court to modify the Monitor's role and Plaintiffs should be allowed to have input in response to any such effort. Plaintiffs object to any such effort that excludes Plaintiffs from participation. Plaintiffs would be amenable to the document being shared with the Parties on an "Attorneys Eyes Only" (AEO) basis so that they may attempt to reach an agreement as to an appropriate course of action. And should the Parties reach an impasse, any party would thereafter be free to move this Court for relief or further instruction. Alternatively, however, Plaintiffs would not object to AEO disclosure to the Court and the Parties.

Dated this 27th day of May, 2025.

By: /s/ Eduardo Casas
Eduardo Casas*
Mexican American Legal Defense
and Educational Fund

Christine K. Wee
Victoria Lopez
ACLU Foundation of Arizona

Jenn Rolnick Borchetta*
Cecillia D. Wang *
ACLU Foundation

Stanley Young*
Amy S. Heath*
Covington & Burling, LLP

Sebrina M. Shaw
Shaw Law Firm, P.L.L.C.

*Attorneys for Plaintiffs*

*Pro Hac Vice*

# CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

*/s/Eduardo Casas*
Eduardo Casas