John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
James E. Cerasia, Bar #038391
Melynda M. Meyrick, Bar #039695
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com
jcerasia@jshfirm.com
mmeyrick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Plaintiff-Intervenor.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,<br><br>Defendants, | No. CV-07-2513-PHX-GMS<br><br>**DEFENDANT SHERIDAN'S NOTICE OF APPEARANCE OF COUNSEL WITHIN THE SAME FIRM** |

Pursuant to LRCiv 83.3(a), James E. Cerasia and Melynda M. Meyrick hereby enter their appearance as co-counsel of record for Defendant Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, in the above-entitled case along with John T. Masterson, Joseph J. Popolizio, Justin M. Ackerman, and Daniel A. Shudlick, of the same firm.

118491974.1

1  Please ensure that copies of all discovery, pleadings, notices, and other documents are sent as
2  follows:

John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
James E. Cerasia
Melynda M. Meyrick
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Phone: (602) 263-1700
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com
jcerasia@jshfirm.com
mmeyrick@jshfirm.com

15  DATED this 28th day of May, 2025.

16                              JONES, SKELTON & HOCHULI, P.L.C.

18                              By /s/ James E. Cerasia
19                                 John T. Masterson
                                   Joseph J. Popolizio
                                   Justin M. Ackerman
20                                 Daniel A. Shudlick
                                   James E. Cerasia
21                                 Melynda M. Meyrick
                                   40 N. Central Avenue, Suite 2700
22                                 Phoenix, Arizona 85004
                                   Attorneys for Gerard A. Sheridan, in his
23                                 official capacity as Sheriff of Maricopa
                                   County, Arizona

2

118491974.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Megan Axlund

3

118491974.1