**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>                    Plaintiffs,<br><br>and<br><br>United States of America,<br><br>                    Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>                    Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Pending before this Court is Defendants' Motion for In Camera Inspection (Doc. 3178). After consideration, the Court rules as follows:

As to the complaint received by MCSO Executive Command that is identified in Defendants' Motion for In Camera Inspection (Doc. 3178), Defendants shall comply with the previous orders of the Court concerning the intake and processing of complaints over which the PSB has jurisdiction. These orders include but are not limited to paragraphs Doc. 1765 ¶¶ 167-174, 185-189, 196, 274-293. To the extent that the designation and oversight process set forth in those paragraphs results in a recommendation that the matter be referred to outside investigator(s), the Court will shortly designate such investigator(s)

and the assignment of the presently unidentified complaint shall be assigned to those investigators named by the Court. To the extent that the designation process results in an assignment of the investigation to the PSB, the Defendant, the Monitor, or any other person other than the outside investigators referenced above, and the MCSO has concerns about the objectivity of such an assignment, it may file a motion to the Court contesting the ultimate assignment for the investigation. The Motion shall include such information as will not compromise the required confidentiality of the investigation. The Court shall then direct whether further proceedings, in camera or otherwise, are necessary.

Dated this 28th day of May, 2025.

_____
G. Murray Snow
Senior United States District Judge