John M. Mitchell (039739)
jmitchell@acluaz.org
ACLU Foundation of Arizona
2712 North 7th Street
Phoenix, AZ 85006
Telephone: (602) 650-1854
*Admitted pursuant to Arizona Supreme Court, Rule 38(d)*

*Attorney for Plaintiffs*

*(Additional attorneys for Plaintiffs listed on next page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Manuel de Jesus Ortega Melendres, *et al.*,

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor,

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, *et al.*

Defendants.

CV-07-2513-PHX-GMS

**PLAINTIFFS' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

Additional Attorneys for Plaintiffs:

Christine K. Wee
cwee@acluaz.org
Jared G. Keenan
jkeenan@acluaz.org
Victoria Lopez
vlopez@acluaz.org
ACLU Foundation of Arizona
2712 North 7th Street
Phoenix, AZ 85006
Telephone: (602) 650-1854

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775

Jenn Rolnick Borchetta*
jborchetta@aclu.org
ACLU Foundation
Criminal Law Reform Project
125 Broad Street
New York NY 10004
Telephone (914) 462-2363

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

Amy S. Heath*
aheath@cov.com
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512

Sebrina M. Shaw (024545)
Shaw Law Firm, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
Telephone: (928) 646-0369
sshaw@acluaz.org

**Pro Hac Vice*

Pursuant to LRCiv 83.3(a), John M. Mitchell hereby enters his appearance as co-counsel of record for the Plaintiffs.

Dated this 3rd day of June, 2025.

By: */s/ John M. Mitchell*
John M. Mitchell
Jared G. Keenan
Christine K. Wee
Victoria Lopez
ACLU Foundation of Arizona

Jenn Rolnick Borchetta*
Cecillia D. Wang*
ACLU Foundation

Stanley Young*
Amy S. Heath*
Covington & Burling, LLP

Eduardo Casas*
Mexican American Legal Defense
and Educational Fund

Sebrina M. Shaw
Shaw Law Firm, P.L.L.C.

*Attorneys for Plaintiffs*

**Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

*/s/John M. Mitchell*
John M. Mitchell