# EXHIBIT A



# Maricopa County Sheriff's Office

*Sheriff Jerry Sheridan*

*Court Implementation Division*

## MONTHLY PRODUCTION REQUEST

**FOR THE MONTH OF: May 2025**

**REFERENCE PARAGRAPH: 357,358,364**

**PRODUCTION REQUEST:**

*"Provide a list of all "backlog" cases completed during the month, as per the amended definition of Paragraph 204. For each case, please provide:*
- The IA number
- The date the complaint was received
- The date the investigation was completed
- Whether the complaint was internally or externally generated
- The date the investigative report was approved by the PSB Commander
- An identification of which completed cases were diversions
- An identification of which completed cases were filed between 2015-2020"

Provide a list of all administrative investigations remaining in the backlog (Excel spreadsheet preferred) at the end of the month that are open and have not been completed, as per amended Paragraph 204, including the case number and the date received.

- Identify new cases added to the backlog for the month, to include the case number, the date the complaint was received, and the date it became part of the backlog.

Provide a list of open administrative investigations that are not part of the current backlog for that month, to include the case number and the date the complaint was received.

Provide a list of non-backlog cases completed during the month, to include the case number, the date the complaint was received, and the date it was completed per amended Paragraph 204. Provide the net total number of administrative investigations in the backlog, taking into account the number of investigations removed from the backlog minus new investigations added to the workload."



# Maricopa County Sheriff's Office
*Sheriff Jerry Sheridan*
*Court Implementation Division*

**RESPONSE:**

The attached list accounts for previously reported PSB backlog cases that have been removed from the backlog during this reporting period.

There were 939 backlog cases as of April 30th, 2025. As of May 31, 2025, the backlog consists of 881 Administrative Investigations. In the month of May 2025:

- 69 cases were removed from the backlog
- 11 cases were added to the backlog
- The backlog was reduced by 58 cases
- The backlog reduction exceeded the monthly goal by 3 cases

Of the 69 cases removed from the backlog in May 2025:

- 2 were based on complaints filed in 2017
- 3 were based on complaints filed in 2018
- 11 were based on complaints filed in 2019
- 18 were based on complaints filed in 2020
- 10 were based on complaints filed in 2021
- 4 were based on complaints filed in 2022
- 8 were based on complaints filed in 2023
- 13 were based on complaints filed in 2024

- During this quarter, the backlog reduction has exceeded the goal by 5 cases.

- During this quarter, 67 cases have been removed from the backlog that were filed from 2015-2020.

- A credit of 0 cases from the previous quarter applies to this quarter's backlog reduction.

- For Quarter 1 – 2025 – PSB earned a credit of 11 cases to be authorized for use in Quarter 2 – 2025.



# Maricopa County Sheriff's Office

*Sheriff Jerry Sheridan*

## Court Implementation Division

The PSB backlog consists of 881 cases, as of 05/31/2025.

PSB completed 69 backlog cases and 32 current cases during this reporting period.

There were 196 open PSB investigations which are not a part of the backlog of cases, as of May 31st, 2025.

**Author of Response:** Mariusz Kurowski B5112

**Bureau/Division:**    Professional Standards Bureau

**Date of Response:**    06/03/2025

**ATTACHMENTS:**

- 337,358,364 _PSB Backlog 05312025.xlsx

- 357,358,364 COMPLETED_PSB Backlog_05312025.pdf

- 357,358,364 Open Cases NOT Backlog 05312025.pdf

- 357,358,364 Closed Cases NOT Backlog 05312025.pdf