1  Victoria Lopez
   vlopez@acluaz.org
2  Christine K. Wee
   cwee@acluaz.org
3  Jared G. Keenan
4  jkeenan@acluaz.org
   John M. Mitchell
5  jmitchell@acluaz.org
6  ACLU Foundation of Arizona
   2712 North 7th Street
7  Phoenix, AZ 85006
   Telephone: (602) 650-1854
8
9  *Attorneys for Plaintiffs (Additional attorneys
   for Plaintiffs listed on next page)*
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*, | CV-07-2513-PHX-GMS |
| Plaintiffs, | **NOTICE`OF DISSOLUTION OF PLAINTIFF SOMOS AMERICA** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, *et al.* | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775

Jenn Rolnick Borchetta*
jborchetta@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
125 Broad Street
New York NY 10004
Telephone (914) 462-2363

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

Amy S. Heath*
aheath@cov.com
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000


*Pro Hac Vice

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512

Sebrina M. Shaw (024545)
Shaw Law Firm, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
Telephone: (928) 646-0369
sshaw@acluaz.org

Pursuant to Federal Rule of Civil Procedure 25, Plaintiffs hereby notify the Court and Parties of the dissolution of Somos America, a named plaintiff, on or about May 13, 2025. Attached as Exhibit A is the Arizona Corporation Commission's "Certificate of Compliance of Dissolution or Withdrawal Somos America/We are America."

Plaintiffs submit that the action may proceed with the remaining named Plaintiffs and Court-certified Plaintiff class members.

Dated this 25th day of June, 2025.

By: */s/ Christine K. Wee*
Christine K. Wee
Victoria Lopez
Jared G. Keenan
John M. Mitchell
ACLU Foundation of Arizona

Jenn Rolnick Borchetta*
Cecillia D. Wang *
ACLU Foundation

Stanley Young*
Amy S. Heath*
Covington & Burling, LLP

Eduardo Casas*
Mexican American Legal Defense
and Educational Fund

Sebrina M. Shaw
Shaw Law Firm, P.L.L.C.

*Attorneys for Plaintiffs*

*Pro Hac Vice

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on, June 25, 2025, I electronically transmitted the attached |
| 3 | document to the Clerk's office using the CM/ECF System for filing. Notice of this filing |
| 4 | will be sent by e-mail to all parties by operation of the Court's electronic filing system or |
| 5 | by mail as indicated on the Notice of Electronic Filing. |

/s/Christine K. Wee
Christine K. Wee

# EXHIBIT A

# Certificate of Compliance for Dissolution or Withdrawal

## SOMOS AMERICA/WE ARE AMERICA

This Certificate of Compliance is issued pursuant to Arizona Revised Statutes Section 42-1110 and/or Section 43-1151. It certifies that, according to department records, the above named taxpayer has filed and paid all taxes due under Title 42 and Title 43, specifically and only as to the following described tax types and identification/license numbers:

| TAX TYPE | IDENTIFICATION |
|---|---|
| Federal Employer Identification Number | [redacted] |

This certification is made conditionally and is subject to the findings of any subsequent audit.

Issued To:
Somos America/We are America
Attn: Ralph Martinez
[redacted]

Wendy Bingham
Administrator   602-716-6234
April 23, 2025

**NOTE:** This Certificate does not address liabilities prior 1/1/2017 for the following Cities: Apache Junction, Avondale, Chandler, Douglas, Flagstaff, Glendale, Mesa, Nogales, Peoria, Phoenix, Prescott, Scottsdale, Tempe, and Tucson. The taxpayer is responsible for submission of the certificate of compliance to the Corporation Commission.

Arizona Corporation Commission - RECEIVED: 5/13/2025
Arizona Corporation Commission - FILED: 5/13/2025

2505140911318S