RACHEL MITCHELL
MARICOPA COUNTY ATTORNEY

By:   JOSEPH I. VIGIL (018677)
      Deputy County Attorneys
      vigilj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Gerard A. Sheridan
and Maricopa County

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **SHERIFF SHERIDAN'S NOTICE OF PUBLICATION OF TRAFFIC STOP ANNUAL REPORT FOR JANUARY 2024 THROUGH DECEMBER 2024** |

Sheriff Gerard A. Sheridan hereby notifies the Court that the Traffic Stop Annual Report for January 2024 through December 2024 ("Report") was published and publicly

1

available on the Sheriff's Office's Bureau of Internal Oversight website (mcsobio.org) beginning June 30, 2025. Additionally, the Report was sent to the Monitor and the Parties on June 30, 2025. A full and complete copy of the Report and its appendices is attached hereto as <u>Exhibit A</u>. A full and complete copy of the Sheriff's Statement is attached hereto as <u>Exhibit B</u>.

      **RESPECTFULLY SUBMITTED** this 30th day of June 2025.

                                      RACHEL MITCHELL
                                      MARICOPA COUNTY ATTORNEY

                              BY: /s/ *Joseph I. Vigil*
                                     JOSEPH I. VIGIL, ESQ.
                                     *Attorneys for Defendants Gerard A.*
                                     *Sheridan and Maricopa County*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 30, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ *J. Christiansen*