RACHEL MITCHELL
MARICOPA COUNTY ATTORNEY

By:  JOSEPH I. VIGIL (018677)
     Deputy County Attorneys
     vigilj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Gerard A. Sheridan
and Maricopa County

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et. al.,<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**SHERIFF SHERIDAN'S NOTICE OF ERRATA REGARDING PUBLICATION OF TRAFFIC STOP ANNUAL REPORT FOR JANUARY 2024 THROUGH DECEMBER 2024** |

Sheriff Gerard A. Sheridan files this Notice of Errata regarding the Traffic Stop Annual Report for January 2024 through December 2024 ("Report") that was published and

1

made publicly available on the Sheriff's Office's Bureau of Internal Oversight website (mcsobio.org) beginning June 30, 2025.

Starting on page 33 and going into page 34 of the Report, the last sentence of that paragraph reads: "In addition, MCSO is pleased to report that there were no statistically significant differences between Hispanic drivers and White drivers in this year's report. The same is true for Black drivers and White drivers." This sentence was inadvertently included in this Report and has been removed.

A corrected copy of the Report is attached hereto as Exhibit A. Additionally, the corrected Report was sent to the Monitor and the Parties on July 3rd, 2025. The corrected copy of the Report has also been updated on the Sheriff's Office's Bureau of Internal Oversight website (mcsobio.org).

**RESPECTFULLY SUBMITTED** this 3rd day of July 2025.

>
> RACHEL MITCHELL
> MARICOPA COUNTY ATTORNEY
>
> BY: /s/ *Joseph I. Vigil*
> JOSEPH I. VIGIL, ESQ.
> *Attorneys for Defendants Gerard A.
> Sheridan and Maricopa County*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 3, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ *J. Christiansen*