1  RACHEL H. MITCHELL
   MARICOPA COUNTY ATTORNEY
2

3  By:   JOSEPH I. VIGIL (018677)
         Deputy County Attorneys
4        vigilj@mcao.maricopa.gov

5  CIVIL SERVICES DIVISION
6  225 West Madison Street
   Phoenix, Arizona 85003
7  Telephone (602) 506-8541
8  Facsimile (602) 506-4316
   ca-civilmailbox@mcao.maricopa. gov
9  MCAO Firm No. 00032000

10
   *Attorneys for Defendants Gerard A. Sheridan*
11   *and Maricopa County*

12                UNITED STATES DISTRICT COURT

13                      DISTRICT OF ARIZONA

14 | Manuel De Jesus Ortega Melendres, | No. CV-07-2513-PHX-GMS
   | on behalf of himself and all others
15 | similarly situated; et. al,
   |                                    | **DEFENDANT GERARD A. SHERIDAN'S**
16 |          Plaintiffs,               | **NOTICE OF FILING FORTY-FOURTH**
   |                                    | **QUARTERLY COMPLIANCE REPORT**
17
18 | and

19 | United States of America,

20 |          Plaintiff-Intervenor,
21 | v.

22 | Gerard A. Sheridan, in his official
   | capacity as Sheriff of Maricopa
23 | County, Arizona, et. al.,

24
25 |          Defendants.

26
27        Pursuant to the Court's October 2, 2013, Order (Doc. 606), Defendant Gerard A.

28 Sheridan files with the Court Defendant's Forty-Fourth Quarterly Compliance Report,

                                       1

which covers the First Quarter of 2025 – January 1, 2025, through March 31, 2025. (Attached as Exhibit 1.)

  **RESPECTFULLY SUBMITTED** this 25th day of July 2025.

          RACHEL H. MITCHELL
          MARICOPA COUNTY ATTORNEY

         BY: s/ *Joseph I. Vigil*
            JOSEPH I. VIGIL, ESQ.
            *Attorneys for Defendants Gerard A.*
            *Sheridan and Maricopa County*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 25, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

s/*J. Christiansen*

s: \CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Not re 44th Quarterly CID Compliance Report Final 07252025.docx

2