# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court has reviewed Defendant Sheriff Gerard Sheridan's ("Sheriff Sheridan") Notice of Intent to Transfer Personnel Into Court Implementation Division and Request to Seal (Doc. 3203).

**IT IS HEREBY ORDERED** granting Defendant Sheriff Sheridan's Notice of Intent to Transfer Personnel Into Court Implementation Division and Request to Seal (Doc. 3203).

**IT IS FURTHER ORDERED** directing the Clerk of Court to file under seal the lodged document (Doc. 3204) regarding Defendant Sheriff Sheridan's intent to Transfer

/ / /

1  Captain Sgt. Davin Cartusciello, S1986, into the Court Implementation Unit and Sgt. Eric
2  Lamb, S1740, from the Court Implementation Division into the Patrol Bureau.
3      Dated this 28th day of July, 2025.

_____
G. Murray Snow
Senior United States District Judge