1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al,

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor,

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et. al.,

Defendants.

No. CV-07-2513-PHX-GMS

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** directing the Clerk of the Court to file under seal the lodged document (Doc. _____) regarding Defendant Gerard Sheridan's intent to transfer Sgt. Victor DeStefano into the Professional Standards Bureau.

1