# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., | No. CV-07-02513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Maricopa, et al., | |
| Defendants. | |

Pending before the Court is Sheriff Sheridan's Motion to Overturn the Monitor's Denial of PSB Transfers (Doc. 3127). To assist the parties in responding to the Motion if they wish to do so, the Monitor shall provide to all parties and to the Court copies of any communications and information that are implicated by the Motion within five business days of the date of this Order. If the Defendants wish to supplement the communications and information provided by the Monitor that are relevant to the Sheriff's motion it may do so by providing all such documents to the parties and the Court within three days after receiving the Monitor's communications. Should either the Monitor or the Defendants need more time to provide such documents, either may apply to the Court stating the additional time needed and the reason therefore. Should parties need an extension of time in responding to the Motion in light of the time spent in receiving and reviewing documents, that party shall promptly notify the Court together with the amount of requested time and the reason therefore.

Dated this 14th day of August, 2025.

_____
G. Murray Snow
Senior United States District Judge