# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for Extension to Respond to Defendant's Motion to Overturn Monitor's Denial of PSB Transfers. (Doc. 3219).

**IT IS ORDERED** granting Plaintiffs' Motion for Extension to Respond to Defendant's Motion to Overturn Monitor's Denial of PSB Transfers. (Doc. 3219).

**IT IS FURTHER ORDERED** Plaintiff will have until **September 12, 2025** to file their response to Defendant's Motion to Overturn the Monitor's Denial of PSB Transfers (Doc. 3217).

Dated this 22nd day of August, 2025.

_____
G. Murray Snow
Senior United States District Judge