Harmeet K. Dillon
Assistant Attorney General
R. Jonas Geissler
Deputy Assistant Attorney General
Andrew Darlington
Laura Cowall
Suraj Kumar (NY Bar No. 5620745)

U.S. Department of Justice, Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor, Washington, DC 20002

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al.*<br><br>Plaintiffs,<br><br>and<br><br>United States of America<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, *et al.*<br><br>Defendants. | No. 2:07-cv-02513-PHX-GMS<br><br>**UNITED STATES' MOTION FOR EXTENSION TO RESPOND TO DEFENDANT'S MOTION TO OVERTURN MONITOR'S DENIAL OF PSB TRANSFERS (DOC. 3217)** |

The United States respectfully moves for an extension of time to respond to Defendant Sheriff Sheridan's Motion to Overturn the Monitor's Denial of PSB Transfers (Doc. 3217). The current filing deadline for a response is August 26, 2025. The United States requests an extension of time until September 12, 2025.

On August 22, 2025, the Monitor produced voluminous correspondence and other information related to the pending motion, pursuant to the Court's Order (Doc. 3218). The Court granted Plaintiffs' motion for an extension of time to respond until September 12, 2025. Doc. 3220. In addition, the Parties and the Monitoring Team are discussing ways to resolve the disagreement regarding the proposed transfers.

Accordingly, the United States requests an extension of time to file any response until September 12, 2025. Sheriff Sheridan does not oppose the requested extension and has requested a 14-day extension for a reply, which the United States does not oppose. A proposed order is attached.

Respectfully submitted this 25th day of August, 2025.

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

R. Jonas Geissler
Deputy Assistant Attorney General

Andrew Darlington
Acting Chief, Special Litigation Section

Laura Cowall
Deputy Chief

/s/ Suraj Kumar
Suraj Kumar (NY Bar No. 5620745)
Trial Attorney
U.S. Department of Justice
Civil Rights Division

2

Special Litigation Section
Tel. (202) 598-1211
suraj.kumar@usdoj.gov

*Attorneys for the United States*

CERTIFICATE OF SERVICE

I certify that on or about August 25, 2025, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

/s/ Suraj Kumar