RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   JOSEPH I. VIGIL (018677)
      Deputy County Attorney
      vigil@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

*Attorneys for Defendant Gerard Sheridan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al,<br><br>             Plaintiffs,<br><br>and<br><br>United States of America,<br><br>             Plaintiff-Intervenor,<br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et. al.,<br><br>             Defendants. | No. CV-07-2513-PHX-GMS<br><br>**NOTICE OF INTENT TO TRANSFER PERSONNEL INTO PROFESSIONAL STANDARDS BUREAU**<br><br>**AND**<br><br>**REQUEST TO SEAL INFORMATION** |

Pursuant to Paragraph 268 of the Second Amended Second Supplemental Permanent Injunction/Judgment Order (Doc. 1765) dated July 26, 2016, Defendant Sheriff Gerard A. Sheridan ("Sheriff Sheridan") has lodged with the Court the name, Notice of Intent to Transfer, Curriculum Vitae, EIS Employee résumé, and any disciplinary/IA history of:

1

- Sergeant Jason House, A9858, who has been selected by Sheriff Sheridan to transfer from the Bureau Hearing Unit into the Professional Standards Bureau (PSB).

All the lodged information and documentation has been disclosed to counsel for Plaintiffs, Plaintiff Intervener, and the Court appointed Monitor via ShareFile. Additionally, the Monitor, on August 26, 2025, notified the parties, including the Sheriff, that the Monitor approved the transfer and notified the Court of the same.

Sheriff Sheridan requests that the Clerk seal the information as it pertains to the transferred personnel because it contains their names, identifiable information, and work histories.

**RESPECTFULLY SUBMITTED** this 26th day of August 2025.

> RACHEL H. MITCHELL
> MARICOPA COUNTY ATTORNEY
>
> BY: s/*Joseph I. Vigil*
>      JOSEPH I. VIGIL, ESQ.
>      *Attorney for Defendant Gerard Sheridan*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ *J. Christiansen*
S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Docs filed under Seal\Notice to Transfer into PSB - J. House.docx