John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor.<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,<br><br>Defendant, | No. CV-07-2513-PHX-GMS<br><br>**SHERIFF SHERIDAN'S NOTICE OF SUPPLEMENTING THE RECORD RE: SHERIFF SHERIDAN'S MOTION TO OVERTURN THE MONITOR'S DENIAL OF PSB TRANSFERS (DOC. 3217) PURSUANT TO THE COURT'S AUGUST 14, 2025 ORDER (DOC. 3218)** |

Pursuant to the Court's Order on August 14, 2025, (Doc. 3218), Sheriff Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona ("MCSO"), supplements the communications and information that are implicated by MCSO's Motion to Overturn the Monitor's Denial of PSB Transfers (Doc. 3217).

On August 21, 2025, pursuant to the Court's Order (Doc. 3218), the Monitor disclosed a list of communications and information implicated by the Sheriff's Motion and

118852562.1

attached those communications to the list. [*See* **Exhibit 1**.] The Monitor's disclosure of communications and information included items that MCSO had already included as exhibits to the Motion. However, MCSO has since identified an additional correspondence from attorney Joseph J. Popolizio to the Monitor on May 4, 2025 that the Monitor did not include in its disclosure and that MCSO did not include as an exhibit to the Motion. Pursuant to the Court's Order, MCSO is disclosing that correspondence now for the Court and the Parties' review. [*See* **Exhibit 2**.][1]

MCSO is separately moving for an order to file the Monitor's disclosure, Exhibit 1, as an exhibit under seal.

DATED this 26th day of August, 2025.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Joseph J. Popolizio
   John T. Masterson
   Joseph J. Popolizio
   Justin M. Ackerman
   Daniel A. Shudlick
   40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Gerard A. Sheridan, in his
   official capacity as Sheriff of Maricopa
   County, Arizona

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Megan Axlund

---

[1] Please note: MCSO provided salient exhibits and information in support of its Motion to enable the Court to issue an informed ruling. Nonetheless, with the Monitor's and MCSO's supplemental disclosure of communications and information, the Court now has the universe of documents related to the transfer requests and MCSO's Motion.

2

118852562.1