# EXHIBIT 1

# (TO BE FILED UNDER SEAL)