# EXHIBIT 2

| | |
|---|---|
| **From:** | JOSEPH POPOLIZIO |
| **Sent:** | Sunday, May 4, 2025 4:29 PM |
| **To:** | 'Robert Warshaw' |
| **Subject:** | RE: MCSO's transfer requests into PSB and CID |

Hello Chief,

Yes, I received Ms. Annexy's email and the attachments after I sent my letter to you and the others Friday regarding this issue. I am glad that you approved Mr. Doyle. He is, as I stated in my letter, well qualified. Knowing what you now know from my letter, I think it is safe to say that you agree. However, as you are aware, I addressed other issues in that letter. Hopefully, you will consider and address them, as well.

I also received the approval of Captain Flowers to be the *interim* commander of PSB, although I do not believe that his transfer back to PSB was for him to serve in an interim capacity. I am glad that this approval arrived and, as I am sure you sensed, I was about to reach out to you on this issue when it did. We were very concerned regarding the impact that Captain Lugo's absence was having on PSB. Lt. Porter was left in a very difficult situation. As you are aware, Captain Lugo was the sole commander of PSB. However, in that role, he also became the single point of potential failure.

I have learned that Captain Lugo apparently did not share his knowledge anyone else, including Lt. Porter. Captain Lugo literally controlled everything. His administrative leave has shown that one commander possessing all knowledge and apparently making all decisions creates problems which MCSO could avoid by implementing the previously suggested dual command. While I realize that Captain Lugo was the commander and is on leave, the original idea was to have Captain Flowers assigned to PSB to lessen the work load of Captain Lugo. What had been shared previously was the request for a dual commander situation—having one captain in charge of sworn investigations and another overseeing detention and civilian investigations. While appreciative of the approved P268 transfer of Captain Flowers, we are left again with a single commander situation.

Unfortunately, I also saw that you refused the P268 transfer of Captain Reaulo without explanation and again did not provide any comment regarding MCSO's intent to establish a dual commander situation as outlined above. While the Order calls for a commander of PSB, I do not believe that it precludes the establishment of the suggested dual commandership. Certainly, the establishment of this dual command with a clear separation of authority and responsibility is appealing and reasonable; this dual command would only lead to an increased attention to open investigations and promote an even greater efficiency to clearing the

investigation backlog.  In this case, two commanders would be better than one and would assistant MCSO in achieving compliance in a timelier manner. We would ask that you reconsider your decision and approve Captain Reaulo's transfer to PSB.  In addition, should you decline to reconsider and approve Captain Reaulo's transfer to PSB as MCSO contemplated and requested, we respectfully request that you provide the explanation behind your disapproval. Chief, I am informed that you have traditionally provided the reason(s) for your denial of transfers. Without an explanation, MCSO is left in the dark.

We have also received your denial of the transfer of Captain Morrison to BIO. As we see it, Captain Reaulo's transfer is not contingent upon Captain Morrison's requested transfer to BIO.  MCSO can address the departure of Captain Reaulo from BIO by appointing an acting commander and/or transferring another captain to BIO.  Again, we respectfully request that you reconsider your denial and approve the transfer of Captain Reaulo to PSB to enable MCSO to implement its plan to achieve greater efficiency by splitting command responsibility and avoiding dependence upon a single commander.

Chief, we look forward to hearing from you. In the meantime, enjoy the rest of your Sunday.

Sincerely,

Joe



JOSEPH J. POPOLIZIO | Partner
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, AZ 85004
P (602) 263-1741 | F (602) 200-7876

website | bio | vCard | map | email | linkedin | facebook | twitter

---

**From:** Chief Warshaw <rochtopcop@aol.com>
**Sent:** Thursday, May 1, 2025 4:06 PM
**To:** JOSEPH POPOLIZIO <JPopolizio@JSHFIRM.com>
**Subject:** Fw: MCSO's transfer requests into PSB and CID

> **[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hi Joe,
I saw your letter. Just making sure that you received this.
Have a great day,
Chief W.

