John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor. <br><br> v. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendant, | No. CV-07-2513-PHX-GMS <br><br> **SHERIFF SHERIDAN'S RULE 5.2(d) MOTION TO FILE UNDER SEAL EXHIBIT 1 OF SHERIFF SHERIDAN'S NOTICE OF SUPPLEMENTING THE RECORD RE: SHERIFF SHERIDAN'S MOTION TO OVERTURN THE MONITOR'S DENIAL OF PSB TRANSFERS (DOC. 3217) PURSUANT TO THE COURT'S AUGUST 14, 2025 ORDER (DOC. 3218)** |

Pursuant to Federal Rule of Civil Procedure 5.2(d), Sheriff Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona ("MCSO") moves to file Exhibit 1 of its Notice of Supplementing the Record Re: Sheriff Sheridan's Motion to Overturn the Monitor's Denial of PSB Transfers (Doc. 3217) Pursuant to the Court's August 14, 2025 Order (Doc. 3218), filed as Doc. 3226 (the "Notice").

118862819.1

1  The Monitor provided supplemental communications and documents consisting of roughly 714 pages of information via a Dropbox link to the Parties and indicated it would separately send those documents to the Court. However, to date, those documents are not actually filed with the Court and, therefore, are not part of the official record in this matter. The communications, documents, and information that the Monitor provided and MCSO has now included as exhibits to its Notice contain sensitive, confidential, and protected information. This includes various individuals' prior discipline history, personally identifiable information, and various sensitive, confidential, and protected information related to the internal processes at MCSO. It also appears to include some information related to ongoing and open IA investigations. Thus, given the importance of the pending Motion and the potential the Court may base its ruling on those records, it is important for the Monitor's supplemented documents to be part of the official record in this matter, but in a way that protects the sensitive nature of those documents.

Accordingly, pursuant to Fed. R. Civ. P. 5.2(d), the Sheriff requests that the Court Order Exhibit 1 attached to the Notice to be filed under seal and without redaction. Filing under seal preserves the sensitive information while also ensuring a complete record for any appellate review in this matter. MCSO submits that compelling reasons and good cause exists for filing of Exhibit 1 of the Notice under seal. To the extent that the Court would not be inclined to seal the entirety of the Monitor's disclosure, MCSO respectfully requests the opportunity to file communications, documents, and information that include sensitive, confidential, and protected information under seal and the rest separately. A proposed Order is attached.

118862819.1

DATED this 26th day of August, 2025.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Joseph J. Popolizio
   John T. Masterson
   Joseph J. Popolizio
   Justin M. Ackerman
   Daniel A. Shudlick
   40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Megan Axlund

3

118862819.1