1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

8   Manuel De Jesus Ortega Melendres, on
    behalf of himself and all others similarly
9   situated; et al,

10                          Plaintiffs,

11                    and

12  United States of America,

13                          Plaintiff-Intervenor.

14                    v.

15  Gerard A. Sheridan, in his official capacity
    as Sheriff of Maricopa County, Arizona, et
16  al.,

17                          Defendant,

18

No. CV-07-2513-PHX-GMS

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL DEFENDANT'S EXHIBIT 1 TO THEIR NOTICE OF SUPPLEMENTING THE RECORD RE: SHERIFF SHERIDAN'S MOTION TO OVERTURN THE MONITOR'S DENIAL OF PSB TRANSFERS (DOC. 3217) PURSUANT TO THE COURT'S AUGUST 14, 2025 ORDER (DOC. 3218)**

19          The Court, having reviewed Defendant Sheriff Sheridan's Motion for Leave to

20  File Under Seal Defendant's Exhibit 1 to their Notice of Supplementing the Record Re:

21  Sheriff Sheridan's Motion to Overturn the Monitor's Denial of PSB Transfers (Doc. 3217) Pursuant

22  to the Court's August 14, 2025 Order (Doc. 3218),

23          IT IS HEREBY ORDERED that Defendant Sheriff Sheridan's Motion for

24  Leave to File Under Seal Defendant's Exhibit 1 to their Notice of Supplementing the Record

25  Re: Sheriff Sheridan's Motion to Overturn the Monitor's Denial of PSB Transfers (Doc. 3217)

26  Pursuant to the Court's August 14, 2025 Order (Doc. 3218) is GRANTED. Defendant's

27  Exhibit 1 to their Notice of Supplementing the Record Re: Sheriff Sheridan's Motion to

28  Overturn the Monitor's Denial of PSB Transfers (Doc. 3217) shall be filed under seal.

1

2

DATED this _____ day of August, 2025.

3

4

By _____

G. Murray Snow

Senior United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

118863057.1