# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court has reviewed Defendant Sheriff Gerard Sheridan's ("Sheriff Sheridan") Notice of Intent to Transfer Personnel Into Professional Standards Bureau and Request to Seal (Doc. 3223).

**IT IS HEREBY ORDERED** granting Defendant Sheriff Sheridan's Notice of Intent to Transfer Personnel Into Professional Standards Bureau and Request to Seal (Doc. 3223).

**IT IS FURTHER ORDERED** directing the Clerk of Court to file under seal the lodged document (Doc. 3224) regarding Defendant Sheriff Sheridan's intent to Transfer

/ / /

1   Sgt. Jason House, A9858, into the Professional Standards Bureau.

2   Dated this 26th day of August, 2025.

_G. Murray Snow_
G. Murray Snow
Senior United States District Judge