Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
Jared G. Keenan
jkeenan@acluaz.org
John M. Mitchell
jmitchell@acluaz.org
ACLU Foundation of Arizona
2712 North 7th Street
Phoenix, AZ 85006
Telephone: (602) 650-1854

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*, | CV-07-2513-PHX-GMS |
| Plaintiffs, | **NOTICE OF WITHRAWAL OF COUNSEL JARED G. KEENAN FOR THE PLAINTIFFS** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, *et al.* | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775

Jenn Rolnick Borchetta*
jborchetta@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
125 Broad Street
New York NY 10004
Telephone (914) 462-2363

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

Amy S. Heath*
aheath@cov.com
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000


*Pro Hac Vice

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512

Sebrina M. Shaw (024545)
Shaw Law Firm, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
Telephone: (928) 646-0369
sshaw@acluaz.org

Pursuant to L.R. Civ. 83.3(b), Jared G. Keenan submits his Notice of Withdrawal as counsel for the Plaintiffs in this case. No substitution of counsel is necessary because the Plaintiffs continue to be represented by other counsel of record at the ACLU Foundation of Arizona whose names appear in the signature block below and additional counsel of record including the ACLU Foundation, Covington & Burling, and Mexican American Legal Defense.

Respectfully submitted this 3rd day of September, 2025.

By: /s/ Jared G. Keenan
Jared G. Keenan
Christine K. Wee
Victoria Lopez
John M. Mitchell
ACLU Foundation of Arizona

Jenn Rolnick Borchetta*
Cecillia D. Wang *
ACLU Foundation

Stanley Young*
Amy S. Heath*
Covington & Burling, LLP

Eduardo Casas*
Mexican American Legal Defense
and Educational Fund

Sebrina M. Shaw
Shaw Law Firm, P.L.L.C.

*Attorneys for Plaintiffs*

*Pro Hac Vice

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/Jared G. Keenan
Jared G. Keenan