# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** setting a Status Conference for **September 12, 2025 at 1:30 p.m.**, in Courtroom 602, Sandra Day O'Connor Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003. At the status conference the parties will discuss the orderly resolution of any confidentiality issues pertaining to MCSO's present motion, the method for resolving disputes pertaining to confidentiality and/or future reports, the conduct of upcoming community meetings, and possibly one or two more housekeeping

/ / /

/ / /

items. If the Court has time it may e-mail a proposed draft order or orders for the parties to discuss at the status conference.

Dated this 3rd day of September, 2025.

_____
G. Murray Snow
Senior United States District Judge