John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official
capacity as Sheriff of Maricopa County, Arizona

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor. <br><br> v. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendant, | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT GERARD A. SHERIDAN'S AUGUST 2025 NOTICE RE: PSB BACKLOG PURSUANT TO PARAGRAPHS 357 AND 364** |

Pursuant to Paragraph 364 of the Court's Amended Third Supplemental Permanent Injunction/Judgement Order (Doc. 2830) (the "Third Order"), and Paragraph 357 as amended in the Court's Fourth Amended Supplemental Permanent Injunction/Judgment Order (Doc. 3076) ("Fourth Order"), Defendant Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, provides notice to the Court that the backlog of open administrative misconduct cases as of August 31, 2025, was 700.

1    During August 2025, 66 cases were removed from the backlog and 6 cases were
2    added to the backlog, resulting in a 60-case reduction to the backlog. Of the 66 cases removed
3    from the backlog:

4    • 4 were based on complaints filed in 2017
5    • 6 were based on complaints filed in 2018
6    • 4 were based on complaints filed in 2019
7    • 10 were based on complaints filed in 2020
8    • 9 were based on complaints filed in 2021
9    • 12 were based on complaints filed in 2022
10    • 3 were based on complaints filed in 2023
11    • 18 were based on complaints filed in 2024

12    This information is reflected in the Monthly Production Request Response submitted to the
13    Monitor and parties, attached hereto as **Exhibit A**.

14
15    DATED this 5th day of September, 2025.
16    JONES, SKELTON & HOCHULI, P.L.C.
17
18    By /s/ Joseph J. Popolizio
19    John T. Masterson
       Joseph J. Popolizio
       Justin M. Ackerman
20    Daniel A. Shudlick
       40 N. Central Avenue, Suite 2700
21    Phoenix, Arizona 85004
       Attorneys for Gerard A. Sheridan, in his
22    official capacity as Sheriff of Maricopa
       County, Arizona
23
24
25
26
27
28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Megan Axlund

118899206.1