1  Victoria Lopez
   vlopez@acluaz.org
2  Christine K. Wee
   cwee@acluaz.org
3  John M. Mitchell
4  jmitchell@acluaz.org
   ACLU Foundation of Arizona
5  2712 North 7th Street
   Phoenix, AZ 85006
6  Telephone: (602) 650-1854
7
8  *Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

9
10                  **UNITED STATES DISTRICT COURT**
11                         **DISTRICT OF ARIZONA**

12 | Manuel de Jesus Ortega Melendres, *et al.*, | CV-07-2513-PHX-GMS |
13 | | |
   | Plaintiffs, | **PLAINTIFFS' MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT SEPTEMBER 12, 2025, STATUS CONFERENCE (DOC. 3236)** |
14 | and | |
15 | | |
16 | United States of America, | |
17 | Plaintiff-Intervenor, | |
18 | v. | |
19 | Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, *et al.* | |
20 | | |
21 | | |
22 | Defendants. | |

Additional Attorneys for Plaintiffs:

| | |
|---|---|
| Cecillia D. Wang*<br>cwang@aclu.org<br>ACLU Foundation<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br>Telephone: (415) 343-0775 | Eduardo Casas*<br>ecasas@MALDEF.org<br>Mexican American Legal Defense and Educational Fund<br>634 South Spring Street, 11th Floor<br>Los Angeles, California 90014<br>Telephone: (213) 629-2512 |
| Jenn Rolnick Borchetta*<br>jborchetta@aclu.org<br>American Civil Liberties Union<br>Criminal Law Reform Project<br>125 Broad Street<br>New York NY 10004<br>Telephone (914) 462-2363 | Sebrina M. Shaw (024545)<br>Shaw Law Firm, P.L.L.C.<br>698 Cove Parkway, Suite A<br>Cottonwood, AZ 86326<br>Telephone: (928) 646-0369<br>sshaw@acluaz.org |

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

Amy S. Heath*
aheath@cov.com
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

*Pro Hac Vice*

1   Pursuant to the Court's order setting a Status Conference for September 12, 2025,
2   at 1:30 p.m. (Doc. 3236), Christine K. Wee will appear in person for the Plaintiffs.
3   However, additional attorneys of record for the Plaintiffs would like to attend the Status
4   Conference telephonically. Accordingly, Plaintiffs respectfully request a call-in number
5   for the Status Conference.

6   Respectfully submitted this 8th day of September, 2025.

By: */s/ Christine K. Wee*
   Christine K. Wee
   Victoria Lopez
   John M. Mitchell
   ACLU Foundation of Arizona

   Jenn Rolnick Borchetta*
   Cecillia D. Wang *
   ACLU Foundation

   Stanley Young*
   Amy S. Heath*
   Covington & Burling, LLP

   Eduardo Casas*
   Mexican American Legal Defense
   and Educational Fund

   Sebrina M. Shaw
   Shaw Law Firm, P.L.L.C.

*Attorneys for Plaintiffs*

*Pro Hac Vice

1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on September 8, 2025, I electronically transmitted the attached |
| 3 | document to the Clerk's office using the CM/ECF System for filing. Notice of this filing |
| 4 | will be sent by e-mail to all parties by operation of the Court's electronic filing system or |
| 5 | by mail as indicated on the Notice of Electronic Filing. |

<u>/s/Christine K. Wee</u>
Christine K. Wee