RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   JOSEPH I. VIGIL (018677)
      Deputy County Attorneys
      vigilj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa. gov
MCAO Firm No. 00032000

*Attorneys for Defendants Gerard Sheridan
and Maricopa County*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al., <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANTS SHERIFF GERARD SHERIDAN'S AND MARICOPA COUNTY'S NOTICE OF PROVIDING PRIVILEGE LOG TO INDEPENDENT INVESTIGATOR** |

1

The Defendants provide notice to the Court and parties that, in accordance with the Order of the Court during the status conference on September 12, 2025, a privilege log has been provided to Ms. Jaffer via electronic mail on September 15, 2025.

Additionally, counsel has been working diligently to review and produce the documents requested by Ms. Jaffer. Counsel will produce those documents as quickly as possible.

**RESPECTFULLY SUBMITTED** this 15th day of September 2025.

                        RACHEL H. MITCHELL
                        MARICOPA COUNTY ATTORNEY

                BY: s/*Joseph I. Vigil*
                      JOSEPH I. VIGIL, ESQ.
                      *Attorneys for Defendants Gerard Sheridan and Maricopa County*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

s/*J. Christiansen*
s:\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Not re Privilege Log to Ind Investigator 09152025.docx