Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
John M. Mitchell
jmitchell@acluaz.org
ACLU Foundation of Arizona
2712 North 7th Street
Phoenix, AZ 85006
Telephone: (602) 650-1854

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, *et al.* <br><br> Defendants. | CV-07-2513-PHX-GMS <br><br> **PLAINTIFFS' NOTICE SUPPLEMENTING THEIR RESPONSE TO DEFENDANTS' MOTION TO OVERTURN THE MONITOR'S DENIAL OF PSB TRANSFERS (DOC. 3242)** |

Additional Attorneys for Plaintiffs:

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775

Jenn Rolnick Borchetta*
jborchetta@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
125 Broad Street
New York NY 10004
Telephone (914) 462-2363

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

Amy S. Heath*
aheath@cov.com
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512

Sebrina M. Shaw (024545)
Shaw Law Firm, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
Telephone: (928) 646-0369
sshaw@acluaz.org

*Pro Hac Vice

Plaintiffs hereby supplement their Response to Defendants' Motion to Overturn the Monitor's Denial of PSB Transfers (Doc. 3217) with the attached Plaintiffs' July 11, 2025 Email Correspondence ("Plaintiffs' Correspondence") (Exhibit A). Plaintiffs' Correspondence is referenced in Plaintiffs' Response (Doc. 3242) on page 1, lines 12-15 and Footnote 1. Plaintiffs conferred with Sheriff Counsel via email and Sheriff Counsel said they have no objection to Plaintiffs supplementing their Response with Plaintiffs' Correspondence from July 11, 2025.

Respectfully submitted this 19th day of September, 2025.

By: /s/ Christine K. Wee
    Christine K. Wee
    Victoria Lopez
    John M. Mitchell
    ACLU Foundation of Arizona

    Jenn Rolnick Borchetta*
    Cecillia D. Wang *
    ACLU Foundation

    Stanley Young*
    Amy S. Heath*
    Covington & Burling, LLP

    Eduardo Casas*
    Mexican American Legal Defense
    and Educational Fund

    Sebrina M. Shaw
    Shaw Law Firm, P.L.L.C.

*Attorneys for Plaintiffs*

*Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

<u>/s/Christine K. Wee</u>
Christine K. Wee