# EXHIBIT A

| | |
|---|---|
| **From:** | Christine Wee |
| **To:** | Robin Busch-Wheaton; Bob Warshaw; Raul Martinez; Daniel Doherty; Bea Annexy; Joseph Vigil; Brandon Newton; Schwab Douglas; Shaw Tiffani; Dominick Reaulo - SHERIFFX; Matt Summers (MCSO); Carrie Addis (MCSO); Gregory Lugo (MCSO); Veronica Hernandez (MCSO); Alanna Hodges; Todd Brice (MCSO); Garrett Smith (MCSO); David Redpath (MCSO); SherryBurnette@mcso.maricopa.gov; R_Levy@mcso.maricopa.gov; K_Bocardo@mcso.maricopa.gov; ValarieSerrano@mcso.maricopa.gov; Andrew Prelog (MCSO); Victoria Lopez; Gloria Torres; Stanley Young; Julie R Romanow; Sebrina Shaw; Amy Heath; Eduardo Casas; Suraj (CRT); Alfred Peters; Cara Stevens; John Mitchell; Andrew Rankin; Jenn Rolnick Borchetta; John Masterson; Joseph Popolizio; Justin Ackerman; Daniel Shudlick; Clinton.Doyle@mcso.maricopa.gov; m_lawson@mcso.maricopa.gov; Melissa.Palopoli@mcso.maricopa.gov; HBjazevich@cov.com; Bailey, Leslie (CRT); Slywczak, Rachel (CRT); Aaron Flowers; Janet Fernandez; Jared Keenan; Kim-Chi Pham; Kristen McCowan |
| **Subject:** | RE: P268 request regarding sergeants transfers |
| **Date:** | Friday, July 11, 2025 8:51:42 AM |

Dear All,

Plaintiffs agree with the Monitoring Team's decision to reject MCSO's request to transfer six sergeants from Patrol to PSB. While we recognize the importance of achieving compliance related to the backlog and the timeliness of investigations, transferring these six District sergeants into PSB is not the solution as outlined by Chief Rojas, and will only harm the Plaintiff class. There are serious practical implications that Chief Rojas highlighted, namely, these six sergeants once transferred "would not only handle cases from their Districts- but would also assist with the existing backlog…" despite continued concerns surrounding District-level misconduct investigations. The important goal of achieving compliance is shared by everyone, but to do so, it cannot come at the cost of undermining District-level misconduct investigations by transferring these District sergeants with investigative experience to PSB.

Thank you,

Christine