John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor. <br><br> v. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendant, | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT GERARD A. SHERIDAN'S AUGUST 2025 NOTICE RE: PSB STAFFING FUND PURSUANT TO PARAGRAPH 345** |

/ / /

/ / /

/ / /

118975642.1

Pursuant to Paragraph 345 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), Defendant Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, provides notice to the Court and Monitor that the balance in the Professional Standard Bureau ("PSB") Staffing Fund as of August 31, 2025 is $0.00, as reflected in the Monthly Document Request Response submitted to the Monitor and parties, attached hereto as **Exhibit A**.

DATED this 23rd day of September, 2025.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Joseph J. Popolizio
John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Megan Axlund

2

118975642.1