# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>                Plaintiffs,<br><br>and<br><br>United States of America,<br><br>                Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>                Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

After the Court's consultation with the parties,

**IT IS ORDERED** that the next Quarterly Community Meeting in this matter scheduled for **Wednesday October 22 at 6:30 p.m.**, shall take place in the Special Proceedings Courtroom on the second floor of the Sandra Day O'Connor United States Courthouse, 401 W. Washington St., Phoenix Arizona.

As the Court previously discussed with members of the Community Advisory Board, the Court requests the members of the Board to reach out to the community to gather questions from their constituents to present to the Sheriff and the Monitor at that meeting that concern this case. Further direction and advertising concerning the meeting shall come

1 | from the Monitor upon consultation with the Community Advisory Board.

Dated this 26th day of September, 2025.

_____
G. Murray Snow
Senior United States District Judge