# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>          Plaintiffs,<br><br>and<br><br>United States of America,<br><br>          Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>          Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court has received, via email, and considered the Independent Investigator's Motion to File Portions of Exhibit B Under Seal. Defendants, Plaintiffs, and the United States do not oppose the Independent Investigator's request. Having found that (1) an overriding interest exists that supports filing the proposed portions of Exhibit B under seal and that overcomes the right of the public to access it and (2) no reasonable, less restrictive alternative exists to preserve the confidentiality of the information,

**IT IS THEREFORE ORDERED** that the Independent Investigator's Motion to File Portions of Exhibit B Under Seal is **GRANTED**.

///

///

1 **IT IS FURTHER ORDERED** that the Independent Investigator shall file a publicly accessible version of Exhibit B that redacts only those portions of the documents that contain information to be placed under seal.

**IT IS FURTHER ORDERED** that the Independent Investigator shall lodge an unredacted version of Exhibit B under seal.

**IT IS FURTHER ORDERED** that upon the Independent Investigator's lodging of the unredacted version of Exhibit B under seal, the Clerk of Court shall file the unredacted version of Exhibit B under seal and shall prohibit remote access to the unredacted document by any non-party for such time as documents remain under seal.

Dated this 10th day of October, 2025.

*G. Murray Snow*
G. Murray Snow
Senior United States District Judge