John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor. <br><br> v. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendant, | No. CV-07-2513-PHX-GMS <br><br> **SHERIFF SHERIDAN'S NOTICE TO THE COURT RE: MCSO REPORTING ON "HIT RATE"** |

Sheriff Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona ("MCSO"), respectfully provides notice to the Court that MCSO provides data analysis of search "hit rates." During the last status conference, on September 12, 2025, the Court stated that it had previously requested MCSO provide a statistical analysis that the Court referred to as "hit rate." The Court indicated that former counsel for MCSO informed the Court that MCSO has been performing statistical "hit rate" analysis and reporting its

119042999.1

findings. Nevertheless, the Court stated that it had reviewed MCSO's reports and did not see the information. [*See* 9/12/25 RT at 42:14-43:5]. MCSO provides this notice to clarify that MCSO has been reporting on what it believes is "hit rate" data for a number of years and submits that the source of any confusion may simply be one of terminology.[1]

Specifically, MCSO has reported on search "hit rates" in its Traffic Stop Annual Reports ("TSARs") and Traffic Stop Quarterly Reports ("TSQRs") since 2019:

- In TSAR 4, published September 2019, the percentage of the Plaintiffs' class that was searched without a seizure was 73% compared to a rate of 70% for all drivers and 67% for white drivers (*See* Doc 2467, Ex. A, TSAR 4, pg. 22.);

- In TSAR 5, published June 30, 2020, the percentage of the Plaintiffs' class that was searched without a seizure was 75% compared to a rate of 72% for all drivers and 71% for white drivers (*See* Doc. 2535, Ex. A, TSAR 5, pgs. 23-24.);

- In TSAR 6, published June 30, 2021, the percentage of the Plaintiffs' class that was searched without a seizure was 55.8% compared to a rate of 53.3% for all drivers and 54.4% for white drivers (*See* Doc. 2660, Ex. A, TSAR 6, pg. 23.);

- In TSAR 7, published June 30, 2022, the percentage of the Plaintiffs' class that was searched without a seizure was 58.8% compared to a rate of 60.3% for all drivers and 61.2% for white drivers (*See* Doc. 2784, Ex. A, TSAR 7, pg. 24.);

- In TSAR 8, published June 30, 2023, the percentage of the Plaintiffs' class that was searched without a seizure was 71.4% compared to a rate of 69.4% for all drivers and 67.5% for white drivers (*See* Doc. 2910, Ex. A, TSAR 8, pg. 24.);

- In TSAR 9, published June 30, 2024, the percentage of the Plaintiffs' class that was searched without a seizure was 73.17% compared to a rate of 66.75% for all drivers and 66.36% for white drivers (*See* Doc. 3035, Ex. A, TSAR 9, pgs. 27-28.);

- In TSAR 10, published June 30, 2025, the percentage of the Plaintiffs' class that was searched without a seizure was 54.72%

---

[1] Given that the Court and MCSO may have different understandings of the term "hit rate," and that it is not defined within the Court's orders, MCSO provides what it has identified as a "hit rate." MCSO understands and defines "hit rate" as the seizure rates, i.e., the percentage of seizures following discretionary searches on traffic stops of Hispanic, White, and all other drivers. If the Court has a different understanding of the term, MCSO requests clarification from the Court so it can diligently provide the Court the information it has sought.

compared to a rate of 64.75% for all drivers and 72.92% for white drivers (*See* Doc. 3197, Ex. A, TSAR 10, pgs. 26-27.).

In TSAR 9, the MCSO and CNA analysis team concluded that there is no evidence of disparities in "<u>seizure rates (hit rates)</u> following a search for Hispanic drivers (compared with White drivers)" in the report for data accumulated in 2023. (*See* TSAR 9, pgs. 29.) Figure 15 of TSAR 9 illustrates how "there has never been any statistically significant difference in seizure rates following a search (<u>i.e., hit rates</u>) since the TSAR methodology was approved." (*See* TSAR 9, pgs. 33.) A statistically significant difference in seizure rates following a search (i.e., hit rate) was again <u>*not*</u> observed as published in the recently published TSAR 10. (*See* TSAR 10, pgs. 32.).

