# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

The Court notices the parties that it intends to meet with, thank, and possibly consult with the Community Advisory Board prior to the session of court that will include within it the Community Meeting on October 22, 2025. As such, the parties' lawyers are also invited to attend this meeting with the Community Advisory Board. It will be at **5:00 p.m. on October 22, 2025**, in the Joint Use Conference Room, Suite 220, at the Sandra Day O'Connor United States Courthouse, 401 W. Washington St., Phoenix Arizona. The Party's attorneys must advise the Monitor if they will be in attendance **no later than 5:00 p.m. (Arizona Time) on Friday, October 17, 2025**.

At the Community Meeting following, the Court intends to leave adequate time for the Sheriff and the Monitor to field the questions that the Community Advisory Board will

1  have gathered.  But, the Court also plans to begin the Community Meeting by reviewing
2  with the parties and the public in attendance the order that designates the topics for
3  Community Meetings, and relevant past orders of the Court which are appropriate topics
4  of discussion.  As such, counsel for the parties should be present but may waive their
5  appearance by non-attendance.

6  After the Court has conducted its review, it will turn the meeting over to be
7  conducted by the Monitor who will then take such additional questions for the Sheriff as
8  may have been gleaned by the Community Advisory Board from the public.  The meeting
9  will end at 8:30 p.m. and the Monitor may put time limits on participants.

10  The public is advised that any object or material that could be used for purposes of
11  disruption, protest or that displays offensive language, or graphics is strictly prohibited in
12  all areas of the Sandra Day O'Connor United Sates Courthouse.

13  The Court has received a request from the press to permit recording equipment
14  including cameras at the Community Meeting.  The press may record the Community
15  Meeting but will need to request authorization in advance to bring in and use recording
16  equipment.  Such request should be sent to azd-pio@azd.uscourts.gov.  Inside the
17  courthouse, media may only record proceedings in the Special Proceedings Courtroom.

18  Dated this 15th day of October, 2025.

_____
G. Murray Snow
Senior United States District Judge