Harmeet K. Dhillon
Assistant Attorney General
R. Jonas Geissler
Deputy Assistant Attorney General
Patrick McCarthy
Laura Cowall
Suraj Kumar (NY Bar No. 5620745)

U.S. Department of Justice, Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor, Washington, DC 20002

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al*.<br>　　　　　　　Plaintiffs,<br>and<br>United States of America<br>　　　　　　　Plaintiff-Intervenor,<br>v.<br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, AZ; *et al*.<br>　　　　　　　Defendants. | No. 2:07-cv-02513-PHX-GMS<br><br>**UNITED STATES' MOTION FOR CONTINUANCE OF OCTOBER 21 STATUS CONFERENCE** |

　　　　The United States of America hereby moves for a continuance of the October 21, 2025 status conference. *See* Doc. 3267 (Order).

　　　　1.　　At the end of the day on September 30, 2025, the continuing resolution that had been funding the Department of Justice expired and those appropriations to the

Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a continuance of the October 21, 2025 status conference until Congress has restored appropriations to the Department.

4. If the Court grants this motion for a continuance, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The United States requests that, at that point, the Court reset the status conference.

5. Defendants do not object to postponing the October 21 status conference. Plaintiffs object to the requested continuance.

Therefore, although the United States greatly regrets any disruption caused to the Court and the other litigants, the United Status hereby moves for a continuance of the October 21, 2025 status conference in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions. If the Court denies this motion for a continuance, counsel for the United States respectfully requests permission to appear telephonically at the status conference.

Respectfully submitted this 15th day of October, 2025.

                              Harmeet K. Dhillon
                              Assistant Attorney General
                              Civil Rights Division

                              R. Jonas Geissler
                              Deputy Assistant Attorney General

                              Patrick McCarthy
                              Chief, Special Litigation Section

                              Laura Cowall
                              Deputy Chief

                              <u>/s/ Suraj Kumar</u>
                              Suraj Kumar (NY Bar No. 5620745)
                              Trial Attorney
                              U.S. Department of Justice
                              Civil Rights Division
                              Special Litigation Section
                              Tel. (202) 598-1211
                              suraj.kumar@usdoj.gov

                              *Attorneys for the United States*

## CERTIFICATE OF SERVICE

I certify that on or about October 15, 2025, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

                                          /s/ Suraj Kumar