Steven J. Serbalik, Bar #028191
Steven J. Serbalik PLC
4925 E. Desert Cove Avenue, Unit 116
Scottsdale, AZ 85254
(480) 269-1529
steveserbalik@gmail.com
*Attorney for Melissa Palopoli*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiffs-Intervenor, <br><br> vs. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa county, Arizona, et al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **MOTION FOR LIMITED INTERVENTION AND PERMISSION TO ATTEND INTERVIEW** |

Chief Melissa Palopoli, by and through undersigned counsel, moves for limited intervention to allow her attorney, Mr. Serbalik, to attend her interview regarding matters in this lawsuit.

## BACKGROUND

Given the involvement of Executive Command staff, it was determined that an investigation into certain matters at the Maricopa County Sheriff's Office ("MCSO") could not be handled internally by PSB. Therefore, the law firm Benesch Friedlander Coplan & Aronoff LLP, and specifically attorney Ms. Jaffer ("Investigator Jaffer"), has been directed by Judge Snow to conduct the investigation. As the Executive Chief of Compliance of the MCSO, Chief Palopoli has been identified as an investigate lead. Chief Palopoli requested that her attorney, Mr. Serbalik, be present for her interview; however, Investigator Jaffer denied the request. Investigator Jaffer contends that she has no problem allowing Mr. Serbalik to attend the interview if permitted by the Court, but she does not believe she has discretion to allow it—asserting that she must follow the policies that govern PBS investigations, i.e. GH-2, which prohibit such representation.

## ARGUMENT

Forbidding Chief Palopoli from being independently represented during her interview raises fundamental due process issues. Previously, when Chief Palopoli was asked to participate in interviews by the Monitoring Team, she was permitted to have her attorney attend with her. This investigation should be no different.

PSB policy and the POBR may prevent attorneys from attending investigative interviews, but this is not a regular internal investigation. Investigator Jaffer was instructed by an outside party—i.e. the federal court—to conduct the

investigation because it could not be handled internally by PSB. Investigations ordered by a federal court and undertaken by an independent investigator are not governed by the POBR. *See* A.R.S. § 38-1104 (applying when "***an employer*** interviews a law enforcement officer in the course of an administrative investigation") (emphasis added). Furthermore, Investigator Jaffer is not just an investigator—she is an attorney. Chief Palopoli, on the other hand, is a civilian (not sworn) employee ordered to participate in the investigation. If she is denied her right to counsel, she will have to attend a compelled interviewed by an attorney with no representation present.

The MCSO is in a unique position due to the court's oversight. The MCSO's policy preamble states that policy is not designed to formulate a rule for every situation, and in all cases, common sense shall prevail. It is certainly unusual for a law firm to conduct an investigation as a result of a court order, and common sense would allow for an individual questioned by an agent of a court to be allowed to have an attorney present for questioning. This is especially true since Chief Palopoli has no intention of interfering with the investigation. Both her and her counsel intend to respect the investigative process. Thus, Chief Palopoli asks the Court to allow her to have counsel present at her interview.

### CONCLUSION

For the forgoing reasons, Chief Palopoli respectfully requests the Court grant the Motion and allow Mr. Serbalik to attend her interview. A Proposed Order is attached.

**STEVEN J. SERBALIK P.L.C.**

Dated: October 27, 2025

By: /s/ Steven J. Serbalik
Steven J. Serbalik
4925 E. Desert Cove Ave #116
Scottsdale, Arizona 85254
*Attorney for Melissa Palopoli*