John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor.<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,<br><br>Defendant, | No. CV-07-2513-PHX-GMS<br><br>**DEFENDANT SHERIFF SHERIDAN'S RESPONSE OF NO OPPOSITION TO CHIEF MELISSA PALOPOLI'S MOTION FOR LIMITED INTERVENTION AND PERMISSION TO ATTEND INTERVIEW [DOC. 3289]** |

Sheriff Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County ("MCSO"), respectfully files this response of no opposition to Executive Chief Melissa Palopoli's Motion for Limited Intervention and Permission to Attend Interview (Doc. 3289). Due to the unique nature of the Independent Investigator's relationship with the Court, *see*

119122862.1

Doc. 3191, MCSO does not oppose the Court's permitting the relief requested in the Motion for the reasons stated in the Motion.

Additionally, the Independent Investigator, Attorney Shaneeda is not an employee or independent contractor of MCSO. Indeed, the Court had allowed Chief Palopoli and other interviewees to have counsel present in the Monitor interviews which preceded and were apparently the precursor of the subject, independent investigation. In addition, MCSO opposed Attorney Jaffer's appointment as the Court-Ordered independent investigator. *See* Doc. 3184. Under these unique circumstances, MCSO does not believe that either GH-2, *Internal Investigations* or A.R.S. § 38-1104 would preclude Chief Palopoli, or any other interviewee, from bringing an attorney to any interview that Attorney Jaffer may conduct subsequent to the Court's Order appointing her as an Independent Investigator in this action.

DATED this 27th day of October, 2025.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Joseph J. Popolizio
    John T. Masterson
    Joseph J. Popolizio
    Justin M. Ackerman
    Daniel A. Shudlick
    40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

119122862.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 27th day of October, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Megan Axlund

119122862.1