# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>                Plaintiffs,<br><br>and<br><br>United States of America,<br><br>                Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>                Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The potential need for an Independent Disciplinary Authority has arisen for IA 2025-0185 and any such matters as may thereafter follow. The Court thus reappoints Daniel R. Alonso, who has previously served in this capacity in this lawsuit, as the Independent Disciplinary Authority. The Independent Disciplinary Authority has all the responsibilities, duties, authority, immunities and right to payment as previously set forth in Doc. 1765 ¶¶ 320-327. The Court further clarifies that except that as otherwise set forth in ¶¶ 320-327 Mr. Alonso stands in the shoes of a member of the MCSO command staff appointed to conduct pre-determination hearings and is entitled to qualified immunity for his actions and decisions in pursuit of that authority.

Maricopa County shall immediately provide Mr. Alonso with the contact to whom he shall submit his bills, and Maricopa County shall provide Mr. Alonso with the person he should contact to arrange necessary access and facilities.

Dated this 29th day of October, 2025.

*[signature]*
G. Murray Snow
Senior United States District Judge