**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>　　　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

　　　　The Monitor pursuant to the Court's order in Doc. 2937 has been reviewing the pilot program which expanded the span of control requirements for field supervision within the MCSO patrol division to accommodate Deputy Service Aides. The Monitor has provided the Court with recommendations which the Court appreciates. Nevertheless, because the expansion also pertains to the supervision of posse members, prior to granting final approval to making the pilot expansion permanent, the Court extends the pilot for an additional year commencing November 1, 2025, and directs the Monitor to assess MCSO's compliance with the following:

　　a)　　Whether Posse members reporting for duty at patrol districts are subject to identified and consistent supervision.

    b)    Whether Posse members that commence their duties at the beginning of a regularly assigned patrol shift are identified on the patrol shift roster.

    c)    In those instances where Posse members report for duty after a shift has begun, whether the patrol supervisor ensures that the Posse member is briefed on issues that were addressed at the beginning of the shift, and whether the Posse member is added to the patrol shift roster.

    d)    Whether all Posse members working in patrol districts are assigned and appropriately wear and use a body-worn camera at all times during their shift.

    e)    Whether Posse members submit Patrol Activity Logs (PALs) at the end of their shifts.

At the end of the one-year extension period, the Monitor shall submit to the Court and the Parties an addendum to its original recommendation that documents its assessment of MCSO's compliance with these requirements.

Dated this 29th day of October, 2025.

_____
G. Murray Snow
Senior United States District Judge

- 2 -