IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-02513-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Sheriff Gerard A. Sheridan's Motion for Additional Time to Respond to the Court's October 8, 2025 Order. (Doc. 3277). In light of the Court's Order today vacating the procedure and deadlines set forth in the last two paragraphs of Doc. 3263 (*see* Doc. 3301), the Sheriff's motion is denied as moot.

**IT IS THEREFORE ORDERED** that Sheriff Sheridan's Motion for Additional Time to Respond to the Court's October 8, 2025 Order (Doc. 3277) is **DENIED**.

Dated this 31st day of October, 2025.

G. Murray Snow
Senior United States District Judge