Contact Information
Hanna Gabrielsson
233 N. Val Vista Dr. Unit 825 Mesa, AZ 85213
602-330-9813
hanna.gabrielsson@proton.me

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Manuel De Jesus Ortega Melendres, et al.,

Plaintiffs,

v.

Joseph M. Arpaio, et al.,

Defendants.

No. CV-07-2513-PHX-GMS

**NOTICE OF SUBSEQUENT AUTHORITY AND RELATED ACTION**

Honorable G. Murray Snow

## To the Honorable G. Murray Snow

I, Hanna Gabrielsson, the Pro Se Amicus Curiae, file this Notice to inform the Court of recent, publicly-filed developments directly relevant to the pending Motion to Strike my Amicus Curiae Brief and the central issue of the Maricopa County Sheriff's Office's (MCSO) systemic integrity.

I. <u>THE SHOCKING CONNECTION AND RELATED FILINGS</u>

1. My Amicus Curiae Brief provides evidence of the MCSO's failure to investigate serious felonies, which speaks directly to the "*systemic dysfunction*" the Court is currently addressing.

2. The Motion to Strike my Amicus Brief was filed by the legal team representing the Defendants.

1

3. To my utter shock, I discovered on October 22, 2025, at the public meeting with Monitor Robert Warshaw and the Court, that one of the attorneys introduced by the Court as representing the MCSO in this oversight action, Joseph Popolizio, is the same attorney who serves as defense counsel in my separate civil matter on appeal: Gabrielsson/Kowalski v. RNS (Court of Appeals, Division One,, Case No. 1 CA-CV-25-0724.

4. This discovery is critically relevant because, in that same appellate case, I have filed two subsequent, publicly-available documents that directly address integrity issues:

- My Motion for Judicial Notice of Public Records (Filed October 15, 2025); This filing alleges that the same defense counsel engaged in an alleged "*Fraud Upon the Court*" by submitting forged documents and perjured affidavits.

- My Appellants' Reply to Appellee Alerus' Motion to Dismiss/Strike (Filed October 28, 2025). This recent filing further articulates that the case involves conduct that, I believe, constitutes a "*criminal enterprise*," directly linking to the systemic failure of law enforcement and regulatory bodies to investigate crimes involving prominent non-immigrant individuals.

## II. RELEVANCE TO THE INSTANT MOTION TO STRIKE

I, therefore, submit this Notice for the Court's consideration in its decision on the Motion to Strike:

- **Conflict of Interest/Motivation:** Although Mr. Popolizio did not sign the Motion to Strike, his confirmed role as MCSO counsel means he is part of the legal team seeking to suppress evidence (my amicus brief) while simultaneously being the subject of active, public appellate filings regarding

alleged misconduct. This strongly suggests that the opposition to my Amicus Brief is an attempt to silence me because I have exposed both systemic MCSO dysfunction and, inadvertently, the alleged professional misconduct of its legal representatives.

- **Systemic Integrity Issue:** The MCSO's failure to investigate crimes - as detailed in my Amicus Brief - is a sign of a systemic breakdown. Adding to this, the related appeals raise serious questions about the professional integrity and conduct of the MCSO's own lawyers, which is crucial for the Court to consider as it maintains judicial oversight.

## III. CONCLUSION

As Amicus Curiae, I respectfully request the Court take notice of the facts presented in this filing. The Court's consideration is critical as the defense counsel's move to strike the Amicus Brief has a strong, self-serving motive to suppress evidence of both the MCSO's systemic dysfunction and information regarding their own alleged professional misconduct.

## IV. CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, I filed the foregoing with the Clerk of the Court and served counsels representing MCSO.

Respectfully Submitted on October 31, 2025.

_____

Pro Se Amicus Curiae Hanna Gabrielsson