**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>　　　　　　Plaintiffs,<br><br>and<br><br>United States of America,<br><br>　　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>　　　　　　Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Pending before the Court are Sheriff Sheridan's Motion to Strike Amicus Curiae Brief (Doc. 3270) and Hanna Gabrielsson's Motion for Leave to File Amicus Curiae Brief Nunc Pro Tunc (Doc. 3278).

"Amicus briefs are considered at the discretion of the Court." *Miracle v. Hobbs*, 333 F.R.D. 151, 156 (D. Ariz. 2019) (citations omitted). The consideration of an amicus brief "is seldom appropriate at the level of the trial level where the parties are adequately represented by experienced counsel." *ForestKeeper v. Elliott*, 50 F. Supp. 3d 1371, 1380 (E.D. Cal. 2014) (citation omitted). Because the "interests of the [Plaintiff class] in this action are adequately represented and do not require the assistance of *amici curiae*," see *Barnes-Wallace v. Boy Scouts of Am.*, 2004 WL 7334937, at *2 (S.D. Cal. Mar. 15, 2004),

1  the Court will grant the Sheriff's Motion and deny Hanna Gabrielsson's Motion.

2  Accordingly,

3  **IT IS THEREFORE ORDERED** that Sheriff Sheridan's Motion to Strike Amicus
4  Brief (Doc. 3270) is **GRANTED**.

5  **IT IS FURTHER ORDERED** that Hanna Gabrielsson's Motion for Leave to File
6  Amicus Curiae Brief Nunc Pro Tunc (Doc. 3278) is **DENIED**.

7  **IT IS FURTHER ORDERED** that Doc. 3260 ("AMICUS Curiae Brief in Support
8  of Continued Federal Court Oversight of the Maricopa County Sheriff's Office by Hanna
9  Gabrielsson") and Doc. 3303 ("NOTICE of Subsequent Authority and Related Action by
10 Hanna Gabrielsson") are **STRICKEN FROM THE RECORD**.

11 **IT IS FURTHER ORDERED** directing the Clerk of Court to terminate Hanna
12 Gabrielsson from this action.

13 Dated this 7th day of November, 2025.

_____
G. Murray Snow
Senior United States District Judge

- 2 -