AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, et al., )<br>*Plaintiff* )<br>v. )<br>County of Maricopa, et al., )<br>*Defendant* ) | Case No.   CV-07-2513-PHX-GMS |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

County of Maricopa                                                                                                        .

Date:   11/10/2025                                                          /s/ Dominic E. Draye
                                                                                         *Attorney's signature*

                                                                                Dominic E. Draye (SBN 033012)
                                                                                 *Printed name and bar number*

                                                                                    Greenberg Traurig, LLP
                                                                                  2375 E Camelback Rd., #800
                                                                                        Phoenix, AZ 85016

                                                                                               *Address*

                                                                                       drayed@gtlaw.com
                                                                                          *E-mail address*

                                                                                         (602) 445-8000
                                                                                        *Telephone number*

                                                                                         (602) 445-8100
                                                                                            *FAX number*