John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor. <br><br> v. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendant, | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT SHERIFF SHERIDAN'S NOTICE OF FILING EXHIBIT A TO DOC. 3226 PURSUANT TO THE COURT'S NOVEMBER 3, 2025 ORDER (DOC. 3304)** |

Pursuant to the Court's Order on November 3, 2025, (Doc. 3304), Sheriff Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona ("MCSO"), provides notice of filing a redacted copy of Exhibit A to Doc. 3226, attached hereto as **Exhibit 1**. Pursuant to the Court's November 3, 2025 Order, Counsel for MCSO circulated Exhibit 1

119183047.1

to Plaintiffs for their review and approval. On Friday, November 7, 2025, counsel for Plaintiffs approved **Exhibit 1** to be filed as Exhibit A to Doc. 3226.

DATED this 12th day of November, 2025.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Joseph J. Popolizio
    John T. Masterson
    Joseph J. Popolizio
    Justin M. Ackerman
    Daniel A. Shudlick
    40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Gerard A. Sheridan, in his
    official capacity as Sheriff of Maricopa
    County, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Megan Axlund