# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>          Plaintiffs,<br><br>and<br><br>United States of America,<br><br>          Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>          Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court has received and reviewed the Monitor's invoice dated December 1, 2025, for services rendered by the Monitor in November 2025. The Court finds the invoice and charges to be reasonable and directs Maricopa County to authorize payment of the Monitor's invoice for the total amount, including any past due balance.

Dated this 4th day of December, 2025.

_G. Murray Snow_
G. Murray Snow
Senior United States District Judge