1  John T. Masterson, Bar #007447
   Joseph J. Popolizio, Bar #017434
2  Justin M. Ackerman, Bar #030726
   Daniel A. Shudlick, Bar #035950
3  JONES, SKELTON & HOCHULI P.L.C.
   40 N. Central Avenue, Suite 2700
4  Phoenix, Arizona 85004
   Telephone: (602) 263-1741
5  Fax: (602) 200-7876
   jmasterson@jshfirm.com
6  jpopolizio@jshfirm.com
   jackerman@jshfirm.com
7  dshudlick@jshfirm.com

8  Attorneys for Gerard A. Sheridan, in his official
   capacity as Sheriff of Maricopa County, Arizona
9

10              **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF ARIZONA**

12  Manuel De Jesus Ortega Melendres, on        No. CV-07-2513-PHX-GMS
    behalf of himself and all others similarly
13  situated; et al,                            **DEFENDANT GERARD A.**
                                                **SHERIDAN'S NOVEMBER 2025**
14                              Plaintiffs,      **NOTICE RE: PSB BACKLOG**
                                                **PURSUANT TO PARAGRAPHS 357**
15                     and                       **AND 364**

16
    United States of America,
17
                           Plaintiff-Intervenor.
18
                       v.
19
    Gerard A. Sheridan, in his official capacity
20  as Sheriff of Maricopa County, Arizona, et
    al.,
21
                              Defendant,
22

23

24
            Pursuant to Paragraph 364 of the Court's Amended Third Supplemental
25
    Permanent Injunction/Judgement Order (Doc. 2830) (the "Third Order"), and Paragraph 357
26
    as amended in the Court's Fourth Amended Supplemental Permanent Injunction/Judgment
27
    Order (Doc. 3076) ("Fourth Order"), Defendant Gerard A. Sheridan, in his official capacity
28

119299263.1

1   as Sheriff of Maricopa County, Arizona, provides notice to the Court that the backlog of open

2   administrative misconduct cases as of November 30, 2025, was 547.

3               During November 2025, 67 cases were removed from the backlog and 7 cases

4   were added to the backlog, resulting in a 60-case reduction to the backlog. Of the 67 cases

5   removed from the backlog:

6               • 1 was based on complaints filed in 2017

7               • 7 were based on complaints filed in 2018

8               • 3 were based on complaints filed in 2019

9               • 7 were based on complaints filed in 2020

10              • 10 were based on complaints filed in 2021

11              • 9 were based on complaints filed in 2022

12              • 1 was based on complaints filed in 2023

13              • 16 were based on complaints filed in 2024

14              • 13 were based on complaints filed in 2025

15              This information is reflected in the Monthly Production Request Response

16  submitted to the Monitor and parties, attached hereto as **Exhibit A**.

17

18

19              DATED this 11th day of December, 2025.

20                                          JONES, SKELTON & HOCHULI, P.L.C.

21

22                                          By /s/ Joseph J. Popolizio
23                                              John T. Masterson
                                                Joseph J. Popolizio
                                                Justin M. Ackerman
24                                              Daniel A. Shudlick
                                                40 N. Central Avenue, Suite 2700
25                                              Phoenix, Arizona 85004
                                                Attorneys for Gerard A. Sheridan, in his
26                                              official capacity as Sheriff of Maricopa
                                                County, Arizona
27

28

2

1

2

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 11th day of December, 2025, I caused the foregoing

3

document to be filed electronically with the Clerk of Court through the CM/ECF System for

4

filing; and served on counsel of record via the Court's CM/ECF system.

5

6

7

/s/ Megan Axlund

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3