# EXHIBIT A



# Maricopa County Sheriff's Office
*Sheriff Jerry Sheridan*
*Court Implementation Division*

# MONTHLY PRODUCTION REQUEST

**FOR THE MONTH OF: November 2025**

**REFERENCE PARAGRAPH: 357,358,364**

**PRODUCTION REQUEST:**

*"*Provide a list of all "backlog" cases completed during the month, as per the amended definition of Paragraph 204. For each case, please provide:
- The IA number
- The date the complaint was received
- The date the investigation was completed
- Whether the complaint was internally or externally generated
- The date the investigative report was approved by the PSB Commander
- An identification of which completed cases were diversions
- An identification of which completed cases were filed between 2015-2020*"*

Provide a list of all administrative investigations remaining in the backlog (Excel spreadsheet preferred) at the end of the month that are open and have not been completed, as per amended Paragraph 204, including the case number and the date received.

- Identify new cases added to the backlog for the month, to include the case number, the date the complaint was received, and the date it became part of the backlog.

Provide a list of open administrative investigations that are not part of the current backlog for that month, to include the case number and the date the complaint was received.

Provide a list of non-backlog cases completed during the month, to include the case number, the date the complaint was received, and the date it was completed per amended Paragraph 204. Provide the net total number of administrative investigations in the backlog, taking into account the number of investigations removed from the backlog minus new investigations added to the workload."



# Maricopa County Sheriff's Office
*Sheriff Jerry Sheridan*
## Court Implementation Division

**RESPONSE:**

The attached list accounts for previously reported PSB backlog cases that have been removed from the backlog during this reporting period.

There were 607 backlog cases as of October 31st, 2025. As of November 30th, 2025, the backlog consisted of 547 Administrative Investigations. In the month of November 2025:

- 67 cases were removed from the backlog
- 7 cases were added to the backlog
- The backlog was reduced by 60 cases
- The backlog reduction met the monthly goal

Of the 67 cases removed from the backlog in November 2025:

- 1 was based on complaints filed in 2017
- 7 were based on complaints filed in 2018
- 3 were based on complaints filed in 2019
- 7 were based on complaints filed in 2020
- 10 were based on complaints filed in 2021
- 9 were based on complaints filed in 2022
- 1 was based on complaints filed in 2023
- 16 were based on complaints filed in 2024
- 13 were based on complaints filed in 2025


- During this quarter, the backlog reduction is on track to, potentially, fall short of the goal by 27 cases.
- During this quarter, 35 cases have been removed from the backlog that were filed from 2015-2020.
- A credit of 0 cases from the previous quarter applies to this quarter's backlog reduction.
- For Quarter 3 – 2025, PSB earned a credit of 2 cases to be authorized for use in Quarter 4 – 2025.



# Maricopa County Sheriff's Office
*Sheriff Jerry Sheridan*
## Court Implementation Division

The PSB backlog consisted of 547 cases, as of 11/30/2025.

PSB completed 67 backlog cases and 27 current cases during this reporting period.

There were 216 active PSB investigations which were not a part of the backlog of cases, as of 11/30/2025.

**Author of Response:** Mariusz Kurowski B5112

**Bureau/Division:**   Professional Standards Bureau

**Date of Response:**   12/03/2025

**ATTACHMENTS:**

- 337,358,364 _PSB Backlog 11302025.xlsx
- 357,358,364 COMPLETED_PSB Backlog_11302025.pdf
- 357,358,364 Open Cases NOT Backlog 11302025.pdf
- 357,358,364 Closed Cases NOT Backlog 11302025.pdf