1  John T. Masterson, Bar #007447
2  Joseph J. Popolizio, Bar #017434
   Justin M. Ackerman, Bar #030726
3  Daniel A. Shudlick, Bar #035950
   JONES, SKELTON & HOCHULI P.L.C.
4  40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
5  Telephone: (602) 263-1741
   Fax: (602) 200-7876
6  jmasterson@jshfirm.com
   jpopolizio@jshfirm.com
7  jackerman@jshfirm.com
   dshudlick@jshfirm.com
8
   Attorneys for Gerard A. Sheridan, in his official
9  capacity as Sheriff of Maricopa County, Arizona

10
                    **UNITED STATES DISTRICT COURT**
11
                         **DISTRICT OF ARIZONA**
12

13 | Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al, | No. CV-07-2513-PHX-GMS |
   |---|---|
   | Plaintiffs, | **DEFENDANT SHERIDAN'S NOTICE RE: DECEMBER 12, 2025 ORDER** |
   | and | |
   | United States of America, | |
   | Plaintiff-Intervenor. | |
   | v. | |
   | Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al., | |
   | Defendant, | |

24       Sheriff Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa
25 County, Arizona ("MCSO"), gives notice to the Court that pursuant to this Court's Orders
26 compelling MCSO to produce privileged documents to the Independent Investigator (*see*
27
28

119346896.1

Docs. 3334, 3307), MCSO provided the Independent Investigator with the withheld documents, as described by MCSO in Doc. 3261 at pp. 8-10, on December 22, 2025.[1]

DATED this 22nd day of December, 2025.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Joseph J. Popolizio
    John T. Masterson
    Joseph J. Popolizio
    Justin M. Ackerman
    Daniel A. Shudlick
    40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of December, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Megan Axlund

---

[1] MCSO reiterates, as recognized by the Court, that this court compelled production of information does not waive any attorney-client privilege MCSO has asserted on these materials. [*See* Doc. 3334 at 6:12-22 (citing *United States v. de la Jara*, 973 F.2d 746, 749 (9th Cir. 1992))]. Moreover, MCSO affirmatively asserts that its compliance with the Court's orders does not waive any appellate rights related to the Court's Orders (i.e., Docs. 3334 and 3307).

119346896.1