# EXHIBIT A



# Maricopa County Sheriff's Office
*Sheriff Jerry Sheridan*
## Court Implementation Division

There was no financial activity in the PSB Staffing Fund for the month of October 2025.  The attached report is generated from the Maricopa County financial system.

There was no financial activity in the PSB Staffing Fund for the month of October 2025.  The attached report is generated from the Maricopa County financial system.

# **MONTHLY PRODUCTION REQUEST**

**FOR THE MONTH OF:** November 2025

**REFERENCE PARAGRAPH #:** 340,341,342,345,368

**PRODUCTION REQUEST:**

*"Provide a report on the accounting of the PSB Staffing Fund, to include any payments made into the PSB Staffing Fund, and the reason such payments were made; and withdrawals from the fund and the reasons for the expenditures."*

**RESPONSE:**

There was no financial activity in the PSB Staffing Fund for the month of November 2025.  The attached report is generated from the Maricopa County financial system.

**Author of Response:**    Dan Campion

**Bureau/Division:**  Budget and Finance Bureau

**Date of Response:**  December 18, 2025

**ATTACHMENTS:**  PSB Staffing Fund 511 – FY26 – 05 November 2025 Payments & Withdrawal Report.pdf

| Report ID: | FIN-AP-MC004 | FIN-AP-MC004 - Revenue & Expense by Unit, Department, and Fund - Rev & Exp Fund | Page 19 of 19 |
|---|---|---|---|
| Run Date: | 12/5/25 | Fiscal Year: 2026 | |
| Run Time: | 8:26:03 AM | **Period Ending:  November** | |

**Fund:  511 - Established by the Court Order issued by the US District Court on 11/8/22, in CV-07-2513-PHX-GMS**

<------------ Current Period ------------>    <------------ Fiscal Year-To-Date ------------>    <------------------------------ Fiscal Year ------------------------------>

### REVENUE SUMMARY

| REVENUE SOURCE | | CURRENT BUDGET | CURRENT REVENUES | CURRENT VAR | YTD BUDGET | YTD REVENUES | YTD VAR |
|---|---|---|---|---|---|---|---|
| | Total | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | 0.00% |

### EXPENSE SUMMARY

| OBJECT | | CURRENT BUDGET | CURRENT EXPENDITURES | CURRENT VAR | YTD BUDGET | YTD EXPENDITURES | YTD VAR | PRE-ENCUMBRANCES | ENCUMBRANCES | FUNDS AVAILABLE | TOTAL BUDGET | TOTAL VAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Total | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |

### NET SUMMARY

| CURRENT REV - EXP | YTD REV - EXP | YTD REV - EXP - PreENC- ENC |
|---|---|---|
| $0.00 | $0.00 | $0.00 |