# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>               Plaintiffs,<br><br>and<br><br>United States of America,<br><br>               Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>               Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** setting a hearing for **January 9, 2026, at 2:00 p.m.** in Courtroom 602, Sandra Day O'Connor Federal Courthouse, 401 West Washington, Phoenix, Arizona 85003. The parties should be prepared to discuss the following matters:

(1) The Court's adoption of Plaintiffs' proposed standards for attributing and prorating costs incurred from compliance with this case (Doc. 3318), given Defendants' refusal to submit their proposed cost allocation procedures (Doc. 3319; Doc. 3320) despite the Court's Order (Doc. 3301) that required both Plaintiffs and Defendants to submit such standards.

(2) Maricopa County's continued status as a Defendant in this case, separate from Sheriff Sheridan (in his official capacity), given that "an official-capacity suit is, in all respects other than name, to be treated as a suit against the entity." *Kentucky v. Graham*, 473 U.S. 159, 166 (1985).

(3) The applicability of the notice and meet-and-confer requirements, as set forth in Doc. 606 ¶¶ 4–5, to Defendant Maricopa County's Rule 60(b) Motion for Relief from Judgment, as well as any additional pertinent matters raised in the parties' briefing for Maricopa County's Motion for Leave to File Excess Pages (Doc. 3336; Doc 3341; Doc. 3347).

(4) Whether the United States intends to support or oppose Maricopa County's Rule 60(b) Motion.

(5) The briefing schedule for Maricopa County's Rule 60(b) Motion.

Dated this 30th day of December, 2025.

_____
G. Murray Snow
Senior United States District Judge