UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

FILED ✓  LODGED ___
RECEIVED ___  COPY ___

DEC 22 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States of America,

      Plaintiff,

v.        Case No. 2:07-CV-02513-GMS

Maricopa County, et al.,

      Defendants.

Richard Wayne Thompson

Interested Third Party.

-------------------------------------------------------------

**MOTION TO INTERVENE AS INTERESTED THIRD PARTY**

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _Civil 54_____
      (Rule Number/Section)

AND LIMITED OPPOSITION TO DEFENDANTS' RULE 60(b)(5) MOTION

(Fed. R. Civ. P. 24(b))

---

I. INTRODUCTION .................................................................... 1

Movant seeks permissive intervention under Rule 24(b) for the limited purpose of opposing Defendants' Motion for Relief from Judgment under Rule 60(b)(5), filed December 17, 2025. Movant's claims share common questions of law and fact with Defendants' motion, including ongoing constitutional violations, systemic non-compliance, and false self-reporting to the Court by the Maricopa County Sheriff's Office ("MCSO"). Intervention will not delay proceedings or prejudice any party and will assist the Court in determining whether continued federal oversight remains necessary.

---

II. JURISDICTION AND VENUE ........................................... 2

This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343. Venue is proper because the consent decree, federal oversight, and Rule 60(b)(5) motion are pending before this Court, and

the unconstitutional conduct at issue occurred within this District. The Court retains continuing jurisdiction to assess compliance.

---

## III. RULE 24(b) PERMISSIVE INTERVENTION ............................... 3

Permissive intervention is appropriate because Movant's claims share common questions of law and fact with Defendants' Rule 60(b)(5) motion, including:

a. Whether unconstitutional practices by MCSO have ceased;

b. Whether discrimination and civil rights violations continue;

c. Whether Defendants truthfully disclosed material facts to the Court;

d. Whether terminating oversight would cause regression.

Intervention is narrowly limited to opposing the Rule 60(b)(5) motion. No discovery or expansion of the litigation is sought.

---

## IV. OPPOSITION TO RULE 60(b)(5) MOTION ........................ 4

Defendants assert that the conditions requiring federal oversight no longer exist. That assertion is false. Movant was unlawfully arrested and detained for approximately two months based on a warrant issued for another individual, Terrell Collins. MCSO lacked probable cause at all times. This conduct violated the Fourth, Fifth, Eighth, and Fourteenth Amendments to the United States Constitution and the Arizona Constitution.

Despite receiving notice and evidence of these violations, former Sheriff Paul Penzone and Sheriff Russ Skinner concealed the misconduct. MCSO acknowledged Movant's disclosures and thanked Movant for reporting constitutional violations yet failed to disclose those violations to the Court while submitting sworn compliance reports.

These omissions constitute materially false and misleading representations made under penalty of perjury and demonstrate ongoing non-compliance. The unconstitutional conduct that necessitated oversight continues to the present date.

---

## V. TERMINATION OF OVERSIGHT WILL CAUSE REGRESSION ............ 5

Federal oversight was imposed to remedy entrenched unconstitutional practices. Those practices persist. Ending oversight under these circumstances would permit immediate regression and renewed constitutional harm.

VI. CONCLUSION .................................................................. 6

Because Movant's claims share common questions of law and fact with Defendants' Rule 60(b)(5) motion, because unconstitutional conduct continues, and because oversight remains necessary to prevent regression, the Court should:

1. Grant permissive intervention under Rule 24(b); and

2. Deny Defendants' Motion for Relief from Judgment under Rule 60(b)(5).

DECLARATION OF Richard Wayne Thompson................................................. 7

I, Richard Wayne Thompson, declare under penalty of perjury:

1. I was unlawfully jailed by MCSO based on a warrant issued for another individual.

2. MCSO lacked probable cause to arrest or detain me.

3. I was incarcerated for approximately two months as a result.

4. I notified MCSO officials, including Paul Penzone and Russ Skinner, of these violations.

5. These violations were concealed and not disclosed to the Court.

6. Unconstitutional discrimination and civil rights violations are ongoing.

7. Ending federal oversight would permit immediate regression.

Executed this 20th___ day of __December_____, 2025.

_____

Richard Wayne Thompson

-------------------------------------------------------------------

CERTIFICATE OF SERVICE .......................................................... 8

I certify that on the 20th___ day of _December_____, 2025, I served true and correct copies of this Motion, Declaration, and Exhibits via Certified Mail, Return Receipt Requested, upon:

Maria Branden

Deputy County Attorney

Litigation Practice Group

Civil Services Division

222 N. Central Avenue

Suite 1100

Phoenix, Arizona 85004

602-506-8066









Timothy J. Casey, Esq.

Schmitt, Schneck, Smyth & Herrod, P.C.

1221 East Osborn Road

Suite 105

Phoenix, Arizona 85014

602-277-7000

Service was completed upon receipt and signature confirmation.

