1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9

Manuel de Jesus Ortega Melendres, on
behalf of himself and all others similarly
situated; et al.

10

                        Plaintiffs,

11

and

12

United States of America,

13

                        Plaintiff-Intervenor,

14

v.

15
16

Gerard A. Sheridan, in his official capacity
as Sheriff of Maricopa County, Arizona; et
al.

17
18

                        Defendants.

No. CV-07-2513-PHX-GMS

**ORDER**

19
20

    The Court has received and reviewed the Monitor's invoice dated January 1, 2026,

21

for services rendered by the Monitor in December 2025.  The Court finds the invoice and

22

charges to be reasonable and directs Maricopa County to authorize payment of the

23

Monitor's invoice for the total amount, including any past due balance.

24

    Dated this 8th day of January, 2026.

25
26
27

G. Murray Snow
Senior United States District Judge

28