# APPENDIX A

# APPENDIX A

The Monitor has concurred in MCSO's assertions of Full and Effective Compliance for the following 172 paragraphs (*see* Doc. 3268 at 12–18).

| | | |
|---|---|---|
| ¶ 9 | ¶ 10 | ¶ 11 |
| ¶ 12 | ¶ 13 | ¶ 19 |
| ¶ 21 | ¶ 22 | ¶ 23 |
| ¶ 24 | ¶ 26 | ¶ 27 |
| ¶ 28 | ¶ 29 | ¶ 30 |
| ¶ 31 | ¶ 34 | ¶ 35 |
| ¶ 36 | ¶ 37 | ¶ 38 |
| ¶ 39 | ¶ 40 | ¶ 43 |
| ¶ 44 | ¶ 45 | ¶ 46 |
| ¶ 47 | ¶ 48 | ¶ 49 |
| ¶ 50 | ¶ 51 | ¶ 52 |
| ¶ 53 | ¶ 55 | ¶ 57 |
| ¶ 58 | ¶ 59 | ¶ 60 |
| ¶ 61 | ¶ 62 | ¶ 63 |
| ¶ 66 | ¶ 68 | ¶ 71 |
| ¶ 73 | ¶ 74 | ¶ 75 |
| ¶ 76 | ¶ 77 | ¶ 78 |
| ¶ 80 | ¶ 83 | ¶ 84 |
| ¶ 85 | ¶ 86 | ¶ 88 |
| ¶ 89 | ¶ 90 | ¶ 91 |
| ¶ 93 | ¶ 94 | ¶ 101 |
| ¶ 102 | ¶ 103 | ¶ 104 |
| ¶ 105 | ¶ 106 | ¶ 113 |
| ¶ 114 | ¶ 116 | ¶ 167 |
| ¶ 168 | ¶ 169 | ¶ 170 |
| ¶ 171 | ¶ 172 | ¶ 174 |
| ¶ 175 | ¶ 176 | ¶ 177 |
| ¶ 178 | ¶ 179 | ¶ 180 |
| ¶ 181 | ¶ 182 | ¶ 184 |
| ¶ 185 | ¶ 186 | ¶ 187 |
| ¶ 188 | ¶ 189 | ¶ 190 |
| ¶ 191 | ¶ 190 | ¶ 193 |
| ¶ 196 | ¶ 197 | ¶ 198 |
| ¶ 199 | ¶ 200 | ¶ 201 |
| ¶ 202 | ¶ 203 | ¶ 205 |
| ¶ 206 | ¶ 207 | ¶ 208 |
| ¶ 209 | ¶ 210 | ¶ 212 |
| ¶ 213 | ¶ 214 | ¶ 215 |

| | | |
|---|---|---|
| ¶ 217 | ¶ 218 | ¶ 220 |
| ¶ 221 | ¶ 222 | ¶ 223 |
| ¶ 224 | ¶ 225 | ¶ 226 |
| ¶ 227 | ¶ 228 | ¶ 229 |
| ¶ 230 | ¶ 231 | ¶ 232 |
| ¶ 233 | ¶ 234 | ¶ 235 |
| ¶ 236 | ¶ 238 | ¶ 239 |
| ¶ 240 | ¶ 241 | ¶ 242 |
| ¶ 243 | ¶ 244 | ¶ 245 |
| ¶ 246 | ¶ 247 | ¶ 248 |
| ¶ 249 | ¶ 250 | ¶ 251 |
| ¶ 252 | ¶ 253 | ¶ 254 |
| ¶ 255 | ¶ 256 | ¶ 257 |
| ¶ 258 | ¶ 259 | ¶ 260 |
| ¶ 264 | ¶ 265 | ¶ 266 |
| ¶ 268 | ¶ 271 | ¶ 272 |
| ¶ 273 | ¶ 276 | ¶ 278 |
| ¶ 279 | ¶ 282 | ¶ 284 |
| ¶ 286 | ¶ 287 | ¶ 292 |
| ¶ 337 | | |