# APPENDIX B

# APPENDIX B

MCSO has been deemed in Compliance with the following six paragraphs for a period of at least three continuous years.

| Paragraph | Date of Compliance |
|---|---|
| ¶ 56 | 9/30/2021 |
| ¶ 69 | 12/31/2021 |
| ¶ 165 | 12/31/2021 |
| ¶ 173 | 3/31/2018 |
| ¶ 216 | 6/30/2017 |
| ¶ 288 | 6/30/2022 |