# APPENDIX C

# APPENDIX C

MCSO has also been deemed in Compliance, but for a period of less than three continuous years, with the following 32 paragraphs.

| Paragraph | Date of Compliance |
|---|---|
| ¶ 25 | 6/30/2023 |
| ¶ 42 | 9/30/2023 |
| ¶ 64 | 6/30/2023 |
| ¶ 65 | 6/30/2023 |
| ¶ 67 | 6/30/2023 |
| ¶ 87 | 9/30/2023 |
| ¶ 92 | 6/30/2023 |
| ¶ 95 | 6/30/2023 |
| ¶ 96 | 6/30/2023 |
| ¶ 97 | 9/30/2024 |
| ¶ 98 | 9/30/2023 |
| ¶ 99 | 3/31/2023 |
| ¶ 100 | 9/30/2023 |
| ¶ 267 | 6/30/2024 |
| ¶ 338 | 12/31/2022 |
| ¶ 339 | 12/31/2022 |
| ¶ 340 | 12/31/2022 |
| ¶ 341 | 12/31/2022 |
| ¶ 342 | 12/31/2022 |
| ¶ 343 | 12/31/2022 |
| ¶ 344 | 9/30/2022 |
| ¶ 345 | 12/31/2022 |
| ¶ 348 | 9/30/2024 |
| ¶ 350 | 12/31/2024 |
| ¶ 353 | 9/30/2024 |
| ¶ 355 | 6/30/2024 |
| ¶ 356 | 12/31/2024 |
| ¶ 357 | 12/31/2024 |
| ¶ 358 | 12/31/2024 |
| ¶ 364 | 12/31/2022 |
| ¶ 365 | 9/30/2024 |
| ¶ 368 | 12/31/2022 |