# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

In light of the extensive unavailability of Executive Staff necessary to conduct the meeting,

**IT IS ORDERED** that the next Quarterly Community Meeting in this matter scheduled for **Wednesday, February 4, 2026**, is **CANCELLED**.

The Court expects that this cancellation will prove to be a one-time occurrence.

Dated this 22nd day of January, 2026.

_____
G. Murray Snow
Senior United States District Judge