John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor. <br><br> v. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendant, | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT GERARD A. SHERIDAN'S DECEMBER 2025 NOTICE RE: PSB BACKLOG PURSUANT TO PARAGRAPHS 357 AND 364** |

Pursuant to Paragraph 364 of the Court's Amended Third Supplemental Permanent Injunction/Judgement Order (Doc. 2830) (the "Third Order"), and Paragraph 357 as amended in the Court's Fourth Amended Supplemental Permanent Injunction/Judgment Order (Doc. 3076) ("Fourth Order"), Defendant Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, provides notice to the Court that the backlog of open administrative misconduct cases as of December 31, 2025, was 515.

119396575.1

During December 2025, 41 cases were removed from the backlog and 9 cases were added to the backlog, resulting in a 32-case reduction to the backlog. Of the 41 cases removed from the backlog:

- 1 was based on complaints filed in 2017
- 3 were based on complaints filed in 2018
- 8 were based on complaints filed in 2019
- 1 were based on complaints filed in 2020
- 9 were based on complaints filed in 2021
- 5 were based on complaints filed in 2022
- 0 was based on complaints filed 2023
- 8 were based on complaints filed in 2024
- 6 were based on complaints filed in 2025

In 2025's Fourth Quarter, the Maricopa County Sheriff's Office fell short of its 180-case reduction goal by 55 cases. PSB is claiming a credit of 2 cases from Quarter 3, thereby falling short of its goal by a total of 53 cases. Also, during this Quarter, 81 cases were removed from the backlog that were filed in 2015-2020.

This information is reflected in the Monthly Production Request Response submitted to the Monitor and parties, attached hereto as **Exhibit A**.

DATED this 30th day of January, 2026.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Joseph J. Popolizio
John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

2

119396575.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Megan Axlund

119396575.1