# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

The Court has reviewed Defendant Sheriff Gerard Sheridan's ("Sheriff Sheridan") Notice of Intent to Transfer Personnel Into Professional Standards Bureau and Request to Seal Information (Doc. 3390).

**IT IS HEREBY ORDERED** granting Defendant Sheriff Sheridan's Notice of Intent to Transfer Personnel Into Professional Standards Bureau and Request to Seal Information (Doc. 3390).

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** directing the Clerk of Court to file under seal the lodged document (Doc.3391) regarding Defendant Sheriff Sheridan's intent to transfer Lieutenant Kelly Bocardo into the Professional Standards Bureau (PSB) and Lieutenant Dmitri Whelan-Gonzales into the Bureau of Internal Oversight (BIO).

Dated this 5th day of February, 2026.

_G. Murray Snow_
Senior United States District Judge