Peter W. Johnston (*Pro Hac Vice*)
pjohnston@cov.com
Covington & Burling LLP
415 Mission Street
Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*,<br><br>    Plaintiffs,<br><br>and<br><br>United States of America,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, *et al.*<br><br>    Defendants. | CV-07-2513-PHX-GMS<br><br>**PLAINTIFFS' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS** |

Additional Attorneys for Plaintiffs:

Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
John M. Mitchell
jmitchell@acluaz.org
ACLU Foundation of Arizona
2712 North 7th Street
Phoenix, AZ 85006
Telephone: (602) 650-1854

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775

Jenn Rolnick Borchetta*
jborchetta@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
125 Broad Street
New York NY 10004
Telephone: (914) 462-2363

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512

Sebrina M. Shaw (024545)
sshaw@acluaz.org
Shaw Law Firm, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
Telephone: (928) 646-0369

*Pro Hac Vice

Pursuant to Local Civil Rule 83.3(a), Peter W. Johnston hereby enters his appearance as co-counsel of record for Plaintiffs.

Dated this 6th day of March, 2026.

By: /s/ *Peter W. Johnston*
Stanley Young*
Peter W. Johnston*
Covington & Burling, LLP

Christine K. Wee
Victoria Lopez
John Mitchell
ACLU Foundation of Arizona

Jenn Rolnick Borchetta*
Cecillia D. Wang *
ACLU Foundation

Eduardo Casas*
Mexican American Legal Defense
and Educational Fund

Sebrina M. Shaw
Shaw Law Firm, P.L.L.C.

*Attorneys for Plaintiffs*

*Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, I had the attached document electronically transmitted to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

*/s/ Peter W. Johnston*
Peter W. Johnston
