# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** setting a hearing for **March 12, 2026, at 1:30 p.m.** in Courtroom 603,[1] Sandra Day O'Connor Federal Courthouse, 401 West Washington, Phoenix, Arizona 85003.

The parties should be prepared to discuss the following matters:

(1) The authority of the Monitor to approve the appointment of a qualified candidate for Commander of the Professional Standards Bureau ("PSB"). *See* Doc. 1765 ¶¶ 197, 268; Doc. 3151 at 21:1-22:9.

(2) The authority of the Sheriff, under the Court's orders and applicable Arizona state law, to alter PSB disciplinary decisions. *See* Doc. 1765 ¶ 228:

---

[1] Judge Campbell's courtroom.

The Sheriff or his designee has the authority to rescind, revoke or alter any disciplinary decision made by either the Commander of the Professional Standards Bureau or the appointed MCSO disciplinary authority so long as:

    a. that decision does not relate to the Sheriff or his designee;

    b. the Sheriff or his designee provides a thorough written and reasonable explanation for the grounds of the decision as to each employee involved;

    c. the written explanation is placed in the employment files of all employees who were affected by the decision of the Sheriff or his designee; and

    d. the written explanation is available to the public upon request.

Dated this 9th day of March, 2026.

_____
G. Murray Snow
Senior United States District Judge