Harmeet K. Dhillon
Assistant Attorney General
R. Jonas Geissler
Deputy Assistant Attorney General
Patrick McCarthy
Acting Section Chief
Suraj Kumar (NY Bar No. 5620745)
Trial Attorney

U.S. Department of Justice, Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., N.W.
Washington, DC 20002

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al*.<br><br>                                    Plaintiffs,<br><br>and<br><br>United States of America<br>                          Plaintiff-Intervenor,<br><br>        v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, AZ; *et al*.<br><br>                          Defendants. | No. 2:07-cv-02513-PHX-GMS<br><br>**UNITED STATES' RESPONSE TO DEFENDANTS' MOTION FOR RELIEF FROM THE THIRD AND FOURTH ORDERS (DOC. 3399)** |

The United States hereby responds to Defendants' motion for relief from the Third and Fourth Orders (Doc. 3399).  The Maricopa County Sheriff's Office (MCSO) and Maricopa County ask the Court to (a) allow MCSO to assign internal affairs backlog cases to five patrol district sergeants, rather than imposing a $765,000

fine; and (b) reduce the quarterly backlog reduction requirement from 180 cases to 129 cases, a pace that would eliminate the backlog by the end of 2026 or early 2027. The United States supports MCSO's requests.

In imposing sanctions to coerce compliance, courts consider "the character and magnitude of the harm threatened by continued contumacy" and "the probable effectiveness of any suggested sanction in bringing about the result desired." *United States v. United Mine Workers*, 330 U.S. 248, 303-04 (1947). Here, the Court entered the Third and Fourth Orders to eliminate the internal affairs backlog and ensure compliance with the requirement that MCSO conduct timely internal affairs investigations. Doc. 2830 at 2-6; Doc. 3075 at 2-4. The Fourth Order provides that the Court "may for good cause shown consider modifications to the payment schedule." Doc. 3075 at 10-11, ¶ 358.

There is good cause for the requested modification, and Defendants' proposed alternative relief would achieve the desired result of backlog reduction. Since the Court entered the Third Order in November 2022, MCSO has reduced the backlog from 2,048 cases to 475 cases as of January 31, 2026. Doc. 2993 at 3; Doc. 3406 at 1. MCSO reports that the existing backlog does not include any Class Remedial Matter cases. Doc. 3399 at 27. As MCSO has reduced the backlog, the Monitor has found that MCSO's investigations remain rigorous and impartial. Doc. 3381 at 206. MCSO has also diverted certain cases from the Professional Standards Bureau with the Monitor's approval. Doc. 3381 at 276, 294, 298. While MCSO did not meet the quarterly backlog reduction target for the fourth quarter of 2025, Defendants propose an alternative to fines that would accelerate backlog reduction efforts: assigning backlog cases to patrol district sergeants who have received training on conducting investigations. Doc. 3399 at 31-32; Doc. 3243 at 4. Finally, reducing the quarterly target to 129 cases would still lead to the elimination of the backlog by the end of this year or early next year. Doc. 3399 at 34.

Accordingly, the United States respectfully supports Defendants' motion for relief from the Third and Fourth Orders.

Respectfully submitted this 13th day of March, 2026.

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

R. Jonas Geissler
Deputy Assistant Attorney General

Patrick McCarthy
Acting Chief, Special Litigation Section

/s/ Suraj Kumar
Suraj Kumar (NY Bar No. 5620745)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Tel. (202) 598-1211
suraj.kumar@usdoj.gov

*Attorneys for the United States*

<u>CERTIFICATE OF SERVICE</u>

I certify that on or about March 13, 2026, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

/s/ Suraj Kumar