IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

As a part of its March 13, 2026 Order (Doc. 3422), the Court presented three questions for the parties to address regarding paragraph 228 of the Court's Second Supplemental Injunctive Order. The Court will pose a fourth question for the parties to consider, should they desire to be heard on the issue.

Does the Sheriff have the authority to alter factual determinations that the MCSO and/or the Maricopa County Attorney's Office are required to disclose as exculpatory or impeachment evidence under *Brady v. Maryland*, 373 U.S. 83 (1963), and Arizona state law (*e.g.*, A.R.S. §§ 38-1117, 1119)?

//

//

**IT IS ORDERED** amending the deadline set forth in Doc. 3422 for Plaintiffs, Defendants, and the United States to file their briefs on the potential revision of Doc. 1765 ¶ 228. The parties shall file their briefs by March 30, 2026. The briefs shall not exceed seventeen (17) pages.

Dated this 16th day of March, 2026.

_G. Murray Snow_
G. Murray Snow
Senior United States District Judge