# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

On October 31, 2025, the Court requested the Monitor's Budget Analysts to "provide a supplemental report describing in additional detail to their 97-page report how they engineered the actual expenses that the County Defendants attributed to *Melendres*, and the lack of justification for many such expenses." (Doc. 3301 at 6). The Court has now received that supplemental report. The Court thus files the Monitor's Budget Analysts' supplemental analysis of the operating expenses claimed by the MCSO as an appendix to this order.

Dated this 18th day of March, 2026.

G. Murray Snow
Senior United States District Judge

# Supplemental Report of the Budget Analyst Team

March 6, 2026

## Supplemental Report in Response to Court's Order

On October 31, 2025, the Arizona United States District Court directed the following action:

> ...the Court will have the Monitor's public finance experts provide a supplemental report describing in additional detail to their 97-page report how they engineered the actual expenses that the County Defendants attributed to *Melendres*, and the lack of justification for many such expenses. The report shall be provided to the public and the parties.[1]

This Supplemental Report provides additional detail and context to the Budget Analyst Team's Report on the Costs Recorded by the Maricopa County Sheriff's Office (MCSO) of Melendres-Related Activities as directed by the Court (hereinafter referred to as the "Costs Report").[2]

## Scope of Costs Report and Efforts to Develop Its Findings

The scope of the Costs Report only included the reported costs incurred in the MCSO budget from February 1, 2014, through September 29, 2024, that were attributed to the *Melendres* Fund. This analysis does not include the direct costs of monitoring or the costs of Plaintiffs' counsel, MCSO's outside counsel, or counsel contracted by the Maricopa County Attorney's Office (MCAO) associated with the *Melendres* case. These costs all fall outside MCSO's budget, and the Court's Order on costs was specific in its direction to the Budget Analyst Team to review MCSO reported costs of compliance with *Melendres*.[3]

MCSO delivered a substantial volume of materials in response to the Costs Order and the Budget Analyst Team's requests.[4] MCSO produced raw financial, staffing, and budgetary data in digital form, as well as access provided for older or hardcopy-only materials. The Monitor's Budget Analyst Team had to spend considerable effort to connect, cross-reference, interpret, and standardize the raw datasets and files provided by Defendants in response to the Court's Order on costs. The data's original form was insufficient to develop findings related to the appropriateness of *Melendres*-related spending.

It should also be noted that while MCSO, in its 2023 and 2024 Annual Reports, provided a year-by-year summary of what was characterized as *Melendres*-related MCSO costs, MCSO was not able to identify or recreate the figures used in those reports. The Monitor's Budget Analyst Team used the data provided from Maricopa County's general ledger records to develop the analysis in the Costs Report.

---

[1] Doc 3301 at page 6, hereinafter referred to as the "Supplemental Report."
[2] Doc. 3263.
[3] Doc 3083.
[4] A full summary of the types of information received and reviewed was outlined in pages 23-24 of the Cost Report, Doc 3263.

### References to Methodologies Outlined in Costs Report

The Costs Report contains numerous explanations on the methods and processes for analyzing, calculating, and summarizing the data that supports the findings made by the Monitor's Budget Analyst Team. Content taken directly from the Costs Report is cited accordingly in this Supplemental Report.

## OVERVIEW OF DATA COLLECTION AND ANALYSIS EFFORTS

From October 2024 through June 2025, the Budget Analyst Team held approximately 13 virtual meetings with personnel from MCSO and Maricopa County (MCAO counsel and MCSO outside counsel) to obtain additional context regarding the data submitted by MCSO and Maricopa County in response to the Costs Order.[5]

In the Costs Report, the Monitor's Budget Analyst Team made the following observations regarding the quality of data and the steps taken to prepare the data for analysis:

> The early submissions of general ledger data related to records of *Melendres* spending – identified under fund codes MEL0 and MEL1 – were insufficiently organized to enable useful analysis. At the Budget Analyst Team's request, MCSO subsequently provided the data in a more usable format. The data was divided into two time periods: FY14-16 (comprising over 16,000 entries); and FY17-25 (comprising approximately 109,000 entries).

