# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

**IT IS ORDERED** setting a Status Conference for **March 25, at 2:00 p.m.**, in Courtroom 602, Sandra Day O'Connor Federal Courthouse, 401 West Washington, Phoenix, Arizona 85003. Counsel should allot one hour for the status conference. The Court will issue a separate order regarding the topic(s) the parties should be prepared to discuss.

Dated this 20th day of March, 2026.

_____
G. Murray Snow
Senior United States District Judge