# EXHIBIT A

| From: | Draye, Dominic E. (Shld-PHX-LT) |
|---|---|
| To: | Young, Stanley; JOSEPH POPOLIZIO; Kumar, Suraj (CRT); JBorchetta@aclu.org; "Christine Wee"; SShaw@acluaz.org; JUSTIN ACKERMAN; Hoxsie, Matthew (Assoc-PHX-LT); JOHN MASTERSON |
| Cc: | Hager, Jared (CRT); Ecasas@MALDEF.org; JMitchell@acluaz.org; Ortega-cov-team |
| Subject: | RE: Melendres v. Sheridan: due date for Rule 60(b) response paper |
| Date: | Saturday, February 21, 2026 11:28:08 AM |
| Attachments: | image002.png |
| | image003.png |

Good morning.  Defendants are willing to accommodate that extension.  Kindly send me a draft for quick review before filing.  Have a good weekend.

Dominic

**Dominic E. Draye**
Shareholder

Greenberg Traurig, LLP
2101 L Street N.W. │ Washington, D.C. 20037
T 202.331.3168 │ C 215.806.1094
drayed@gtlaw.com │ www.gtlaw.com

Greenberg Traurig, LLP
2375 E. Camelback Rd., Suite 800 │ Phoenix, AZ 85016
T 602.445.8425 │ C 215.806.1094
drayed@gtlaw.com │ www.gtlaw.com



**From:** Young, Stanley <syoung@cov.com>
**Sent:** Friday, February 20, 2026 6:04 PM
**To:** Draye, Dominic E. (Shld-PHX-LT) <drayed@gtlaw.com>; JOSEPH POPOLIZIO <JPopolizio@JSHFIRM.com>; Kumar, Suraj (CRT) <Suraj.Kumar@usdoj.gov>; JBorchetta@aclu.org; 'Christine Wee' <CWee@acluaz.org>; SShaw@acluaz.org; JUSTIN ACKERMAN <JAckerman@JSHFIRM.COM>; Hoxsie, Matthew (Assoc-PHX-LT) <hoxsiem@gtlaw.com>; JOHN MASTERSON <JMasterson@JSHFIRM.com>
**Cc:** Hager, Jared (CRT) <Jared.Hager2@usdoj.gov>; Ecasas@MALDEF.org; JMitchell@acluaz.org; Ortega-cov-team <Ortega-cov-team@cov.com>
**Subject:** Melendres v. Sheridan: due date for Rule 60(b) response paper

Dear Dominic and all:

I write to inquire about whether we could make a slight adjustment to the briefing schedule for the County's Rule 60(b) motion.  Per Doc. 3367 (attached), the current due date for Plaintiffs' response is Thursday, March 26.  This falls within a period of several days at the end of that week that several of us who will be responsible for the filing will be traveling to and from, and occupied at, an internal Covington & Burling conference.  We wonder whether Defendants would be willing to move that due date by two business days, to Monday, March 30.  We would be happy to move the County's reply date from April 16 to April 22 (allowing for the same three

week interval as currently exists plus two additional business days).  If you agree, we can prepare an unopposed motion to this effect.  Many thanks.

Stan

**Stanley Young**

Covington & Burling LLP
3000 El Camino Real, 5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
T +1 650 632 4704 | syoung@cov.com
www.cov.com