Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
John M. Mitchell
jmitchell@acluaz.org
ACLU Foundation of Arizona
2712 North 7th Street
Phoenix, AZ 85006
Telephone: (602) 650-1854

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*, | **CV-07-2513-PHX-GMS** |
| Plaintiffs, | **PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR RECONSIDERATION (DOC. 3440)** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, *et al.* | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775

Jenn Rolnick Borchetta*
jborchetta@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
125 Broad Street
New York, NY 10004
Telephone (914) 462-2363

Jorge Martin Castillo*
jorgecastillo@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
915 15th Street NW
Washington, D.C. 20005
Telephone: (646) 983-9921

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

Peter W. Johnston*
pjohnston@cov.com
Covington & Burling LLP
415 Mission Street
Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense
and Educational Fund
634 South Spring Street, 11th
Floor Los Angeles, California
90014 Telephone: (213) 629-2512

Sebrina M. Shaw (024545)
Shaw Law Firm, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
Telephone: (928) 646-0369
sshaw@acluaz.org

*Pro Hac Vice

Plaintiffs do not object to the reconsideration of the Court's oral stay motion in order to allow the Court to consider the objections that Defendants assert in their reconsideration motion. Plaintiffs raised the issue of the briefing schedule during the March 25 hearing as the Court had said in its Order setting the topics for that hearing that the Court wanted to discuss "(iii) how Plaintiffs may be made aware of disciplinary issues that are relevant to this lawsuit in time to be meaningfully heard about them to the extent they become at issue". Doc. 3434:22-24. If the Court wishes Plaintiffs to have a chance to discuss in their opposition to Defendants' Rule 60(b) motion the disciplinary issues that Plaintiffs anticipate will be the subject of the next Monitor's Report, then it would make sense for that opposition to be due after the Monitor's Report becomes available for such discussion. Alternatively, Plaintiffs' opposition to the Rule 60(b) motion could remain due to be filed on March 30, with an additional filing opposing the Rule 60(b) motion to be allowed to Plaintiffs after the next Monitor Report becomes available for discussion in that filing. Plaintiffs understand Defendants' position to be consistent with such an additional filing.

Respectfully submitted this 27th day of March 2026.

By: */s/ Christine K. Wee*
Christine K. Wee
John M. Mitchell
Victoria Lopez
ACLU Foundation of Arizona

Jenn Rolnick Borchetta*
Cecillia D. Wang *
Jorge Martin Castillo*
ACLU Foundation

Stanley Young*
Peter W. Johnston*
Covington & Burling, LLP

Eduardo Casas*
Mexican American Legal Defense
and Educational Fund

1

Sebrina M. Shaw
Shaw Law Firm, P.L.L.C.

*Attorneys for Plaintiffs*

*\*Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

*/s/Christine K. Wee*
Christine K. Wee

3