Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
John M. Mitchell
jmitchell@acluaz.org
ACLU Foundation of Arizona
2712 North 7th Street
Phoenix, AZ 85006
Telephone: (602) 650-1854

*Attorneys for Plaintiffs (Additional attorneys
for Plaintiffs listed on next page)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al*., | **CV-07-2513-PHX-GMS** |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING REGARDING DEFENDANTS' RULE 60(B) MOTION** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, *et al.* | |
| Defendants. | |

Additional Attorneys for Plaintiffs:

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775

Jenn Rolnick Borchetta*
jborchetta@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
125 Broad Street
New York, NY 10004
Telephone (914) 462-2363

Jorge Martin Castillo*
jorgecastillo@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
915 15th Street NW
Washington, D.C. 20005
Telephone: (646) 983-9921

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

Peter W. Johnston*
pjohnston@cov.com
Covington & Burling LLP
415 Mission Street
Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense
and Educational Fund
634 South Spring Street, 11th
Floor Los Angeles, California
90014 Telephone: (213) 629-2512

Sebrina M. Shaw (024545)
Shaw Law Firm, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
Telephone: (928) 646-0369
sshaw@acluaz.org

*Pro Hac Vice

Plaintiffs seek leave to file a supplement to their opposition brief to be filed on Defendants' Rule 60(b) motion for relief from judgment (Doc. 3368). They do so pursuant to the Court's March 27, 2026 Order (Doc. 3445) staying the date for filing of their opposition, which stated: "that Plaintiffs shall file any motion to extend the briefing schedule, or seek leave to file supplemental briefing on, the Rule 60(b) motion by April 7, 2026. Defendants and the United States shall file their responses to Plaintiffs' motion by April 10, 2026."

Plaintiffs propose to file their principal brief opposing the Rule 60(b) motion on April 14, 2026, after completion of the briefing called for by the Court's March 27, 2026 Order (Doc. 3445). But, because the Monitor's next quarterly report will be filed afterwards, and will contain new information important to the Rule 60(b) motion and not currently available for citation, good cause exists to grant Plaintiffs' request for supplemental briefing. *See* Fed. R. Civ. P. 16(b)(4) (allowing for schedule modifications only for good cause and with the Court's consent). In fact, supplemental briefing is consistent with Defendant's position in their recent Motion for Reconsideration, which stated that, "Plaintiffs Are Not Without Recourse as They Can Request Leave to File a Supplemental Brief if the 46th Monitor's Report Raises an Issue." Doc. 3440 at 8.

Without addressing its substance before it is finalized, Plaintiffs' review of Monitor's Draft 46th Report ("Draft Report"), received by Plaintiffs on April 1, 2026, does confirm that the final 46th Report will contain information that is extraordinary, very concerning and naturally will be significant to the Court's assessment of Defendants' pending Rule 60(b) motion.[1] Until the final report is filed, Plaintiffs are unable to address the substance of the Draft Report.

---

[1] Pursuant to Paragraph 132 of the First Order: "The Monitor shall provide a copy of quarterly reports to the Parties in draft form at least 21 business days prior to filing with the Court to allow the Parties to provide written comments on the reports. The Monitor shall consider the Parties' responses and make any changes the Monitor deems appropriate before issuing the report. The Monitor shall attach to his or her report copies of any comments submitted by the Parties."

1

The Monitor's 46th Report will assess compliance with the Court's remedial orders, highlight successes and serious concerns on the road to compliance and describe the implications of compliance or noncompliance. There are also sources of information, some of which are referred to in the Draft Report, that Plaintiffs have not yet received and are highly likely to be relevant to Defendants' Rule 60(b) motion. Plaintiffs anticipate and hope that these facts will be shared with Plaintiffs in due course once they are available for review, including but not limited to certain investigations that were mentioned at the March 25, 2026, hearing. Supplemental briefing will allow the Court to consider the Monitor's 46th Report and other information that will be highly material to the Rule 60(b) motion.

To ensure the Court has this relevant information while not unduly prolonging the Court's decision process, Plaintiffs' request leave to file a supplemental briefing on their Opposition to Defendants' Rule 60(b) motion two weeks after the Monitor's 46th Report is publicly filed. Plaintiffs further request a page limit of 20 pages for their supplemental briefing given the anticipated length and volume of the Monitor's report and the extent of the significant information that is expected to be contained in the report once publicly filed.

Plaintiffs conferred with Defendants and they object to this motion.

Respectfully submitted this 7th day of April 2026.

By: */s/ Christine K. Wee*
Christine K. Wee
John M. Mitchell
Victoria Lopez
ACLU Foundation of Arizona

Jenn Rolnick Borchetta*
Cecillia D. Wang *
Jorge Martin Castillo*
ACLU Foundation

Stanley Young*
Peter W. Johnston*
Covington & Burling, LLP

2

Eduardo Casas*
Mexican American Legal Defense
and Educational Fund

Sebrina M. Shaw
Shaw Law Firm, P.L.L.C.

*Attorneys for Plaintiffs*

*Pro Hac Vice*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/Christine K. Wee
Christine K. Wee

4