Harmeet K. Dhillon
Assistant Attorney General
R. Jonas Geissler
Deputy Assistant Attorney General
Patrick McCarthy
Suraj Kumar (NY Bar No. 5620745)

U.S. Department of Justice, Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor, Washington, DC 20002

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al*.<br><br>                    Plaintiffs,<br>and<br><br>United States of America<br>                    Plaintiff-Intervenor,<br><br>     v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, AZ; *et al*.<br><br>                    Defendants. | No. 2:07-cv-02513-PHX-GMS<br><br>**UNITED STATES' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING (DOC. 3449)** |

Pursuant to the Court's March 27, 2026 Order (Doc. 3445), the United States hereby responds to Plaintiffs' motion for leave to file supplemental briefing (Doc. 3449). The United States does not oppose the request for supplemental briefing, as long as all Parties have an opportunity to submit supplemental filings. The United States advised Plaintiffs and Defendants of this position on April 7. If the Court

orders supplemental briefing, the United States respectfully requests two weeks to file, consistent with Plaintiffs' motion for leave.

Respectfully submitted this 8th day of April, 2026.

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

R. Jonas Geissler
Deputy Assistant Attorney General

Patrick McCarthy
Acting Chief, Special Litigation Section

/s/ Suraj Kumar
Suraj Kumar (NY Bar No. 5620745)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Tel. (202) 598-1211
suraj.kumar@usdoj.gov

*Attorneys for the United States*

<u>CERTIFICATE OF SERVICE</u>

I certify that on or about April 8, 2026, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

<u>/s/ Suraj Kumar</u>

3