John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor. <br><br> v. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendant, | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT SHERIFF SHERIDAN'S NOTICE OF ERRATA RE: DEFENDANT SHERIDAN AND MARICOPA COUNTY'S NOTICE REGARDING ISSUES RAISED DURING MARCH 25, 2026 STATUS CONFERENCE [DOC. 3453.]** |

/ / /

/ / /

/ / /

119858586.1

Defendant Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, files this Notice of Errata regarding Defendant Sheridan and Maricopa County's Notice Regarding Issues Raised During March 25, 2026 Status Conference, Doc. 3453. In Section III of the Joint Notice, MCSO stated as follows:

### III.    MCSO IS NOT AWARE OF ANY PRIVACY CONCERNS REGARDING MCSO GRIEVANCES.

Finally, during the prior proceedings, the Court inquired whether grievances filed within MCSO are privileged or have confidentiality concerns (like internal affair investigations). [*See* 3/26/26 RT at 8:16-9:18]. MCSO is not aware of any statutory confidentiality provision directly applicable to grievances, although individual grievances may contain personnel, legal, or IA-related information subject to separate protections. *C.f.,* A.R.S. § 38-1109; MCSO Internal Investigation Policy GH-2 §§ 2(B), 21-23.

[**Doc. 3453**, p. 11:5-13.]

Since filing the Joint Notice, counsel has been made aware of certain provisions of MCSO's grievance policy, including GC-16.7.B and GC-16.14, which state as follows:

7. **Division Commander Responsibilities**: Grievances should be regarded as opportunities to enhance communications and improve conditions in the workplace. A division commander receiving a grievance filed in accordance with this Office Policy shall acknowledge its receipt by noting their name, serial number, and the date on the Employee Grievance Form. The division commander shall review the facts or allegations and take all action within the scope of their authority to resolve the grievance. Division commanders shall assist in the grievance process by:

[. . .]

B. Making all requested information needed to prepare a grievance available for review, including, but not limited to, investigative reports, administrative reports, investigative statements, or audio and video recordings.  If this information is not within the division commander's authority to release, the division commander shall forward the employee's written request for the information to the bureau chief that has authority to grant or deny the request. If access to information is denied or delayed, the reason for the denial or delay shall be documented on the Grievance Response Form. If the request is granted, the employee may privately review the information with or without an employee assistant, at the workplace, but only when under the supervision of the area that has control of the information needed for

2

review. Information reviewed shall be held confidential to the extent permitted by law. Any business days used to locate the information shall be noted by the division commander, who shall permit an extension of time limits by a like period of time, if needed.

[. . .]

14. **Confidentiality:** Information regarding an employee grievance shall be kept confidential to the extent permitted by ARS Title 39, except when disclosure is necessary to resolve the grievance or as outlined in this Office Policy. The Administrative Services Division and supervisors handling employee grievances shall maintain, control, and secure grievance records to ensure confidentiality. Grievance records shall not be left unattended while out of secured files. No copies of employee grievances or grievance responses shall be filed in any division or personnel files.

[GC-16, *Employee Grievance Procedures*]

Thus, MCSO wishes to supplement and correct Doc. 3453 in that the confidentiality of employee grievances is subject GC-16.7.B, GC-16.14, and A.R.S. Section 39.

DATED this 10th day of April, 2026.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Joseph J. Popolizio
John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Gerard A. Sheridan, in his
official capacity as Sheriff of Maricopa
County, Arizona

3

119858586.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Megan Axlund

119858586.1