Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
John M. Mitchell
jmitchell@acluaz.org
ACLU Foundation of Arizona
2712 North 7th Street
Phoenix, AZ 85006
Telephone: (602) 650-1854

*Attorneys for Plaintiffs (Additional attorneys
for Plaintiffs listed on next page)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona<br><br>Defendant. | No. CV-07-2513-PHX-GMS<br><br>**EXPERT DECLARATION OF EMMA PIERSON, PH.D., IN FURTHER SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RELIEF FROM JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)** |

Additional Attorneys for Plaintiffs:

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775

Jenn Rolnick Borchetta*
jborchetta@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
125 Broad Street
New York, NY 10004
Telephone (914) 462-2363

Jorge Martin Castillo*
jorgecastillo@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
915 15th Street NW
Washington, D.C. 20005
Telephone: (646) 983-9921

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

Peter W. Johnston*
pjohnston@cov.com
Covington & Burling LLP
415 Mission Street
Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000


*Pro Hac Vice

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense
and Educational Fund
634 South Spring Street
11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512

Sebrina M. Shaw (024545)
Shaw Law Firm, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
Telephone: (928) 646-0369
sshaw@acluaz.org

I, Emma Pierson, Ph.D., state and affirm that the following facts are true and correct.

1.    I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

2.    I have actual knowledge of the matters stated within this declaration and associated report.  If called to testify in this matter, I would testify truthfully and based on my expert opinion.

3.    In preparing this declaration and associated report, I relied on my scientific education and training, my research experience, and my knowledge of scientific literature in the pertinent fields, as set out in my curriculum vitae, attached as Exhibit A.

4.    The materials I have relied upon in preparing this report are the same types of materials that experts in my field regularly rely upon when forming opinions on these subjects.  These materials are listed on the first pages of the report summarizing my findings, attached as Exhibit B.

5.    I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications, in response to statements and issues that may arise in my area of expertise, or in responses to expert opinions that MCSO may submit in this matter.

## BACKGROUND AND QUALIFICATIONS

6.    I am a computer scientist and statistician.

7.    I am the Zhang Family Endowed Professor and assistant professor of computer science in the Department of Electrical Engineering and Computer Sciences at the University of California, Berkeley.

8.    I received my B.S. in Physics with distinction and my M.S. in computer science from Stanford University in 2013.  In 2015, I received my M.S. by Research in statistics from Oxford University, funded by a Rhodes Scholarship.  I received my Ph.D. in computer science from Stanford University in 2020, where Jure Leskovec served as my advisor.  After spending a year as a senior researcher at Microsoft Research, in 2021, I joined the faculty of Cornell Tech as an assistant professor of computer science.  I also held

1

a secondary joint appointment as an assistant professor of population health sciences at Weill Cornell Medical College. In 2024, I was appointed the Andrew H. and Ann R. Tisch Assistant Professor at Cornell Tech. In 2025, I joined the University of California, Berkeley, as an assistant professor of computer science; I was named the Zhang Family Endowed Professor in 2025. My professional experience and publications are detailed in my curriculum vitae, which is attached as Exhibit A to this declaration.

9.   My research and publications include work on conducting large-scale statistical methods for detecting racial bias in policing. With the help of many coauthors, some of this work was published in *A large-scale analysis of racial disparities in police stops across the United States*, Nature Human Behavior 4 (7), 736–745 (2020), my most-cited first-author paper.

10.   My work has been recognized by best paper awards at KDD, AISTATS, and CHIL, an NSF CAREER award, a Rhodes Scholarship, Hertz Fellowship, Rising Star in EECS, MIT Technology Review 35 Innovators Under 35, Forbes 30 Under 30 in Science, AI2050 Early Career Fellowship, and Samsung AI Researcher of the Year.

11.   In addition to my academic work, I have published in *The New York Times*, *FiveThirtyEight*, *The Atlantic*, *The Washington Post*, *Wired*, and *Times Higher Education*, among other publications.

12.   A full listing of my academic and popular writing appears in my curriculum vitae, attached to this declaration as Exhibit A. This curriculum vitae accurately reflects my education, academic appointments, publications, honors, invited presentations, and professional service.

**ANALYZING MCSO'S TRAFFIC-STOP DATA**

13.   The purpose of this declaration and associated report is to provide my expert opinions on: (1) the existence and magnitude of racial disparities in traffic-stop outcomes (search rate, arrest rate, and stop duration) based on analysis of Maricopa County Sherriff's Office (MCSO) stop data and reporting; and (2) certain methodological flaws and non-standard analytic choices in MCSO's traffic stop annual report (TSAR) and traffic stop

quarterly report (TSQR) analyses (including extended-stop traffic indicator [ETSI] coding), which together undermine MCSO's conclusions about those disparities.

14. In connection with this matter, I reviewed and analyzed the materials identified in my report, including MCSO's publicly posted TSARs and TSQRs, other MCSO analytical materials, raw individual stop–level data files, processed data files and code used to reproduce MCSO's analyses, Defendant's Motion for Relief from Judgment, certain correspondence between MCSO, Plaintiffs, the Department of Justice, and the Monitor, and standard academic and technological research aids. A full list of the materials I consulted appears on the first pages of my report, attached as Exhibit B.

15. My report sets out my analyses and opinions. A true and correct copy of that report is attached as Exhibit B.

16. The report attached as Exhibit B was prepared by me, and it accurately reflects the analyses I performed, the methodologies I employed, the materials I reviewed, and the opinions I reached in this matter.

17. The opinions stated in Exhibit B are my own professional opinions, based on the data, materials, and methodologies described in the report.

18. I examined racial disparities in three outcomes—search rate, arrest rate, and stop duration—by analyzing the raw data, the TSARs, and the TSQRs. I found substantial, statistically significant racial disparities in all three outcomes. These conclusions were robust to using alternate statistical models and many sets of controls. I describe this analysis in detail in Section 1 of my report. In Section 2 of my report, I critique MCSO's analysis of these three outcomes, explaining how errors and non-standard analytic choices undermine their analyses of each outcome.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March, 2026, in New York City, New York.


By: _____
Emma Pierson, Ph.D.