# EXHIBIT A

# Emma Pierson

emmapierson@berkeley.edu

https://people.eecs.berkeley.edu/~emmapierson/

## ACADEMIC POSITIONS

*Zhang Family Endowed Professor*, University of California, Berkeley — 2025-
Assistant Professor of Computer Science
Core faculty, Computational Precision Health

*Andrew H. and Ann R. Tisch Assistant Professor at Cornell Tech* (on leave) — 2024-
*Assistant Professor of Computer Science*, Jacobs Technion-Cornell Institute — 2021-2024
Assistant Professor of Population Health Sciences, Weill Cornell Medical College (secondary joint appt)

*Senior Researcher*, Microsoft Research New England — 2020 - 2021

*PhD*, Computer Science, Stanford University — 2015 - 2020

*MS by Research*, Statistics, Oxford University — 2014 - 2015

*MS*, Computer Science, Stanford University — Winter 2013 - Spring 2013
Concentrations in Artificial Intelligence and Biocomputation

*BS*, Physics (with distinction), Stanford University — Fall 2009 - Spring 2013
Concentration in Theoretical Physics

## HONORS

| | |
|---|---|
| Best Paper Award, CHIL | 2025 |
| Schmidt Sciences AI2050 Early Career Fellow | 2024 |
| City & State Trailblazer in Higher Education | 2024 |
| Samsung AI Researcher of the Year (awarded to 5 early-career faculty worldwide) | 2023 |
| NSF CAREER Award | 2022 |
| Cornell Tech Faculty Teaching Award of the Year (awarded to one faculty member by students) | 2022 |
| CIFAR Azrieli Global Scholar | 2022 |
| Kavli Fellow | 2022 |
| LinkedIn Faculty Research Award | 2022 |
| MIT Technology Review 35 Innovators Under 35 | 2021 |
| Best Paper Award in Applied Data Science Track, KDD | 2021 |
| Google Research Scholar | 2021 |
| Best On Theme paper award, NeurIPS ML4H Workshop | 2020 |
| Forbes 30 Under 30 in Science | 2019 |
| Most impactful to society poster award, University of Michigan AI Symposium | 2019 |
| EECS Rising Star | 2018 |
| Best paper award, AISTATS | 2018 |
| Top 10 Papers of 2016-2017 in Regulatory and Systems Genomics (RECOMB/ISCB) | 2017 |
| Best poster award, ICML Workshop on Computational Biology | 2016 |
| Best talk award, ISMB High Throughput Sequencing SIG | 2015 |
| Rhodes Scholar | 2014 |
| Hertz Fellow | 2014 |
| NDSEG Fellow | 2014 |
| Deans' Award, Stanford University | 2013 |
| 2nd place, US National Debate Championships | 2013 |

## ACADEMIC PAPERS

† indicates alphabetical authors, * indicates co-first authorship, ‡ indicates co-last authorship.

[2026.05] Rajiv Movva, Smitha Milli, Sewon Min, and **Emma Pierson**. What's In My Human Feedback? Learning Interpretable Descriptions of Preference Data. *ICLR*, 2026 (**oral presentation**).

[2026.04] Mariano-Florentino Cuéllar, Jeff Dean, Finale Doshi-Velez, John Hennessy, Andy Konwinski, Sanmi Koyejo, Pelonomi Moiloa, **Emma Pierson**, and David Patterson. Shaping AI's Impact on Billions of Lives. *Communications of the ACM*, 2026 (**cover article**).

[2026.03] Divya Shanmugam*, Sidhika Balachandar*, Alex Chouldechova, James Diao, Kadija Ferryman, Arjun Manrai, Stephen Pfohl, Neil Powe, Inioluwa Deborah Raji, and **Emma Pierson**. A Roadmap for Addressing the Use of Race and Ethnicity in Clinical Algorithms. *Nature Health*, 2026.

[2026.02] Annabel Wang, Divya Shanmugam, Sanjay Divakaran, **Emma Pierson**, and Michael Barnett. Identifying mechanisms of disparities within cascades of cardiovascular care after an emergency department visit. To appear, *JAMA Health Forum*, 2026; abstract accepted for **plenary talk**, Society of General Internal Medicine, 2024.

[2026.01] Sidhika Balachandar, Shuvom Sadhuka, Bonnie Berger, **Emma Pierson**, and Nikhil Garg. Urban Incident Prediction with Graph Neural Networks: Integrating Government Ratings and Crowd-sourced Reports. AAAI Social Impact Track, 2026.

[2025.17] **Emma Pierson***, Divya Shanmugam*, Rajiv Movva*, Jon Kleinberg*, Monica Agrawal, Mark Dredze, Kadija Ferryman, Judy Wawira Gichoya, Dan Jurafsky, Pang Wei Koh, Karen Levy, Sendhil Mullainathan, Ziad Obermeyer, Harini Suresh, and Keyon Vafa. Use large language models to promote health equity. *New England Journal of Medicine AI, 2025*.

[2025.16] Rajiv Movva*, Kenny Peng*, Nikhil Garg, Jon Kleinberg, and **Emma Pierson**. Sparse Autoencoders for Hypothesis Generation. *ICML*, 2025.

[2025.15] James A Diao, Rajiv Movva, Lingwei Cheng, Kowe Kadoma, Aashna Shah, Neil R. Powe, Kadija Ferryman, Arjun K. Manrai, and **Emma Pierson**. Public Opinion on Use of Race in Clinical Algorithms. *JAMA Internal Medicine*, 2025; accompanying editorial; Berkeley News coverage.

[2025.14] Gabriel Agostini, Rachel Young, Maria Fitzpatrick, Nikhil Garg, and **Emma Pierson**. Inferring fine-grained migration patterns across the United States. *Nature Communications*, 2025; Cornell Chronicle coverage; **winner of a student paper award at the American Association of Geographers Annual Meeting**.

[2025.13] Nora Gera and **Emma Pierson**. Testing for racial bias using inconsistent perceptions of race. *Science Advances*, 2025; Berkeley News coverage.

[2025.12] Erica Chiang, Ashley N. Beecy, Gabriel Sayer, Deborah Estrin, Nikhil Garg, and **Emma Pierson**. Learning Disease Progression Models That Capture Health Disparities. Conference on Health, Inference, and Learning, 2025 (**Best paper award**); ICML Workshop on Structured Probabilistic Inference and Generative Modeling; ML4H Symposium.

