Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
John M. Mitchell
jmitchell@acluaz.org
ACLU Foundation of Arizona
2712 North 7th Street
Phoenix, AZ 85006
Telephone: (602) 650-1854

*Attorneys for Plaintiffs (Additional attorneys
for Plaintiffs listed on next page)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*,<br><br>     Plaintiffs,<br><br>and<br><br>United States of America,<br><br>     Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona<br><br>     Defendant. | Case No. CV-07-2513-PHX-GMS<br><br>**DECLARATION OF STANLEY YOUNG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)** |

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775

Jenn Rolnick Borchetta*
jborchetta@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
125 Broad Street
New York NY 10004
Telephone (914) 462-2363

Jorge Martin Castillo*
jorgecastillo@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
915 15th Street NW
Washington, D.C. 20005
Telephone: (646) 983-9921

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

Peter W. Johnston*
pjohnston@cov.com
Adam R. David*
adavid@cov.com
Covington & Burling LLP
415 Mission Street
Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000


*Pro Hac Vice

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512

Sebrina M. Shaw (024545)
Shaw Law Firm, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
Telephone: (928) 646-0369
sshaw@acluaz.org

I, Stanley Young, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted *pro hac vice* in the United States District Court for the District of Arizona, for purposes of this action, *Ortega Melendres, et al., v. Sheridan*, No. CV 07-2513-PHX-GMS. I am a Senior Counsel in the Palo Alto, California office of Covington & Burling LLP. I make this declaration on personal knowledge except where otherwise indicated.

2. Attached as Exhibit 1 is a true and correct copy of a letter dated December 17, 2025, from Plaintiffs' counsel Jenn Rolnick Borchetta to parties and counsel sharing Plaintiffs' proposals on Extended Stop Indicators ("ETSIs").

3. Attached as Exhibit 2 is a true and correct copy of a letter dated January 30, 2026, from Defendant's counsel to Plaintiffs' counsel Jenn Rolnick Borchetta responding to the December 17, 2025 letter regarding Plaintiffs' proposals on ETSIs.

4. Attached as Exhibit 3 is a true and correct copy of a YouTube video by 12 News dated September 10, 2024, titled "Why Sheriff Candidate Jerry Sheridan is on the Brady List."

5. Attached as Exhibit 4a is a true and correct copy of Exhibit PX 204C from the earlier contempt hearing in this case, consisting of a video recording of an internal Maricopa County Sheriff's Office briefing apparently held on October 18, 2013.

6. Attached as Exhibit 4b is a true and correct copy of Exhibit PX 204D from the earlier contempt hearing in this case, consisting of a video recording of an internal Maricopa County Sheriff's Office briefing apparently held on October 18, 2013.

7. Attached as Exhibit 5 is a true and correct copy of an email dated August 19, 2025, from Plaintiffs' counsel Sebrina Shaw to parties, counsel, and the Monitor, stating Plaintiffs' concerns regarding the July 16, 2025, Community Meeting.

8. Attached as Exhibit 6 is a true and correct copy of a Phoenix New Times article by Morgan Fischer dated July 17, 2025, titled "Sheriff's office court-ordered community meeting goes off the rails."

9. Attached as Exhibit 7 is a true and correct copy of a YouTube video by AZPBS dated September 12, 2024, titled "AZ Votes Debate: Maricopa County Sheriff."

10. Attached as Exhibit 8 is a true and correct copy of a Phoenix New Times article by Stephen Lemons dated August 13, 2025, titled "The Arpaio All-Stars: Meet the County Sheriff's Sketchy Retreads."

11. Attached as Exhibit 9 is a true and correct copy of an organizational chart [MELC0005467893 – MELC0005467908] produced under a confidential label by MCSO.

12. Attached as Exhibit 10 is a true and correct copy of an email dated February 26, 2026, from Beatriz Annexy to parties and counsel with two attachments: 1) a letter dated February 25, 2026 from the Monitor to the Court stating that the Monitor does not approve Captain Lugo's transfer from the Professional Standards Bureau, proposed by MCSO, pursuant to ¶268 of the Second Amended Second Supplemental Permanent Injunction (Doc. 1765) and 2) an email from Chief Rojas to Commander Clint Doyle stating that the Monitor does not approve of the transfer.

13. Attached as Exhibit 11 is a true and correct copy of a letter dated February 27, 2026, from Joseph Popolizio to the Monitor responding to the February 25, 2026 email regarding Captain Lugo's transfer.

14. Attached as Exhibit 12 is a true and correct copy of a page from ICE.gov (https://www.ice.gov/identify-and-arrest/287g, last visited March 25, 2026) titled "Delegation of Immigration Authority Section 287(g) Immigration and Nationality Act."

15. Attached as Exhibit 13 is a true and correct copy of a page from DHS.gov dated September 17, 2025 (https://www.dhs.gov/news/2025/09/17/dhs-287g-reaches-more-1000-partnerships-state-and-local-enforcement-help-remove, last visited March 25, 2026), titled "DHS 287(g) Reaches More Than 1,000 Partnerships with State and Local Enforcement to Help Remove the Worst of the Worst Criminal Illegal Aliens."

16.    Attached as Exhibit 14 is a true and correct copy of an ACLU press release dated January 15, 2026, titled "ACLU of Minnesota Sue Federal Government to End ICE, CBP's Practice of Suspicionless Stops, Warrantless Arrests, and Racial Profiling of Minnesotans."

17.    Attached as Exhibit 15 is a true and correct copy of a ProPublica article by J. David McSwane & Hanna Allam dated April 8, 2025, titled "'They Don't Care About Civil Rights': Trump's Shuttering of DHS Oversight Arm Freezes 600 Cases, Imperils Human Rights."

18.    Attached as Exhibit 16 is a true and correct copy of a Human Rights Watch report dated November 4, 2025, titled "US: ICE Abuses in Los Angeles Set Stage for Other Cities."

19.    Attached as Exhibit 17 is a true and correct copy of a ProPublica article by Rafael Carranza dated October 21, 2025, titled "This County Was the 'Model' for Local Police Carrying Out Immigration Raids. It Ended in Civil Rights Violations."

20.    Attached as Exhibit 18 is a true and correct copy of Traffic Stop Quarterly Report ("TSQR") 17, published in March 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED this April 14, 2026.

By: /s/ *Stanley Young*
Stanley Young

DECLARATION OF STANLEY YOUNG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)