# Exhibit 3

## .mp4 Video File