# Exhibit 4a

## .mp4 Video File