# Exhibit 4b

# .mp4 Video File