# Exhibit 7

.mp4 Video File