# Exhibit 12

 An official website of the United States government

🏛 **Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.

🔒 **Secure .gov websites use HTTPS**
A **lock** ( 🔒 ) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

🌐 En Español    📱 Contact Us    🔗 Quick Links

 **U.S. Immigration and Customs Enforcement**

Search

Call 1-866-DHS-2-ICE      Report Crime

ICE    IDENTIFY AND ARREST

## Delegation of Immigration Authority Section 287(g) Immigration and Nationality Act

# ICE's 287(g) Program

The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 added Section 287(g) to the Immigration and Nationality Act (INA), authorizing U.S. Immigration and Customs Enforcement (ICE) to delegate state and local law enforcement officers the authority to perform specified immigration officer functions under ICE's direction and oversight. Likewise, Title 25 USC 2804(e) also allows federal agencies to enter into agreements with Indian tribes to carry out laws of the United States, such as immigration laws.

The Program enhances the safety and security of our nation's communities by allowing ICE Enforcement and Removal Operations (ERO) to partner with state, local, and tribal law enforcement agencies to identify and remove criminal aliens who are amenable to removal from the United States.

ICE recognizes the importance of its relationships with law enforcement partners—including state, local, and tribal agencies—to carry out its critical mission.

Through the delegation of specified immigration officer duties, the program allows ICE to enhance collaboration with state, local, and tribal law enforcement partners to protect the homeland through the arrest and removal of aliens who undermine the safety of our nation's communities and the integrity of U.S. immigration laws.

# What's in It for Your Law Enforcement Agency?

The 287(g) Program benefits state and local law enforcement agencies in several ways — but most notably, it helps you keep your community safe from potentially dangerous criminal aliens. Your law enforcement officers will get access to ICE resources and training. ICE covers the cost of training (see the later section, "287(g) Training Available to State and Local Law Enforcement," for more information).

- Your agency or office may be eligible for the Department of Justice's State Criminal Alien Assistance Program. This Department of Justice program administers SCAAP awards and provides federal funding to states and political subdivisions of states, including municipalities that incur costs for incarcerating certain criminal aliens. **This is entirely separate from the 287(g) program.**

## ICE 287(g) Program Map



## 287(g) Program Models

ICE Enforcement and Removal Operations operates four 287(g) models:

- The **Jail Enforcement Model** is designed to identify and process removable aliens — with criminal or pending criminal charges — who are arrested by state or local law enforcement agencies.
- The **Task Force Model** serves as a force multiplier for law enforcement agencies to enforce limited immigration authority with ICE oversight during their routine police duties.
- The **Tribal Task Force Model** serves as a force multiplier for tribal law enforcement agencies to enforce limited immigration authority with ICE oversight under Title 25 USC 2804.
- The **Warrant Service Officer** program allows ICE to train, certify and authorize state and local law enforcement officers to serve and execute administrative warrants on aliens in their agency's jail.

## How Can Your Agency Participate in the ICE 287(g) Program?

On January 20, 2025, President Donald J. Trump issued Executive Order (EO) 14159, *Protecting the American People Against Invasion*. This EO requires ICE to authorize State and local law enforcement officials, as the Secretary of Homeland Security determines are qualified and appropriate, under section 287(g) of the Immigration and Nationality Act to the maximum extent permitted by law. Several states, including but not limited to Georgia and Florida, have passed,

or are considering, State legislation mandating law enforcement agencies (LEAs) seek out or enter into memorandums of agreement (MOA) with ICE pursuant to a partnership under the 287(g) Program.

Participation in the 287(g) Program is limited to LEAs only. LEAs interested in participating in the 287(g) Program must sign an MOA with ICE. LEAs will nominate officers to participate in the 287(g) Program. Nominees must possess U.S. citizenship, complete and pass a background investigation, and have knowledge of and have enforced laws and regulations related to law enforcement activities at their jurisdictions. Task Force Model nominees must also have at least two (2) years of total law enforcement officer experience. Nominees will receive training at the expense of ICE related to the immigration duties pertinent to the applicable MOA.

LEAs interested in becoming a law enforcement partner under the 287(g) Program must submit a signed MOA to ICE at ERO287g@ice.dhs.gov. These forms can be found below.

> **Please click on the applicable MOA (fillable), complete and sign in its entirety, and email back to the 287(g) program team at: ERO287g@ice.dhs.gov.**
> - JEM MOA (fillable)
> - TFM MOA (fillable)
> - TTFM MOA (fillable)
> - WSO MOA (fillable)

## How Can I Convince My Chief or Sheriff to Participate in 287(g)?

ICE has several resources, including this page, that can help you show your chief, sheriff or team all the benefits the 287(g) Program provides. From here, you can also download and print ICE's:

- 287(g) fact sheet.
- 287(g) brochure.

If you have any questions about participating in the ICE 287(g) program, how to complete the necessary forms, what is required, or would like additional information, please do not hesitate to email ERO287g@ice.dhs.gov; your inquiry will be promptly answered within one business day.

## 287(g) Participating Agencies

As of April 1, 2026 2:01 pm ICE has signed 1,604 Memorandums of Agreement for 287(g) programs covering 39 states and 2 U.S. Territories. These include JEM agreements with 165 law

enforcement agencies in 30 states and 1 U.S. Territory, 287(g) WSO agreements with 480 law enforcement agencies in 34 states, and 287(g) TFM agreements with 959 agencies in 32 states and 2 U.S. Territories.

**View 287(g) Participating Agencies**

## Participating TTFM Agencies

The data will be provided soon.

## Monthly 287(g) Encounter Reports

⊖ FY 2026

- November 2025
- October 2025

⊕ FY 2025

- September 2025
- August 2025
- July 2025
- June 2025
- May 2025
- April 2025
- March 2025
- February 2025
- January 2025

⊕ FY 2021

- [January 2021](#)
- [December 2020](#)
- [November 2020](#)
- [October 2020](#)

⊕ FY 2020

- [September 2020](#)
- [August 2020](#)
- [July 2020](#)
- [June 2020](#)
- [May 2020](#)
- [April 2020](#)
- [March 2020](#)
- [February 2020](#)
- [January 2020](#)
- [December 2019](#)
- [November 2019](#)
- [October 2019](#)

Updated: 04/01/2026

ADDRESS

RELATED INFORMATION

LATEST NEWS

News Releases About 287(g)

500 12th St SW
Washington, DC
20536

Report
Crimes:
Call

1-866-
DHS-2-
ICE

Enforcement and
Removal Operations

Criminal Alien
Program

Archived 287(g) MOAs

**About Us**

**Homeland Security Investigations**

**Enforcement and Removal Operations**

**Newsroom**

    





**ICE Contact Center**

Report suspicious activity: 1-866-DHS-2-ICE

 ICE.gov
**An official website of the U.S. Department of Homeland Security**

| | | |
|---|---|---|
| About ICE | Archive | Inspector General |
| Accessibility | No FEAR Act Data | The White House |
| FOIA Requests | Site Links | DHS Components |
| Privacy Policy | Performance Reports | USA.gov |
| DHS.gov | | |

