# Exhibit 13



An official website of the United States government  Here's how you know ⌄

**Countdown to America's 250th Anniversary!**

| **92** | **3** | **2** |
|---|---|---|
| Days | Hours | Minutes |

✓ **NOTICE**    Due to the lapse in federal funding, this website will not be actively managed. Click here for more information.

Homeland Security                                                    MENU

**Home** » **News** » **Press Releases** »
DHS 287(g) Reaches More Than 1,000 Partnerships with State and Local Enforcement to Help Remove the Worst of the Worst Criminal Illegal Aliens

# DHS 287(g) Reaches More Than 1,000 Partnerships with State and Local Enforcement to Help Remove the Worst of the Worst Criminal Illegal Aliens

**Release Date:** September 17, 2025

*Under President Trump and Secretary Noem, 287(g) partnerships increased by 641%*

WASHINGTON—The Department of Homeland Security (DHS) and U.S. Immigration and Customs Enforcement (ICE) now have more than 1,000 287(g) program agreements with state and local law enforcement agencies. The 287(g) program gives local and state law enforcement officers the tools and authority, to arrest the worst of the worst including murderers, gang members, rapists, pedophiles, and terrorists from American communities.

Under Secretary Noem's leadership, ICE supercharged efforts with state and local law enforcement to assist federal immigration officers in our efforts to make America safe again. 287(g) partnerships have increased 641%—from 135 agreements to 1,001.

*"ICE is not only supercharging our hiring, we are also multiplying partnerships with state and local law enforcement to remove the worst of the worst including murderers, gang members, rapists, terrorists, and pedophiles from our country. Thanks to the One Big Beautiful Bill, ICE launched a new reimbursement program for state and local law enforcement who partner with DHS to make America safe again,"* said **ICE Deputy Director Madison Sheahan**. *"We encourage all state and local law enforcement agencies to sign a 287(g) agreement now. By joining forces with ICE, you're not just gaining access to these unprecedented reimbursement opportunities—you're becoming part of a national effort to ensure the safety of every American family."*

From border counties to big-city police departments, more than **1,000 local and state law enforcement agency partners in 40 states** now work directly with DHS and ICE to protect their communities. These historic partnerships are a force multiplier for DHS as the Administration continues to use every tool in its toolbox to find, arrest, and deport criminal illegal aliens.

Starting **October 1, 2025**, participating law enforcement will have these reimbursement opportunities:

- ICE will fully reimburse participating agencies for the **annual salary *and* benefits** of each eligible trained 287(g) officer, including overtime coverage up to 25% of the officer's annual salary.
- **Law enforcement agencies** will be eligible for quarterly monetary performance awards based on the successful location of illegal aliens provided by ICE and overall assistance to further ICE's mission to defend the homeland:
  - 90% - 100% - $1,000 per eligible task force officer
  - 80% - 89% - $750 per eligible task force officer
  - 70% - 79% - $500 per eligible task force officer

DHS encourages all state and local law enforcement agencies to sign a 287(g) agreement to help defend the homeland and gain access to these reimbursement opportunities. Learn more: https://www.ice.gov/287g.

# # #

**Topics**

HOMELAND SECURITY ENTERPRISE    IMMIGRATION AND CUSTOMS ENFORCEMENT

**Keywords**

[IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)](#) [IMMIGRATION ENFORCEMENT](#) [LAW ENFORCEMENT PARTNERSHIP](#) [MAKING AMERICA SAFE AGAIN](#) [STATE AND LOCAL LAW ENFORCEMENT](#) [STATE AND LOCAL PARTNERSHIP](#) [WORST OF THE WORST](#)

Last Updated: 09/30/2025

Was this page helpful?

◯ Yes ◯ No

Submit

**Topics**   **News**   **In Focus**   **How Do I?**   **Get Involved**   **About DHS**

 Homeland Security



DHS.gov

**An official website of the U.S. Department of Homeland Security**

| About DHS | FOIA Requests | Vulnerability Disclosure Program |
| Accessibility | No FEAR Act Data | Office of Inspector General |
| Budget and Performance | Privacy Policy | The White House |
| DHS Components | Site Links | USA.gov |



NTAS
NATIONAL TERRORISM ADVISORY SYSTEM

**NO CURRENT ADVISORIES**

↑ Back to Top