# Exhibit 14



About ⌄    Issues ⌄    Our Work ⌄    News    Take Action    Shop    **Give** ⌄

**PRESS RELEASES** ›

# ACLU Sues Federal Government to End ICE, CBP's Practice of Suspicionless Stops, Warrantless Arrests, and Racial Profiling of Minnesotans

**Case:** HUSSEN v. NOEM
**Affiliate:** ACLU of Minnesota
January 15, 2026 12:20 pm

   

**ACLU Affiliate**



ACLU of Minnesota

**Spokesperson**



**Kate Huddleston** ›
Senior Staff Attorney
ACLU Immigrants'
Rights Project

**Media Contact**

media@aclu.org
(212) 549-2666

125 Broad Street
18th Floor
New York, NY 10004
United States

MINNEAPOLIS — The American Civil Liberties Union, ACLU of Minnesota, Covington & Burling LLP, Greene Espel PLLP, and Robins Kaplan LLP filed a class-action lawsuit today against the Trump administration on behalf of three community members — and a class of similarly situated people — whose constitutional rights were violated by Immigration and Customs Enforcement (ICE), Customs and Border Protection(CBP), and other federal agents.

Over the past six weeks, the Trump administration has increased its deployment of federal forces by the thousands. Masked federal agents in military gear have ignored basic human rights in their enforcement activity against Minnesotans, especially targeting Somali and Latino communities.

The Trump administration has been clear in its targeting of the Somali and Latino communities through Operation Metro Surge. President Trump called people from Somalia "garbage," said "we don't want them in our country," and told them to "go back to where they came from." Following Trump's comments, ICE and CBP agents have indiscriminately arrested — without warrants or probable cause — Minnesotans solely because the agents perceived them to be Somali or Latino.

In their lawsuit, the three Minnesotans challenge the administration's policy of racially profiling, unlawfully seizing, and unlawfully arresting,people without a warrant and without probable cause. This is a violation of Minnesotans' constitutional rights to equal protection and against unreasonable seizures.

Plaintiff **Mubashir Khalif Hussen** is a 20-year-old U.S. citizen. On Dec. 10, 2025, he was walking to lunch in the Cedar-Riverside neighborhood when he was stopped by multiple masked ICE agents. When Hussen realized he was being stopped by ICE, he began repeating, "I'm a citizen. I'm a citizen." But the agents refused to look at Hussen's ID.

ICE agents put Hussen into an SUV and drove him to the Whipple building in south Minneapolis. Only after being shackled, having his fingerprints taken, and showing a photo of his passport card to an individual at the Whipple building was Hussen let go.

"At no time did any officer ask me whether I was a citizen or if I had any immigration status," said **Hussen**. "They did not ask for any identifying information, nor did they ask about my ties to the community, how long I had lived in the Twin Cities, my family in Minnesota, or anything else about my circumstances."

"ICE and CBP's practices are both illegal and morally reprehensible," said **Catherine Ahlin-Halverson, staff attorney with the ACLU of Minnesota**. "Federal agents' conduct — sweeping up Minnesotans through racial profiling and unlawful arrests — is a grave violation of Minnesotans' most fundamental rights, and it has spread fear among immigrant communities and neighborhoods. No one, including federal agents, is above the law."

"The government can't stop and arrest people based on the color of their skin, or arrest people with no probable cause," said **Kate Huddleston, senior staff attorney with the ACLU's Immigrants' Rights Project**. "These kinds of police-state tactics are contrary to the basic principles of liberty and equality that remain a bedrock of our legal system and our country."

"The massive presence of ICE agents as part of Operation Metro Surge has disrupted civic life in the Twin Cities. Minnesotans are at risk of being stopped by ICE while going to work or shopping for groceries," said **Greene Espel attorney Kshithij Shrinath**. "We will continue to stand with our community and the rule of law."

If you have been questioned, stopped, arrested, or detained by ICE where the officers did not have a warrant or where the encounter appeared to be the result of racial profiling, visit aclu-mn.org/ice-feds-form.

The complaint is here: https://assets.aclu.org/live/uploads/2026/01/COMPLAINT-HUSSEN-v.-NOEM-1.pdf



Minnesota

**Immigrants' Rights**

## HUSSEN v. NOEM

The American Civil Liberties Union, ACLU of Minnesota, Covington & Burling LLP, Greene Espel PLLP, and Robins Kaplan LL...

**Status:** Ongoing

# STAY INFORMED

Sign up to be the first to hear about how to take action.

By completing this form, I agree to receive occasional emails per the terms of the ACLU's privacy statement.

| First name | Last name |
|---|---|

Email

| ZIP code | **Sign up** |
|---|---|

# Learn More About the Issues in This Press Release

Immigrants' Rights

# Related Content



Press Release    Apr 2026

Immigrants' Rights

**Supreme Court Arguments Wrap in Landmark Challeng...**



Press Release    Apr 2026

Immigrants' Rights

**ACLU Comment on Trump Plan to Attend Supreme...**



News & Commentary    Apr 2026

Immigrants' Rights

**Live Coverage: Birthright Citizenship SCOTUS**



Press Release    Mar 2026

Free Speech    Immigran...

**Mahmoud Khalil Asks Full Appeals Court to Reconside...**



WASHINGTON — The Supreme Court heard oral argument today in...

**Court Case:** Barbara v. Dona...
**Affiliates:** New Hampshire,...

WASHINGTON — Yesterday, President Trump announced his...

**Court Case:** Barbara v. Dona...

Citizenship Scores...

The ACLU is at the Supreme Court for oral arguments in Trump v....

**By:** ACLU

PHILADELPHIA — Today, Mahmoud Khalil's legal team asked the full Thir...

**Court Case:** Khalil v. Trump
**Affiliate:** New York

## ACLU

### ABOUT US

Careers

Contact Us

Financial Info

History

State Affiliates

### RESOURCES

Campaigns

Court Cases

FOIA Collections

Know Your Rights

News

Publications

Scorecards

### GET INVOLVED

Donate

Shop

Take Action

Volunteer

© 2026 American Civil Liberties Union

User Agreement     Privacy Statement     Your Data Choices     Accessibility

Search ACLU.org using DuckDuckGo