# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for Leave to File Audio/Vido Recording in Non-ECF Form (Doc. 3462).

**IT IS ORDERED** granting Plaintiffs' Motion for Leave to File Audio/Vido Recording in Non-ECF Form (Doc. 3462).

**IT IS FURTHER ORDERED** Plaintiffs shall submit flash drives (one for the Clerk of Court and one for Chambers) with the audio/video records listed in Plaintiffs' Motion (Doc. 3462).

**IT IS FURTHER ORDERED** Plaintiffs shall comply with the Court's Electronic Case Filing Administrative Policies and Procedures Manual, Section N(2)(a)and(b) when

submitting the exhibits that are not convertible to electronic form shall cite to this Order when filing Plaintiffs' Notice of Submission of Non-Electronic Exhibits.

Dated this 14th day of April, 2026.

_____
G. Murray Snow
Senior United States District Judge