Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
John M. Mitchell
jmitchell@acluaz.org
ACLU Foundation of Arizona
2712 North 7th Street
Phoenix, AZ 85006
Telephone: (602) 650-1854

*Attorneys for Plaintiffs (Additional attorneys for Plaintiffs listed on next page)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, *et al.*,<br><br>    Plaintiffs,<br><br>and<br><br>United States of America,<br><br>    Plaintiff-Intervenor,<br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, *et al.*<br><br>    Defendants. | **CV-07-2513-PHX-GMS**<br><br>**PLAINTIFFS' NOTICE OF SUBMISSION OF AUDIO/VIDEO RECORDINGS IN NON-ECF FORM IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR RELIEF FROM JUDGMENT (DOC. 3459)** |

Additional Attorneys for Plaintiffs:

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775

Jenn Rolnick Borchetta*
jborchetta@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
125 Broad Street
New York, NY 10004
Telephone (914) 462-2363

Jorge Martin Castillo*
jorgecastillo@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
915 15th Street NW
Washington, D.C. 20005
Telephone: (646) 983-9921

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

Peter W. Johnston*
pjohnston@cov.com
Adam R. David*
adavid@cov.com
Covington & Burling LLP
415 Mission Street
Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

*Pro Hac Vice

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense
and Educational Fund
634 South Spring Street, 11th
Floor Los Angeles, California
90014 Telephone: (213) 629-2512

Sebrina M. Shaw (024545)
Shaw Law Firm, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
Telephone: (928) 646-0369
sshaw@acluaz.org

Pursuant to the Court's Order dated April 14, 2026 (Doc. 3465), Plaintiffs hereby give notice that on this date they are submitting to the Clerk of the Court and the Court's chambers flash drives containing the following audio/video recordings in non-ECF form cited as exhibits to the Declaration of Stanley Young (Doc. 3459-4) in Support of their Opposition to Defendants' Motion for Relief from Judgment (Doc. 3459).

1. **Exhibit 3 (Doc. 3459-7):** Multimedia file titled "Why sheriff candidate Jerry Sheridan is on the Brady List.mp4," a true and correct copy of a clip published by 12 News, KPNX, on its YouTube account on September 10, 2024, available at https://www.youtube.com/watch?v=qH59udhHSb4.

2. **Exhibit 4a (Doc. 3459-8)**: Multimedia file titled "PX 204C.mp4," a true and correct copy of a clip from the PX 204 October 18, 2023, Crime Suppression Briefing.

3. **Exhibit 4b (Doc. 3459-9):** Multimedia file titled "PX 204D.mp4," a true and correct copy of a clip from the PX 204 October 18, 2023, Crime Suppression Briefing.

4. **Exhibit 7 (Doc. 3459-12)**:  Multimedia file titled "AZ Votes Debate: Maricopa County Sheriff Sept.12, 2024.mp4," a true and correct copy of a clip published by AZPBS on its YouTube account on September 12, 2024, available at https://www.youtube.com/live/wxw142NpKMg.

Plaintiffs further give notice they are serving copies of the above-listed exhibits to defense counsel via email on this date.

Dated this 15th day of April 2026.

By: */s/ Christine K. Wee*
Christine K. Wee
John M. Mitchell
Victoria Lopez
ACLU Foundation of Arizona

1

Jenn Rolnick Borchetta*
Cecillia D. Wang *
Jorge Martin Castillo*
ACLU Foundation

Stanley Young*
Peter W. Johnston*
Adam R. David*
Covington & Burling, LLP

Eduardo Casas*
Mexican American Legal Defense
and Educational Fund

Sebrina M. Shaw
Shaw Law Firm, P.L.L.C.

*Attorneys for Plaintiffs*

*\*Pro Hac Vice*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

*/s/Christine K. Wee*
Christine K. Wee