# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

On April 16, 2026, the Court received a letter from the outside independent investigator, Shaneeda Jaffer, identifying three areas of inquiry that warrant additional investigation, pursuant to the Court's April 1, 2026 Order appointing Ms. Jaffer as the independent investigator. (Doc. 3448 ¶ 10). The Court will thus direct the MCSO Professional Standards Bureau to open three investigation files in the appropriate consecutive numbers. Additionally, the Court will lodge the letter from Ms. Jaffer, dated April 16, 2026, under seal. (*See id.*).

**IT IS THEREFORE ORDERED** that the MCSO Professional Standards Bureau shall open three new investigation files in the appropriate consecutive numbers. Upon the opening of the three new investigations, Shaneeda Jaffer is appointed as the outside

independent investigator for those investigations. Her investigations shall proceed promptly, as outlined in the Court's April 1, 2026 Order (Doc. 3448).

Dated this 20th day of April, 2026.

_____
G. Murray Snow
Senior United States District Judge

- 2 -