# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

**IT IS ORDERED** setting oral argument for **May 15, 2026, at 2:00 p.m**. in Courtroom 602, Sandra Day O'Connor Federal Courthouse, 401 West Washington, Phoenix, Arizona 85003, on Defendants' Motions for Relief from the Third and Fourth Orders (Doc. 3399 and Doc. 3485).  The parties will be given thirty minutes per side.

Defendants' counsel should come prepared to demonstrate:

1.    An evidence-based estimate, based on past performance, demonstrating both when the backlog will be eliminated, and the number of sworn PSB investigators and amount of resources that will be necessary to maintain timely PSB investigations once the backlog has been eliminated.

2. The number of sworn PSB investigators that MCSO has employed on a monthly basis since July 2024.

3. The number of civilian investigators that MCSO has employed to investigate PSB complaints on a monthly basis since July 2024.

4. The number of PSB cases that MCSO has sent to outside contractors on a monthly basis since July 2024.

5. The number of PSB cases that have been assigned to outside conflict investigators since July 2024.

6. The number of new PSB cases that have been filed on a monthly basis since July 2024.

7. MCSO's explanation as to why it cannot use any of the payments incurred into the PSB Staffing Fund to increase the number of:  (a) sworn investigators; (b) civilian investigators; or (c) investigative engagements with civilian investigative contractors, such as Jensen Hughes or outside counsel.

Plaintiff's counsel should come prepared to address:

8. Whether, as the backlog diminishes, the amount of the PSB Staffing Fund payment should be correspondingly reduced so as to motivate compliance while at the same time not requiring more resources than are necessary to operate an adequately staffed PSB once the backlog is eliminated.

Dated this 7th day of May, 2026.

_G. Murray Snow_
G. Murray Snow
Senior United States District Judge