# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

Before the Court is the Plaintiffs' Motion for Counsel to Appear Telephonically at May 15, 2026 Oral Argument (Doc. 3489).

**IT IS ORDERED** granting Plaintiffs' Motion for Counsel to Appear Telephonically at May 15, 2026 Oral Argument (Doc. 3489).

**IT IS FURTHER ORDERED** that it is the Court's understanding that Christine Wee will appear in person for the Plaintiffs. The Court will email the call-in information for Plaintiffs' counsel who will be appearing telephonically.

Dated this 12th day of May, 2026.

_G. Murray Snow_
G. Murray Snow
Senior United States District Judge