RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:     JOSEPH I. VIGIL (018677)
        Deputy County Attorneys
        vigilj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa. gov
MCAO Firm No. 00032000

*Attorneys for Defendants Gerard A. Sheridan*
*and Maricopa County*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et. al., <br><br> Defendants. | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANTS' NOTICE REGARDING DEPOSIT INTO PSB STAFFING FUND** |

1

Defendants provide this Notice to the Court and Parties that pursuant to the Court's Order of May 22, 2026 (Document 4397) the required amount of $574,245.36 was deposited into the PSB Staffing Fund on May 26, 2026.

**RESPECTFULLY SUBMITTED** this 27th day of May 2026.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: s/ *Joseph I. Vigil*
JOSEPH I. VIGIL, ESQ.
*Attorneys for Defendants Gerard A.*
*Sheridan and Maricopa County*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 27, 2026, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

s/ *S.R.*

S:\CIVIL\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Notice re Deposit into Staffing Fund 05272026.docx

2