## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

**IT IS ORDERED** setting oral argument for **June 26, 2026 at 1:30 p.m.** in Courtroom 602, Sandra Day O'Connor Federal Courthouse, 401 West Washington, Phoenix, Arizona 85003, on Defendant Maricopa County's Motion for Relief from Judgment (Doc. 3368).

Dated this 28th day of May, 2026.

_____
G. Murray Snow
Senior United States District Judge