# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Counsel to Appear Telephonically at June 26, 2026 Oral Argument. (Doc. 3516).

**IT IS ORDERED** granting Plaintiffs' Motion for Counsel to Appear Telephonically at June 26, 2026 Oral Argument. (Doc. 3516).

**IT IS FURTHER ORDERED** that Plaintiffs' counsel will appear in person and additional attorneys of record for Plaintiffs may attend telephonically. The Court will email the call-in information to Plaintiffs' counsel with further instructions.

Dated this 24th day of June, 2026.

_____
G. Murray Snow
Senior United States District Judge