John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official
capacity as Sheriff of Maricopa County, Arizona

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al, <br><br> Plaintiffs, <br><br> and <br><br> United States of America, <br><br> Plaintiff-Intervenor. <br><br> v. <br><br> Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al., <br><br> Defendant, | No. CV-07-2513-PHX-GMS <br><br> **DEFENDANT SHERIFF SHERIDAN'S NOTICE OF FILING/SUBMISSION OF AUDIO/VIDEO RECORDING IN NON-ECF FORM IN SUPPORT OF DEFENDANTS SHERIFF SHERIDAN AND MARICOPA COUNTY'S OBJECTION TO THE APPOINTMENT OF INDEPENDENT INVESTIGATOR SHANEEDA JAFFER** |

Pursuant to the Court's Order dated June 22, 2026 (Doc. 3512), Defendant Sheriff Sheridan hereby gives notice that on this date he is submitting to the Clerk of the Court and the Court's chambers USB thumb drives containing the following audio/video recording in non-ECF form cited as exhibits to:

119905577.1

- Exhibit 5, Declaration of Ken Miller, Exhibit A Ken Miller's Report, Exhibit 18, MELC5532302 DPS Axon_Interview_Palopoli in support of Defendants Objection to the Appointment of Independent Investigator Shaneeda Jaffer

Additionally, Defendant Sheridan gives notice that copies of the above-refenced exhibit are being sent to opposing counsel via email.

DATED this 29th day of June, 2026.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Joseph J. Popolizio
John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Gerard A. Sheridan, in his
official capacity as Sheriff of Maricopa
County, Arizona


**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Megan Axlund

2

119905577.1