# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** setting oral argument for **July 17, 2026, at 10:30 a.m**. in Courtroom 602, Sandra Day O'Connor Federal Courthouse, 401 West Washington, Phoenix, Arizona 85003, on Plaintiffs' Motion to Grant Access to the Exchange of Information Between MCSO and Independent Investigator Shaneeda Jaffer (Doc. 3506).

Dated this 8th day of July, 2026.

G. Murray Snow
Senior United States District Judge