Harmeet K. Dhillon
Assistant Attorney General
R. Jonas Geissler
Deputy Assistant Attorney General
Patrick McCarthy
Suraj Kumar (NY Bar No. 5620745)
Jeffrey R. Murray

U.S. Department of Justice, Civil Rights Division
Special Litigation Section
150 M Street NE, 10th Floor, Washington, DC 20002

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; *et al*.<br><br>                                    Plaintiffs,<br><br>and<br><br>United States of America<br><br>                                    Plaintiff-Intervenor,<br><br>    v.<br><br>Paul Penzone, in his official capacity as Sheriff of Maricopa County, AZ; *et al*.<br><br>                                    Defendants. | No. 2:07-cv-02513-PHX-GMS<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA** |

Pursuant to Local Rule 83.1(b)(1), the undersigned hereby provides his notice of appearance as additional counsel for Plaintiff-Intervenor United States of America in the above-captioned matter.  Further notices may be sent to the following address:

Jeffrey R. Murray

U.S. Department of Justice, Civil Rights Division

150 M Street NE, 10th Floor

Washington, DC 20002

Email: jeff.murray@usdoj.gov

Respectfully submitted this 9th day of July, 2026.

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

R. Jonas Geissler
Deputy Assistant Attorney General

Patrick McCarthy
Acting Chief, Special Litigation Section

/s/ Jeffrey R. Murray
Jeffrey R. Murray (NM Bar No. 25-188)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Tel. (202) 353-5535
jeff.murray@usdoj.gov

*Attorneys for the United States*

CERTIFICATE OF SERVICE

I certify that on or about July 9, 2026, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on counsel of record.

/s/ Jeffrey R. Murray

3