# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al. | No. CV-07-2513-PHX-GMS |
| Plaintiffs, | **ORDER** |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al. | |
| Defendants. | |

Today the Monitor provided the Court with a report concerning one of the MCSO Professional Standard Bureau's contractors engaged for the purpose of conducting conflict investigations. The Monitor has taken certain action and recommends that additional action be considered. Because this report may contain material that may be subject to confidentiality protection, it shall be lodged on the docket under seal to preserve its confidentiality for the time being. Further the court orders the Clerk to mark the report as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and, after having so marked the report to provide copies of the report to the current counsel for the parties and intervenors in this matter subject to the eyes only confidentiality terms that have previously been entered in this matter.

**IT IS THEREFORE ORDERED** that the Monitor's Report of August 6, 2026 is lodged with the Court under seal.

**IT IS FURTHER ORDERED** that the Clerk shall mark the report as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." The Clerk shall then mail a hard copy of the report so marked to current counsel of record for the parties in this matter.

**IT IS FURTHER ORDERED** that the parties may disclose any information or item designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" only to:

(a) Plaintiffs' Counsel of Record[1] in this action, as well as employees of Plaintiffs' Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation;

(b) The United States' Counsel of Record[2] in this action, as well as employees of the United States' Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation;

(c) Defendant's Outside Counsel of Record[3] in this action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation;

(d) Defendants' House Counsel[4] (1) to whom disclosure is reasonably necessary

---

[1] "Plaintiffs' Counsel of Record" is defined as attorneys who are retained to represent or advise the named Plaintiffs and/or the Plaintiff class to this action and who have appeared in this action on behalf of the named Plaintiffs and/or the Plaintiff class or are affiliated with a law firm which has appeared on behalf of the named Plaintiffs and/or the Plaintiff class.

[2] "The United States' Counsel of Record" is defined as attorneys who are retained to represent or advise the United States in this action and who have appeared in this action on behalf of the United States or are affiliated with a law firm which has appeared on behalf of the United States.

[3] "Outside Counsel of Record" is defined as attorneys who are not employees of a party to this action but are retained to represent or advise a party to this action and have appeared in this action on behalf of that party or are affiliated with a law firm which has appeared on behalf of that party.

[4] "House Counsel" is defined as attorneys who are employees of a party to this action. House Counsel does not include Outside Counsel of Record or any other outside counsel.

- 2 -

for this litigation, and (2) who has signed the "Acknowledgement and Agreement to Be Bound" (Exhibit A);

      (e)   The Court and its personnel; and

      (f)   Professional Vendors[5] to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgement and Agreement to Be Bound" (Exhibit A).

      These confidentiality obligations shall last until otherwise ordered by the Court.

Dated this 6th day of August, 2026.

_____
G. Murray Snow
Senior United States District Judge

---

[5] "Professional Vendors" is defined as persons or entities that provide litigation support services (e.g., photocopying, videotaping, translating, preparing exhibits or demonstrations, and organizing, storing, or retrieving data in any form or medium) and their employees and subcontractors.

**EXHIBIT A**

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

I, _____ [print or type full name], of

_____ [print or type full

address], declare under penalty of perjury that I have read in its entirety and understand the

Protective Order that was issued on August 6, 2026, by the United States District Court for

the District of Arizona in the case of *Melendres et al. v. Sheridan et al.*, Case No. 2:07-cv-

02513-GMS.  I agree to comply with and to be bound by all the terms of this Protective

Order and I understand and acknowledge that failure to so comply could expose me to

sanctions and punishment in the nature of contempt.  I solemnly promise that I will not

disclose in any manner any information or item that is subject to this Protective Order to

any person or entity except in strict compliance with the provisions of this Protective Order.

I further agree to submit to the jurisdiction of the United States District Court for the

District of Arizona solely for the purpose of enforcing the terms of this Protective Order,

even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____

- 4 -