John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al,

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor.

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,

Defendant,

No. CV-07-2513-PHX-GMS

**DEFENDANT GERARD A. SHERIDAN'S NOTICE RE: JULY 2026 PSB STAFFING FUND PURSUANT TO PARAGRAPH 345**

/ / /

/ / /

/ / /

Pursuant to Paragraph 345 of the Court's Amended Third Supplemental Permanent Injunction/Judgment Order (Doc. 2830) (the "Third Order"), Defendant Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, provides notice to the Court and Monitor that the balance in the Professional Standards Bureau ("PSB") Staffing Fund as of July 30, 2026, is $574,245.36, as reflected in the Monthly Document Request Response for June 30, 2026, submitted to the Monitor and parties and attached hereto as **Exhibit A**.

During July 2026, MCSO spent $1,155.92 from the PSB Staffing Fund as reflected in **Exhibit B**. As of July 31, 2026, the PSB Staffing Fund has a balance and budget of $573,089.44. [*See* **Exhibits A and B**.]

To be clear, June 30, 2026, was the final day of fiscal year 2026 ("FY 2026"). While the fund balance of special revenue funds—like the PSB Staffing Fund—rollover to the next fiscal year, MCSO cannot spend the fund balance without expenditure authority from the Maricopa County Board of Supervisors. Accordingly, when Maricopa County generated the July 2026 financial report called FIN-AP-MC004 - Revenue & Expense by Unit, Department, and Fund - Rev & Exp Dept, on August 7, 2026, attached as **Exhibit B**, the financial report showed a zero budget with expenditures of $1,155.92, resulting in a negative balance on **Exhibit B** at the end of the first month of fiscal year 2027 ("FY 2027"). This is merely an administrative timing issue as FY 2026 had revenues of $574,245.36 with no associated expenditures that will be quickly resolved in the coming weeks. The Maricopa County Board of Supervisors will entertain an agenda item to address and rectify this issue on September 30, 2026, specifically to approve MCSO's expenditure authority to use the FY 2026 fund balance for FY 2027. Of course, in light of the PSB Staffing Fund's being Court-ordered, Defendants expect that the agenda item will be approved on September 30, 2026.

DATED this 31st day of August, 2026.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Joseph J. Popolizio

John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Megan Axlund