John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al,

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor.

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,

Defendant,

No. CV-07-2513-PHX-GMS

**SHERIFF SHERIDAN'S RULE 5.2 (d) MOTION TO FILE UNDER SEAL SHERIFF SHERIDAN'S REQUEST FOR SEALED STATUS CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 5.2(d), Sheriff Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona ("MCSO") moves to file Sheriff Sheridan's Request for Sealed Status Conference under seal. The request for a sealed status conference briefly addresses issues that the Court has designated as confidential and attorneys' eyes only pursuant to Doc. 3554. Therefore, filing this request under seal preserves the

confidential nature of the issues to be discussed and complies with this Court's Order on the same. Accordingly, MCSO submits that compelling reasons and good cause exists for filing of Sheriff Sheridan's Request for Sealed Status Conference under seal. A proposed Order is attached.

DATED this 1st day of September, 2026.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Joseph J. Popolizio
John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Megan Axlund