John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor.<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,<br><br>Defendant, | No. CV-07-2513-PHX-GMS<br><br>**SHERIFF SHERIDAN'S REPLY IN SUPPORT OF HIS REQUEST FOR SEALED STATUS CONFERENCE** |

Sheriff Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona ("MCSO"), files this reply in support of his request for a sealed status conference to discuss with the Court several issues that have recently arisen in light of counsel's receipt of the Monitor's Report dated August 6, 2026.

Plaintiffs object to the Court holding a status conference in a sealed (i.e., non-public) proceeding. MCSO made this request to accommodate an open discussion of the pending issues to comply with this Court's Order that the Monitor's August 6 Report must not be discussed with, or reviewed by, anyone but counsel. (*See* Doc. 3554 at 2:6-3:7). MCSO does not know how the issues related to the Monitor's Report can be addressed in any way in an open proceeding that any member of the public can attend without violating the Court's existing Order. Therefore, MCSO requested a sealed proceeding to comply with the Court's existing Order and believes that this continues to be necessary unless and until the Court modifies its existing Order.

Plaintiffs also appear to request that the parties address items 2 and 3 during the October 2026 site visit so that they can attend a Court proceeding in person. [Doc. 3563 at n .1]. As a reminder, item 2 involves MCSO's potential next steps in response to the Monitor's Report and item 3 involves issues that have arisen in relation to the Montior's request for documentation from MCSO that appears to be related to the Report.

With respect to the second item, MCSO disagrees that a discussion of potential next steps in light of the Monitor's Report should be delayed for another six weeks until the October 20th-22nd site visit. The Monitor's Report raises important issues that should be resolved as expeditiously as possible and delaying discussing these issues for another six weeks should be avoided. Moreover, it is MCSO's understanding that various counsel for the ACLU are located in Arizona and should be available for a status conference prior to the currently scheduled October site visit. In addition, this Court has also always accommodated counsel who are not located in Arizona to participate in Court proceedings telephonically, and MCSO has never opposed that reasonable accommodation. Thus, MCSO submits that addressing the second proposed item now, and not waiting another six weeks, is not only the prudent thing to do, but can only facilitate further discussion amongst the parties and enable MCSO to continue to move forward toward full and effective compliance with the Court's Orders.

With respect to the third item, since MCSO filed its request for a sealed status conference, the third issue raised may no longer be necessary as a discussion topic in light of further conversations between MCSO and the Monitor.

MCSO, therefore, moves this Court for an order granting its request for a sealed status conference.

DATED this 11th day of September, 2026.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Joseph J. Popolizio
John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Megan Axlund