# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor,

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.

Defendants.

No. CV-07-2513-PHX-GMS

**ORDER**

Before the Court is Defendant Sheridan's Rule 5.2(d) Moton to File Under Seal Sheriff Sheridan's Request for Sealed Status Conference (Doc. 3560) and Plaintiff's Motion to Seal Their Response in Opposition to Defendant Sheridan's Request for a Sealed Status Conference (Doc. 3562).

**IT IS ORDERED** granting Defendant Sheridan's Rule 5.2(d) Moton to File Under Seal Sheriff Sheridan's Request for Sealed Status Conference (Doc. 3560) and Plaintiff's

/ / /

/ / /

Motion to Seal Their Response in Opposition to Defendant Sheridan's Request for a Sealed Status Conference (Doc. 3562).

**IT IS FURTHER ORDERED** directing the Clerk of Court to file under seal Docs. 3561 and 3563 that are currently lodged under seal.

Dated this 15th day of September, 2026.

G. Murray Snow
Senior United States District Judge