**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor,

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.

Defendants.

No. CV-07-2513-PHX-GMS

**ORDER**

**IT IS ORDERED** setting a Status Conference for **September 24, 2026 at 1:30 p.m.**, in Courtroom 602, Sandra Day O'Connor Federal Courthouse, 401 West Washington, Phoenix, Arizona 85003. The first 30 minutes of the Status Conference will be under seal to discuss the appropriateness of the Court's recent "Eyes Only Order" and the matters raised in the briefing. The remainder of the Status Conference will be open to the public.

Dated this 15th day of September, 2026.

G. Murray Snow
Senior United States District Judge