# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor,

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.

Defendants.

No. CV-07-2513-PHX-GMS

**ORDER**

Before the Court is the United States' Motion for Counsel to Appear Telephonically at September 24 Status Conference. (Doc. 3571).

**IT IS ORDERED** granting the United States' Motion for Counsel to Appear Telephonically at September 24 Status Conference. (Doc. 3571).

The Court will email the call-in information to counsel for the United States.

Dated this 17th day of September, 2026.

G. Murray Snow
Senior United States District Judge