**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor,

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.

Defendants.

No. CV-07-2513-PHX-GMS

**ORDER**

The Court has received and reviewed the Monitor's invoice dated October 1, 2026, for services rendered by the Monitor in September 2026. The Court's review reflects a miscalculation of .1 on the Vidama Professional Service LLC Invoice for the 9th in the narrative section when compared to the invoice itself. The Court has reduced the total invoice by $30.00.

The Court otherwise finds the invoice and charges to be reasonable and directs Maricopa County to authorize payment of the Monitor's invoice for the total amount less $30.00, including any past due balance.

Dated this 5th day of October, 2026.

G. Murray Snow
Senior United States District Judge