**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

After discussion with the parties and consideration of Defendant Sheriff Gerard A. Sheridan's Request for Sealed Status Conference (Doc. 3567) and Plaintiffs' Response (Doc. 3568), the Court has determined that the nature of the document at issue, the Monitor's Report (Doc. 3555), is one of public concern, both as it pertains to the Maricopa County Sheriff's Office ("MCSO") and the function of the Monitor. *See, e.g., Robinson v. York,* 566 F.3d 817, 822 (9th Cir. 2009) (holding that "[a]s a matter of law, 'the competency of the police force is surely a matter of great public concern'") (internal citation omitted).

The Court has further concluded that the document's present confidential nature prevents the MCSO from being able to adequately respond and the Plaintiffs from being able to adequately consult concerning the report. Finally, the normal justification for

keeping documents confidential related to potential internal investigations is overridden by: (1) the fact that it is the report of the Monitor and not the product of the MCSO disciplinary process, (2) the necessary opportunity for the MCSO to adequately respond, (3) the necessary consultation among Plaintiffs, and (4) the interest of the public.

For the foregoing reasons, the Monitor's Report (Doc. 3555), Defendant's Request for a Sealed Status Conference (Doc. 3567), and Plaintiffs' Response in Opposition (Doc. 3568) are ordered to be unsealed.

**IT IS ORDERED** that the Monitor's Report of August 6, 2026 (Doc. 3555) be filed and be unsealed, and that despite the markings on Doc. 3555 identifying it as a Highly Confidential – Attorneys Eyes Only document, the document is unsealed and is available to the public.

**IT IS FURTHER ORDERED** that Defendant Sheriff Gerard A. Sheridan's Request for a Sealed Status Conference (Doc. 3567), and Plaintiffs' Response in Opposition (Doc. 3568) are ordered to be unsealed.

Dated this 5th day of October, 2026.

G. Murray Snow
Senior United States District Judge