Dominic E. Draye, SBN 033012
drayed@gtlaw.com
Matthew P. Hoxsie, SBN 034952
hoxsiem@gtlaw.com
Nicholas E. LeFevre, SBN 038881
Nicholas.LeFevre@gtlaw.com
Zachary H. Levy, SBN 039323
zach.levy@gtlaw.com
**GREENBERG TRAURIG, LLP**
2375 E. Camelback Road, Suite 800
Phoenix, AZ 85016
(602) 445-8000

*Attorneys for Defendant Maricopa County*

John T. Masterson, SBN 007447
Joseph J. Popolizio, SBN 017434
Justin M. Ackerman, SBN 030726
Daniel A. Shudlick, SBN 035950
Ashley E. Caballero-Daltrey, SBN 036449
**JONES, SKELTON & HOCHULI P.L.C.**
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com
adaltrey@jshfirm.com

*Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>and<br><br>United States of America, Plaintiff-Intervenor, | Case No. CV-07-2513-PHX-GMS<br><br>**MARICOPA COUNTY AND SHERIFF SHERIDAN'S NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES DISTRICT COURT**<br><br>(Assigned to the Hon. G. Murray Snow) |

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,

Defendants.

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure, notice is hereby given that Defendants Maricopa County and Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, are exercising their rights to appeal the Court's September 10, 2026 Order (Dkt. 3564) to the United States Court of Appeals for the Ninth Circuit. Defendants have paid all required fees. The representation statement required by Circuit Rule 3-2 is attached hereto.

DATED this 13th day of October 2026.

**GREENBERG TRAURIG, LLP**

By: */s/ Dominic E. Draye*
Dominic E. Draye
Matthew P. Hoxsie
Nicholas E. LeFevre
Zachary H. Levy
*Attorneys for Defendant Maricopa County*

**JONES, SKELTON & HOCHULI, P.L.C.**

By: */s/ Joseph J. Popolizio*
John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
Ashley E. Caballero-Daltrey
*Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona*