# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Maricopa County

Name(s) of counsel (if any):

Dominic E. Draye, Matthew P. Hoxsie, Nicholas E. LeFevre, Zachary H. Levy

Address: 2375 E. Camelback Rd., Suite 800

Telephone number(s): 602-445-8000

Email(s): drayed@gtlaw.com; hoxsiem@gtlaw.com; nicholas.lefevre@gtlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ◯ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Manuel de Jesus Ortega Melendres; David Rodriguez; Velia Meraz; Manuel Nieto, Jr.; Somos America; Jessica Quitugua Rodriguez

Name(s) of counsel (if any):

Victoria Lopez; Christine K. Wee; John M. Mitchell; Cecillia D. Wang (cwang@aclu.org); Jenn Rolnick Borchetta (jborchetta@aclu.org); Jorge Martin Castillo (jorgecastillo@aclu.org)

Address: 2712 N. 7th St, Phoenix, AZ 85006

Telephone number(s): 602-650-1854

Email(s): vlopez@acluaz.org; cwee@acluaz.org; jmitchell@acluaz.org

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, AZ

Name(s) of counsel (if any):

John T. Masterson, Joseph J. Popolizio, Justin M. Ackerman

Address: 40 N. Central Avenue, Suite 2700, Phoenix, Arizona 85004

Telephone number(s): 602-263-1741

Email(s): jmasterson@jshfirm.com; jpopolizio@jshfirm.com; jackerman@jshfirm

Is counsel registered for Electronic Filing in the 9th Circuit? (●) Yes ( ) No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Stanley Young; Peter W. Johnston; Adam R. David

Address: 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA 94

Telephone number(s): 650-632-4700; 415-591-6000

Email(s): syoung@cov.com; pjohnston@cov.com; adavid@cov.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Eduardo Casas - 634 S. Spring St, 11th Fl., Los Angeles, CA 90014
Sebrina M. Shaw - 698 Cove Parkway, Ste. A, Cottonwood, AZ 86326

Address: see above

Telephone number(s): 213-629-2512; 928-646-0369

Email(s): ecasas@MALDEF.org; sshaw@acluaz.og