**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor,

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.

Defendants.

No. CV-07-2513-PHX-GMS

**ORDER**

Pursuant to the Court's Order dated April, 1, 2026 (Doc. 3448), MCSO's PSB shall open two new IA's and assign two new IA numbers one to each new investigation. Both of these matters shall be assigned to the Independent Investigator for investigation.

**IT IS SO ORDERED.**

Dated this 29th day of October, 2026.

G. Murray Snow
Senior United States District Judge