**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor,

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.

Defendants.

No. CV-07-2513-PHX-GMS

**ORDER**

**IT IS ORDERED** setting a Status Conference for **November 10, 2026 at 10:30 a.m.**, in Courtroom 602, Sandra Day O'Connor Federal Courthouse, 401 West Washington, Phoenix, Arizona 85003. The Court requests the physical presence of Maricopa County Sheriff Gerard A. Sheridan at the Status Conference.

**IT IS FURTHER ORDERED,** directly after the Status Conference is held, setting oral argument on the Privilege and Communications Issues raised during the September 24, 2026 Status Conference. Each side will be permitted 15 minutes.

Dated this 4th day of November, 2026.

G. Murray Snow
Senior United States District Judge