John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor.<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,<br><br>Defendant, | No. CV-07-2513-PHX-GMS<br><br>**DEFENDANT GERARD A. SHERIDAN'S MOTION FOR CLARIFICATION REGARDING THE COURT'S NOVEMBER 4, 2026, ORDER** |

Defendant Gerard A. Sheridan in his official capacity of Sheriff of Maricopa County, Arizona, has reviewed the Court's November 4, 2026, Order setting a status conference at 10:30 a.m. on November 10, 2026, with oral argument on the Privilege and Communications Issues to follow. The Court requested Sheriff Sheridan's physical presence at the status conference. Understanding the importance of the Court's request for his physical

presence, the Sheriff confirms that he will physically appear at the November 10, 2026, status conference.

In light of the status conference's apparent importance and the Court's request for his physical presence, however, Sheriff Sheridan respectfully requests that the Court clarify the subject matter of the November 10, 2026, status conference. The Court's clarification of the subject matter of the November 10, 2026, status conference will allow the Sheriff to receive fair notice and opportunity to prepare for and be able to address all of the issues that may necessitate his physical appearance at the status conference. To the extent that the Court intends to ask any questions of the Sheriff or his counsel, the Sheriff and his counsel would like to ensure that they can fully engage in any colloquy that the Court anticipates having. To do so, the Sheriff and his counsel must know the subject matter(s) of the status conference prior to appearing before the Court and participating in the conference.

Accordingly, the Sheriff respectfully requests that the Court clarify its November 4, 2026, Order setting a status conference for November 10, 2026, at 10:30 a.m. by providing the Sheriff, his counsel, and the Parties, the subject matter of the November 10, 2026, status conference.

DATED this 4th day of November, 2026.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/Joseph J. Popolizio

John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Megan Axlund