**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Defendant Gerard A. Sheridan's Motion for Clarification Regarding the Court's November 4, 2026 Order. (Doc. 3599). The Court appreciates Sheriff Sheridan's confirmation that he will appear at the November 10, 2026 Status Conference. In response to his inquiry, the Court, while it will allow Sheriff Sheridan to make a statement or answer questions if he chooses to do so, will not require Sheriff Sheridan to answer questions by the Court or by the parties. Rather, the Court believes that regular and periodic communication directly between the Court and the principal parties about where they should focus their efforts if they wish to successfully resolve the Court's long running oversight of certain aspects of the Maricopa County

Sheriff's Office will be useful to the parties and to the public. To that end, the Court proposes that the Sheriff appear on a regular periodic basis with representatives of the plaintiff class to discuss both generally and specifically areas of the Court's focus.

Thus, at this court session the Court intends to discuss with the parties: (a) the holding of such periodic court sessions; (b) whether and how the MCSO might demonstrate either that stops are not biased despite existing indicia of bias, or alternatively satisfy the plaintiff class that they are sufficiently addressing bias; (c) how the MCSO might demonstrate that it operates a PSB that provides timely, fair and accurate resolutions of complaints including issues of backlog, conflict resolution and other matters and concerns about past operations, and; (d) matters of communication between the parties and the Monitor. As the Court has indicated, at this initial session, the Court shall not require Sheriff Sheridan to make a statement or provide answers to any questions. Should he desire to make statements, however, he will be offered the opportunity to do so. To the extent a representative of the Plaintiffs' class desires to make a statement, they will also be offered the opportunity to do so.

**IT IS THEREFORE ORDERED** granting Defendant Gerard A. Sheridan's Motion for Clarification Regarding the Court's November 4, 2026 Order (Doc. 3599) as set forth above.

Dated this 6th day of November, 2026.

G. Murray Snow
Senior United States District Judge