**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor,

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.

Defendants.

No. CV-07-2513-PHX-GMS

**ORDER**

Before the Court are Motions for Telephonic Appearances filed by the United States of America and Plaintiffs. (Docs. 3600, 3601).

**IT IS ORDERED** granting the Motions for Telephonic Appearances. (Docs. 3600, 3601). The Court will email the call-in information for Plaintiffs' and the United States of America's counsel who will be appearing telephonically.

Dated this 6th day of November, 2026.

G. Murray Snow
Senior United States District Judge