John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

Attorneys for other Parties listed on the following pages

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al,

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor.

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,

Defendant,

No. CV-07-2513-PHX-GMS

**JOINT NOTICE TO THE COURT IN RESPONSE TO THE RULE 60 ORDER (Doc. 3564)**

Victoria Lopez
vlopez@acluaz.org
Christine K. Wee
cwee@acluaz.org
Tara R. DeGeorge
tdegeorge@acluaz.org
John M. Mitchell
jmitchell@acluaz.org
ACLU Foundation of Arizona
2712 North 7th Street
Phoenix, AZ 85006
Telephone: (602) 650-1854

Stanley Young*
syoung@cov.com
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

Peter W. Johnston*
pjohnston@cov.com
Adam R. David*
adavid@cov.com
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

Sebrina M. Shaw (024545)
sshaw@acluaz.org
Shaw Law Firm, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
Telephone: (928) 646-0369

Attorneys for Plaintiffs
*Pro Hac Vice

Cecillia D. Wang*
cwang@aclu.org
ACLU Foundation
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775

Jenn Rolnick Borchetta*
jborchetta@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
125 Broad Street
New York, NY 10004
Telephone (914) 462-2363

Jorge Martin Castillo*
jorgecastillo@aclu.org
American Civil Liberties Union
Criminal Law Reform Project
915 15th Street NW
Washington, D.C. 20005
Telephone: (646) 983-9921
Not admitted in DC.
Practice limited to the federal courts.

Eduardo Casas*
ecasas@MALDEF.org
Mexican American Legal Defense and
Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512

Jesus A. Osete
Acting Assistant Attorney General
R. Jonas Geissler
Deputy Assistant Attorney General
Patrick McCarthy
Section Chief
Suraj Kumar (NY Bar No. 5620745)
Jeffrey R. Murray
Trial Attorneys
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., N.W.
Washington, DC 20002

*Attorneys for the United States*

Dominic E. Draye, SBN 0033012
drayed@gtlaw.com
Matthew P. Hoxsie, SBN 034952
hooxsiem@gtlaw.com
Zachary H. Levy
Zach.levy@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ 85016
(602) 445-8000

*Attorneys for Defendant-Intervenor Maricopa County*

Plaintiffs, Plaintiff-Intervenor the United States, Defendant Gerard Sheridan in his official capacity as the Sheriff of Maricopa County ("MCSO") and Defendant Maricopa County, file this joint notice to the Court in response to its Order entered on September 10, 2026 (Doc. 3564).

In the Court's September 10, 2026, Order, the Court provided the Parties with a preliminary analysis of the severability of the provisions in its Remedial Orders. In so doing, the Court identified three broad categories of provisions: "(1) paragraphs that may be appropriate for termination; (2) paragraphs that may be appropriate for placement in 'inactive' status; and (3) paragraphs that may be appropriate for continued monitoring at this time." (*Id.* at 61-62). Under this framework, the Court directed the Parties to meet and confer and issue a joint notice indicating whether they agree to a modification of the Court's Orders. (*Id.* at 62).

Since the September 10, 2026, Order, the Parties have conferred and engaged in productive conversations over the course of several email exchanges, letters, and two meetings.[1] These discussions have involved the definitions of the categories the Court proposed, processes that should apply to each category, and paragraphs that should go into each category that the Court has identified. The Parties submit that their communications have been productive in clarifying respective and shared expectations and goals and facilitated movement toward greater agreement on paragraph categories. In addition, the Parties are in the process of scheduling additional conversations.

[1] Defendants and the United States assert that the only appropriate action is complete relief from all Orders. Defendants and the United States also assert that any agreement proposed or reached by Defendants in an effort to comply with the Court's Order (Doc. 3564) directing the Parties (including Defendants) to confer regarding the placement of certain paragraphs into active, inactive or terminated status, does not waive any argument Defendants or the United States intend to pursue on appeal related to their recently filed Notice of Appeal from the Court's denial of Defendants' Motion for Relief from Judgment under Federal Rule of Civil Procedure 60(b) (Doc. 3368).

Accordingly, the Parties respectfully request the Court for additional time to continue to their fruitful discussions by an additional five weeks[2] and to provide the Court with an update on these discussions by December 14, 2026.

DATED this 9th day of November, 2026.

[2] The Parties would have ordinarily requested four weeks, but seek an additional week as a result of the Thanksgiving holiday.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Joseph J. Popolizio
John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

GREENBERG TRAURIG, LLP

*/s/ Dominic Draye (with permission)*
Dominic E. Draye
Matthew P. Hoxsie
Zachary H. Levy
2375 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Attorneys for Defendant Maricopa County

ACLU FOUNDATION OF ARIZONA

*/s/ Christine K. Wee (with permission)*
Christine K. Wee
Victoria Lopez
John M. Mitchell
Tara DeGeorge

Jorge Martin Castillo*
Jenn Rolnick Borchetta*
Cecillia D. Wang*
ACLU Foundation

Stanley Young*
Peter W. Johnston*
Adam R. David*
Covington & Burling, LLP

Eduardo Casas*
Mexican American Legal Defense and Educational Fund

Sebrina M. Shaw
Shaw Law Firm, P.L.L.C.

Attorneys for Plaintiffs
*Pro Hac Vice

Jesus A. Osete
Acting Assistant Attorney General

R. Jonas Geissler
Deputy Assistant Attorney General

Patrick McCarthy
Section Chief

*/s/ Jeffrey R. Murray (with permission)*
Jeffrey R. Murray
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., N.W.
Washington, DC 20002
*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Megan Axlund