John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor.<br><br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et al.,<br><br>Defendant, | No. CV-07-2513-PHX-GMS<br><br>**DEFENDANT GERARD A. SHERIDAN'S MOTION FOR MCSO PERSONNEL TO APPEAR TO THE STATUS CONFERENCE SET FOR NOVEMBER 10, 2026**<br><br>**EXPEDITED RELIEF REQUESTED** |

Pursuant to the Court's Order setting a Status Conference for November 10, 2026 at 10:30 a.m. (Doc. 3598) and the Court's Order regarding the Sheriff's Motion for Clarification (Doc. 3602), Sheriff Sheridan, MCSO personnel, and counsel will appear in person. However, the November 10, 2026, Status Conference conflicts with prior travel arrangements and MCSO-related obligations of key MCSO personnel. Accordingly, the Sheriff requests that certain MCSO personnel be allowed to attend and participate in the status

conference telephonically, including but not limited to Lt. Todd Brice and Director David Redpath, and respectfully request a call-in number for the status conference.

DATED this 9th day of November, 2026.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ *Joseph J. Popolizio*
John T. Masterson
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Megan Axlund