**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Manuel de Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et al.

Plaintiffs,

and

United States of America,

Plaintiff-Intervenor,

v.

Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona; et al.

Defendants.

No. CV-07-2513-PHX-GMS

**ORDER**

Before the Court is Defendant Gerard A. Sheridan's Motion for MCSO Personnel to Appear to the Status Conference Set for November 10, 2026. (Doc. 3605).

**IT IS ORDERED** granting Defendant Gerard A. Sheridan's Motion for MCSO Personnel to Appear to the Status Conference Set for November 10, 2026 (Doc. 3605) in that the MCSO Personnel may call in and listen in only to the proceedings.

The Court will email the call-in information for the Listen Only line to Defendant Sheridan's counsel.

Dated this 9th day of November, 2026.

G. Murray Snow
Senior United States District Judge