RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
Deputy County Attorney
vigilj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Gerard A. Sheridan and Maricopa County

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Manuel De Jesus Ortega Melendres, on behalf of himself and all others similarly situated; et. al,<br><br>Plaintiffs,<br><br>and<br><br>United States of America,<br><br>Plaintiff-Intervenor,<br>v.<br><br>Gerard A. Sheridan, in his official capacity as Sheriff of Maricopa County, Arizona, et. al.,<br><br>Defendants. | No. CV-07-2513-PHX-GMS<br><br>**SHERIFF SHERIDAN'S NOTICE OF CHANGE OF SINGLE POINT OF CONTACT FOR COURT IMPLEMENTATION DIVISION** |

Pursuant to the Supplemental Permanent Injunction, Document 606, the Maricopa County Sheriff's Office is to have a "single person to serve as a point of contact in communications with Plaintiffs, the Monitor and the Court" for the MCSO Implementation Division. Doc. 606, ¶ 9. Commander Clint Doyle is the current single point of contact for the MCSO Court Implementation Division ("CID"). Commander Doyle will be taking over as the Deputy Chief of the Compliance Bureau. The Sheriff will appoint Lieutenant Todd Brice as the new single point of contact.

On November 2, 2026, the Monitor notified the Court and parties that he approved the transfer of Lieutenant Todd Brice from Court Compliance to Court Implementation Division and his appointment as the single point of contact. The contact information for Lieutenant Brice is:

Lieutenant Todd Brice
Court Implementation Division
550 West Jackson Street
Phoenix, Arizona 85003
(602) 908-7461
T_Brice@MCSO.maricopa.gov

Should the Court require any additional information, it will be provided upon request.

**RESPECTFULLY SUBMITTED** this 10th day of November 2026.

RACHEL MITCHELL
MARICOPA COUNTY ATTORNEY

BY: /s/ *Joseph I. Vigil*
JOSEPH I. VIGIL, ESQ.
*Attorneys for Defendants Gerard A. Sheridan and Maricopa County*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/J. Christiansen

s:\CIV\Matters\CJ\2007\Melendres CJ07-0269\Pleadings\Word\Notice re Lt Brice Single Point of Contact 11062026.docx