----- Forwarded Message -----
**From:** Bea Annexy <beaannexy@gmail.com>
**To:** Vigil Joseph <vigilj@mcao.maricopa.gov>; Brandon Newton <newtonb@mcao.maricopa.gov>; Schwab Douglas <schwabd@mcao.maricopa.gov>; Shaw Tiffani <t_shaw@mcso.maricopa.gov>; Matt Summers <mattsummers@mcso.maricopa.gov>; Dominick Reaulo <d_reaulo@mcso.maricopa.gov>; Alanna Hodges

<alannahodges@mcso.maricopa.gov>; Todd Brice (MCSO) <t_brice@mcso.maricopa.gov>; Gregory Lugo - SHERIFFX <g_lugo@mcso.maricopa.gov>; Veronica Hernandez <v_hernandez@mcso.maricopa.gov>; Carrie Addis <c_addis@mcso.maricopa.gov>; Garrett Smith <g_smith@mcso.maricopa.gov>; David Redpath (MCSO) <davidredpath@mcso.maricopa.gov>; Sherry Burnette <sherryburnette@mcso.maricopa.gov>; Robert Levy (MCSO) <r_levy@mcso.maricopa.gov>; Clint Doyle <clinton.doyle@mcso.maricopa.gov>; Michael Lawson <mlawson@mcso.maricpa.gov>; Melissa Palopoli <melissa.palopoli@mcso.maricopa.gov>; K_Bocardo@mcso.maricopa.gov <k_bocardo@mcso.maricopa.gov>; ValarieSerrano@mcso.maricopa.gov <valarieserrano@mcso.maricopa.gov>; Cara Stevens <carastevens@mcso.maricopa.gov>; Andrew Prelog <andrewprelog@mcso.maricopa.gov>; Andrew Rankin <andrew_rankin@mcso.maricopa.gov>; John Masterson <jmasterson@jshfirm.com>; Joseph Popolizio <jpopolizio@jshfirm.com>; Justin Ackerman <jackerman@jshfirm.com>; Daniel Shudlick <dshudlick@jshfirm.com>; Victoria Lopez <vlopez@acluaz.org>; John Mitchell <jmitchell@acluaz.org>; Stanley Young <syoung@cov.com>; Julie R Romanow <jromanow@cov.com>; Hunter Bjazevich <hbjazevich@cov.com>; Christine Wee <cwee@acluaz.org>; Sebrina Shaw <sshaw@acluaz.org>; GTorres@acluaz.org <gtorres@acluaz.org>; Jenn Rolnick Borchetta <jborchetta@aclu.org>; Amy Heath <aheath@cov.com>; Eduardo Casas <ecasas@maldef.org>; Suraj Kumar <suraj.kumar@usdoj.gov>; Megan.Marks@usdoj.gov <megan.marks@usdoj.gov>; Leslie Bailey <leslie.bailey@usdoj.gov>; Rachel Slywczak <rachel.slywczak@usdoj.gov>; Robert Warshaw <rochtopcop@aol.com>; Raul Martinez <luarm8@gmail.com>; Robin Busch-Wheaton <robin@wind-up.com>; Dan danieldoherty65@yahoo.com <danieldoherty65@yahoo.com>; Al Peters <alfredpeters@msn.com>
**Sent:** Thursday, May 1, 2025 at 06:42:05 PM EDT
**Subject:** MCSO's transfer requests into PSB and CID

Dear parties and counsel:

Please find letters from the Monitor to the Court on MCSO's request to transfer Captain Aaron Flowers into the Professional Standards Bureau and the assignment of Clinton Doyle as Commander of the Court Implementation Division. The letters were sent yesterday to the Court.

Cordially,

Beatriz

Beatriz Annexy, Esq.
Chief of Staff
Monitoring Team