In addition to the TSARs, MCSO has conducted four (4) quarterly reports that analyzed seizure following nonincidental searches at the District Level. *See* TSQR 5 (Published October 2021), TSQR 12 (Published December 2023), TSQR 14 (Published June 2024) and TSQR 18 (Published June 2025). For each of the above listed TSQRs, MCSO delineated the percentages of searches without a seizure for the Plaintiff's class, white drivers, and all drivers by district as follows:

| **TSQR 5 (pgs. 27-29)** | | |
|---|---|---|
| **District** | **Perceived Race/Ethnicity of Driver** | **Percentage of Searched without Seizures** |
| 1 | Hispanic | 44.44% |
|   | White | 51.72% |
|   | All | 51.72% |
| 2 | Hispanic | 55.00% |
|   | White | 50.00% |
|   | All | 55.88% |
| 3 | Hispanic | 40.00% |
|   | White | 60.00% |
|   | All | 48.48% |
| 4 | Hispanic | 33.33% |
|   | White | 54.55% |
|   | All | 50.00% |
| 5 | Hispanic | 59.09% |
|   | White | 73.33% |
|   | All | 51.10% |
| 6 | Hispanic | 60.00% |

3

119042999.1

|   |   | White | 38.20% |
|---|---|---|---|
|   |   | All | 47.92% |
|   | 7 | Hispanic | 50.00% |
|   |   | White | 55.56% |
|   |   | All | 66.67% |

| TSQR 12 (pgs. 66-69) | | | |
|---|---|---|---|
| **District** | **Number of Searches** | **Perceived Race/Ethnicity of Driver** | **Percentage of Searched without Seizures** |
| 1 | 15 | Hispanic | 46.7% |
|   | 9 | White | 66.7% |
|   | 28 | All | 53.6% |
| 2 | 13 | Hispanic | 92.3% |
|   | 8 | White | 75.0% |
|   | 22 | All | 86.4% |
| 3 | 7 | Hispanic | 85.7% |
|   | 9 | White | 77.8% |
|   | 17 | All | 82.3% |
| 4 | 3 | Hispanic | 33.3% |
|   | 10 | White | 60.0% |
|   | 13 | All | 53.9% |
| 5 | 5 | Hispanic | 80.0% |
|   | 4 | White | 50.0% |
|   | 11 | All | 63.6% |
| 6 | 0 | Hispanic | N/A |
|   | 0 | White | N/A |
|   | 0 | All | N/A |
| 7 | 6 | Hispanic | 83.3% |
|   | 0 | White | N/A |
|   | 7 | All | 85.7% |

| TSQR 14 (pgs. 68-70) | | | |
|---|---|---|---|
| **District** | **Number of Searches** | **Perceived Race/Ethnicity of Driver** | **Percentage of Searched without Seizures** |
| 1 | 7 | Hispanic | 28.6% |
|   | 12 | White | 25.0% |
|   | 19 | All | 26.3% |
| 2 | 7 | Hispanic | 71.4% |
|   | 4 | White | 75.0% |
|   | 15 | All | 66.7% |
| 3 | 4 | Hispanic | 25.0% |
|   | 7 | White | 42.9% |

4

119042999.1

|   | 11 | All | 36.4% |
|---|---|---|---|
| 4 | 0 | Hispanic | N/A |
|   | 4 | White | 75.0% |
|   | 4 | All | 75.0% |
| 5 | 3 | Hispanic | 66.7% |
|   | 6 | White | 83.3% |
|   | 17 | All | 72.7% |
| 6 | 0 | Hispanic |  |
|   | 0 | White |  |
|   | 0 | All |  |
| 7 | 0 | Hispanic | N/A |
|   | 3 | White | 100.0% |
|   | 3 | All | 100.0% |

| TSQR 18 (pgs. 75-78) | | | |
|---|---|---|---|
| **District** | **Number of Searches** | **Perceived Race/Ethnicity of Driver** | **Percentage of Searched without Seizures** |
| 1 | 17 | Hispanic | 23.53% |
|   | 23 | White | 69.57% |
|   | 51 | All | 54.9% |
| 2 | 16 | Hispanic | 87.5% |
|   | 6 | White | 100.00% |
|   | 25 | All | 92.00% |
| 3 | 9 | Hispanic | 33.33% |
|   | 10 | White | 60.00% |
|   | 22 | All | 50.00% |
| 4 | 0 | Hispanic | N/A |
|   | 3 | White | 66.67% |
|   | 4 | All | 50.00% |
| 5 | 9 | Hispanic | 66.67% |
|   | 4 | White | 75.00% |
|   | 14 | All | 71.43% |
| 6 | 0 | Hispanic |  |
|   | 0 | White |  |
|   | 0 | All |  |
| 7 | 2 | Hispanic | 100.00% |
|   | 2 | White | 100.00% |
|   | 6 | All | 83.33% |

As the Court can see from the above TSQRs and TSARs, MCSO has and continues to examine and provide information regarding search "hit rates." Should the Court

5

119042999.1

have a different understanding of this term, MCSO seeks clarification so it can provide the Court with the information it seeks.

RESPECTFULLY SUBMITTED this 13th day of October, 2025.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Joseph J. Popolizio
John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Megan Axlund

6

119042999.1