Richard Wayne Thompson
x *[signature]*    12/20/2025

---

**EXHIBIT INDEX (LODGED SEPARATELY)** ................................. 9

- Exhibit A: Email communication with Jerry Sheridan

- Exhibit B: Evidence provided regarding Sheriff Paul Penzone

- Exhibit C: Evidence of concealment by Sheriff Russ Skinner

- Exhibit D: MCSO acknowledgment thanking Movant for reporting violations

2:07-CV-02513-GMS

MELENDES V. SHERIDAN

EXHIBIT A

> between yourself, and Crawford !!!
>
> 5:41 PM
>
> Please send me this information to my email address. jerrysheridan2020@gmail.com
>
> It will better allow me to read and understand the information you are trying to get to me.

L1 1

2:07-CV-02513-GMS
MELENDRES V. SHERIDAN



EXHIBIT B



2:07-CV-02513-GMS
MELENDRES v. SHERIDAN



EXHIBIT
C

**Maricopa County Sheriff's Office**
Russ Skinner, Sheriff

Professional Standards Bureau
Maricopa County Sheriff's Office
550 West Jackson Street
Phoenix, AZ 85003
Phone (602)876-5429
www.mcso.org

April 25, 2024

Richard Thompson
2227 S 180th Dr
Goodyear, AZ 85338
777vets4god@gmail.com
SC2024-0106

Dear Richard Thompson,

We have received your complaint. Thank you for bringing this matter to our attention.

We can assure you that the circumstances surrounding your complaint will be investigated.

You will be informed of our findings upon completion of the investigation. Should you have any questions in the meantime, please feel free to contact the Professional Standards Bureau during regular business hours at (602) 876-5429.

SC#: SC2024-0106

Thank you,

Maricopa County Sheriff's Office
Professional Standards Bureau

---

~~Motion for Leave to File~~

2:07-CV-02513-GMS

MELENDRES v. SHERIDAN

EXHIBIT
C



# Maricopa County Sheriff's Office
## Professional Standards Bureau (PSB)
101 West Jefferson Street | Phoenix, AZ 85003

Exhibit D

## Comment and Complaint Form

**Optional Information:** NOTE: Complaints can be filed anonymously.

| | | | |
|---|---|---|---|
| Name: | Richard Thompson | Date: | 07/05/2025 |
| Address: | 2227 S. 180TH Ave, Goodyear, Arizona 85338 | | |
| Resident phone: | n/a | Business phone: | n/a |
| Cell phone: | 623-521-2201 | Email: | 777vets4god@gmail.com |

**Required Information:**

| | |
|---|---|
| Location of incident: | 601 W. Jackson St. |
| Date of incident: | 06/27/2025 |
| Time of incident: | 13:18:34 |
| Name of deputy(s) or description: | Ken Shipley- Court Operations (NEW EVIDENCE) |

\* MH 2018 - 000490 / CR 2015 129136-001 (NEW EVIDENCE)

CR 2019 126728-001 (NEW EVIDENCE)

Brief narrative of incident: (use additional sheets, if necessary)

Please see statement of claim/exhibits attached:

Your signature: [signature]

### THIS SECTION FOR SHERIFF'S OFFICE USE ONLY

| | |
|---|---|
| Name and serial # of personnel receiving information: | Date/Time: |
| Date/time forwarded to PSB (if not received by PSB): | |
| Nature of Incident: | How received: |
| Additional observations and actions by officer receiving information: | |

2:07-CV-02513-GMS
MELENDRES V. SHERIDAN

# Maricopa County Sheriff's Office
## Professional Standards Bureau (PSB)
101 West Jefferson Street | Phoenix, AZ 85003

Exhibit E

### Comment and Complaint Form

**Optional Information:** NOTE: Complaints can be filed anonymously.

| | | | |
|---|---|---|---|
| Name: | RC THOMPSON | Date: | 08/28/2025 |
| Address: | 2227 S. 180TH DR; GOODYEAR AZ 85338 | | |
| Resident phone: | N/A | Business phone: | N/A |
| Cell phone: | 623-521-2201 | Email: | 777vets4God@gmail.com |

**Required Information:**

| | |
|---|---|
| Location of incident: | MESA Police Department |
| Date of incident: | 08/21/2025 |
| Time of incident: | |
| Name of deputy(s) or description: | Detective Nick Cureton #19119 |

Brief narrative of incident: (use additional sheets, if necessary)

✻ PLEASE Attachments:

Your signature: [signature]

---

**THIS SECTION FOR SHERIFF'S OFFICE USE ONLY**

| | |
|---|---|
| Name and serial # of personnel receiving information: | Date/Time: |
| Date/time forwarded to PSB (if not received by PSB): | |
| Nature of Incident: | How received: |
| Additional observations and actions by officer receiving information: | |

~~Motion For Leave To File~~
2:07-CV-02513-GMS
MELENDRES V. SHERIDAN

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

```
___ FILED      ___ LODGED
___ RECEIVED   ✓ COPY

OCT 2 7 2025

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

_____ Division

| | |
|---|---|
| Richard Wayne Thompson <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> Dan Butler; Nick Cureton; Rachel Mitchell; Kris Mayes <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. CV-25-3985-PHX-DJH (MTM) <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✓ Yes ☐ No <br><br> EXHIBIT E |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Richard Wayne Thompson |
   | Street Address | 2227 S. 180TH Drive |
   | City and County | Goodyear/Maricopa |
   | State and Zip Code | Arizona/85338 |
   | Telephone Number | 623-521-2201 |
   | E-mail Address | 777vets4god@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