> This data separation reflected a change in the County's financial system, which was upgraded in FY17. For purposes of this report, the Budget Analyst Team aggregated and analyzed both datasets to develop a comprehensive assessment of *Melendres*-related costs. Cost categories were aligned across both periods based on the object codes applicable for each timeframe, as outlined in Appendix 2.[6]

In addition, for each table and summary of costs throughout the Costs Report, there is an appropriate citation for every document that was used by the Budget Analyst Team to develop the analysis which leads to each finding. These documents are referenced using the same reference format "MELC000xxxxxx" which is embedded into every file name that was submitted by MCSO and Maricopa County in relation to the *Melendres* case.

The Monitoring Team has preserved copies of the original data supplied by Maricopa County and MCSO in response to the Budget Analyst Team's requests and the Court's Costs Order, if it becomes necessary at a later date to respond to further inquiries related to this matter.

---

[5] MCSO personnel in attendance for these meetings included executive command members of the organization, including Sheriff Gerard A. Sheridan.

[6] Doc. 3263, at page 25.

Personnel costs represented such a significant cost driver in the *Melendres* Fund. It was important to validate whether all positions and their associated payroll costs were appropriately assigned to the *Melendres* Fund; namely, that all positions created using funds designated for *Melendres* were necessary to achieve compliance with the requirements set forth in the Court Orders. [7]

For the purposes of analysis, the Budget Analyst Team established three categories:

1. Positions not appropriate for attribution to the Court Orders.
2. Positions where only a partial share of costs are attributable to the Court Orders.
3. Positions determined to be appropriate for attribution to the Court Orders.

The Monitor's Budget Analyst Team did not dispute whether these costs existed and were charged to the *Melendres* Fund, as reported by MCSO.  However, the Budget Analyst Team discovered, through its analysis of the data provided, that MCSO created numerous positions and assigned their costs to the *Melendres* Fund when, in fact, most of these positions were not related to the Court's Orders.  As such, the assignment of these costs to the *Melendres* Fund, and the subsequent attribution of such costs as a requirement of the Court Orders, have resulted in MCSO overstating the actual costs of the *Melendres* Orders. In addition, many positions funded with *Melendres* funds may have otherwise been created by MCSO, even in the absence of the Court Orders.

On March 14, 2025, MCSO provided several datasets in response to questions on the costs of positions that were attributed to the Court Orders, specifically to the positions created, and funding assigned for the MEL0 fund code.  Given that positions in an agency the size of MCSO can be filled or vacated from pay period to pay period, the representative data used by the Budget Analyst Team for each fiscal year was taken from the last week in September of each fiscal year.  These "snapshots" are used to represent year-over-year changes in allocations and assignments related to the *Melendres*-funded positions.

The data was provided in the form of pivot tables that linked to external data connections that were severed from the tables in the Excel spreadsheets that MCSO provided; however, pivot tables retain the active memory of base-level datasets that are used to generate them. Therefore, the data embedded within these pivot tables also retained position information for all MCSO divisions, regardless of funding source.  The Budget Analyst Team was also able to use that data provided by MCSO to identify whether a position was filled or vacant in each fiscal year snapshot. [8]

Reassigning the appropriate filters to these pivot tables allowed for a fuller analysis of movement and assignment of MCSO positions throughout the review period.  The Budget

---

[7] Doc. 3263 at page 28.
[8] *Id.* at page 29.

Analyst Team also leveraged this data in its analysis of the span of control for patrol units to determine whether supervisory positions created using *Melendres* funds were, in fact, necessary to comply with the Court Orders.