[2025.11] Divya Shanmugam*, Shuvom Sadhuka*, Manish Raghavan, John Guttag, Bonnie Berger**, and **Emma Pierson****. Multi-model evaluation with labeled and unlabeled data. *NeurIPS*, 2025; ICLR DMLR workshop, 2024.

[2025.10] Rishi Bommasani, Sanjeev Arora, Jennifer Chayes, Yejin Choi, Mariano-Florentino Cuéllar, Fei-Fei Li, Daniel E. Ho, Dan Jurafsky, Sanmi Koyejo, Hima Lakkaraju, Arvind Narayanan, Alondra Nelson, **Emma Pierson**, Joelle Pineau, Scott Singer, Gaël Varoquaux, Suresh Venkatasubramanian, Ion Stoica, Percy Liang, and Dawn Song. Advancing science- and evidence-based AI policy. *Science*, 2025.

[2025.09] Shuvom Sadhuka, Sophia Z. Lin, Bonnie Berger*, and **Emma Pierson***. A Bayesian Model for Multi-stage Censoring. ML4H Symposium, 2025.

[2025.08] Serina Chang*, Alicja Chaszczewicz*, Emma Wang, Maya Josifovska, **Emma Pierson**, and Jure Leskovec. LLMs generate structurally realistic social networks but overestimate political homophily. ICWSM, 2025; extended abstract, IC2S2 (**plenary talk**), 2024.

[2025.07] Sneha Jain, Tony Sun, **Emma Pierson**, Francisco Oliver, Michelle Castillo, Ningxin Wan, Shudhanshu Alishetti, Heidi Lumish, Joshua Finer, Kathleen Brown, Vijendra Ramlall, Nicholas Tatonetti, Noemie Elhadad, et al. Detecting Transthyretin Cardiac Amyloidosis with AI: A Single-Arm, Multisite Trial in an Integrated Health System. *JAMA Cardiology*, 2025.

[2025.06] Divya Shanmugam, Monica Agrawal, Rajiv Movva, Irene Y. Chen, Marzyeh Ghassemi, Maia Jacobs, and **Emma Pierson**. Generative AI in Medicine. *Annual Reviews in Biomedical Data Science*, 2025.

[2025.05] Divya Shanmugam, Brianna Hardy, Annabel Wang, Sanjay Divakaran, John Guttag, **Emma Pierson\***, and Michael Barnett*. Machine learning reveals hidden diagnoses among underserved patients. Working paper, 2025; **oral presentation**, ML4H Symposium Findings track.

[2025.04] Jenny Wang and **Emma Pierson**. In Your Own Words: Free-Text Descriptions of Identity Reveal More Than Traditional Census Categories. Extended abstract, IC2S2 (**parallel talk**), 2025; Natural Language for Public Opinion Research Workshop, COLM, 2025.

[2025.03] Matt Franchi, Nikhil Garg, Wendy Ju, and **Emma Pierson**. Bayesian Modeling of Zero-Shot Classifications for Urban Flood Detection. Under review, *Nature Communcations*, 2025.

[2025.02] Sidhika Balachandar, Andrew Ilyas, Nikhil Garg, **Emma Pierson**, and Manolis Zampetakis. Efficiently Estimating From Censored Data with Non-Gaussian Unobservables. Working paper, 2025.

[2025.01] Kenny Peng, Rajiv Movva, Jon Kleinberg, **Emma Pierson**, and Nikhil Garg. Use sparse autoencoders to discover unknown concepts, not to act on known concepts. Working paper, 2025.

[2024.17] **Emma Pierson**. Accuracy and equity in clinical risk prediction. *New England Journal of Medicine*, 2024.

[2024.16] Anna Zink, Ziad Obermeyer, and **Emma Pierson**. Race adjustments in clinical algorithms can help correct for racial disparities in data quality. *PNAS*, 2024. Coverage in Stat News; accompanying *PNAS* commentary.

[2024.15] Sidhika Balachandar, Nikhil Garg, and **Emma Pierson**. Domain constraints improve risk prediction when outcome data is missing. ICLR, 2024; **spotlight presentation**, NeurIPS DistShift 2023; NeurIPS ML4H Symposium 2023.

[2024.14] Rajiv Movva*, Sidhika Balachandar*, Kenny Peng*, Gabriel Agostini*, Nikhil Garg‡, and **Emma Pierson‡**. Topics, Authors, and Networks in Large Language Model Research: Trends from a Survey of 17K arXiv Papers. NAACL 2024; *New Directions in Analyzing Text as Data Meeting (TADA)*, 2023; featured on Data Skeptic podcast.

[2024.13] Gabriel Agostini, **Emma Pierson\***, and Nikhil Garg*. A Bayesian Spatial Model to Correct Under-Reporting in Urban Crowdsourcing. AAAI 2024 (**oral presentation**); ICML Workshop on Structured Probabilistic Inference and Generative Modeling.

[2024.12] Divya Shanmugam, Kaihua Hou, and **Emma Pierson**. Quantifying disparities in intimate partner violence: a machine learning method to correct for underreporting. *npj Women's Health*, 2024; article in Cornell News.

[2024.11] Kenny Peng, Manish Raghavan, **Emma Pierson**, Jon Kleinberg, and Nikhil Garg. Reconciling the accuracy-diversity trade-off in recommendations. TheWebConf, 2024 (**oral presentation**).

[2024.10] James A Diao, Luke Melas-Kyriazi, Yixuan He, Jonathan Witonsky, Rohan Khazanchi, Max Jordan Nguemeni Tiako, **Emma Pierson**, Pranav Rajpurkar, Jennifer R Elhawary, Albert Yen, Alicia R. Martin, Luisa N. Borrell, Sean Levy, Chirag J. Patel, Maha Farhat, Michael H. Cho, Edwin K. Silverman, Esteban G. Burchard, and Arjun K. Manrai. Implications of Race Adjustment in Lung-Function Equations. *New England Journal of Medicine*, 2024.

[2024.09]  Harini Suresh*, Emily Tseng*, Meg Young*, Mary Gray, **Emma Pierson**, and Karen Levy. Participation in the age of foundation models. FAccT, 2024.

[2024.08]  Smitha Milli, Luke Thorburn, Paul Bouchaud, Yixin Wang, Nikhil Garg, and **Emma Pierson**. Bridging in social media feeds censors controversial topics. Working paper, 2024.