An extensive description of the Budget Analyst Team's assessment of MCSO patrol span of control can be found on pages 30-37 of the Costs Report.[9] Additional descriptions related to the Budget Analyst Team's assessment of non-patrol positions can be found throughout pages 38-44 of the Costs Report.[10]

The Budget Analyst Team reviewed all positions that MCSO attributed to the *Melendres* Fund to determine their appropriateness. The review of each *Melendres*-funded position considered the following criteria:

➤ Did the *Melendres*-funded position have a link to any Court Order requirement?[11]
➤ Was the *Melendres*-funded position assigned to an appropriate departmental function related to any requirement in the Court Orders?[12]
➤ Was the *Melendres*-funded position job classification appropriate or related to the requirements of the Court Orders?[13]
➤ Did the *Melendres*-funded position, as assigned, work on *Melendres*-related requirements on a part time basis, requiring that a portion of the costs be prorated to the General Fund?[14]
➤ In the absence of the creation of a new *Melendres*-funded position, would MCSO have been able to demonstrate compliance?[15]

These criteria are what formed the basis for the Budget Analyst Team's review of the appropriateness of *Melendres*-funded positions. The complete results of that review can be found in Appendix 1 of the Costs Report.[16]

---

[9] Doc. 3263.

[10] *Id.*

[11] A review of positions created in Patrol revealed that new Lieutenant positions were created using *Melendres* funds. There was no Court Order requirement for the creation of such positions.

[12] MCSO created new supervisory positions in Court Security using *Melendres* funds. There was no Court Order requirement for the creation of such positions.

[13] MCSO created Security Officer positions for the Professional Standards Bureau ("PSB") using *Melendres* funds. While increased investigative capacity may have been needed to comply with the Court Orders, Security Officer positions had no link to any requirements related to increasing investigative capacity within PSB.

[14] MCSO created positions in the Training Division that increased capacity in response to the Court Orders for retraining the department, but in its data submission from May 2025 MCSO acceded that several of these positions did not fully work on *Melendres* requirements. (MELC0005096914)

[15] A review of Patrol supervisory positions revealed that MCSO had enough positions supported by the General Fund to comply with span of control requirements and there was no need to create new ones.

[16] Doc. 3263, page 88-92.

MCSO provided raw payroll data for all agency employees – not limited to those funded through the *Melendres* Fund – for every pay period spanning July 1, 2013, through September 29, 2024.[17]  The dataset encompassed a total of 294 pay periods, with each pay period containing anywhere between 30,000 and 120,000 individual entries.  The Budget Analyst Team isolated all payroll entries associated with the fund codes MEL0 and MEL1 to identify the specific payroll expenditures attributed to the *Melendres* Fund.

Each payroll entry included a position number which uniquely identified every position created by Maricopa County in response to the *Melendres* Orders, as well as the agency activity or assignment during each pay period.  All *Melendres*-specific payroll data was filtered from the raw dataset and aggregated into a separate cost model.  This model enabled the Budget Analyst Team to readily identify the total payroll costs attributed to the *Melendres* Fund for any fiscal year and for any specific position.

This review of positions represents the foundation of cost analysis that supports the personnel-related costs findings.  After a *Melendres*-funded position was categorized as outlined above, the Budget Analyst Team developed cost estimates for those positions as outlined on page 45 of the Costs Report under the title, *Method of Analysis*:

> The payroll data, provided by MCSO in Excel files on October 17, 2024, contains details on payroll costs for each position, classification, organizational location, and activity; and can be cross-referenced against the position analysis conducted by the Budget Analyst Team to positions authorized using the *Melendres* Fund.[18]  While MCSO provided payroll data for all personnel and all funds from FY14-25, a subset of this data that isolates only the *Melendres* Fund (fund code: MEL0) costs was used to report each fiscal year's data.  MCSO provided payroll data for each pay period ending within each fiscal year.  Payroll data from *Melendres*-funded positions were then filtered from each pay period and aggregated into a single data table for further analysis.  The Budget Analyst Team was able to test the approach and align payroll data directly to recorded personnel cost entries in the general ledger by fiscal year, expense category, and assignment/location.  This approach resulted in alignment of payroll data with MCSO's personnel costs reported in the general ledger data and the total reported cost data from MCSO's 2024 Annual Compliance Report.