[2024.07]  Keegan Harris, Leqi Liu, and **Emma Pierson**. Marketplace design for llm-based sales. Working paper; **oral presentation** at EC Workshop on Foundation Models and Game Theory, 2024.

[2024.06]  Rajiv Movva, Pang Wei Koh, and **Emma Pierson**. Annotation alignment: Comparing LLM and human annotations of conversational safety. EMNLP (main track); NAACL Workshop on Online Abuse and Harms (extended abstract), 2024.

[2024.05]  James Diao, Ivy Shi, Venkatesh Murthy, Thomas Buckley, Chirag Patel, **Emma Pierson**, Robert Yeh, Dhruv Kazi, Rishi Wadhera, and Arjun Manrai. Projected Changes in Statin and Antihypertensive Therapy Eligibility With the AHA PREVENT Cardiovascular Risk Equations. *JAMA*, 2024.

[2024.04]  Sneha Jain*, Pierre Elias*, Timothy Poterucha, Michael Randazzo, Francisco Lopez Jimenez, Rohan Khera, Marco Perez, David Ouyang, James Pirruccello, Michael Salerno, Andrew Einstein, Robert Avram, Geoff Tison, Girish Nadkarni, Vivek Natarajan, **Emma Pierson**, Ashley Beecy, Deepa Kumaraiah, Chris Haggerty, Jennifer N. Avari Silva**, and Thomas M. Maddox**. Advances in Artificial Intelligence for Cardiovascular Care—Part 2: Latest Developments and Deployment in Clinical Care. *Journal of the American College of Cardiology*, 2024.

[2024.03]  Pierre Elias*, Sneha Jain*, Timothy Poterucha, Michael Randazzo, Francisco Lopez Jimenez, Rohan Khera, Marco Perez, David Ouyang, James Pirruccello, Michael Salerno, Andrew Einstein, Robert Avram, Geoff Tison, Girish Nadkarni, Vivek Natarajan, **Emma Pierson**, Ashley Beecy, Deepa Kumaraiah, Chris Haggerty, Jennifer N. Avari Silva**, and Thomas M. Maddox**. Advances in Artificial Intelligence for Cardiovascular Care Part 1 - Recent Breakthroughs. *Journal of the American College of Cardiology*, 2024.

[2024.02]  Charvi Rastogi, Ivan Stelmakh, Alina Beygelzimer, Yann N. Dauphin, Percy Liang, Jennifer Wortman Vaughan, Zhenyu Xue, Hal Daumé III, **Emma Pierson**, and Nihar B. Shah. How do Authors' Perceptions of their Papers Compare with Co-authors' Perceptions and Peer-review Decisions? PLoS One, 2024; featured on Communications of the ACM blog, NeurIPS blog, and CMU ML blog.

[2024.01]  Shuyue Stella Li, Vidhisha Balachandran, Shangbin Feng, Jonathan Ilgen, **Emma Pierson**, Pang Wei Koh, and Yulia Tsvetkov. MEDIQ: Question-Asking LLMs for Adaptive and Reliable Medical Reasoning. *NeurIPS*, 2024.

[2023f]  Rajiv Movva*, Divya Shanmugam*, Kaihua Hou, Priya Pathak, John Guttag, Nikhil Garg, and **Emma Pierson**. Coarse race data conceals disparities in clinical risk score performance. *Machine Learning for Healthcare Conference*, 2023; **honorable mention for best findings paper**, ML4H Symposium; cited in memo to Office of Management and Budget on algorithmic bias; coverage in The New York Times and Cornell News.

[2023e]  Hamed Nilforoshan*, Wenli Looi*, **Emma Pierson***, Blanca Villanueva, Nic Fishman, Yiling Chen, John Sholar, Beth Redbird, David Grusky, and Jure Leskovec. Human mobility networks reveal increased segregation in large cities. *Nature*, 2023; research briefing and project website.

[2023d]  Matt Franchi, J.D. Zamfirescu-Pereira, Wendy Ju, and **Emma Pierson**. Detecting disparities in police deployments using dashcam data. *FAccT*, 2023; invited presentation, 2024 APS Symposium: An Overview of Methodological Approaches to Studying Police; coverage from WNYC/Gothamist and Cornell News.

[2023c]  Smitha Milli, **Emma Pierson**, and Nikhil Garg. Choosing the Right Weights: Balancing Value, Strategy, and Noise in Recommender Systems. Working paper, 2023.

[2023b]  Richa Rastogi, Michela Meister, Ziad Obermeyer, Jon Kleinberg, Pang Wei Koh, and **Emma Pierson**. Learn from the patient, not the doctor: Predicting downstream outcomes versus specialist labels. Working paper, 2023.

[2023a]   Benjamin Laufer, **Emma Pierson**, and Nikhil Garg.   Detecting Disparities in Capacity-Constrained Service Allocations. Working paper, 2023; ICML Workshop on Responsible Decision Making in Dynamic Environments, 2022.

[2022c]   J.D. Zamfirescu-Pereira, Jerry Chen, Emily Wen, Allison Koenecke, Nikhil Garg, and **Emma Pierson**. Trucks Don't Mean Trump: Diagnosing Human Error in Image Analysis. *FAccT* 2022; NeurIPS Workshop on Human and Machine Decisions, 2021.

[2022b]   Ting-Wei Chiang, Yujie Shao, and **Emma Pierson**. Quantifying the impact of mass shootings on daily life using large-scale mobility data. Extended abstract, *IC2S2* 2022.

[2022a]   Leah Pierson and **Emma Pierson**. Patients cannot consent to care unless they know how much it costs. British Medical Journal, 2022.

[2021g]   **Emma Pierson**, David Cutler[†], Jure Leskovec[†], Sendhil Mullainathan[†], and Ziad Obermeyer[†]. An algorithmic approach to reducing unexplained pain disparities in underserved populations. *Nature Medicine*, 2021; accompanying *Nature Medicine* News and Views, coverage from *MIT Technology Review*, Nature, *Wired*, *STAT*, *Science Friday*, World Bank blog, BBC Futures.

[2021f]   Serina Y Chang*, **Emma Pierson***, Pang Wei Koh*, Jaline Gerardin, Beth Redbird, David Grusky, and Jure Leskovec. Mobility network modeling explains higher SARS-CoV-2 infection rates among disadvantaged groups and informs reopening strategies. *Nature*, 2021; accompanying *Nature* News and Views, coverage from *The New York Times*, *The Washington Post*, *MIT Technology Review*, *CNN*, *STAT*, and *Bloomberg*; see project website for data and more press coverage.