> Each position shown in Appendix 1 has a unique position number that is assigned upon creation.  To determine what payroll costs were associated with these positions, the payroll data was filtered to identify these unique position numbers in each fiscal year.  Positions that were authorized to use the *Melendres* Fund were not always filled throughout the duration of the review period.  When positions are

---

[17] Doc. 3263, at page 25.
[18] MELC0004770385 – MELC0004770396 FY14–25 Payroll Detail

vacant, the payroll costs associated with them drop to zero; and when they are filled, payroll costs resume.[19]

As an example, the Budget Analyst Team identified two positions with the classification of Property and Evidence Custodian (position ID #77004 and #77005) as costs that were inappropriately attributed to *Melendres*, namely, that these positions were not required for adherence to any specific requirement in the Court Orders.

Using these position ID, the Budget Analyst Team created a "SUMIFS" formula in Excel that identified and aggregated all payroll costs for that specific position across each fiscal year of available data.  In this example, these positions existed from 2017-2024, and a total of $394,440.67 of payroll costs was identified for position #77004 and $439,197.25 of payroll costs was identified for position #77005.

The Budget Analyst Team used the raw payroll data from Maricopa County and MCSO (MELC4770385 – MELC4770396 FY14–25 Payroll Detail) to arrive at the figures provided in the section titled *Personnel Costs Inappropriately Attributed to Melendres* (pages 45-51). This reference is mentioned in footnote 58 of the Costs Report, found on page 46.[20]

The method of analysis that resulted in the total payroll costs identified in Tables 13 through 18 are directly referenced immediately before each table.  For example, Table 14, on page 47, identified $62.7 million in payroll costs for patrol positions that were inappropriately attributed to *Melendres*.   The following description immediately precedes Table 14:

> The results of the analysis of payroll data across FY14-25, cross-referenced against the positions previously identified by the Budget Analyst Team (as outlined in the previous sections) are provided in the tables below.  Table 14 provides a summary of the positions determined to have been inappropriately attributed to the *Melendres* Fund from sworn patrol positions at the ranks of deputies, sergeants, and lieutenants.  As previously stated, patrol positions created using Melendres funds have been determined by the Budget Analyst Team to have been inappropriately attributed to the Court's Orders, given that there is evidence the Patrol Division had enough supervisor positions in 2014 to achieve compliance with the Court's Orders related to span of control requirements.[21]

Similar descriptions for the method of analysis for personnel costs summarized in Tables 15, 16, 17, and 18 can be found in the narratives on pages 48, 49, 50, and 51 respectively.

---

[19] Doc. 3263, at page 45.
[20] *Id.,* at page 46.
[21] *Id.,* at page 47.

The Budget Analyst Team analyzed non-personnel costs, also known as operational costs, using a combination of data sources provided by MCSO and Maricopa County to include the following[22]:

> ➢ General ledger data for all non-personnel expenditures attributed to the *Melendres* Fund from FY14-25.
> ➢ Back-up documentation (invoices) for costs related to contractual services, general supplies, non-capital equipment, rent and operating leases, and utilities from FY17-24. Invoices from FY14-16 were unavailable due to a change in financial reporting systems which occurred in FY17.
> ➢ Back-up documentation (PCard transactions) for costs related to fuel, travel, and education/training from FY19-24. This documentation from FY14-18 was unavailable due to record retention policies which allow for disposal of information that was greater than five years old.
> ➢ Cost allocation methodology for internal service fund costs related to IT infrastructure, risk management, and equipment maintenance for FY24.