[2021e]   **Emma Pierson**, Tim Althoff, Daniel Thomas, Paula Hillard, and Jure Leskovec. Daily, weekly, seasonal and menstrual cycles in women's mood, behaviour and vital signs. *Nature Human Behaviour*, 2021; coverage from Stanford Medicine blog.

[2021d]   Serina Y Chang, Mandy L Wilson, Bryan Lewis, Zakaria Mehrab, Komal K Dudakiya, **Emma Pierson**, Pang Wei Koh, Jaline Gerardin, Beth Redbird, David Grusky, et al. Supporting COVID-19 policy response with large-scale mobility-based modeling. *KDD* (Applied Data Science Track), 2021; **Best Paper Award in the Applied Data Science Track**.

[2021c]   Irene Y. Chen, **Emma Pierson**, Sherri Rose, Shalmali Joshi, Kadija Ferryman, and Marzyeh Ghassemi. Ethical Machine Learning in Healthcare. Annual Reviews in Biomedical Data Science, 2021.

[2021b]   Pang Wei Koh, Shiori Sagawa, Henrik Marklund, Sang Michael Xie, Marvin Zhang, Akshay Balsubramani, Weihua Hu, Michihiro Yasunaga, Richard Lanas Phillips, Sara Beery, Jure Leskovec, Anshul Kundaje, **Emma Pierson**, Sergey Levine, Chelsea Finn, and Percy Liang. WILDS: A Benchmark of in-the-Wild Distribution Shifts. ICML, 2021.

[2021a]   Leah Pierson, Miriam Pierson, Jacob Steinhardt, and **Emma Pierson**. Incarceration and COVID-19. *Health Affairs*, letter to the editor; longer version published on the Andrew Gelman blog, 2021.

[2020d]   **Emma Pierson**, Camelia Simoiu, Jan Overgoor, Sam Corbett-Davies, Daniel Jenson, Amy Shoemaker, Vignesh Ramachandran, Phoebe Barghouty, Cheryl Phillips, Ravi Shroff, and Sharad Goel (all authors contributed equally). A large-scale analysis of racial disparities in police stops across the United States. *Nature Human Behaviour*, 2020; coverage from *The New York Times*, *The Economist*, *NBC News*, *The Daily Show*, *CNN*; see project website for data and more press coverage.

[2020c]   Pang Wei Koh*, Thao Nguyen*, Yew Siang Tang*, Steve Mussmann, **Emma Pierson**, Been Kim, and Percy Liang. Concept bottleneck models. ICML, 2020.

[2020b]   **Emma Pierson**. Assessing racial inequality in COVID-19 testing with Bayesian threshold tests. NeurIPS Machine Learning for Health Workshop (**Best on theme paper award; spotlight presentation**), 2020.

[2020a]   Heidi Chen, **Emma Pierson**, Sonja Schmer-Galunder, Jonathan Altamirano, Dan Jurafsky, Jure Leskovec, Magali Fassiotto, and Nishita Kothary. Gender differences in patient perceptions of

physicians' communal traits and the impact on physician evaluations. Journal of Women's Health, 2020.

[2019b]   Bo Liu*, Shuyang Shi*, Yongshang Wu*, Daniel Thomas, Laura Symul, **Emma Pierson**, and Jure Leskovec. Predicting pregnancy using large-scale data from a women's health tracking mobile application. The Web Conf, 2019 (Health on the Web Short Paper Track); NeurIPS ML For Health Workshop, 2018.

[2019a]   **Emma Pierson\***, Pang Wei Koh*, Tatsunori Hashimoto*, Daphne Koller, Jure Leskovec, Nick Eriksson, and Percy Liang. Inferring multidimensional rates of aging from cross-sectional data. AISTATS 2019; NeurIPS ML For Health Workshop, 2018 (**spotlight talk**); ICML Workshop on Computational Biology (**oral presentation**), 2018.

[2018e]   Bo Wang*, Daniele Ramazzotti*, Luca De Sano, Junjie Zhu, **Emma Pierson**, and Serafim Batzoglou. SIMLR: A tool for large-scale genomic analyses by multi-kernel learning. *Proteomics*, 2018.

[2018d]   **Emma Pierson**. Demographics and discussion influence views on algorithmic fairness. Working paper, 2018.

[2018c]   Anosheh Afghahi, Natasha Purington, Summer S Han, Manisha Desai, **Emma Pierson**, Maya B Mathur, Tina Seto, Caroline A Thompson, Joseph Rigdon, Melinda L Telli, et al. Higher absolute lymphocyte counts predict lower mortality from early-stage triple-negative breast cancer. *Clinical Cancer Research*, 2018.

[2018b]   **Emma Pierson**, Sam Corbett-Davies, and Sharad Goel. Fast Threshold Tests for Detecting Discrimination. AISTATS, 2018 (**best paper award**).

[2018a]   **Emma Pierson**, Tim Althoff, and Jure Leskovec. Modeling Individual Cyclic Variation in Human Behavior. WWW, 2018 (featured in ***Nature Medicine***: "Discovery cycle", Shraddha Chakradhar).

[2017c]   Bo Wang, Junjie Zhu, **Emma Pierson**, Daniele Ramazzotti, and Serafim Batzoglou. Visualization and analysis of single-cell RNA-seq data by kernel-based similarity learning. *Nature Methods*, 2017.

[2017b]   Pang Wei Koh*, **Emma Pierson\***, and Anshul Kundaje. Denoising genome-wide histone ChIP-seq with convolutional neural networks. *Bioinformatics*/ISMB 2017; ICML Workshop on Computational Biology (**spotlight talk; best poster award**).

[2017a]   Sam Corbett-Davies, **Emma Pierson**, Avi Feller, Sharad Goel, and Aziz Huq. Algorithmic decision making and the cost of fairness. KDD, 2017. **Taught at Stanford, Berkeley, and Caltech, among others.**

[2016a]   **Emma Pierson**. Detecting and predicting beautiful sunsets with social media data. Climate Informatics Workshop, 2016 (**spotlight talk**).

[2015c]   **Emma Pierson**. Outnumbered but well-spoken: female commentators in the *New York Times*. CSCW, 2015.