When the Budget Analyst Team inquired about the personnel costs that may be only partially attributable to the *Melendres* Orders (as required by the Costs Order), MCSO provided the following response:

> If a position is attributed to *Melendres*, it is considered a direct cost of *Melendres*, and all costs associated with that position are attributed to *Melendres*.[23]

MCSO also failed to employ a methodology to prorate or allocate partial costs when determining what qualifies as an expense under the *Melendres* Fund.[24] Instead, MCSO adopted a binary approach: If a position or item was designated for *Melendres* compliance, all associated costs – including salaries, benefits, equipment, vehicles, risk management, and training – were fully attributed to the *Melendres* Fund. Conversely, if a position had duties that were directly related to *Melendres* requirements but was not designated as a *Melendres* position, none of its associated costs were allocated to the Fund. MCSO provided the following explanation related to this issue:

> The costs that are attributed to *Melendres*, and reflected in the general ledger, are considered direct costs of the *Melendres* orders. MCSO also incurs administrative costs for personnel and other items that contribute to compliance with the *Melendres* orders but also benefit other MCSO functions and divisions. These indirect administrative costs are not reflected in the general ledger, as *Melendres*-related costs, because MCSO does not allocate partial expenditures to *Melendres*

---

[22] Doc. 3263, at page 52.
[23] MELC0004770444.
[24] Doc. 3263, at page 19.

compliance.  Examples of administrative costs related to *Melendres* compliance but not reflected in the general ledger as *Melendres*-related include costs associated with executive management, finance, technology, human resources, procurement, and fleet management.[25]

The Budget Analyst Team analyzed the data presented in the following sections to assess its appropriateness and relevance to the Court Orders. [26]  For each cost category, the Budget Analyst Team determined whether costs were appropriately attributed to *Melendres*.  These determinations were based on the activity/assignment where the cost was recorded and:

➢ Whether the activity was actually related to *Melendres* requirements;
➢ Whether the cost would have otherwise existed if there were no *Melendres* Orders;
➢ Whether activities may only be partially related to *Melendres* and should have a portion of costs assigned to the General Fund.

In cases where costs have been identified for proration, these costs should be excluded from the *Melendres* Fund until such time as a proper method of prorating costs can be implemented.

Numerous expenditures within these non-personnel cost categories were directly linked to the creation of positions funded through *Melendres*.  As highlighted in the position analysis section, the Budget Analyst Team identified that many of these positions were inappropriately attributed to the *Melendres* compliance requirements.  Consequently, several non-personnel cost items were improperly attributed to *Melendres*, given that the Budget Analyst Team determined that the foundational positions used to justify their attribution to *Melendres* were inappropriate.

In addition, the Budget Analyst Team reviewed capital spending on vehicles and equipment and was able to determine with the data provided by MCSO, that a significant majority of the vehicles purchased (and subsequently, the fuel used for those vehicles) were either tied to inappropriate positions charged to the *Melendres* Fund, or were not related to any requirements under the Court Orders.

Immediately preceding each table that summarizes a non-personnel cost category there also exists an accompanying explanation of the method of review and rationale for each finding.[27]

As an example, the description of how the costs for general supplies were analyzed by the Budget Analyst was outlined in the Costs Report:

In reviewing the general ledger data for these cost items, the agency activity is included along with each expenditure.  Based on a review of these activities, it is clear

---

[25] MELC0004770443, MELC0004770444.
[26] Doc 3263, at page 53.
[27] *Id*. at pages 54-78.

that a significant portion of general supplies was allocated to the *Melendres* Fund from activities that were not related to *Melendres* compliance.

Specifically, the Budget Analyst Team considers the budget code activity of "Regulation Compliance" (which includes the Bureau of Internal Oversight [BIO] and the Court Implementation Division [CID]) to be largely an appropriate activity and related to *Melendres*; whereas other activities are tied to positions that have been previously identified as inappropriate (see previous sections) or should, at a minimum, be prorated to consider that such activities would otherwise exist without the *Melendres* Court Orders. For example, 100% of office supplies for PSB (*codes: PROF; Employee Professional Standard*) were assigned to the *Melendres* Fund over the review period; however, PSB would otherwise exist (and require general office supplies) even without Court-mandated oversight.[28]

A description of the methodology for determining the appropriateness of costs related to Internal Service charges was also outlined in the Costs Report:

Maricopa County allocates a proportional share of County-wide/enterprise-wide IT infrastructure and telephone-related cost items to MCSO as part of its IT Internal Service Fund. Total staffing in each department and departmental section is what determines Maricopa County's allocation of costs for maintaining IT Network Access. Actual billings of MCSO determine the allocated costs for telecom/cell phones, and the actual number of radios assigned to MCSO determine the allocated costs of radios to MCSO's budget.