[2015b]   **Emma Pierson**, the GTEx Consortium, Daphne Koller, Alexis Battle*, and Sara Mostafavi*. Sharing and specificity of co-expression networks across 35 human tissues. *PLoS Computational Biology*, 2015.

[2015a]   **Emma Pierson** and Christopher Yau. ZIFA: Dimensionality reduction for zero-inflated single-cell gene expression analysis. *Genome Biology*, 2015; **best talk award** at HitSeq 2015 (SIG of ISMB/ECCB).

[2014a]   **Emma Pierson** and Noah Goodman. Uncertainty and denial: a resource-rational model of the value of information. *PLoS One*, 2014.

## SELECTED NON-ACADEMIC PUBLICATIONS

Click on titles to read publications.

[S2025b]  **Emma Pierson**. My 'woke DEI' grant has been flagged for scrutiny. Where do I go from here? *Nature*, 2025.

[S2025a]  Leah Pierson and **Emma Pierson**. Philanthropic foundations must step in to shield science from Trump's cuts. *Nature*, 2025.

[S2024b]  Raj Movva, Pang Wei Koh, and **Emma Pierson**. Using unlabeled data to enhance fairness of medical AI. *Nature Medicine*, 2024.

[S2024a]  Rishi Bommasani, Sanjeev Arora, Yejin Choi, Daniel E. Ho, Dan Jurafsky, Sanmi Koyejo, Hima Lakkaraju, Fei-Fei Li, Arvind Narayanan, Alondra Nelson, **Emma Pierson**, Joelle Pineau, Gael Varoquaux, Suresh Venkatasubramanian, Ion Stoica, Percy Liang, and Dawn Song. A Path for Science- and Evidence-based AI Policy. 2024.

[S2021c]  Leah Pierson and **Emma Pierson**. Genetic Risks for Cancer Should Not Mean Financial Hardship. *The New York Times*, 2021.

[S2021b]  **Emma Pierson**, Jaline Gerardin, and Nathaniel Lash. The lives lost to undervaccination, in charts. *The New York Times*, 2021.

[S2021a]  **Emma Pierson**. Studying the menstrual cycle in a male-dominated field. *Nature Research Behavioural & Social Sciences Blog*, 2021.

[S2020b]  **Emma Pierson**, Elissa M Redmiles, Leilani Battle, and Jessica Hullman. If you want more women in your workforce, here's how to recruit. *Nature*, 2020.

[S2020a]  **Emma Pierson**. Barr says there's no systemic racism in policing. Our data says the attorney general is wrong. *The Washington Post*, 2020.

[S2019a]  **Emma Pierson**. PhDs without tears: how academics can help ease students' minds. *Times Higher Education*, 2019. **Taught in UW Human Well-Being seminar.**

[S2017a]  **Emma Pierson**. Hey, computer scientists! Stop hating on the humanities. *Wired*, 2017.

[S2016d]  **Emma Pierson**. Of mansplaining and mastectomies. *The New York Times*, 2016.

[S2016c]  **Emma Pierson**. Is sexist rhetoric a total frat move? *The New York Times*, 2016.

[S2016b]  Sam Corbett-Davies, **Emma Pierson**, Avi Feller, and Sharad Goel. A computer program used for bail and sentencing decisions was labeled biased against blacks. It's actually not that clear. *The Washington Post*, 2016. **Taught at MIT, Stanford, Berkeley, Harvard, UW, Yale, and Cornell, among others.**

[S2016a]  Mary Nugent and **Emma Pierson**. Here's what people say when they attack Hillary Clinton on Twitter. *The Washington Post*, 2016.

[S2015g]  **Emma Pierson**. Seeking a cancer-free world. *The New York Times*, 2015.

[S2015f]  **Emma Pierson**. How to get more women to join the debate. *The New York Times*, 2015.

[S2015e]  Brian Clifton, **Emma Pierson**, and Gilad Lotan. How to tell if a Twitter user is pro-choice or pro-life – without reading any of their tweets. *Quartz*, 2015.

[S2015d]  **Emma Pierson**. Re: our relationship. *The Atlantic*, 2015.

[S2015c]  **Emma Pierson** and Leah Pierson. What do campus protesters really want? *The New York Times*, 2015.

[S2015b]  **Emma Pierson** and Shengwu Li. A better way to gauge how common sexual assault is on college campuses. *The Washington Post*, 2015.

[S2015a]  **Emma Pierson**. College students aren't the only ones abusing Adderall. *FiveThirtyEight*, 2015.

[S2014c]  **Emma Pierson** and Chuong Do. What about the women? *Coursera Blog*, 2014.

[S2014b] **Emma Pierson**. In science, it matters that women come last. *FiveThirtyEight*, 2014.

[S2014a] **Emma Pierson**. See how red tweeters and blue tweeters ignore each other on Ferguson. *Quartz*, 2014.

[S2012a] **Emma Pierson**. Knowing you carry a cancer gene. *The New York Times*, 2012. (**Awarded "Best Blog Post of 2012" by Cancer101; taught in MIT bioethics class**).