MCSO then allocates a proportional share of these agency costs to the *Melendres* Fund each year, based on the number of *Melendres*-funded positions in the budget. As outlined in previous sections, the Budget Analyst Team determined that a significant number of these positions were inappropriately attributed to *Melendres*; as such, the Budget Analyst Team subsequently determined that the proportional shares of these IT infrastructure costs are also inappropriate or, in some instances, require proration.[29]

For example, in the category of IT Infrastructure and Telcom Costs, there was a total of $5,050,565 allocated by MCSO to the *Melendres* category based on the percentage of total MCSO positions that were funded using *Melendres* funds. The Budget Analyst Team reviewed the appropriateness of all positions in each fiscal year and determined the proportional amount that was inappropriately attributed to Melendres in each fiscal year. The following table provides the method of estimation for this calculation:

---

[28] Doc. 3263 at page 54.
[29] *Id.*, at page 67.

| Assessment Category | FY17 | FY18 | FY19 | FY20 | FY21 | FY22 | FY23 | FY24 | FY25 |
|---|---|---|---|---|---|---|---|---|---|
| Positions Inappropriately Attributed to MEL0 | 76 | 79 | 83 | 84 | 82 | 83 | 87 | 85 | 84 |
| Only Partially Related to MEL0 | 16 | 29 | 30 | 37 | 47 | 49 | 56 | 70 | 70 |
| **Total Positions in Question** | **92** | **108** | **113** | **121** | **129** | **132** | **143** | **155** | **154** |
| Total Positions in MEL0 Fund | 140 | 144 | 173 | 179 | 183 | 191 | 204 | 210 | 209 |
| **% Positions Inappropriate** | **54%** | **55%** | **48%** | **47%** | **45%** | **43%** | **43%** | **40%** | **40%** |
| **% Positions Partially Related** | **11%** | **20%** | **17%** | **21%** | **26%** | **26%** | **27%** | **33%** | **33%** |

These proportions were then applied to the IT Infrastructure, Telecom, and Risk Management costs that were inappropriately attributed to the *Melendres* Fund to arrive at the findings outlined in Table 36 and Table 37 of the Cost Report.[30]

## SUMMARY OF REPROTED MELENDRES COSTS BY YEAR

Table 47 of the Costs Report provides for specific categories of costs that were identified as inappropriately attributed to *Melendres*. The following chart provides the same information from Table 47 and separates the costs into each fiscal year.

[30] Doc. 3263, at pages 68-69.