## INVITED TALKS/PANELS/PODCASTS

| | |
|---|---|
| Keynote, CVPR TRUE-V Workshop | 2026 (scheduled) |
| Keynote, Machine Learning in Healthcare Conference | 2026 (scheduled) |
| AI keynote series, LMU Munich | 2026 (scheduled) |
| Keynote, UC Health – CDI2 Data Conference, UC Irvine | 2026 (scheduled) |
| Sobel Lecture, Rochester Academy of Medicine | 2026 (scheduled) |
| Health Humanities and Bioethics Grand Rounds, Rochester Academy of Medicine | 2026 (scheduled) |
| AI in Clinical Medicine, Harvard Medical School | 2026 (scheduled) |
| UCLA Frontiers in Computational Medicine Seminar Series | 2026 (scheduled) |
| Simons Institute, Bridging Prediction and Intervention Problems in Social Systems | 2026 (scheduled) |
| Hertz Innovation Hour – Women Driving Impact in Cancer Research | 2026 (scheduled) |
| Guest lecture, Guest lecture, Healthcare Applications of ML, Columbia | 2026 (scheduled) |
| Guest lecture, Computational Precision Health Practicum, Berkeley | 2026 (scheduled) |
| Guest lecture, Practical Applications in Machine Learning, Cornell | 2026 (scheduled) |
| Guest lecture, Statistical Models: Theory and Application, Berkeley | 2026 (scheduled) |
| Guest lecture, Predictions, AI & Public Policy, Berkeley | 2025 |
| TCT Conference | 2025 |
| NLP Seminar, UMass Amherst | 2025 |
| Effective Altruism Cambridge | 2025 |
| CLIMB, Berkeley | 2025 |
| Plenary talk, Keystone Symposium on AI in Molecular Biology | 2025 |
| School of Optometry Golden Conference, Berkeley | 2025 |
| Health AI in Action Roundable, Digital Medicine Society | 2025 |
| Veridical Biological Data Science Conference, Berkeley | 2025 |
| Possibility Lab, Berkeley | 2025 |
| AI in the Media Landscape Panel | 2025 |
| Mathematics of Morality course, Leaf | 2025 |
| Computational Precision Health Seminar, Berkeley | 2025 |
| Practical Applications in Machine Learning, Cornell | 2025 |
| Seminar Series on AI, Science, and Innovation, Northwestern | 2025 |
| AI in Clinical Medicine Conference, Harvard Medical School | 2025 |
| National Academy of Engineering meeting, Berkeley | 2025 |
| Wharton AI/ML seminar | 2025 |
| Connecting Perspectives: A Human-Centered AI Conference | 2025 |
| Policy Review, Berkeley DeCal | 2025 |
| UCLA NLP Seminar Series | 2025 |
| Information Science Professionalization Seminar, Cornell | 2025 |
| Science, Ethics and the Public Discussion, Schmidt Science Fellows Program | 2025 |
| Tech Policy Press Podcast | 2025 |
| Neyman Seminar, Berkeley | 2025 |
| AI Fireside chat, Ploutos | 2025 |
| AI Tea Talk Series, National University of Singapore | 2025 |
| Executive Education Program in Healthcare Leadership, Cornell | 2025 |
| Statistics Seminar, UC Irvine | 2024 |
| Princeton Ethics of Computing Guest Lecture | 2024 |
| Wellesley Probabilistic Foundations of ML Guest Lecture | 2024 |

| | |
|---|---|
| BIRS Workshop on Responsible AI, Lightning Talk | 2024 |
| Cornell University Intercampus Symposium on Hereditary Cancer | 2024 |
| Novel Approaches to Advancing Health Equity in Cancer Control Symposium | 2024 |
| Berkeley/UCSF Computational Precision Health seminar | 2024 |
| AI Ethics for Technology Leaders, University of Florida | 2024 |
| Artificial Intelligence in Emerging Technologies Seminar, Mount Sinai | 2024 |
| ICML Women in Machine Learning Symposium, Building Trustworthy AI Panel | 2024 |
| AI and Health Disparities, National Cancer Institute Cancer AI Conversations | 2024 |
| Microsoft Research NYC Seminar | 2024 |
| Keynote, Johns Hopkins Responsible AI for Health Symposium | 2024 |
| Keynote, RECOMB Satellite Conference on Biomedical Data Privacy and Equity | 2024 |
| Keynote, Cornell Engineering and the Hospital for Special Surgery Retreat | 2024 |
| Federal Reserve Board | 2024 |
| Harvard Opportunity Insights Guest Lecture | 2024 |
| MIT EECS Guest Lecture, "Ethical Machine Learning in Human Deployments" course | 2024 |
| Princeton Quantitative Social Science Colloquium | 2024 |
| Center for Artificial Intelligence Research, Wake Forest University School of Medicine | 2024 |
| Yale School of Medicine: Genetics Seminar Series | 2024 |
| Allen School of Computer Science and Engineering seminar | 2024 |
| Berkeley EECS Seminar | 2024 |
| Stanford Department of Biomedical Data Science seminar | 2024 |
| Stanford Department of Statistics Seminar | 2024 |
| AI Community of Practice Seminar, U.S. Securities and Exchange Commission (SEC) | 2023 |
| MIT Bioinformatics Seminar | 2023 |
| Machine Learning for Health (ML4H) | 2023 |
| Keynote, epiDAMIK workshop at KDD | 2023 |
| Keynote, American Association of Medical Colleges MedBiquitous Conference | 2023 |
| Keynote, Thomas Jefferson High School for Science and Technology Graduation | 2023 |
| Keynote, Conference on Health, Inference, and Learning (CHIL) | 2023 |
| Big Data and AI seminar, Tufts-Mayo-UMichigan-Duke joint meeting | 2023 |
| Johns Hopkins Research Symposium on Engineering in Healthcare | 2023 |
| Grand Rounds, Children's Hospital Los Angeles Pain Medicine | 2023 |
| Lupus 21st Century Conference | 2023 |
| PhilML2023; University of Tübingen | 2023 |
| Swissmedic | 2023 |
| NYC AI Hackathon: AI for Public Good NY | 2023 |
| Responsible AI seminar, Nokia Bell Labs | 2023 |
| American College of Physicians, NY Chapter Board of Directors Meeting | 2023 |
| Applied ML seminar series, MIT CSAIL | 2023 |
| NSF-NIH Workshop on Foundational AI in Biology | 2023 |
| IBM Research - Zurich's AI for Scientific Discovery Seminar | 2023 |
| Machine Learning in Economics Summer Institute, UChicago | 2023 |
| Yale-Cowles Conference on Discrimination and Algorithmic Fairness | 2023 |
| AI and Decision Making Workshop, UC Santa Barbara | 2023 |
| Harvard Catalyst Biostatistics Symposium on Data Science and Health Disparities | 2023 |
| National Academies of Sciences, Engineering, and Medicine panel, AAAS Annual Meeting | 2023 |
| Centre de Recherche Mathematique | 2023 |
| PDT Partners | 2023 |
| Chicago Human and AI Lab | 2023 |
| Interview, Stat News | 2023 |
| Simons Foundation | 2023 |
| Virtual Roundtable on Algorithmic Fairness, Weill Cornell | 2023 |
| Clinical Research Forum, IT Roundtable | 2022 |
| Rogers Colloquium | 2022 |