| Cost Item Category | FY14 | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 | FY21 | FY22 | FY23 | FY24 | FY25 | Total (FY14-FY25) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCSO creation of unnecessary patrol positions not required by Melendres Orders | $375,484 | $1,845,082 | $3,255,367 | $5,765,905 | $7,119,957 | $6,899,773 | $7,044,486 | $6,729,500 | $6,755,249 | $7,377,615 | $7,686,486 | $1,886,390 | $62,741,293 |
| MCSO creation of various non-patrol positions not required by Melendres Orders | $71,198 | $976,707 | $1,533,630 | $2,125,968 | $2,679,898 | $3,065,942 | $3,231,253 | $3,293,561 | $3,972,905 | $5,437,249 | $5,252,386 | $1,282,807 | $32,923,503 |
| MCSO purchase of surplus body worn camera licenses outside of patrol and oversight functions | $0 | $0 | $318,253 | $221,237 | $227,919 | $341,454 | $7,652 | $461,877 | $362,154 | $23,104 | $927,875 | $0 | $2,891,525 |
| MCSO payroll costs from positions not authorized to use Melendres Fund | $202,830 | $1,534,270 | $44,523 | $59,785 | $154,349 | $28,792 | $108,583 | $91,939 | $65,491 | $97,039 | $10,361 | $1,444 | $2,399,405 |
| Maricopa County inappropriate attribution of IT/cell phone/radio costs | $0 | $0 | $0 | $161,176 | $184,648 | $199,209 | $264,845 | $340,229 | $286,980 | $386,833 | $382,943 | $66,177 | $2,273,040 |
| MCSO inappropriate attribution of taser program costs not required by Melendres Orders | $0 | $0 | $239,159 | $181,981 | $181,981 | $181,981 | $0 | $256,294 | $231,274 | $11,789 | $469,188 | $0 | $1,753,648 |
| MCSO inappropriate relocation costs for new PSB office | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $79,784 | $1,406,749 | $66,815 | $1,553,348 |
| Maricopa County inappropriate attribution of Risk Management costs | $0 | $0 | $0 | $134,219 | $175,399 | $125,507 | $135,026 | $115,119 | $202,781 | $215,803 | $259,996 | $82,456 | $1,446,306 |
| MCSO inappropriate vehicle purchases | $635,102 | $0 | $0 | $688,706 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,323,808 |
| MCSO inappropriate General Supplies costs | $553,213 | $18,617 | $33,466 | $55,289 | $71,389 | $69,971 | $25,313 | $74,234 | $67,084 | $70,293 | $42,151 | $98,312 | $1,179,334 |
| Marciopa County inappropriate attribution of vehicle maintenance costs | $10,854 | $34,763 | $24,659 | $28,477 | $15,738 | $21,277 | $16,815 | $13,464 | $25,055 | $34,186 | $349,489 | $77,992 | $652,768 |
| MCSO inappropriate vehicle fuel purchases | $15,997 | $28,443 | $22,231 | $22,928 | $19,368 | $21,816 | $19,682 | $27,230 | $40,886 | $38,355 | $174,810 | $59,159 | $490,904 |
| MCSO inappropriate non-capital equipment purchases | $226,333 | $0 | $0 | $86,866 | $0 | $0 | $3,899 | $0 | $0 | $0 | $0 | $0 | $317,097 |
| MCSO inappropriate capital equipment purchases | $131,518 | $0 | $27,418 | $66,055 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $224,992 |
| MCSO inappropriate attribution of BWC transcription service not required by Melendres Orders | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $126,571 | $0 | $126,571 |
| MCSO inappropriate travel, education, and training costs | $8,826 | $524 | $1,778 | $382 | $218 | $12,607 | $20,564 | $5,098 | $13,493 | $12,776 | $19,748 | $6,065 | $102,077 |
| MCSO inappropriate purchase of Transit Van for Property Division not required by Melendres Orders | $0 | $0 | $0 | $43,948 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $43,948 |
| MCSO inappropriate attribution of patrol vehicle maintenance costs | $0 | $11,914 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $11,914 |
| MCSO inappropriate purchase of Golf Cart for PSB not required by Melendres Orders | $0 | $0 | $0 | $0 | $0 | $11,805 | $0 | $0 | $0 | $0 | $0 | $0 | $11,805 |
| MCSO inappropriate attribution of Cable TV costs | $0 | $0 | $0 | $0 | $0 | $0 | $94 | $75 | $100 | $2,806 | $4,212 | $382 | $7,669 |
| MCSO inappropriate car wash costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,383 | $1,661 | $215 | $3,259 |
| **Total Costs Inappropriately Attributed to Melendres** | **$2,231,355** | **$4,450,320** | **$5,500,483** | **$9,642,922** | **$10,830,865** | **$10,980,134** | **$10,878,212** | **$11,408,619** | **$12,023,451** | **$13,789,014** | **$17,114,624** | **$3,628,213** | **$112,478,213** |