| | |
|---|---|
| Health AI Partnership interview, Duke University | 2022 |
| Google NYC Tech Days | 2022 |
| Rhodes Trust, University of Oxford, Forum on Technology and Society | 2022 |
| Statistical Methods for Health Equity seminar, University College London | 2022 |
| Flatiron Institute, Machine Learning in New York City (ML-NYC) Speaker Series | 2022 |
| Columbia Department of Biomedical Informatics | 2022 |
| Panel, A Species Between Worlds, Skylight Modern | 2022 |
| Platform for Advanced Scientific Computing (PASC) Conference | 2022 |
| CMMRS, Max Planck Institute for Software Systems | 2022 |
| AI for Health Equity Virtual Symposium | 2022 |
| UCLA, Sex and Gender Bias in Data Workshop | 2022 |
| Machine Learning in Medicine symposium, Weill Cornell | 2022 |
| National Cancer Institute, ML and Health Outcomes in Cancer Care Delivery Panel | 2022 |
| Purdue, Leading Ethically in an Age of AI | 2022 |
| Artificial Intelligence for Good - New York | 2022 |
| Civil Legal Aid Technology Conference | 2022 |
| Health AI Ecosystems Seminar, Google | 2022 |
| Panelist, Conference on Algorithmic Bias: Responsible AI in Healthcare | 2022 |
| Memorial Sloan Kettering Cancer Center Machine Learning Seminar | 2022 |
| MS2Discovery Institute | 2022 |
| UCSF Guest Lecture, Biology of Health | 2022 |
| HWS Round Robin Keynote | 2022 |
| MIT, Guest Lecture for Ethical ML in Human Deployments | 2022 |
| University of Michigan, Data Science/Computational Social Science seminar | 2022 |
| Mt Sinai, AI in Medicine Course Guest Lecture | 2022 |
| Stanford Biomedical Informatics Research colloquium | 2022 |
| Duke-Margolis Virtual Public Meeting, Understanding Bias and Fairness in AI | 2021 |
| Weill Cornell Health Informatics Research Seminar | 2021 |
| Tufts Medical Center, Center for Quantitative Methods and Data Science | 2021 |
| Workshop on Human and Machine Decisions Keynote, NeurIPS | 2021 |
| NeurIPS 2021 panel, Data opportunities: unsolved medical problems and where new data can help | 2021 |
| NYU, Applied Statistics Seminar Series | 2021 |
| Cornell, Guest Lecture for Applied Machine Learning | 2021 |
| MIT, Guest Lecture for HST 953: Collaborative Data Science in Medicine | 2021 |
| Harvard Medical School, Panel on Fairness, Bias and Race in an Algorithmic World | 2021 |
| Boston University, AI in Healthcare: Mitigating Disparities, Biases & Misinformation Symposium | 2021 |
| ISMB Machine learning in Computational and Systems Biology COSI Keynote | 2021 |
| Arab Health Dubai, Imaging and Diagnostics Keynote | 2021 |
| AI for Good Seminar, Microsoft | 2021 |
| Diaries of Social Data Research podcast | 2021 |
| Carnegie Mellon AI for Social Good Panel | 2021 |
| Davis Institute for Artificial Intelligence | 2021 |
| Columbia Precision Medicine and Society conference | 2021 |
| Health Intelligence Seminar, MSR Cambridge | 2021 |
| Opportunity Insights | 2021 |
| Penn State AI for Social Impact Seminar | 2021 |
| Rochester Institute of Technology Mathematical Modeling Seminar | 2021 |
| R-Ladies DC | 2021 |
| Harvard, Institute for Applied Computational Science Seminar | 2021 |
| Williams, Institute for Computational and Experimental Research in Mathematics | 2021 |
| Outlier Detectives Podcast | 2021 |
| Yale Journal of Biology and Medicine Podcast | 2021 |
| Stanford, Algorithmic Fairness Panel, CS182 | 2021 |
| MSR Public Panel, Conversations in STEM, Medical, and Health Technology | 2021 |

| | |
|---|---|
| UCLA, Big Data and ML seminar | 2021 |
| U. Mannheim, Policies to Cope with the COVID-19 Crisis | 2021 |
| AI Health Podcast | 2021 |
| RAND Corporation | 2021 |
| NeurIPS Workshop on Machine Learning for Economic Policy, Panel on Methodology and Algorithms | 2020 |
| NeurIPS COVID-19 Symposium | 2020 |
| MITxHarvard Women in AI | 2020 |
| Forum on Ethics and Fairness in AI, Harvard Medical School | 2020 |
| Cornell, Digital Life Initiative | 2020 |
| University of Chicago, Panel on Conceptualization and Measurement of Discrimination | 2020 |
| Stanford, Guest Lecture for CS221: Artificial Intelligence | 2020 |
| Berkeley, Guest Lecture for PH196: Artificial Intelligence in Medicine and Health Policy | 2020 |
| Cornell, Departments of Computer Science and Information Science | 2020 |
| USC, Department of Computer Science | 2020 |
| UCLA, Departments of Computer Science and Computational Medicine | 2020 |
| Caltech, Computing and Mathematical Sciences | 2020 |
| Brown, Department of Computer Science and Data Science Initiative | 2020 |
| Yale, Departments of Computer Science and Statistics/Data Science | 2020 |
| Johns Hopkins, Department of Computer Science | 2020 |
| University of Chicago, Department of Computer Science | 2020 |
| University of Chicago, Harris School of Public Policy | 2020 |
| Harvard, Department of Biomedical Informatics | 2020 |
| Harvard T.H. Chan School of Public Health | 2020 |
| Carnegie Mellon, Departments of Machine Learning, Computer Science, and Statistics/Data Science | 2020 |
| Columbia, Department of Biomedical Informatics | 2020 |
| MIT Sloan School of Management | 2020 |
| University of Toronto, Department of Statistical Sciences and Faculty of Information | 2020 |
| Harvard Business School | 2020 |
| Microsoft Research New England | 2020 |
| Johns Hopkins, Department of Biostatistics | 2020 |
| University of Washington, Department of Statistics | 2020 |
| NeurIPS Social Invited Talk: "Well-being in ML" | 2019 |
| USC AI Rising Stars Symposium | 2019 |
| Stanford Biostatistics Workshop | 2019 |
| National Academy of Sciences Workshop (Social Science Modeling for Big Data) | 2019 |
| University of Michigan AI Symposium | 2019 |
| Data and Society Meeting on Fair Machine Learning in Health | 2019 |
| Stanford Data Science for Social Good Summer Program | 2019 |
| Twitter FairML Speaker Series | 2019 |
| Evidation Health | 2019 |
| Johns Hopkins Data Science Lab | 2019 |
| NBER Machine Learning and Healthcare Conference | 2019 |
| Salesforce Research | 2019 |
| Microsoft Research AI Breakthroughs Workshop | 2018 |
| Facebook Computation Social Science Group | 2018 |
| Hertz Foundation Summer Workshop | 2018 |
| AlterConf San Francisco | 2017 |
| JSM, "Essential Skills for Communicating Statistics" | 2017 |