| Cost Item Category | FY14 | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 | FY21 | FY22 | FY23 | FY24 | FY25 | Total (FY14-FY25) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PSB positions only partially related to Melendres that should have been prorated | $191,852 | $334,098 | $395,434 | $1,690,299 | $2,386,199 | $2,781,207 | $3,664,763 | $4,349,632 | $4,546,695 | $5,813,153 | $6,504,510 | $1,733,433 | $34,391,273 |
| Other positions only partially related to Melendres Orders that should have been prorated | $0 | $66 | $0 | $353,586 | $825,519 | $1,001,669 | $1,310,798 | $1,304,838 | $1,304,323 | $1,445,825 | $1,752,116 | $480,306 | $9,779,045 |
| MCSO inappropriate overtime costs charged to Melendres | $39,496 | $430,771 | $37,809 | $101,178 | $182,669 | $253,544 | $257,703 | $250,522 | $219,531 | $206,666 | $190,071 | $58,629 | $2,228,589 |
| IT/cell phone/radio costs that should be prorated | $0 | $0 | $0 | $33,932 | $67,782 | $72,003 | $116,658 | $195,009 | $169,422 | $248,996 | $315,364 | $55,148 | $1,274,315 |
| General supplies costs that should be prorated | $323 | $6,092 | $77,161 | $17,172 | $9,745 | $32,269 | $14,715 | $13,759 | $10,212 | $163,287 | $327,354 | $5,969 | $678,058 |
| Risk Management costs that should be prorated | $0 | $0 | $0 | $28,257 | $64,387 | $45,364 | $59,476 | $65,983 | $119,714 | $138,907 | $214,115 | $68,713 | $804,916 |
| Utilities costs that should be prorated | $10,559 | $0 | $0 | $46,919 | $43,881 | $51,313 | $48,977 | $58,088 | $62,337 | $60,485 | $61,074 | $13,155 | $456,790 |
| Travel, education, and training costs that should be prorated | $13,922 | $23,234 | $22,139 | $49,850 | $15,447 | $80,624 | $43,511 | $26,251 | $36,926 | $49,936 | $51,313 | $3,814 | $416,968 |
| Parking lease costs at PSB that should be prorated | $0 | $0 | $0 | $0 | $0 | $28,841 | $42,332 | $48,722 | $52,392 | $63,594 | $70,631 | $2,930 | $309,441 |
| Capital equipment costs that should be prorated | $0 | $0 | $0 | $42,026 | $82,310 | $65,750 | $0 | $0 | $0 | $0 | $3,483 | $0 | $193,569 |
| Non-capital equipment costs that should be prorated | $0 | $0 | $0 | $93,146 | $22,224 | $64,064 | $0 | $0 | $0 | $0 | $0 | $0 | $179,434 |
| Community engagement copier costs that should be prorated | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,132 | $10,965 | $11,356 | $36,666 | $0 | $72,119 |
| Fuel costs associated with vehicles that should be prorated | $0 | $0 | $0 | $324 | $0 | $58 | $0 | $209 | $1,849 | $1,516 | $78 | $0 | $4,035 |
| **Total Costs Determined to Require Prorating** | **$256,151** | **$794,261** | **$532,543** | **$2,456,688** | **$3,700,163** | **$4,476,706** | **$5,558,933** | **$6,326,145** | **$6,534,365** | **$8,203,722** | **$9,526,776** | **$2,422,098** | **$50,788,552** |

| Cost Item Category | FY14 | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 | FY21 | FY22 | FY23 | FY24 | FY25 | Total (FY14-FY25) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Across Both Categories** | $2,487,507 | $5,244,581 | $6,033,026 | $12,099,610 | $14,531,028 | $15,456,840 | $16,437,145 | $17,734,764 | $18,557,816 | $21,992,737 | $26,641,400 | $6,050,311 | $163,266,765 |
| **Total Recorded by MCSO as Melendres Costs in the General Ledger** | $3,000,486 | $12,913,170 | $8,608,278 | $17,791,573 | $19,641,330 | $21,074,258 | $21,543,238 | $24,205,775 | $25,525,022 | $29,988,664 | $35,440,814 | $6,392,783 | $226,125,393 |
| **% Over-attributed to Melendres** | 83% | 41% | 70% | 68% | 74% | 73% | 76% | 73% | 73% | 73% | 75% | 95% | 72% |