## REVIEWING AND SERVICE

| | |
|---|---|
| Reviewer, *Nature* | 2026 |
| Reviewer, *Nature Medicine* | 2026 |

| | |
|---|---|
| Area Chair, *FAccT* | 2026 |
| Reviewer, *Nature* | 2025 |
| Ethics reviewer, *NeurIPS main track* | 2025 |
| Women in Science Networking Event, Keystone Symposium | 2025 |
| Ethics reviewer, *NeurIPS Datasets and Benchmarks track* | 2025 |
| Panelist, Berkeley CS KickStart | 2025 |
| Reviewer, *Nature Communcations* | 2025 |
| Reviewer, Hertz Foundation Thesis Prize | 2025 |
| Reviewer, *PNAS Nexus* | 2025 |
| Reviewer, *Nature Genetics* | 2025 |
| Reviewer, *British Medical Journal* | 2025 |
| Reviewer, *PLoS Computational Biology* | 2025 |
| Hertz Fellow orientation panel | 2025 |
| Faculty fireside chat & panel and roundtable mentoring, WICSE Berkeley-Stanford Conference | 2025 |
| Academic Advisory Board, Expert Survey on AI Capabilities, Adoption, and Impact | 2025 |
| Senior Roundtable Leader, Conference on Health, Inference, and Learning | 2025 |
| Reviewer, NSF | 2025 |
| Ethics reviewer, ICML | 2025 |
| Reviewer, New England Journal of Medicine | 2025 |
| Reviewer, ICLR | 2025 |
| Moderator, Foundation Models to Transform Workflow and Clinical Care panel | 2025 |
| Guest lecture, CS 6006: Succeeding in the Graduate Environment | 2024 |
| Senior Program Chair, the Web Conference | 2024 |
| Reviewer, National Science Foundation | 2024 |
| Mentor, Women in Machine Learning (WiML) Symposium | 2024 |
| Harvard Opportunity Insights, PREDOC Guest Lecture | 2024 |
| Reviewer, Nature Communications | 2024 |
| Reviewer, Science | 2024 |
| Ethical Reviewer, NeurIPS | 2024 |
| Co-organizer, Workshop on Applying LLMs in LMICs for Healthcare Solutions, ICHI | 2024 |
| Session co-chair, Pacific Symposium of Biocomputing | 2024 |
| Area Chair, FAccT | 2024 |
| Reviewer, Nature | 2023 |
| Judge, MIT Tech Review 35 Innovators under 35 competition | 2023 |
| Senior chair, Research Roundtable on Bias/Fairness in Health AI, ML4H Symposium | 2023 |
| Ethical Reviewer, NeurIPS | 2023 |
| Reviewer, Journal of the American Medical Informatics Association | 2023 |
| Mentor, NeurIPS ML4H symposium | 2023 |
| Women in Machine Learning Research Statement Panel | 2023 |
| Guest lecture, CS 6006: Succeeding in the Graduate Environment | 2023 |
| Committee Member of the Special Issue on Generative AI and Large Language Models in Biomedicine | 2023 |
| Reviewer, Health Affairs | 2023 |
| Moderator, Health Next Summit Panel | 2023 |
| Area Chair, FaaCT (Conference on Fairness, Accountability, and Transparency) | 2023 |
| Reviewer, Nature Medicine | 2023 |
| Reviewer, Nature Communications | 2023 |
| National Science Foundation (NSF) panelist | 2022 |
| Reviewer, Political Analysis | 2022 |
| Invited talk, Academic Mentoring Workshop, Learning Theory Alliance | 2022 |
| Ethical Reviewer, NeurIPS | 2022 |
| Reviewer, ICML Workshop on Human-Machine Collaboration and Teaming | 2022 |
| Reviewer, Nature Human Behaviour | 2022 |
| Reviewer, Nature Communications | 2022 |
| Reviewer, Journal of the American Medical Informatics Association | 2022 |

| | |
|---|---|
| Senior program committee member, International Conference on Healthcare Informatics | 2022 |
| Reviewer, International Workshop on Algorithmic Bias in Search and Recommendation | 2022 |
| Reviewer, The Web Conference | 2022 |
| Area Chair, Applications Track, FaaCT (Conference on Fairness, Accountability, and Transparency) | 2022 |
| Co-organizer, Machine Learning from Ground Truth Workshop, NeurIPS | 2021 |
| Reviewer, Machine Learning for Public Policy Workshop, NeurIPS | 2021 |
| Richard Tapia Celebration of Diversity in Computing Virtual Conference, Virtual Booth | 2021 |
| Ethical Reviewer, NeurIPS | 2021 |
| Reviewer, PNAS | 2021 |
| Reviewer, Science Advances | 2021 |
| Reviewer, Health Affairs | 2021 |
| Reviewer, Nature Communications | 2021 |
| Co-organizer, AI for Public Health Workshop, ICLR | 2021 |
| Organizing Committee (program co-chair), Conference on Health, Inference, and Learning | 2021 |
| Reviewer, Conference on Fairness, Accountability, and Transparency | 2021 |
| Reviewer, The Web Conference | 2021 |
| Reviewer, AAAI | 2021 |
| Reviewer, Management Science | 2020 |
| Mentor, NeurIPS Women in Machine Learning Workshop | 2020 |
| Reviewer, International Workshop on Algorithmic Bias in Search and Recommendation | 2020 |
| Reviewer, The Web Conference | 2020 |
| Reviewer, Nature Medicine | 2019 |
| Reviewer, NeurIPS Workshop on Fair ML for Health | 2019 |
| Reviewer, ICLR Workshop on Debugging Machine Learning Models | 2019 |
| Reviewer, The Web Conference | 2019 |
| Reviewer, Conference on Fairness, Accountability, and Transparency (FAT*) | 2018 |
| Reviewer, JMLR | 2018 |
| Reviewer, CSCW | 2018 |
| Reviewer, IJCAI | 2018 |
| Reviewer, Biostatistics | 2017 |
| Reviewer, ICML | 2015 |
| Reviewer, ECCB | 2014 |
| Reviewer, Bioinformatics | 2013 |